

EXHIBIT C

Original

# State of New Jersey

## RFQ - Pricing Proposal
## Waterway Debris Removal and Management Services

*Friday, January 18, 2013 @ 3:00pm*



**Corporate Office**
5435 Business Parkway
Theodore, Alabama  36582
800-992-6207 Phone

jramsay@crowdergulf.com
www.crowdergulf.com

**New Jersey Office**
26 Columbia Turnpike
Florham Park, NJ  07932

*CrowderGulf is committed to protecting and preserving our environment.*
*As part of this effort, our proposal is printed on recycled paper.*

FINAL ATTACHMENT 4 - PRICE PROPOSAL FORM - DATED JANUARY 16, 2013

State of New Jersey - RFQ Waterway Debris Removal Pricing from Crowder/Gulf

| Line # | Description | Units | Quantity Tier | Measure of Distance | NORTH REGION | | | | CENTRAL REGION | | | | | SOUTH REGION | | | | | STATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ZONE 1 (A) | ZONE 2 (B) | ZONE 3 (C) | REGION TOTAL (A+B+C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (D) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM (A) THRU (K) |
| 1 | Vegetative Waste - vegetative debris removal from waterway and transport for a prescribed distance from offload to TDMA | CY | 1 - 10,000 CY | 0-15 miles | 287.00 | 287.00 | 287.00 | 574.00 | 287.00 | 297.00 | 287.00 | 287.00 | 1,435.00 | 287.00 | 287.00 | 287.00 | 287.00 | 1,148.00 | 3,157.00 |
| 2 | | | | 16-30 miles | 293.00 | 293.00 | 293.00 | 588.00 | 293.00 | 293.00 | 293.00 | 293.00 | 1,455.00 | 293.00 | 293.00 | 293.00 | 293.00 | 1,172.00 | 3,223.00 |
| 3 | | | | 31-60 miles | 299.00 | 299.00 | 305.00 | 598.00 | 299.00 | 299.00 | 299.00 | 299.00 | 1,495.00 | 299.00 | 299.00 | 299.00 | 299.00 | 1,196.00 | 3,259.00 |
| 4 | | | | 60+ miles | 305.00 | 305.00 | 610.00 | 610.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,525.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,220.00 | 3,355.00 |
| 5 | Vegetative Waste - vegetative debris removed from waterway and transport for a prescribed distance from offload to TDMA | CY per mileage intervals | 10,001 - 25,000 CY | 0-15 miles | 273.00 | 273.00 | 546.00 | 546.00 | 273.00 | 273.00 | 273.00 | 273.00 | 1,365.00 | 273.00 | 273.00 | 273.00 | 273.00 | 1,092.00 | 3,003.00 |
| 6 | | | | 16-30 miles | 278.00 | 278.00 | 556.00 | 556.00 | 278.00 | 278.00 | 278.00 | 278.00 | 1,390.00 | 278.00 | 278.00 | 278.00 | 278.00 | 1,112.00 | 3,058.00 |
| 7 | | | | 31-60 miles | 284.00 | 284.00 | 568.00 | 568.00 | 284.00 | 284.00 | 284.00 | 284.00 | 1,420.00 | 284.00 | 284.00 | 284.00 | 284.00 | 1,136.00 | 3,124.00 |
| 8 | | | | 60+ miles | 290.00 | 290.00 | 580.00 | 580.00 | 290.00 | 290.00 | 290.00 | 290.00 | 1,450.00 | 290.00 | 290.00 | 290.00 | 290.00 | 1,160.00 | 3,190.00 |
| 9 | Vegetative Waste - vegetative debris removal from waterway and transport for a prescribed distance from offload to TDMA | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 260.00 | 260.00 | 520.00 | 520.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,040.00 | 2,860.00 |
| 10 | | | | 16-30 miles | 265.00 | 265.00 | 530.00 | 530.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,325.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,060.00 | 2,915.00 |
| 11 | | | | 31-60 miles | 270.00 | 270.00 | 540.00 | 540.00 | 270.00 | 270.00 | 270.00 | 270.00 | 1,350.00 | 270.00 | 270.00 | 270.00 | 270.00 | 1,080.00 | 2,970.00 |
| 12 | | | | 60+ miles | 276.00 | 276.00 | 552.00 | 552.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,380.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,104.00 | 3,036.00 |
| 13 | Vegetative Waste - vegetative debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 297.50 | 297.50 | 595.00 | 595.00 | 297.50 | 297.50 | 297.50 | 297.50 | 1,487.50 | 297.50 | 297.50 | 297.50 | 297.50 | 1,190.00 | 3,272.50 |
| 14 | | | | 16-30 miles | 306.50 | 306.50 | 613.00 | 613.00 | 306.50 | 306.50 | 306.50 | 306.50 | 1,532.50 | 306.50 | 306.50 | 306.50 | 306.50 | 1,226.00 | 3,371.50 |
| 15 | | | | 31-60 miles | 315.50 | 315.50 | 631.00 | 631.00 | 315.50 | 315.50 | 315.50 | 315.50 | 1,577.50 | 315.50 | 315.50 | 315.50 | 315.50 | 1,262.00 | 3,470.50 |
| 16 | | | | 60+ miles | 331.50 | 331.50 | 663.00 | 663.00 | 331.50 | 331.50 | 331.50 | 331.50 | 1,657.50 | 331.50 | 331.50 | 331.50 | 331.50 | 1,326.00 | 3,646.50 |
| 17 | Vegetative Waste - vegetative debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | 10,001 - 25,000 CY | 0-15 miles | 283.00 | 283.00 | 566.00 | 566.00 | 283.00 | 283.00 | 283.00 | 283.00 | 1,415.00 | 283.00 | 283.00 | 283.00 | 283.00 | 1,132.00 | 3,113.00 |
| 18 | | | | 16-30 miles | 291.00 | 291.00 | 582.00 | 582.00 | 291.00 | 291.00 | 291.00 | 291.00 | 1,455.00 | 291.00 | 291.00 | 291.00 | 291.00 | 1,164.00 | 3,201.00 |
| 19 | | | | 31-60 miles | 300.00 | 300.00 | 600.00 | 600.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,200.00 | 3,300.00 |
| 20 | | | | 60+ miles | 315.00 | 315.00 | 630.00 | 630.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,575.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,260.00 | 3,465.00 |
| 21 | Vegetative Waste - vegetative debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 268.00 | 268.00 | 536.00 | 536.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,340.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,072.00 | 2,948.00 |
| 22 | | | | 16-30 miles | 276.00 | 276.00 | 552.00 | 552.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,380.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,104.00 | 3,036.00 |
| 23 | | | | 31-60 miles | 285.00 | 285.00 | 570.00 | 570.00 | 285.00 | 285.00 | 285.00 | 285.00 | 1,425.00 | 285.00 | 285.00 | 285.00 | 285.00 | 1,140.00 | 3,135.00 |
| 24 | | | | 60+ miles | 300.00 | 300.00 | 600.00 | 600.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,200.00 | 3,300.00 |
| 25 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offload to TDMA | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 287.00 | 287.00 | 574.00 | 574.00 | 287.00 | 287.00 | 287.00 | 287.00 | 1,435.00 | 287.00 | 287.00 | 287.00 | 287.00 | 1,148.00 | 3,157.00 |
| 26 | | | | 16-30 miles | 293.00 | 293.00 | 586.00 | 586.00 | 293.00 | 293.00 | 293.00 | 293.00 | 1,465.00 | 293.00 | 293.00 | 293.00 | 293.00 | 1,172.00 | 3,223.00 |
| 27 | | | | 31-60 miles | 299.00 | 299.00 | 598.00 | 598.00 | 299.00 | 299.00 | 299.00 | 299.00 | 1,495.00 | 299.00 | 299.00 | 299.00 | 299.00 | 1,196.00 | 3,289.00 |
| 28 | | | | 60+ miles | 305.00 | 305.00 | 610.00 | 610.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,525.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,220.00 | 3,355.00 |
| 29 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | 10,001 - 25,000 CY | 0-15 miles | 273.00 | 273.00 | 546.00 | 546.00 | 273.00 | 273.00 | 273.00 | 273.00 | 1,365.00 | 273.00 | 273.00 | 273.00 | 273.00 | 1,092.00 | 3,003.00 |
| 30 | | | | 16-30 miles | 278.00 | 278.00 | 556.00 | 556.00 | 278.00 | 278.00 | 278.00 | 278.00 | 1,390.00 | 278.00 | 278.00 | 278.00 | 278.00 | 1,112.00 | 3,058.00 |
| 31 | | | | 31-60 miles | 284.00 | 284.00 | 568.00 | 568.00 | 284.00 | 284.00 | 284.00 | 284.00 | 1,420.00 | 284.00 | 284.00 | 284.00 | 284.00 | 1,136.00 | 3,124.00 |
| 32 | | | | 60+ miles | 290.00 | 290.00 | 580.00 | 580.00 | 290.00 | 290.00 | 290.00 | 290.00 | 1,450.00 | 290.00 | 290.00 | 290.00 | 290.00 | 1,160.00 | 3,190.00 |
| 33 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 260.00 | 260.00 | 520.00 | 520.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,040.00 | 2,860.00 |
| 34 | | | | 16-30 miles | 265.00 | 265.00 | 530.00 | 530.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,325.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,060.00 | 2,915.00 |
| 35 | | | | 31-60 miles | 270.00 | 270.00 | 540.00 | 540.00 | 270.00 | 270.00 | 270.00 | 270.00 | 1,350.00 | 270.00 | 270.00 | 270.00 | 270.00 | 1,080.00 | 2,970.00 |
| 36 | | | | 60+ miles | 276.00 | 276.00 | 552.00 | 552.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,380.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,104.00 | 3,036.00 |
| 37 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 297.50 | 297.50 | 595.00 | 595.00 | 297.50 | 297.50 | 297.50 | 297.50 | 1,487.50 | 297.50 | 297.50 | 297.50 | 297.50 | 1,190.00 | 3,272.50 |
| 38 | | | | 16-30 miles | 306.50 | 306.50 | 613.00 | 613.00 | 306.50 | 306.50 | 306.50 | 306.50 | 1,532.50 | 306.50 | 306.50 | 306.50 | 306.50 | 1,226.00 | 3,371.50 |
| 39 | | | | 31-60 miles | 315.50 | 315.50 | 631.00 | 631.00 | 315.50 | 315.50 | 315.50 | 315.50 | 1,587.50 | 315.50 | 315.50 | 315.50 | 315.50 | 1,262.00 | 3,492.50 |
| 40 | | | | 60+ miles | 331.50 | 331.50 | 663.00 | 663.00 | 331.50 | 331.50 | 331.50 | 331.50 | 1,657.50 | 331.50 | 331.50 | 331.50 | 331.50 | 1,326.00 | 3,646.50 |
| 41 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | 10,001 - 25,000 CY | 0-15 miles | 283.00 | 283.00 | 566.00 | 566.00 | 283.00 | 283.00 | 283.00 | 283.00 | 1,415.00 | 283.00 | 283.00 | 283.00 | 283.00 | 1,132.00 | 3,113.00 |
| 42 | | | | 16-30 miles | 291.00 | 291.00 | 582.00 | 582.00 | 291.00 | 291.00 | 291.00 | 291.00 | 1,455.00 | 291.00 | 291.00 | 291.00 | 291.00 | 1,164.00 | 3,201.00 |
| 43 | | | | 31-60 miles | 300.00 | 300.00 | 600.00 | 600.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,200.00 | 3,300.00 |
| 44 | | | | 60+ miles | 315.00 | 315.00 | 630.00 | 630.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,575.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,260.00 | 3,465.00 |
| 45 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offload to final disposal site | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 268.00 | 268.00 | 536.00 | 536.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,340.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,072.00 | 2,948.00 |
| 46 | | | | 16-30 miles | 276.00 | 276.00 | 552.00 | 552.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,380.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,104.00 | 3,036.00 |
| 47 | | | | 31-60 miles | 285.00 | 285.00 | 570.00 | 570.00 | 285.00 | 285.00 | 285.00 | 285.00 | 1,430.00 | 285.00 | 285.00 | 285.00 | 285.00 | 1,140.00 | 3,140.00 |
| 48 | | | | 60+ miles | 300.00 | 300.00 | 600.00 | 600.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,495.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,195.00 | 3,170.00 |
| 49 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 21.00 | 21.00 | 42.00 | 42.00 | 21.00 | 21.00 | 21.00 | 21.00 | 105.00 | 21.00 | 21.00 | 21.00 | 21.00 | 84.00 | 231.00 |
| 50 | | | | 16-30 miles | 27.00 | 27.00 | 54.00 | 54.00 | 27.00 | 27.00 | 27.00 | 27.00 | 135.00 | 27.00 | 27.00 | 27.00 | 27.00 | 108.00 | 297.00 |
| 51 | | | | 31-60 miles | 37.00 | 37.00 | 74.00 | 74.00 | 37.00 | 37.00 | 37.00 | 37.00 | 185.00 | 37.00 | 37.00 | 37.00 | 37.00 | 148.00 | 407.00 |
| 52 | | | | 60+ miles | 53.00 | 53.00 | 106.00 | 106.00 | 53.00 | 53.00 | 53.00 | 53.00 | 265.00 | 53.00 | 53.00 | 53.00 | 53.00 | 212.00 | 583.00 |
| 53 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | 10,001 - 25,000 CY | 0-15 miles | 20.00 | 20.00 | 40.00 | 40.00 | 20.00 | 20.00 | 20.00 | 20.00 | 100.00 | 20.00 | 20.00 | 20.00 | 20.00 | 80.00 | 220.00 |
| 54 | | | | 16-30 miles | 26.00 | 26.00 | 52.00 | 52.00 | 26.00 | 26.00 | 26.00 | 26.00 | 130.00 | 26.00 | 26.00 | 26.00 | 26.00 | 104.00 | 286.00 |
| 55 | | | | 31-60 miles | 36.00 | 36.00 | 72.00 | 72.00 | 36.00 | 36.00 | 36.00 | 36.00 | 180.00 | 36.00 | 36.00 | 36.00 | 36.00 | 144.00 | 396.00 |
| 56 | | | | 60+ miles | 52.00 | 52.00 | 104.00 | 104.00 | 52.00 | 52.00 | 52.00 | 52.00 | 260.00 | 52.00 | 52.00 | 52.00 | 52.00 | 208.00 | 572.00 |
| 57 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 18.00 | 18.00 | 38.00 | 38.00 | 18.00 | 18.00 | 18.00 | 18.00 | 90.00 | 18.00 | 18.00 | 18.00 | 18.00 | 78.00 | 209.00 |
| 58 | | | | 16-30 miles | 25.00 | 25.00 | 50.00 | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 125.00 | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 | 275.00 |
| 59 | | | | 31-60 miles | 35.00 | 35.00 | 70.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 60 | | | | 60+ miles | 51.00 | 51.00 | 102.00 | 102.00 | 51.00 | 51.00 | 51.00 | 51.00 | 255.00 | 51.00 | 51.00 | 51.00 | 51.00 | 204.00 | 561.00 |

FINAL ATTACHMENT A - PRICE PROPOSAL FORM DATED JANUARY 15, 2013
State of New Jersey - RFQ Waterway Debris Removal Services Pricing from CrowderGulf

| Line # | Description | Units | Quantity Tier | Measure of Distance | ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A)+(B) | ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM (A) THRU (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | White Goods Removal to final disposal site | Unit | 1-100 Units | N/A | 300.00 | 300.00 | 600.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,200.00 | 3,300.00 |
| 62 | White Goods Removal to final disposal site | Unit | Above 100 Units | N/A | 260.00 | 260.00 | 520.00 | 260.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,040.00 | 2,860.00 |
| 63 | Electronic Waste - removal of "e-waste" that contains hazardous materials | Unit | 1-100 Units | N/A | 225.00 | 225.00 | 450.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 1,125.00 | 225.00 | 225.00 | 225.00 | 225.00 | 900.00 | 2,475.00 |
| 64 | Electronic Waste - removal of "e-waste" that contains hazardous materials, includes computer monitors and televisions | Unit | Above 100 Units | N/A | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,000.00 | 200.00 | 200.00 | 200.00 | 200.00 | 800.00 | 2,200.00 |
| 65 | Freon Management - freon management and recycling | Unit | 1-100 Units | N/A | 125.00 | 125.00 | 250.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 625.00 | 125.00 | 125.00 | 125.00 | 125.00 | 500.00 | 1,375.00 |
| 66 | Freon Management - freon management and recycling | Unit | Above 100 Units | N/A | 105.00 | 105.00 | 210.00 | 105.00 | 105.00 | 105.00 | 105.00 | 105.00 | 525.00 | 105.00 | 105.00 | 105.00 | 105.00 | 420.00 | 1,155.00 |
| 67 | Sand Collection - removal of Unsalvced sand from waterway | CY | 1-50,000 CY | N/A | 64.00 | 64.00 | 128.00 | 64.00 | 64.00 | 64.00 | 64.00 | 64.00 | 320.00 | 64.00 | 64.00 | 64.00 | 64.00 | 256.00 | 704.00 |
| 68 | Sand Collection - removal of displaced sand from waterway | CY | 50,001-100,000 CY | N/A | 64.00 | 64.00 | 128.00 | 64.00 | 64.00 | 64.00 | 64.00 | 64.00 | 320.00 | 64.00 | 64.00 | 64.00 | 64.00 | 256.00 | 704.00 |
| 69 | Sand Collection - removal of displaced sand from waterway | CY | Above 100,000 CY | N/A | 64.00 | 64.00 | 128.00 | 64.00 | 64.00 | 64.00 | 64.00 | 64.00 | 320.00 | 64.00 | 64.00 | 64.00 | 64.00 | 256.00 | 704.00 |
| 70 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 1-50,000 CY (per mileage intervals) | 0-15 miles | 24.00 | 24.00 | 48.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 120.00 | 24.00 | 24.00 | 24.00 | 24.00 | 96.00 | 264.00 |
| 71 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 1-50,000 CY (per mileage intervals) | 16-30 miles | 29.00 | 29.00 | 58.00 | 29.00 | 29.00 | 29.00 | 29.00 | 29.00 | 145.00 | 29.00 | 29.00 | 29.00 | 29.00 | 116.00 | 319.00 |
| 72 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 1-50,000 CY (per mileage intervals) | 31-60 miles | 39.00 | 39.00 | 78.00 | 39.00 | 39.00 | 39.00 | 39.00 | 39.00 | 195.00 | 39.00 | 39.00 | 39.00 | 39.00 | 156.00 | 429.00 |
| 73 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 1-50,000 CY (per mileage intervals) | 60+ miles | 62.00 | 62.00 | 124.00 | 62.00 | 62.00 | 62.00 | 62.00 | 62.00 | 310.00 | 62.00 | 62.00 | 62.00 | 62.00 | 248.00 | 682.00 |
| 74 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 50,001-100,000 CY (per mileage intervals) | 0-15 miles | 23.00 | 23.00 | 46.00 | 23.00 | 23.00 | 23.00 | 23.00 | 23.00 | 115.00 | 23.00 | 23.00 | 23.00 | 23.00 | 92.00 | 253.00 |
| 75 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 50,001-100,000 CY (per mileage intervals) | 16-30 miles | 27.00 | 27.00 | 54.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 135.00 | 27.00 | 27.00 | 27.00 | 27.00 | 108.00 | 297.00 |
| 76 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 50,001-100,000 CY (per mileage intervals) | 31-60 miles | 37.00 | 37.00 | 74.00 | 37.00 | 37.00 | 37.00 | 37.00 | 37.00 | 185.00 | 37.00 | 37.00 | 37.00 | 37.00 | 148.00 | 407.00 |
| 77 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | 50,001-100,000 CY (per mileage intervals) | 60+ miles | 62.00 | 62.00 | 124.00 | 62.00 | 62.00 | 62.00 | 62.00 | 62.00 | 310.00 | 62.00 | 62.00 | 62.00 | 62.00 | 248.00 | 682.00 |
| 78 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | Above 100,000 CY (per mileage intervals) | 0-15 miles | 22.00 | 22.00 | 44.00 | 22.00 | 22.00 | 22.00 | 22.00 | 22.00 | 110.00 | 22.00 | 22.00 | 22.00 | 22.00 | 88.00 | 242.00 |
| 79 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | Above 100,000 CY (per mileage intervals) | 16-30 miles | 25.00 | 25.00 | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 125.00 | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 | 275.00 |
| 80 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | Above 100,000 CY (per mileage intervals) | 31-60 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 81 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and sedimentary placement on beach, and proper disposal of screening byproducts | CY | Above 100,000 CY (per mileage intervals) | 60+ miles | 60.00 | 60.00 | 120.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 300.00 | 60.00 | 60.00 | 60.00 | 60.00 | 240.00 | 660.00 |
| 82 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 1-50,000 CY (per mileage intervals) | 0-15 miles | 26.00 | 26.00 | 52.00 | 26.00 | 26.00 | 26.00 | 26.00 | 26.00 | 130.00 | 26.00 | 26.00 | 26.00 | 26.00 | 104.00 | 286.00 |
| 83 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 1-50,000 CY (per mileage intervals) | 16-30 miles | 31.00 | 31.00 | 62.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 155.00 | 31.00 | 31.00 | 31.00 | 31.00 | 124.00 | 341.00 |
| 84 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 1-50,000 CY (per mileage intervals) | 31-60 miles | 41.00 | 41.00 | 82.00 | 41.00 | 41.00 | 41.00 | 41.00 | 41.00 | 205.00 | 41.00 | 41.00 | 41.00 | 41.00 | 164.00 | 451.00 |
| 85 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 1-50,000 CY (per mileage intervals) | 60+ miles | 66.00 | 66.00 | 132.00 | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 | 330.00 | 66.00 | 66.00 | 66.00 | 66.00 | 264.00 | 726.00 |
| 86 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 50,001-100,000 CY (per mileage intervals) | 0-15 miles | 25.00 | 25.00 | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 125.00 | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 | 275.00 |
| 87 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 50,001-100,000 CY (per mileage intervals) | 16-30 miles | 30.00 | 30.00 | 60.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 150.00 | 30.00 | 30.00 | 30.00 | 30.00 | 120.00 | 330.00 |
| 88 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 50,001-100,000 CY (per mileage intervals) | 31-60 miles | 40.00 | 40.00 | 80.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 200.00 | 40.00 | 40.00 | 40.00 | 40.00 | 160.00 | 440.00 |
| 89 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | 50,001-100,000 CY (per mileage intervals) | 60+ miles | 65.00 | 65.00 | 130.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 325.00 | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 | 715.00 |
| 90 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | Above 100,000 CY (per mileage intervals) | 0-15 miles | 24.00 | 24.00 | 48.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 120.00 | 24.00 | 24.00 | 24.00 | 24.00 | 96.00 | 264.00 |
| 91 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | Above 100,000 CY (per mileage intervals) | 16-30 miles | 28.00 | 28.00 | 56.00 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 | 140.00 | 28.00 | 28.00 | 28.00 | 28.00 | 112.00 | 308.00 |
| 92 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | Above 100,000 CY (per mileage intervals) | 31-60 miles | 38.00 | 38.00 | 76.00 | 38.00 | 38.00 | 38.00 | 38.00 | 38.00 | 190.00 | 38.00 | 38.00 | 38.00 | 38.00 | 152.00 | 418.00 |
| 93 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY | Above 100,000 CY (per mileage intervals) | 60+ miles | 62.00 | 62.00 | 124.00 | 62.00 | 62.00 | 62.00 | 62.00 | 62.00 | 310.00 | 62.00 | 62.00 | 62.00 | 62.00 | 248.00 | 682.00 |
| 94 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | 1-10 Units | N/A | 1,500.00 | 1,500.00 | 3,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 7,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 6,000.00 | 16,500.00 |
| 95 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | 11-25 Units | N/A | 1,500.00 | 1,500.00 | 3,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 7,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 6,000.00 | 16,500.00 |
| 96 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | Above 25 Units | N/A | 1,400.00 | 1,400.00 | 2,800.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 7,000.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 5,600.00 | 15,400.00 |
| 97 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 1-50 Vessels | 0-19 feet | 275.00 | 275.00 | 550.00 | 275.00 | 275.00 | 275.00 | 275.00 | 275.00 | 1,375.00 | 275.00 | 275.00 | 275.00 | 275.00 | 1,100.00 | 3,025.00 |
| 98 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 1-50 Vessels | 20-29 feet | 350.00 | 350.00 | 700.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 1,750.00 | 350.00 | 350.00 | 350.00 | 350.00 | 1,400.00 | 3,850.00 |
| 99 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 1-50 Vessels | 30-39 feet | 450.00 | 450.00 | 900.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 2,250.00 | 450.00 | 450.00 | 450.00 | 450.00 | 1,800.00 | 4,950.00 |
| 100 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 1-50 Vessels | over 40 feet | 800.00 | 800.00 | 1,600.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 4,000.00 | 800.00 | 800.00 | 800.00 | 800.00 | 3,200.00 | 8,800.00 |
| 101 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 51-100 Vessels | 0-19 feet | 260.00 | 260.00 | 520.00 | 260.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,040.00 | 2,860.00 |
| 102 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 51-100 Vessels | 20-29 feet | 335.00 | 335.00 | 670.00 | 335.00 | 335.00 | 335.00 | 335.00 | 335.00 | 1,675.00 | 335.00 | 335.00 | 335.00 | 335.00 | 1,340.00 | 3,685.00 |
| 103 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 51-100 Vessels | 30-39 feet | 435.00 | 435.00 | 870.00 | 435.00 | 435.00 | 435.00 | 435.00 | 435.00 | 2,175.00 | 435.00 | 435.00 | 435.00 | 435.00 | 1,740.00 | 4,785.00 |
| 104 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 51-100 Vessels | over 40 feet | 785.00 | 785.00 | 1,570.00 | 785.00 | 785.00 | 785.00 | 785.00 | 785.00 | 3,925.00 | 785.00 | 785.00 | 785.00 | 785.00 | 3,140.00 | 8,635.00 |
| 105 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | Above 100 Vessels | 0-19 feet | 245.00 | 245.00 | 490.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 1,225.00 | 245.00 | 245.00 | 245.00 | 245.00 | 980.00 | 2,695.00 |
| 106 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | Above 100 Vessels | 20-29 feet | 320.00 | 320.00 | 640.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 1,600.00 | 320.00 | 320.00 | 320.00 | 320.00 | 1,280.00 | 3,520.00 |

FINAL ATTACHMENT A - PRICE PROPOSAL FORM - DATED JANUARY 19, 2016
State of New Jersey - RFQ Waterway Debris Removal Services, Pricing from CrowderGulf

| Line # | Description | Units | Quantity Tier Vessels | Measure of Distance | ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A)+(B) | ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM (A) THRU (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | waterway and transport to aggregation site | | | 0-30 feet | | | | | | | | | | | | | | | |
| 108 | | | | over 30 feet | 420.00 | 420.00 | 840.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 2,100.00 | 420.00 | 420.00 | 420.00 | 420.00 | 1,680.00 | 4,620.00 |
| 109 | Pre-removal Assessment of Debris - use of cost-effective technology, including side scan sonar to provide identification and assessment of debris locations. | Price per acre | | 0-100 acres | 770.00 | 770.00 | 1,540.00 | 770.00 | 770.00 | 770.00 | 770.00 | 770.00 | 3,850.00 | 770.00 | 770.00 | 770.00 | 770.00 | 3,080.00 | 8,470.00 |
| 110 | | | | 101-300 acres | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,000.00 | 200.00 | 200.00 | 200.00 | 200.00 | 800.00 | 2,200.00 |
| 111 | | | | 301-600 acres | 175.00 | 175.00 | 350.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 875.00 | 175.00 | 175.00 | 175.00 | 175.00 | 700.00 | 1,925.00 |
| 112 | | | | 601-1000 acres | 150.00 | 150.00 | 300.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 750.00 | 150.00 | 150.00 | 150.00 | 150.00 | 600.00 | 1,650.00 |
| 113 | | | | 1001+ acres | 125.00 | 125.00 | 250.00 | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | 625.00 | 125.00 | 125.00 | 125.00 | 125.00 | 500.00 | 1,375.00 |
| 114 | Verification of Debris Removal - use of cost-effective technology, including side scan sonar to permit verification to State that debris has been removed and waterway depth has been restored | Price per acre | | 0-100 acres | 115.00 | 115.00 | 230.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 575.00 | 115.00 | 115.00 | 115.00 | 115.00 | 460.00 | 1,265.00 |
| 115 | | | | 101-300 acres | 150.00 | 150.00 | 300.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 750.00 | 150.00 | 150.00 | 150.00 | 150.00 | 600.00 | 1,650.00 |
| 116 | | | | 301-600 acres | 120.00 | 120.00 | 240.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 600.00 | 120.00 | 120.00 | 120.00 | 120.00 | 480.00 | 1,320.00 |
| 117 | | | | 601-1000 acres | 100.00 | 100.00 | 200.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 500.00 | 100.00 | 100.00 | 100.00 | 100.00 | 400.00 | 1,100.00 |
| 118 | | | | 1001+ acres | 75.00 | 75.00 | 150.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 375.00 | 75.00 | 75.00 | 75.00 | 75.00 | 300.00 | 825.00 |
| 119 | Operation of Vehicle/Vessel Aggregation Site - operation of vehicle and vessel aggregation site, includes all phases of operation, including labor, equipment, security, staffing and preparation of site to create condition | Per Day | | Daily | 50.00 | 50.00 | 100.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 250.00 | 50.00 | 50.00 | 50.00 | 50.00 | 200.00 | 550.00 |
| 120 | Operation of Temporary Debris Management Area - operation of TDMA, includes all phases of operation, including (over) equipment, and includes all aspects of operation including labor, equipment, security and staffing and restoration of site to pre-site condition | Per Day | | Daily | 6,000.00 | 6,000.00 | 12,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 30,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 24,000.00 | 66,000.00 |

**Total State Price is the single price that Bidder would offer, per price line, for all 11 zones in the State.**

Original

# State of New Jersey

## RFQ - Technical Proposal
## Waterway Debris Removal and Management Services

*Friday, January 18, 2013 @ 3:00pm*



**Corporate Office**
5435 Business Parkway
Theodore, Alabama  36582
800-992-6207 Phone
         Fax
jramsay@crowdergulf.com
www.crowdergulf.com

**New Jersey Office**
26 Columbia Turnpike
Florham Park, NJ  07932

*CrowderGulf is committed to protecting and preserving our environment.*
*As part of this effort, our proposal is printed on recycled paper.*

# CrowderGulf

## Disaster Recovery & Debris Management

5435 Business Parkway
Theodore, Alabama 36582

Office: (800) 992-6207
Fax:

January 16, 2013

Mr. Jonathan Wallace
Proposal Receiving Room – 9th Floor
Division of Purchase and Property
Department of Treasury
33 West State Street, P.O. Box 230
Trenton, NJ 08625-0230

Re:    RFQ for Waterway Debris Removal Services

CrowderGulf is pleased to submit the enclosed proposal in response to the State of New Jersey's RFQ referenced above and in accordance with the terms and conditions set forth in that request.  We understand and are experienced with all aspects of the scope of work for this RFQ.

For the purposes of this RFQ, CrowderGulf, a successful debris management company for over four decades, is proud to team with Matrix New World, based in Florham, New Jersey, and Weeks Marine, Inc., headquartered in Cranford, NJ.

CrowderGulf's successful work history is based on our integrity and the expertise of our experienced management.  Our understanding of the necessity to utilize local companies with the same work philosophy has lead us to team with these two highly respected New Jersey business enterprises. **Matrix New World**, a woman-owned small business enterprise, brings to our management team full service environmental, geotechnical, and civil engineering services with many experienced, licensed professionals.  **Weeks Marine, Inc.**, in business since 1919, is one of North America's largest providers of dredging services and the largest in the Gulf of Mexico, where two-thirds of all U.S. dredging occurs.  The company moves more sediment annually than any other U.S. dredging contractor.   Their Dredging Division is a major provider of maintenance dredging for navigation channels serving U.S. seaports.  Their exceptional work history and reputation for excellence is well-known and respected in the industry.

During the past forty years, CrowderGulf has successfully managed over three hundred (300) debris clean-up operations in fourteen (14) states and has removed and disposed of over two hundred thirty million (230,000,000) cubic yards of debris. We have become a leader in the disaster debris industry for beach and waterway cleanup projects.

Page 2

Since 2003, our work has involved removing disaster-related debris from waterways, using side scan sonar with many of these projects to efficiently locate and remove debris. We are also leaders in utilizing sand screening to clean and restore beaches. Since 2003, we have screened approximately two (2) million cubic yards of sand and restored multiple beaches to pristine condition across four Gulf Coast states.

The success of each of our team companies, CrowderGulf, Matrix, and Weeks Marine, Inc., is a testament to our ability to meet the scope of work established by the State of New Jersey. You will find our team fully knowledgeable in all aspects of waterway debris removal, dredging and sand screening, from operational methodology to quality control and FEMA public assistance reimbursements.

We acknowledge and are in receipt of Addendum 1 (including Revised RFQ, Bidders Checklist, Attachments, Pricing and Questions and Answers).

We greatly appreciate the opportunity to submit this proposal and we assure you that with the CrowderGulf / Matrix / Weeks Marine team's experience, equipment inventory, and financial resources, we will exceed the expectations of the State of New Jersey when awarded this waterway debris removal contract.

With Best Regards,

John Ramsay
President

# CrowderGulf

## Disaster Recovery & Debris Management

5435 Business Parkway
Theodore, Alabama 36582

Office: (800) 992-6207
Fax:

January 16, 2013

Mr. Jonathan Wallace
Proposal Receiving Room – 9th Floor
Division of Purchase and Property
Department of Treasury
33 West State Street, P.O. Box 230
Trenton, NJ 08625-0230

**Re:    RFQ for Waterway Debris Removal Services**

CrowderGulf is pleased to submit the enclosed proposal in response to the State of New Jersey's RFQ referenced above and in accordance with the terms and conditions set forth in that request. We understand and are experienced with all aspects of the scope of work for this RFQ.

For the purposes of this RFQ, CrowderGulf, a successful debris management company for over four decades, is proud to team with Matrix New World, based in Florham, New Jersey, and Weeks Marine, Inc., headquartered in Cranford, NJ.

CrowderGulf's successful work history is based on our integrity and the expertise of our experienced management. Our understanding of the necessity to utilize local companies with the same work philosophy has lead us to team with these two highly respected New Jersey business enterprises. **Matrix New World**, a woman-owned small business enterprise, brings to our management team full service environmental, geotechnical, and civil engineering services with many experienced, licensed professionals. **Weeks Marine, Inc.**, in business since 1919, is one of North America's largest providers of dredging services and the largest in the Gulf of Mexico, where two-thirds of all U.S. dredging occurs. The company moves more sediment annually than any other U.S. dredging contractor. Their Dredging Division is a major provider of maintenance dredging for navigation channels serving U.S. seaports. Their exceptional work history and reputation for excellence is well-known and respected in the industry.

During the past forty years, CrowderGulf has successfully managed over three hundred (300) debris clean-up operations in fourteen (14) states and has removed and disposed of over two hundred thirty million (230,000,000) cubic yards of debris. We have become a leader in the disaster debris industry for beach and waterway cleanup projects.

Page 2

Since 2003, our work has involved removing disaster-related debris from waterways, using side scan sonar with many of these projects to efficiently locate and remove debris. We are also leaders in utilizing sand screening to clean and restore beaches. Since 2003, we have screened approximately two (2) million cubic yards of sand and restored multiple beaches to pristine condition across four Gulf Coast states.

The success of each of our team companies, CrowderGulf, Matrix, and Weeks Marine, Inc., is a testament to our ability to meet the scope of work established by the State of New Jersey. You will find our team fully knowledgeable in all aspects of waterway debris removal, dredging and sand screening, from operational methodology to quality control and FEMA public assistance reimbursements.

We acknowledge and are in receipt of Addendum 1 (including Revised RFQ, Bidders Checklist, Attachments, Pricing and Questions and Answers).

We greatly appreciate the opportunity to submit this proposal and we assure you that with the CrowderGulf / Matrix / Weeks Marine team's experience, equipment inventory, and financial resources, we will exceed the expectations of the State of New Jersey when awarded this waterway debris removal contract.

With Best Regards,

John Ramsay
President



# MATRIX NEW WORLD
### Enabling Progress



# Table of Contents

| | | |
|---|---|---|
| 1.0 | Technical Proposal | 1 |
| 2.0 | Management Overview | 3 |
| | 2.1 Removal of Waterway Debris | 3 |
| | 2.2 Debris Hauling | 8 |
| | 2.3 Debris Disposal | 10 |
| | 2.4 Vessel & Vehicle Storage and Report | 11 |
| | 2.5 Hours of Operation | 12 |
| | 2.6 Communications System | 12 |
| | 2.7 Quality Control | 12 |
| | 2.8 Health & Safety | 13 |
| | 2.9 Environmental & Historical Protection | 14 |
| | 2.10 Sand Reclamation | 16 |
| | 2.11 Documentation & Reimbursement | 16 |
| 3.0 | Contract Management | 20 |
| 4.0 | Contract Schedule | 23 |
| 5.0 | Potential Problems & Solutions | 24 |
| 6.0 | Organizational Support and Experience | 25 |
| 7.0 | Resumes | 29 |
| 8.0 | Experience on Contracts of Similar Size and Scope | 35 |
| 9.0 | Capabilities of CrowderGulf | 43 |
| 10.0 | Location | 45 |

11.0 Statutory Requirements
- Bidders Checklist
- Bid Bond
- Required Forms
- NJ Registration / License (NJ A901)
- Insurance Certifications
- Addendum Acknowledgement - Q&A

12.0 Appendices
A - Letters of Commitment
B - Past Performance / References
C - Resumes
D - Financial Balance Sheets and Income Statements *Completed*
E - Equipment List

**State of New Jersey**
*RFQ - Waterway Debris Removal Services*



# 1.0 Technical Proposal

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*

 **CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 1.0    TECHNICAL PROPOSAL

Over the last ten years, CrowderGulf has established itself as one of the leading marine debris removal and disposal companies in the United States. Clients include such agencies as the Mississippi Department of Marine Resources, the Louisiana Department of Wildlife and Fisheries, Alabama Department of Transportation, U.S. Navy, BP Exploration, United States Coast Guard, and the Texas General Land Office (GLO), as well as numerous counties and local municipalities in several states.

CrowderGulf has conducted major waterway debris removal projects concurrently with major land debris removal, reduction and disposal operations after numerous disasters. Our experience and extensive resources, our commitment to quality professional work, and our work plan for each project has always allowed us to complete each project within our clients' timelines. CrowderGulf's marine debris removal capabilities include but are not limited to:

- An experienced labor pool for sustained shallow water/wetlands operations
- Trained, qualified sonar operators, managers and data processors/analysts
- Boat captains and operators experienced with our effective and proven methods of debris removal
- Experienced truckers with appropriate loading and hauling equipment to dispose of marine debris
- Accountability measures that give immediate confirmation of debris removal using sonar imagery and underwater video and photography
- Project documentation accepted by FEMA , U.S. Coast Guard and State Agencies

CrowderGulf is a nationally recognized disaster debris management firm with over forty (40) years experience in recovery operations. During that time, CrowderGulf has served as a successful prime contractor to successfully manage over three hundred (300) debris clean-up operations in fourteen (14) states and remove and dispose of over two hundred thirty million (230,000,000) cubic yards of debris. Since 2003, our work has involved removing over 100,000 cubic yards (cy) of disaster-related debris from waterways, using side scan sonar with many of these projects to efficiently locate and remove debris. We are also an industry leader in utilizing sand screening to clean and restore beaches. We have screened approximately 200,000,000 cy of sand and restored multiple beaches to pristine condition across four Gulf Coast states.

As a result, CrowderGulf has developed an outstanding management team, a vast cadre of regional and national subcontractors and an integrated systems approach to disaster recovery that is capable of addressing disaster debris removal, reduction and disposal projects from both land and waterways.

CrowderGulf understands the importance of teaming with local companies and local contractors for a successful operation. That is why we have teamed with **Matrix New World,** a respected and successful state registered woman-owned small business based in Florham, New Jersey, and **Weeks Marine, Inc.,** headquartered in Cranford, NJ, and considered one of the leading marine construction and dredging companies in the United States and Canada. These partnerships will assure the State of New Jersey a rapid and cost effective operation for this waterway contract. Letters of commitment from these companies may be found in **Appendix A** of this proposal.

During any debris project, the CrowderGulf team will also utilize the services of as many local qualified small business subcontractors as possible. We are committed to satisfying the contract's 25% Small Business Enterprise initiative and with our local teaming partner, **Matrix New World** and the utilization of other local subcontractors we are confident that we will exceed the state's expectations. Throughout the contract term, CrowderGulf is committed to making a concerted good faith effort to utilize local unions when applicable tasks are being performed.

 



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

CrowderGulf contracts have involved disaster debris work in all eligible areas identified in FEMA's Public Assistance Program, Category A. CrowderGulf is committed to completing every project in a minimum amount of time and in a safe, orderly, and practical manner. All disaster management work is completed in full regulatory compliance with all agencies involved in disaster recovery including the Federal Emergency Management Agency (FEMA), the Federal Highway Administration (FHWA), the Environmental Protection Agency (EPA), the United States Coast Guard (USCG), the United States Army Corps of Engineers (USACE), Occupational Safety and Health Administration (OSHA), U. S. Fish and Wildlife, the Department of Transportation, the New Jersey Division of Environmental Protection (NJDEP), the New Jersey Department of Health and other state and local agencies. This commitment to regulatory detail has earned CrowderGulf a reputation as a company of integrity, dependability and reliability.

All necessary licenses and permits will be obtained and maintained throughout the length of this contract. CrowderGulf is licensed to do business in the State of New Jersey and has applied for an A-901 license pursuant to the requirements of N.J.S.A. 13:1E-128, 133, and 135, and a certificate of public convenience and necessity pursuant to N.J.S.A. 48:13A-6.2. In addition, our local teaming partners, **Matrix** and **Weeks Marine**, will be fully licensed under the requirements of the State of New Jersey and all local municipalities.

CrowderGulf and our local partners, **Matrix New World and Weeks Marine,** are fully committed to providing the State of New Jersey with priority service, quality performance and expert on-site management. CrowderGulf's (1) human resources, (2) extensive equipment inventory, (3) financial capacity and (4) experienced subcontracting teams, allow the company to honor all contractual commitments with dispatch and efficiency and complete all projects within the contract timeframe. This includes the timeline of this contract for 75% of work completion by June 1, 2013. We are confident that we can meet or exceed this timeline, assuming that contract activation is not delayed.

We are fully prepared to implement the management structure outlined in the RFQ utilizing a Zone Operations Manager (ZOM) to work directly with the State Project Manager (SPM). Based on our disaster management experience we propose to have a Regional Operations Manager (ROM) for each Region. The ZOMs within each Region (South, Central, North) will report to the designated ROM. The ROM will report to the State Project Manager (SPM).

CrowderGulf is committed to working as a team with the State of New Jersey and their representatives to facilitate the requisite planning that will ensure a smooth operation of waterway debris removal and disposal, and sand reclamation.





# 2.0 Management Overview

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 2.0    MANAGEMENT OVERVIEW

CrowderGulf has encountered and successfully handled everything within the scope of work of the State of New Jersey's RFQ for Waterway Debris Removal Services in the RFQ, including waterways debris removal and disposal, managing temporary debris management sites, dredging, sand screening and relocation, vessel and vehicle removal, white goods removal and disposal, and hazardous materials handling . This also includes extensive experience working in environmentally sensitive areas and ensuring adequate precautions are taken not to disturb or damage these areas. The confidence that we can deliver services to the State effectively and efficiently is bred from our past successes and in our added strength of a partnership with **Matrix New World and Weeks Marine,** respected and successful local companies. The 'value-added' that these companies will provide is significant.

CrowderGulf has the financial, personnel and equipment resources to provide the management, planning, personnel and equipment to efficiently and effectively provide New Jersey quality waterway debris removal and all other related services identified in the RFQ scope of work. Over 98% of the contracted disaster work completed by CrowderGulf has been with governmental agencies that were reimbursed by FEMA. Consequently, we are very experienced with documentation required by FEMA and work diligently throughout the contract to make sure all work is properly documented and to support clients with all FEMA reimbursement requirements.

CrowderGulf shall conduct all waterway debris operations outlined in this proposal to meet the program standards provided for in the **FEMA 325** <u>Debris Management Guide.</u> In addition, CrowderGulf will conduct all waterway debris operations in accordance with all applicable federal, state, and local laws, rules and/or regulations.

CrowderGulf, Matrix and Weeks Marine, Inc., have established solid-working relationships with numerous state emergency response agencies as well as other key agencies involved in disaster response and recovery that include the Federal Emergency Management Agency (FEMA),the U.S. Army Corps of Engineers (USACE) and the United States Coast Guard (USCG). These relationships, combined with the technical experience of such employees as Mr. Buddy Young and Mr. Gary Jones, afford the State the benefit of technical advice from very experienced debris management personnel. Mr. Young is CrowderGulf's Director of Operations and prior to joining CrowderGulf, he was the FEMA Region VI Director for eight years under James Lee Witt. Mr. Jones recently retired as FEMA Region VI Regional Director and is now serving as a technical advisor for CrowderGulf. Both Mr. Young and Mr. Jones will be available to the State throughout the contract for technical advice and assistance on all aspects of the project.

## 2.1    Removal of Waterway Debris

CrowderGulf's Operations Plan for waterway debris removal and associated projects is flexible and based on the unique needs in each project. We use the same principles with waterway work as we do on our land operations. We move trained and well-equipped crews into the affected area in the shortest time possible, and follow a disaster-specific work plan. This ensures that our personnel and equipment will be mobilized and in place to remove and dispose of debris in the most efficient and effective manner, with the least possible impact to citizens.







CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

## 2.1.1    Debris Location and Identification (using Side Scan Sonar (SSS))

Prior to beginning the debris removal operation, each Zone will be assessed using side scan sonar and/or visual siting. This will provide a more efficient approach to remove all debris. The sonar equipment used for data acquisition is state of the art digital high resolution side-scan. The data is processed and analyzed using mosaic acoustic mapping software. All target or contact information processed can be in the hands of the ZOM within hours of collection, greatly speeding up the debris removal process.

### 2.1.1.1    Side Scan Sonar (SSS) Procedures

A chart study will be performed of the Zones to be surveyed and grid lines will be laid out using the mosaic software. Survey lines will be laid out on 75m (225ft) spacing, which ensures that there is sufficient overlap (approx. 5m) in the sonar image to accomplish 100% coverage.

All survey boats will be equipped with an auto-pilot to allow vessel operators to maintain straight and accurate survey lines. Onboard computers will display real-time boat position, direction, speed, and survey lines to ensure accurate and complete coverage. A sub-meter differential GPS will be used for navigation and sonar operations. Vessel captains are well-trained aware that they may encounter such objects as vessels, pilings, and large man-made structures . Survey vessels will pass as close to the object as safety permits and resume heading after passing the object.

Winds, tides, and currents will have an effect on the sonar vessels. During the winter months, the prevailing winds come from the North and low tides tend to become extremely low. Compensation will be made for such factors by tracking all extreme low tides and surveying these shoaled or low water areas at high tide.

The areas will be surveyed using a 600 kHz, tow-fish. Resolutions of 900khz and 1,800khz will also be available as needed. Experience surveying the shallow bays and coastal areas along the Gulf coast has proven that this unit consistently provides the best resolution. As the data is collected, notes will be made on known targets such as vegetative debris, vessels, pilings, and other man-made structures that are eligible storm debris. Data will be monitored during collection and any areas that experience incomplete or un-readable data will immediately be re-scanned.

As the data is collected, a mosaic of the area will be created and stored electronically. The sonar operator will be able to review previous data simultaneously while continuing to collect fresh data. This ensures 100% coverage. CrowderGulf data analysts will review data, identify and mark targets for crews to pickup.

Targets will be identified by size, type of debris, water depth, and GPS coordinates. The resolution of the data will be sufficient to identify 50cm diameter targets. All data will be corrected for slant range and layback. All data and reports will be verified by the Sonar Image Manager. Reports will identify single point targets as well as debris fields. Debris fields are indicated by marking the geographic center of the field and giving approximate radius of the field. Single point targets will indicate the approximate center of the target, as well as type, and size.

Accuracy of GPS data is specified as approximately 3m (9ft), but our experience has shown it to be in the 1-3m (3-9ft) range. This has proven to be sufficient for debris removal operations.

In areas that cannot be scanned (i.e. sand bars, shoals, areas of aquatic vegetation, etc.), a visual inspection will be made. If the area is accessible by foot or flat bottom skiff then a hand held GPS will be used to mark targets and a written description will be provided as part of the data report. Our goal is to provide the State with the most complete data and information possible.







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

On a weekly basis or as requested, SSS reports will be provided to the State Project Manager (SPM) representative. Reports will be in a standard format to include an excel spreadsheet listing all target information, a data report that includes images of all targets, a mosaic to show total coverage at that time, and a written report on areas too shallow to sonar. All reports shall be delivered in Portable Document Form (PDF) and on a data device. Reports and documents will also be uploaded to CrowderGulf's secure website that the SOM and other State representatives may access with a password.

### 2.1.1.2    Equipment Available
The following company-owned electronic equipment will be utilized in sonar applications prior to debris removal:
- "Marine Sonic" "Centurion" Side Scan Sonar (SSS) Systems (digital high resolution Side Scan Sonar and 600KHZ tow fish)
- "Trimble SPS351" GPS Receivers
- "Chesapeake Technology, Inc" "SonarWiz.MAP" Mosaic Software

## 2.1.2    Debris Extraction and Storage Procedures
Crews and equipment will be mobilized based on the type of debris located by side scan sonar assessments as well as visual assessments conducted by our management team. The work plan will be developed and provided to the State Project Manager (SPM). While waterway assessments are being conducted, the Zone Operations Manager (ZOM) will manage the set up of off-loading sites, for any site previously identified and approved by the State. If Off-loading sites have not been previously identified, the ZOM, in coordination with our local partner, Matrix, will find and secure Off-loading sites. All sites shall be approved by the New Jersey Department of Environmental Protection (NJDEP) and the SPM before any development is initiated. Zones that have a great deal of debris (Priority Zones A and B) may require a Temporary Debris Management Area (TDMA) be set up. This will most likely require a larger land area than a smaller Off-loading site. All TDMA sites will be approved by SPM prior to development.

Zone crews will utilize the SSS target data for debris location and removal. Shallow draft, commercial shrimp/fishing vessels equipped with GPS navigation equipment, heavy duty drag bars and winches will be used to remove debris. When vessels are fully loaded, they will proceed to one of the established off-loading sites. When Off-loading site is a long distance away, debris may be transferred to a static anchored barge.

Specialized barges equipped with knuckleboom self loader arms and debris grapples may also be used to remove debris. These barges are un-motorized, and will be moved with a properly sized push boat. When full or at the end of the workday, the barge will be towed for unloading at the Off-loading site/Temporary Debris Management Areas (TDMA).

In Zones requiring heavy lifts, a barge mounted with track-hoe, or small crane with clamshell will be used. This barge will be un-motorized and pushed with a suitable sized tow/push boat. The barge will be equipped with all necessary safety equipment. Debris will be transported to a temporary staging area for separation. The debris may then be loaded on large capacity trucks and hauled to the approved landfill.

Hand laborers will be used in shallow water. Laborers will be equipped with hand rakes and/or hook poles to lift and pull debris from the water. These laborers will also gather small scattered debris. All hand labor will wear appropriate personal protective clothing. (Chain saws will be available to reduce oversize items to manageable size for manual removal).







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

Boats and barges will transport debris as necessary to the Off-loading sites/TDMA identified for each area. Boat crews will unload and separate the debris as the boats arrive. Boats will be unloaded by hand or machine as the debris dictates.

In a case where surface debris is accessible from land we will work with the SOM to obtain ROE (right of entry) permits from the appropriate land owners.

If needed, properly equipped, licensed and certified divers will be utilized for onsite verification of debris. Divers may be utilized for attaching winch cables/ropes to targets too large for debris nets. If needed, air lift bags may be used for sunken vessels and other large objects.

Verification of Waterway Debris Removal Form                                   Zone_____

| Date | Pre-Removal Water Depth | GIS Coordinates of Debris | Debris Type | Volume CY | Removal Method | Disposition | Post-Removal Water Depth | Signature |
|------|------|------|------|------|------|------|------|------|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**Verification of Waterway Debris Removal Form captures additional required information:**
- Pre-Removal water depth
- GIS Coordinates
- Type of debris
- Volume of debris
- Method of removal
- Date of removal
- Disposition of debris
- Post-removal water depth

### 2.1.2.1    Equipment Available
The following company-owned equipment will be utilized in sonaring prior to debris removal:
<u>Vessels*</u>
- Shallow draft barges equipped with knuckleboom loaders, GPS, marine radios/telephones and required safety equipment.
- Shallow draft, commercial shrimp/fishing boats equipped with winches, towing gear, heavy duty drag bars with debris hooks, GPS tracker/plotters, Radio/telephone and Safety equipment.
- Small push and tow boats 30 – 800 HP equipped with GPS devices, radio/telephone and all required safety equipment.
- Command and control/quality control, shallow draft recreational boats with tilt trim outboard motors equipped with GPS tracker/plotters, radio/telephone and safety equipment.
- Barges with cranes and trackhoes.
- Flat deck barges
- 400-800 hp push boats
- Marsh buggy mounted track-hoes. This machine will be motorized and be of the type traditionally used in these types of marshes.
  *All boats are properly licensed and USCG inspected*





**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

Heavy Equipment
- Versa-handler, Generally CAT TH63 series or equivalent, fitted with high flotation tires, debris grapple and bucket.
- Skid steer loader, Generally CAT 600 series or equivalent, fitted with low impact rubberized tracks, debris grapple and rake/bucket.
- Wheeled Loader, Generally JD 544 or 644 series or equivalent, fitted with high flotation tires, debris grapple and rake.

All equipment and boats will be transported on the road by truck and trailer. All heavy hauling will be performed utilizing properly licensed and permitted drop-deck lowboy trucks. All equipment operators will be properly trained and certified competent. All vehicle operators are properly licensed and trained in use of specialized equipment.

### 2.1.2.2    Debris Types
The list below is descriptive of the eligible debris types anticipated to be removed as a result of this contract.
- Vegetative Debris
- Construction and Demolition Debris (C&D)
- Aggregate
- Scrap Metal
- Orphaned tanks, shipping containers and dumpsters
- Weapons, ammunition and explosives
- White Goods/Household Appliances
- *CrowderGulf will follow all federal, state, and local requirements concerning ozone-depleting refrigerants, mercury and oils when preparing white goods for disposal or recycling.*
- Hazardous Wastes
- *CrowderGulf works in conjunction with all federal, state and local regulatory agencies and strictly follows all regulatory guidance*
- Vehicles, Vessels, or other motorized equipment
- *When removing vehicles and vessels, CrowderGulf will follow all appropriate hazard abatement laws, coordinate with the requirements of the marine and harbor patrol agencies, and comply with local laws governing navigational vessels.*
- Human Remains
- *If human remains are suspected, all work will stop in the area and the SPM and appropriate authorities will be notified immediately. Work will resume only when given notification by SPM.*

### 2.1.2.3    Temporary Debris Management Areas (TDMAs)
CrowderGulf has vast experience with selecting, developing, managing and operating Temporary Debris Management Areas. We are committed to efficient and safe TDMA operations and require all personnel to be vigilant in using safe practices at all times.

### 2.1.2.3.1    TDMA Site Plan
Should a TDMA be needed at any of the Zones, a TDMA Plan will be prepared to a scale of 1" = 50'. The TDMA Plan will be in full compliance with all FEMA 325, state and local requirements. It will include such functions as:
- Access to the site, site preparation (clearing, erosion control, and grading), traffic control patterns, site security/ safety and segregation of debris storage areas;

 



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

- Location of specific areas for: hazardous material containment, inspection tower, reduction areas if needed, existing structures or sensitive areas requiring protection, Household Hazardous Waste (HHW) or Hazardous, Toxic and Radioactive Waste (HTRW) storage, and sanitation facilities.
- Detailed list of all equipment used onsite.

### 2.1.2.3.2 Inspection Towers
CrowderGulf shall construct a minimum of one inspection tower at each site adjacent to the roadway. A minimum of one exit lane for all trucks to use will be visible from a tower. This allows for checking truck beds before exiting, ensuring that they are completely empty. The Inspection tower site location will provide a .25 mile to .5-mile approach outside the public road system to accommodate any truck back up. All towers will be OSHA and FEMA compliant and will be capable of seating a minimum of 3 inspectors each. Towers will be removed at the completion of the project or when the site is no longer in need.

### 2.1.2.3.3 Hazardous Materials Containment Area
In accord with FEMA 325 specifications, CrowderGulf will construct an area designed for the temporary storage and confinement of hazardous material. Material deposited into this facility will be inventoried and stabilized. Any leaking containers will be placed in "over pack drums".

A well-marked, defined and enforced NO SMOKING area will be established within 200 feet of this area. Minimum Design Criteria for the Hazardous Materials Containment Area will be 30' X 30' in size. The perimeter will be lined with hay bales staked in place and a waterproof liner or plastic ground protection cover along with a rain and snow cover will be used to protect the entire area.

### 2.1.2.3.4 Specialty Debris
CrowderGulf's supervisory personnel are experienced in identifying and assessing potential problems imposed by specialty debris including **abandoned vehicles and vessels, wet marine debris, white goods and electronic wastes, hazardous materials and waste, bio-hazardous wastes, dead animals, and hazardous trees and stumps.** As mentioned above, CrowderGulf works in conjunction with all federal, state and local regulatory agencies and strictly follows all regulatory guidance.

### 2.1.2.3.5 Site Closure and Restoration
Upon completion of debris reduction operations, all TDMAs will be restored to as good as or better than pre-existing conditions. All equipment, inspection towers, and any other temporary buildings will be removed. Soil and/or ground water will be tested for contaminates (if required). All storage areas and roads will be returned to pre-existing grade. All disturbed areas will be turned by disc and seeded with appropriate grass species and watered if necessary. A final site inspection will be conducted by State authorities and any discrepancies will be corrected.

## 2.2    Debris Hauling
Collected debris shall be sorted into non-hazardous waste, appliances (white goods), electronic waste (e-waste), household hazardous waste, and other hazardous waste (tanks and drums) and placed into separate, transportable containers suitable for over-the-road transportation of hazardous and nonhazardous waste. All debris will be contained or enclosed to prevent leaking, spilling, or loss of debris, liquids, or dusts during overland transport. These processes will be accomplished by personnel with appropriate training and under applicable local, state and federal regulations.

 



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 2.2.1    Equipment
Trucks for transporting debris to final disposal

- Self loader trucks, equipped with a knuckle boom loader and debris grapple, capable of hauling 20-115 cubic yards of debris, roll off trucks and 20 - 40 cubic yard roll off containers.
- Boom truck, Equipped with and extendible boom arm and cable capable of 60' reach and lift at extension of 4000lbs.
- Light trucks and utility trailers, personal and corporate vehicles used for labor transport, quality control, and management.
- Roll back trucks to transport containers from landing sites to various final disposal sites.

## 2.2.2    Documentation for Debris Hauling
Accurate completion of quantitative and descriptive data is imperative to the State for cost reimbursement requests from FEMA. In an effort to maximize accuracy of accounting for debris hauling, CrowderGulf utilizes the proven system of project controls for truck certification and debris load tickets. These controls include the following:

<u>Truck Certification</u>
All debris hauling trucks will be certified in accordance with FEMA 325 regulations. Part of the certification procedures include truck safety checks. Any trucks not meeting the safety requirements will not be certified until infractions are remedied. Documentation procedures include:

- Measuring the interior dimensions of all debris hauling truck beds, to determine the measured cubic yard capacity.
- Safety requirements check is part of the certification process.
- The State representative, CrowderGulf and the debris hauler will each retain a copy of the completed *Truck Certification Form*. The form may look different if electronic ticketing is used but will provide the same information.
- Truck information from the Truck Certification Form will be entered into our database program.
- All loads hauled by truck will be tracked in the database.
- A Cubic Yard Capacity Certification Log will be printed after all of the truck data has been entered. The log is used in the field as a quality control tool.
- All tower inspectors will be provided with a current *Capacity Certification Log* to ensure that the integrity of the documented physical structure of each truck has not been altered in any manner that would adjust the measured cubic yard capacity of the truck bed.
- All equipment will be affixed with signs or markings indicating the Owner's name and equipment identification number, the cubic yard capacity of the debris hauling truck.
- All trucks and containers utilized to transport or collect solid waste will display a valid A-901 decal.

<u>Debris Load Tickets</u>
A debris ticket will be written by the State's representatives for each load of debris hauled. All tickets will be tracked in our database and reports will be provided to the State on a regular basis. Reports and all associated documentation will be available to the State and its representatives on CrowderGulf's secure website. Ticket documentation procedures include the following:

- Completion of a five part *Debris Load Ticket* for each truckload of debris serves as a check and balance tool for the debris documentation.
- State representative(s) at the loading site(s) will inspect each loaded truck, legibly and accurately record the required data on the ticket, and provide the debris hauler with all ticket copies to take to the staging/disposal site.







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

- When electronic ticketing is used, the load information will be provided in a different form similar to a paper ticket and the information captured will be the equivalent of what is written on the paper ticket. The accuracy of truck information and the load location is increased with electronic ticketing because the GPS coordinates are recorded.
- State representative(s) at the staging/disposal site(s) inspection tower will take the ticket from the driver and complete the quantitative data (CY) for the load of debris. If loads are being recorded in tons, the trucks will cross the weight scales entering and leaving the DMS. This allows the gross weight and the net weight of the truck to be recorded. The difference between the two weights will yield the TARE weight, which is the weight of the load of debris.
- State representative(s) retains the original paper ticket and provides a copy to the truck driver and to CrowderGulf representative in the tower.
- CrowderGulf representative collects load ticket copies at the end of each day and takes them to the field office for quality control and scanning to the main office.
- Field office personnel upload scanned tickets and documents to CrowderGulf's secure web site where they are downloaded by home office personnel and entered into our database.
- When electronic ticketing is used, real time data will be available to CrowderGulf and the State via the web. The data is downloaded from the website directly into our database or excel spreadsheet.

**Reports and Information Accessibility**
At a minimum, the following reports will be provided to the State:
- Daily and weekly reports of material hauled, number of loads hauled, total cubic yards hauled, total cubic yards hauled by debris type, total cubic yards hauled to TDMAs
- Load location of each load hauled as reported on load ticket
- Other customized reports as requested

Reports may be provided in Excel format, Access report format, Word report format or PDF format. State, County and Municipal personnel will use a password to log on to CrowderGulf's secure website and access daily and weekly progress reports and other documentation requested. Access to all load tickets and truck certifications will also be available.


## 2.3     Debris Disposal

All debris, including any reduced debris, will be disposed of in landfills as approved by the State and in keeping with all federal, state, and local laws. Dumping sites, temporary debris management areas (TMDA), and Off-loading sites will be identified by CrowderGulf and approved by the State.

### 2.3.1     Asbestos Containing Materials

CrowderGulf is experienced and capable of managing the removal of asbestos containing material. If asbestos is encountered during a recovery effort for the State, CrowderGulf will utilize abatement in accordance with Environmental Protection Agency (EPA) requirements, specifically the National Emission Standards for Hazardous Air Pollutants (NESHAP) 40 CFR Part 61, Subpart M.

### 2.3.2     Hazardous Waste Handling

Hazardous material will be sorted and properly stored at the loading sites. Daily dump receipts will be provided along with hazardous waste manifests. Waste will be packed in 55 gallon over-pack drums and taken to the State approved hazardous waste landfill.

 



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 2.4    Vessel And Vehicle Storage And Reporting

CrowderGulf will coordinate with the State to identify an adequate site for vehicle and vessel aggregation. The aggregation site will be developed with the following:

- Proper road front signage for site identification to Insurance Adjusters, Lien Holders, and property owners.
- Perimeter Fencing
- Utilities (Lights for 24 hour operation)
- Portable Office facility
- Site Security
- Observation Towers
- Proper signage for inventory categorization system (alphabet and numbering system for each row and item)
- Necessary equipment for off-loading and loading vehicles and vessels
- Fire Prevention and extinguishing equipment will be provided in accordance with Federal, State and Local fire prevention regulations
- Upon site selection, a safety risk assessment shall be conducted and all necessary site safety policies and procedures will be established and implemented.

CrowderGulf will be in full compliance with all statutory provisions directed by the Motor Vehicle Commission, New Jersey Statutes 39:10A thru 39:10A-10 (2010) and the Abandoned or Sunken Vessels Disposition Law, 12:7C-7. Site management staff will follow strict time lines for proper notification to governing agencies, property owners and public advertisement mandates. Each vehicle and vessel will be inventoried by its vehicle identification number or vessel documentation number, make, model and tag number and photographed. All documentation will be recorded electronically using CrowderGulf's Vehicle Storage & Reporting Form.

Vehicle & Vessel Storage & Reporting Form

| Date & Time Towed | Vehicle Description | | VIN# | Make & Model / Year | Color |
|---|---|---|---|---|---|
| License Plate State & Number: | | | Damage Type & Extent | | |
| ID markings/stickers: | | | | | |

**Vehicle & Vessel Storage & Reporting Form captures additional required information:**
- Date & Time Towed
- Location Towed From
- Other Checks of Required Procedure

| | Physical Address | | | Zone |
|---|---|---|---|---|
| | Municipality: | | | |

| | Storage Location | Storage ID (Row#/Column Letter)  GPS Coord notes | | Inspection Date |
|---|---|---|---|---|

**Procedures:** (check all that apply)

| ☐ National Crime Center check | Date: | Findings |
|---|---|---|
| ☐ Complete Form OS/SS-87 | Date: | |
| ☐ Report to National Insurance Crime Bureau | Date: | |
| ☐ Give notice of sale at auction by certified mail | Date: | Known Address |
| ☐ Complete Form OS/SS-69 & No.1 | Date: | |
| ☐ Received OS/SS-88 Form | Date: | |
| ☐ Publish Notice of auction 5 days prior | Date: | Publication & Dates Run |

Notes:

This form must be filled out as completely and accurately as possible. Initial beside each Procedure marked along with complete and legible signature at the bottom of this form. All forms, receipts and documents pertaining to this vehicle must be kept with this form as a record of the procedures established by law and contract.







CrowderGulf will collect and process all necessary forms and collect all applicable fees, including the costs of recovery, transport and storage prior to releasing the vehicle or vessel to it's authorized agent/owner. All completed documentation will accompany the reconciled bill to the State.

## 2.5    Hours Of Operation

Debris will be collected and loaded during visible daylight hours (dawn to dusk) seven (7) days per week. Vehicle and Vessel Aggregation sites will be operational during visible daylight hours (dawn to dusk) seven (7) days per week. If necessary, the vehicle and vessel aggregation sites will be prepared to operate and receive vehicles and vessels 24/7, as may be required by the State.

## 2.6    Communications System

CrowderGulf will establish a self-sufficient Mobile Command Center, with full **communications capability**, in the project area or zone and dedicate it solely to the debris recovery effort. Staff in the communications center will have the responsibility of monitoring the established communications channel to enhance and ensure communications capability and connectivity.

*The Command Center contains the following:*
- *Two gas powered generators that supply power*
- *Multiple work stations with LCD computer/TV monitors*
- *A conference room with a large table and a 42" plasma monitor/TV*
- *Two satellite TV receivers*
- *Weather Station*
- *VSAT for broadband internet and VoIP lines*
- *TV/copier/fax/scanner*
- *VHF Marine Radios*



The Command Center, or field office, will operational at the commencement of operations CrowderGulf's zone management team, all supervisory personnel, and crew foremen will use company UHF/VHF mounted and handheld radios, and cellular phones. All drivers and subcontractor supervisory personnel will be required to have company radios and telephones in their vehicles. All boats will be equipped with VHF mounted radios as required by the US Coast Guard.

## 2.7    Quality Control

The CrowderGulf quality control plan will provide the linkage for executives, managers and supervisors to accomplish the mission of CrowderGulf in an atmosphere of exceptional productivity, while following all rules and regulations governing Occupational Safety and Health Standards (OSHA) as published by the Department of Labor.

## 2.7.1    Security

CrowderGulf will restrict general access to its vessels, equipment and operational sites to essential company and State personnel for reasons of both security and safety. Managers and supervisors will be granted access to a site(s) based upon their duties, responsibilities and spans of control.







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

### 2.7.2    Knowledge and Training

CrowderGulf's Quality Control Manager will conduct briefings and de-briefings no less than once a day for the ZOMs and crews. Organizational and functional relationships will be thoroughly reviewed with supervisory personnel. To the greatest extent possible, CrowderGulf employs marine debris-experienced equipment operators, foreman, supervisors, and subcontractors. In accordance with these established practices, CrowderGulf supervisors will evaluate the knowledge and debris experience of each operator and subordinate employees, regarding the specifics of his or her assigned tasks, to determine if the employee requires additional training.

## 2.8    Health And Safety

### 2.8.1    CrowderGulf's Philosophy of Safety

All company operations are managed with an aggressive and proactive commitment to the safety and well being of employees, subcontractors and the public at large. We believe that this commitment to safety must go hand-in-hand with our commitment to quality production, and cost efficiency. The company believes that ALL injuries and accidents are preventable through the establishment of and compliance with safe work procedures. Therefore, the prevention of bodily injury and the safeguarding of health are the first considerations in all workplace actions and are the responsibility of every employee and subcontractor at all levels.

### 2.8.2    CrowderGulf's On-Site Safety Plan

The CrowderGulf Accident Prevention Plan (APP) and Site Safety and Health Plans (SSHP) for the State shall include the following commitments:

- Maintaining a safety and health program that meets the requirements of OHSA and all applicable laws.
- Equipping employees and subcontractors with the required safety equipment, hard hats, clothing, and other safety materials necessary to perform specific work tasks.
- Preparing an Accident Prevention Plan (APP) and Site Safety and Health Plans (SSHP) to inventory and address specific work hazards.
- Providing employees and subcontractors with continuing safety and health training necessary to enable that they perform their work in a safe manner.
- Assuring that at no time, while on duty, employees or subcontractors are under the influence of alcohol, narcotics, intoxicants or mind-altering substances. Violations of this policy may result in immediate dismissal.
- Assuring that employees and subcontractors be required to immediately report all accidents, injuries, and "near misses" to their supervisor.
- Conducting safety meetings to review past activities, plan for new or changed operations, review hazard analyses and establish safe working procedures.
- Assuring that all associates, regardless of position, know that they have the right to "Stop the Job" in the event of a site safety deficiency.
- Conducting Job Hazard Analyses (JHA) to define the activities being performed, the sequences of work, the specific hazards anticipated, and the control measures to be implemented to eliminate or reduce each hazard to an acceptable level.

A list of local Hospitals, Police Stations, and Fire/Emergency Response Stations will be provided as part of the Safety Plan after project activation.

 



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 2.9    Environmental And Historic Protection

CrowderGulf is committed to unequivocal protection of the environment at all work sites and surrounding areas. Employees with duties partially or indirectly applicable to environmental protection will have those duties evaluated daily, whether relating to noise, smoke, dust, traffic, drainage, general containment actions or containment actions specifically related to hazardous materials. CrowderGulf will conduct all debris operations outlined in this proposal to meet the program standards provided for in the **FEMA 325 Debris Management Guide** and in accordance with all applicable federal, state, and local laws, rules and/or regulations.

### 2.9.1    Regulatory Permits and Compliance

CrowderGulf will ensure all applicable permits are obtained before work is started.  We work in full regulatory compliance with all agencies involved in disaster recovery including, but not limited to:

- Federal Emergency Management Agency (FEMA)
- Federal Highway Administration (FHWA)
- Environmental Protection Agency (EPA)
- United States Coast Guard (USCG)
- United States Army Corps of Engineers (USACE)
- New Jersey Department of Environmental Protection (NJDEP)
- National Emissions Standards for Hazardous Air Pollutants (NESHAP)
- New Jersey Emergency Management Agency (NJEMA)
- New Jersey Motor Vehicle Commission(NJMVC)
- New Jersey Department of Health
- New Jersey Department of Transportation

### 2.9.2    Environmental and Historic Considerations

State and local regulations, laws, and ordinances will be addressed and followed for all environmental and historic preservation issues. The following list provides a brief review of the primary Federal laws which must be considered during debris management practices.

- National Environmental Policy Act
- Clean Water Act
- Clean Air Act
- Coastal Barrier Resources Act
- Resource Conservation and Recovery Act
- Endangered Species Act
- Coastal Zone Management Act
- Fish and Wildlife Coordination Act
- Wild and Scenic Rivers Act
- Executive Orders
- National Historic Preservation Act

### 2.9.3    Spills or Leaks

Should a spill or leak occur during performance of this contract, CrowderGulf will immediately report the incident to the State and other appropriate agencies.  CrowderGulf shall be responsible for cleaning up all spills at no cost to the State or other government entities in compliance with federal, state, and local laws and regulations. All CrowderGulf vessel activities will be supported by land based pollution response equipment. Hard boom and sorbent boom will be stored in trailers, and will be staged near the work areas.  In each area a shore based logistics person will be available to transport absorbent material sufficient to cover any potential

 



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

spill to the nearest landing. The following flow chart depicts the decisions and procedures followed when a spill occurs.



### 2.9.6    Archaeological/ Historical Sites

Archaeological and Historical Sites will be identified in consultation with the New Jersey State Historical Commission for archeological sites eligible for the National Register of Historic Places. Sites will be identified and located using GPS coordinates which will be noted on appropriate maps. Maps will be issued to site managers within their area of operation to guarantee that such sites are avoided and not disturbed or damaged during project operations.  An area around an identified site will be designated as a buffer zone and all activities in this zone will be closely monitored by the site supervisor and observers.

All potential wrecks and archaeological features observed in the sonar record shall be investigated prior to removal. Any archeological/historical wreck identified will be examined by diver and any debris, specifically snagged nets attached to the object, will be removed.  These sub surface free-floating nets are a hazard to all aquatic life.





**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

### 2.9.7    Environmentally Sensitive Areas (ESAs)

Work in Environmentally Sensitive Areas (ESAs), as identified by the State, will be conducted in a manner that minimizes impacts to natural resources in accordance with any applicable Army Corps of Engineers permit. During removal operations, all debris removal actions shall be coordinated with federal and state natural resource trustees to minimize the impact to natural, historical, or cultural resources.

### 2.9.8    Repairing Damaged Areas

CrowderGulf will repair all areas damaged by its vessels, vehicles, and equipment to meet the appearance of the surrounding area.

## 2.10    Sand Reclamation

### 2.10.1    Dredging

All dredging work conducted by CrowderGulf and its partner Weeks Marine, Inc. will be in full compliance with State, federal and local laws and regulations. We will work closely with State officials including State of New Jersey Environmental Protection Agency and utilize Best Management Practices (BMP) as appropriate and as referenced in The Management and Regulation of Dredging Activities and Dredged Material in New Jersey's Tidal Waters.

CrowderGulf is proud to team with **Weeks Marine, Inc.** for this aspect of the contract work. **Weeks** is one of North America's largest providers of dredging services and the largest in the Gulf of Mexico, where two-thirds of all U.S. dredging occurs. The company moves more sediment annually than any other U.S. dredging contractor. Their Dredging Division is a major provider of maintenance dredging for navigation channels serving U.S. seaports. Their experience and reputation speaks for itself. A sampling of their past experience can be found in **Appendix C** of this proposal.

### 2.10.2    Sand Screening and Replacement

CrowderGulf is fully experienced with all aspects of sand screening and beach restoration. The Company has the capacity to remove, collect and stockpile displaced sand, prior to screening it with a Beach Master Mobile Screen or a stationary power screen. The clean sand will then be available for replacement as approved by the State and regulatory agencies. Our past performance charts found in **Section 8.3** of this proposal provides information on numerous sand screening projects CrowderGulf successfully completed and provides references for each of the projects.

## 2.11    Documentation And Reimbursement

Financial accountability will be maintained throughout the process by using a system of checks and balances that are tied directly to the quantitative documentation originated in the field by CrowderGulf's personnel and the State's debris monitors. Throughout the project, **FEMA 325** requirements will be followed and will serve as the foundation of our documentation/accounting systems. CrowderGulf utilizes technologies for data collection and storage and will easily adapt procedures to accommodate all State requirements.

CrowderGulf will provide documentation of debris removal and the identification of debris by type and amount removed as well as post-debris removal documentation.  Such documentation will include but not be limited to the following:







CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

- Debris Assessment and Debris removal from waterway:
  - photographs and side scan sonar images
  - types and volume of debris found
  - dates and methods of debris removal
  - GPS track line of boats conducting pick up operations for debris
  - GIS coordinates of debris fields
  - documentation of latitude and longitude of removed items
  - pre-removal water depth

- Debris hauled to final disposal site:
  - truck certifications for all hauling trucks
  - load tickets for each load of debris hauled to final disposal site
  - If appropriate, weight tickets from final disposal site for each load (weight ticket should be kept with the load ticket for specific load)
  - tickets for Freon removal and disposal tickets for white goods
  - tickets for all recycled debris including receipts for any payment which will be provided to the State

- Final Verification of debris removed from waterways
  - post-removal water depth
  - GIS coordinates of debris fields
  - types and volume of debris found
  - dates and methods of debris removal

All documentation will be provided and stored both electronically and as hard copies for the State and their representatives. Daily and weekly reports will be provided to the SPM and other State personnel on CrowderGulf's secure website. In addition, all documentation will be scanned, organized and made available on the secure website. Documents will be stored for a minimum of five (5) years and a maximum of ten (10) years.

Documentation requirements for the waterway removal project include multiple documents throughout the contract, from the beginning kick-off meeting and continuing until the end of the operation. All of these documents are important in the FEMA reimbursement process and must be accurate and complete. The chart below provides a timeline for specific documents required throughout the operation. CrowderGulf's goal is to submit accurate and complete information within the expected timeline. The graphic below gives an overview of the reports required and their time frames for submission.







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**



### Documentation Requirements Timeline for Waterway Debris Removal



At a minimum, the following reports will be provided to the State:

| Report | From | To |
|---|---|---|
| Kick-off meeting report - project execution plans | CrowderGulf | State |
| Daily Debris Removal Report on each Zone | CrowderGulf | State Project Manager |
| Accident Reports | CrowderGulf | Immediate Supervisors, appropriate Federal, State & local authorities, including NJDEP, State Project Manager & State Contract Manager |
| Daily Grid Projections | Zone Operations Manager | State Project Manager |
| Daily Quality Assurance Report (productivity & safety) | QA Monitor | State Project Manager |
| Data quality assurance/quality control guidance & reporting requirements | CrowderGulf | NJDEP |
| Daily Offloading Site Report | Offloading Site Foreman | Zone Operations Manager – State Project Manager |
| Daily TDMA Site Report | TDMA Foreman | Zone Operations Manager – State Project Manager |







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

## 2.11.1    Document Management and Accounting

As the field work is completed, FEMA auditing will begin.  This procedure is often a more daunting task than the actual debris removal. CrowderGulf has successfully worked with many monitoring companies as well as directly with counties and municipalities to ensure that all documentation is complete and correct from the very beginning to the very end of each project.  Throughout the invoicing and auditing process, we are responsive to all FEMA and applicant/client requests. Because of our thorough record keeping, we are able to provide documentation and answer questions with a rapid turnaround.  This will become extremely important as the State seeks FEMA reimbursement.

CrowderGulf's past performance illustrates that we will provide unlimited support to help the State be successful in providing accurate and complete documentation to FEMA and any other agencies that provide reimbursement. Superior record keeping using the best available technology from the beginning to the end of the project is critical.

Financial accountability is maintained throughout the process by using a system of checks and balances that are tied directly to the quantitative documentation originated in the field by our Client's representatives and CrowderGulf's personnel.  Throughout the project, FEMA 325 requirements will be followed and will serve as the foundation of our documentation/accounting systems.

CrowderGulf utilizes a comprehensive and seasoned data collection and storage process with all projects. Regardless of whether electronic (ADMS) or paper ticketing documentation is used by the State, CrowderGulf will easily adapt our data capturing procedures to accommodate all requirements.

All invoices will be fully supported by load tickets and other required documentation. Intense reconciliation for all ticket data will be completed between CrowderGulf and the County/Municipal representative (i.e., the monitoring company), before invoices are submitted. Both parties must be in agreement with invoiced data.







# 3.0 Contract Management

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 3.0    CONTRACT MANAGEMENT

CrowderGulf employs National Incident Management Systems (NIMS) principles in our command structure, planning, operations, logistics and administration. This will not only facilitate an easy interface with the State, but also ensures maximum quality control by limiting the span of supervision for individual field managers. Each of these key roles identified below is critical to an effective CrowderGulf disaster response and must possess a high degree of professional experience, skill, and leadership ability. Please also reference the attached resumes in **Appendix C** for additional details on the our team's qualifications.

### Region Operations Manager (ROM)
The Regional Operations Manager is the senior member of the CrowderGulf team and the ranking executive on site. This person is responsible for the overall management and coordination of the entire disaster response and has full authority to make and alter assignments of employees and subcontractors. This person will interface daily with the State Project Manager on all planning and operational matters and will submit a detailed daily report to the State. The ROM will generate the damage assessment, estimate the needed manpower and activate the initial response and mobilization plan.

### Zone Operations Managers (ZOM)
The individual occupying this position is the second ranking manager onsite and is directly responsible for all field operations in a specific Zone. The ZOM reports to the SPM and to our ROM. The ZOMs are responsible for all ongoing activities in the Zone including but not limited to locating staging areas, locating reduction sites, determining possible recycling methods, determining debris removal routes, generating schedules, hiring subcontractors, conducting equipment maintenance, restoring debris site, reducing debris, containing hazardous waste and disposing of all debris. This person is responsible for submitting a detailed daily report to the SPM and ROM.

### Senior Documentation Manager
The responsibility of this individual is to coordinate all documentation requirements for the project. Communication between the field operations personnel and the home office personnel is critical for a seamless operation. Managing the collection, processing and storage of all debris project files and all other supporting documentation and reports are also tasked to this position. Each Zone will have a documentation manager who will answer directly to the person in this position.

### Zone Documentation Manager (ZDM)
Each Zone may have a documentation manager, depending on the scope of the work within the Zone. These individuals will be responsible for daily collection, organizing and processing information to central office for database processing. This position may also assume the field office manager role for a specific Zone. All ZDMs will answer directly to the Senior Documentation Manager.

### Safety Manager
The Safety Manager is responsible for development and implementation of an incident specific Field Safety Plan. That plan will conform to the standing Safety Plan and Policy of CrowderGulf and will include safety training programs, field safety awareness initiatives, safety briefings for new employees and subcontractors, a program of site safety inspections and a comprehensive safety incident and action tracking/reporting system (available to the State upon request). This individual will be responsible for initiating, maintaining, and supervising all safety precautions and programs in connection with the work performed in this contract.





Case 3:17-cv-09371-MAS-TJB    Document 1-4    Filed 10/25/17    Page 35 of 106 PageID: 168



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

## Zone Health and Safety Officer

A qualified health and safety officer will be assigned to each Zone and will be onsite during all operations within the Zone. This person will be certified in First Aid, CPR, OSHA HAZWOPER, 10-hour OSHA Construction Safety Class and use of an automated external defibrillator (AED) The Zone Safety Officer will have access at all times to a small motorboat to perform oversight of waterway debris removal and dredging operations to ensure worker safety.

## Quality Control Managers

This individual serves as the staff authority on quality control issues and is responsible for the development and implementation of an incident specific Quality Control Plan. Using performance and administrative reports, the Quality Control manager is responsible for the identification of performance deficiencies and opportunities for improvement.

## Off-loading Site and/or Temporary Debris Management Area Managers

These individuals are responsible for communicating directions to all subordinates at the Temporary Debris Management Areas. They possess and exercise a broad range of experience and knowledge of safety, workplace standards, equipment, etc. Responsibilities include development of Off-loading Sites/ TDMA site plans, construction, day to day management of Off-loading Sites/TDMAs and monitoring the sites to ensure all environmental regulations are being followed.

 Page **21** of 45 

CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

The chart below illustrates the working relationships between CrowderGulf field operations teams.





# 4.0 Contract Schedule

**State of New Jersey**

*RFQ –Waterways Debris Removal Services*



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

## 4.0  CONTRACT SCHEDULE

Immediately upon receipt of a Notice to Proceed, we will a representative begin mobilization of equipment, operators, and laborers both locally and from throughout the region. The following diagram provides a visual overview of the proposed recovery timeline.



### New Jersey Waterway Debris Removal Services
### Contractor Recovery Timeline



MATRIX ... ORLD
Enabling Progress



# 5.0 Potential Problems

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

## 5.0    POTENTIAL PROBLEMS and SOLUTIONS

Any major disaster debris removal and management project should anticipate potential problems. After forty years of successful debris operations, CrowderGulf has experienced almost every potential issue and has developed contingency plans accordingly. Several of the problems CrowderGulf anticipates during services in New Jersey are highlighted below.

Inclement Weather
As with all water related projects, inclement weather is a concern along with relative wave height. This can hinder the operation's progress or even halt a project. CrowderGulf has found that a solution to this uncontrollable issue is to have staff monitor NOAA marine forecasts so that supervisors can plan in advance to reschedule assignments. We will utilize windows of good weather to maximize production by increasing crews to make up for lost time.

Shifting Debris
In our past experience we have found that debris tends to shift due to currents and wave action. The migration of debris after side scan sonar services are performed is a high concern. It can greatly impact the removal process and slow operations. To solve this potential problem, it is imperative that the indentifying side scan sonar work be performed in conjunction with debris removal operations.

Environmental, Historical, or Archeological Sensitive Areas
In many cases, historical or archeological sensitive items may be marked as debris. CrowderGulf's goal is to disturb artifacts, as little as possible when performing debris removal operations. CrowderGulf will work with the State and utilize historical and archeological maps to mark these areas using GPS. These coordinates will be uploaded to our GPS units to create a buffer zone that will alert crews to sensitive areas. In the event that an artifact is recovered, operations will be stopped and the proper authorities will be notified. Environmental sensitive areas will be dealt with in the same manner. While working within known environmental sensitive areas, CrowderGulf will utilize natural resource advisors (NRA) to aid debris removal operations in minimizing impact.

Shallow Water and Low Tide
There is potential for shallow water at offloading sites due to winter and spring tides. This may inhibit barges and boats from reaching their designated offloading site. A simple solution is to temporally "light" load barges to minimize their draft and utilize shallow draft vessels.

Narrow Channels and Canals
We are aware of many miles of narrow channels and canals through dense residential communities. This poses issues with maneuverability workable area, and private docks. In these areas, smaller work vessels and hand labor will be utilized along with spotters to ensure no damage occurs to private property and docks.

 



# 6.0 Organizational Support

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

## 6.0    ORGANIZATIONAL SUPPORT AND EXPERIENCE

### 6.1    Experience

CrowderGulf has a proven track record of simultaneously managing multiple contracts and numerous specialty debris projects. CrowderGulf maintains an extensive inventory of company-owned equipment coupled with a large pool of dedicated subcontractors to complete any project, large or small. The necessity to add or reduce equipment and personnel is often determined by the scope of work and the magnitude of the disaster. Our ZOMs will provide daily status reports on the debris removal process to the SPM and CrowderGulf's ROM. These meetings are helpful in promoting communication, adjusting resources and addressing special issues or areas of concern.

Our experience, expertise and ability to successfully manage multiple contracts are demonstrated in the following examples of past projects. The examples provided below illustrate CrowderGulf's experience with managing the increase or decrease of personnel and equipment resources needed for each project, regardless of size or location. References are provided in **Section 8.0 and in Appendix B** for all work discussed below.

The table below is a summary of the disaster related work performed by CrowderGulf following the major natural disasters since 2003.

| Year | Hurricane | Simultaneous Contracts | # of TDMA Sites Managed | Approx. CY Hauled | Invoice Amt |
|------|-----------|------------------------|--------------------------|-------------------|-------------|
| 2011 | Irene | 24 | 9 | 1,800,000 | $14,754,641 |
| 2008 | Ike | 36 | 25 | 18,000,000 | $179,965,818 |
| 2005 | Dennis, Katrina, Rita, and Wilma | 67 | 41 | 20,000,000 | $279,764,959 |
| 2004 | Charley, Frances, Ivan, Jeanne | 36 | 61 | 17,000,000 | $292,426,233 |
| 2003 | Isabel | 16 | 19 | 6,000,000 | $67,063,074 |

Throughout the recovery process, the same CrowderGulf senior management personnel were directly involved with the cleanup operation and worked closely with local, state and federal officials and their representatives to ensure that all debris was FEMA eligible and reimbursable. CrowderGulf communicated daily with all appropriate officials and assisted in decision-making to successfully complete the project.

CrowderGulf's management team assisted all clients with documentation requirements for FEMA reimbursement. In addition, CrowderGulf simultaneously completed three (3) contracts for the Texas General Land Office (GLO) for beach cleaning which included sand screening, side scan sonar of Gulf and Bay waters, removal and disposal of sunken debris, and removal and disposal of abandoned and sunken vessels in waterways under the responsibility of the GLO.

Examples of large disaster projects CrowderGulf completed that included the removal and disposal of both land and waterway debris are provided in the following paragraphs discussing the Hurricanes Irene in 2011, the Deep Horizon Oil Spill in 2010, and Hurricane Ike in 2008.





**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## Hurricane Irene - 2011

Following Hurricane Irene in 2011, CrowderGulf was activated for debris removal, reduction and disposal contracts by twenty (20) municipalities in North Carolina and four (4) municipalities in Virginia. We were also awarded three contracts with the North Carolina Department of Transportation (NCDOT) to remove debris from DOT roads in thirteen counties. During these activations we developed, managed and restored 9 temporary Debris Management Sites and removed over 1.8 million CY of debris, for a total cost of $14,754,641.

The work in North Carolina and Virginia primarily involved ROW debris removal, reduction and disposal of both C&D and vegetative debris. These contracts ranged from work that required no more than two (2) trucks and one day of work, to sixty (60) trucks and over three months work. Some towns had less than five thousand (5,000) CY of debris removed while others had over one hundred thousand (100,000) CY. Regardless of the amount of debris, size or location, CrowderGulf provided immediate and effective debris removal to all clients.

## BP Deepwater Horizon Oil Spill - 2010

On April 20, 2010, the BP Deepwater Horizon oil spill occurred, eventually leaking an estimated 4.9 million (4,900,000) barrels of oil into the Gulf of Mexico. From the beginning, CrowderGulf played a role in the cleanup, responding first to the needs of our pre-event clients. Throughout this project, the CrowderGulf management team and crews worked hand in hand with local/ state/ federal agencies and municipalities as well as with BP management and BP Safety/Quality Assurance/Quality Control personnel to safely and efficiently complete the project. In all efforts, CrowderGulf complied with all laws, rules and regulations designed to protect the environment and wildlife habitats. In every aspect of the project, CrowderGulf remained sensitive to public concerns and requests.

After September, 2010, CrowderGulf was primarily involved in on-shore cleanup using hand crews and power screening. This operation included simultaneously managing five field offices in two counties. At the height of the response, work at these five sites involved the employment of over twelve-hundred (1,200) people and approximately seven hundred (700) pieces of equipment to clean Alabama beaches. In approximately five months, CrowderGulf screened the entire Alabama coast from the toe of the dunes to ten (10) feet above the rack line. This required the coordination of over one hundred and sixty (160) pieces of heavy equipment, including forty (40) ton off-road trucks and JD-330 size excavators with operators. Approximately seven billion (7,000,000,000) pounds of sand was screened and over three million (3,000,000) pounds of hydrocarbon material was recovered from the beaches in both counties.

## Hurricane Ike – 2008

After Hurricane Ike in 2008, CrowderGulf managed thirty six (36) contracts and removed, reduced and disposed of approximately 18 million CY of debris. During these activations, we developed, managed and restored 25 temporary Debris Management Sites. The total cost for these contracts was approximately $180,000,000. This operation included Right-of-Way (ROW) and Right-of-Entry (ROE) debris removal, reduction and disposal, demolition, leaning trees and hanging limbs removal and disposal, stump removal and disposal, removal and proper disposal of white goods, e-goods, tires, hazardous household materials and abandoned vehicles and vessels, marine debris and vessel removal, and beach cleaning and sand screening.

In addition, CrowderGulf simultaneously completed three (3) contracts for the Texas General Land Office (GLO) for beach cleaning which included sand screening, side scan sonar of Gulf and Bay waters, removal and disposal of sunken debris, and removal and disposal of abandoned and sunken vessels in waterways under the responsibility of the GLO.

 



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

## 6.2      Organizational Support

CrowderGulf has previous FEMA Directors, Emergency Managers and FEMA trained Debris Specialists on staff. This wealth of knowledge is used to assist our clients in complying with FEMA guidelines and completing any and all necessary paperwork that they may be called upon to provide FEMA, FHWA or the Office of Inspector General. Our Staff is well versed in the Code of Federal Regulations (44 CFR), FEMA's Debris Management Guide (FEMA 325), and Public Assistance Debris Monitoring Guide (FEMA 327). Today, the staff collectively holds over 80 FEMA course certifications and numerous OSHA Health and safety and hazardous materials classifications. CrowderGulf employees are required to attend conferences and training classes for continuing education credits and certification maintenance on a yearly basis.

All CrowderGulf officers, managers and supervisors have been involved in previous successful disaster related debris operations and have been trained in quality control, safety, ethics and drug policies of CrowderGulf. Should we need their services we have additional management resources that include retired and semi-retired construction, City, County, FEMA, and Power Company professionals, who are experienced in managing and inspecting disaster related work. We also have a standby agreement in place with various engineering companies to provide personnel for engineering services, if needed.

## 6.2.1      Team Members

It is our Company policy to utilize **qualified local small business subcontractors** to the maximum extent possible. We also endeavor to employ a large percentage of qualified local Minority or Women Business Enterprise (M/WBE) subcontractors. CrowderGulf has team members based in New Jersey that will play a key role in restoring the local communities after a disaster. These include **Matrix New World**.

26 Columbia Turnpike, 2nd Floor
Florham Park, NJ 07932
T: 973.240.1800 F
http://www.matrixneworld.com

**MATRIX**      **WORLD**

Enabling Progress

Matrix is a Florham Park, New Jersey company that has won numerous awards for full service environmental, geotechnical, and civil engineering services. Founded in 1990, Matrix is a **woman-owned business** that has been long recognized as a leader in providing multi-disciplinary solutions to a wide variety of projects including site development, infrastructure, environmental and engineering studies, and property redevelopment.

The Matrix environmental group provides a full range of environmental services ranging from initial site assessment to remedial investigation and remedial designs, asbestos and lead-based paint surveys and project designs, underground storage tank management programs, construction support services and regulatory compliance issues.

Matrix has a team of experienced and licensed professionals that maintain registrations in their fields of expertise including Professional Engineers, Professional Geologists, Certified Hazardous Materials Managers, Certified Safety Professionals, Accredited Asbestos Inspectors, Management Planners, Project Designers, and Safety Technicians, Certified Lead Inspector/Risk Assessors, ANSI-RAB Lead Environmental Management System Auditors, and Underground Storage Tank Closure/Subsurface Evaluators. Several members of the Company's senior staff are former employees of the New Jersey Department of Environmental Protection and the Environmental Protection Agency. Matrix is also a certified Asbestos Safety Control Monitor in New Jersey.



MATRIX      ORLD
Enabling Progress



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey



Corporate Headquarters
Weeks Marine, Inc.
4 Commerce Drive
Cranford, NJ 07016
Phone: (908) 272-4010

**Weeks Marine, Inc. (WMI),** was founded in 1919 as Weeks Stevedoring Company in New York City. Over the years, the company has grown, diversified and is now a top 200 construction contractor. WMI owns and operates a large fleet of industrial work vessels and is a major U.S. provider of dredging services for navigation, shore protection, environmental restoration, and sediment removal from large lakes and reservoirs. The dredging division of the Company operates hydraulic, hopper and clamshell dredges throughout the United States and the Caribbean.

The U.S. Army Corps of Engineers is the company's largest customer, followed by the U.S. Navy, various other federal agencies, public seaports, independent ocean terminal owners, states and local governments. Weeks Marine is dedicated to providing a safe working environment for all of its employees. The company's industry safety management systems operate in compliance with both the Responsible Carrier Program and the Dredging Safety Management Program. WMI is an equal opportunity employer and provides comprehensive and ongoing training for its employees.

## 6.2.2     Organizational Charts
The following organizational chart lists CrowderGulf's proposed management personnel for this project.
Short biographical summaries are provided below for several of our senior management in order to show the level of disaster experience and knowledge the CrowderGulf team encompasses.







# 7.0 Resumes

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 7.0    RESUMES

The resumes of specific management personnel that will be assigned to this contract are provided in **Appendix C**. The brief biographical sketches below provide an example of the experienced and knowledgeable CrowderGulf and Matrix personnel that will be available.

## 7.1    Biographical Summaries Of CrowderGulf Senior Management

- **John Ramsay –President  and Owner**

Mr. Ramsay is a graduate of Auburn University with a degree in Agriculture and has over 40 years of experience in storm debris removal and reduction operations and management.  He has directed the successful completion of major operations from the most recent work in North Carolina, Florida, Alabama, and Mississippi following Hurricane Isaac in 2012 and in North Carolina and Virginia in 2011 following Hurricane Irene.  Additionally, Mr. Ramsay managed and directed debris removal operations in the Houston-Galveston Area as a result of Hurricanes Gustav and Ike in 2008, and in Florida, Alabama, Mississippi, Louisiana and Texas following Hurricanes Dennis, Katrina, Rita and Wilma in 2005.  Working all other disaster work since Hurricane Camille, in 1969, Mr. Ramsay is one of the foremost experts in all phases of a debris operation, including removal, reduction, recycling and disposal. As one of the owners and the founder of CrowderGulf, he takes a personal interest in each of the municipalities we have served over the years.  In non emergencies, John is a well respected member of the timber industry John's experience in agriculture, farming, and silviculture provides opportunities for CrowderGulf to leverage additional services and expertise to our clients. He is well respected in the field and his technical advice has been and continues to be sought after by other contractors, municipalities, and various agencies such as Wildlife and Fisheries. Mr. Ramsay has been especially involved in creating innovative ways to recycle debris wastes. (NIMS Trained)

- **Ashley Ramsay-Naile – Vice President and Chief Operating Officer**

Mrs. Ramsay-Naile is a Graduate of University of South Alabama. She has been involved in managing the day to day business of CrowderGulf operations since 1995 when Hurricane Opal impacted the Florida Panhandle.  She has played a vital role in establishing the Disaster Administration Office (DAO) in which she has structured and managed since its acquisition. As Chief Operating Officer for CrowderGulf her role has provided a liaison to clients, logistics coordination with our field operations, contract negotiations, preparation of proposals, subcontractor coordination, field supervisor, project management, and all aspects of back office activities including accounts payable, accounts receivable and human resources. In 2012, Ashley Ramsay was appointed by Governor Robert Bentley, to the Alabama State Workforce Investment Board. Activations have included:  1995 Hurricanes Erin and Opal, 1996 Hurricane Fran, 2004 Hurricanes Charley, Ivan, and Jeanne, 2005 Hurricanes Dennis, Katrina, Rita and Wilma, 2008 Hurricane Gustav and Ike, 2011 tornadoes, Hurricane Irene and 2012 Tropical Storm Debby and Hurricane Isaac. (NIMS Trained)

- **John Campbell – Region Operations Manager**

Mr. Campbell has over 40 years experience in disaster response planning and management.  He has a B.S. degree in Political Science from the University of Southern Miss. and a Masters degree in Logistics Management from the Florida Institute of Technology.  After retirement from the Army as a full Colonel with 30 years of service, he served for 6 years as Chief of Operations for Lee County Emergency Management in Fort Myers, Florida.  He has direct experience in debris recovery operations from Hurricane Iniki in Hawaii and Hurricanes Charley, Ivan and Wilma that impacted Southwest Florida.  He also provided mutual aide to Escambia County Florida following Hurricane Ivan.  Mr. Campbell served as senior project manager for CrowderGulf for all activated contracts in Florida following





T.S. Debby in 2012 and provided management oversight for projects resulting from Hurricane Isaac in Mississippi. Mr. Campbell served as a senior project manager for CrowderGulf's response to Hurricane Irene in 2011 including management of 13 Counties assigned under the North Carolina DOT. He also served as the Senior Project Manager for over a year in the Texas Gulf Coast Region following Hurricane Ike's impact in September 2008. During his 36 years of public service, he amassed an extensive background in high-level management, disaster response and training. He also trains CrowderGulf clients in all facets of debris management, Incident Command System (ICS), National Incident Command System (NIMS) and the FEMA PA program process. Mr. Campbell was previously qualified as an accredited Professional Emergency Manager through the Florida Emergency Preparedness Association (FEPA) and remains active in the organization. (NIMS Certified Instructor)

- Raymond "Buddy" Young – Assistant Director of Management (ROM if needed)

Mr. Young was Regional Director of FEMA Region VI from 1993 – 2001 and served as Administrator for 133 federally declared disasters and emergencies. He is nationally known and recognized in the Emergency Management business and is extremely knowledgeable about FEMA policies and procedures. He is a retired Captain of the Arkansas State Police where he served for 26 years. Mr. Young has been directly involved in the field operations for all major disasters from Hurricane Isabel in 2003 and through Hurricane Irene in 2011, as well as the 2011 tornado in Alabama. Mr. Young's FEMA knowledge and experience is invaluable to both CrowderGulf and all clients as decisions must be made during the cleanup operation. Buddy is one of the most knowledgeable people working in the debris management business with firsthand experience in managing major disasters. He is also a current member of the Board of Directors for Disaster Recovery Contractors Association (DRCA). (NIMS Trained)

- Gary Jones – FEMA Technical Advisor

Mr. Jones has over 28 years working for the Federal Emergency Management Agency (FEMA). Gary served as Deputy Regional Director of FEMA Region VI for 17 years. During those years as Deputy, he also served as Acting Regional Director for 4 years. Gary was responsible for administration of emergency management programs in the FEMA Region VI. He provided direct oversight and implementation of response and recovery operations for presidentially declared disasters in the region. Additionally, Gary served as a Branch Chief managing several Technological Hazards Branch programs including Radiological Emergency Management Preparedness, Radiological Defense, Hazardous Materials, Earthquake Preparedness, Hurricane Preparedness, Dam Safety and Chemical Stockpile Emergency Preparedness programs. Gary was designated Federal Coordinating Officer for Hurricanes Katrina, Rita and Georges and provided executive leadership to over 300 federally declared disasters. Gary Jones has a Master's Degree from Tulane University. (NIMS Trained)

- Margaret R. Wright, PhD – Senior Documentation Manager

Dr. Wright has over twenty-five years of professional training and managerial experience. As a vital member of CrowderGulf's Senior Management Team, her duties include proposal writing, training developer and facilitator, regulations compliance, documentation management, including day-to-day operations of work completed, communication and coordination with contracting entities and their representatives during reconciling process, and conducting formal evaluations at completion of projects. Dr. Wright has worked in field operations after all major disasters since 1996, setting up and managing field offices, hiring and training personnel to work with all required documentation. She ensures that field offices are communicating all necessary documentation to the CrowderGulf's Disaster Assistance Office (DAO) to support invoices and Client reimbursement by FEMA. She supports clients with all FEMA auditing and with documentation technical support. (NIMS Trained)

**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

---

- **Leigh Anne Ryals, ALEM, CLEM – Emergency Management Specialist**

Mrs. Ryals has over seventeen years of experience and training in Emergency Management. She has eleven years serving as an Emergency Management Director and five years serving as a Disaster Public Information Officer. She has worked twelve Presidential Disaster Declarations and one Incident of National Significance, the Deep Water Horizon Oil Spill, and of those disasters she served as Incident Commander for eight of those events. She is extremely knowledgeable with FEMA's public assistance policies and procedures and has been successful in the FEMA appeals process. She has served as a member of the FEMA Hurricane Liaison Team and testified before the 110th and 111th U.S. Congress on Hurricane Katrina Preparedness and Response Initiatives – Best Management Practices. Leigh Anne learned first-hand the type of documentation and determination it takes to be successful in an OIG / FEMA audit. She obtained valuable knowledge in documentation proper damage survey, reports/technical writing, and extensive knowledge on FEMA policy and procedure. Most recently in North Carolina following Hurricane Irene, she worked with Municipal and County organizations serving as a Government Liaison providing guidance on FEMA documentation and debris related issues. Ms. Ryals is a Licensed and Certified Alabama Emergency Manager; she serves as a NIMS 300 & 400 Course Instructor and holds numerous FEMA and State Emergency Management Certifications. (NIMS Certified Instructor)

- **Brian Smallwood – Project Manager, LEED AP**

Brian graduated Auburn University in 2006 with a Bachelors Degree in Building Science. After graduation, he worked as a Project manager in Atlanta, GA for one of the largest general contracting firms in the world. There he built a strong management foundation and obtained the necessary fundamentals to plan and coordinate with owners, engineers and government officials. Brian has the ability to estimate, propose, contract, coordinate, schedule, manage, budget, document and close-out a project from start to finish. Brian served as the Operations Manager for the Debris Reduction Site for the U.S. Corps of Engineers in Joplin, MO after the EF 5 tornado affected the city in May 2011. He then served as the Project Manager for the recent recovery from Hurricane Irene in Newport News, VA. Brian is a LEED Accredited Professional with certifications in NPDES, FEMA and OSHA. (NIMS Trained)

- **Reid Loper – Project Manager, LEED AP**

Reid started his career with CrowderGulf in 2010, as the Senior Project Manager (PM) for the BP Oil Spill. As PM, he has been responsible for managing over 1200 people and 400 pieces of equipment. Managing several projects at once is Reid's strong point and the BP project has consisted of simultaneously managing more than eight different major projects within the Area of Responsibility (AOR) for the BP Oil Spill operation. These projects ranged from sand screening, dredging, and vessel operations, to side scan sonar work. All projects have cumulatively exceeded $120 million in invoicing and total project cost. Reid worked as a project manager for a commercial construction company in Atlanta, Georgia, prior to choosing to return to the Gulf Coast. The time spent in Atlanta gave him vast knowledge in management, estimating, schedule and budget supervision. Reid has estimated over $200 million of work and completed over $100 million in commercial construction, producing an average of 18% savings on project combined. Reid graduated from Auburn University in Aerospace Engineering where he worked as a research and design student. (NIMS Trained)

- **Nick Pratt – Project Manager**

Nick Pratt has served as one of CrowderGulf's key Field Project Manager's since 2010 working for BP on the Deep Horizon Oil Spill cleanup. He initially handled all of the logistics for the Oil Spill project, putting hundreds of pieces of CrowderGulf equipment in place and directing and training hundreds for CrowderGulf employees throughout the operation. Nick has been involved with storm cleanup work for over eight years. Most recently, he served as







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

project manager in Biloxi, MS following Hurricane Isaac in 2012 and in Rocky Mount, NC following Hurricane Irene. Nick was Field Supervisor for one of CrowderGulf's primary subcontractors in the debris removal projects in Texas after Hurricane Ike. He supervised and managed several hauling crews until the final cleanup work was completed in Bolivar, Texas. After Hurricanes Katrina in 2005, Nick was the field supervisor for one of CrowderGulf's subcontractors for the debris removal work in Pascagoula, MS. In 2004, after Hurricane Ivan, Nick worked as a crew foreman and a truck driver during CrowderGulf's debris cleanup work in Baldwin County, AL.(NIMS Trained)

- <u>Wilber Ledet – Project Manager</u>

Mr. Ledet has 16 years of management experience from 1997 to present. Mr. Ledet's disaster experience with CrowderGulf includes managing the removal of wet debris targets identified by sonar from West Galveston Bay, Tiki Island and Omega Bay following Hurricane Ike. This project also included his expertise in managing the stored vessel reclamation program in which he assisted in the removal of hazardous substances from the vessels and coordinated their proper disposal. From 2010 to 2012, Mr. Ledet managed up to 800 Hazwoper certified responders and facilitated meetings with Environmental and BP Officials as Project Manager assigned to the Deepwater Horizon Oil Spill. In 2012, following Hurricane Isaac, Mr. Ledet was assigned as Project Manager to oversee the sand removal, sand screening and beach berm construction for the Town of Dauphin Island, AL. This project included sea oat replacement, and the management of the right-of-entry program for sand reclamation on private property. Prior to his employment with CrowderGulf in 2009, Mr. Ledet, served as the General Manager for De Iberville Heavy Equipment Rental and Sales. In this position, Mr. Ledet managed the overall daily operations of the company, and facilitated operations, training and safety programs on the equipment for staff and customers.

- <u>Jason Zirlott – Sonar Image Manager</u>

Mr. Zirlott has over eleven years experience in marine debris removal. Jason's training in sonar mapping and his ten plus years as a boat captain has aided CrowderGulf by providing expertise in high resolution side scan sonar operation for marine debris detection and removal. Jason's abilities have been used in Hurricane's Ivan, Katrina, Rita and Ike.

- <u>Dan Rackard – Marine Operations Manager</u>

Mr. Rackard has 22 years of active U.S. Army assignments from 1976 till 1998, upon retiring he worked for the City of Gulf Shores, AL, as the Streets Superintendent. Mr. Rackard has been involved in many natural disasters both as an Army Engineer and in the public/private sector. Mr. Rackard began work with CrowderGulf in 2004, following Hurricane Ivan and has worked as a Project Manager, Estimator, Proposal Writer, and Contract Negotiator. Mr. Rackard has been awarded the "Bronze De Fleury Medal" for significant contributions to the U.S. Army Corps of Engineers. (NIMS Trained)

- <u>Jeff Zemlik – Safety Manager</u>

Mr. Zemlik is a graduate of Indian River State College, earning degrees in both Organizational Management and Occupational Health and Safety. Currently He is enrolled at Columbia Southern working toward his masters in Occupational Health and Safety. He has been affiliated with the construction industry since a young age, starting his safety career by managing the safety department of his family's masonry company, which completed over 1.5 million safe work hours. His past projects have included developing and directing the safety program for the BP Oil Spill for the State of Alabama, constructing the largest indoor primate house at Chicago's Brookfield Zoo and reworking furnaces in and around the steel mills of Gary, Indiana. He is currently charged with overseeing the Safety Department for CrowderGulf. (NIMS Trained)







**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
**State of New Jersey**

## 7.2     Biographical Summaries Of Matrix New World Management

- **Donald C. Wendt Jr., RG**

Mr. Wendt is a Geologist/Office Engineer/Field Inspector with over 23 years of experience in the areas of spill response, construction management and inspection, contractor oversight, inspection and supervision of drilling and environmental monitoring. Mr. Wendt has worked on numerous US Environmental Protection Agency and New Jersey Department of Environmental Protection sponsored remedial investigations, cleanups, and oversight projects. Mr. Wendt has supervised and performed oversight of contractors and subcontractors.

- **Erin L. Terwilliger**

Ms. Terwilliger is an environmental scientist with over seven years of experience in environmental consulting services including remedial, ecological and spill response management. Ms. Terwilliger is certified in Shoreline Cleanup Assessment Technique (SCAT) as both field team member and leader. She is a Transportation Worker Identification Card (TWIC) holder and is 40-hr HAZWOPER certified. Ms. Terwilliger is also trained in the National Incident Management System (NIMS) Incident Command Structure (ICS), Level 100 (Introduction to Incident Command System) and Level 200 (ICS for Single Resources and Initial Action Incidents). Ms. Terwilliger's remedial experience includes the oversight and coordination of subsurface and surface investigations in connection with environmental studies throughout New York, New Jersey and Pennsylvania. Ms. Terwilliger is proficient with ArcGIS, AutoCAD, and Trimble Nomad software devices and statistical analyses.

- **Judy H. Carlough**

Ms. Carlough is a Senior Civil Engineering Technician/Field Inspector with over 30 years of experience in the areas of construction supervision, contractor oversight, inspection and supervision of all road reconstruction and infrastructure improvement projects for the Township of West Caldwell, New Jersey. Her responsibilities have included oversight of contractors and subcontractors. She has inspected concrete, asphalt and has overseen water, storm and sanitary sewer installations. Ms. Carlough has numerous projects utilizing her knowledge of the Americans with Disabilities Act including the Accessibility Guidelines for Buildings and Facilities. She has worked closely with Essex County Division of Housing and Community Development acquiring CDBG funding and management of projects for the Township of West Caldwell.

- **Mark J. Sprengel**

Mr. Sprengel is an environmental scientist with over 10 years of environmental consulting and spill response experience focusing on environmental assessment and remediation projects. Mr. Sprengel's experience includes environmental contractor oversight during cleanup and recovery of oiled debris from beaches and state parks along the Gulf Coast in AL, MS and LA. He was responsible for implementing required Best Management Practices (BMPs), of United States Fish and Wildlife Service per the Endangered Species Act and other applicable laws. His experience includes the preparation of environmental technical reports and permitting applications relative to Preliminary, Phase I and Phase II site remediation assessments and investigations throughout New Jersey.



MATRIX        ORLD
Enabling Progress



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

- Gavin Gilmore

Mr. Gilmore is a <u>certified asbestos and lead paint specialist</u> with over 15 years of experience as an asbestos and lead based paint supervisor, investigator, project designer, project monitor and technician. He is a state Certified Asbestos Project Monitor, Asbestos Inspector, Asbestos Project Designer, Lead Inspector/Risk Assessor, Lead Risk Assessor, and Asbestos Safety Technician. He has worked on numerous projects for **New Jersey** Schools Development Authority and the **New York City** School Construction Authority, Municipal Agencies, as well as the Casino Reinvestment Development Authority. Mr. Gilmore has worked on other projects for industrial and private clients throughout **New Jersey and New York**. His responsibilities have included all phases of project participation from proposal to contract close out. Equally experienced in project design and specification as on site project monitoring and site compliance; Mr. Gilmore brings a necessary and valuable degree of field experience to enhance project execution.

- Eric R. Gratson, CHMM

Mr. Gratson is a <u>Certified Hazardous Material Manager</u> with over 21 years of experience as a site and design engineer for civil engineering, construction, and environmental projects. He is a state Certified Asbestos Project Monitor, Asbestos Inspector, Asbestos Project Designer, Lead Inspector/Risk Assessor, Lead Risk Assessor, and Asbestos Safety Technician. Mr. Gratson has directed and managed projects relative to construction and renovation of schools, transportation facilities, fuel terminal facilities, major transportation design and construction projects, and other projects for industrial and private clients throughout **New Jersey and New York**. His expertise includes hazardous materials surveys, development of construction documents (plans and specifications), environmental construction management and oversight for conventional construction projects and environmental remediation projects, construction quality assurance, and project management. Mr. Gratson's experience also includes planning and implementing environmental and engineering programs specializing in contaminated site investigations, site remediation, hazardous waste and solid waste management, environmental permitting, regulatory compliance, design of underground storage tank systems, and asbestos and lead-based paint inspection

- Matthew Duffy, CHMM

Mr. Duffy is a Certified Hazardous Material Manager with eleven years experience in multi-media environmental analysis including numerous environmental characterizations. Mr. Duffy's experience includes the oversight and coordination of subsurface and surface investigations which includes monitoring well installations, soil, groundwater, soil gas, indoor air, surface water, and sediment sampling, management and processing of sample laboratory analyses, leaking underground storage tank (LUST) removal/closures, and operation and maintenance of groundwater remediation systems in connection with environmental studies throughout **New York, New Jersey and Pennsylvania**. Mr. Duffy has also been responsible for the development, implementation, and training of EHS policies and procedures.

 



# 8.0 Experience

**State of New Jersey**

*RFQ –Waterways Debris Removal Services*



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

## 8.0    CROWDERGULF EXPERIENCE ON CONTRACTS OF SIMILAR SIZE AND SCOPE

**Appendix B** contains a list of CrowderGulf's past performance by disaster event with references for the past seven years. It also provides examples of Matrix New World's past performance of similar work with references. The charts in this section provide highlights of work completed as stipulated in the RFQ. This includes multiple task order contracts that included waterway debris removal, sand screening and beach cleaning projects.

### 8.1    Multiple Task Order Contracts - Past Performance Chart

The chart below is an example of CrowderGulf's ability to successfully perform these different tasks and operations at the same time. Contact information for these contracts/projects can be found in the Past Performance Chart in Appendix B.

**2008 Hurricane Ike Recovery**
**36 Simultaneous Contracts from 9/15/2008 through 2/15/2010**
**Covering 4 States & handling over 17,351,244 CY & 25 TDMAs Managed**

| Client | Land Debris | Waterway | Vehicles | Boats | Sand Work | ROE | White Goods | E-Goods | Tires | Demo |
|---|---|---|---|---|---|---|---|---|---|---|
| Alvin, TX | X | | | | | | | | | |
| Angleton, TX | X | | | | | | | | | |
| Bayou Vista, TX | X | | | | | | X | | | |
| Beaumont, TX | X | | | | | | X | X | | |
| Brazoria County, TX | X | | | | | | | | | |
| Brookside Village, TX | X | | | | | | | | | |
| Calcasieu Parish, LA | X | | | | | | | | | |
| Chambers County, TX | X | | | | | X | | | | |
| Clear Lake Shores, TX | X | | | | | | X | | | |
| Clute, TX | X | | | | | | | | | |
| Dauphin Island, AL | | X | | | X | | | | | |
| Deer Park, TX | X | | | | | | | | | |
| Dickinson, TX | X | X | | | | | X | | | |
| Freeport, TX | X | | | | | | | | | |
| Friendswood, TX | X | | | | | | | | | |
| Galveston County, TX | X | X | X | X | X | X | X | X | X | |
| Galveston County, MUD, TX | X | X | | | | | | | | |
| Jefferson County, TX | X | | | | | X | X | | | |
| Kemah, TX | X | | | | | X | X | | | |
| Lake Charles, LA | X | | | | | | | | | |
| LaMarque, TX | X | X | | | | | X | | | |
| League City, TX | X | | | | | | X | | | |
| Manvel, TX | X | | | | | | | | | |
| Montgomery County, TX | X | | | | | | | | | |
| Owensboro, KY | X | | | | | | | | | |
| Pearland, TX | X | | | | | | | | | |
| Santa Fe, TX | X | | | | | | | | | |
| Sulphur, LA | X | | | | | | | | | |
| Texas City, TX | X | X | | | | | | | | |
| Texas General Land Office, TX (3 contracts) | X | X | | X | X | | X | | X | |
| Tiki Island, TX | X | X | | | | | X | | | |
| Webster, TX | X | | | | | | | | | |
| Westlake, LA | X | | | | | | | | | |







CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

During the 2005, CrowderGulf was activated after Hurricanes Katrina, Rita and Wilma for recovery debris removal. Below is a chart that shows the different tasks simultaneously accomplished by CrowderGulf. Contact information for these contracts/projects can be found in the Past Performance Chart in **Appendix B.**

### 2005 Hurricanes Recovery
### 56 Simultaneous Contracts from 8/27/2005 through 1/16/2011
### Covering 4 States & handling over 18,491,063 CY & 35 TDMAs Managed

| Client | Land Debris | Waterway | Vehicles | Boats | Sand Work | ROE | White Goods | E-Goods | Demo |
|---|---|---|---|---|---|---|---|---|---|
| Alabama State Docks, AL | X | | | | | | | | |
| Aventura, FL (2 activations) | X | | | | | | | | |
| Baldwin County, AL | X | | | | | | | | |
| Biloxi, MS | X | X | | X | | X | X | X | X |
| Bonnet House Museum and Gardens of Fort Lauderdale, FL | X | | | | | | | | |
| Ceres Environmental/ USACE - Calcasieu Parish, LA | X | | X | | | X | X | X | X |
| Collier County, FL | X | X | | | | | | | |
| Daphne, AL | X | | | | | | | | |
| D 'Iberville, MS | | | | | | | | | |
| Dickinson, TX | X | | | | | | | | |
| Fort Lauderdale, FL (3 activations) | X | X | | | X | X | | | |
| Fort Myers Beach, FL | X | | | | | | | | |
| Fort Myers, FL | X | | | | | | | | |
| Golden Acres Housing Authority of Pompano Beach, FL | X | | | | | | | | |
| Gulf Shores, AL | X | | | | | | | | |
| Gulfport, MS | X | | | | | | | | X |
| Hancock County, MS | | | X | X | | | | | |
| Harrison County, MS | X | | | | | | | | |
| Jackson County, MS | X | X | | | | | | | |
| Jefferson County, TX | X | | | | | | | | |
| Jefferson Parish, LA | X | | | | | | | | |
| Lazy Lakes, FL | X | | | | | | | | |
| Lee County, FL | X | | | | | | | | |
| Moss Point, MS | X | | | | | | | | |
| Naples Airport Authority, Fl | X | | | X | | | | | |
| Naples, FL | | | | | | | | | |
| North Miami Beach, FL | X | X | | | | | | | |
| North Miami, FL (2 activations) | X | | | | | | | | |
| Orange Beach, AL | X | | | X | | | | | |
| Pascagoula, MS | X | X | | | | X | | | X |
| Pembroke Pines, FL (2 activations) | X | | | | | | | | |
| Pompano Beach, FL (2 activations) | X | | | | | | | | |
| Sanibel Island, FL | X | | | | | X | | | |
| State of Louisiana Dept. of Wildlife & Fisheries, East Baton Rouge Parish, LA | | X | | | | | | | |
| US Coast Guard, MS | | X | | | | | | | |
| Walton County, FL | X | X | | | X | | | | |
| Waveland, MS | X | | | | | | | | |
| Wellington, FL | X | | | | | | | | |
| West Palm Beach, FL | X | | | | | X | | | |
| Wilton Manors, FL (2 activations) | X | | | | | | | | |





CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

## 8.2    Special Projects - Waterway Past Performance Chart

The chart below contains a partial listing of contracted work accomplished by CrowderGulf as Prime Contractor specific to debris removal from waterways. The following chart has been sorted by descending project value. <u>Appendix B contains a complete list of CrowderGulf's past performance by event with references.</u>

| OWNER & TIMELINE | DESCRIPTION OF WORK | TOTAL PROJECT VALUE | CONTRACTING POINT OF CONTACT |
|---|---|---|---|
| 2008 Hurricane Ike Galveston County, TX (Galveston County Mainland & Bolivar Peninsula) 9/18/2008-9/12/2009 | • Specialty Debris Removal: Removed dead trees killed by the salt water surge. • Special Projects: ▪ Removed debris from 25 mi of protection levee & 5 mi from ship channel protection dike ▪ Levee debris removal | $94,145,785 | Pat Doyle, County Commissioner 409-770-5333, 409-770-5336; Patrick.Doyle@co.galveston.tx.us / Lee Crowder, Drainage & Beach Manager Road & Bridge Dept. 409-682-3690 |
| 2008 Hurricane Ike Texas GLO – General Land Office 12/18/2008-2/15/2010 | • Hauled sand debris • Special Projects: cleaned & restored beaches • Special Projects: hauled marine debris & sunken vessels from Gulf & Bay Waters | $27,167,674 | Ben Au, Architect Dir., Const. Services, 512-463-6293, Benjamin.Au@glo.state.tx.us / Tony Williams, Professional Services Coastal Leasing, 512-463-5065, Tony.Williams@GLO.STATE.TX.US |
| 2008 Hurricane Ike City of Texas City, TX 9/22/2008-10/27/2008 | • Hauled vegetative, C&D & dike (wet) debris • Reduced by burning | $3,578,002 | Bruce Clawson, Emergency Manager 409-643-3840, bclawson@texas-city-tx.org / Michael Stump, SW Manager 409-643-5810, mstump@texas-city-tx.org |
| 2008 Hurricane Ike Town of Dauphin Island AL 9/16/2008-3/13/2009 | • Special Projects: ▪ Beach restoration, sand fence replacement ▪ Drainage ditch excavation, road & damaged parking lot reconstruction | $3,245,527 | Jeff Collier, Mayor 251-861-5525 jcollier@townofdauphinisland.org / Wanda Sandagger. Admin. Assist. 251-861-5525, wsandager@townofdauphinisland.org |
| Pasco County, FL 2008-2010 Maintenance Contract | • Special Projects: ▪ Cleaning, maintaining & restoring miscellaneous storm water drainage canals Countywide | $2,500,000 | Michelle Baker, Engineering Services 727-847-8140 ext. 8756 mbaker@pascocountyfl.net / Michael Garret, Public Works Director 727-834-3611, mgarrett@pascocountyfl.net |
| 2008 Hurricane Ike City of Dickinson, TX 9/16/2008-2/3/2009 | • Specialty Debris Removal: white goods & canal debris | $2,309,107 | Captain Steve Krone 281-377-2489 skrone@ci.dickinson.tx.us / Kellis George, Director of PW 281-337-5287, kgeorge@ci.dickinson.tx.us |
| 2008 Hurricane Ike City of LaMarque, TX 9/22/2008-1/21/2009 | • Special Projects: NRCS Project (12/15/2009-2/23/2010) tree removal from Highland Bayou | $1,875,469 | Todd Zacherl, Fire Chief 409-938-9261 tzacherl@ci.la-marque.tx.us / Jennifer Pierce, Fire Marshal/EM Coordinator, 409-938-9287, jpierce@ci.la-marque.tx.us |
| River Delta Marina Project for Mobile County, AL 5/2011 - 12/2011 | • Demo of existing marina boat houses & bulkheads • Installed new vinyl sheet – piled sea wall • Dredged marina to depth of 4' • Constructed 10,000 /sq ft new boat sheds & 3300/sq ft covered pavilion • Created approx. 3 acres of constructed wetlands & surrounding facilities | $1,431,019 | Fran Lowe, Environmental Technician, Mobile County Commission, 251-574-3229 fran.lowe@mobilecounty.net |
| 2008 Hurricane Ike Galveston County Municipal Utility District 12 (MUD 12); 2/24/2009-3/19/2009 | • Hauled Canal debris | $76,236 | Sharon Ballard, Secretary to the Board 409-935-6111,blun12@comcast.net / Bill Alcorn, President Board of Directors 409-935-6111 |

MATRIX...ORLD
Enabling Progress

WEEKS...MARINE



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

## 8.3 Beach Work & Sand Screening Past Performance Chart [Company Sensitive – Company Information]

The chart below contains a partial listing of contracted work that included beach cleanup and sand screening by CrowderGulf as Prime Contractor. The following chart has been sorted by descending project value. **Appendix B** contains a complete list of CrowderGulf's past performance by event with references.

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| **2010 BP Deep Horizon Oil Spill** O'Brien's Response Management / SEACOR Management / BP Oil Exploration & Production 5/2010 – 2/14/2012 | • Provided OSRO (Oil Spill Response Organization) Services<br>• Provided maintenance cleanup on all AL beaches & State Park – On shore & Near Shore Response<br>• Excavated and screened sand in Gulf Shores, AL<br>• Baldwin County Only – 21.18 mi of beach cleaned, 2,452,000 lbs of hydrocarbon removed, 3 billion lbs of sand sifted.<br>• Emergency closure of Little Lagoon Pass in Gulf Shores<br>• Boom Anchor and Removal program - Utilizing Side Scan Sonar equipment.<br>• Gabion basket removal project (Fort Morgan & Dauphin Island) | $122,218,889 | All Alabama Beaches Lump Sum & Hourly | Duane Miller – Manager, Consulting & Response 251-716-1620 -cell, Duane.miller@obriensrm.com<br>Jeremiah Jefferies – AL Operations Mgr, 251-518-1334, Jeremiah.Jefferies@bp.com<br>Doug Parton -Deputy Operation Manager 850-362-8178 - cell, parton.doug@bpgom.com<br>Jim Poore, Division Supervisor – Baldwin County, AL 251-226-5520, J.James.Poore@bp.com |
| **2008 Hurricane Ike** Galveston County, TX (Galveston County Mainland & Bolivar Peninsula) 9/18/2008-9/12/2009 | • Hauled (ROW, ROE & canal) vegetative, wet debris, C&D & mulch debris<br>• Reduced by grinding & burning<br>• Specialty Debris Removed: (ROW & ROE) leaners/hangers, dead trees killed by the salt water surge, white goods, e-goods, abandoned vehicles & tires<br>• Removed debris from 25 mi of protection levee & 5 mi from ship channel protection dike<br>• Levee debris removal | $94,145,785 | 3,871,319 | Pat Doyle, County Commissioner 409-770-5333, 409-770-5336; Patrick.Doyle@co.galveston.tx.us<br>Lee Crowder, Drainage & Beach Manager Road & Bridge Dept. 409-682-3690 |
| **2008 Hurricane Ike** Texas General Land Office (GLO) 2 contracts 12/18/2008-2/15/2010 | • Hauled sand debris<br>• Special Projects: cleaned & restored beaches<br>• Contract Special Projects: removed and disposed of marine debris & sunken vessels from Gulf & Bay Waters | $27,167,674 | 7,824,258 | Ben Au, Architect Dir., Const. Services, 512-463-6233, Benjamin.Au@glo.state.tx.us<br>Tony Williams, Professional Services, Coastal Leasing 512-463-5065, Tony.Williams@GLO.STATE.TX.U |
| **2010 BP Deep Horizon Oil Spill** Baldwin County, AL 5/19/2010 – 7/12/2010 | • Implemented proactive measures to contain oil spill by providing & installing containment & absorbent boom along the Coastal Waters of Baldwin County | $4,280,107 | Lump Sum | Joey Nunnally, PE Engineer 251-972-8533 jnunnally@co.baldwin.al.us |
| **2008 Hurricane Ike** Town of Dauphin Island, AL 9/15/2008-3/13/2009 | • Special Projects<br>• Sand screening & beach restoration, sand fence replacement<br>• Drainage ditch excavation, road & damaged parking lot reconstruction | $3,245,527 | 210,520 | Jeff Collier, Mayor 251-861-5525 jcollier@townofdauphinisland.org<br>Charles "Skip" Gruber, Commissioner – District 4 S Baldwin County, AL 251-943-5061 cgruber@baldwincountyal.gov<br>Wanda Sandagger, Admin. Assist. 251-861-5525, wsandagger@townofdauphinisland.org |

MATRIX WORLD
Enabling Progress

WEEKS MARINE





CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| 2010 BP Deep Horizon Oil Spill<br>Town of Dauphin Island, AL<br>6/1/2010 – 7/21/2010 | ▪ Built additional sand berm for protection per BP Grant<br>▪ Planted Sea Oats | $2,235,000 | 3 Miles of Beaches | Jeff Collier, Mayor<br>251-861-5525<br>jcollier@townofdauphinisland.org<br>Wanda Sandagger, Admin. Assist.<br>251-861-5525,<br>wsandagger@townofdauphinisland.org |
| 2012 Hurricane Isaac<br>Town of Dauphin Island, AL<br>8/31/2012-Present | ▪ Hauled sand debris for screening and returning to the beach (ROW & FHWA) | $948,930 | 116,586 | Bryan Milling, True North, Monitoring, 707-502-2795, bmilling@truenorthem.com<br>Corey Moore, Project Manager cmoore@townofdauphinisland.org |
| 2009 Tropical Storm Ida<br>Town of Dauphin Island, AL<br>11/12/2009-4/12/2010 | ▪ Special Projects: sand screening & beach reclamation services | $922,471 | 77,127 | Jeff Collier, Mayor<br>251-861-5525<br>jcollier@townofdauphinisland.org<br>Wanda Sandagger, Admin. Assist.<br>251-861-5525,<br>wsandagger@townofdauphinisland.org |
| 2012 Tropical Storm Beryl<br>Nassau County, FL<br>5/11/2012-7/17/2012 | ▪ Special Projects: Cleaned beaches from Seaweed debris | $92,421 | 7,243 | Jonathan Page, Nassau County Engineer, 904-491-7330, jpage@nassaucountyfl.com | Scott Herring, Public Works Director<br>904-491-7330,<br>sherring@nassaucountyfl.com |
| 2012 Hurricane Isaac<br>City of Key West, FL<br>8/28/2012-8/31/2012 | ▪ Special Projects: Cleaned the beaches of debris | $76,663 | Hourly | Scott Fraser, FEMA Coordinator / Floodplain Administrator, 305-809-3810 sfraser@keywestcity.com<br>Craig Marston, Division Chief / Fire Marshall, 305-809-3942, cmarston@keywestcity.com |
| 2012 Tropical Storm Debbie<br>Town of Fort Myers Beach, FL<br>6/26/2012-7/10/2012 | ▪ Special Projects: removed debris & provided repairs on the beach | $31,202 | Hourly | Cathie Lewis, PW Director<br>239-765-0202,<br>CathieL@FortMyersBeachFL.gov<br>Michelle Mayher, Town Clerk 239-765-0202 ext. 114, MICHELLE@fmbeach.org |
| 2012 Hurricane Sandy<br>City of Fort Lauderdale, FL<br>11/1/2012-11/22/2012 | ▪ Special Projects: removed sand debris from roadways | $21,068 | Hourly | Albert Carbon, Public Works Director<br>954-828-5341,<br>ACarbon@fortlauderdale.gov<br>Greg Slagle, Public Works Department<br>954-828-5341,<br>GSlagle@fortlauderdale.gov |
| 2012 Hurricane Isaac<br>Town of Fort Myers Beach, FL<br>9/5/2012-9/17/2012 | ▪ Special Projects: removed debris & provided repairs on the beach | $20,305 | Hourly | Cathie Lewis, PW Director<br>239-765-0202,<br>CathieL@FortMyersBeachFL.gov<br>Michelle Mayher, Town Clerk 239-765-0202 ext. 114, MICHELLE@fmbeach.org |
| 2012 Hurricane Isaac<br>Walton County, FL<br>9/1/2012-9/2/2012 | ▪ Special Projects: Cleaned the beaches of debris | $11,546 | Hourly | Major Joseph Preston, Dir of Support Services & EM, 850-951-4721, jcpreston@waltonso.com<br>Al Ford, EM Coordinator 850-892-8065, alford@waltonso.com |
| 2012 Hurricane Isaac<br>City of Orange Beach, AL<br>8/30/2012-9/1/2012 | ▪ Special Projects: Cleaned the beaches of debris | $8,265 | Hourly | Nicole Woerner, Coastal Resources Planner, 251-981-1063, nwoerner@cityoforangebeach.org<br>Phillip West, Coastal Resource Manager, 251-981-6788, nwest@cityoforangebeach.com |

Appendix B provides a complete past performance list of work completed by CrowderGulf with references.  Past performance of disaster work completed by Matrix is also provided in Appendix B and includes references.



MATRIX WORLD
Enabling Progress



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

## 8.4   White Goods, E-Goods & Vehicles Removal - Past Performance Chart

The chart below contains a partial listing of contracted work that included the removal and proper disposal of white goods, e-goods, vehicles and vessels by CrowderGulf as Prime Contractor. The following chart has been sorted by descending project value. Appendix B contains a complete list of CrowderGulf's past performance by event with references.

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| 2008 Hurricane Ike Recovery Galveston County, TX *(Galveston County Mainland & Bolivar Peninsula)* 9/18/2008-9/12/2009 | • Hauled (ROW, ROE & canal) vegetative, wet debris, C&D & mulch debris<br>• Reduced by grinding & burning<br>• (ROW & ROE) leaners/hangers, dead trees killed by the salt water surge, white goods, e-goods, abandoned vehicles & tires<br>• Removed debris from 25 mi of protection levee & 5 mi from ship channel protection dike<br>• Levee debris removal | $84,145,785 | 3,871,319 | Pat Doyle, County Commissioner Precinct 1 409-770-5333, Patrick.Doyle@co.galveston.tx.us<br>Lee Crowder, Drainage & Beach Manager Road & Bridge Dept., 281-537-4152, lee.crowder@co.galveston.tx.us |
| 2005 Hurricane Rita Recovery Ceres Environmental - Calcasieu Parish, LA – USACE 9/30/2005-8/28/2006 | • Hauled vegetative, C&D, ash & mulch debris<br>• Specialty Debris Removed: white goods, e-goods, leaners/hangers<br>• Reduced by burning & grinding (14 disposal sites)<br>• Surveyed houses for asbestos demo & properly disposed of asbestos<br>• Subcontractor for Ceres Environmental/United States Corps of Engineers | $81,506,090 | 9,463,080 | Charlie Crumpler, USCOE Retired 918-669-7487, 901-508-9075 |
| 2004 Hurricane Ivan Recovery Escambia County, FL 9/23/2004-10/14/2005 | • Hauled vegetative, C&D & mulch debris<br>• Specialty Debris Removed: stumps, white goods, freon<br>• Reduced by grinding, burning, compacting C&D | $66,433,000 | 4,240,192 | Paul R. Nobles, Purchasing Coordinator, 850-595-4918 paul_nobles@co.escambia.fl.us<br>Eddie Cooper, Chief, Soil & Water Escambia Co, 850-587-5404, eddie_cooper@co.escambia.fl.us |
| 2008 Hurricane Ike Recovery Texas GLO – General Land Office 12/18/2008-2/15/2010 | Contract # 09-135-000-3564, 12/18/2008-4/15/2009<br>• Hauled sand debris<br>• Cleaned & restored beaches<br>Contract # 09-152-000-3591, 2/20/2009-2/15/2010<br>• hauled marine debris & sunken vessels from Gulf & Bay Waters utilizing Side Scan Sonar | $27,167,674 | 7,824,258 | Ben Au, Architect Dir., Const. Services, 512-463-6293, Benjamin.Au@glo.state.tx.us<br>John Gillen, Director Coastal Assistance, 512-936-2239, John.Gillen@glo.state.tx.us |
| 2005 Hurricane Katrina Recovery City of Pascagoula, MS 9/1/2005-7/31/2010 | Pre-Event Debris Contract (9/1/05-9/4/05 & 7/06-8/28/07)<br>Worked Under Ashbritt/USACE (9/5/05-6/30/06)<br>• Hauled vegetative & C&D debris<br>• (ROW & ROE) leaners/hangers, white goods<br>• Demolition of houses & proper disposal of asbestos material.<br>• Supplied ice, meals, generators, lumber, tarps, fuel, radios, & vehicles<br>• Demo Carver Village, 1/8/2007-1/30/2009<br>• Culvert Debris Cleaning North of Ingalls Avenue, 6/6/2007-7/31/2010<br>• cleaning & video inspection of storm sewers in the City, primarily all storm drain piping<br>• Demo of Houses 10/2/2007-10/19/2007 | $22,535,786 | 1,204,673 | Kay Kell (now Joseph Huffman), City Manager, 228-938-6614, huffman@cityofpascagoula.com<br>Brian Nelson, Public Works Director 228-938-6620 bnelson@cityofpascagoula.com<br><br>Jaci Turner, P.E., Program Manager 228-938-6726. jturner@cityofpascagoula.com |

MATRIX WORLD
Enabling Progress

WEEKS MARINE



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| 2005 Hurricane Katrina Recovery City of Biloxi, MS 5/1/2005-5/23/2007 | ▪ Hauled (ROW & ROE) vegetative & C&D debris ▪ Reduced by burning ▪ Inaccessible trees, leaners/hangers, standing dead trees, white goods ▪ Demo & disposal of Gulf Beach Hotel ▪ Boat Salvage utilization Side Scan Sonar ▪ Beauvoir Oyster Bayou Marine Debris Removal utilizing Side Scan Sonar ▪ Demo & proper disposal of structures containing asbestos | $19,218,866 | 1,092,184 | A. J. Holloway, Mayor 228-435-6254, mayor@biloxi.ms.us | Jonathan Kiser, PE, Neel Schaffer 228-374-1211, Jonathan.kiser@neel-schaffer.com |
| 2008 Hurricane Ike Recovery City of Beaumont, TX 9/19/2008-4/15/2009 | ▪ Hauled vegetative, C&D & mulch debris ▪ Reduced by grinding ▪ Leaners/hangers & white goods ▪ Provided Generators | $11,948,522 | 988,690 | Kyle Hayes, City Manager 409-880-3708 khayes@ci.beaumont.tx.us | Brenda Beadle, Capital Projects Manager 409-880-3718, bbeadle@ci.beaumont.tx.us |
| 2008 Hurricane Ike Recovery City of League City, TX 9/19/2008-1/10/2009 | ▪ Hauled vegetative, C&D & mulch debris ▪ Reduced by grinding ▪ Leaners/hangers & white goods | $4,108,866 | 335,140 | Denny Holt (now Dena Mahan), EMC, 281-554-1300, dena.mahan@leaguecity.com | Bruce "Chip" Merrick, Asst. EMC 281-554-1300, chip.merrick@leaguecity.com |
| 2011 Hurricane Irene Recovery Dare County, NC 9/2/2011-12/6/2011 | ▪ Hauled ROW vegetative, C&D & ash ▪ Reduced by ACI burning (2 sites) ▪ Hazardous Waste, abandoned travel trailers, white goods, e-goods | $3,530,997 | 292,522 & 36 Tons | Edward Lee Mann, PW Director 252-475-5880 Edward.Lee@darenc.com | David Clawson, Finance Director 252-475-5730, davec@darenc.com |
| 2004 Hurricane Ivan Recovery Walton County, FL 9/29/2004-11/2/2005 | ▪ Hauled vegetative, C&D & mulch debris ▪ Stumps, white goods, freon ▪ Reduced by grinding ▪ Rake, pile, load & haul debris from beach | $2,610,759 | 171,827 | Bill Imfeld (now Wanda Quimby), Director of Purchasing 850-892-8470 smtwanda@co.walton.fl.us | Al Ford, EM Coordinator 850-892-8065, alford@waltonso.org |
| 2008 Hurricane Ike Recovery City of Dickinson, TX 9/10/2008-2/2/2009 | ▪ Hauled vegetative & C&D debris ▪ Specialty Debris Removed: white goods & canal debris | $2,305,107 | 217,088 | Captain Steve Krone 281-377-2489 slcrone@ci.dickinson.tx.us | Kellis George, Director of PW 281-337-6267, kgeorge@ci.dickinson.tx.us |
| 2008 Hurricane Ike Recovery City of LaMarque, TX 9/22/2008-12/1/2009 | ▪ Hauled vegetative, C&D & mulch debris ▪ Reduced by grinding ▪ Leaners/hangers & white goods ▪ NRCS Project (12/15/2009-2/23/2010) tree removal from Highland Bayou utilizing Side Scan Sonar | $1,875,469 | 126,320 | Todd Zachert, Fire Chief 409-938-9281; tzachert@ci.la-marque.tx.us | Jennifer Pierce, Fire Marshall/EM Coordinator, 409-938-9267, jpierce@ci.la-marque.tx.us |
| 2008 Hurricane Ike Recovery City of Kemah, TX 9/20/2008-8/14/2009 | ▪ Hauled (ROW & ROE) vegetative, C&D & mulch debris ▪ Reduced by grinding ▪ Specialty Debris Removed: white goods ▪ At Cost Services: landfill tipping fees | $1,562,035 | 96,633 | R. W. Kerber, EMC / City Administrator, 281-334-1611 rherbert@kemah-tx.com | Bob Cummins, Mayor mayorcummins@kymah-tx.com |
| 2008 Hurricane Ike Recovery Jefferson County, TX 9/20/2008-2/8/2009 | ▪ Hauled, (ROW & ROE) vegetative, C&D & mulch debris ▪ Reduced by grinding ▪ Specialty Debris Removed: leaners/hangers, stumps & white goods | $1,275,233 | 93,263 | Douglas Anderson III, Purchasing Manager, 409-835-8593 | Greg Fountain, EMC 409-835-8757, gfountain@co.jefferson.tx.us |
| 2008 Hurricane Ike Recovery Village of Tiki Island, TX 9/20/2008-3/23/2009 | ▪ Hauled vegetative & C&D debris ▪ Specialty Debris Removed: white goods with Freon removal & canal debris removal utilizing Side Scan Sonar | $917,649 | 39,225 | Tim Culleither, Emergency Management, 409-938-4932 | Randy Phipps, Emergency Management, 409-938-4932 tikiisland@comcast.net |

Page 41 of 45

MATRIX WORLD
Enabling Progress

WEEKS MARINE



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| 2008 Hurricane Ike Recovery City of Bayou Vista, TX 9/23/2008-10/29/2008 | ▪ Hauled vegetative & C&D debris ▪ Specialty Debris Removed: white goods | $798,560 | 41,602 | Chief Ed Lucas, Chief of Police 409-935-0449 lucasbvpd@comcast.net | Bobby Rosenquist, Mayor 409-366-5131. |
| 2004 Hurricanes Charley, Frances & Jeanne Recovery City of Fort Myers Beach, FL 8/24/2004-10/15/2004 | ▪ Hauled vegetative & C&D debris ▪ Specialty Debris Removed: white goods ▪ Reduced by burning | $781,383 | 71,233 | Cathie Lewis, Public Works Director, 239-765-0202 ext. 138, Cathiel@FortmyersBeachFl.gov | Terrance "Terry" Stewart, Town Manager, 239-765-0202 ext. 101, TerryV@fortmyersbeachfl.gov |
| 2006 Hurricane Ike Recovery City of Clear Lake Shores, TX 9/19/2008-10/17/2008 | ▪ Hauled vegetative, C&D & mulch debris ▪ Specialty Debris Removed: cleaners/hangers, salt water kill trees & white goods | $633,545 | 31,465 | Paul Shelley, City Administrator 281-334-2799 pshelley@clearlakeshores-tx.gov | Kenneth (Kenny) Cook, Police Chief, 281-334-1035 ext. 202, kcook@clearlakeshores-tx.gov |
| 2005 Hurricane Dennis Recovery Wakulla County, FL 7/15/2005-9/30/2005 | ▪ Hauled (ROW & Private) vegetative, C&D, C&D compacted & ash debris ▪ Reduced by burning ▪ Specialty Debris Removed: white goods | $424,468 | 59,323 | Howard Kessler, County Board Chairman, 850-984-4933, hkessler@mywakulla.com | Cleve Fleming, Project Manager 850-926-7616. |
| 2005 Hurricane Katrina Recovery Hancock County, MS, Removal & Disposal of Junked/Abandoned Vehicles, 5/31/2007 – 6/25/2007 | ▪ Special Projects: Removal and disposal of junked / abandon small & large vehicles as well as boats. | $360,000 | Lump Sum | Travis McCoy, Neel-Schaffer 601-948-3071 travis.mccoy@neel-schaffer | Brian Adams, EM Hancock County 228-466-8201 |
| 2012 Hurricane Isaac Recovery City of Biloxi, MS 9/11/2012 – 10/5/2012 | ▪ Hauled vegetative & C&D debris ▪ Special Projects: Removed and disposed of abandoned Boat | $287,511 | 25,001 | Jonathan Kiser, PE, Neel Schaffer 228-374-1211, Jonathan.kiser@neel-schaffer.com | A. J. Holloway, Mayor 228-435-6254, mayor@biloxi.ms.us |
| 2008 Non-Disaster Related Walton County, FL Hogtown Bayou Vessel Removal | ▪ Special Projects: removed & disposed of vessels | $22,250 | Lump Sum | Clerk of the Court, P.O. Box 1260, DeFuniak Springs, FL 32435 | Valerie Angel, EM Planner 850-982-8065 vangel@waltonso.org |

MATRIX WORLD
Enabling Progress

WEEKS MARINE





# 9.0 Capabilities

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



**CrowderGulf, LLC**
RFQ for Waterway Debris Removal Services
State of New Jersey

## 9.0   CAPABILITIES OF CROWDER GULF

### 9.1   Overall Capabilities

- **Forty (40) years of experience** in debris management for governmental agencies across fourteen (14) states.

- Successfully removed, reduced and disposed of over **two hundred and thirty million (230,000,000) cubic yards of debris.**

- Leader in disaster debris industry in the areas of **waterway debris removal** and beach sand screening and restoration.

- **Large waterway debris contracts** successfully completed in six coastal states.

- Twenty-six large **sand screening** and beach restoration contracts successfully completed since 2003.

- Successful in obtaining reimbursement for each and every client. **No client has been denied reimbursement.**

- Fully committed to using local citizens and qualified local subcontractors to the maximum extent, including MBE owners. **Ninety-five percent (95%) of CrowderGulf subcontractors are small-business and/or minority subcontractors. Over three-hundred (300) disaster recovery projects completed and CrowderGulf has never failed to complete a contract or defaulted on a contract.**

- No lawsuits, liens, judgments or bankruptcy proceedings filed or pending.

- Completed major simultaneous debris projects after hurricanes **Irene, Gustav, Dennis, Katrina, Rita, Wilma, Charley, Frances, Ivan, Jeanne and Isabel.**

- CrowderGulf has **previous FEMA Directors, Emergency Managers and FEMA trained Debris Specialists on staff.** Our Staff is well versed in the Code of Federal Regulations (44 CFR), FEMA's Debris Management Guide (FEMA 325), and Public Assistance Debris Monitoring Guide (FEMA 327). **Today, the staff collectively holds over 80 FEMA course certifications** and numerous OSHA Health and safety and hazardous materials classifications

- **Over 350 pieces** of company owned equipment available for rapid response.

- **Financial Resources** CrowderGulf's financial stability is solid and reliable. Over the years we have established an excellent line of credit with our financial institution and we have always paid our subcontractors and personnel weekly and we have met all financial obligations without interruption. Over the years, CrowderGulf has paid out millions of dollars before receiving any payments. CrowderGulf's long time commitment to pay subcontractors weekly has allowed us to attract the most experienced and well-equipped subcontractors in the nation. See **Appendix D** for Confidential Financial Balance Sheets and Income Statements. A complete financial statement or any other documentation can be provided upon request.





CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

## 9.2 Equipment Capabilities

### 9.2.1 Company-owned/Leased Equipment

We currently maintain a large inventory of company-owned equipment. A percentage of this inventory is debris specific and is immediately available for response to a disaster. Company-owned equipment will be dispatched to the disaster area immediately upon receipt of a Notice to Proceed. The following is a partial list of company-owned equipment available for use in any debris operation:

| Equipment Type | No. |
|---|---|
| Shallow and deep water boats equipped with latest sonar and photo equipment | 6 |
| Barges, tugs and large boats for heavy marine debris removal | 5 |
| Cherrington Beach Cleaners 4500 & 4500 XL | 5 |
| Stationary Power Screens – (sand screener) | 2 |
| 16 yard – 24 yard Dump Trucks | 48 |
| 30 yard – 50 yard Dump Trucks | 35 |
| Rubber Tire Loaders (equipped with debris handling grapples) | 26 |
| Rubber Tire and Track Equipped Excavators (with buckets and grapples) | 18 |
| Self Loading Trucks; 30 – 100 cubic yards | 65 |
| Pick-Up Trucks (equipped with portable phones for Foremen) | 25 |
| Service Trucks | 8 |
| Skid-Steer Loaders (equipped with buckets and grapples) | 10 |
| Diamond Z 14' Tub Grinders | 6 |

We have active accounts with all major national equipment rental companies to supplement our equipment needs as necessary (i.e. Caterpillar, John Deere, United Rental, Sunbelt, etc.).

### 9.2.2 Weeks Marine Equipment Capabilities

The Heavy Lift, Salvage and Marine Transportation Division of Weeks Marine, Inc. specialize in providing one stop waterborne services. They are able to accomplish this due to their vast inventory of floating equipment which includes tug boats, floating cranes, and deck barges.

### 9.2.3 Subcontractor Equipment

It is CrowderGulf's policy to utilize available qualified local subcontractors to the greatest extent possible. We also endeavor to employ a percentage of qualified Minority Business Enterprise (MBE) subcontractors. The database allows us to quickly identify companies by size, equipment and geographical location. The table below provides the number of subcontractors and their equipment listed in our database, in relation to the State

| | East Coast | US 2013 |
|---|---|---|
| Number of Registered Subcontractors | 177 | 1686 |
| Dump Trucks (16-65) | 957 | 9532 |
| Knuckle-boom trucks | 148 | 1468 |
| Wheel Loader 50hp – 150hp | 329 | 2786 |
| Hydraulic Excavator 50hp-150hp | 366 | 3189 |
| Low-bed Trailer w/ tractor | 109 | 1102 |
| Backhoe w/ loader 15 | 102 | 1080 |
| Self loading truck | 300 | 3091 |
| Skid steer 40 hp – 80 hp | 398 | 3832 |
| C&D Walking Floor 80-110 CY | 220 | 639 |
| Bucket Trucks | 90 | 890 |
| Barges | 53 | 213 |
| Work Boats | 28 | 321 |
| Vacuum Trucks | 36 | 217 |

A more detailed list of equipment may be found in Appendix E.



MATRIX    ORLD
Enabling Progress



# 10.0 Location

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



CrowderGulf, LLC
RFQ for Waterway Debris Removal Services
State of New Jersey

## 10.0  LOCATIONS

Location of office that will be managing the contract:

26 Columbia Turnpike. 2nd Floor
Florham Park, NJ 07932

Company Contact:

**Ashley Ramsay-Naile**
Vice President
CrowderGulf

                    Cell
800-992-6207 Office
                    Fax
aramsay@crowdergulf.com





# 11.0 Statutory Requirements

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*

## REQUIRED SUBMISSION IF BIDDER INTENDS TO SUBCONTRACT

| STATE OF NEW JERSEY<br>DIVISION OF PURCHASE AND PROPERTY (DPP)<br><br>**SUBCONTRACTOR UTILIZATION PLAN** | DPP Solicitation No.:<br>Jan-11-2013 |
|---|---|
| | DPP Solicitation Title:<br>RFQ - WATERWAY DEBRIS REMOVAL SERVICES |
| **Bidder's Name and Address:**<br>CrowderGulf, LLC<br>5435 Business Parkway<br>Theodore, AL  36582 | Bidder's Telephone No.: 8009926207<br><br>Bidder's Contact Person: Ashley Ramsay |

**INSTRUCTIONS:** List all businesses to be used as subcontractors. This form may be duplicated for extended lists.

| SUBCONTRACTOR'S NAME ADDRESS, ZIP CODE TELEPHONE NUMBER AND VENDOR ID NUMBER | CHECK HERE IF CONTRACT IS NOT SMALL BUSINESS ☐ | | | TYPE(S) OF GOODS OR SERVICES TO BE PROVIDED | ESTIMATED VALUE OF SUBCONTRACTS |
|---|---|---|---|---|---|
| | SMALL BUSINESS CATEGORY * | | | | |
| | I | II | III | | |
| Matrix New World Engineering, Inc  (SBE & WBE)<br>26 Columbia Turnpike<br>Florham Park, NJ 07932<br>973.240.1800   (Vendor ID | | | X | Consulting/Mgt. | 25% of work |
| Weeks Marine  Inc<br>4 Commerce Drive<br>Cranford. NJ 07016-3598<br>908-272-4010 | | | | Dredging/Heavy Lift | 15% of work |
| | | | | | |
| | | | | | |
| | | | | | |

* For those Bidders listing Small Business Subcontractors:  Attach copies of Division of Revenue - Small Business Enterprise Unit registration for  each subcontractor listed.  If bidder has not achieved established subcontracting set-aside goals. also attach documentation of good faith effort to do so in the relevant category in accordance with NJAC17:13-4 and the Notice to All Bidders.

I hereby certify that this Subcontractor Utilization Plan (Plan) is being submitted in good faith. I certify that each subcontractor has been notified that it has been listed on this Plan and that each subcontractor has consented, in writing, to its name being submitted on the Plan. Additionally, I certify that I shall notify each subcontractor listed on the Plan. in writing, if the award is granted to my firm, and I shall make all documentation available to the Division of Purchase and Property upon request

I further certify that all information contained in this Plan is true and correct and I acknowledge that the State will rely on the truth of the  information in awarding the contract

**PRINCIPAL OF FIRM:**

| _(Signature)_ | John Ramsay, President<br>_(Title)_ | 1/16/13<br>_(Date)_ |
|---|---|---|

PB-SA-3
Revised 10/11



# Addendum Acknowledgements

## Q&A

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*

<u>Electronic Questions and Answers</u>

<u>General</u>

*Question:  In order to price the jobs effectively my firm would like to have our project manager drive around and get a visual of the debris.  How might a potential bidder obtain a permit to get into the affected areas to assess the damage?*

Answer:  Bidders should contact Jonathan Wallace, Division of Purchase and Property, at 609-341-2976 to request access to restricted areas from the State Police.

*Question:  Are there any TDMA sites identified yet?  Or, will this be the contractor's obligation to identify and receive permission to use prior to start of work?*

Answer:  No TDMA sites for waterway debris removal have been identified as of this time.  The Department of Environmental Protection (NJDEP) has identified some potential sites along the coast.

*Question:  How far offshore do the debris removal zones extend?*

Answer:  This RFQ does not apply to off-shore areas.

*Question:  Permits should be the responsibility of the Owner. Will this be changed?*

Answer:  No, this will not be changed.

*Question:  What are the expected distances from the dredge areas to the placement areas for purposes of pricing logistics?*

Answer:  The NJDEP anticipates that most sand will be dredged from back bay areas and will be placed on beaches.  In those cases, the distance between dredge sites and placement areas likely will be less than 1 mile.  If the NJDEP selects inland areas for placement of sand, then the maximum distance would be approximately 3 miles.

*Question:  When does the sand material become the property of the Owner?*

Answer:  The State of New Jersey owns all storm-related debris in waters of the State.

*Question:  Is this a prevailing wage contract? If so, please provide the wage rates.*

Answer:  No, this is not a prevailing wage contract.

*Question:  Please define damage to private or public property that the Contractor shall be responsible for as a result from its performance of work pursuant to this Contract. If existing structure were damaged by Sandy, then how is the existing damage going to be documented in order for the Contractor to avoid being penalized for previous damage?*

Answer: The State's debris monitor and/or Project Manager will document conditions prior to debris removal.

*Question: Please provide the approximate designated water depths for the waterways inside the various debris removal zones.*

Answer: Prior to the storm. Barnegat Bay depths ranged from less than 1 foot to over 30 feet. with the majority of the Bay in the range of 3 to 8 feet. The NJDEP estimates that prior to the storm. over 80% of the Bay was less than 5 feet deep.

The State has not designated water depths for either dredging or debris removal. Debris removal and dredging will comply with FEMA eligibility requirements. including any requirements relating to depth.

*Question: How soon after submitting a proposal will the Contractor be notified if they have been selected to submit a best and final proposal?*

Answer: The State cannot provide a firm date by which it may select Bidders to submit Best and Final Offers.

*Question: Are there any requirements / restrictions on the type of dredge equipment utilized?*

Answer: Use of side-casting dredge equipment is prohibited unless approved in advance in writing by the NJDEP. For dredge equipment that is typically used in New Jersey. please refer to the NJDEP's Dredging Technical Manual referenced in Paragraph 3.6.6 of the RFQ.

*Question: Who will make the final determination of what debris is removed?*

Answer: The State of New Jersey shall make such determinations in collaboration with the Contractor. the debris monitor. FEMA and the State's Project Manager.

*Question: What is the process for determining which debris is removed in which manner?*

Answer: The process for determining which debris will be removed will be established by the State's Project Manager. The Contractor is responsible for determining the method and manner of debris removal operations. See Paragraph 3.1 of the RFQ.

*Question: What is the Contractor's responsibility for identifying debris to be removed?*

Answer: The Contractor's responsibility for identification of debris is set forth in the RFQ at paragraph 3.6.1 (General Requirements).

*Question: When will the Contractor be notified of the location of all the debris to be removed?*

Answer: Once the Contractor is given notice to initiate work within a Zone the Contractor will mobilize to the Zone and assess waterway debris utilizing, among other things (e.g., shorelines surveys, side-scan sonar) information available in the RFQ and the NJDEP's Waterway Debris Resources webpage, the Contractor will present the State's Contract Manager with a plan for debris removal in the Zone. The Contractor is responsible for identifying debris to removed.

*Question: The RFQ states that "The State Contract Manager will issue an initial task order and provide the contractor with a prioritized list of debris to be removed by Zone." Please clarify.*

Answer: The State Project Manager or the State Contract Manager will issue an initial task order and will direct the Contractor in debris removal priorities.

*Question: Please state the process in which the Contractor receives final acceptance for debris removal and sand screening / placement items.*

Answer: See Section 3.6.18 of the RFQ (page 24) – Verification of Debris Removal.

*Question: Will there be a variation in estimated quantities clause?*

Answer: The State is not estimating quantities as part of this RFQ.

*Question: Can you specify the navigable waterways in which the debris removal Contractor will be operating?*

Answer: The RFQ is not limited to waterways that used for particular purposes.

*Question: Can the resumes be counted as required documents instead of being counted as part of the 50 pages of the proposal?*

Answer: Resumes can be included in an Appendix and will not count toward the 50 page limit.

*Question: Can you provide a current list of Approved NJDEP offloading sites?*

Answer: The NJDEP has not yet approved any Offloading Sites. The State is currently focusing its effort on publicly-owned boat ramps and marinas as Offloading locations. Information on publicly-owned boat ramps and marinas is available on the NJDEP Waterway Debris Resources website at: http://www.nj.gov/dep/special/hurricane-sandy/wwdebris.htm

*Question:  Can you provide the total square miles or acres for each zone and miles of total shore line?*

Answer:  Estimated acreage of each Zone is set forth below.  These numbers are only estimates and are subject to change.

| Zone Name | Zone Number | Acres |
|---|---|---|
| Metro | 1 | 18,777 |
| Raritan Bay | 2 | 33,087 |
| Monmouth County Tidal Streams | 3 | 2,103 |
| Barnegat Bay North | 4 | 4,758 |
| Mid Barnegat Bay A | 5 | 6,073 |
| Mid Barnegat Bay B | 6 | 24,809 |
| Southern Barnegat Bay | 7 | 12,927 |
| Little Egg Harbor A | 8 | 14,597 |
| Little Egg Harbor B | 9 | 20,346 |
| Great Bay | 10 | 19,295 |
| Southern Zone | 11 | 60,875 |

The areas were calculated by GIS.  In estimating area, the following delineations were made:

Zone 1:  For purposes of estimating area, the NJDEP computed the area of inland waterways.

Zone 2:  For purposes of estimating area, the NJDEP drew a random boundary from the northern tip of Sandy Hook due west.

Zone 3:  For purposes of estimating area, the NJDEP computed the area of the Manasquan River watershed.

Zones 4-10:  For purposes of estimating area, the NJDEP computed the area of inland waterways for each Zone.

Zone 11:  For purposes of estimating area, the NJDEP computed the area of inland waterways on the eastern shore, the area of inland waterways along Delaware Bay and the area from the Delaware Bay coast line to a distance of 1000 feet into the Bay (randomly selected).

*Question:  The RFP states removal of debris from coastal and tidal waters, does this include removal of debris from the Atlantic side of the zones, and if so, how far out from the coast line?*

Answer:  The RFQ does not include removal of debris from the Atlantic Ocean.

*Question: There are a number of regulated areas that will be encroached upon to facilitate the debris removal (CAFRA, Coastal Wetlands, Waterfront Area, etc.), can we assume that all of the debris removal work (including temporary staging areas) will be performed using a combination of Emergency Permits or has that requirement been waived by the State?*

Answer: The NJDEP will issue emergency permits.

*Question: If Emergency Permits are to be used, will the selected contractor be required to file the "post issuance" permit applications?*

Answer: Yes.

*Question: Which of the many Bureaus at NJDEP will be responsible for reviewing and approving the plan for avoiding and minimizing impacts/injury to natural resources?*

Answer: Office of Dredging and Sediment Technology (with input from the Division of Fish & Wildlife and State Historic & Preservation Office), Division of Land Use Management (Bureau of Tidelands Management), and Solid & Hazardous Waste Program.

*Question: Are the sand berms on the beaches in Ortley Beach, Seaside Heights, Seaside Park, Mantoloking, Lavallette, and the like, included in this contract? If so, what are you going to do with all the sand? Will it be screened and placed back on the beach? If it's part of another contract, which one?*

Answer: It is not clear what the bidder is asking. Removal of sand from beaches is not included in this RFQ.

*Question: What will be done with the sand washed up on private property?*

Answer: This RFQ does not apply to removal of terrestrial debris.

## Section 1

Reference: Paragraph 1.1, Pages 2-4
Issue: On pages 2-3 the RFQ states, "Zones are described below in order of decreasing priority." Then the zones are listed as follows: North Region- Zones 1 and 2; Central Region- Zones 3, 4, 5, 6, and 7; and South Region- Zones 8, 9, 10, and 11. On pages 3-4 the RFQ lists Priorities and groups Zones as follows: Priority A- Zones 4, 5, 8, and 9; Priority B- Zone 6; Priority C- Zones 2, 3, and 7; and Priority D -Zones 1, 10, and 11. These two descriptions seem to conflict with each other.

*Question: Can the State please clarify the priority of zones?*

Answer: The description of the Regions and Zones set forth on pages 2-3 lists the zones in geographical order only (north to south).

The description of the Zones set forth in the list on pages 3-4 lists the Zones in order of priority.

Reference: Side Scan Sonar.
Issue: Utilization of this equipment in areas that are relatively small in size.

*Question: Will the State accept an alternative "daily rate" for Sonar Vessels in areas that are "small" i.e., 500 acres or less?*

Answer: No.

Reference: Side Scan Sonar
Issue: Progress

*Question: Will there be a "waiting period" after the waters have been through the Side Scan Sonar process before vessel(s) can be removed?*

Answer: The State has not designated a waiting period.

Reference: Side Scan Sonar
Issue: Post construction sonar survey

*Question: Will a post construction sonar survey be required; and if so are we to include it in our yardage price?*

Answer: See Paragraph 3.6.18 of the RFQ.

Reference: N/A
Issue: Priority

*Question: Will the State set "Priority areas" for vessel removal operations? If so how will this be accomplished, i.e., targets, grids, waterways?*

Answer: The State's debris removal priorities are set forth in Paragraph 1.1 of the RFQ. The State has not established priorities for types of waterway debris removal, but the State Project Manager may do so in collaboration with the NJDEP and the Contractor after the contract is awarded.

Reference: Pricing
Issue: Partially submerged vs. fully submerged vessels

*Question: It appears the expectation is for the Contractor to not differentiate a price between partially submerged and fully submerged vessels, is this correct?*

Answer: Yes, that is correct.

Reference: Private Property
Issue: Vessels stranded on private property.

*Question: In the 11 zones identified, what percentage of the waterway debris, wreckage, vessels & vehicles is located on privately owned submerged land?*

>Answer: At this time, the NJDEP has not quantified the percentage of waterway debris that is located in waters of the State that overlies lands that the State has transferred to private parties pursuant to riparian grants. State law allows the State to remove abandoned vessels from public land or waterways or private property. N.J.S.A. 12:7C:9(b)(1).

Reference: Private Property
Issue: Right of Entry

*Question: What methods will NJDEP use to inform the contractor of privately held submerged land parcels that cannot be entered?*

>Answer: To the extent that this is required, the State Contract Manager or State Project Manager will notify the Contractor in writing.

Reference: Private Property
Issue: Right of Entry

*Question: Does the NJDEP have approved eligibility for removal and disposal of debris, wreckage, vessels and vehicles from FEMA for all privately owned areas of submerged land?*

>Answer: State law allows the State to remove abandoned vessels from public land or waterways or private property. N.J.S.A. 12:7C:9(b)(1). With respect to other types of waterway debris, the State does not have approved eligibility.

Reference: Private Property
Issue: Right of Entry

*Question: Will the NJDEP secure Right of Entry/Hold Harmless forms from all private owners of submerged land in the 11 zones before work commences?*

>Answer: State law allows the State to remove abandoned vessels from public land or waterways or private property. N.J.S.A. 12:7C:9(b)(1). With respect to other types of waterway debris, the State is working with FEMA to ensure that the State has authorization to enter privately-owned submerged tidelands.

Reference: Private Property
Issue: Hold Harmless

*Question: Will the awarded contractor(s) be included in the Hold Harmless document from actions other than negligence brought by private owners of submerged lands in the 11 zones?*

      Answer: No.

Reference: Private Property
Issue: The zones extend inland to the extent of the FEMA produced New Jersey Interim High Resolution Surge Areas, which will include many thousands of privately held land parcels.

*Question: Does the NJDEP intend for this contract to remove all debris and wreckage from the included privately held parcels and if so will the NJDEP secure the Right of Entry/Hold harmless forms from all private land owners prior to the commencement of work?*

      Answer: The State intends to remove waterway debris that is Eligible Debris (as defined in the RFQ). State law allows the State to remove abandoned vessels from public land or waterways or private property. N.J.S.A. 12:7C:9(b)(1). With respect to other types of waterway debris, the State is working with FEMA to ensure that the State has authorization to enter privately-owned submerged tidelands.

*Question: Referring to RFQ, page 10, Section 3.1; the State seems to be looking for cost estimates after tasking, which contradicts the intent of the Cost Proposal Form. Please clarify? Would the State consider an alternative price proposal which provides daily or hourly equipment and personnel rates?*

      Answer: Bidders are to bid the prices on the attached Price Proposal Form. When the State issues a Task Order for a prioritized list for debris removal within a Zone, the contractor will provide a cost estimate for the actual work based on its bid prices.

      No, the State is not seeking hourly equipment or personnel rates. Payments based on time and material costs are limited to work performed during the first 70 hours of actual work following a disaster event.

Reference: Section 3.2
Issue: Zone Operations Manager (ZOM)

*Question: Does the state wish to have the Contractor(s) assign a separate ZOM to each of the 11 zones?*

      Answer: Yes.

Reference: RFQ Section: 3.6.5 and subsections. Pages 16-17
Issue: Section 3.6.5 lists debris categories as Vegetative Waste, Construction and Demolition ("C&D") Waste (Type 13C/Type 27A), White Goods/Household Appliances (Type 13), Scrap Metal, and E-waste. However, the subsections to RFQ Section 3.6.5 (i.e., 3.6.5.1, 3.6.5.2, 3.6.5.3, 3.6.5.4, and 3.6.5.5) don't match. They are as follows: 3.6.5.1 Vegetative Waste, 3.6.5.2 Construction and Demolition r'c&D") Debris, 3.6.5.3 Aggregate, 3.6.5.4 White Goods/Household Appliances, and 3.6.5.5 Scrap Metal.

*Question: Are their requirements missing from the RFQ that must be addressed in our proposal response to this section (e.g., E-waste)?*

> Answer: The State has added Section 3.6.9 to the RFQ to include E-waste and has renumbered the following sections in the RFQ. In addition, a price line has been added to the revised Price Proposal Form to include E-waste.

## Attachment A (Price Proposal Form)

*Question: Waterway debris can be removed by two methods which carry significant different costs, either by land based equipment or by water based equipment. Would you consider breaking the line items down to account for these different operations?*

> Answer: No. Bidders must bid the price lines in the Price Proposal Form.

Issue: Sand Collection, Line 11

*Question: What method of dredging is preferred for the removal of displaced sand from the waterway?*

> Answer: Use of side-casting dredge equipment is prohibited unless approved in advance in writing by the NJDEP. Other than that prohibition, the State has no preference for dredging methods. Dredging methods utilized must be cost-effective.

Issue: Sand Collection, Line 11

*Question: Will the units of measure be calculated by Side Sonar Scanning (Lines 25-29), volumes showing before and after scan, for this line item?*

> Answer: For sand that is being placed on a beach, the volume will be measure in cubic yards (CY) and will be determined based on actual physical measurements. For sand that is pumped into marsh areas, the volume will be measured in CY and will be determined by before/after side-scan sonar.

*Question: Price Proposal Form, Line 11- Sand Collection - How is sand collection measured and calculated for payment?*

Answer:  The sand collection is measured by cubic yards and miles.

Question:  How does a contractor propose "all-inclusive, firm-fixed" pricing for debris that could be in significantly different water depths or marshlands within any particular zone?

Answer: Bidders should refer to the documents on the NJDEP Waterway Debris Resources website at: http://www.nj.gov/dep/special/huricane-sandy/wwdebris.htm and answers to relevant questions posted herein.

## Attachment F (TDMA Operation Guidelines)

Reference: TDMA Guidelines (Attachment F, aka Attachment 13)
Issue: Standards and/or Protocols. There are no specific protocols or standards mandated for soil or groundwater sampling, groundwater-monitoring wells or hazardous waste, ash, fuel storage areas sampling/monitoring.

*Question: What are the specific protocols and/or standards that are to be followed according to the NJDEP for the abovementioned sampling/monitoring operations?*

Answer:  If groundwater and soil testing is required, testing shall comply with NJDEP technical guidance at http://www.state.nj.us/dep/srp/guidance.

*Question:  Can a list of interested bidders be provided?*

Answer:  The State will not know the bidders until the proposals are submitted.

*Question:  What is the expected timeframe for this contract to be awarded?*

Answer:  The State cannot provide a specific date for anticipated contract award but the State intends to award the contract(s) as soon as possible after the proposal submission date.

Reference: Pricing Issue: Partially submerged vs. fully submerged vessels

*Question: It appears the expectation is for the Contractor to not differentiate a price between partially submerged and fully submerged vessels, is this correct?*

Answer:  Yes, this is correct.

*Question:  Referring to RFQ, page 10, Section 3.1: the State seems to be looking for cost estimates after tasking, which contradicts the intent of the Cost Proposal Form. Please clarify?*

Answer:  Bidders are to bid the prices on the attached revised Price Proposal Form. When the State issues a Task Order for a prioritized list for debris removal within a Zone, the contractor will provide a cost estimate for actual work based on its bid prices.

Page **10** of **14**

*Question: Would the State consider an alternative price proposal which provides daily or hourly equipment and personnel rates?*

Answer: No, Bidders are referred to the answer to the previous question.

Reference: Section 3.2
Issue: Zone Operations Manager (ZOM)

*Question: Are resumes required for Zone Operations Manager(s) and if so will the resumes count against the 50 page restriction?*

Answer: Bidders should submit a resume for the Zone Operations Manager(s) under Section 4.7 of the RFQ. Any resumes submitted by a Bidder can be placed in an Appendix will not count in the 50 page limit restriction.

## Section 8

*Question: On page 35 of RFQ, Section 8.3   State Project Manager – Is this a possible typo? Should first and second paragraphs be the State **Project** Manager rather than the State **Contract** Manager?*

Answer: Yes, this is an error. The first and second paragraphs of Section 8.3 should refer to the State Project Manager.

## Attachments

Issue: The index of attachments key does not match the actual letter of the specific attachment in all cases.

*Question: Can you supply a revised Index of attachments that corresponds exactly to each specific attachment?*

Answer: The State will provide a revised Index of Attachments with corrected references to the specific documents.

*Question: Within the RFQ reference is made to Attachment A "Price Proposal Form", but when I downloaded the form from your website, The Price proposal form is labeled as "Attachment 1". Is this the correct form which consists of just one page?*

Answer: The Price Proposal Form labeled "Attachment 1" is the same Form as "Attachment A." The State is providing a revised Index of Attachments.

*Question: The Price proposal form appears to be customized for previous land based type of debris removal contracts but doesn't appear to allow for a contractor to be all encompassing in his potential pricing that might be experienced when assigned a task order. Would the State*

*consider throwing out this particular form and create a more detailed form or eliminate this requirement all together or allow the contractor to propose his own form that captures costs of his owned or leased equipment?*

> Answer: No. Bidders are required to use the Price Proposal Form included in the Attachment package.

Issue: Missing Line Items?

*Question: Line Items 1-9 only request rates for removal and transport from the Offload to the Final Disposal location. Did the State inadvertently leave off line items for the removal & transport of vegetative and C&D debris from the water and loading it on a transporter in order to get it from the water to the Offloading location?*

> Answer: The State is issuing a revised Price Proposal Form including more price lines for removal and transport of vegetative and C&D debris.

Question: The Price Proposal form does not include any provision for mobilization, demobilization and equipment characterization. How does a contractor propose pricing for such mobilization, demobilization, and equipment utilization for a presently unknown quantity of work in a large geographic zone?

> Answer: Bidders should refer to the documents on the NJDEP Waterway Debris Resources website at: http://www.nj.gov/dep/special/huricane-sandy/wwdebris.htm and answers to relevant questions posted herein.

*Question: Would the State consider an auditable, cost reimbursable, indirect quantity-indirect delivery, level of effort type contract for the efforts contemplated under the RFQ? Such contract arrangements already exist between the private sector and the U.S. Navy, and the U.S. Coast Guard.*

> Answer: No, the State will not consider a level of effort type contract for this RFQ.

*Question: Under the Price Proposal Form, lines #9, "White Goods Removal to Disposal Site" and #10, "Freon Management"; within units, it shows costs required to be proposed on a unit basis. What is considered as "the unit"? Absent knowing where the unit is located (i.e. dry, submerged, marshland); how does the contractor propose pricing?*

> Answer: Bidder is referred to Section 3.6.5.4 of the RFQ defining the types of appliances considered "white goods." Bidders are to provide pricing for removal from waterways, not dry land.

*Question: Is attachment 1, Price Proposal Form limited to land transportation costs for lines 1-29, and that all incidental costs will be negotiated separately at the time of a specific task order?*

Answer: No. Bidders are to bid all-inclusive prices for the quantities noted on the revised Price Proposal Form.

*Question: Can a contractor only propose pricing for all zones within one or two of the geographic regions? Is a bid for less than three geographic regions unresponsive?*

Answer: A Bidder must bid all lines for all Zones or be deemed nonresponsive.

Issue: Line 30 Operation of a vehicle/vessel aggregation site.

*Question: Would the State consider adding to the Unit description "Per day and per unit" i.e. per vessel/vehicle per day as using per day only does not cover the varying requirements based on the number of vessels/vehicles recovered?*

Answer: No, the State will not adding consider a per day usage description to the revised Price Proposal.

Issue: There is no haul out pricing for any of the line items.

*Question: Will the state consider adding a line item to load and transport from the TDMA to the final disposal site?*

Answer: Yes, the State is issuing a revised Price Proposal Form.

Issue: Transport sand from TDMA back to beach 3.6.6 SAND Sand that has been determined through analytical testing to be uncontaminated and is otherwise suitable for placement on beaches shall be restored (e.g., screened) by the Contractor to pre-storm beach quality. The Contractor may be directed by the State to transport the sand to a designated beach.

*Question: There is no line item to transport sand from the TDMA back to beach; how will this cost be covered?*

Answer: Bidder is referred to Price Lines 12 to 15 entitled "Uncontaminated Sand Transport."

*Question: Price Proposal Form. Measure of Distance - Is the distance just measured for transportation by road, or does this include distance via marine transportation also?*

Answer: Bidder is referred to the price lines in which the distances noted are defined

*Question: Price Proposal Form. Verification of Debris Removal - Will there be a line item for Identification of Debris to be removed?*

Answer: Yes. Bidders are referred to revised Section 3.6.18 of the RFQ and the revised Price Proposal Form for information regarding Pre-Removal Assessment.

*Question: If TDMA is required, I do not see pricing from offloading site to TDMA, and then from TDMA to final disposal?*

    Answer: The State is issuing a revised Price Proposal Form with additional price lines.

*Question: On Attachment 1: Pricing Proposal Form, at the bottom of the page it refers to "Total State price is the single price that bidder would offer, per price line, for all Zones in the State". I do not see where a column for "single state price" has been added to the price proposal form?*

    Answer: The State has added a column for a "single state price" to the revised Price Proposal From.

*Question: On the Pricing Proposal Form, line item 1-8, this price is broken down by distance from offloading site to final disposal. Shouldn't this be from debris location to final disposal? We have not been given the exact area or length of each zone, therefore we do not know how far the debris will have to travel over the water to the offloading site. Therefore, line items 1-8 should be total distance the debris has traveled from original debris removal location to final disposal.*

    Answer: Bidder is referred to the revised Price Proposal Form which has the following distance measures: Offload to TDMA; TDMA to final disposal and Offload to final disposal.

*Question: Will the pre-sonar services to identify debris be included in this RFP as a required task, and if so, will they be paid by the acre under pricing line items 25-29? Or does this need to be included in the cubic yard rate for debris removal?*

    Answer: The State is issuing a revised Price Proposal Form with additional price lines for Pre-Removal Assessment.

*Question: Under pricing line items 25-29, Verification of Debris Removal, will this be paid by the acre? If this will not be paid by the acre, will it be included in the cubic yard rate for debris removal?*

    Answer: Bidder is referred to the revised Price Proposal Form pricing lines 25-29 in which price per acre is the stated unit.



# 12.0 Appendices

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*



# *Appendix A – Letters of Commitment*

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*

Matrix New World Engineering, Inc.

26 Columbia Turnpike

Florham Park, NJ   07932
973.240.1800   Fax
www.matrixnewworld.com WBE DBE SBE

## MATRIX NEW WORLD

Enabling Progress

January 16, 2013

Mr. John Ramsay
CrowderGulf, LLC
5435 Business Parkway
Theodore, AL. 36582

Re:    NEW JERSEY REQUEST FOR QUOTATIONS FOR WATERWAY DEBRIS REMOVAL SERVICES
       LETTER OF AGREEMENT AND COMMITMENT

Matrix New World Engineering, Inc. (Matrix) is pleased to commit our company resources to support CrowderGulf's efforts in responding to any resulting work from the above referenced RFQ. We welcome the opportunity to serve as a consultant in any capacity. It is our intent to enter into a subcontract or lease agreement with CrowderGulf, LLC.

We look forward to continuing our relationship with CrowderGulf. Please do not hesitate to contact us at 973-240-1800 should you require additional information

Sincerely,

Jayne Warne, PE
President



**WEEKS** MARINE, INC.

DREDGING – MARINE CONTRACTORS
STEVEDORING – EQUIPMENT RENTALS
TOWING – HEAVY LIFT - SALVAGE

4 COMMERCE DR., 2ND FLOOR, CRANFORD, NEW JERSEY 07016-3598  (908) 272-4010  FAX:

January 16, 2013

To: John Ramsay

CrowderGulf, LLC

5435 Business Parkway

Theodore, AL. 36582

Re: New Jersey Request For Quotations For Waterway Debris Removal Services
Letter of Agreement and Commitment

Weeks Marine, Inc., is pleased to commit our company resources to support CrowderGulf's efforts in
responding to any resulting work from the above referenced RFQ. We welcome the opportunity to serve
as a subcontractor in any capacity. It is our intent to enter into a subcontract or lease agreement with
CrowderGulf, LLC for the direct performance and management of all dredging work for the above
referenced RFQ.

We look forward to continuing our relationship with CrowderGulf. Please do not hesitate to contact us
should you require additional information.

Sincerely,

Richard D. MacDonald

Sr. Vice President



# Appendix B – Past Performance

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*

## APPENDIX B – CrowderGulf Past Performance Chart with References

*(Company Confidential & Proprietary Information)*

The chart below contains a partial listing of contracted work accomplished by CrowderGulf as Prime Contractor (unless otherwise stated). A complete list can be made available dating back to Hurricane Frederick in 1979.

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| **2012 Hurricane Sandy Recovery** | ➤ 2 Contracts Activated | ➤ $52,605 Invoiced | ➤ 398 tons | |
| Town of Kitty Hawk, NC 1/13/2012-Current | ▪ Hauled vegetative & C&D debris | $31,537.59 | 398 tons | Willie Midgett, Director of Public Works 983 W Kitty Hawk Rd., Kitty Hawk, NC 27949, 252-261-1367 wmidgett@kittyhawknc.net; John Stockton, Town Manager 101 Veterans Memorial Dr., Kitty Hawk, NC 27949, 252-261-3552, stockton@kittyhawknet.net |
| City of Fort Lauderdale, FL 1/11/2012-11/2/2012 | ▪ Special Projects: removed sand debris from roadways | $21,068 | Hourly | Albert Carlson, Public Works Director 220 SW 14th Ave #4a, Ft. Lauderdale, FL 33312, 954-828-5341 A.Carlson@fortlauderdale.gov; Greg Slagle, Public Works Department 220 SW 14th Ave #4a, Ft. Lauderdale, FL 33312, 954-828-5341, GSlagle@fortlauderdale.gov |
| **2012 Hurricane Isaac Recovery** | ➤ 9 Contracts Activated | ➤ $1,667,976 Invoiced | ➤ 172,708 CY | ➤ 3 DMS Managed |
| City of Biloxi, MS 9/11/2012 – 10/5/2012 | ▪ Hauled vegetative & C&D debris ▪ Special Projects: Removed and disposed of abandoned Boat | $287,511 | 25,001 | Jonathan Kiser, PE, Neel Schaffer 772 Howard Ave., Biloxi, MS 39530, 228-374-1211, jonathan.kiser@neel-schaffer.com |
| Town of Dauphin Island, AL 8/31/2012-Present | ▪ Push ▪ Hauled sand for screening and returning to the beach (ROW & FHWA) | $948,930 | 116,586 | Bryan Milling, True North, Monitoring 707-502-2795, bmilling@truenorthem.com |
| Town of Fort Myers Beach, FL 9/5/2012-9/17/2012 | ▪ Special Projects: removed debris & provided repairs | $20,305 | Hourly | Cathie Lewis, PW Director 2523 Estero Blvd Fort Myers Beach, FL 33931, 239-765-0202 ext. 138, Cathie@FortMyersBeachFL.gov; Michelle Mayher, Town Clerk 2523 Estero Blvd Fort Myers Beach, FL 33931 239-765-0202 ext. 114, MICHELLE@fmbeach.org |
| City of Key West, FL 8/28/2012-8/31/2012 | ▪ Special Projects: Cleaned the beaches of debris | $76,683 | Hourly | Scott Fraser, FEMA Coordinator / Floodplain Administrator, 626 Josephine Parker Dr, Key West, FL 33040, 305-809-3810, sfraser@keywestcity.com; Craig Marston, Division Chief / Fire Marshall 1600 N Roosevelt Blvd, Key West, FL 33040, 305-809-3942, cmarston@keywestcity.com |
| City of Magnolia, MS 9/20/2012-10/15/2012 | ▪ Hauled vegetative and mulch debris ▪ Reduced by grinding | $20,761 | 4,650 | Melvin Harris, Mayor 180 South Cherry St, Magnolia, MS 39652 | Bryan Milling, True North, Monitoring 707-502-2795, bmilling@truenorthem.com |
| City of McComb, MS 9/27/2012-10/23/2012 | ▪ Hauled vegetative and mulch debris ▪ Reduced by grinding ▪ Specialty Debris Removed: Hazardous leaners and hangers | $169,965 | 17,712 | Philip Russell, Public Works Director 601-684-3497, prussell@mccomb-ms.gov | Bryan Milling, True North, Monitoring 707-502-2795, bmilling@truenorthem.com |
| City of Orange Beach, AL 8/30/2012-9/1/2012 | ▪ Special Projects: Cleaned the beaches of debris | $8,265 | Hourly | Nicole Woerner, Coastal Resources Planner 4101 Orange Beach Blvd, Orange Beach, AL 36561, 251-981-1063, nwoerner@cityoforangebeach.com | Phillip West, Coastal Resource Manager 4101 Orange Beach Blvd., Orange Beach, AL 36561, 251-981-6768, pwest@cityoforangebeach.com |
| City of Pascagoula, MS 9/7/2012-9/20/2012 | ▪ Hauled vegetative & C&D debris ▪ Provided Generators ▪ At Cost Services: landfill tipping fees | $123,910 | 10,708 | Bryan Milling, True North, Monitoring 707-502-2795, bmilling@truenorthem.com | Steve Mitchell, Operations Manager 4015 14th St. Pascagoula, MS 39567, 228-372-6805, smitchell@cityofpascagoula.com |
| Walton County, FL 9/1/2012-9/2/2012 | ▪ Special Projects: Cleaned the beaches of debris | $11,846 | Hourly | Major Joseph Preston, Director of Support Services and Emergency Management 752 Triple G Rd, DeFunak Springs, FL 32433, 850-951-4721, jpreston@waltonso.org | Al Ford, EM Coordinator 752 Triple G Rd, DeFunak Springs, FL 32433, 850-892-8065, alford@waltonso.org |
| **2012 Tornado Recovery** | | | | |
| Polk County, FL 6/27/2012 – 7/10/2012 | ▪ Hauled vegetative debris | $18,062 | 244 Tons | Nelson Stiles, P.E., MPA, Capital Projects Manager, 1011 Jim Keene Blvd., Winter Haven, FL 33880, 863-298-4228, nelsonstiles@polk-county.net | Lance Davis, Roadway Maintenance Manager 3000 Sheffield Rd, Winter Haven, FL 33880, lancedavis@polk-county.net |

## APPENDIX B – CrowderGulf Past Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE Invoiced | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| **2012 Tropical Storm Debbie Recovery** | ➤ 1 Contract | ➤ $31,202 Invoiced | | ➤ 1 DMS Managed | |
| Town of Fort Myers Beach, FL 6/28/2012-7/10/2012 | • Special Projects: removed debris & provided repairs | $31,202 | Hourly | Cathie Lewis, PW Director 2523 Estero Blvd Fort Myers Beach, FL 33931, 239-765-0202, CathieL@FortMyersBeachFL.gov | Michelle Mayher, Town Clerk 2523 Estero Blvd Fort Myers Beach, FL 33931, 239-765-0202 ext. 114, MICHELLE@ftmbeach.org |
| **2012 Tropical Storm Beryl Recovery** | ➤ 1 Contract | ➤ $92,421 Invoiced | ➤ 16,576 CY | ➤ 1 DMS Managed | |
| Nassau County, FL 6/11/2012-7/17/2012 | • Hauled vegetative debris • Reduced by grinding • Special Projects: Cleaned beaches from Seaweed debris | $92,421 | 16,576 | Jonathan Page, Nassau County Engineer 96161 Nassau Place, Yulee, FL 32097, 904-491-7330, jpage@nassaucountyfl.com | Scott Herring, Public Works Director 46026 Landfill Road, Callahan, FL 32011, 904-491-7330, sherring@nassaucountyfl.com |
| **2011 Hurricane Irene Recovery** | ➤ 24 Contracts | ➤ $14,754,641 Invoiced | ➤ 1,518,199 CY & 25,937 Tons | ➤ 9 DMS Managed | |
| Chowan County, NC 10/11/2011 | • Special Projects: ground vegetative debris & hauled & spread mulch on location | $23,665 | 8,191 | Cordail Palmer, EM Coordinator 305 West Freemason St. Edenton, NC 27932, 252-482-8484, cord.palmer@chowan.nc.gov | Edward Goodwin, Chairman – Board of Commissioners, 1015 Macedonia Rd. Edenton, NC 27932, 252-482-8431, Edward.goodwin@chowan.nc.gov |
| Colonial Williamsburg Foundation, VA 10/12/2011-10/23/2011 | • Hauled vegetative & mulch debris • Reduced by grinding | $9,100 | Lump Sum | Rollin Woolley, Contract Administrator P.O. Box 2600, Williamsburg, VA 23187, rwolley@cwf.org | |
| Dare County, NC 9/2/2011-1/26/2011 | • Hauled ROW vegetative, C&D & ash Reduced by ACI burning (2 sites) • Specialty Debris Removed: Hazardous Waste, abandoned travel trailers, white goods, e-goods | $3,590,597 | 292,522 & 36 Tons | Edward Lee Mann, PW Director 1018 Driftwood Dr. Manteo, NC 27954 252-475-5880 Edwardlee@darenc.com | David Clawson, Finance Director 954 Marshall C. Collins Dr. Manteo, NC 27954, 252-475-5730, daveo@darenc.com |
| Town of Duck, NC 9/2/2011-10/11/2011 | • Hauled vegetative, C&D & ash debris • Reduced by ACI burn | $62,738 | 523 Tons | Chris Layton, Town Manager 1240 Duck Rd., Suite 106, Duck, NC 27949, 252-255-1234 clayton@townofduck.com | Lori Kopec, Town Clerk 1240 Duck Rd. Suite 106, Duck, NC 27949, 252-255-1234, lkopec@townofduck.com |
| Town of Edenton, NC 9/2/2011-10/10/2011 | • Hauled vegetative & mulch debris • Reduced by grinding • Special Projects: ground vegetative debris hauled by the Town | $65,573 | 13,917 | Anne-Marie Knighton, Town Manager 400 S Broad Street, Edenton, NC 27932, 252-482-7352, anne-marie.knighton@edenton.nc.gov | John Norris, Public Works Director, 510 Robin Lane, Edenton, NC 27932, 252-482-4111, john.norris@edenton.nc.gov |
| Edgecombe County, NC 9/14/2011-11/4/2011 | • Hauled vegetative, C&D & mulch debris • Specialty Debris Removed: leaners & hangers Reduced by grinding • ACost Services: landfill tipping fees 5 towns – Tarboro, Macclesfield, Princeville, Pinetops, Speed | $1,519,737 | 11,716 Tons | Dee Waters, Purchasing Manager 201 St. Andrews St., Suite 205, Tarboro, NC 27886, 252-641-7888, dee.waters@co.edgecombe.nc.us | Lorenzo Carmon, County Manager 201 St. Andrew St. Tarboro, NC 27886, 252-641-7834, l.carmon@co.edgecombe.nc.us |
| City of Jacksonville, NC 9/12/2011, 10/7/2011 | • Hauled and disposed of vegetative debris | $351,594 | 54,081 | Ron Massey, Assistant City Manager P.O. Box 128 Jacksonville, NC 28451 910-938-5220, rmassey@ci.jacksonville.nc.us | Jennifer Maready, Accounting Manager 910-938-5237, jmaready@ci.jacksonville.nc.us |
| James City County, VA Contract with Virginia Peninsulas Public Service Authority (VPPSA) 9/2/011-12/2011 | • Hauled vegetative debris • Reduced by grinding • Specialty Debris Removed: leaners/hangers, hazardous stumps | $1,879,198 | 211,553 | John Horne, General Services Manager 113 Tewning Rd., Williamsburg, VA 23188, 757-565-0971, john.horne@jamescitycountyva.gov Jim Hill, Solid Waste Superintendent 1201 Jolly Pond Rd., Yorktown, VA 757-565-0971, jhill@james-city.va.us | Stephen B. Geissler, Executive Director VPPSA 475 McLaws Circle, Ste. 3B, Williamsburg, VA 23185, 757-259-9850, sbgeissler@vppsa.org |
| Town of Kill Devil Hills, NC 9/6/2011-11/04/2011 | • Hauled vegetative, C&D & ash debris • Reduced by ACI burning | $188,899 | 24,849 | Steve Albright, Asst. Public Services Dir 102 Town Hall Dr. Kill Devil Hills, NC 27948 252-480-4060, steve@kdhnc.com | Meredith Guns, Asst Planning Director 102 Town Hall Dr., Kill Devil Hills, NC 27948 252-449-5318, MEREDITH@kdhnc.com |
| Town of Kitty Hawk, NC 9/5/2011- 10/3/2011 | • Hauled vegetative, C&D & ash debris • Reduced by ACI burning | $171,320 | 22,555 | Willie Midgett, Director of Public Works 983 W Kitty Hawk Rd., Kitty Hawk, NC 27949, 252-261-1367 wmidgett@kittyhawktown.net | John Stockton, Town Manager 101 Veterans Memorial Dr., Kitty Hawk, NC 27949, 252-261-3552, stockton@kittyhawktown.net |

## APPENDIX B – Crowder/Gulf Past Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | REFERENCE |
|---|---|---|---|---|---|
| Town of Manteo, NC 9/5/2011-10/13/2011 | ▪ Hauled vegetative, C&D & ash debris<br>▪ Reduced by ACI burning | $48,419 | 6,375 | Kermit Skinner Jr, MPA AICP, Town Manager 407 Budleigh St., Manteo, NC 27954, 252-473-2133 skinner@townofmanteo.com | Dave Clark, P.E., Public Works Director 2200 Lark Ave., Nags Head, NC 27959 252-449-4203 dclark@TownofNagsHead.net |
| Town of Nags Head, NC 9/14/2011-10/29/2011 | ▪ Hauled vegetative, C&D & ash debris<br>▪ Reduced by ACI burning | $40,052 | 5,269 | Karen Heagy, Public Works Office Manager 2200 Lark Ave., Nags Head, NC 27959 252-449-4203 heagy@townofnagshead.net | |
| Nash County Health Department, NC 12/2/2011 | Special Project: Reduced vegetative debris (LS Agreement) | $262,849 | 93,648 | Bill Hill Health Director 214 S Barnes St. Nashville, NC 27856, 252-459-9819 William.hill@nashcountync.gov | |
| North Carolina Department of Transportation (NCDOT) (hauled by TOMS) 9/9/2011-10/22/2011 | ▪ Hauled vegetative & stump debris on NCDOT roads only<br>▪ Reduced by grinding<br>▪ Counties: Currituck, Bertie, Perquimans, Washington, Pasquotank, Dare, Camden, Gates, Northampton, Hertford | $393,827 | 13,698 Tons | Gretchen Byrum, District Engineer 1929 North Road St., Elizabeth City, NC 27909 252-331-4737, gabyrum@ncdot.gov | W. Barry Hobbs, Division Project Manager 113 Airport Drive, Edenton, NC 27932 252-482-7977, (252) 482-8772 – Fax. bhobbs@ncdot.gov |
| NCDOT 3 counties (hauled by CY) 9/9/2011-11/12/2011 | ▪ Hauled vegetative debris on NCDOT roads<br>▪ Reduced by grinding<br>▪ Counties: Chowan, Hyde, Tyrrell | $189,076 | 24,329 | Jerry Jennings, Division Engineer 113 Airport Drive, Edenton, NC 27932 252-482-7977,                         Fax. jennings@ncdot.gov | Sterling Baker, Division Maintenance Manager Same Address. sbaker@ncdot.gov |
| City of Newport News, VA 9/1/2011-10/19/2011 | ▪ Hauled vegetative & C&D debris<br>▪ Reduced by grinding<br>▪ Specialty Debris Removed: leaners/hangers, stumps & hazardous tree limbs from Parks | $1,065,377 | 97,421 | Tim Shockley, Solid Waste Admin. (PW) 513 Oyster Point Rd. Newport News, VA 23602 757-269-2852, tshockley@nngov.com | Ralph Caldwell, Assist. Public Works Dir 513 Oyster Point Rd., Newport News, VA 23602 757-269-2702, rcaldwell@nngov.com |
| Northampton County, NC 9/6/2011-11/2/2011 | ▪ Special Projects: Ground vegetative debris at County Landfill | $67,500 | 25,000 | Billy Martin, PW Director P.O. Box 68, Jackson, NC 27485 Billy.martin@nhcnc.net | |
| Onslow County, NC 8/31/2011-11/9/2011 | ▪ Hauled vegetative, C&D & ash debris<br>▪ Reduced by ACI burning | $375,815 | 146,419 | Scott Bost, Solid Waste Division Head 415 Meadowview Rd, Jacksonville, NC 28450, 910-989-2107 Scott_Bost@onslowcountync.gov | Norman Bryson, Director of Emergency Services 1180 Commons Drive North, Jacksonville, NC 28456, 910-347-4270. Norman_Bryson@onslowcountync.gov |
| Town of Richlands, NC 9/6/2011-10/5/2011 | ▪ Hauled vegetative, C&D & ash debris<br>▪ Reduced by ACI burning | $32,741 | 5,038 | Gregg Whitehead, Town Administrator P.O. Box 245, Richlands, NC 28574, 910-324-3301 rwhitehead@townofrichlands.com | McKinley Smith, Mayor 302 S Wilmington Street, Richlands, NC 28574 910-324-3301 |
| Town of Robersonville, NC 9/6/2011-10/10/2011 | ▪ Hauled vegetative & C&D debris | $52,312 | 6,001 | Libby Jenkins, Town Manager 114 S Main St. Robersonville, NC 27871 252-508-0311 | Stacy Scott, Superintendent of Public Works / Utilities, 300 South Broad Street, Robersonville, NC 27871 252-508-0337 |
| City of Rocky Mount, NC 9/7/2011-11/3/2011 | ▪ Hauled vegetative, C&D & mulch debris<br>▪ Reduced by grinding<br>▪ Special Projects: Removed debris from City owned properties | $2,971,515 | 319,887 | Jonathan Boone, PW Director P.O. Drawer 1180, Rocky Mount, NC 27802, 252-972-1250 Jonathan.boone@rockymountnc.gov | Blair Hinkle, Asst. Director of Public Works 331 S Franklin St., Rocky Mount, NC 27802, 252-972-1520, blair.hinkle@rockymountnc.gov |
| Town of Seaboard, NC | ▪ Special Projects: grinding vegetative debris and spreading mulch on site | $6,500 | Lump Sum | Mayor Bobbie N. Moss 120 Clay St, Seaboard, NC 27876, 252-589-5061 | |
| City of Williamsburg, VA Virginia Peninsula Public Service Authority Contract (VPPSA) 9/9/2011-9/19/2011 | ▪ Hauled vegetative debris<br>▪ Reduced by grinding | $182,581 | 17,482 | Dan Clayton, Director of Public Works 757-220-6140 dclayton@williamsburgva.gov | Stephen B. Geissler, Exec. Director VPPSA 475 McLaws Circle, Ste 3B, Williamsburg, VA 23185, 757-259-9850 sbgeissler@vppsa.org |
| Town of Williamston, NC 9/3/2011-9/10/2011 | ▪ Hauled vegetative & C&D debris | $129,325 | 16,174 | Brent Kanipe, Director of Planning & Development P.O. Box 506, Williamston, NC 27892, 252-792-5142 Ext.22 | Eric Pearson, Town Administrator, 106 East Main Street, Williamston, NC 27892, 252-792-1542, epearson@townofwilliamston.com |
| City of Wilson, NC 9/2/2011-9/30/2011 | ▪ Hauled vegetative & C&D debris | $382,942 | 51,040 | Deborah Boyette, Asst. Director Public Services P.O. Box 10, Wilson, NC 27894, 252-399-2464 dboyette@wilsonnc.org | Bruce Rose, Mayor P.O. Box 10, Wilson, NC 27894, 252-399-2310 brose@wilsonnc.org |

Appendix B - Page 3 of 15

## APPENDIX B – Crowder/Gulf P... Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| York County, VA / Virginia Peninsulas Public Service Authority Contract (VPPSA) / 9/6/2011-11/2/2011 | • Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding & ACI burning<br>• Specialty Debris Removed  leaners/hangers | $690,989 | 76,448 | Frank Hedspeth, Solid Waste Manager / 145 Goodwin Neck Rd. Yorktown, VA 23692 / 757-890-3780 hedspethf@yorkcounty.gov<br><br>Laurie Halperin, Recycling Coordinator – Dep. of Environmental & Development Services Waste Management, Address same as above. 757-890-3780 halperil@yorkcounty.gov |
| **2011 Tornado Recovery** ➤ 3 Contracts | | ➤ $4,776,305 Invoiced | ➤ 368,190 CY & 26,904 Tons | ➤ 3 DMS Managed |
| Waste Corporation of American (WCA) in Joplin, MO / 6/2011 – 7/2011 | • Developed and managed Debris Management Site (DMS)<br>• Hauled C&D concrete & vegetation<br>• Reduced C&D by crushing & vegetative by grinding | $1,024,780 | 54,770 | Kevin O'Brien, Regional Vice President of Waste Corp of America (WCA) / 2211 W Bennett St., Springfield, MO 65807. 417-851-1951 kobrien@wcamerica.com |
| USACE mission assigned contract / Joplin, MO / 7/2011 – 8/2011 | • Developed and managed Debris Management Site (DMS)<br>• Hauled mulch<br>• Reduced debris by grinding<br>• Partnered Local Minority Co. – Jeff Asbell | $448,050 | 26,904 Tons | Brian Shay USACE COTR / 571-305-3706 Brian.n.shay@usace.army.mil |
| USACE mission assigned contract / CrowderGulf Prime sub for Phillips & Jordan in Walker County, AL / 5/2011 - 8/2011 | • Sub for Phillips & Jordan<br>• Hauled vegetative & C&D debris<br>• Specialty Debris Removed: leaners/hangers. stumps<br>• Reduced by grinding | $3,303,475 | 313,420 | Clint Stephens, Phillips & Jordan / PO Drawer 604, Robbinsville, NC 28771. 828-479-3371   ax. clints@pandj.com |
| **2011 Projects not related to Disaster** | | | | |
| River Delta Marina Project for Mobile County, AL / 5/2011 - 12/2011 | • Demo of existing marina boat houses & bulkheads<br>• Installed new vinyl sheet – piled sea wall<br>• Dredged marina to depth of 4<br>• Constructed 10,000 /sq ft new boat sheds & 3200/sq ft covered pavilion<br>• Created approx. 3 acres of constructed wetlands & surrounding facilities | $1,431,019 | Lump Sum | Fran Lowe, Environmental Technician, Mobile County Commission, 205 Government Street, Mobile, AL 36644 / fran.lowe@mobilecounty.rej |
| FGUA Pasco (Seven Springs) Utility System FL Drainage Ditch Cleaning / 11/21/2011-1/2/2012 | • Special Projects: removed trees & all debris from specified drainage ditches | $47,340 | Lump Sum | Christopher Couch, FGUA Project Coordinator / 280 Wekiva Springs Rd. Suite 200, Longwood, FL 32779 / 877-552-3482 CCouch@tohnserv.com<br><br>Jerry Connolly, Operations Manager / Same address, Phone 877-552-3482 |
| **2010 BP Deep Horizon Oil Spill Recovery Response** | | | | |
| BP Oil Exploration & Production / 3/4/2011 – 2/14/2012 | • Provided OSRO (Oil Spill Response Organization) Services<br>• Provided maintenance cleanup on all AL beaches & State Park – On shore & Near Shore Response<br>• Emergency closure of Little Lagoon Pass in Gulf Shores<br>• Boom Anchor sonar & removal program | $26,004,441 | All Alabama Beaches / Lump Sum & Hourly | Jeremiah Jefferies – AL Operations Mgr / 251-518-1334, jeremiah.jefferies@bp.com<br><br>Bethany Jackson, Division Supervisor - Mobile County, AL 270-399-0977 Bethany.Jackson@bobrenstm.com<br><br>Jim Poore, Division Supervisor – Baldwin County AL / 251-225-5520, james.Poore@bp.com |
| O'Brien's Response Management / SEACOR Management / BP Oil Exploration & Production / 5/2010 – 3/3/2011 | • Provided OSRO (Oil Spill Response Organization) Services<br>• Provided maintenance cleanup on all AL beaches & State Park – On shore & Near Shore Response<br>• Baldwin County Only – 21.18 mi of beach cleaned, 2,452,000 lbs of hydrocarbon removed, 3 billion lbs of sand sifted<br>• Excavated and screened sand in Gulf Shores, AL<br>• Gabion basket removal project (Fort Morgan & Dauphin Island)<br>• Subcontractor for O'Brien's | $95,214,448 | All Alabama Beaches / Lump Sum & Hourly | Rob Anderson – Project Manager - cell / robert.anderson@bobrenstm.com<br><br>Duane Miller – Manager, Consulting & Respons  cell. / Duane.Miller@bobrenstm.com<br><br>Doug Parton -Deputy Operation Manager / 850-562-8178 - cell, parton.doug@bqcom.com |

APPENDIX B – CrowderGulf Past Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| City of Orange Beach, AL 7/6/2010-8/20/2010 | • Provided debris clearance, sand reclamation & hazardous materials extraction | $664,326 | Hourly | Nicole Woerner, Coastal Resources Planner 4101 Orange Beach Blvd, Orange Beach, AL 36561, 251-981-1063. nwoerner@cityoforangebeach.com; Phillip West, Costal Resource Manager 4101 Orange Beach Blvd, Orange Beach, AL 36561, 251-981-6788. pwest@cityoforangebeach.com |
| Baldwin County, AL 5/19/2010 – 7/12/2010 | • Implemented proactive measures to contain oil spill by providing & installing containment & absorbent boom along the Coastal Waters of Baldwin County | $4,280,107 | Lump Sum | Joey Nunnally, PE Engineer 32100 McAuliffe Dr., Robertsdale, AL 36567 251-972-8633. jnunnally@co.baldwin.al.us; Charles "Skip" Gruber, Commissioner – District 4 S Baldwin County, AL 251-943-5061 cgruber@baldwincountyal.gov |
| Town of Dauphin Island, AL 6/1/2010 – 7/21/2010 | • Built an additional sand berm for protection per BP Grant • Planted Sea Oats | $2,235,000 | 3 Miles of Beaches | Jeff Collier, Mayor 1011 Bienville Blvd, Dauphin Island, AL 35528, 251-861-5525 jcollier@townofdauphinisland.org; Wanda Sandagger, Admin. Assist. 1011 Bienville Blvd, Dauphin Island, AL 36528 251-861-5525, wsandagger@townofdauphinisland.org |
| **2010 Projects not related to a declared disaster** | | | | |
| City of Daytona Beach, FL Chipping Project 7/21/2010-8/2/2010 | • Special Projects: grinding debris | $11,400 | 6,000 | David Hand, Solid Waste Coordinator. 950 Bellevue Ave.. Room 400, Daytona Beach, FL 32114, 386-671-8670, ax |
| City of Prichard, AL CDBG Project – Housing Demolition & Clearance 12/1/2010-12/15/2010 (DBA Gulf Equipment) | • Special Projects: demo & clearance of approximately 39 properties • Hauled demolition debris | $118,440 | 4,159 | Rob Bartlett, City of Prichard 216 East Prichard Ave., Prichard, AL 36610, 251-622-5635. r.bartlett@thecityofprichard.org |
| US Navy Lake Ponchatrain, LA Plane Recovery | • Special Projects: recovered a plane at the bottom of Lake Ponchatrain | $3,500 | Lump Sum | CDR John Hensel, 850-656-9500 |
| Alabama Department of Transportation (ALDOT) Baldwin Co., AL Dredging Maintenance Project 12/1/10 – 12/2011, 1/2012 – 12/2013 | • Special Projects: dredging of Little Lagoon in Gulf Shores on an as needed basis | $1,269,214 | Gulf Shores, AL Unit Price/ Hr of Dredging | Phillip Presley , Contact Manager 251.989.6319 fax. presley@dot.state.al.us; CDR Matthew Mullins, 361-961-2586, matthew.mullins@navy.mil; David Styron, Project Manager 251-989-6319. 251-989-2826- fax. shyron@dot.state.al.us |
| **2009 Severe Winter Ice Storm Recovery** | | | | |
| City of Owensboro, KY 2/25/2009-3/25/2009 | • Hauled vegetative & C&D debris • Reduced by burning | $1,002,056 | 11,544 | Tony Cecil, City Operations Manager 270-926-4188, cecilas@owensboro.org; Jody Beatty (now Pamela Canary), Purchasing Manager, 101 East 4th St, Owensboro, KY 42303, 270-687-8431, canarypa@owensboro.org |
| **2009 Tropical Storm Ida Recovery** | | | | |
| Town of Dauphin Island, AL 11/12/2009-4/12/2010 | • Push • Special Projects: sand screening & beach reclamation services | $922,471 | 77,127 | Jeff Collier, Mayor 1011 Bienville Blvd, Dauphin Island, AL 35528. 251-861-5525 jcollier@townofdauphinisland.org; Wanda Sandagger, Admin. Assist 1011 Bienville Blvd, Dauphin Island, AL 36528 251-861-5525. |
| **2008 Hurricane Gustav Recovery** ➤ 3 Contracts Activated | | ➤ $754,488 Invoiced | ➤ 78,199 CY | |
| Assumption Parish, LA 9/16/2008-10/28/2008 | • Hauled vegetative & C&D debris | $418,365 | 54,130 | Niki Mills, Assumption Parish Police Jury 141 Hwy 1008, Napoleonville, LA 70390 nakelihamills@assumptionla.com; Jeff Collier, Mayor 1011 Bienville Blvd, Dauphin Island, AL 35528, 251-861-5525 jcollier@townofdauphinisland.org |
| Town of Dauphin Island, AL 9/4/2008-9/10/2008 | • Push | $53,313 | Hourly | Wanda Sandagger, Admin. Assist. 1011 Bienville Blvd, Dauphin Island, AL 36528 251-861-5525. wsandagger@townofdauphinisland.org |
| City of Biloxi, MS 9/5/2008-10/18/2008 | • Hauled ROW & FHWA Roads-vegetative & C&D debris | $282,810 | 24,059 | Jonathan Kiser, PE, Neel Schaffer 772 Howard Ave., Biloxi, MS 39530, 228-374-1211, jonathan.kiser@neel-schaffer.com; A.J. Holloway, Mayor 140 Lameuse Street 2nd Floor, Biloxi, MS 39530, 228-435-6254, mayor@biloxi.ms.us |

## APPENDIX B – CrowderGulf Pi    Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| 2006 Hurricane Ike Recovery | 36 Contracts Activated | $179,965,818 Invoiced | 17,351,244 CY | 25 DMS Sites Managed | |
| City of Alvin, TX 9/18/2008-12/16/2008 | • Hauled vegetative, C&D & mulch debris • Reduced by grinding • At Cost Services: landfill tipping fees | $2,485,571 | 223,966 | David Kocurek, Public Safety Director 216 West Sealy, Alvin, TX, 77511, 281-388-4315 dkocurek@cost.cityofalvin.com | Terry Lucas, City Manager 216 West Sealy, Alvin, TX 77511, 281-388-4230, tlucas@cityofalvin.com |
| City of Angleton, TX 9/19/2008-10/28/2009 | • Hauled vegetative, C&D & ash debris • Reduced by burning • At Cost Services: tipping fees, vacuum trucks | $999,317 | 79,163 | Mike Jones, EM Coordinator, Lieutenant 979-849-2383 mjones@angletonpd.net | Katherine Davis, EM Coordinator 121 S. Velasco, Angleton, TX 77515, 979-849-2383, kdavis@angletonpd.net |
| City of Bayou Vista, TX 9/23/2008-10/29/2008 | • Hauled vegetative & C&D debris • Specialty Debris Removed: white goods • At Cost Services: landfill tipping fees | $798,580 | 41,602 | Chief Ed Lucas, Chief of Police 2929 Hwy 6, Bayou Vista, TX 77563, 409-935-0449 lucasburg@comcast.net | Bobby Rosenquist, Mayor 2929 Highway 6 Bayou Vista, TX 77563, 409-356-5131 |
| City of Beaumont, TX 9/19/2008-4/15/2009 | • Hauled vegetative, C&D & mulch debris • Reduced by grinding • Specialty Debris Removed: leaners/hangers & white goods • Provided Generators • At Cost Services: landfill tipping fees | $11,948,522 | 986,690 | Kyle Hayes, City Manager P.O. Box 3827, Beaumont, TX 77704, 409-880-3708 khayes@ci.beaumont.tx.us | Brenda Beadle, Capital Projects Manager P.O. Box 3827, Beaumont, TX 77704, 409-880-3718, bbeadle@ci.beaumont.tx.us |
| Brazoria County, TX 9/18/2008-11/13/2008 | • Special Projects: Operated & managed 4 burn sites, hauled ash to final disposal • At Cost Services: landfill tipping fees | $254,205 | 93,474 | Stephanie Bradford, Data Specialist 111 E Locust St, Bldg A-29, Ste 100, Angleton, TX 77515, 979-864-1265 stephanie@brazoria-county.com | Steve Rosa, EM Coordinator 111 E Locust St., Brazoria, TX 77515, 979-864-1801, steverosa@brazoria-county.com |
| City of Brookside Village, TX 9/20/2008-10/27/2008 | • Hauled vegetative, C&D & mulch debris • Reduced by grinding • At Cost Services: landfill tipping fees | $339,243 | 29,332 | Buck Stevens 6243 Brookside Rd, Brookside Village, TX 77581, 281-546-9857 | |
| Calcasieu Parish, LA 9/30/2008-10/23/2008 | • Hauled vegetative & C&D debris | $78,350 | 7,891 | Alan Wainwright, PW Operation Manager 1015 Pithon St, Lake Charles, LA 70602, 337-721-3700 a.wainwright@cppj.net | Bryan Beam, Parish Administrator 1015 Pithon St Lake Charles, LA 70602, 337-721-3500, administration@cppj.net |
| Chambers County TX 3/5/2009-8/27/2009 | • Hauled vegetative, C&D & mulch debris from ROW & ROE • Specialty Debris Removed: leaners/hangers | $290,623 | 27,164 | CW Parker 104 South Main, Anahuac, TX 77514, 409-267-4623 | Ryan Holzapfel, EM Coordinator 404 Washington Ave, Anahuac, TX 77514, 409-267-2445, rholzapfel@co.chambers.tx.us |
| City of Clear Lake Shores, TX 9/19/2008-10/07/2009 | • Hauled vegetative, C&D & mulch debris • Specialty Debris Removed: leaners/hangers, salt water kill trees & white goods • At Cost Services: landfill tipping fees | $633,545 | 31,465 | Paul Snetey, City Administrator 1006 South Shore Dr, Clear Lake Shores, TX 77565, 281-334-2799 psnelley@clearlakeshores.tx.gov | Kenneth (Kenny) Cook, Police Chief 1006 South Shore Drive, Clear Lake Shores, TX 77565, 281-334-1035 ext. 202, kcook@clearlakeshores-tx.gov |
| City of Clute, TX 9/21/2008-10/17/2008 | • Hauled vegetative & C&D debris • Reduced by burning • At Cost Services: landfill tipping fees | $202,393 | 16,553 | Mark S. Wicker, Chief of Police/ EMC 104 E. Main, Clute, TX 77531 979-265-6194 mwicker@ci.clute.tx.us | Calvin Shiflet, Mayor 108 E Main St., Clute, TX 77531, 979-264-7369, cshiflet@ci.clute.tx.us |
| Town of Dauphin Island, AL 9/15/2008-3/13/2009 | • Special Projects: Sand screening & beach restoration, sand fence replacement; Drainage ditch excavation, road & damaged parking lot reconstruction • Push | $3,245,527 | 210,520 | Jeff Collier, Mayor 1011 Bienville Blvd, Dauphin Island, AL 36528, 251-861-5525 collier@townofdauphinisland.org | Wanda Sandagger, Admin. Assist. 1011 Bienville Blvd, Dauphin Island, AL 36528, 251-861-5525, wsandagger@townofdauphinisland.org |
| City of Deer Park, TX 9/17/2008-10/4/2008 | • Hauled vegetative C&D & mulch debris • Reduced by grinding | $571,213 | 54,722 | Ron Crabtree (now James Stokes), City Manager, 710 E. San Augustine, Deer Park, TX 77536, 281-478-7246 jstokes@deerparktx.org | Gary Jackson, Asst. City Manager 710 E. San Augustine, Deer Park, TX 77536, 281-478-7260, gjackson@deerparktx.org |
| City of Dickinson, TX 9/10/2008-2/3/2009 | • Hauled vegetative & C&D debris • Specialty Debris Removed: white goods & canal debris • At Cost Services: landfill tipping fees | $2,309,107 | 217,088 | Captain Steve Krone 4403 State Highway 3, Dickinson, TX 77539, 281-337-2489 skrone@ci.dickinson.tx.us | Kellis George, Director of PW 3120 Deats Rd., Dickinson, TX 77539, 281-337-6267, kgeorge@ci.dickinson.tx.us |
| EE&G Construction & Electrical Tiki Island, TX | • Special Projects: demo a boat slip in Tiki Island, TX | $194,740 | Lump Sum | Reid Sunberg, Director of Construction Services 1206 Hgp Ave, Kemah, TX 77555 | |
| City of Freeport, TX 9/23/2008-10/28/2008 | • Hauled vegetative, C&D & ash debris • Reduced by burning • At Cost Services: landfill tipping fees | $208,215 | 17,411 | Gary Beverly (now Jeff Pynes), City Manager ) 200 W 2nd St., Freeport, TX 77541, 979-233-3526, jgpynes@freeport.tx.us | Laura Tolar, 200 W 2nd St., Freeport, TX 77541, tlolar@freeport.tx.us |

## APPENDIX B – CrowderGulf P₂   Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| City of Friendswood, TX<br>9/16/2008-1/13/2009 | • Hauled vegetative & C&D debris<br>• Provided Generators | $4,054,033 | 482,978 | Mr. Terry Byrd, EMC, Fire Marshall<br>910 S. Friendswood Dr, Friendswood, TX 77546,<br>281-996-3335 tbyrd@ci.friendswood.tx.us | Roger Roecker, City Manager<br>910 S. Friendswood Dr, Friendswood, TX 77546,<br>281-996-3250, fwdcity@friendswood.com |
| Galveston County, TX<br>Demolition Services for Buyout Program after 2008 Hurricane Ike<br>9/20/10 – 9/29/2012 | • Special Projects: Contract for demolition of individual lots as result of Hurricane Ike | $1,713,274 | Bolivar Peninsula Lump Sum per Lot | Garret Foskit, Nuisance Abatement Officer<br>1620 Gill Road, Dickinson, TX 77539, 409-766-4509, Garret.Foskit@co.galveston.tx.us | Rufus Crowder, Galveston Co. Purchasing Agent<br>722 Moody Ave, (21ˢᵗ St.), Galveston, TX 77550,<br>409-770-5327, rufus.crowder@co.galveston.tx.us |
| Galveston County, TX<br>(Galveston County Mainland & Bolivar Peninsula)<br>9/18/2008-9/12/2009 | • Hauled (ROW, ROE & canal) vegetative, wet debris, C&D & mulch debris<br>• Reduced by grinding & burning<br>• Specialty Debris Removed: (ROW & ROE) leaners/hangers dead trees killed by the salt water surge, white goods, e-goods abandoned vehicles & lines<br>• Special Projects<br> ▪ Removed debris from 25 mi of protection levee & 5 mi from ship channel protection dike<br> ▪ Levee debris removal<br> ▪ Debris removed from eligible parks, cemeteries & schools<br>• At Cost Services: landfill tipping fees | $84,145,785 | 3,871,319 | Connie Nicholson, Community Services Director<br>1353 FM 646 Suite 302, Dickinson, TX 77539,<br>409-682-3199,<br>connie.nicholson@co.galveston.tx.us<br><br>Pat Doyle, County Commissioner Precinct 1<br>1353 FM 646, Ste 201, Dickinson, TX 77539<br>409-770-5333, Patrick.Doyle@co.galveston.tx.us | Lee Crowder, Drainage & Beach Manager-Road & Bridge Dept., 5115 Hwy 3, Dickinson, TX 77539<br>281-537-4152, lee.crowder@co.galveston.tx.us |
| Galveston County Municipal Utility District 12 (MUD 12)<br>2/24/2009-3/19/2009 | • Hauled Canal debris<br>• At Cost Services: landfill tipping fees | $76,236 | 693 | Sharon Ballard, Secretary to the Board<br>2929 Highway 6, Suite 300, Bayou Vista, TX 77563, 409-935-6111,Mud12@comcast.net | Bill Alcorn, President Board of Directors<br>2929 Highway 6, Suite 300, Bayou Vista, TX 77563,<br>409-935-6111 |
| Hill Sand Company<br>Friendswood, TX<br>9/16/2008-11/13/2008 | • Special Projects: burning incoming debris from multiple clients | $1,462,022 | 487,340 | Jacqueline Hodges, P. O. Box 1134, Friendswood TX 77549. | |
| Jefferson County, TX<br>9/20/2008-2/9/2009 | • Hauled, (ROW & ROE) vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: leaners/hangers, stumps & white goods<br>• At Cost Services: landfill tipping fees | $1,275,233 | 93,265 | Douglas Anderson III, Purchasing Manager<br>1149 Pearl St. 1ˢᵗ Floor, Beaumont, TX 77701<br>409-835-8593 | Greg Fountain, EMC<br>1149 Pearl St.1ˢᵗ Floor, Beaumont, TX 77701<br>409-835-8757, dfountain@ci.jefferson.tx.us |
| City of Kemah, TX<br>9/20/2008-8/14/2009 | • Hauled (ROW & ROE) vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: white goods<br>• At Cost Services: landfill tipping fees | $1,552,035 | 96,633 | R. W. Kerber, EMC / City Administrator<br>140 Hwy 1476, Kemah, TX 77565, 281-334-1611<br>rkerber@kemah-tx.com | Bob Cummins, Mayor<br>140 Hwy 1476, Kemah, TX 77565<br>mayorcummins@kemah-tx.com |
| City of Lake Charles, LA<br>9/18/2008-10/17/2008 | • Hauled vegetative & C&D debris | $150,000 | 15,636 | Mister Edwards, Director of Public Works<br>4331 E. Broad Street, Lake Charles, LA 70615,<br>337-491-1308, medwards@mail.city-lakecharles.org | Todd Sherman, Asst. PW Director<br>4331 E. Broad Street, Lake Charles, LA 70615,<br>337-491-1551, tsherman@cityoflc.us |
| City of LaMarque, TX<br>9/22/2008-1/21/2009 | • Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: leaners/hangers & white goods<br>• Special Projects: NRCS Project (12/15/2009-2/23/2010) tree removal from Highland Bayou<br>• At Cost Services: landfill tipping fees | $1,875,469 | 126,320 | Todd Zacheri, Fire Chief<br>111 Bayou Rd, LaMarque, TX 77561, 409-938-9261 tzacheri@ci.la-marque.tx.us | Jennifer Pierce, Fire Marshall/EM Coordinator<br>111 Bayou Rd, LaMarque, TX 77561, 409-938-9267, j.pierce@ci.la-marque.tx.us |
| City of League City, TX<br>9/18/2008-1/10/2009 | • Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: leaners/hangers & white goods<br>• At Cost Services: landfill tipping fees | $4,108,866 | 335,140 | Denny Holt (now Dana Mahan), EMC<br>601 2ⁿᵈ St., League City, TX 77573, 281-554-1300,<br>dena.mahan@leaguecity.com | Bruce "Chip" Merrick, Asst. EMC<br>601 2nd Street, League City, TX 77573, 281-554-1300, chip.merrick@leaguecity.com |
| City of Manvel, TX<br>9/20/2008-11/5/2008 | • Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Provided Generators & Vacuum Trucks<br>• At Cost Services: landfill tipping fees | $365,500 | 35,506 | Delores M. Martin, Mayor<br>6615 N Masters, Manvel, TX 77578<br>281-489-0630 dmartin@cityofmanvel.com | Jay White, Public Works<br>20025 Hwy 6, Manvel, TX 77578, 281-585-4997<br>jwhite@cityofmanvel.com |

## APPENDIX B – CrowderGulf Past Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| Montgomery County, TX 9/18/2008-12/17/2008 | • Hauled vegetative, C&D, compacted C&D & mulch debris <br> • Reduced by grinding, burning & C&D compacting (7 Sites) <br> • Specialty Debris Removed: leaners/hangers & stumps <br> • Special Projects: Restorations of Athletic Fields, Parking lot repairs <br> • At Cost Services: landfill tipping fees | $16,323,086 | 1,087,991 | Nicky Kelly, Deputy EMC 301 N Thompson, Ste 210, Conroe, TX 77301 936-539-7817 nkelly@co.montgomery.tx.us | Ed Chance, County Commissioner Precinct 3, 936-1130 Pruitt Rd., Spring, TX 77380, 539-7817. commss3@mctx.org |
| City of Owensboro, KY 9/21/2008-10/17/2008 | • Hauled vegetative & C&D debris from ROW & citizen sites <br> • Reduced by burning | $760,192 | 75,395 | Tony Cecil, City Operations Manager 270-929-4188, cecilta@owensboro.org | Jody Beatty (now Pamela Canary), Purchasing Manager, 101 East 4th St, Owensboro, KY 42303, 270-687-8431, canaryp@owensboro.org |
| City of Pearland, TX 9/18/2008-12/12/2009 | • Hauled vegetative, C&D & mulch debris <br> • Reduced by burning & grinding <br> • Provided Vacuum Trucks <br> • At Cost Services: landfill tipping fees | $4,638,531 | 392,947 | Bill Eisen, City Manager 3519 Liberty Dr, Pearland, TX  7758, 281-652-1662 beisen@ci.pearland.tx.us | Roland Garcia, Fire Marshall/ EM Coordinator 2010 A Old Alvin Rd., Pearland, TX 77581, 281-652-1950, RLGarcia@ci.pearland.tx.us |
| City of Santa Fe, TX 9/20/2008-10/26/2008 | • Hauled vegetative & C&D debris | $996,034 | 120,731 | Barry Cook, EMC Chief of Police / Public Safety P. O. Box 950, Santa Fe, TX 77510-0950 409-925-3092 Barry@ci.santa-fe.tx.us | Ralph Stenzel, Mayor, 409-925-6412 mayor@ci.santa-fe.tx.us |
| City of Sulphur, LA 11/5/2008-11/7/2008 | • Hauled C&D debris direct to final disposal | $6,082 | 640 | Mayor LeTeux, (now Christopher Duncan) 101 N Huntington St, Sulphur, LA 70663, 337-527-4500, mayorsoffice@sulphur.org | John Bruce, PW Director 101 N Huntington St., Sulphur, LA 70663, 337-527-4500, jbruce@sulphur.org |
| City of Texas City, TX 9/22/2008-10/27/2008 | • Hauled vegetative, C&D & dike (wet) debris <br> • Reduced by burning <br> • At Cost Services: landfill tipping fees <br> Contract # 09-135-000-3564, 12/18/2006–4/15/2009 | $3,578,002 | 210,404 | Bruce Clawson, Emergency Manager 1801 9th Ave North, Texas City, TX 77592, 409-643-5840, bclawson@texas-city.us | Michael Stump, SW Manager 301 6th St, 2nd Floor, Texas City, TX 77592, 409-643-5810, mstump@texas-city.org |
| Texas GLO – General Land Office 12/18/2008, 2/15/2010 | • Hauled sand debris <br> • Special Projects: cleaned & restored beaches. <br> Contract # 09-152-000-3591, 2/20/2009–2/15/2010 <br> • Special Projects: hauled marine debris & sunken vessels from Gulf & Bay Waters | $27,167,674 | 7,824,258 | Ben Au, Architect Dir. Const. Services. 1700 N Congress Ave, Austin, TX 78701 512-463-6293, Benjamin.Au@glo.state.tx.us <br> John Gillen, Director Coastal Assistance 512-936-2239, John.Gillen@glo.state.tx.us | Tony Williams, Professional Services Coastal Leasing 512-463-5055, Tony.Williams@GLO.STATE.TX.US |
| Village of Tiki Island, TX 9/20/2008-3/23/2009 | • Hauled vegetative & C&D debris <br> • Specialty Debris Removed: white goods with Freon removal & canal debris <br> • At Cost Services: landfill tipping fees | $917,649 | 39,225 | Tim Cullather, Emergency Management, 802 Tiki Dr. Tiki Island, TX 77554, 409-938-4932 tikiisland@comcast.net | Randy Phipps, Emergency Management 802 Tiki Dr., Tiki Island, TX 77554, 409-928-4932, tikiisland@comcast.net |
| City of Webster, TX 9/18/2008-10/1/2008 | • Hauled vegetative, C&D & mulch debris <br> • Reduced by grinding <br> • At Cost Services: landfill tipping fees | $187,227 | 13,220 | Shannon Hicks, Director of Public Works 855 Magnolia, Webster, TX 50595, 281-316-3707 shicks@cityofwebster.com | John Warnemenl, Asst. PW Director 855 Magnolia, Webster, TX 50595, 281-316-3707 jwarnemenl@cityofwebster.com |
| City of Westlake, LA 9/25/2008-10/6/2008 | • Hauled vegetative & C&D debris | $23,737 | 2,550 | Dan W. Cupit, Mayor 1001 Mulberry St West Lake, LA  337-433-0691 | Brad Baker, Director of PW 1004 Hima St., West Lake, LA 70669, 337-433-0691 |
| **2008 Tropical Storm Fay Recovery** | ➤ 3 Contracts Activated | ➤ $331,745 Invoiced | ➤ 16,620 CY | ➤ 1 DMS Site Managed | |
| Brevard County, FL 9/1/2008-9/16/2008 | • Hauled vegetative & C&D debris | $282,810 | 13,796 | Leslie Rothering, Purchasing Manager 2725 Judge Fran Jamieson Way, Building A, Suite 118, Viera, Florida 32940, 321-617-7390 leslie.rothering@brevardCi.ent.us | "Euri" Euripides Rodriguez, SW Dir 2725 Judge Fran Jameson Way, Building A, Suite 118, Viera, Florida 32940 321-633-2042 Euripides.Rodriquez@brevardcounty.us |
| Leon County, FL 9/6/2008-9/14/2008 | • Hauled vegetative & C&D debris <br> • Reduced by grinding | $36,533 | 2,824 | Leigh Root Davis, Assist. PW Director 2280 Miccosukee Rd., Tallahassee, FL 32308 850-606-1542, davisle@leoncountyfl.gov | Lindsey Sampson, Director of Solid Waste 10300 Buckingham Rd., Ft. Myers, FL 33905, 239-533-8000, LSampson@leoncy.com |
| City of Tallahassee, FL 8/23/2008-8/24/2008 | • Emergency Push | $12,402 | Hourly | John Gonzales, Superintendent of Streets & Drainage Division 300 South Adams St, Tallahassee, FL 32301 1731, john.gonzales@talgov.com | Mike Scheiner, Debris Management Coordinator 642 Mabry St., Tallahassee, FL 32304, 850-891-5304, mike.scheiner@talgov.com |

## APPENDIX B – CrowderGulf Past Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| **2008 Projects not related to a declared disaster** | | | | | |
| Mississippi Secretary of State Disposal Site Clean-up Project | • Special Projects: removed & disposed of existing debris piles | $20,000 | Lump Sum | Honorable C. Delbert Hosemann, Jr., P.O. Box 136, Jackson, MS 39205 | |
| Walton County, FL Hogtown Bayou Vessel Removal | • Special Projects: removed & disposed of vessels | $23,250 | Lump Sum | Clerk of the Court, P.O. Box 1260, DeFuniak Springs, FL 32435 | Valerie Angel, EM Planner Walton County Sheriff's Office, 752 Triple G Road, DeFuniak Springs, FL 32433, 850-982-8065, vangel@waltonso.org |
| Pasco County, FL 2008-2010 Maintenance Contract 6/6/2008-6/5/2010 | Special Projects: • Cleaning, maintaining & restoring miscellaneous storm water drainage canals Countywide • Prevented trees and limbs from intruding in ROW | $2,500,000 | Hourly | Michelle Baker, Engineering Services 14236 6th St, Ste 201, Dade City, FL 33523, 727-847-8140 ext. 8756 mbaker@pascocountyfl.net | Michael Garnet, Public Works Director 4454 Grand Blvd., Newport Richey, FL 36652, 727-834-3611, mgarnett@pascocountyfl.net |
| **2007 Projects not related to a declared disaster** | | | | | |
| City of Plantation, FL Canal Excavation NRCS Project | • Special Projects: excavated canal | $583,000 | Lump Sum | Susan Slatter, City Clerk 400 N.W. 73rd Ave. Plantation, FL 33317 | Frank (Cheech) DeCalles, PW Director 750 NW 91st Avenue, Plantation, FL 33324, 954-452-2535, fdecalles@plantation.org |
| City of Dade City, FL Canal & Waterway Cleaning | • Special Projects: cleaned waterways & canals | $1,500 | Lump Sum | Joey Wuibeena, 14150 5th St., Dade City, FL 33525 | |
| Pasco County, FL Stormwater Drainage Maintenance Contract 6/5/2007-6/8/2008 | • Special Projects: clearing, maintaining & restoring miscellaneous storm water drainage canals Countywide | $950,866 | Hourly | Michelle Baker, Engineering Services 14236 6th St, Ste 201, Dade City, FL 33523, 727-847-8140 ext 8756 mbaker@pascocountyfl.net | Michael Garnet, Public Works Director 4454 Grand Blvd., Newport Richey, FL 34652, 727-834-3611, mgarnett@pascocountyfl.net |
| City of Bayou LaBatre, AL Debris Removal Project CDBG Project 5/12/2007-6/1/2007 | • Special Projects: hand raked & removed red drift algae from beach | $341,201 | Lump Sum | Alan Bryant, P.E., Exec. Vice Pres. Polysurveying Engineering, 5588 Jackson Rd., Mobile, AL 36619 | Chad Seaman, Asst. to the Mayor 13785 S. Wintzell Ave., Bayou La Batre, AL 36509 251-824-2171 |
| State of Louisiana – Shrimp & Fishing Grounds Restoration 7/9/2007-11/6/2011 | • Special Projects:Restored Shrimp & Fishing grounds by identifying debris using side scan sonar and removing debris | $5,143,200 | Lump Sum | Marty Bourgeois, Department of Wildlife & Fisheries 2000 Quail Dr, Room 344 Baton Rouge, LA 70808, mbourgeois@wlf.la.gov | |
| City of Sanibel Island, FL Beach Cleanup Red Drift Algae 2/9/2007-2/18/2007 | • Special Projects: hand raked & removed red drift algae from beach | $66,716 | Hourly | Gates Castle, Public Works Director 800 Dunlop Rd, Sanibel, FL 33957, 239-472-6397 gates.castle@mysanibel.com | Scott Krawcuik, PW Deputy Director 800 Dunlop Rd, Sanibel, FL, 33957, 239-472-6397 scott.krawcuik@mysanibel.com |
| ➤ **2006 Ice Storm Recovery** | ➤ **2 Contracts** | ➤ **$4,738,473 Invoiced** | ➤ **537,483 CY** | ➤ **1 DMS Site Managed** | |
| Union Concrete Constructors Erie County, NY 10/20/2006-1/7/2007 | • Hauled (ROW & ROE) vegetative & C&D debris • Reduced by grinding | $4,480,345 | 501,290 | Jodi Osinski, UCC Constructors, Inc. 105 Center Rd, West Seneca, NY 14224 716-822-5755, 716-822-8429 | |
| Union Concrete Constructors Genesee County, NY 11/27/2006-1/18/2007 | • Hauled (ROW & ROE) vegetative & C&D debris | $258,128 | 36,193 | Jodi Osinski, UCC Constructors, Inc. 105 Center Rd, West Seneca, NY 14224 716-822-5755, 716-822-8429 | |
| ➤ **2006 Tropical Storm Ernesto Recovery** | ➤ **2 Contracts** | ➤ **$441,580 Invoiced** | ➤ **4,053 Tons** | | |
| City of Franklin, VA 10/17/2006-10/25/2006 | • Hauled C&D debris | $41,436 | 320 Tons | Russell Pace, Director of PW 1050 Pretlow St., Franklin, VA 23851, 757-562-8554, rpace@franklinva.com | Chad Edwards, Deputy Director of PW 1050 Pretlow St., Franklin, VA 23851, 757-562-8553, cedwards@franklinva.com |
| York County, VA 9/27/2006-10/24/2006 | • Hauled vegetative debris | $400,144 | 3,733 Tons | Debbie Morris, Division Chief of Financial & Management Dept. P.O. Box 352, Yorktown, VA 23692, 757-890-3700 | Laurie Halperin, Recycling Coordinator 145 Goodwin Neck Rd, Yorktown, VA 23692, 757-890-3522, halperi@yorkcounty.gov |

Appendix B - Page 9 of 15

APPENDIX B – CrowderGulf Past Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| **2006 Projects not related to a declared disaster** | | | | | |
| City of Atmore, AL<br>Ditch Cleaning & Debris Removal<br>7/1/2006-8/16/2006 | Special Projects: drainage improvements throughout the City | $93,262 | Lump Sum | Nina Propst, Administrative Assistant<br>P.O. Drawer 1297, Atmore, AL 36502, 251-368-2253, nina@cityofatmore.com | Jim Staff, Mayor<br>201 East Louisville Ave., Atmore, AL 36502, 251-368-2253, mayorstaff@cityofatmore.com |
| **2005 Hurricane Wilma Recovery** | ➤ 19 Contracts | ➤ $76,463,723 Invoiced | ➤ 4,121,047 CY | ➤ 11 DMS Site Managed | |
| City of Aventura, FL<br>10/29/2005-1/19/2006 | ■ Hauled vegetative, C&D & mulch debris<br>■ Specialty Debris Removed: stumps<br>■ Reduced by grinding<br>■ At Cost Services: landfill tipping fees | $359,967 | 17,168 | Robert Sherman, Director of Community Services, 19200 West Country Club Dr., Aventura, FL 33180, 305-466-8930,<br>rsherman@cityofaventura.com | Eric Soroka, City Manager<br>19200 West Country Club Dr., Aventura, FL 33180, 305-466-8910, esoroka@cityofaventura.com |
| Bonnet House Museum and Gardens of Fort Lauderdale, FL<br>11/16/2005-1/1/2006 | ■ Hauled vegetative & C&D debris | $197,600 | Lump Sum | Accounts Payable, 900 N Birch Rd., Fort Lauderdale, FL 33304 | Karen Beard, CEO<br>900 N Birch Rd., Fort Lauderdale, FL 33304, 954-563-5393 |
| Collier County, FL<br>10/22/2005-9/10/2006 | ■ Provided generators, vac trucks with operators, & fuel services<br>■ Debris Removal & Disposal Stormwater Management Contract (Phase I > 3/20/2006-7/2/2006, Phase II > 8/13/2006-9/10/2006) wet debris removal from 40+ miles of canals<br>**Special Projects:** | $2,522,846 | Lump Sum | Ms. Margaret Bishop, PE, Senior Project Manager<br>2800 N Horseshoe Dr., Naples, FL 34104, 239-213-5897 margaretBishop@colliergov.net | George Yilmaz, Director of Wastewater<br>6027 Shirley St., Naples, FL 34109<br>239-252-2600 GeorgeYilmaz@colliergov.net |
| City of Ft Lauderdale, FL<br>10/27/2005-3/8/2006 | ■ Hauled (ROW & ROE) vegetative, C&D & mulch debris<br>■ Specialty Debris Removed: (ROW & Parks) leaners/hangers, stumps, wet canal debris, sand screening<br>■ Reduced by grinding<br>■ Provided generators, ice<br>■ At Cost Services: landfill tipping fees<br>**Emergency Push** | $28,000,000 | 1,025,131 | Albert Carbon, Public Works Director<br>220 SW 14ᵗʰ Ave #4a, Ft Lauderdale, FL 33312, 954-828-5341 A.Carbon@fortlauderdale.gov | Greg Slagle, Public Works Department<br>220 SW 14ᵗʰ Ave #4a, Ft. Lauderdale, FL 33312, 954-828-5341, GSlagle@fortlauderdale.gov |
| City of Ft. Myers, FL<br>10/28/2005-12/13/2005 | ■ Hauled vegetative, & mulch debris<br>■ Reduced by grinding<br>■ Specialty Debris Removed: stumps<br>**Emergency Push** | $140,848 | 41,717 | William Mitchell, City Manager<br>2200 Second Street, Ft. Myers, FL 33916, 239-321-7022 CityManager@cityftmyers.com | Saeed Kazemi, PW Director<br>2200 Second Street, Ft. Myers, FL 33916, 239-321-7215, Skazemi@cityftmyers.com |
| Fort Myers Beach, FL<br>11/7/2005-12/1/2005 | ■ Hauled vegetative & C&D debris | $51,126 | 3,713 | Michelle Mayher, Town Clerk<br>2523 Estero Blvd., Ft. Myers Beach, FL 33931, 239-765-0202 ext. 114,<br>Michelle@fortmyersbeachfl.gov | Terrance "Terry" Stewart, Town Manager<br>2523 Estero Blvd., Ft. Myers Beach, FL 33931 239-765-0202 ext. 101,<br>Terry@fortmyersbeachfl.gov |
| Golden Acres Housing Authority of Pompano Beach, FL 12/23/2005-1/5/2006 | ■ Hauled vegetative, C&D & mulch debris<br>■ Reduced by grinding<br>■ At Cost Services: landfill tipping fees<br>**Emergency Push** | $19,105 | 1,006 | Ralph Adderly<br>321 W. Atlantic Blvd., Pompano Beach, FL 33060, 954-785-7200, gadderly@hapb.org | Donna Smith, Finance Director<br>954-785-7200 ext 224, dsmith@hapb.org |
| Village of Lazy Lakes, FL<br>11/16/2005-1/29/2006 | ■ Hauled vegetative, C&D & mulch debris<br>■ Reduced by grinding | $41,526 | 1,797 | Lyn McFarland (now Scott Pringle), Mayor<br>2210 Lazy Lane, Lazy Lake, FL 33305, 954-616-7801, lazylake1@aol.com | Joe Fodera, Village Clerk<br>2210 Lazy Lane, Lazy Lake, FL 33305, 954-563-8052, lazylake123@aol.com |
| Lee County, FL<br>10/25/2005-6/4/2006 | ■ Hauled vegetative, C&D & stump debris (10/25/2005-12/13/2005)<br>■ Reduced by grinding<br>**Special Projects:**<br>■ *Debris Removal Lee County Public Works, Division of Natural Resources, (5/2/2005-6/4/2006)* removed waterway debris | $7,995,412 | 451,948 | Lindsay Sampson, Solid Waste Director<br>10550 Buckingham Rd. Ft Myers, FL 33905, 239-533-8000 LSampson@leegov.com | Jason Fournier, Operations Manager, Solid Waste, 10550 Buckingham Rd. Ft. Myers, FL 33905, 239-533-8920, jfournier@leegov.com |
| City of Naples, FL<br>3/26/2006 | ■ Special Projects: Operated & managed grinding site | $8,253 | 2,751 | Brad White, Solid Waste Superintendent<br>50 Riverside Cir, Naples, FL 34102, 239-213-4766, bwhite@naplesgov.com | William Wilcox, Solid Waste Supervisor<br>50 Riverside Cir, Naples, FL 34102, 239-213-4768, wwilcox@naplesgov.com |

## APPENDIX B – CrowderGulf P.    Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| Naples Airport Authority, FL 3/2006 | • Hauled debris from areas of the airport<br>• Reduced by grinding<br>• Special Projects: Removed large berm from airport property | $273,200 | Lump Sum | Erwin N. Dehn, Jr., Dir. Of Eng. & Planning 160 Aviation Dr. N., Naples, FL 34104-3568, 239-643-0733 administration@naples.gov | Kerry Keith, Director of Airport Development & Facilities 239-643-0733 |
| City of North Miami, FL 10/28/2005-2/3/2006 | • Emergency Push<br>• Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: stumps, leaners/hangers<br>• At Cost Services: landfill tipping fees | $3,830,000 | 310,901 | Mark E. Collins (now Aleem Ghanyi), Public Works Director 776 NE 125th St. 3rd Floor. North Miami, FL 33161, 305-895-9830 ext 12247 aghanyi@northmiamifl.gov | Kerritin Fiddler, Asst. PW Director 1855 NE 142 Street. North Miami, FL 33181. 305-895-9878 ext 14003. kfiddler@northmiamifl.gov |
| City of North Miami Beach, FL 10/31/2005-12/15/2005 | • Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Special Projects: Tree Removal from Pickwick Lake<br>• At Cost Services: landfill tipping fees | $522,918 | 38,275 | Kenny Paoletti, Stormwater Management 305-948-2936 ext.3947 kenny.paoletti@citynmb.com | Lisa Kloek, Lisa.kloek@citynmb.com |
| City of Pembroke Pines, FL 10/27/2005-1/20/2006 | • Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: stumps, damaged metal bleachers<br>• Provided generators<br>• Special Projects: Back filled & graded stump holes, ground City hauls | $13,116,763 | 376,699 | Shawn Denton, Director of Public Services 10100 Pines Blvd, 4th Floor. Pembroke Pines, FL 33025, 954-437-1115, sdenton@bppines.com | Paul Edelstein, Deputy Director Public Services 13975 Pembroke Blvd, Pembroke Pines, FL 33027. 954.437.1115, pedelstein@bppines.com |
| City of Pompano Beach, FL 10/27/2005-1/20/2006 | • Hauled vegetative, C&D & mulch debris<br>• Specialty Debris Removed: stumps<br>• Reduced by grinding<br>• At Cost Services: landfill tipping fees | $8,138,864 | 521,597 | Russell Ketchum, Public Works 1201 NE 5 Avenue, Pompano Beach, FL 33061, 954-545-7011, Russell.Ketchem@copbfl.com | Lamar Fisher, Mayor 100 W Atlantic Blvd. Pompano Beach, FL 33060, 954-786-4623, lamar.fisher@copbfl.com |
| City of Sanibel Island, FL 10/28/2005-12/1/2005 | • Emergency Push<br>• Hauled (ROW & ROE) vegetative & C&D debris<br>• Special Projects: Beach Work | $538,981 | 46,877 | Gates Castle, Public Works Director 800 Dunlop Rd, Sanibel, FL 33957, 239-472-6397 gates.castle@mysanibel.com | Scott Krawczuk, PW Deputy Director 800 Dunlop Rd, Sanibel, FL 33957, 239-472-6397, scott.krawczuk@mysanibel.com |
| Village of Wellington, FL 10/26/2005-1/19/2006 | • Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• At Cost Services: landfill tipping fees | $5,822,102 | 375,803 | Tim Hunt, 561-790-6374 | Jesse Wright, Solid Waste Services Supervisor 14000 Greenbriar Blvd, Wellington, FL 33414 561-791-4078 jwright@wellingtonfl.gov |
| City of West Palm Beach, FL 10/27/2005-1/11/2006 | • Hauled (ROW & ROE) vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: stumps<br>• At Cost Services: landfill tipping fees | $3,177,615 | 336,297 | Ken Reardon, Assistant City Administrator 561-644-7463, krearton@wpb.org | John Alford, Public Utilities Dept, Director 1045 Charlotte Ave, West Palm Beach, FL 33401. 561-822-2060 jalford@wpb.org |
| City of Wilton Manors, FL 10/29/2005-12/9/2005 | • Emergency Push<br>• Hauled vegetative, C&D & mulch debris<br>• Specialty Debris Removed: stumps, leaners/hangers in Parks<br>• Reduced by grinding<br>• At Cost Services: landfill tipping fees | $1,706,597 | 69,367 | David Archacki, EM Coordinator 524 Northeast 21st Court, Wilton Manors, FL 33305. 954-390-2190. darchacki@wiltonmanors.com | Rita Leseberg, Admin. Coordinator 2020 Wilton Dr., Wilton Manors, FL 33305. 954-390-2190. Rl.eseberg@wiltonmanors.com |
| ➤ 5 Contracts | | ➤ $94,502,646 (invoiced) | ➤ 10,548,710 CY | ➤ 16 DMS Site Managed | |
| 2005 Hurricane Rita Recovery | | | | | |
| City of Dickinson, TX 10/3/05-10/18/05 | • Emergency Push<br>• Hauled vegetative & C&D debris | $92,554 | 5,777 | Ivan Langford, City Administrator, 2716 FM 517 East. Dickinson, TX 77539 | Kellis George, Director of PW 3120 Deats Rd., Dickinson, TX 77539, 281-337-6267. kgeorge@ci.dickinson.tx.us |
| Ceres Environmental - Calcasieu Parish, LA – USACE 9/30/2005-8/28/2006 | • Hauled vegetative, C&D, ash & mulch debris<br>• Specialty Debris Removed: white goods, e-goods, leaners/hangers<br>• Reduced by burning & grinding (14 disposal sites)<br>• Special Projects: Surveyed houses for asbestos demo & properly disposed of asbestos.<br>• At Cost Services: landfill tipping fees<br>• Subcontractor for Ceres Environmental/United States Corps of Engineers | $81,506,090 | 9,463,080 | Bill Smith, USCOE Tulsa, OK | Charlie Crumpler, USCOE Retired 918-669-7487, 901-508-9075 |

**APPENDIX B – CrowderGulf Pt. Performance Chart with References**

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| City of Ft Lauderdale, FL 9/20/2005-10/6/2005 | • Special Projects: beach work, cleaned sand debris & various projects<br>• Emergency Push<br>• Hauled vegetative, C&D & ash debris<br>• Reduced by burning<br>• At Cost Services: landfill tipping fees | $205,010 | 1,083 | Albert Carbon, Public Works Director 220 SW 14th Ave #4a, Ft Lauderdale, FL 33312 954-828-5341 ACarbon@fortlauderdale.gov | Greg Slagle, Public Works Department 220 SW 14th Ave #4a, Ft Lauderdale, FL 33312, 954-828-5341, GSlagle@fortlauderdale.gov |
| Jefferson County, TX 9/30/2005-5/24/2006 | Pre-Event Contract, (9/30/05-10/30/05 Pre CORPS) Subcontractor For D&J During CORPS Contract, 10/31/05-5/24/06<br>• Emergency Push<br>• Hauled vegetative, C&D & ash debris<br>• Reduced by burning<br>• At Cost Services: landfill tipping fees | $12,698,992 | 1,078,770 | Mr. John Cascio (now Greg Fountain), Emergency Management Coordinator 1149 Pearl Street, Beaumont, TX 77701, 409-835-8757, gfountain@co.jefferson.tx.us | Michael White, Deputy EMC 1149 Pearl Street, Beaumont, TX 77701, 409-835-8787, mwhite@co.jefferson.tx.us |
| **2005 Hurricane Katrina Recovery** | ➤ **32 Contracts** | ➤ **$99,554,498 Invoiced** | ➤ **3,821,306 CY** | ➤ **8 DMS Site Managed** | |
| Alabama State Docks | • Hauled vegetative & C&D debris from property | $90,000 | Lump Sum | Pete O'Neal, Operations Coordinator, P.O. Box 1588, Mobile, AL 36633 | |
| City of Aventura, FL 9/1/2005-9/3/2005 | • Hauled vegetative & C&D debris | $30,462 | 2,437 | Robert Sherman, Director of Community Services, 19200 West Country Club Dr., Aventura, FL 33180, 305-466-8930. rsherman@cityofaventura.com | Eric Soroka, City Manager 19200 West Country Club Dr., Aventura, FL 33180, 305-466-8910. esoroka@cityofaventura.com |
| Baldwin County, AL 9/1/2005-3/1/2005 | • Hauled vegetative, C&D & concrete debris<br>• Reduced by grinding<br>• At Cost Services: landfill tipping fees<br>• Hauled (ROW & ROE) vegetative & C&D debris<br>• Reduced by burning<br>• Specialty Debris Removed: inaccessible trees, leaners/hangers, standing dead trees, white goods | $3,748,310 | 309,998 | Kimberly Creech, Director, Finance & Accounting 312 Courthouse Square, Suite 11, Bay Minette, AL 36507, 251-937-0303, kcreech@co.baldwin.al.us | Cal Markert, County Engineer 22070 Hwy 59, 3rd & 4th Floor, Robertsdale, AL 36567, cmarkert@baldwincountyal.gov |
| City of Biloxi, MS 9/1/2005-5/23/2007 | Specialty Projects<br>• Demo & disposal of Gulf Beach Hotel<br>• Boat Salvage<br>• Beauvoir Oyster Bayou Debris Removal<br>• Demo & proper disposal of structures containing asbestos | $19,218,986 | 1,092,184 | A. J. Holloway, Mayor 140 Lameuse Street 2nd Floor, Biloxi MS 39530 228-435-6254, mayor@biloxi.ms.us | Jonathan Kiser, PE, Neel Schaffer 772 Howard Ave., Biloxi, MS 39530, 228-374-1211, Jonathan.kiser@neel-schaffer.com |
| Bonnet House Museum and Gardens of Fort Lauderdale, FL | • Hauled vegetative & C&D debris | $86,800 | Lump Sum | Accounts Payable, 900 N Birch Rd., Fort Lauderdale, FL 33304 | Karen Beard, CEO 900 N Birch Rd., Fort Lauderdale, FL 33304, 954-563-5393 |
| City of Daphne, AL 8/31/2005-10/10/2005 | • Emergency Push<br>• Hauled vegetative & C&D debris<br>• Reduced by grinding | $641,687 | 58,764 | Ken Eslava (now Richard Johnson), PW Director, 26435 Public Works Rd, Daphne, AL 36526, 251-621-3182, dreschrow@daphneal.com | Melvin McCarley, Public Works Director P.O. Box 400, Daphne AL 36526 251-621-3182 |
| City of D'Iberville, MS 9/1/2005-10/13/2005 | • Emergency Push | $404,507 | Hourly | Mike Mullins, Public Works Director 10383 Automall Pkwy., D'Iberville, MS 39540, 228-392-9734, mmullins@diberville.ms.us | |
| City of Ft Lauderdale, FL 8/27/2005-10/21/2005 | • Emergency Push & various projects<br>• Hauled vegetative, C&D & mulch debris<br>• Reduced by grinding<br>• Specialty Debris Removed: leaners/hangers & stumps<br>• At Cost Services: landfill tipping fees | $5,578,452 | 174,031 | Albert Carbon, Public Works Director 220 SW 14th Ave #4a, Ft Lauderdale, FL 33312, 954-828-5341 ACarbon@fortlauderdale.gov | Greg Slagle, Public Works Department 220 SW 14th Ave #4a, Ft Lauderdale, FL 33312, 954-828-5341, GSlagle@fortlauderdale.gov |
| City of Gulf Shores, AL 10/2/2005-2/20/2006 | Special Projects:<br>• Removed & disposed of debris at West Beach<br>• Beach plowing, sand screening & 7 miles of berm reconstruction | $7,147,306 | 270,218 | Mark Acreman, PE City Engineer P.O. Box 299, Gulf Shores, AL 36547, 251-968-1155 macreman@gulfshoresal.gov | |
| City of Gulfport, MS 12/10/2005-9/20/2006 | Pre-Event Contract Activated (12/10/2005-6/29/2006), Demo & Debris Removal (3/16/2006-9/20/2006)<br>• Emergency Push<br>• Hauled vegetative, C&D & demo debris<br>• Special Projects: demo of commercial property south of CSX Railroad | $10,867,616 | 269,587 | Bill Powell, Director of Engineering 4050 Hewes Ave, Gulfport, MS 39507 228-868-5815 engineering@ci.gulfport.ms.us | John Hoyle, Vice President, R. W. Beck Eng 321-303-2543 jhoyle@rwbeck.com |

## APPENDIX B – CrowderGulf Past Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | POINT OF CONTACT |
|---|---|---|---|---|---|
| Hancock County, MS Removal & Disposal of Junked/Abandoned Vehicles 5/31/2007 – 6/25/2007 | • Special Projects: Removal and disposal of junked / abandon small & large vehicles as well as boats | $360,000 | Lump Sum | Travis McCoy, Neel-Schaffer 601-948-3071 travis.mccoy@neel-schaffer | Brian Adams, EM Hancock County 228-466-8201 |
| Harrison County, MS 8/31/2005-9/11/2005 | • Emergency Push | $608,359 | Hourly | Pamela Ulrich, Harrison Co Board of Supervisors. 1801 23rd Ave. Gulfport, MS 39502 | Rupert Lacy, EM Director 1801 23rd Ave. Gulfport, MS 39501, 228-865-4002, rupertlacy@co.harrison.ms.us |
| Jackson County, MS (TCB) 5/26/2006 – 8/31/2006 | • Special Projects: debris generated by Hurricane Katrina removed from drainage ways & waterways | $1,679,944 | 119,996 | Sam Taylor, Neel-Schaffer Engineering | Jonathan Kiser, PE, Neel Schaffer 228-374-1211 jkiser@neel-schaffer.com |
| Jefferson Parish, LA 9/2/2005-9/9/2005 | • Emergency Push • Services: generators & fuel | $293,333 | Hourly | Deano Bonano 1221 Elmwood Park Blvd., Suite 1002, Jefferson LA 70123, dbonano@jeffparish.net | Col. David Dysart, Director of EM 910 3rd St., Gretna, LA 70053, 504-349-5360, JPEOC@JeffParish.net |
| State of Louisiana Dept. of Wildlife & Fisheries 7/9/2007-1/16/2011 | East Baton Rouge Parish Shrimp & Fishing Grounds Debris Removal Contract • Special Projects: side scan sonar in statewide coastal waters of Louisiana for the removal & disposal of debris | $5,143,200 | Lump Sum | Martin Bourgeois, Marine Fisheries Biologist 2000 Quail Dr., Baton Rouge, LA 70808, 225-765-2401 mbourgeois@wlf.louisiana.gov | Kell McInnis, III, Executive Director 2000 Quail Dr., Baton Rouge, LA 70808, 225-765-5100, kmcinnis@wlf.la.gov |
| City of Moss Point, MS 5/22/2007-8/28/2007 | • Hauled vegetative & C&D debris | $450,924 | 38,278 | Stephanie Thompson, Diversified Consultants | Jennifer Flanigan 4417 Denny St., Moss Point, MS 39563 |
| City of North Miami, FL 9/9/2005-9/12/2005 | • Hauled vegetative & C&D debris | $122,498 | 11,442 | Mark E. Collins (now Aleem Ghany), Public Works Director 776 NE 125th St, 3rd Floor, North Miami, FL 33161, 305-895-9830 ext.12247, aghany@northmiamifl.gov | Kerrith Fiddler, Asst. PW Director 1855 NE 142 Street, North Miami, FL 33181, 305-895-9876 ext 14003, kfiddler@northmiamifl.gov |
| City of Orange Beach, AL 8/30/2005 | • Special Projects: beach work, sand screening & various projects • At Cost Services: landfill tipping fees | $265,701 | 181,974 | Nicole Woerner, Coastal Resources Planner 4101 Orange Beach Blvd. Orange Beach, AL 36561, 251-981-1063, nwoerner@cityoforangebeach.com | Phillip West, Costal Resource Manager 4101 Orange Beach Blvd., Orange Beach, AL 36561, 251-981-6788, pwest@cityoforangebeach.com |
| City of Pascagoula, MS 9/1/2005-7/31/2010 | Pre-Event Debris Contract (9/1/05-9/4/05 & 7/1/05-8/28/07) Worked Under Ashbritt/USACE Contract W91278-05-D-0025 (9/5/05-5/30/06) • Emergency Push • Hauled vegetative & C&D debris • Specialty Debris Removed: (ROW & ROE) leaners/hangers, white goods Special Projects: • Demolition of houses & proper disposal of asbestos material • Supplied ice, meals, generators, temp; trailers, fuel, radios, & vehicles • Demo Carver Village, 1/9/2007-1/30/2007 • Culvert Debris Cleaning North of Ingalls Avenue, 6/6/2007-7/31/2010 cleaning & video inspection of storm sewers in the City, primarily all storm drain piping • Demo of Houses, 10/2/2007-10/19/2007 | $22,535,786 | 1,204,673 | Kay Kell (now Joseph Huffman), City Manager 603 Watts Ave. Pascagoula, MS 39567 228-938-6614, jhuffman@cityofpascagoula.com Brian Nelson, Public Works Director 228 938 6620 banelson@cityofpascagoula.com | Jaci Turner, P.E., Program Manager 228-938-6726, jturner@cityofpascagoula.com |
| City of Pembroke Pines, FL 8/29/2005-9/15/2005 | • Hauled vegetative, C&D & mulch debris • Specialty Debris Removed: stumps • Reduced by grinding & burning | $727,587 | 55,339 | Shawn Denton, Director of Public Services 10100 Pines Blvd, 4th Floor, Pembroke Pines, FL 33025, 954-437-1115, sdenton@ppines.com | Paul Edelstein, Deputy Director Public Services 13975 Pembroke Road, Pembroke Pines, FL 33027, 954-437-1115, pedelstein@ppines.com |
| City of Pompano Beach, FL 8/31/2005-9/23/2005 | • Hauled vegetative, C&D & much debris • Reduced by grinding | $140,755 | 15,613 | Russell Ketchum, Public Works 1201 NE 5 Avenue, Pompano Beach, FL 33061 954-545-7011, Russell.Ketchum@copbfl.com | Lamar Fisher, Mayor 100 W Atlantic Blvd., Pompano Beach, FL 33060, 954-786-4523, lamar.fisher@copbfl.com |

## APPENDIX B – CrowderGulf Pa... Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT |
|---|---|---|---|---|
| United States Coast Guard 8/17/2006-6/30/2007 Contract HSCG84-06-Q-AA8172 8/17/2006-2/2/2007 Contract HSCG84-06-Q-AA8175 8/22/2006-10/22/2006 Contract HSCG84-07-R-HYV020 3/17/07-3/16/07 Contract HSCG84-07-C-HYV019 3/30/2007-6/30/2007 | **Special Projects:** • Disposed of wet debris from coastline to ½ mile from shores in Jackson, Harrison & Hancock Counties, MS • Removed & dispose of marine debris in Hancock County, MS • Remove & dispose of wet debris from Jackson County MS Bayous • Teamed with small local marine business - removed & disposed of marine debris from ½ Mile to 4 miles offshore in Jackson, Hancock & Harrison Counties, MS | $15,597,163 | Lump Sum Contracts | **Commander Carl Edminston** 251-583-8420 carl.edminston@uscg.mil   **Lt. Patrick Coleman** 251-234-0501 patrick.l.coleman@uscg.mil |
| Walton County, FL 9/8/2005-9/17/2005 | • Hauled C&D & Lake debris | $77,190 | 2,794 | Bill Imfeld (now Wanda Quimby), Director of Purchasing 176 Montgomery Circle, Defunak Springs, FL 32435, 850-892-8470 bmwanda@co.walton.fl.us   Al Fond, EM Coordinator 752 Triple G Road, DeFuniak Springs, FL 32433, 850-892-8065, alfon@co.walton.fl.us |
| City of Waveland, MS 8/31/2005-9/5/2005 | • Emergency Push • Provided emergency generators | $145,066 | Hourly | Mayor Tommy Longo (now David Garcia), 315 Coleman Ave, Waveland, MS 10476, 228-467-4134, |
| City of Wilton Manors, FL 8/29/2005-9/8/2005 | • Emergency Push • Hauled vegetative, C&D & mulch debris • Reduced by grinding • At Cost Services: landfill tipping fees | $202,774 | 13,928 | David Arcnacki, EM Coordinator 524 Northeast 21st Court, Wilton Manors FL 33305, 954-390-2190, darcharki@wiltonmanors.com   Rita Leseberg, Admin. Coordinator 2020 Wilton Dr., Wilton Manors, FL 33305, 954-390-2190, RLeseberg@wiltonmanors.com |
| 2005 Hurricane Dennis Recovery | ➤ 11 Contracts | ➤ $12,234,092 Invoiced | ➤ 950,693 CY | ➤ 6 DMS Site Managed |
| City of Atmore, AL 7/25/2005-4/18/2006 | • Hauled vegetative, C&D & ash debris • Specialty Debris Removed: trainers/hangers, stumps | $993,136 | 93,101 | Nina Propst, Administrative Assistant P.O. Drawer 1297, Atmore, AL 36502, 251-368-2253, nina@cityofatmore.com |
| Baldwin County, AL 7/26/2005-8/27/2005 | • Hauled vegetative & C&D debris • At Cost Services: landfill tipping fees | $564,552 | 44,563 | Kimberly Creech, Director, Finance & Accounting 312 Courthouse Square, Suite 11, Bay Minette, AL 36507, 251-937-0303, kcreech@co.baldwin.al.us   Cal Markert, County Engineer 22070 Hwy 59, 3rd & 4th Floor, Robertsdale, AL 36567, cmarkert@baldwincountyal.gov |
| Bay County, FL 7/27/2005-8/5/2005 | • Hauled vegetative & C&D debris • Reduced by grinding • At Cost Services: landfill tipping fees | $166,764 | 9,175 | Richard Hunt, (now Glen Ogbom) Solid Waste Manager 11411 Landfill Rd., Panama City, FL 32413, 850-233-5047   Jamie Jones, Director 8110 John Pitts Road, Panama City, FL 32404, 850-248-8732, jjones@baycountyfl.gov |
| City of Cedar Grove, FL 7/23/2005-8/3/2005 | • Hauled vegetative debris • At Cost Services: landfill tipping fees | $12,751 | 850 | Nathan Lisenby, Mayor 2728 East 14th St., Cedar Grove, FL 32401, 850-763-2911, oogbom@baycountyfl.gov |
| City of Destin, FL 7/18/2005-8/16/2005 | • Hauled (ROW & Beach) vegetative, C&D & mulch debris • Reduced by grinding • Special Projects: sand screening, beach work • At Cost Services: landfill tipping fees | $352,395 | 26,235 | Tim Plentinpol, Deputy Dir. Public Services, 4200 Indian Bayou Trail, Destin, FL 32541, 850-837-8869, tplentinpol@cityofdestin.com   Chuck Meister, City Engineer 4200 Two Trens Rd., Destin, FL 32541, 850-837-4242, or cmeister@cityofdestin.com |
| Escambia County, FL 7/14/2005-11/9/2007 | • Hauled vegetative, C&D compacted & mulch debris • Reduced by grinding • Special Projects: Parks & Recreation Department - Demo of former Navy housing, II Phase of Lexington Terrace. 7/20/2005-11/9/2007 | $5,380,163 | 578,164 | Richard Noyes, Chief of Operations, Parks & Recreation Department 1651 East Nine Mile Rd, Pensacola, FL 32514 850-475-5220   Paul R. Nobles, Purchasing Coordinator 213 Palafax Place, 2nd Floor, Pensacola, FL 32502 850-595-4918 paul_nobles@co.escambia.fl.us |
| City of Flomaton, AL 8/8/2005-8/19/2005 | • Hauled vegetative & C&D debris • Provided Man lift at disposal site | $62,883 | 9,872 | Nina Propst, Administrative Assistant P.O. Drawer 1297, Atmore, AL 36502, 251-368-2253, nina@cityofatmore.com |
| Franklin County, FL 9/6/2005-10/4/2005 | • Hauled vegetative & C&D debris | $41,288 | 2,555 | Alan Pierce 28 Airport Rd, Apalachicola, FL 32320, 850-653-8977   Jim Staff, Mayor 201 East Louisville Ave., Atmore, AL 36502, 251-368-2253, mayorstaff@cityofatmore.com   Pamela Brownell, EM Director 28 Airport Rd Apalachicola, FL 32320, 850-653-8977 |

## APPENDIX B – CrowderGulf P. ... Performance Chart with References

| OWNER & TIMELINE | DESCRIPTION OF WORK | PROJECT VALUE | PROJECT CY | CONTRACTING POINT OF CONTACT | |
|---|---|---|---|---|---|
| **VMS** Various FL Locations 7/11/2005-10/25/2005 | • Hauled (ROW & Private) vegetative, C&D & mulch debris • Reduced by grinding • Counties: Franklin, Okaloosa, Santa Rosa, Walton | $1,762,389 | 71,828 | Doug Aaron, VMS, 850-544-4242 Marlin Harbock, Franklin County VMS, 850-544-1988, 850-997-5000, mholzbach@vms.com | Bob Stinebaugh, Valparaiso VMS, 850-678-2993, 850-544-5109 |
| Wakulla County, FL 7/15/2005-9/30/2005 | • Hauled (ROW & Private) vegetative, C&D. C&D compacted & ash debris • Reduced by burning • Specialty Debris Removed: white goods | $424,468 | 59,323 | Hower Kessler, County Board Chairman, 251 Levy Bay Rd, Panacea, FL 32246, 850-984-4933, hkessler@mywakulla.com | Cleve Fleming, Project Manager 3401 Trice Lane, Crawfordville, FL 32327, 850-926-7616. |
| Walton County, FL 7/15/2005-9/15/2005 | • Hauled (ROW & ROE) vegetative, C&D concrete, wet lake debris, mulch & beach debris • Reduced by grinding • Special Projects: various projects | $1,473,283 | 54,927 | Bill Imfeld (now Wanda Quimby), Director of Purchasing 176 Montgomery Circle, Defuniak Springs, FL 32435, 850-892-8470 smwanda@co.walton.fl.us | Al Ford, EM Coordinator 752 Triple G Road, DeFuniak Springs, FL 32433. 850-892-8065, alford@waltonso.org |
| **2005 Tropical Storm Cindy Recovery** | | | | | |
| Jefferson Parish, LA 7/13/2005-7/30/2005 | • Hauled vegetative & C&D debris | $349,675 | 42,384 | Deano Bonano 1221 Elmwood Park Blvd., Suite 1002, Jefferson, LA 70123 | Col. David Dysart, Director of EM 910 3rd St., Gretna, LA 70053, 504-349-5360. JPEOC@jeffparish.net |
| **2005 Projects not related to a declared disaster** | | | | | |
| City of Pensacola, FL Carpenter's Creek Project | • Special Project: hauled vegetative & C&D debris from floodplain in Carpenter's Creek | $232,500 | Lump Sum | | |
| Desoto County, FL Water-shed Project 2/16/2005-4/1/2005 | • Special Project: repairs & improvements | $629,055 | Hourly | Mary Tucker (now Cindy Talamantez), Purchasing Manager 201 East Oak St., Suite 203, Arcadia, FL 34266. 863-993-4816, C.talamantez@desotobocc.com | Doug Christ, Emergency Manager 2200 NE Roan St., Arcadia, FL 34266, 863-993-4831, D.chris@desotobocc.com |



  

 

# HOUSTON-GALVESTON MID-BAY NAVIGATION PROJECT

## Houston Ship Channel, Texas

**Owner/Client:**
U.S. Army Corps of Engineers

**Year Complete:**
2004

**Scope of Work:**
Construction Dredging
Levee Construction
Stone Revetment

**Project Cost:**
$105M

**Project Description:**

Weeks Marine completed the Houston-Galveston Mid-Bay Navigation Project for the U.S. Army Corps of Engineers, Galveston District. The project involved the deepening and widening of the existing Houston Ship Channel. Upon completion approximately 16 million cubic yards of very stiff clay were dredged and placed in levee alignment.

In order to provide future disposal capacity, the Mid-Bay project also required the construction of a confined disposal facility in the open waters of Galveston Bay. The open water facility encompasses over 7 miles of containment levee.

Every major type of dredging plant was utilized during the performance of the Mid-Bay project. The 26 cubic yard clamshell dredge *506*, the 4.000 cubic yard hopper dredges *RN Weeks* and *BE Lindholm* and the 30" cutter dredges *Tom James* and *George D. Williams* all contributed to the effort.





## SANDY HOOK CHANNEL
# New York Harbor, New Jersey

**Owner/Client:**
USACE New York District

**Year Complete:**
2009

**Scope of Work:**
Maintenance Dredging

**Project Cost:**
$15 M

**Project Description:**

The Sandy Hook Channel Federal Navigation project was performed for the U.S. Army Corps of Engineers, New York District and was completed in 2009. The Base work included maintenance dredging of 35,140 cubic yards of material above the grade of 35 feet below MLW with 2 feet allowable overdepth, from the Bayside section of the Sandy Hook Channel with placement of the sand at the Historic Area Remediation Site (HARS) for environmental remediation purposes. The Option 1 project work included maintenance dredging of 57,633 cubic yards of material above the grade of 35 feet below MLW, from the East section of the Sandy Hook Channel with placement of the sand at the HARS. The Option 2 work included maintenance dredging of 49,752 cubic yards of material above the grade of 35 feet below MLW, from the East section of the Sandy Hook Channel with placement of the sand at the HARS. The placement area HARS was a distance of 6.1 miles away from the dredging area. Weeks Marine utilized its 4,000 Cubic Yard hopper dredge B.E. Lindholm to complete this project.



 

# ST. PETERSBURG HARBOR

## St. Petersburg, Florida

**Owner/Client:**
USACE Jacksonville

**Year Complete:**
2002

**Scope of Work:**
Maintenance Dredging
Beach Renourishment

**Project Cost:**
$8M

**Project Description:**

The St. Petersburg Project involved the maintenance dredging of St. Petersburg Harbor and the placement of dredged sand on the beach at Egmont Key. The equipment utilized to complete the work included the hopper dredge *R.N. Weeks*, the clamshell dredge *W549*, the hydraulic unloader *W320* and a host of scows, tugs and other ancillary equipment.

The hopper dredge utilized a mooring barge to facilitate direct pump out of sand to the beach. The clamshell dredge loaded scows which were unloaded by the *W320* and subsequently, the sand was pumped to the beach, placed and graded. Upon completion of the project approximately 630,000 cubic yards of sand was dredged and placed on the beach. Proper coordination of a project that involves the operation of hopper dredges, clamshell dredges, scows, tugs, hydraulic unloaders and countless pieces of support equipment is essential for successful execution.

The project was performed for the U.S. Army Corps of Engineers, Jacksonville District and was completed in 2002. The owner's point of contact for the project is Frank Mohr, Area Engineer, at (813-840-0824).