

**WEEKS MARINE**



# MISSISSIPPI RIVER HOPPER DREDGE RENTALS
## Plaquemines Parish, LA

**Owner/Client:**
 USACE New Orleans District

**Year Complete:**
 2008

**Scope of Work:**
 Maintenance Dredging

**Project Cost:**

 W912P8-08-C-0034: 4.1 M
 W912P8-08-C-0054: 4.7 M
 W912P8-08-C-0072: 4.2 M
 W912P8-08-C-0081: 5.2 M

**Project Description:**

 Weeks Marine Performed (4) four Mississippi River, Baton Rouge to the Gulf of Mexico, Southwest Pass to Cubits Gap, Hopper dredge rental contracts for the U.S. Army Corps of Engineers, New Orleans District in 2008.   Work consisted of providing a fully crewed and equipped self-propelled trailing suction-type dredge on a rental basis for maintenance dredging in the Mississippi River southwest pass area and the Mississippi River crossings to Baton Rouge, LA. The channel was dredged to -51 FT MLG, then the material was hauled and bottom dumped either to a dredge re handling area at Pass A Loutre, an offshore disposal area at the mouth of the river, or several different river disposal areas for the crossings. During these (4) four contracts Weeks Marine hauled and dumped approximately 5,234,000 cubic yards of material. Weeks Marine utilized its 4,000 Cubic Yard hopper dredges, B.E. Lindholm and R.N. Weeks to complete these projects.





## EAST MARSH ISLAND MARSH CREATION PROJECT (TV-21)

### Iberia Parish, Louisiana

**Owner/Client:**
  Louisiana Office of Coastal Protection and Restoration.

**Year Complete:**
  2011

**Scope of Work:**
  Marsh Creation

**Project Cost:**
  $17.8M

**Project Description:**

The East Marsh Island marsh creation project was performed for the Louisiana Office of Coastal Protection and Restoration (OCPR) and was completed in 2011. The Project included the excavation and pumping approximately 3,800,000 cubic yards of marsh fill on East Marsh Island for marsh creation from an offshore borrow area. Weeks Marine built 34,470 feet of containment dike around the island to contain marsh fill. Weeks Marine created approximately 365 acres of marsh at East Marsh Island. All of the dredging was performed by Weeks Marines 30 inch Cutter Suction Dredge, *Venture*.





## EAST GRAND TERRE ISLAND RESTORATION PROJECT (BA-30)

### Jefferson and Plaquemines Parishes, Louisiana

**Owner/Client:**
Louisiana Office of Coastal
Protection and Restoration.

**Year Complete:**
2010

**Scope of Work:**
Island Restoration
Beach and Marsh fill.

**Project Cost:**
$29.8M

**Project Description:**

The East Grand Terre Island Restoration project was performed for the Louisiana Office of Coastal Protection and Restoration (OCPR) and was completed in 2010. The Project included the excavation and pumping approximately 2,200,000 cubic yards of sand on East Grand Terre for dune and beach fill from an offshore borrow area. The Beach and Dune fill stretched over 14,700 feet along the Gulf side of East Grand Terre. Weeks Marine then built 15,200 feet of containment dike around the landward side of the island to contain marsh fill. WMI then pumped 1,000,000 cubic yards of marsh fill onto the island creating approximately 385 acres of marsh. All of the dredging was performed by Weeks Marines 30 inch Cutter Suction Dredge, *Capt. Frank*. Once the new beach and dune were in place, 16,910 feet of sand fence was installed over the entire distance of the beach.





# GRAND ISLE HURRICANE PROTECTION PROJECT

## Grand Isle, Louisiana

**Owner/Client:**
USACE New Orleans
Hurricane Protection Office

**Year Complete:**
2010

**Scope of Work:**
Hurricane Rehabilitation
& Protection

**Project Cost:**
$27M

**Project Description:**

The Grand Isle project was performed for the U.S. Army Corps of Engineers, New Orleans District Hurricane Protection Office and was completed in 2010. The Project included excavation and removal of the existing dune feature for the Island of Grand Isle. The dune material was then used as fill for the installation of (6) six miles of Sand filled Geotubes. The 30 Ft Circumference geotubes form the core of a much larger dune feature that Weeks Marine Installed. Once the Geotubes were in place the 30 inch Cutter Suction Dredge, *E.W. Ellefsen*, pumped approximately (1) one million yards of sand on Grand Isle for dune and beach fill from an offshore borrow area. The Beach and Dune fill stretched over (7) seven miles along the Gulf side of Grand Isle. Once the new beach and dune were in place, sand fence and dune grass was installed over the entire distance of the beach. Finally, Weeks Marine installed (8) Emergency Vehicle Crossover's and (20) twenty pedestrian walkways over the new dune feature.





# WHISKEY ISLAND BACK BARRIER MARSH CREATION PROJECT (TE-50)

### Terrebonne Parish, Louisiana

**Owner/Client:**
Louisiana Office of Coastal
Protection and Restoration.

**Year Complete:**
2009

**Scope of Work:**
Marsh Creation
Dune and Marsh fill.

**Project Cost:**
$23 M

**Project Description:**

The Whiskey Island Back Barrier Marsh Creation project was performed for the Louisiana Office of Coastal Protection and Restoration (OCPR) and was completed in 2009. The Project included the excavation and pumping approximately 2,300,000 cubic yards of marsh fill and 250,000 cubic yards of sand for dune fill on Whiskey Island. The material came from offshore borrow areas. The Dune fill stretched over 13,000 feet along the Gulf side of Whiskey Island. Weeks Marine built 17,000 feet of containment dike around the landward side of the island to contain marsh fill. The marsh fill created approximately 316 acres of marsh. All of the dredging was performed by Weeks Marines 30 inch Cutter Suction Dredge, *E.W. Ellefsen*, Once the new dune was in place, 13,000 feet of sand fence was installed over the entire distance of the dune. Finally Weeks Marine seeded the 66 acre dune.





## GOOSE POINT/POINT PLATTE MARSH CREATION PROJECT (PO-33)

### St Tammany Parish, Louisiana

**Owner/Client:**
Louisiana Department of
Natural Resources.

**Year Complete:**
2008

**Scope of Work:**
Marsh Creation
Marsh Renourishment

**Project Cost:**
$12.3 M

**Project Description:**

The Goose Point/Point Platte marsh creation project was performed for the Louisiana Department of Natural Resources and was completed in 2008. The Project included the excavation and pumping approximately 3,100,000 cubic yards of marsh fill on Goose Point/Point Platte for marsh creation. The material came from an offshore borrow areas. Weeks Marine built 49,700 feet of containment dike in the area to contain marsh fill. Weeks Marine created approximately 420 acres of marsh and renourished 150 acres of marsh at Goose Point/Point Platte. All of the dredging was performed by Weeks Marines 30 inch Cutter Suction Dredges, *Capt Frank, Venture, & Borinquen*.





## CHALAND HEADLAND RESTORATION PROJECT (BA-38-2)

### Gulf Of Mexico, Louisiana

**Owner/Client:**
Dept. of Commerce/NOAA
CWPPRA Project.

**Year Complete:**
2006

**Scope of Work:**
Island Restoration
Beach and Marsh fill.

**Project Cost:**
$14.8M

**Project Description:**

The Chaland Headland Restoration project was performed for the Dept. of Commerce/NOAA and was completed in 2006. The Project included the excavation and pumping approximately 1,750,000 cubic yards of sand for dune & beach fill and 740,000 cubic yards of marsh fill on Chaland Headland. The material came from offshore borrow areas. The Beach and Dune fill stretched over 14,000 feet along the Gulf side of Chaland. Weeks Marine built 20,000 feet of containment dike on the bay side of the island to contain marsh fill. Weeks Marine created approximately 220 acres of marsh. Once the beach and dune were in place 27,350 feet of sand fence was installed over the entire distance of the beach. All of the dredging was performed by Weeks Marines 30 inch Cutter Suction Dredge, *Capt. Frank,*

# MATRIX NEW WORLD

## Oiled Wildlife Recovery
## Phillips66 Bayway Refinery
## Linden, Union County, New Jersey

**CLIENT**

Tri-State Bird Rescue & Research (Sub to Phillips66)

**CONTACT**

Sarah Tegtmeier
302-727-9543

**COST**

$55,000 (Matrix Fee)

**DURATION**

November – December 2012

**KEY PERSONNEL**

Lawrence Malizzi, PG
Alan Parsons, Ph.D.
Rejina Sharma
Erin Terwilliger

### PURPOSE OF CONTRACT

Following the aftermath of Hurricane Sandy's record-breaking tidal surges that devastated the shorelines of New Jersey on October 29, 2012, a spill at the Phillips66 Bayway Refinery sent crude oil into nearby wetlands and reservoirs where local wildlife were hiding from the storm.

Matrix was retained by Tri-State Bird Rescue & Research (Tri-State) to assist in recovering oiled wildlife during the spill response at the Phillips66 Refinery and neighboring properties. Matrix's team of biologists and ecologists worked closely with Tri-State, Phillips66, and various federal and state agencies such as the U.S. Coast Guard (USCG), U.S. Fish and Wildlife Service (USFWS), New Jersey Department of Environmental Protection (NJDEP) Division of Fish and Wildlife and U.S Department of Agriculture (USDA) Wildlife Services through the Incident Command Structure (ICS) to develop a plan for recovery of oiled wildlife. The Matrix Team responded to oiled wildlife hotline calls from the public and conducted surveys by foot, car and boat to areas where oiled wildlife were hiding. Daily observations were collected and reports were maintained for the incident record. Several different types of wildlife capture techniques were utilized during the response including hand netting, net guns, and application of Alpha-Chloralose to individual oiled birds. Larger flocks of geese were captured using cannon netting throughout large green spaces such as County parks and baseball fields. The primary species of wildlife recovered include Canada goose, double-crested cormorant, mallard, great blue heron, American egret, snowy egret, ring-billed gull, laughing gull, herring gull, snapping turtle, painted turtle and eastern garter snake. The Matrix Team also implemented a bird deterrent plan and deployed Eagle Eye Bird Scarers, mylar reflective tape fencing and Bird Scare Octopus/Bird Chaser inflatable vinyl balls throughout portions of the Phillips66 Refinery.




MATRIXNEWORLD

## Natural Resources Damage Assessment Sampling
## Shoreline Cleanup and Assessment Technique
## Confidential Client
## Sewaren, New Jersey

### PURPOSE OF CONTRACT

When Hurricane Sandy struck New Jersey on October 29, 2012, a tidal surge forced several aboveground storage tanks off their foundations and releasing approximately 300,000 gallons of refined diesel fuel into the Arthur Kill, Woodbridge Creek and Smith Creek.

Matrix was retained by O'Brien and Gere Response to perform Natural Resource Damage Assessment (NRDA) sampling and Shoreline Cleanup Assessment Team (SCAT) assessment surveys along the shorelines impacted as a result of the incident. Matrix's team of field scientists collected surface water samples to determine the extent of the release, and for "fingerprinting" to determine the source where the product originated. The collection of the surface water samples was performed in support of addressing the expected NRDA liability.

The Matrix team also performed a SCAT assessment along the reach of the Arthur Kill in close proximity to the source of the release. All of Matrix's work was conducted under the supervision of the Incident Command Structure (ICS), which was under the direct supervision of the US Coast Guard and New Jersey Department of Environmental Protection. The Matrix Team provided debriefs at the end of each day's work.

**CLIENT**

O'Brien & Gere Response

**CONTACT**

V. Lyle Trumbul, PhD
215-628-9100

**COST**

$55,000 (Matrix Fee)

**DURATION**

November 2012

**KEY PERSONNEL**

Lawrence Malizzi, PG
Derron LaBrake, PWS
Brian Stabile





# MATRIX NEW WORLD

## Natural Resource Advisor Program – Mississippi Canyon 252, Deepwater Horizon Spill, Gulf of Mexico

### PURPOSE OF CONTRACT

The Mississippi Canyon 252 (MC252) Deepwater Horizon oil spill in the Gulf of Mexico was the largest release in American waters. The historical release also saw an unprecedented number of response personnel dedicated to stopping, containing, and cleaning up over 200 million gallons of crude oil spilled into the Gulf of Mexico. The cleanup operations exceeded 45,000 responders from over 100 private companies including experts from nine oil companies, the United States Coast Guard, Navy, Departs of Energy and interior, Environmental Protection Agency, as well as the State Governments of Florida, Alabama, Mississippi, Louisiana and Texas, as well as local County and Parishes of the Gulf Coast.

Matrix staff managed the Natural Resource Advisor (NRA) program, to oversee compliance with agency BMPs and assist operations crews in minimizing potential injury to natural and cultural resources. The NRA program was comprised of 100 professional biologists distributed throughout the response area and imbedded within the field operations crews in Louisiana, Mississippi, Alabama, and Florida. Many of the shoreline cleanup activities had the potential to cause inadvertent but significant impacts to natural and cultural resources. As part of an emergency section 7 consultation, the USFWS developed a list of Best Management Practices (BMPs) to be implemented to minimize the impacts to federally listed species, designated critical habitat, and candidate species. Additional BMPs were developed to aid compliance with U.S. Army Corps of Engineers permits and conditions required by state natural and cultural resource agencies. Matrix NRA program managers attended daily operations planning meetings and offered suggestions to maximize cleanup efficiency while minimizing resource impacts. NRAs delineated sensitive natural and cultural resources, directed cleanup crews and mechanized equipment away from these areas, and advised field operations on the least intrusive locations for staging and ingress/egress to the beach. Cleanup activities in sensitive habitats (wetlands, dunes, bird and turtle nesting areas, etc.) were continuously monitored. Where state or federal authorization was required, the NRAs took the lead in gathering the required permitting information. The NRA program was extremely successful and achieved the primary program goal of assisting field operations personnel with BMP compliance. It provided state and federal agency personnel with a single point of accountability for natural and cultural resource issues, collected data for the section 7 administrative record, reduced NRDA liability, and, most importantly, minimized impacts to the Gulf of Mexico shoreline during this historic response.

### CLIENT

British Petroleum (sub to Obrien's Response Management)

### CONTACT

Duane Miller
404.702.7832

### COST

$3,500,000 (Matrix Fee)

### DURATION

June 2010 - Ongoing

### KEY PERSONNEL

Dennis Petrocelli, PG
Lawrence Malizzi, PG
Alan Parson, Ph.D.
Erin Evertsen
Rejina Sharma
Donald Wendt, PG
Mark Sprengler



MATRIX NEW WORLD

**Rapid Response Environmental Site Support Team – Mississippi Canyon 252, Deepwater Horizon Spill, Gulf of Mexico**

## PURPOSE OF CONTRACT

The Deepwater Horizon Mississippi Canyon 252 (MC252) oil spill in the Gulf of Mexico was the largest release of crude oil in American waters. The historical release also saw an unprecedented number of response personnel dedicated to the stopping, containing, and cleaning up over 10 million gallons of crude oil spilled into the Gulf of Mexico. The cleanup operations exceeded 50,000 responders from over 1000 private companies including experts from nine oil companies, the United States Coast Guard, Navy, Departs of Energy and interior, Environmental Protection Agency, as well as the State Governments of Florida, Alabama, Mississippi, Louisiana and Texas, as well as local County and Parishes of the Gulf Coast.

Matrix New World Engineering, Inc. (Matrix) as a subcontractor to Brown & Caldwell) participated in the Rapid Response Environmental Site Support Team (RRESST) program. The RRESST program was developed to examine decontamination sites, staging areas for equipment and personnel, and waste staging areas for regulatory compliance. RRESST inspectors reported to the Unified Command on performance of the response contractors and their compliance with the Waste Management Plan, Liquid Management Plan, Spill Prevention, Control, and Countermeasure (SPCC) Plans developed by the Unified Command and best management practices (BMPs) throughout the Gulf Coast. RRESST inspected all areas of the response from Waste Management staging yards, beach cleanup operations, to barges on the barrier islands for compliance of BP's rigorous BMPs and Federal and State waste compliance rules and regulations. RRESST assisted the contractors with properly managing and the handling of hazardous and non-hazardous waste, bulk storage of petroleum, and maintenance and housekeeping operations.

**CLIENT**

British Petroleum
(sub to Brown & Caldwell)

**CONTACT**

Brent Callihan
404.702.7832

**COST**

$500,000 (Matrix Fee)

**DURATION**

Ongoing

**KEY PERSONNEL**

Dennis Petrocelli, PG
Lawrence Malizzi, PG
Michael Dempsey









# MATRIXNEWORLD

## Wildlife Capture Support – Mississippi Canyon 252, Deepwater Horizon Spill Gulf of Mexico

### PURPOSE OF CONTRACT

The Mississippi Canyon 252 (MC252) Deepwater Horizon oil spill in the Gulf of Mexico was the largest release in American waters. The historical release also saw an unprecedented number of response personnel dedicated to stopping, containing, and cleaning up over 200 million gallons of crude oil spilled into the Gulf of Mexico. The cleanup operations exceeded 45,000 responders from over 100 private companies including experts from nine oil companies, the United States Coast Guard (USCG), Navy, Departs of Energy and Interior, Environmental Protection Agency, as well as the State Governments of Florida, Alabama, Mississippi, Louisiana and Texas, and local County and Parishes along the Gulf Coast.

Matrix was retained to assist in the capture and rescue of oiled wildlife, mainly migratory birds throughout Louisiana, Mississippi, Alabama, and Florida. Matrix's team of field biologists and ecologists worked closely with the United States Fish and Wildlife Service (USFWS), state agencies, USCG, National Oceanic and Atmospheric Administration (NOAA), and other federal and local agencies through the Incident Command Structure (ICS) to characterize spill impacts to natural resources, and to document affected areas and wildlife. The Matrix Team attended health, safety, and logistical meetings every morning, and were provided with their respective area of patrol. The Matrix Team worked on the shoreline, as well as in boats and responded to reports for capture and rescue of affected and injured wildlife, and carcass and evidence collection. The Matrix Team conducted surveys of natural resources, including nesting islands, marsh, and shoreline, to assess the damages as a result of oiling. Surveys of nesting islands were conducted to identify bird species and collect a count for oiled and affected young. The Matrix Team also assessed and reported locations where damaged boom systems and oil slicks were present, and reported to the USCG where additional boom systems were needed around nesting islands. Daily observations were collected and recorded using Trimble Nomad Geographic Information System (GIS) devices, and reported in real-time via radio dispatch to the ICS. Matrix biologists conducted over-flight surveys of nesting islands and assessed boom situations following inclement weather. Flight observations were recorded using Global Positioning System (GPS) cameras.

### CLIENT

British Petroleum (sub to O'Brien's Response Management and Swift Worldwide Resources)

### CONTACT

Duane Miller- O'Brien's 404.702.7832

Rachel Twining- Swift 713.328.4560

### COST

$1,500,000 (Matrix Fee)

### DURATION

June 2010 - September 2010

### KEY PERSONNEL

Dennis Petrocelli, PG
Lawrence Malizzi, PG
Alan Parsons, Ph.D.
Erin Evertsen
Rejina Sharma





# *Appendix C – Resumes*

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*

# John Ramsay

President and Chief Executive Officer

## Relevant Qualifications

- Serves as President and Chief Executive Officer.
- More than 40 years of management experience in various capacities, including response and recovery, U.S. Military, construction, lumber, and telecommunications.
- Telecommunications Project Director and Coordinator for complete cell site development (Turnkey, Greenfield locations and Rooftops) for T-Mobile, Pinnacle, DigiPH PCS, OPM-USA / American Towers, BellSouth, Alltel and Ericcson throughout the Southeast.
- Foremost Disaster Debris Contractor to promote recycling of ash as fertilizer for farmland and to export clean woody chips for biomass fuel after Hurricane Isabel.

## Experience

CrowderGulf
President/CEO, 1990–present

### Hurricane Irene (August 2011-October 2011)

- Successfully directed the implementation of 21 contracts with municipalities in North Carolina and four (4) municipalities in Virginia and executed four (4) contracts with the North Carolina Department of Transportation for the removal of debris on road ways in thirteen North Carolina Counties  These contracts involved work in two states simultaneously for debris removal, reduction by grinding and burning for vegetative and C & D debris.

*Reference for Hurricane Irene*
Jim Hill, Solid Waste Superintendent
James City County, Virginia
1201 Jolly Pond Road, Williamsburg, VA 23188
(757) 240-0205, jhill@james-city.va.us

### BP Deepwater Horizon Oil Spill (Incident of National Significance (April 2010 –Jan. 2011)

- Chosen one of six contractors hired for BP onshore cleanup.  CrowderGulf provided over 250,000 accident free man-hours employing over 1200 individuals utilizing 700 pieces of equipment.  CrowderGulf was chosen as sole contractor in September 2010 to complete final phase of cleanup along the Alabama Beaches including two wildlife preserves. CrowderGulf worked with State and Federal regulatory agencies complying with all laws, rules and regulations designed to protect our environment and wildlife habitats.
- September 2010, CrowderGulf transitioned primarily to on-shore cleanup using hand crews and power screening.  This operation included simultaneously managing five field offices in two counties.  In five months, CrowderGulf screened the entire Alabama Coast from toe of dunes to two feet above the rack line.  This involved over 160 pieces of heavy equipment and 500 employees specific to this project.  CrowderGulf screened over seven billion (7,000,000,000) pounds of sand recovering over three (3) million pounds of hydrocarbon material.

*Reference for BP Oil Spill*
Mayor Jeff Collier
Town of Dauphin Island, AL
1011 Beinville Blvd, Dauphin Island, AL  35628
251-861-5525 jcollier@townofdauphinisland.org

### Hurricane Ike (September, 2008–November, 2009)

- Directed the successful execution of thirty-eight contracts in Texas, which included four large counties and thirty-four cities. These contracts involved debris removal from public and private properties, demolition, levee and dike cleanup, removal of leaning trees and hanging limbs.
- Directed the successful execution of three debris contracts with the Texas General Land Office. These involved sonaring offshore and inland waterways for sunken debris, removing debris and cleaning sand on Galveston County beaches, and removing sunken debris and vessels in GLO waterways.
- Directed the cleanup operation on Bolivar Peninsula that included ROW debris removal and levee cleanup & canal debris removal, private property debris removal and demolition. Debris reduction by grinding and burning. Removal of dead trees killed by the salt water surge and leaners and hangers from ROW and ROE. Debris removal from 25 miles of protection levee and five miles from ship channel protection dike. Debris removal from eligible parks, cemeteries and schools.  Removal and degassing, crushing and of white good and abandoned vehicles and tires
- Provided guidance and input, based on years of experience, to Galveston County officials in how to most efficiently and effectively complete the various projects in Galveston County, including Bolivar Peninsula.

*Reference for Hurricane Ike*
Pat Doyle, Galveston County Commissioner
1353 FM 646, Ste 201, Dickinson, TX  77539
409-770-5333, 409-770-5336,
Patrick.Doyle@co.galveston.tx.us

John Ramsay
Page 2

**Louisiana Department of Wildlife and Fisheries (LDWF)(2007-2008)**
- Directed the overall project to remove sunken debris from LA waterways
- Provided guidance to officials on how to most efficiently and effectively conduct operation
- This $3.7 million project was part of the $53 million National Oceanic and Atmospheric Administration (NOAA) fisheries recovery funding to rehabilitate oyster bed and shrimp grounds, and monitor recovery of Gulf of Mexico fisheries
- The project consisted of clearing 400 square miles of coastal water bottoms impacted by Hurricanes Katrina and Rita. Besides removing debris, CrowderGulf provided thumbnail sonar images of each contact along with descriptions and coordinates of each item removed by grid.

*Reference for LA Wildlife & Fisheries*
Leo Richardson
LAGOHSEP (225) 439-5578

**Ice Storms (2006)**
- Directed the overall field operation of initially organizing and managing the subcontractors for contract in Erie County, NY
- Provided onsite guidance and training to local New York company in how to set up and most efficiently run a debris removal operation.
- Provided subcontractors experienced with disaster debris work, assisted in training the local company's resources, as well as other local subcontractors.

*Reference for New York Ice Storms*
Jodi Osinski, UCC Constructors, Inc.
105 Center Rd, West Seneca, NY 14224,
716-822-5755, 716-822-8429,

**Hurricanes Dennis, Katrina, Rita, Wilma (2005)**
- Directed the overall operation for the forty contracts that were successfully completed as a result of the 2005 Hurricanes. These contracts were in Alabama, Florida, Louisiana and Mississippi. They included ten counties and 15 cities in Florida, two counties and five cities in Alabama, and one city in Mississippi.
- All of these contracts were being completed during the same time frame and required a vast amount of coordination and communication with the clients as well as with all CrowderGulf project managers.
- Teamed with small local marine business to remove and dispose of wet debris from 75 miles of coastline out to 1/2 mile from shores in Jackson, Harrison and Hancock Counties, Mississippi.
- Directed operation to remove and dispose of debris from waterways located in Lee and Collier Counties, FL.
- Onsite to assist Fort Lauderdale, FL, with initial clearing of streets. Directed the management of ROW debris removal and disposal that included three Debris Management Sites for reduction of debris by chipping. Completed sand reclamation on all City beach areas. Removed, transported and disposed of leaning/hanging trees, and wet debris from canals.

*Reference for Hurricane Wilma*
Greg Slagle, Public Works Department
City of Fort Lauderdale, FL
100 N. Andrews Ave, Ft. Lauderdale, FL 33301
954-828-5341, GSlagle@fortlauderdale.gov

**Hurricanes Charley, Frances, Jeanne, Ivan (2004)**
- Directed the overall operation for the thirty-one contracts that were successfully completed as a result of the 2004 Hurricanes. These contracts were in Florida, Alabama, and Mississippi. They included ten counties and 15 cities in Florida, two counties and five cities in Alabama, and one city in Mississippi.
- All of these contracts were being completed during the same time frame and required a vast amount of coordination and communication with the clients as well as with all CrowderGulf project managers.
- Cumulative square miles of just the ten counties in Florida that CrowderGulf worked in included more than 13,000 square miles. Adding all of the cities and the counties in AL, the total square miles that CrowderGulf worked in was more than twice the size of the state of New Jersey

*Reference for Hurricane Charley*
Lindsey Sampson, Solid Waste Director
Lee County, FL
10550 Buckingham Rd, Ft. Myers, FL 33905
239-338-3302 sampsolj@leegov.com

(*Additional disaster debris experience available through 1969 upon request.*)

*Resumes*

John Ramsay
Page 3

Gulf Equipment Corporation, Theodore, AL 36582
Vice President/Project Manager, 1984–present
- Telecommunications Project Director and Coordinator for complete cell site development (Turnkey, Greenfield locations and Rooftops) for T-Mobile, Pinnacle, DigiPH PCS, OPM-USA / American Towers, BellSouth, Alltel and Ericcson throughout the Southeast.
- Supplied and managed warehouse for Powertel, Black & Veatch, DigiPH PCS and Hargray Wireless in Georgia, Alabama, South Carolina, Florida, and Kentucky.

Matthews Marine and Gulf Equipment Ventures, LLC, Pass Christian, MS
Managing Partner, 2006–present
- Director of Marine Projects including open water and inland waterways; wetlands, drainage canals and ditches.

Delta Exports, Inc., Theodore, AL
President, 1988–1990
- Exported vessel loads of logs and lumber to Turkey and China; and other forest products exported in containers to Europe.
- Bought and sold land timber and wood chips for domestic markets.
- Performed extensive studies on the feasibility of exporting pine and hardwood chips from the Gulf of Mexico to Japan.
- Exported biomass to Italy.

Ernest Manning Construction Company, Pascagoula, MS
President, Part Owner, 1981–1987
- Director of hazardous wastes for superfund clean-up projects in Texas and southeastern states and refinery maintenance for Chevron USA, Pascagoula, Mississippi. Coordinator of trucking of material and site work.
- Director of Emergency Recovery Work after natural disasters   Projects completed included:
    o Hurricane Alicia, 1983
    o City of Houston, Texas
    o Hurricane Fredric, 1979
    o Corps of Engineers, Mobile District Alabama
    o Hurricane Camille, 1969
    o Mississippi and Alabama, Agricultural Stabilization and Conservation Service

RLT Construction Company, Mobile, AL
President, 1979–1985
- Heavy construction, including construction with Tombigbee Waterway and Joe Poole Lake Dam in Dallas, Texas.

Ramsay Farm, Grand Bay, AL 36541
Independent Farmer, 1963–1985
- Farmed 20,000 acres of soybeans and ran 15,000 head of cattle on winter grazing.
- Partner in Deep South Auction Company
- Business consisted of auctioning land, cattle and equipment (Established business while in college)

U.S. Military
Air Force Reserves, 1963–1967
- Served as Crew Chief (Master Sergeant) on cargo planes

**Education**

B.S., Agriculture, Auburn University, 1963

*Resumes*

# John Campbell

Regional Director/Senior Project Manager

## Areas of Expertise

DEBRIS MANAGEMENT; DISASTER RESPONSE; DISASTER RECOVERY; COMMAND AND CONTROL; JOINT FIELD OFFICE (JFO) OPERATIONS; EMERGENCY PLANNING/MANAGEMENT; EMERGENCY OPERATIONS; LOGISTICS; GEOGRAPHIC INFORMATION SYSTEMS (GIS); PROJECT MANAGEMENT

## Relevant Qualifications

- 40+ years of experience in disaster response planning and management, including 30 years of honorable service as a retired Army Colonel.
- 6 years experience coordinating response and recovery operations on a variety of disasters as the Chief of Operations for Lee County Emergency Management in Fort Myers, FL.
- Managed over 3000 personnel in relation to logistical and planning Command and staff operations.
- **Coordinated recovery activities in the Emergency Operations Center** during numerous actual occurrences and managed the development, coordination, preparation, and maintenance of County level Emergency Operations Plan.
- Direct experience in debris recovery operations from Hurricane Iniki in Hawaii and Hurricanes, Charley and Wilma that impacted Southwest Florida and Senior Project Manager for 19 Contracts in North Carolina following Hurricane Irene in 2011 and over one year in the Texas Gulf Coast Area following Hurricane Ike in 2008-2009.
- Extensive background in high-level management, disaster response and training. Principle Trainer in debris management, Incident Command System (ICS) and National Incident Management System (NIMS).

## Experience

CrowderGulf
Emergency Management and Training Specialist

May 2006–Present

### Hurricane Isaac (August 2012)
Served as the Project Manager for all four activations due to Hurricane Isaac in Mississippi

**Hurricane Isaac Reference**
Phillip Russell, PW Director
City of McComb, MS
122 E. Michigan Ave, McComb, MS 39648
601-684-3497, prussell@mccomb-ms.gov

### Hurricane Irene (August 2011 – October 2011)
Served as the Senior Project Manager for all 21 activations due to Hurricane Irene in North Carolina

**Hurricane Irene Reference**
Edward Lee Mann, PW Director
Dare County, NC
1018 Driftwood Dr, Manteo, NC 27954
252- 475-5880 Edwardlee@darenc.com

### Hurricane Ike (September 2008–November 2009)
*This contract called for the management, surveying, collection, reduction, and disposal of debris in the aftermath of Hurricane Ike in 2008.*

- Senior Project Manager for Hurricane Ike in Texas for Galveston County debris recovery work including all of Bolivar Peninsula.
- Project Manager for Wildlife and Fisheries contract for waterway cleanup in Texas cities
- Project Manager for Texas General Land Office (GLO) Contract for Beach Restoration on Bolivar and other Galveston County Beaches
- Managed Debris operations during the recovery from the storm
- Performed duties as senior quality control and safety coordinator for debris operations
- Served as a trainer for company field supervisor, counties personnel and subcontractors

**Hurricane Ike Reference**
John Lee, Jr., Mitigation Coordinator
Galveston County, TX
1353 FM 646, Ste 201, Dickinson, TX 77539
281-309-5035

### Internal Training for Crowder Gulf
- Debris Management Operations Trainer for CrowderGulf clients in Florida, North Carolina, South Carolina and Virginia
- Served as a consultant on Debris Management Plan development for CrowderGulf clients in Florida, South Carolina and Maryland in 2006 through 2009

John Campbell
Page 2

Lee County, Florida Emergency Management, Fort Myers, FL
Chief of Operations                                                                              2001–2006
Chief of Planning                                                                                2000–2001

- Responsible for daily operations of the Emergency Operations Center and multi-agency emergency coordination in response to storms, fires, hazardous materials releases and police emergencies.
- Some major activities during period include the response to Tropical Storm Gabrielle 2001, Natural Gas pipeline rupture 2003, Hurricane Charley 2004 (Landfall in Lee County), Hurricane Ivan 2004, Hurricane Katrina 2005, Hurricane Wilma 2005
- Responsible for the County Emergency Management Plan (CEMP), the public outreach program for Emergency Management and preparation of the daily Incident Action Plan during emergency activations of the Emergency Operations Center.
- Major activities during this period included County Brush Fires in 2000, the Spring Floods of 2001, and the County Response to Terrorist Threat from 9-11 attack

United State Army (Colonel, Retired)                                                          1968 – 1998
        Served in multiple command and staff positions through the grade of Colonel

## Education
M.S., Logistics Operations Management, Florida Institute of Technology, 1982
B.A., Political Science, University of Southern Mississippi, 1968
Command and General Staff College, Fort Leavenworth, Kansas, 1981
National Defense University, Industrial College of the Armed Forces, Washington, D.C. 1989

## Certification and Training
Introduction to the Incident Command System, IS 100
Basic Incident Command System, IS 195
Principles of Emergency Management, IS 230
Introduction to Debris Operation and FEMA Public Assistance Program, IS 632
National Incident Management System, IS 700
National Response Plan, IS 800
Exercise Design, G-120
Rapid Assessment Planning, G-250.7
EOC Management and Operations, G-275
Disaster Response and Recovery Operation, G-385
Rapid Response Team Orientation, G-635
Leadership and Influence, IS-240
Decision Making and Problem Solving, IS-241
Effective Communications, IS-242
Introduction to the Public Assistance Process, IS-630
Certificate of Achievement Completion of Professional Development Series, Emergency Management Institute, 2003
Community Mass Care, G-108
ICS/EOC Interface, G-191
Intermediate ICS, G-195
Advanced ICS, G-196
Principles of Emergency Management, G-230
Resource Management, G-276

* John Campbell also taught many of the above courses to Emergency Management personnel throughout the State of Florida.  He is accredited as a Professional Emergency Manager in the State of Florida through Florida Emergency Preparedness Association.

## Professional Affiliations
Florida Emergency Preparedness Association (FEPA) (2000 to present)
American Public Works Association, Florida Chapter (2011 to present)

*Resumes*

# Raymond "Buddy" Young

Director of Debris Operations

## Areas of Expertise

DISASTER RESPONSE; DISASTER RECOVERY; COMMAND AND CONTROL; EMERGENCY PLANNING/MANAGEMENT; EMERGENCY OPERATIONS; LOGISTICS; GEOGRAPHIC INFORMATION SYSTEMS (GIS)

## Professional Overview

Buddy Young is one of the most knowledgeable people working in the debris management business with firsthand experience in managing major disasters. He served as Regional Director of FEMA Region VI from 1993 – 2001. While in that position, under FEMA Director James Lee Witt, he was Chief Administrator for 133 federally declared disasters and emergencies. He is nationally known and well-respected in the Emergency Management community.

As the Director of Debris Operations for CrowderGulf, he has provided management and technical assistance to local and county governments after all major hurricane disasters in the Southeast since 2003. He has served as Senior Project Manager in the field after all major hurricanes since joining CrowderGulf. He has managed all types of debris removal, reduction and disposal operations and special projects such as demolition and marine debris removal. His expertise in emergency management, and especially disaster debris removal, is utilized to provide preparedness training and advise CrowderGulf pre-event clients throughout the year.

He has also worked with the Texas A&M Engineering Extension Program as an adjunct instructor to conduct full-scale exercises with local and state agencies in response to incidents of terrorism and natural disasters. He is a current member of the Board of Directors for Disaster Recovery Contractors Association (DRCA) and he is NIMS certified

## Qualifications

- Director of CrowderGulf Debris Operations since 2003
- Managed debris removal contracts for multiple storms since 2003
- FEMA Advisor to CrowderGulf clients since 2003
- Debris Management Operations Planner and Trainer for CrowderGulf clients from 2004 to present
- Advisor on preparing Debris Management Plans for CrowderGulf clients in Florida, Maryland, Texas, Virginia, North Carolina and South Carolina
- Trainer and Advisor for CrowderGulf personnel and subcontractors, on FEMA matters and overall Debris Operation Procedures

## Disaster Debris Management Experience and Responsibilities

*CrowderGulf, LLC*

**Hurricane Irene (August 2011-October 2011)**
- Senior Project Manager and FEMA Advisor for debris operations for multiple clients in the State of Virginia.

**Hurricane Ike (September 2008–2010)**
- Technical Advisor on FEMA issues for multiple Texas counties and municipalities after the Hurricane Ike made landfall in 2008.
- Project Manager for 2008 Hurricane Ike debris removal contracts with cities within Galveston and Brazoria counties.
- Project Manager for Marine Debris Project with Texas General Land Office (GLO) for removal and disposal of sunken debris and abandoned boats in the GLO waters of Galveston County.

**Hurricane Rita (2005-2006)**
- Project Manager and FEMA Advisor for debris management operations in Calcasieu Parish and all cities within Parish in response to Hurricane Rita.

*Reference for Hurricane Irene*
Jim Hill, Solid Waste Superintendent
James City County, Virginia
1201 Jolly Pond Road, Williamsburg, VA 23188
(757) 240-0205, jhill@james-city.va.us

*Reference for Hurricane Ike*
Terry Byrd, EMC Fire Marshall
City of Friendswood, Texas
910 S. Friendswood Drive, Friendswood, TX 77546
(281) 996-3335, tbyrd@ci.friendswood.tx.us

*Reference for Hurricane Rita*
Mister Edwards, Director of Public Works
City of Lake Charles, Louisiana
326 Pujo Street, Lake Charles, LA 70601
(337) 491-1308, medwards@mail.city-lakecharles.org

*Resumes*

Buddy Young
Page 2

**Hurricanes Charley, Frances, Jeanne, and Ivan (2004-2005)**
- Served as the Project Manager and FEMA Advisor for the debris management operations in Polk County from September 2003-March 2005.
- Supervised the mobilization of men and equipment in response to Hurricanes Charley, Frances, Jeanne, and Ivan in 2004.
- Served as the Technical Consultant and FEMA Advisor for 38 contracts within Florida and Alabama.

*Reference for Hurricane Charley*
Lance Davis, Roadway Maintenance Superintendent
Polk County, Florida
P.O. Box 9055, Drawer T503, Bartow, FL 33831
(863) 535-2222, lancedavid@polk-county.net

## Additional Experience and Skills

Texas A&M Engineering Extension Program, College Station, Texas Adjunct Instructor, 2001 - Present
- Participated as an evaluator for a program that provides terrorism response training to include all types of incidents for local and state governments. Location: College Station, Texas.
- Provided instruction for full-scale evacuation exercises with local and state agencies in response to incidents of terrorism and natural disasters, to include McAllen, Texarkana and Houston, Texas.

FEMA, Region VI Regional Director, 1993–2001
- Completed a comprehensive re-organization and streamlined operations at Region VI, which is now considered the most efficient FEMA Region in the Nation.
- Established Federal/State partnerships with each state within Region VI.
- Responsible for administration of all FEMA programs in Region VI.
- Provided management and guidance for all Federally declared disasters during tenure.
- Served as the on-site Senior FEMA Administrator after Oklahoma City Bombing and for the response to various hurricanes, tornados, flooding and wild fires.

Arkansas State Police, Little Rock, Arkansas Director of Security for State, 1983–1993
- Supervised a unit of eleven Arkansas State Troopers.
- Provided security of Governor Bill Clinton and coordinated all of his travel arrangements
- Organized and implemented security operations for the fall meeting of the National Governors Association in November 1986.
- Involved in providing 24 hour security for a four day period for 30 Governors from throughout the United States.

Certifications and Training
- National Incident Management System, IS-100, 200, 700, 800
- Principles of Emergency Management, IS-230
- Leadership and Influence, IS-240
- Decision Making and Problem Solving, IS-241
- Effective Communications, IS-242
- Introduction to the Public Assistance Process, IS-630
- Introduction to Debris Operation and FEMA Public Assistance Program, IS-632
- EOC Management and Operations, G-275
- Disaster Response and Recovery Operation, G-385
- Rapid Response Team Orientation, G-635

## Training Provided

From 2004-2012, provided yearly training for city and county municipalities that have CrowderGulf pre-event debris management contracts in place. Yearly debris management training sessions include municipalities in Florida, North Carolina, South Carolina, Virginia, and Texas. A detailed list of sessions can be provided upon request

## Education

Graduate of Keeler Polygraph Institute, Chicago, IL, 1976
Graduate of National FBI Academy, Quantico, VA, 1972
Graduate of Arkansas State Police Academy, Camden, AR, 1968
Approximately 100 hours of Coursework in Criminal Justice at the following:
- Certificate of Public Administration, University of Arkansas, Little Rock, AR, 1976
- Arkansas State University, Jonesboro, AR, 1973
- University of Virginia, Richmond, VA, 1972
- Arkansas Tech, Russellville, AR, 1962-1963
- University of Arkansas, Fayetteville, AR, 1968

*Resumes*

# Margaret Wright, PhD

Senior Program and Documentation Manager

## Areas of Expertise

DISASTER RESPONSE DEBRIS OPERATIONS; TRAINING; EMERGENCY PLANNING/MANAGEMENT; DOCUMENTATION SPECIALIST; PROGRAM RESEARCH AND EVALUATION, TECHNICAL PROPOSAL WRITING

## Relevant Qualifications

- Sixteen years of experience in disaster recovery and disaster training projects.
- Designed and developed debris management training for CrowderGulf customers with pre-event contracts (2004-2012).
- Developed, coordinated and/or conducted training sessions for clients in Florida, Texas, North Carolina, South Carolina, Maryland, Virginia, and Louisiana (2004-2012).
- Designed and developed CrowderGulf Project Managers' Training Manual in 2004 and updated yearly.
- Coordinated the set up and staff hiring and training for Debris Management Field Offices in five states (2004-2008)
- Managed documentation flow for CrowderGulf's disaster debris projects (2004-2012).
- Conducted evaluation research after project completion (2004-2012).
- Managed all documentation for  and coordination of all Change Orders for two contracts with the Texas General Land Office (GLO), Sand and Beach Contract (2009); Marine Debris Contract  (2009-2012).
- Assisted various clients with followup documentation for FEMA audits (2006-2012)
- Managed the technical proposal writing team for all pre-event Request for Proposals (2009-2012)

## Disaster Debris Management Experience

*CrowderGulf*
*Program Coordinator/Project Supervisor 2003–Present*

### Fort Lauderdale FEMA Audit (2010-2012)
- Technical Assistance with FEMA Audit for 2004-2005

### Hurricane Irene (August 2011-October 2011)
- Managed the overall documentation and reconciliation process for 21 contracts in North Carolina, four (4) municipalities in Virginia, four (4) contracts with the North Carolina Department of Transportation for the removal of debris on road ways in thirteen North Carolina Counties. These contracts involved working with all municipalities as well as several monitoring companies representing various municipalities

*Reference for Hurricane Irene*
Albert Carbon, Public Works Director
City of Fort Lauderdale, FL
220 SW 14th Ave #4a
Fort Lauderdale, FL  33312
(954) 828-5341, ACarbon@fortladerdale.gov

### Hurricane Ike (2008-2009)
*Served as the Field Office Operations Manager and Coordinator for Debris Contracts in Texas, including four counties, 21 cities, and the Texas General Land Office (GLO)*
- Set up and trained personnel for three onsite offices in Texas after Hurricane Ike for debris management contracts in three counties and 21 cities.
- Managed documentation and data management in the field throughout entire operation to ensure FEMA compliance.
- Managed the coordination and communication between field offices and CrowderGulf's Disaster Assistance Office (Home Office).
- Communicated with monitoring company representatives on documentation issues to ensure FEMA  compliance.
- Assisted customers with documentation to ensure FEMA compliance.
- Coordinated with GLO managers and managed all of the documentation, and the reconciling and invoicing for three contracts with GLO (sand debris, marine debris, and sonar contracts).

*Reference for Hurricane Ike*
Connie Nicholson, Community Services Director
1353 FM 646 Suite 302, Dickinson, TX 77539,
409-882-3139, connie.nicholson@co.galveston.tx.us

### Hurricane Rita, Calcasieu Parish, LA (2005)
*Served as the Field Office Operations Manager for a large debris project in Calcasieu Parish, LA during the 2005 Hurricane season.*
- Set up and managed field office, including hiring and training 15 office personnel.
- Coordinated with USACE and Ceres Environmental, throughout Project, to ensure communication and compliance with all Corps documentation necessary for ROW work, PPDR and Demolition projects, White Goods, Chips and Ash Disposal, Safety Inspections. Quality Control Daily Reports.
- Coordinated and managed the documentation, reconciliation and invoicing for the 5 million CY, $91,000,000 debris project..

**Hurricane Charley Debris Projects (2004)**

- Trained and managed all office personnel for data entry and management for Polk and Hardee Counties.
- Managed all documentation, reconciling, invoicing for Polk and Hardee County project.
- Managed daily office operations, coordination and communication with field supervisors and Polk County personnel.
- Managed the reconciling invoicing for all projects after 2004 hurricanes.

**Hurricane Isabel Debris Projects (2003)**

- Managed the reconciling and participated in the invoicing for over 20 clients.
- Keep documentation for mulch shipped to Italy as part of recycling effort

*Reference for Hurricane Charley*
Lance Davis, Roadway Maintenance Superintendent
Polk County, Florida
P.O. Box 9055, Drawer T503, Bartow, FL 33831
(863) 535-2222, lancedavid@polk-county.net

*Reference for Hurricane Isabel*
Laurie Halperin, Recycling Coordinator
145 Goodwin Neck Rd, Yorktown, VA 23692, 757-890-3522, halperil@yorkcounty.gov

## Additional Experience and Skills

*Intelligent Designs Systems Incorporated,  - Program Evaluator, August 2000–November 2003*

- Served as the Program Evaluator for Navy Schoolhouses curriculum with the main focus on offering improvements in human and organizational performance with the integration of technology.
- Conducted program evaluations for numerous Navy Curriculums including Basic Officers' Training, Surface Warfare Officer Training, Explosive Ordnance Disposal, and at least six other Schoolhouses as a Program Evaluation team member.
- Participated in project that designed courseware for Chemical, Biological, Radiological, and Nuclear Warfare Course for Navy Hospitals.

*University of South Alabama, Mobile, AL - Instructor, Special Education Department*

- Taught undergraduate and graduate courses.
- Program Advisor for all undergraduate students on Special Education Department.
- Interagency Coordinator for College Prep Program for high school seniors with Learning Disabilities.

*Mobile County Public School System*

- Consulting Teacher 1989- 19
  - ➢ Developed and coordinated Transition Work Program in 16 high schools for students with disabilities.
- Teacher of students with disabilities 1972-1989

## Education

- National Incident Management System (NIMS) certified
- Ph.D., Instructional Design and Development, University of South Alabama, 1998
- Masters in Mental Retardation, University of South Alabama, 1977
- Bachelor of Science, Elementary Education, Auburn University. 1967

## Training Provided

Designed, developed and conducted debris management training for municipalities in Florida, North Carolina. South Carolina, Virginia, and Texas, from 2004-2009.  CrowderGulf offers yearly training for City and County municipalities that have CrowderGulf pre-event debris management contracts in place.  A detailed list of sessions can be provided upon request.

# Ashley Ramsay—Naile

## Vice President and Chief Operating Officer

## Areas of Expertise

DISASTER RESPONSE DEBRIS OPERATIONS; EMERGENCY PLANNING/MANAGEMENT; STRATEGIC PLANNING AND NEGOTIATIONS

## Relevant Qualifications

- Eight years of experience in disaster recovery and management.
- Strategic planning.
- Procurement and negotiation tactical planning.
- Managed accounts receivable and accounts payable flow for CrowderGulf's disaster debris projects.

## Disaster Debris Management Experience

**CrowderGulf**                                                                 *2011-Present*

*Vice President and Chief Financial Officer*
- Supervise all administrative functions and personnel.
- Manage documentation and records for disaster operations.
- Purchasing Manager.
- Responsible for the management of accounts receivable and accounts payable.
- Coordinate strategic planning of the company.

*Disaster Recovery Project Manager & General Manager*                            *2004-2011*
- Disaster administration office general management.
- Accounts receivable/payable oversight.
- Procurement development and implementation.
- Managed and directed field level disaster debris removal and reduction operations including site management and the supervision of subcontractors and foremen.

**BP Oil Spill (2010-2012)**
- Baldwin County, FL
- City of Gulf Shores, AL
- City of Orange Beach, AL

*Reference for BP Oil Spill*
Phillip West
City of Orange Beach
4409 Orange Beach Blvd., Orange Beach, AL 36561
251-981-6788 pwest@cityoforangebeach.com

**Hurricane Charley Debris Projects (2004)**
- Volusia County, FL
- City of Palm Coast, FL
- City of Edgewater, FL

*Reference for Hurricane Charley*
George Recktenwald, Public Works Director
Volusia County, FL
123 W Indiana Ave, Deland, FL 32720,
386-736-5965Ext.2207 grecktenwald@co.volusia.fl.us

**Hurricane Fran Debris Project (1996)**
- City of Wilson, NC

**Hurricane Erin Debris Project (1995)**
- City of Pensacola, FL

**Hurricane Opal Debris Projects (1995)**
- Panama City, FL
- Bay County, FL

*Resume*

## Additional Experience and Skills

**Hargray Wireless - Hilton Head Island, SC**

*Property and Construction Manager*                                                      *1999–2004*
- Cell Site Development from site identification to zoning.
- Negotiated lease rates and terms.
- Coordinated with radio frequency engineer.
- Coordinated site design with civil engineers.
- Procurement of site material.
- Supervised general contractor.
- Maintained 100+ existing cell sites.
- Maintained compliance with government agencies.
- Coordinated with accounting on department budget.
- Worked within budget guidelines.
- Managed 25 company-owned towers.

*Independent Telecommunications Consultant*                                              *1997–1999*
- Procurement of site material.
- Tracking of material for accounting purposes.
- Warehousing and issuing of materials for construction.

**Gulf Equipment Corporation – Theodore, AL**

*Project Coordinator & Manager Telecommunication Projects*                               *1994–1997*
Managed turnkey cell site projects for Telecommunication construction projects:
Sprint, GTE, Nortel, Powertel, BellSouth Mobility, DiGiPH PCS, Hargray Wireless.
- Material procurement.
- Civil Construction and tower crew coordination.
- Organization of projects for bidding purposes.
- Warehousing coordination of deliveries and shipments.
- Office manager responsible for accounting and invoicing.
- On site manager and crew foreman.
- Liaison between Gulf Equipment and elected officials.
- Public relations between City officials and area residents.

## Education

- Bachelor of Science, Special Education                University of South Alabama, Mobile, AL

## Leadership

- Governor appointed Alabama State Workforce Investment Board.
- Board member of Family Business Instituted at the University of South Carolina.

*Resume*

# Gary Evans Jones

Technical Assistant Manager and FEMA Specialist

## Experience

**CrowderGulf Technical Assistance Manager and FEMA Specialist**                    2012-Present

**Federal Emergency Management Agency – Region 6**
**Deputy Regional Director**                                                        1994-December 31, 2011
Served as Deputy Regional Director for 17 years of the 28 years with FEMA Region 6. During those 17 years as Deputy, also served as Acting Regional Director for 4 of those 17 years. Responsible for administration of emergency management programs in the FEMA Region 6 states of Arkansas, Louisiana, New Mexico, Oklahoma, and Texas. Also, responsible for oversight and implementation of response and recovery operations for presidentially declared disasters in the five-state region.

**Federal Emergency Management Agency – Region 6**
**Technological Hazards Branch Chief**                                              1983-1994
Joined FEMA Region 6 in 1983 and served as a Branch Chief managing several Technological Hazards Branch programs to include Radiological Emergency Management Preparedness, Radiological Defense, Hazardous Materials, Earthquake Preparedness, Hurricane Preparedness, Dam Safety and the Chemical Stockpile Emergency Preparedness programs.

**US Public Health Service Physician Recruitment Coordinator**                      1977-1983
Responsible for recruiting doctors, dentists and nurse practitioners for rural communities in Arkansas that were federally designated as medically underserved.

**Director, Arkansas Emergency Medical Services Program**
**Arkansas Department of Health**                                                   1974-1977
Responsible for administration and implementation of state-wide regulations for Ambulance Services and training certification of EMTs and Paramedics.

## Other Leadership Roles

Served as designated **Federal Coordinating Officer** for **Hurricane Katrina, Rita and Georges**. Provided executive leadership to over 300 federally declared disasters including **Hurricane Andrew, Oklahoma City bombing, Columbia Space Shuttle and Tropical Storm Allison.**

## Education

Master's Degree in Public Health Administration                     Tulane University
Bachelor's Degree in Education                                      University of Arkansas

## References

James Lee Witt                                                      Nim Kidd
Chairman of the Board                       State of Texas Emergency Management Director
Witt and Obrien Associates                          Department of Public Safety
571-233-3135                                                512-424-2443

# Leigh Anne Ryals

Project Manager

## Areas of Expertise

DISASTER PREPAREDNESS, RESPONSE AND RECOVERY OPERATIONS; EMERGENCY MANAGEMENT AND FEMA PROGRAMS AND POLICY, PROPOSAL DEVELOPMENT, CONTRACTS MANAGEMENT; LOGISTICS; SCHEDULING; PRESENTATIONS; CLIENT TRAINING

## Qualifications

- Project Manager CrowderGulf Debris Operations since 2011
- Certified Local Emergency Manager (CLEM - State of Alabama)
- Advanced Level Certification in Emergency Management (ALEM)
- NIMS 300 and 400 Level Instructor

## Disaster Debris Management Experience and Responsibilities

CrowderGulf, LLC

### Project Manager and Emergency Management Specialist

**August 2011- Present**

Project Manager and company representative for pre-event clients. Provide daily support for the Disaster Assistance Office in the form of accounts management. Performed technical writing and review of proposals for pre-event contracts. Assisted the company by attending pre-bid meetings participation in marketing presentations to perspective clients. Provided assistance to client on FEMA Public Assistance Program policy. Provided support to Senior Project Manager and served as government liaison to North Carolina clients during Hurricane Irene - 2011.

*Reference - Hurricane Irene*
*City of Wilson, NC*
*Deborah Boyette, Assistant Director/Public Services Admin.*
*(252) 399-2464*
*dboyette@wilsonnc.org*

### Hurricane Irene

**August 2011-October 2011**

- Emergency Management Specialist and Government Liaison to 6 Counties in NC .
  Provided information and assistance resolving debris related issues as it relates to FEMA 325 guidelines, Disaster Specific Policies and the Robert T. Stafford Disaster Relief Act. Assisted clients in compiling documentation for eligible reimbursement activities, provided debris management training and updates on policy changes. Worked with clients to Conduct After Action Follow up meetings with staff regarding disaster specific policies and protocols.

## Additional Experience and Skills

Baldwin County Emergency Management Agency Director

**June 2000 - November 2010**

- Community Emergency Response Trainer (CERT).
- National Incident Management Systems, 300/400 Level Instructor.
- National Incident Management Systems (NIMS) Coordinator and Point of Contact, Baldwin County, Alabama.
- Homeland Security Point of Contact, Baldwin County (2001-2010).
- Member of the Hurricane Liaison Team, FEMA.
- Southern Legislator's Regional Task Force for Hurricane Preparedness and Recovery, Appointment by Governor Bob Riley.
- Alabama Association of Emergency Manager's Legislative Vice Chairman.
- Baldwin County's Emergency Management Director and Incident Commander for 7 Presidential Disaster Declarations (Hurricane Isadore, Ivan, Dennis, Katrina, Ida, Ike and Gustav).
- Served as Disaster Public Information officer for Hurricanes Danny and Georges. Served as Project Coordinator for the Baldwin County Highway Department for Hurricanes Erin and Opal.
- Deepwater Horizon Oil Rig Incident of National Significance: Served as Incident Commander for Baldwin County Commission and 14 Municipal Jurisdictions, Responsible for coordinating $15 million dollars in BP Emergency Protective Grants.
- Served as the Baldwin County Representative on the Governor appointed Alabama Coastal Recovery Commission – Infrastructure Advisory Committee.
- Testified before the 111th and 110th U.S. Congress on Hurricane Katrina Preparedness and Response Initiatives.
- Developed and administered the agency's fiscal year budget from $800,000 to $1.5 million annually.

*Reference*
*Honorable Charles F. "Skip" Gruber*
*Office of County Commissioner, District No. 4*
*Baldwin County Administration Building*
*312 Courthouse Square, Suite 12*
*Bay Minette, Alabama 36507*
*(251) 943-5061*

Page 2
Leigh Anne Ryals

- Successfully administered the Hazard Mitigation Grant and received over $10 million dollars in Hazard Mitigation Grant Funding for grants that were developed and administered through the agency.
- Developed strategies and initiatives for the implementation of the Emergency Management Program grant. (EMPG).
- Developed the Baldwin County Debris Management Plan meeting FEMA requirements for the Pilot project.
- Responsible for writing and updating the following County Plans: Strategic National Stockpile, Mitigation, Emergency Operations (EOP), Continuity of Government, Hurricane and Sheltering.
- Administered the Department of Homeland Security Grant Program to Baldwin County and its 14 municipalities.
- Received the following two awards for the planning and development of a multi-jurisdictional exercise involving over 200 participants:
  - Excellence in County Government Award for the Prevention in School Violence
  - Innovative County Government Award
- Technical Writer

*Emergency Management Director*                                                          *2000-November 2010*
Responsible for Planning, Preparedness, Response, Recovery and Mitigation Activities for Baldwin County and 14 Municipal Jurisdictions. Daily activities include but are not limited to collaborating with State, Federal and Local Agencies, writing and implementing emergency plans and procedures, writing and administering grants. Responsible for managing staff, developing and maintaining office budget, maintain inventory of warehouse and response equipment, coordinate and        host public outreach activities, develop brochures and other educational materials. Coordinate and host training for the agency and municipal jurisdictions.   Conduct exercises for emergency responders. Provide points of distribution Sites and coordinate the distribution of emergency commodities following disasters.  Coordinate Emergency Evacuations.  Provided over-site for shelter management.  Lecture individuals in emergency management plans and procedures.  Provided 24 hour on-call emergency response service.

*Disaster Public Information Officer and Administrative Assistant to the County Engineer*        *1994-2000*
Provided Disaster Information services to the Emergency Management Agency by conducting press conferences, writing press releases, developing brochures and other educational materials for distribution during Disaster and non disaster times.  Perform guest speaking engagements on behalf of the agency. Provided administrative services to the Engineering Department which included tracking projects, administering the public assistance program to account for loss and expenditures following disasters.

*Regional Marketing Director and Account Manager for VideoCart, Inc.*                    *1992-1993*
Responsible for Marketing and advertising of electronic couponing in Alabama, Mississippi, Louisiana and Florida Delchamp's grocery stores. Responsible for add layout, working with production and technical team. Compiled customer and couponing data, computed sales figures and presented to corporate on a monthly basis.  Responsible for traveling to each store to promote the service and provide customer relations support for the corporate office.

## Training Provided

Provides yearly training for City and County Government employees that have CrowderGulf pre-event debris management contracts in place.  A detailed list of sessions can be provided upon request.

Certifications and Training
- USACE Construction Quality Management
- National Incident Management System, IS-100, 200, 700, 800
- National Incident Management System 300 &400 Instructor
- Advanced Level Certification/Emergency Management (ALEM)

- Certified/Licensed Emergency Manager (CLEM)
- CPR & Blood Pathogens

## Education

- Bachelor of Arts and Science Degree - Radford University, Radford, Virginia                    *1991*

# Wesley Brian Smallwood

## Project Manager

### Areas of Expertise

DISASTER RESPONSE; DISASTER RECOVERY; CONTRACTS; ESTIMATING; SUBCONTRACTOR MANAGEMENT & COORDINATION; LOGISTICS; SCHEDULING; PRESENTATIONS; CLIENT TRAINING

### Professional Overview

Brian worked as a Project manager in Atlanta, GA for one of the largest general contracting firms in the world. There he built a strong management foundation and obtained the necessary fundamentals to plan and coordinate with owners, engineers and government officials. Brian has the ability to estimate, propose, contract, coordinate, schedule, manage, budget, document and close-out a project from start to finish. These have proved helpful in the disaster recovery field as shown in the successful performance for the USACE in Joplin, MO and for the State of Virginia after Hurricane Irene.

### Qualifications

- Project Manager CrowderGulf Debris Operations since 2011
- LEED Accredited Professional

### Disaster Debris Management Experience and Responsibilities

CrowderGulf, LLC

**Hurricane Irene (August 2011-October 2011)**
- Project Manager for debris operations for Newport News, VA.

**Joplin Tornado (June 2011 - September 2011)**
- Operations Manager for USACE Mission
- Oversaw all operations for Crossroads reduction site

**Reference - Hurricane Irene**
Tim Shockley,
Solid Waste Administrator
City of Newport News
757-269-2852, tshockley@nngov.com

**Reference - Joplin Tornado**
Brian Shay
Corps of Engineers
QAS/COR
Brian.N.Shay@usace.army.mil

### Additional Experience and Skills

J.E. Dunn Southeast dba R J Griffin & Company 2006 - 2010

- Created detailed monthly profit analysis inclusive of cost projections, labor logs, bond logs, material logs, equipment logs and transaction reports for review with the company officers.
- Projected and tracked all labor, equipment , materials and subcontractor cost for the duration of projects.
- Generated purchase orders, subcontracts, owner contracts, bid presentations, owner pay applications and the overall general contractor project schedules.
- Interfaced and communicated with clients regarding project status and coordinated as required to resolve issues with construction, procurement, and/or engineering.
- Participated in the estimating and bid process and successfully managed several projects I helped estimate.
- Led subcontractor scope meetings to negotiate and determine a full scope of work and totally inclusive subcontract price.
- Ran OAC (owner, architect and contractor) meetings to discuss the current status of projects, expected completion dates and up to date changes and cost.
- Acted as onsite Superintendent when necessary and was capable of running a safe and productive jobsite.
- Reviewed and approved all subcontractor pay application, material delivery schedules, shop drawings, submittals and their overall production schedules.

Certifications and Training
- USACE Construction Quality Management
- OSHA 30 hr
- National Incident Management System, IS-100, 200, 700. 800
- LEED AP
- National Pollutant Discharge Elimination System (NPDES)
- CPR & Blood Pathogens
- American Society of Healthcare Engineering

### Training Provided

Provided yearly training for city and county municipalities that have CrowderGulf pre-event debris management contracts in place. A detailed list of sessions can be provided upon request.

### Education

- Bachelor of Science in Building Science     Auburn University 2000 - 2006

*Resumes*

# Edward Reid Loper, LEED AP

Senior Project Manager

## Areas of Expertise

DISASTER RESPONSE; DISASTER RECOVERY; ESTIMATING; MARINE DEBRIS REMOVAL; LOGISTICS; SCHEDULING; PRESENTATIONS; CLIENT TRAINING

## Professional Overview

Reid started his career with CrowderGulf in 2010, as the Senior Project Manager (PM) for the BP Oil Spill. As PM, he has been responsible for managing over 1200 people and 400 pieces of equipment.  Managing several projects at once is Reid's strong point and the BP project has consisted of simultaneously managing more than eight different major projects within the Area of Responsibility (AOR) for the BP Oil Spill operation.  These projects ranged from sand screening, dredging, and vessel operations, to side scan sonar work.  All projects have cumulatively exceeded $130 million in invoicing and total project cost.  Reid worked as a project manager for a commercial construction company in Atlanta, Georgia, prior to choosing to return to the Gulf Coast.  The time spent in Atlanta gave him vast knowledge in management, estimating, schedule and budget supervision

## Disaster Debris Management Experience and Responsibilities

CrowderGulf, LLC

**Deep Horizon Oil Spill**
- Senior Project Manager over the BP oil response for the entire state of Alabama.

*Reference for Deep Horizon BP Oil Spill*
Jim Poore
Baldwin County, AL Division Supervisor
251-225-5520, jpoore@bp.com

*Alabama AOR BP Response (Manual Cleaning) - Project Value: $80,000,000*                    July 2010-March 2012
Direct Manager of six different sites and project managers, totaling in approximately 720 in personnel and 250 pieces of equipment including marine operations and heavy equipment

*Alabama AOR BP Response (Mechanical Cleaning) - Project Value: $40,000,000*                    Nov. 2010 – March 2011
Description: Direct Manager of 12 different sand screening operation and four project managers, were the entire Alabama coast was excavated, screened, and placed back.  This resulted in the screening of approximately four million cubic yards of sand with 200 pieces of equipment, and 480 operators and personnel.  This process had never been performed before to remove oil material from sand.

Choate Construction Company
**Various Commercial Construction Projects**
- Assistant Project Manager of commercial construction projects ranging from $4 to $20 MM                    June 2007-June  2010

## Education

- Bachelor of Science in Aerospace Engineering                    Auburn University 2007

Certifications and Training
- NASCLA Accredited (National Association of State Contractors Licensing)
- General Contracting licenses Alabama, Virginia, Louisiana, Mississippi, Georgia and South Carolina
- HAZWOPER 40 Hour and 8 Hour refresher
- OSHA 30 and 10 Hour refresher
- National Incident Management System ICS-100, 200, 300, 400, 241, 242, 632, 700, 702, 800, 810, 901 and 1900
- LEED AP (Leadership in Energy and Environmental Design Accredited Professional)

## Additional Experience and Skills

CrowderGulf, LLC                    2010 - present
- Direct manager of multiple project managers and respected projects, analyzing of contract requirements, profit/losses estimates (Daily and Monthly), and scheduling for over $140 million in projects.
- Managed operations consisting of 1200 response personnel and over 600 pieces of equipment.
- Highly involved in and conducting  business development.
- Conducted quarterly performance reviews for clients, company growth, and quality control.
- Qualified Individual for company general contractors license.
- Perform technical writing used in RFP responses and presentations.

*Resumes*

Reid Loper
Page 2

- Look for new opportunities for future work and expanding markets
- Perform business models for expanding and growth of current company
- Assesses new and current projects to create estimates.
- Managed safety program along with insuring that safety and operations coincided.
- Maintained a company Safety TRIR of less than 2.0 for the past three years.
- Handle HR concerns, personnel consulting, and legal matters.
- Organize and conduct weekly progress meetings among management.
- Manage subcontractors from all aspects including: Insurance, billing, subcontracts, and performance.
- Started sites from the ground up with facilities, personnel, and equipment.
- Negotiate contract terms, review, and executed client contracts.

## Choate Construction Company                                                        2007 - 2010

- Collaborates on the design, engineering, presentation, and project management of over $45 million in new project development and completion.
- Assesses new and current projects to create estimates of over $100 million.
- Directs the management of more than 150 subcontractors; maintains schedules and ensures projects are completed on time and under budget.
- Establishes project completion deadlines and consistently meets them.
- Reviews and addresses on-site safety and risk factors.
- Responds to and resolves daily operations issues.
- Experience with take-offs by hand and with on screen take-off.

### Sun City Peachtree Amenity Center                    Project Value: $16, 100, 000
*Project Manager*                                           Duration: 16 Months
54,000 Square foot luxury clubhouse on a 15-acre site, complete with indoor running track, fitness center, ballrooms, theater, extensive tennis facility, indoor/outdoor pools, with tennis and pool house. Total of three separate buildings.

### Del Webb at Lake Oconee Amenity Center                 Project Value: $8,700,000
*Assistant Project Manager*                                 Duration: 7 Months
28,000 Square foot luxury clubhouse on a 6-acre site, complete with fitness center, ballrooms, indoor/outdoor pools, tennis facility and pool house. Total of five separate buildings. Produced a gross profit of 19 percent.

### Cobb County Parking Deck                               Project Value: $7,700,000
*Assistant Project Manager*                                 Duration: 12 Months
Five story 210,000 square foot, pre-cast parking deck.

### Johnnie B. Moore Towers II – Independent Living        Project Value: $4,200,000
*Assistant Project Manager/Project Manager*                 Duration: 10 Months
45,000 Square foot HUD independent living facility, with of 56 units and common area, access control, and complete site package including an underground detention pond.

### Sun City Peachtree Golf Clubhouse                      Project Value: $3,350,000
*Project Manager*                                           Duration: 6 Months
16,000 Square foot Golf Clubhouse, with basement storage for 72 golf carts, event dining, locker rooms, decorative wood trusses and fully functional restaurant and bar. Also includes two comfort stations on golf course and barn. Total of four separate buildings. $2000 per day early finish incentive, finished 30 days early with a gross profit of 24 percent.

### Consecrated Women's Residence at Pinecrest Academy     Project Value: $3,100,000
*Assistant Project Manager/Project Manager*                 Duration: 9 Months
23,000 Square foot multifamily residence housing 23 nuns, complete with commercial kitchen, and chapel.

### Projects under $2,000,000
*Pinecrest Academy Lower School Renovation*
*Brookhaven Christian Church Renovation*
*First Baptist Church Youth and Children Facility*
Little Lagoon Maintenance Dredging
BP Anchor Removal Program
BP Gabion Basket Removal
Dauphin Island, AL. Berm Construction

# Nick Pratt

Project Manager

## Areas of Expertise

DISASTER RESPONSE DEBRIS OPERATIONS; EMERGENCY PLANNING/MANAGEMENT; STRATEGIC PLANNING AND NEGOTIATIONS

## Disaster Debris Management Experience

CrowderGulf Disaster Recovery, Theodore AL                                    *2010-Present*
*Project Manager*
- Lead the planning and implementation of project.
- Facilitate the definition of project scope, goals and deliverables.
- Define project tasks and resource requirements.
- Assemble and coordinate project staff.
- Manage project budget.
- Manage project resource allocation.
- Plan and schedule project timelines.
- Track project deliverables using appropriate tools.
- Provide direction and support to project team.
- Quality assurance.
- Constantly monitor and report on progress of the project to all stakeholders.
- Present reports defining project progress, problems and solutions.
- Implement and manage project changes and interventions to achieve project outputs.
- Project evaluations and assessment of results
- Managed large site for BP oil spill response, involving 200 + pieces of heavy equipment as well as Hurricanes Irene & Isaac debris removal.

*Reference for City of Rocky Mount, NC*
Jonathan Boone, Public Works Director
252-872-1290, jboone@rockymounttnc.org

*Reference for BP*
Eddie Marshall
1245 Brandywine Lane, SE
Decatur, AL 35601
409-739-0554, eddie.marshall@bp.com

2011 Hurricane Irene Recovery, North Carolina & Virginia - *Debris removal and reduction after Hurricane Irene*

Edgecombe County, NC
Completion Date: 11/4/2011

Dee Waters, Purchasing Manager, 252-641-7888
Current Construction Value: $1,519,737

Town of Robersonville, NC
Completion Date: 10/3/2011

Libby Jenkins, Town Manager, 252-508-0311
Current Construction Value: $52 312

City of Rocky Mount, NC
Completion Date: 11/3/2011

Jonathan Boone, PW Director, 252-972-1290
Current Construction Value: $2,971,515

Town of Williamston, NC
Completion Date: 9/10/2011

Brent Kanipe, Director of Planning & Development, 252-792-5142 Ext.227
Current Construction Value: $129,325

2011 Tornado Recovery, Walker County, AL - *Debris removal and reduction after tornado*
USACE mission assigned contract CrowderGulf Prime sub for Phillips & Jordan
Completion Date: 8/2011

Clint Stephens, 828-479-3371
Current Construction Value: $3,303,475

2010 BP Deep Horizon Oil Spill Recovery Response, Gulf Waters & Beaches, AL, FL, MS -
*Oil Spill Response & Recovery, providing management, equipment, materials and personnel to recover, maintain and reclaim gulf coast beach areas*
BP Oil Exploration & Production / O'Brien's Response Management / Orange Beach. AL / Baldwin County, AL / Dauphin Island, AL
Jeremiah Jefferies – AL Operations Mgr, 251-518-1334
Completion Date: 8/20/2010

Current Construction Value. $129,390,001

Housing Demolition & Clearance, Prichard, AL - *Demolition, clearance & disposal of debris from approximately 39 properties*
City of Prichard, AL (CDBG Project)
Completion Date: 12/15/2010

Rob Bartlett, City of Prichard, 251-622-5635
Current Construction Value: $118,440

Baldwin County Dredging Maintenance, Baldwin County, AL - *Dredging of Little Lagoon Pass in Gulf Shores. AL on an as needed basis*
Alabama Department of Transportation (ALDOT)
Completion Date: 12/2013

Phillip Presley . Contact Manager, 251-989-6319
Current Construction Value: $1,284,000

CrowderGulf Disaster Recovery, Theodore AL                                    *2003-2006*
*Field Supervisor*
- Supervised teams during storm cleanup.
- Supervised debris reduction yards for Hurricane's Charlie. Ivan, Katrina, Rita.
- Consulted with local municipalities in regards to reduction and removal of storm debris.

*Resume*

Page 2
Nick Pratt

<u>2006 Ditch Cleaning & Debris Removal, Atmore, AL</u> - *Drainage Improvements throughout the City*

City of Atmore, AL
Completion Date: 8/16/2006

Current Construction Value: $93,262

<u>2005 Hurricane Wilma Recovery</u> - *Debris removal, reduction and disposal after Hurricane Wilma*

City of Pembroke Pines, FL
Completion Date: 1/20/2005

Shawn Denton, Director of Public Services, 954-437-1111
Current Construction Value: $11,752,000

City of West Palm Beach, FL
Completion Date: 1/11/2006

Ken Reardon, Assistant City Administrator, 561-644-7483
Current Construction Value: $3,333,174

City of Wilton Manors, FL
Completion Date: 10/29/2005-12/9/2005

David Archacki, EM Coordinator, 954-390-2190
Current Construction Value: $1,706,597

<u>2005 Hurricane Katrina Recovery</u> - *Debris removal, reduction and disposal after Hurricane Katrina*

Baldwin County, AL
Completion Date: 3/1/2006

Kimberly Creech, Director, Finance & Accounting, 251-937-0303
Current Construction Value: $3,748,310

City of Biloxi, MS
Completion Date: 5/23/2007

Jonathan Kiser, PE, Neel Schaffer, 228-374-1211
Current Construction Value: $17,395,715

City of Daphne, AL
Completion Date: 10/10/2005

Ken Eslava, Former Public Works Director, 251-928-8003
Current Construction Value: $642,000

City of Gulf Shores, AL
Completion Date: 2/20/2006

Mark Acreman, PE City Engineer, 251-968-1155
Current Construction Value: $7,147,306

Hancock County, MS , Removal & Disposal of Junked/Abandoned Vehicles
Completion Date: 6/25/2007

Travis McCoy, Neel-Schaffer, 601-948-3071
Current Construction Value: $360,000

Client: Harrison County, MS
Completion Date: 9/11/2005

Pamela Ulrich, Harrison Co Board of Supervisors, 1801 23rd Ave, Gulfport, MS 39502
Current Construction Value: $608,369

Jackson County, MS
Completion Date: 8/31/2006

Jonathan Kiser, PE, Neel Schaffer, 228-374-1211
Current Construction Value: $651,266

City of Orange Beach, AL
Completion Date: 8/30/2005

Phillip West, Environmental Manager
Current Construction Value: $265,701

City of Pascagoula, MS
Completion Date: 7/31/2010

Kay Keli, City Manager, 228-217-0330
Current Construction Value: $22,535,788

City of Pembroke Pines, FL
Completion Date: 9/16/2005

Shawn Denton, Director of Public Services, 954-437-1111
Current Construction Value: $730,000

City of Waveland, MS
Completion Date: 9/5/2005

Mayor Tommy Longo (now David Garcia), 228-467-4134
Current Construction Value: $145,066

<u>2005 Hurricane Dennis Recovery</u> - *Debris removal, reduction and disposal after Hurricane Dennis*

City of Atmore, AL
Completion Date: 4/18/2006

Nina Downing, Acting Clerk
Current Construction Value: $993,136

Baldwin County, AL
Completion Date: 8/27/2005

Kimberly Creech, Director, Finance & Accounting, 251-937-0303
Current Construction Value: $564,552

City of Destin, FL
Completion Date: 8/16/2005

Tim Pientinpol, Deputy Dir. Public Services, 850-837-6869
Current Construction Value: $350,945

<u>2004 Hurricane Ivan Recovery</u> - *Debris removal, reduction and disposal after Hurricane Ivan*

State of AL Dept of Conservation & Natural Resources
Completion Date: 12/23/2005

Terry Boyd, Director, 334-868-9851
Current Construction Value: $4,385,100

*Resume*

Page 3
Nick Pratt

| | |
|---|---|
| Baldwin County, AL<br>Completion Date: 4/15/2005 | Kimberly Creech, Director, Finance & Accounting, 251-937-0303<br>Current Construction Value $33,164,762 |
| City of Daphne, AL<br>Completion Date: 10/10/2005 | Ken Eslava, Former Public Works Director, 251-928-8003<br>Current Construction Value: $2,196,324 |
| Town of Loxley, AL<br>Completion Date: 11/28/2004 | Thomas Hudson<br>Current Construction Value: $718,154 |
| City of Robertsdale, AL<br>Completion Date: 11/24/2004 | Charles Murphy, Mayor, 251-947-8903<br>Current Construction Value: $1,475,614 |

## Additional Experience and Skills

## Zehendner Disaster Relief, Hamilton MO
### Supervisor
*2006-2010*

- Supervised the day to day operations of CrowderGulf's prime subcontractor.
- Managed fleet of large, self loading debris hauling trucks.
- Coordinated Safety program for disaster site workers
- Implemented maintenance program based on daily truck inspections
- Dispatched and routed trucks for Hurricane Ike debris removal.
- Managed Hurricane Ike, Wilma, and NY ice storm debris remediation.

<u>2008 Hurricane Ike Recovery, Texas, Alabama</u> - *Debris removal, reduction and disposal after Hurricane Ike*

| | |
|---|---|
| City of Alvin, TX<br>Completion Date: 12/18/2008 | David Kocurek, Public Safety Director, 281-388-4315<br>Current Construction Value: $2,485,571 |
| Brazona County, TX<br>Completion Date: 11/13/2008 | Stephanie Bradford, Data Specialist, 979-864-1265<br>Current Construction Value: $254,205 |
| Galveston County, TX<br>Completion Date: 9/12/2009 | Connie Nicholson, Grants Coordinator, 409-682-3139,<br>Current Construction Value: $64,145,785 |
| City of Kemah, TX<br>Completion Date: 8/14/2008 | R. W. Kerber, EMC / City Administrator, 281-334-1611<br>Current Construction Value: $1,562,035 |
| City of League City, TX<br>Completion Date: 1/10/2009 | Denny Holt, EMC, 281-554-1300<br>Current Construction Value: $4,108,866 |
| City of Pearland, TX<br>Completion Date: 1/23/2009 | Bill Eisen, City Manager, 281-652-1662<br>Current Construction Value: $4,638,531 |
| City of Santa Fe, TX<br>Completion Date: 10/26/2008 | Barry Cook EMC Chief of Police / Public Safety, 409-925-3092<br>Current Construction Value: $996,034 |
| Texas General Land Office<br>Completion Date: 2/15/2010 | Ben Au Architect Director, Construction Services, 512-436-6293<br>Current Construction Value: $27,167,674 |
| City of Texas City, TX<br>Completion Date: 10/27/2008 | Bruce Clawson, Emergency Manager, 409-643-5840<br>Current Construction Value: $3,578,002 |

<u>2006 Flood Recovery, New York</u> - *Debris removal, reduction and disposal after flooding from storms*

| | |
|---|---|
| Union Concrete Constructors, Erie & Genessee Counties, NY<br>Completion Date: 1/7/2007<br>Completion Date: 1/18/2007 | Jodi Osinski, UCC Constructors, Inc., 716-822-5755<br>Current Construction Value $4,480,345<br>Current Construction Value: $258,128 |

## Education

- University of South Alabama, Mobile, AL
  2000-2003

## Certifications & Achievements

- NIMS ICS 010, 011. 100.b, 100FDA, 100.hch, 100.leb, 100,pwb, 200.b. 394.a, 700.b. 800.b
- 40 hour HAZWOPER and Refresher; 30 hour OSHA Construction
- CPR and First Aid Certified

*Resume*

# Wilber Ledet

## Project Manager

## Areas of Expertise

DISASTER RESPONSE DEBRIS OPERATIONS; EMERGENCY PLANNING/MANAGEMENT/MARINE DEBRIS CLEAN-UP

## Relevant Qualifications

- Sixteen years of management experience in disaster recovery and marine debris.
- Expertise in managing stored vessel reclamation program.
- Assisted in the removal of hazardous substances from the vessels and coordinated their proper disposal.
- Sand removal, sand screening and beach berm construction, including sea oat replacement and right-of-entry program for sand reclamation on private property.
- Facilitated overall daily operations, training and safety programs on equipment for staff and customers.

## Disaster Debris Management Experience

### CrowderGulf, LLC – Theodore, AL

**Project Manager -** Hurricane Isaac - Dauphin Island, AL                     *September 2012 to Present*
Managed clearing road ways of sand and debris. Screening approximately 166,000 cubic yards of sand to remove debris and place sand back on beach.

**Supervisor -** Hurricane Isaac                                               *September 2012*
City of Pascagoula, Ms. - Removal of storm debris from right of ways.
City of Biloxi, Ms. - Removal of storm debris from right of ways.
City of Orange Beach, AL - Removal of debris from beaches.
Walton County FL. - Removal of debris from beaches.

**Project Manager -** BP MC252 Gulf Oil Spill - Baldwin County, AL          *May 2010 to February 2012*
Managed up to 800 Hazwoper certified responders. Managed both manual and mechanical removal of oil from all of the beaches in Baldwin Co. Alabama. Attended daily operation meetings with BP, US Coast Guard, Alabama Department of Environmental Management. Attended weekly planning meeting with BP operations to assist with plans for the clean up activities for the State of Alabama. July 2010 was appointed to BP's Waste Management Board, assisted in reducing the use of non recyclable plastic on the response.

*Reference for BP Oil Spill*
Mike Tucker
1245 Brandywine Lane, SE
Decatur, AL35601
251-382-4810, mike.tucker@bp.com

*Reference for BP Oil Spill*
Eddie Marshall
1245 Brandywine Lane, SE
Decatur, AL35601
409-739-0554, eddie.marshall@bp.com

**Supervisor -** Hurricane Ike                                               *January 2009 to November 2009*
Supervised removal of wet debris targets identified by sonar from West Galveston Bay, Tiki Island and Omega Bay, Texas. Chanel clean up of Dickinson and League City Texas. Located and removed sunken vessels in the same water ways. Stored vessels and removed all fluids and disposed of vessels. Disposal of vessels in Port Arthur and Orange Texas.

**Supervisor Strayham Construction -** Hurricane Ike                         *September 2008 to November 2008*
Supervised seven (7) curtain burn pits in Pearland Texas. Reduced by burning over 600,000 cubic yards of vegetative debris.

## Certifications

- FEMA Certifications:        *IS-00001, IS-00100.b, IS-00134, IS-00200.b. IS-00240.a, IS-00244.a,IS-00700.a, IS-00800.b, 40-Hr HazWoper, 30-Hr OSHA Construction Course*
- US Army Corps Of Engineers:  *Construction Quality Management for Contractors #784*

*Resume*

# Jason Zirlott

Project Manager

## Areas of Expertise

DISASTER RESPONSE DEBRIS OPERATIONS; MARINE DEBRIS CLEAN-UP; SIDE SCAN SONAR

## Disaster Debris Management Projects Completed

**CrowderGulf / Mobile, AL**                                                                 *2005-Present*

*Project Manager*
- Expertise in High Resolution Side Scan Sonar Operation
- Eleven Years experience in Marine Debris Detection and Removal
- Boat Captain over ten years
- Data Collection and Processing

### 2010 Hurricane Katrina
- High Resolution Side Scan Sonar, Lake Pontchartrain
- Water Debris Clean- Up, Lake Pontchartrain

### 2009 Hurricane Ike
- Texas Galveston Bay, Trinity Bay, Coast Line Side Scan Sonar
- High Resolution Side Scan Sonar, Louisiana, Caminada Bay
- Water Debris Clean-Up Texas, Sabine Pass

### 2008 Hurricane Rita, Calcasieu LA
- Vermillion Bay, High Resolution Side Scan Sonar

*Reference - LA Wildlife & Fisheries*
Leo Richardson        225-439-5578

### 2006/2007 Hurricane Katrina
- Mississippi Coast Line to Half Mile Job, water debris clean-up, High Resolution Side Scan Sonar
- Mississippi Half Mile to Four Mile Job, High Resolution Side Scan Sonar
- Louisiana, Lake Borgne, Lake Pontchartrain Middle Ground Side Scan Sonar
- Hurricane Rita, Lake Calcasieu Side Scan Sonar

### 2006 Hurricane Katrina
- Mississippi, Gulf Port Harbor Side Scan Sonar

### 2005 Hurricane Ivan & Katrina /Water Debris Clean-up
- Alabama Gulf Coast-line Little Lagoon Pass to Florida State Line Side Scan Sonar
- Little Lagoon, Fish River, Weeks Bay, Dauphin Island Side Scan Sonar

**Gulf Equipment / CrowderGulf / Mobile, AL**                                                    *2005*
*Project Manager*
- Supervised and performed Water Debris Removal

## Additional Experience

**Self Employed / Fowl River, AL**                                                              *2001-2005*
*Commercial Fisherman*
- Captain/Owner of Documented Vessel
- Navigating
- Operating Hydraulic Wenches
- Mechanical Engineer

## Certifications

Sea Scan PC, Chesapeake Technology Sonar Wiz, Intro to Hydrography, Comet, P-Sea Wind Plots, Sonar Wiz map 5, Map Source, GPS-Utility, CPR/First Aid, TWIC

*Resume*

# Dan Rackard

Marine Division Project Manager

## Areas of Expertise

DISASTER RESPONSE DEBRIS OPERATIONS; MARINE DEBRIS CLEAN-UP; SIDE SCAN SONAR

## Disaster Relief Operations

Participated in the following in varying degrees from Equipment Operator to Project Manager over the last 36 years:

- Hurricane Frederick, Iniki, George, Rita, Ivan, Katrina, Gustav, Ike, Irene, Isaac
- Earthquake – Incerlick, Turkey
- Forest Fires – Montana, Idaho
- Snow Storms – New York
- Ice Storm – Kansas City
- Flooding – Southern France, Korea
- Tornado – Limon, Colorado

## Disaster Debris Management Experience

### CrowderGulf

*March 2005-Present*

*Marine Division Project Manager*
Responsible for projects on open water and inland waterways, including wetlands, drainage canals and ditches. Primarily responsible for debris removal, work has included drainage restoration and wetland remediation, as well as dune construction, sand reclamation and beach re-nourishment. Managed over 30 jobs over 300,000 man hours and equipment hours without time lost accident. All jobs brought in ahead of schedule and under budgeted price.

*Matthews Marine/Gulf Equipment Ventures Project Manager*
*July 2006 - August 2007*
Managed 4 separate projects for the US Coast Guard ,involving marine debris removal from waters in the state of Mississippi. Work included working in sensitive wetland areas, as well as coastal waters. All projects were completed ahead of schedule.

2011 Hurricane Irene Recovery, NC Counties: Currituck, Bertie, Perquimans, Washington, Pasquotank, Dare, Camden, Gates, Northampton, Hertford, Chowan, Hyde, Tyrrell
NCDOT - *Debris removal and reduction after Hurricane Irene*   Jerry Jennings, Division Engineer, 252-482-7977
Completion Date: 10/22/2011                                    Current Construction Value: $1,073,062

2010 BP Deep Horizon Oil Spill Recovery Response, Gulf Waters & Beaches, AL, FL, MS
*Oil Spill Response & Recovery, providing management, equipment, materials and personnel to recover, maintain and reclaim gulf coast beach areas*
BP Oil Exploration & Production / O'Brien's Response Management / Orange Beach, AL/ Baldwin County, AL/
Dauphin Island, AL                                             Jeremiah Jefferies – AL Operations Mgr, 251-518-1334
Completion Date: 8/20/2010                                    Current Construction Value: $129,390,001

Housing Demolition & Clearance, Prichard, AL
City of Prichard, AL (CDBG Project) - *Demolition, clearance & disposal of debris from approximately 39 properties*
Completion Date: 12/15/2010                                    Rob Bartlett, City of Prichard, 251-622-5635
                                                              Current Construction Value: $118,440

Lake Ponchatrain Plane Recovery, Lake Ponchatrain, LA
U.S. Navy - *Recovered a plane at the bottom of Lake Ponchatrain*
Completion Date: 01/23/2010                                    CDR John Hensel, 850-696-9500
                                                              Current Construction Value: $3,500

Baldwin County Dredging Maintenance, Baldwin County, AL
Alabama Department of Transportation (ALDOT) - *Dredging of Little Lagoon Pass in Gulf Shores, AL on an as needed basis*
Completion Date: 12/2013                                       Phillip Presley , Contact Manager, 251-989-6319
                                                              Current Construction Value: $1,284,000

2009 Tropical Storm Ida Recovery, Dauphin Island, AL
Town of Dauphin Island, AL - *Emergency PUSH, sand screening and beach reclamation after Tropical Storm Ida*
Jeff Collier, Mayor, 251-861-5525
Completion Date: 4/12/2010
                                                              Current Construction Value: $922,471

*Resume*

2008 Hurricane Gustav Recovery, Dauphin Island, AL
Town of Dauphin Island, AL - *Emergency PUSH and various repair/improvement after Hurricane Gustav*
Jeff Collier, Mayor, 251-861-5525
Completion Date: 9/10/2008
Current Construction Value: $53,313

2008 Hurricane Ike Recovery, Texas, Alabama - *Debris removal, reduction and disposal after Hurricane Ike*
City of Bayou Vista, TX
Completion Date: 10/29/2008
Chief Ed Lucas, Chief of Police, 409-935-0449
Current Construction Value: $798,580

City of Beaumont, TX
Completion Date: 4/15/2009
Kyle Hayes, City Manager, 409-880-3708
Current Construction Value: $11,948,522

City of Clear Lake Shores, TX
Completion Date: 10/7/2009
Paul Shelley, City Administrator, 281-334-2799
Current Construction Value: $633,545

Town of Dauphin Island, AL
Completion Date: 3/13/2009
Jeff Collier, Mayor, 251-861-5525
Current Construction Value: $3,245,527

City of Dickinson, TX
Completion Date: 2/3/2009
Captain Steve Krone, 281-377-2489
Current Construction Value: $2,309,107

City of Friendswood, TX
Completion Date: 1/13/2009
Mr. Terry Byrd, EMC, Fire Marshall, 281-996-3335
Current Construction Value: $4,054,033

City of Kemah, TX
Completion Date: 8/14/2009
R. W. Kerber, EMC / City Administrator, 281-334-1611
Current Construction Value: $1,562,035

City of LaMarque, TX
Completion Date: 1/21/2009
Todd Zacherl, Fire Chief, 409-938-9261
Current Construction Value: $1,875,469

City of League City, TX
Completion Date: 1/10/2009
Denny Holt, EMC, 281-554-1300
Current Construction Value: $4,108,866

Texas General Land Office
Completion Date: 2/15/2010
Ben Au, Architect Director, Construction Services, 512-436-6293
Current Construction Value: $27,167,674

Village of Tiki Island, TX
Completion Date: 3/23/2009
Tim Cullather, Emergency Management, 409-938-4932
Current Construction Value: $917,649

Red Drift Algae Beach Cleanup, Sanibel Island, FL - *Hand-Rake and removed red drift algae from beach*
City of Sanibel Island, FL
Completion Date: 2/18/2007
Gates Castle, Public Works Director, 239-472-6397
Current Construction Value: $65,716

Ditch Cleaning & Debris Removal, Atmore, AL - *Drainage improvements throughout the City*
City of Atmore, AL
Completion Date: 8/16/2006
Current Construction Value: $93,262

2005 Hurricane Rita Recovery, Dickinson, TX - *Emergency PUSH and debris removal after Hurricane Rita*
City of Dickinson, TX
Completion Date: 10/18/2005
Ivan Langford, City Administrator
Current Construction Value: $92,554

2005 Hurricane Wilma Recovery, Florida -
*Waterway debris removal and drainage improvements after Hurricane Wilma*
Collier County, FL
Completion Date: 9/10/2006
Ms. Margaret Bishop, PE, Senior Project Manager, 239-213-5897
Current Construction Value: $2,508,500

Lee County, FL
Completion Date: 6/4/2006
John Wilson, Public Safety Director, 239-533-3905
Current Construction Value: $8,386,000

2005 Hurricane Katrina Recovery, Alabama & Mississippi -
*Debris removal and recovery after Hurricane Katrina; Demolition projects and disposal of asbestos;*
Baldwin County, AL
Completion Date: 3/1/2006
Kimberly Creech, Director, Finance & Accounting, 251-937-0303
Current Construction Value: $3,748,310

City of Biloxi, MS
Completion Date: 5/23/2007
Jonathan Kiser, PE, Neel Schaffer , 228-374-1211
Current Construction Value: $17,395,715

City of Gulf Shores, AL
Completion Date: 2/20/2006
Mark Acreman, PE City Engineer, 251-968-1155
Current Construction Value: $7,147,306

*Resume*

City of Gulfport, MS
Completion Date: 9/20/2006

Bill Powell, Director of Engineering, 228-868-5815
Current Construction Value: $10,282,357

Hancock County, MS -
*Removal & Disposal of Junked/Abandoned Vehicles*
Completion Date: 6/25/2007

Travis McCoy, Neel-Schaffer, 601-948-3071
Current Construction Value: $360,000

Harrison County, MS
Completion Date: 9/11/2005

Pamela Ulrich, Harrison Co Board of Supervisors
Current Construction Value: $608,369

State of Louisiana Dept. of Wildlife & Fisheries
Completion Date: 1/16/2011

Martin Bourgeois, Marine Fisheries Biologist, 225-765-2401
Current Construction Value: $5,143,200

City of Orange Beach, AL
Completion Date: 8/30/2011

Phillip West, Environmental Manager
Current Construction Value: $265,701

City of Pascagoula, MS
Completion Date: 7/31/2010

Kay Kell, City Manager, 228-217-0330
Current Construction Value: $22,535,788

2005 Hurricane Dennis Recovery, Florida & Alabama - *Debris removal and disposal, after Hurricane Dennis*

City of Atmore, AL
Completion Date: 4/18/2006

Nina Downing, Acting Clerk
Current Construction Value: $993,136

Baldwin County, AL
Completion Date: 8/27/2005

Kimberly Creech, Director, Finance & Accounting, 251-937-0303
Current Construction Value: $564,552

Escambia County, FL
Completion Date: 11/9/2007

Richard Noyes, Chief of Operations, Parks & Recreation Department, 850-475-5220
Current Construction Value: $6,413,449

City of Flomaton, AL
Completion Date: 8/19/2005

Nina Downing, Acting Clerk
Current Construction Value: $62,883

## Additional Experience and Skills

### City of Gulf Shores

*Contract Labor Supervisor*                                        *September 2004 - March 2005*
- Supervised a 20 man labor crew in debris removal within the City of Gulf Shores following Hurricane Ivan.

*Superintendent Streets and Drainage*                              *July 1988 - April 2001*
- Supervised 16 person city work crew in maintaining all streets and drainage for the city.  Managed an 11 million dollar operating budget

### University of West Florida

*Engineering Construction Management*                              *September 2004 - March 2005*
- Student

### U. S. Army

*First Sergeant*                                                   *July 1976 - April 1998*
- Senior non-commissioned officer of a 250 man construction engineer company.  Primarily responsible for the training, health, welfare and morale of a forward deployed, heavy construction engineer company.
- Military Awards:  Legion of Merit; (2) Meritorious Service Medals; (5) Army Commendation Medals; Numerous Campaign and Service Medals; Bronze De Fleury Medal

## Education & Certifications

| | | | |
|---|---|---|---|
| *2012* | NIMS Certified | *2012* | Chesapeake Technology Sonar Wiz |
| | Completed over 150 FEMA Courses | | Introduction to Hydrography |
| | Asbestos Supervisor | | Ocean Acoustics |
| | Mold Removal Specialist | | CPR/First Aid |
| | Watershed Management | | Cold Weather Safety |
| | Landfill Operators Basic | | Padi-Dive Master |
| | C&D Debris Management | *2008* | Construction Quality Management |
| | Demolition Safety | *1991* | U. S. Army First Sergeants Course |
| | Hazardous/toxic Waste Management | *1985* | U. S. Army Advance Engineer Course |
| | Sea Scan PC | *1984* | St. Thomas Aquinas College AA Business |

*Resume*

# Jeff Zemlik

Safety Manager

## Areas of Expertise

DISASTER RESPONSE DEBRIS OPERATIONS SAFETY; EMERGENCY PLANNING/MANAGEMENT; SAFETY PLANNING AND POLICY IMPLEMENTATION

## Relevant Qualifications

- Nine years of experience in Safety Management.
- Possesses ability to strategically plan and execute all phases of construction safety.
- Uses effective management strategies to maintain safety budgets based on both project and yearly goals.
- Skilled at learning new concepts quickly, working well under pressure, and communicating ideas clearly and effectively, as well as implementing standardized policies and procedures.
- Extremely flexible with last minute changes and additions to maximize customer satisfaction and employee safety.
- Proven ability to maintain stellar relations with both employee's and clients.
- Completed over 1.5 million hours of safe work during large scale disaster cleanup operations.

## Disaster Debris Management Experience

### CrowderGulf

May 28th, 2010-Present

*Safety Consultant, Site Lead, Safety Manager*
- Reviewed, evaluated, and analyzed work environments, design programs and procedures to control, eliminate, and prevent disease or injury caused by chemical, physical, and biological agents in the arena of environmental safety, marine operations, and general site safety.
- Created and implemented safety procedure and policy, as well as created all original safety plans specifically pertaining to the individual job or project.
- Conducted inspections and enforced adherence to laws and regulations.
- Held daily safety meetings concerning various topics of personnel safety and training.
- Monitored the JSA process, including storage both physically and electronically.
- Monitored all forms of documentation and document preservation.
- Followed through with incident investigation to ensure that all required policies were followed. Trained, motivated and managed team of up to 16 safety observers.
- Aggressively case managed all cases of injury.
- Issued permit to work, lift permits, hot-work permits, LO/TO program and ground disturbance permits.
- Adjunct Hazwoper instructor for over 240 employees'.

### 2012 Hurricane Isaac Cleanup
Debris removal and reduction after Hurricane Isaac for the cities of Pascagoula, Gulf Port, and Biloxi in Mississippi with no first aid or OSHA recordable incidents.

### 2011 Hurricane Irene Recovery, North Carolina & Virginia
Debris removal and reduction after Hurricane Irene for over 20 municipalities in the North Carolina and Virginia area with no first aid or OSHA recordable incidents.

*Reference* - City of Rocky Mount, NC
Jonathan Boone, Public Works Director
252-972-1290
Construction Value $2,971,515

### 2010 BP Deep Horizon Oil Spill Recovery Response, Gulf Waters & Beaches, AL, FL, MS
Oil Spill Response & Recovery, providing management, equipment, materials and personnel to recover, maintain and reclaim gulf coast beach areas; BP Oil Exploration & Production/ O'Brien's Response Management/ Orange Beach, AL/ Baldwin County, AL/ Dauphin Island, AL

*Reference* - BP
Jeremiah Jefferies, AL Operations Manager
251-518-1334
Construction Value $129,390,001

*Jeff Zemlik*

Page 2
Jeff Zemlik

## Additional Experience and Skills

**Marriott - Hutchinson Island, Stuart, FL  (772)225-3700**
Director of Banquets                                                          **2006 to 2008**
Created and monitored Chemical Hazard Communication area in compliance with OSHA [29CFR 1910.1200 App E]. Educated associates on proper labeling of hazardous chemicals and knowledge of Material Safety Data Sheets. Created communication board to inform workers of potential hazards. Kept all places of employment clean and orderly and in sanitary condition. Walking/Working Surfaces Standard [29 CFR 1910.22(a)(1)]. Kept floors clean and dry. Where wet processes are used, maintain drainage, and provided false floors, platforms, mats, or other dry standing places where practicable [29 CFR 1910.22(a)(2)]. Created programs to allow associates to purchase Safety shoes[29 CFR 1910.22-30] and have the cost of shoes deducted from employee's payroll. Safety Committee Chair 2007-2008

**Hilton Clearwater Beach - Clearwater Beach, FL**
Assistant Banquet Manager                                                    **2003 to 2006**
Created and monitored Chemical Hazard Communication area in compliance with OSHA[29 CFR 1910.1200. Educated associates on proper labeling of hazardous chemicals and knowledge of Material Safety Data Sheets. Created communication board to inform workers of potential hazards. Kept all places of employment clean and orderly and in a sanitary condition. Walking/Working Surfaces Standard [29 CFR 1910.22(a)(1)]. Keep floors clean and dry. Where wet processes are used, maintain drainage, and provide false floors, platforms, mats, or other dry standing places where practicable 29 CFR [1910.22(a)(2)]. C.A.R.E. committee chair, 2004

**Arrow Equipment/United Rentals - Chicago, IL**
Sales/Acting Branch Manager                                                  **2001 to 2002**
Sold, service and maintained trench support equipment in compliance with OSHA [29 CFR 1926.650 - 652]. Sold and advised on various PPE (including but not limited to respirators, hard hats, safety glasses, safety gloves) equipment in accordance with OSHA [ 29 CFR 1910.132-.140]. Conducted safety training and education programs, and demonstrated the use of safety equipment.

**Rite Way Masonry – Chicago, IL**
Safety Manager                                                               **1995 to 2001**
Monitored for any and all safety concerns. Conducted weekly safety audits for OSHA compliance. Conducted weekly safety meeting, daily toolbox meetings, as well as created and preserved JSA and risk assessment. Instructed masons and labors on MSDS for various chemicals as well as any immediate safety related items. Created safety policy and procedure in regards to Off Road Forklift use (Pettibone).

## Education

- A.A. Concentration Organizational Management       Indian River State College, Ft. Pierce, Florida
- B.A. Occupational Health and Safety          Columbia Southern, Gulf Shores, Alabama(currently Enrolled)

## Certifications

- 40 Hour Hazwoper Certificate,
- SONS & TWIC
- OSHA 10 Hour General Industry
- OSHA 30 Construction
- OSHA 510 & 500
- ICS 100, ICS 200, ICS 300, ICS 400, ICS 700, ICS 800, ICS 240
- Leadership & Influence,
- DOT Supervisor,
- Root Cause and Incident Training
- U.S.A.C.E Construction Quality Management
- U.S.A.C.E. 385-1-1 40 hour

*Jeff Zemlik*

# Mike Moulder

Project Manager

## Areas of Expertise

DISASTER RECOVER AND DEBRIS MANAGEMENT OPERATIONS / MARINE DEBRIS CLEAN-UP

## Professional Qualifications

- Supervise workers engaged in receiving, storing, testing, and shipping products or materials.
- Interview, select, and train all types of personnel.
- Plan, develop, or implement workplace safety and security programs and activities.
- Direct implementation of correspondences, reports, operations, maintenance, and safety manuals.
- Issue shipping instructions and provide routing information to ensure that delivery times and locations are coordinated.
- Confer with department heads to coordinate workplace activities, such as production, sales, records control, or purchasing.
- Review invoices, work orders, consumption reports, or demand forecasts to estimate peak delivery periods and to issue work assignments.
- Inspect physical conditions of workplace, vehicle fleets, or equipment and order testing, maintenance, repairs, or replacements.
- Schedule or monitor air or surface pickup, delivery, or distribution of products or materials.

Reference
Dare County, NC
Clyde Guard, Assistant Public Works Director
252-475-5843

## Disaster Debris Management Experience

**CrowderGulf Disaster Recovery & Debris Management**, Theodore, AL                2005-2012
Serving as the single point of contact for Projects I took responsibility for all aspects of the development and implementation of assigned projects. Hiring, Training and Managing all employees, Conducted project and safety meetings. Prepared briefings and program status reports for DAO and local government officials, Coordinating all day to day activities, Ensuring adherence to reviewed project deliverables. Managed the integration of vendor tasks as well as tracked and reviewed vendor deliverables. Provided technical and analytical guidance to project team. Recommended and took action to direct the analysis and solutions of all problems.

| | | | |
|---|---|---|---|
| Project Manager | Hurricane Isaac | Key West, FL | 2012 |
| Project Manager | Hurricane Irene | Hatteras Island, NC | 2011 |
| TDRS Manager | Joplin Tornado | Joplin, MO | 2011 |
| Project Manager | B.P. Dredging Operations | Gulf Shores, AL | 2010 |
| Project Manager | Sonar and Debris Removal | New Orleans, LA | 2009 |
| Project Supervisor | Waterway Debris Removal | Sabine Lake Port Arthur, TX | 2008 |
| Project Manager | Hurricane Ike | Beaumont, TX | 2008 |
| Project Manager | Hurricane Katrina | Lafourche Parish, LA - USCG | 2005 |
| Project Supervisor | Hurricane Rita | Jefferson County, TX | 2005 |

**New Image Promotions, Inc.,** Owner and Operations Manager, Panama City, FL                2000-2009
Customer Relations: Royal America Management, Berg Pipe, EB Pipe Coating, St. Joe Company, Bay County Government Agencies, Spinnaker Night Club, and many others.

**Dobbs Appliance Repair,** Co-Owner                2004-2008

**Moulder & Sons Mobile Homes,** Lot Manager                1995-2000

**Moulder's Mobile Home Park,** Owner                1991-2005

**G.M.I. Industries (Century Boats)**, Plant Supervisor/Manager                1989-1993

## Certifications and Credentials Held

OSHA 30 Hour Construction Industry, 40 Hour Hazwoper, Basic CPR/FA/BBP, Sonar Wiz Certified, PADI open water diver, Safety Plus cold weather awareness, Introduction to Hydrography, Introduction to Ocean Acoustics FEMA IS-00001, IS-00007, IS-00016, IS-00100, IS-00102, IS-00200, IS-00208, IS-00240, IS-00241, IS-00242, IS-00292, IS-00630, IS-00632, IS-00700, IS-00800B, TWIC Card, SONS Contractor Card, PEC Premier Card, Florida Drivers License

*Resume*

**DOUGLAS E. NELSON**
Weeks Marine, Inc.
304 Gaille Drive
Innwoods Business Park
Covington, LA 70433

SUMMARY:

| | |
|---|---|
| 1993 - Present | Weeks Marine, Inc. - Superintendent/CQC Systems Manager/Assistant CQC Systems Manager/Project Manager/Operations Manager |
| | Responsible for the Contract performance. Resolves any problem that cannot be resolved on the project by the Quality Control System Manager and his staff. Has the authority to sign the daily quality control reports. Overall supervision of all contract aspects, dredge and engineering personnel and subcontractors |
| | Extensive experience in bucket machine operations, land surveying, hydrographic surveying, quality control management and reporting. |
| 1985 - 1993 | American Dredging Co., Superintendent |
| | Duties consisted of monitoring safety regulations and holding weekly safety meetings, communicating with the Contracting Officers and Government agencies, fluent in Quality Control and Daily Dredging reports. |

EDUCATION:

| | |
|---|---|
| 1985 | Graduate – Bachelor of Science, Massachusetts Maritime Academy Marine Transport |
| February 14, 2008 | Completed the U. S. Corps of Engineers Construction Quality Management for Contractors course |
| March 2012 | Completed the U.S. Army Corps of Engineers Beach Nourishment Archaeological Monitoring Course |

**WORK EXPERIENCE:**

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W912BU-12-C-0046 300,000 cubic yards $7,739,650.00 | Cape May, New Jersey Beachfill Philadelphia District | Project Manager |

DOUGLAS E. NELSON
Resume
Page 2
**WORK EXPERIENCE:** (Cont'd)

Contract Number/
Cubic Yards/

| Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W912BU-11-C-0034<br>1,375,000 cubic yards<br>$15,951,321.00 | Absecon to Great Egg Harbor<br>Atlantic City & Ventnor City, NJ<br>Beachfill, Philadelphia District | Project Manager |
| Private<br>1,005,457 cubic yards<br>$11,793,995.55 | 2011 Strathmere and Sea Isle City<br>Beachfill<br>New Jersey | Project Manager |
| W912BU-11-C-0010<br>321,000 cubic yards<br>$4,144,165.00 | Long Beach Island – Surf City<br>Philadelphia District<br>Beachfill | Project Manager |
| W912HY-10-C-0030<br>4,458,000 cubic yards<br>$11,519,500.00 | Sabine-Neches Waterway<br>Pipeline Dredging<br>Galveston District | Project Manager |
| Private<br>18,367 cubic yards<br>$174,900.00 | KC Railroad Dock, TX<br>Maintenance Dredging | Project Manager |
| Private<br>Rental<br>$277,750.00 | Motiva Docks, TX<br>Maintenance Dredging | Project Manager |
| Private<br>Rental | Emergency Barrier Berm Project<br>Pelican Island, LA | Project Manager |
| W912BU-09-C-0046<br>2,700,000 cubic yards<br>$23,623,070.00 | Long Beach Island-Harvey Cedars, NJ<br>Philadelphia District<br>Beachfill | Project Manager |
| W912DS-09-C-0009<br>133,525 cubic yards<br>$1,481,955.00 | Sandy Hook Channel<br>New York Harbor, NY | Project Manager |
| W912BU-08-C-0042<br>950,000 cubic yards<br>$8,505,000.00 | Dewey Beach, Delaware<br>Beachfill<br>Philadelphia District | Project Manager |
| W912HN-08-C-0037<br>650,000 cubic yards<br>$6,802,000.00 | Dare County, NC<br>Oregon Inlet<br>Wilmington District | Project Manager |

**WORK EXPERIENCE:** (Cont'd)

DOUGLAS E. NELSON
Resume
Page 3

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
| --- | --- | --- |
| Private 845,000 cubic yards $8,386,850.00 | Isle of Palms, SC Beach Restoration | Project Manager |
| W912BU-07-C-0017 3,437,200 cubic yards $21,290,915.00 | Bethany Beach & S. Bethany Beach,DE - Beachfill Philadelphia District | Project Manager |
| Private 70,000 cubic yards $430,500.00 | Middlesex Beach, DE Beachfill | Project Manager |
| Private 350,000 cubic yards $2,152,500.00 | Sea Colony Beach, DE Beachfill | Project Manager |
| W912HP-05-C-0003 2,338,000 cubic yards $12,115,200.00 | Folly Beach Beachfill Charleston District | Project Manager |
| Private 4,615,572 cubic yards $18,600,937.40 | APM Terminals Maintenance | Project Manager |
| Private 1,006,000 cubic yards $9,888,470.00 | Bogue Inlet, NC Erosion Response Project | Project Manager |
| W912PM-04-C-0015 906,000 cubic yards $4,630,400.00 | Oregon Inlet, NC Maintenance Wilmington District | Project Manager |
| DACW61-03-C-0014 600,000 cubic yards $8,859,000.00 | Ocean City, New Jersey Maintenance, Philadelphia District | Project Manager |
| DACW54-03-C-0015 Rental $4,485,975.00 | Oregon Inlet Maintenance, Wilmington District | Project Manager |
| Private 833,000 cubic yards $3,985,475.00 | Stump Pass, Port Charlotte, FL Maintenance | Project Manager |

**WORK EXPERIENCE:** (Cont'd)

Contract Number/

DOUGLAS E. NELSON
Resume
Page 4

| Cubic Yards/<br>Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| | Poplar Island<br>Maintenance<br>Baltimore District | Operations Manager<br>Clamshell Group |
| DACW31-02-C-0005<br>4,600,000 cubic yards<br>$23,500,000.00 | Baltimore Harbor Channel<br>New Work,<br>Baltimore District | Operations Manager<br>Clamshell Group |
| DACW17-00-C-0029<br>633,833 cubic yards<br>$8,517,487.90 | St. Petersburg Harbor<br>Maintenance,<br>Jacksonville District | Operations Manager<br>Clamshell Group |
| | Little Creek Naval Base<br>Maintenance<br>US Navy | Operations Manager<br>Clamshell Group |
| | KVK 4A<br>New Work<br>New York District | Operations Manager<br>Clamshell Group |
| | World Trade Center<br>Emergency Dredging<br>New York District | Operations Manager<br>Clamshell Group |
| | Red Hook<br>Maintenance<br>New York District | Operations Manager<br>Clamshell Group |
| | NY, NJ Port Authority<br>Maintenance | Project Manager/<br>Operations Manager |

**RICHARD JAMES**
Weeks Marine, Inc.
304 Gaille Drive
Innwoods Business Park
Covington, LA 70433

SUMMARY:

| 1996 – Present | - | Weeks Marine, Inc. – Superintendent/Project Manager/ CQC Manager/Assistant Project Manager/QC Representative |

Responsible for the Contract performance. Overall supervision of all contract aspects, dredge and engineering personnel and subcontractors. Resolves any problem that cannot be resolved on the project by the Quality Control System Manager and his staff. Has the authority to sign the daily quality control reports.

**QC Manager**    Duties:
-Review of contract plans, specifications and contract requirements to insure proper implementation of methods for project Quality Control.
-Project QC oversight to ensure contract compliance for all definable features of work including but not limited to hydrographic surveys, dredge location control, daily reports, three-phase QC meeting implementation, water quality monitoring and reporting, safety compliance, inspection, and deficiency tracking in QCS.
-Knowledge and understanding of basic survey data acquisition and post data processing and ability to analyze the processed data. Understand GPS, Heave and Swell compensator, Hypack, and automated tide gauge systems.
-Familiar with dredging and disposal operations for hopper, pipeline or clamshell dredges.
-Familiar with DQM (Silent Inspector) system for hopper dredges including system components for data acquisition, raw data forwarding methods, raw data parsing, data review and analysis.

| 1995 – 1996 | - | Weeks Marine, Inc, - Corporate Safety Director |

| 1994 – 1995 | - | Weeks Marine, Inc. - Administrative Coordinator |

| 2/1993 – 11/1993 - | Bean/Weeks J.V. – CQC Representative |

| 1991 – 1993 | - | Suburban Propane – Manager – Business Development |

| 1985 – 1991 | - | Petrolane Gas Service – Area Manager/District Manager |

| 1975 – 1985 | - | Pyrofax Gas Corporation – Branch Manager/Service Manager/Serviceman |

**RICHARD JAMES**
Resume
Page 2

EDUCATION:

| August 13, 2009 | - | Completed the U. S. Corps of Engineers Construction Quality Management for Contractors course |
| 1987 | - | Stockton State College<br>B. S. in Business Administration |
| 1970 | - | Graduate – Cumberland County College,<br>A.S. in Accounting |

WORK EXPERIENCE:

| Contract Number/<br>Cubic Yards/<br>Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W912EP-12-C-0021<br>453,000 cubic yards<br>$6,383,250.00 | Jacksonville Harbor<br>Maintenance Dredging<br>Jacksonville District | Project Manager<br>Quality Control Manager |
| W912BU-12-C-0046<br>300,000 cubic yards<br>$7,739,650.00 | Cape May, New Jersey<br>Beachfill<br>Philadelphia District | Project Manager<br>Quality Control Manager |
| W912HP-12-C-0002<br>1,320,000 cubic yards<br>$6,890,000.00 | Lower Charleston Harbor<br>& Wando<br>Charleston District | Project Manager<br>Quality Control Inspector |
| W912DS-12-C-0002<br>400,545 cubic yards<br>$6,450,283.75 | Sandy Hook Channel<br>Maintenance Dredging<br>New York District | Project Manager |
| W912DS-11-C-0024<br>809,000 cubic yards<br>$12,913,250.00 | Monmouth Beach, NJ<br>Beach Renourishment<br>New York District | Quality Control Manager |
| W912BU-11-C-0010<br>321,000 cubic yards<br>$4,144,165.00 | Long Beach Island – Surf City<br>Philadelphia District<br>Beachfill | Quality Control Manager |
| W912HP-11-C-0002<br>1,530,000 cubic yards<br>$6,170,250.00 | Charleston Harbor, SC<br>Maintenance Dredging<br>Charleston District | Project Manager |

**RICHARD JAMES**
Resume
Page 3

<u>**WORK EXPERIENCE:**</u> (Cont'd)

| Contract Number/ Cubic Yards/ <u>Total Contract Amount</u> | <u>Contract Name/Corps District</u> | <u>Position</u> |
|---|---|---|
| N40085-10-C-7213 495,290 cubic yards $5,838,058.50 | Little Creek, VA Bucket Dredging | Project Manager |
| Private Rental | Emergency Barrier Berm Project Pelican Island, LA | Project Manager Quality Control Manager |
| W912BU-09-C-0046 2,700,000 cubic yards $23,623,070.00 | Long Beach Island, NJ Harvey Cedars Philadelphia District, Beachfill | Quality Control Manager |
| W912DS-09-C-0009 133,525 cubic yards $1,481,955.00 | Sandy Hook Channel New York Harbor, NY | Project Manager |
| W912BU-08-C-0042 950,000 cubic yards $8,505,000.00 | Dewey Beach, Delaware Beachfill Philadelphia District | Project Manager Alt CQC Manager |
| W912DS-08-C-0023 960,000 cubic yards $12,050,350.00 | Long Branch, NJ Beach Erosion Control New York District | Project Manager Alt. CQC Manager |
| Private 4,687,000 cubic yards $42,627,300.00 | Seagirt & Dundalk Baltimore, MD | Project Manager |
| W912BU-06-C-0022 729,000 cubic yards $4,768,350.00 | Upper Chesapeake Maintenance Philadelphia District | Project Manager |
| W912EP-05-C-0021 1,950,000 cubic yards $10,671,100.00 | Canaveral, FL Multi-Year Maintenance Dredging Jacksonville District | Project Manager CQC Manager |

**RICHARD JAMES**
Resume
Page 4

**WORK EXPERIENCE:** (Cont'd)

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W912DR-05-C-0032 3,011,700 cubic yards $21,629,280.00 | Baltimore Harbor Maintenance | Alternate CQC Systems Manager |
| W912EP-05-C-0021 1,950,000 cubic yards $10,671,100.00 | Canaveral, FL Multi-Year Maintenance Dredging Jacksonville District | Project Manager CQC Manager |
| W912BU-04-C-0019 2,018,100 cubic yards $12,778,106.20 | Cape May, NJ Maintenance Norfolk District | CQC Systems Manager |
| DACW31-03-C-0047 1,731,500 cubic yards $10,213,750.00 | Baltimore Harbor & Channels Maintenance, Baltimore District | Superintendent/ Project Supervisor |
| DACW31-02-C-0005 2,329,620 cubic yards $22,309,258.50 | Baltimore Harbor Channel Maintenance, Baltimore District | Superintendent/ Project Supervisor |
| DACW31-02-C-0052 191,026 cubic yards | Poplar Island | Superintendent/ Project Supervisor |
| Private Rock $3,334,000.00 | Hillsboro Inlet, FL Dredging Rock, Jacksonville District | Asst. Project Manager |
| Private 445,500 cubic yards $4,000,000.00 | Jaxport New Work | Asst. Project Manager |
| Private 2,005,000 cubic yards $7,776,750.00 | So. Amelia Island, FL Beach Renourishment, Jacksonville District | CQC Manager |
| DACW54-02-C-0002 1,446,000 cubic yards $3,879,080.00 | Wrightsville & Masonboro Beaches, Maintenance and Beach Renourishment, Wilmington District | CQC Manager |

**RICHARD JAMES**
Resume
Page 5

<u>**WORK EXPERIENCE:**</u> (Cont'd)
Contract Number/
Cubic Yards/

| <u>Total Contract Amount</u> | <u>Contract Name/Corps District</u> | <u>Position</u> |
|---|---|---|
| DACW61-02-C-0018<br>133,677 cubic yards<br>$889,604.90 | Fairless Turning Basin,<br>Maintenance,<br>Philadelphia District | CQC Manager |
| DACW51-99-C-0023<br>3,100,000 cubic yards | Asbury to Manasquan<br>Beach Erosion Control<br>New York District | CQC Manager |
| DACW51-98-C-0079<br>4,000,000 cubic yards | Atlantic Coast of NJ<br>Beach Erosion Control<br>New York District | CQC Manager |
| DACW51-94-C-0008<br>5,000,000 cubic yards | Atlantic Coast of NJ<br>Beach Erosion Control<br>New York District | CQC Representative |
| DACW31-93-C-0110<br>2.3 million cubic yards<br>$10,000,000.00 | Baltimore Harbor & Channels<br>Maintenance<br>Baltimore District | CQC Representative |
| DACW29-93-C-0028<br>10.8 million cubic yards<br>$7,300.000.00 | Mississippi River Gulf Outlet<br>Maintenance,<br>New Orleans District | CQC Representative |
| Private<br>2.7 million cubic yards<br>$5,000,000.00 | Longboat Key,<br>Beach Restoration | CQC Representative |

**E. DEAN ROBINSON**
Weeks Marine, Inc
304 Gaille Drive
Innwoods Business Park
Covington, LA 70433

SUMMARY:

5/1998 - Present  -    Weeks Marine, Inc. – Project Superintendent/Project Manager/
CQC System Manager

Responsible for the Contract performance. Resolves any problem that
cannot be resolved on the project by the Quality Control System
Manager and his staff. Has the authority to sign the daily quality
control reports. Overall supervision of all contract aspects, dredge and
engineering personnel and subcontractors.

Project Manager/General Superintendent/Contractor Quality Control
Manager on projects in Norfolk, Galveston, Jacksonville, Philadelphia,
Mobile, Savannah, New York and Wilmington Districts.  Experience in
land surveying, hydrographic surveying, quality control management
and reporting.

1984 - 1998      -    Gulf Coast Trailing Company, Project Manager

Began as a field engineer learning hydrograhic surveying, procuring
supplies for the dredges and preparing reports for the U. S. Army
Corps of Engineers and record keeping.  Worked as project manager
in charge of dredging and beach renourishment on projects for both
the U. S. Army Corps of Engineers and private interest.

Responsible for all aspects of the job including accuracy of surveys,
dredge production, supervision of any subcontractors, and
coordination of the project with local and federal environmental
agencies and other concerned groups.  Worked closely with the
government contracting officer or private concern to ensure properly
managed operations with profitable results for the company and a
successful, on time, job completion for the clients.

1983 – 1984      -    Hose Weaver and Sons, Crane Operator/Field Engineer

Worked on the construction of a small bridge over Big Creek Lake,
Mobile.

Responsibilities included both layout work for the bridge and the
operation of a truck crane for lifting, concrete pours, etc.

E. DEAN ROBINSON
Resume
Page 2

SUMMARY: (Cont'd)

1975 – 1982    -    Brown & Root Construction Company, Field Engineer/Foreman

Began as a field engineer responsible for line and grade on the I-10 bridge over Mobile Bay. Worked as a field engineer, party chief for the engineers, boat operator, crane operator and in addition was the resident diver for piling and footing inspection, tool recovery, etc. Worked as a foreman of the floating batch plant on the Dauphin Island bridge in charge of the grading and alignment of the piling "caps" and also any concrete pours on the project.

1974 – 1975    -    Byrd Surveying, Instrument Man

Worked on a survey crew doing lot surveys and boundary location on larger parcels of land.

## EDUCATION:

June 2007    -    Completed the U. S. Corps of Engineers Construction Quality Management for Contractors course.

1968 – 1971    -    Attended University of South Alabama

May 1968    -    Graduated from Davidson High School

## WORK EXPERIENCE:

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W91278-11-D-0023 Rental | IDIQ Cutterhead Pipeline Dredge Maintenance Dredging Mobile Bay | Project Manager |
| Private 1,200,000 cubic yards $11,550,000.00 | Beach Restoration Project 2011 Jupiter Island Beach, Martin County, FL | Project Manager |
| W912DS-12-C-0002 400,545 cubic yards $6,450,283.75 | Sandy Hook Channel Maintenance Dredging New York District | Project Manager |
| W912DS-11-C-0024 809,000 cubic yards $12,913,250.00 | Monmouth Beach, NJ Beach Renourishment New York District | Project Manager |

E. DEAN ROBINSON
Resume
Page 3

**WORK EXPERIENCE:** (Cont'd)

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W91236-11-C-0027 2,148,000 cubic yards $9,404,000.00 | Cape Henry Channel Maintenance Dredging Norfolk District | Project Manager |
| W912HY-10-C-0025 2,809,000 cubic yards $2,716,600.00 | Sabine Pass Outer Bar Hopper Dredging | Project Manager |
| Private 140,000 cubic yards $1,610,000.00 | Destin Beach, FL Beach Restoration | Project Manager |
| Private Rental | Emergency Barrier Berm Project Pelican Island, LA | Project Manager |
| W912HY-10-C-0009 2,559,000 cubic yards $16,934,750.00 | Brownsville Ship Channel Pipeline Dredging | Project Manager |
| Private 916,192 cubic yards $9,037,107.00 | Juno Beach, FL Shore Protection | Project Manager |
| W912BU-09-C-0055 1,846,500 cubic yards $15,464,575.00 | Baltimore Harbor Maintenance Dredging | Project Manager |
| W912HN-09-C-0023 793,000 cubic yards $2,725,600.00 | Morehead Inner City Harbor Maintenance Dredging Wilmington District | Project Manager |
| Private 1,821,100 cubic yards $22,737,520.00 | Fire Island Beaches, NY Beach Renourishment | Project Manager |
| W91278-08-C-0031 653,864 cubic yards $8,120,174.00 | Mobile Harbor Channel Ext. Maintenance Dredging Mobile District | Project Manager |
| W912EP-08-C-0007 80,000 cubic yards $4,405,900.00 | Captiva Island Beach Renourisment Beachfill Jacksonville District | Project Manager |

E. DEAN ROBINSON
Resume
Page 4

**WORK EXPERIENCE:** (Cont'd)

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W912EP-07-C-0015 339,541 cubic yards $3,278,500.25 | Jacksonville Harbor Maintenance Dredging | Project Manager |
| W912BU-06-C-0018 4,561,600 cubic yards $31,126,090.00 | Long Beach Island, NJ Beach fill Philadelphia District | Project Manager |
| W912EP-05-C-0021 1,950,000 cubic yards $10,671,100.00 | Canaveral, FL Beach Fill Jacksonville District | Project Manager |
| Private $11,224,500.00 1,000,000 cubic yards | Gasparilla Beach, FL | Project Manager |
| Private 2,400,000 cubic yards $13,639,805.00 | Navarre Beach, FL Beach Renourishment | Project Manager |
| W91278-05-D-0012 Rental $29,563,000.00 | Bay County Florida Beaches Renourishment Mobile District | Project Manager |
| Private 2,300,000 cubic yards $10,281,000.00 | Pensacola Beach Fill | Project Manager |
| W912EP-05-C-0005 1,598,000 cubic yards $15,891,100.00 | Brevard County Beach Renourishment Jacksonville District | Project Manager |
| AMEC 288,960 cubic yards $3,135,700.00 | Patrick ABF Beach Renourishment | Project Manager |
| W912HN-05-C-0002 835,000 cubic yards $2,257,000.00 | Savannah/Brunswick Harbor Maintenance Savannah District | Project Manager |
| W912BU-04-C-0019 2,018,100 cubic yards $12,778,106.20 | Cape May, NJ Maintenance | Project Manager Alt. CQC Systems Manager |

**E. DEAN ROBINSON**
Resume
Page 5

<u>**WORK EXPERIENCE:**</u> (Cont'd)

| Contract Number/<br>Cubic Yards/<br><u>Total Contract Amount</u> | <u>Contract Name/Corps District</u> | <u>Position</u> |
|---|---|---|
| Private<br>4,615,572 cubic yards<br>$18,600,937.40 | APM Terminals<br>Maintenance | Project Manager |
| State of Louisiana (TE-40)<br>3,600,000 cubic yards<br>$10,797,875.00 | Timbalier Island Dune/Marsh<br>Restoration | Project Manager |
| W912EP-04-C-0022<br>225,000 cubic yards<br>$1,207,790.00 | Ft. Pierce<br>Beach Nourishment<br>Jacksonville District | Alternate CQC Systems<br>Manager/Project Manager |
| Private<br>41,500 cubic yards<br>$868,750.00 | Cape Cod Canal<br>Maintenance | Project Manager |
| DACW51-03-C-0029<br>1,060,000 cubic yards<br>$6,567,000.00 | East Rockaway Inlet<br>Hurricane Protection,<br>New York District | CQC Systems Manager |
| DACW65-03-C-0054<br>1,380,800 cubic yards<br>$2,920,176.00 | Thimble Shoal Channel<br>New Work,<br>Norfolk District | Project Superintendent/<br>CQC Systems Manager |
| DACW01-03-C-0023<br>1,197,627 cubic yards<br>$6,403,135.00 | Mobile River Sumps<br>Maintenance<br>Mobile District | CQC Systems Manager |
| DACW65-02-C-0049<br>2,000,000 cubic yards<br>$9,500,000.00 | Sandbridge Beach, VA<br>Maintenance<br>Norfolk District | Project Manager |
| Private<br>120,000 cubic yards<br>$1,592,655.00 | Assateague State<br>Maintenance | Project Manager |
| DACW31-01-C-0067<br>1,800,000 cubic yards<br>$9,875,000.00 | Assateague Island<br>Beach Renourishment<br>Baltimore District | Project Manager |
| DACW31-02-C-0016<br>711,790 cubic yards<br>$4,559,666.00 | Ocean City Beach, MD<br>Beach Renourishment,<br>Baltimore District | Project Manager |

E. DEAN ROBINSON
Resume
Page 6

**WORK EXPERIENCE:** (Cont'd)

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| DACW65-01-C-0034 3,060,000 cubic yards $22,629,550.49 | Virginia Beach, Beach Renourishment Norfolk District | Project Manager |
| DACW17-01-C-0005 562,000 cubic yards $2,757,905.01 | Hutchinson Island, Beach Renourishment, Jacksonville District | Project Manager |
| DACW21-01-C-0002 1,775,000 cubic yards $3,734,600.00 | Savannah & Brunswick Harbors Maintenance, Savannah District | Project Manager |
| DACW51-00-C-0030 987,000 cubic yards $1,573,996.71 | Westhampton Beach Beach Restoration, New York District | Project Manager |
| DACW51-99-C-0023 3,112,000 cubic yards $24,212,028.00 | North Asbury Beach Beach Renourishment, New York District | Project Manager |

**JOSÉ RIVERA**
Weeks Marine, Inc.
304 Gaille Drive
Innwoods Business Park
Covington, LA 70433

---

## SUMMARY:

| | | |
|---|---|---|
| 7/2006 – present 1999 – 2004 | - | Weeks Marine, Inc. – Project Manager |

Responsible for the Contract performance. Resolves any problem that cannot be resolved on the project by the Quality Control System Manager and his staff. Has the authority to sign the daily quality control reports. Overall supervision of all contract aspects, dredge and engineering personnel and subcontractors.

Project Manager/General Superintendent/Contractor Quality Control Manager on projects in Vicksburg, Galveston, Philadelphia, New Orleans, New York Districts.  Experience in land surveying, hydrographic surveying, quality control management and reporting.

| | | |
|---|---|---|
| 1997 – 1999 | - | Ismael Gonzales Construction Co., Caguas, PR – Project Manager, Carraizo Lake Dike Construction |
| 1995 – 1997 | - | Bella Vista Development Group, Belize City, Belize – Assistant General Manager |
| 1991 – 1995 | - | U. S. Military Liaison Office, Belize - Chief |
| 1989 – 1991 | - | Joint Committee for the Implementation of the Panama Canal Treaty, Southern Command, Panama – Executive Officer |
| 1987 – 1989 | - | Latin American Editions of Military Revue, Fort Leavenworth, KS - Chief Editor |
| 1983 – 1985 | - | U. S. Military Group, Buenos Aires, Argentina – Army Section Chief |
| 1981 – 1982 | - | Peruvian Army Logistical School, Lima, Peru – Instructor |
| 1980 – 1981 | - | 18th Airborne Corps, Fort Bragg, NC – Corps Material Maintenance Officer |
| 1979 – 1980 | - | 2nd Battalion, 4th Air Defense Artillery Brigade, Korea – Battalion Logistical Officer |
| 1977 – 1979 | - | 782nd Maintenance Battalion, 82nd Airborne Division, Fort Bragg, NC – Production Control Officer, E Company |

JOSÉ RIVERA
Resume
Page 2

## EDUCATION:

| May 31, 2009 | - | Completed the U. S. Corps of Engineers Construction Quality Management for Contractors course. |
|---|---|---|
| 1987 – 1988 | - | Command and General Staff School, Peruvian Armed Forces, Lima, Peru |
| 1983 | - | Security Assistance Officer Course, Defense Institute for Security Assistance Management, Dayton, Wright-Patterson AFB, Dayton, OH |
| 1980 | - | U. S. Army Ordnance Officer Advance Course, Redstone Arsenal, AL |
| 1978 | - | Load Master Course and Jump Master Course, Ft. Bragg, NC |
| 1976 | - | Basic Ordnance Officer Course, Aberdeen Proving Grounds, Missile Maintenance Course, Redstone Arsenal, AL, Airborne School, Ft. Benning, GA |
| 1975 | - | U. S. Army Officer Candidate School, Ft. Benning, GA |
| 1974 | - | U. S. Army Primary Leadership Course, Fort Carson, CO. |
| 1973 | - | U. S. Army Armor Combat Arms Course, Ft. Knox, Kentucky |
| 1971 – 1973 | - | Puerto Rico A&M, Mayaguez, P.R., Agro-Mechanical Techology, BSA |
| 1968 – 1969 | - | U. S. Army Missile Command, Redstone Arsenal, AL, Missile Maintenance Technician |
| 1965 – 1968 | - | Puerto Rico A&M, Mayaguez, P.R., Chemical Engineering |

## WORK EXPERIENCE:

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W912HY-10-C-0016 1,970,000 cubic yards $58,509,050.00 | HSC – PA 14 &15 with dredging Bayport to Morgans Galveston District | Project Manager |
| Private 150,000 cubic yards $1,796,845.00 | Texas City Docks Texas City, TX | Project Manager |

**JOSÉ RIVERA**
Resume
Page 3

<u>WORK EXPERIENCE:</u> (Cont.)

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| W912HY-10-C-0004 3,900,000 cubic yards $61,810,000.00 | Texas City Channel, Texas New Work/Maintenance Dredging Galveston District | Project Manager |
| W912P8-09-C-0069 6,610,000 cubic yards $47,762,500.00 | Calcasieu River Channel Maintenance Dredging | Project Manager |
| W912HY-09-C-0004 1,458,900 cubic yards $7,519,330.00 | HSC – Carpenters to Greens Bayou Pipeline Dredging Galveston District | Project Manager |
| W912HY-09-C-0008 1,345,000 cubic yards $7,191,250.00 | GIWW – Rollover to Galveston Emergency Pipeline Dredging Galveston District | Project Manager/ QC Manager |
| W912HY-08-C-0033 2,027,000 cubic yards $10,500,700.00 | Bayport Ship Channel, Bayport Flare Pipeline Dredging-Galveston District | Project Manager/ QC Manager |
| Private 400,000 cubic yards $4,850,000.00 | Bolivar Ferry Landing Emergency Dredging Port Bolivar, TX | Project Manager |
| Private 3,008,700 cubic yards $12,550.729.00 | Goose Point/Point Platte Marsh Creation | Project Manager |
| W912HY-08-C-0007 1,713,000 cubic yards $4,421,500.00 | Sabine Pass Channel Pipeline Dredging and Beach Placement Galveston District | Project Manager/ Alt.CQC Man. |
| W912HY-06-C-0041 684,000 cubic yards $6,933,000.00 | HSC – Barbour's Cut & Spilman Island Pipeline Dredging and Levee Construction Galveston District | Project Manager |
| W912HY-06-C-0036 4,215,000 cubic yards $16,923,410.00 | HSC – Redfish to Morgan's Point | Project Manager |
| Private 5,500,000 cubic meters $15,110,975.00 | Ponce, Puerto Rico | Project Manager |

**JOSÉ RIVERA**
Resume
Page 4

<u>**WORK EXPERIENCE:**</u> (Cont.)

Contract Number/
Cubic Yards/
<u>Total Contract Amount</u>

| Contract Number/ Cubic Yards/ Total Contract Amount | Contract Name/Corps District | Position |
|---|---|---|
| DACW38-03-C-0032 7,199,670 cubic yards $28,317,609.00 | Mississippi River Levees Maintenance, Vicksburg District | Project Manager |
| DACW64-01-C-0030 20,953,232 cubic yards $94,971,024.05 | Houston-Galveston Navigation Channel, New Work Galveston District | Project Manager |
| DACW61-01-C-0014 $1,338,108.00 | Schulykill River, Maintenance, Philadelphia District | Project Manager |
| | Eatons Neck, NY Woodrow Wilson Bridge Project Carraizo Lake Dredging Project | Project Manager Project Manager Project Manager |

MATRIX NEW WORLD

Enabling Progress

**RUSSELL C. BAER, CHMM, LSRP**
Remediation Lead
Matrix New World Engineering, Inc.

## Professional Qualifications

Mr. Baer has over 24 years of experience in the environmental field with extensive experience in performing environmental assessments at a wide range of commercial/industrial/governmental facilities, identifying environmental liabilities associated with property transfers and site development, potentially contaminated areas of concern, and determining compliance with environmental, health and safety regulations. Mr. Baer has performed hundreds of environmental compliance and property transfer assessments in 25 states and Canada. Mr. Baer was Lead Environmental Auditor for multi-state corporate transactions and multi-site property transfer assessments. Mr. Baer has also managed underground storage tank (UST) closure projects, site investigation/remedial investigation projects, remediation projects, and projects under the New Jersey Industrial Site Recovery Act (ISRA), formerly the Environmental Cleanup Responsibility Act (ECRA). Additional responsibilities included providing regulatory advice, preparing regulatory submissions, preparing various types of environmental permits, preparing stormwater pollution prevention plans, conducting asbestos surveys, preparing asbestos management plans and conducting hazardous materials inventories. Mr. Baer is also familiar with wetlands delineation and permit requirements, New Jersey Pollutant Discharge Elimination System (NJPDES) regulations; and a wide range of other state and federal regulations. Mr. Baer previously served with the New Jersey Department of Environmental Protection (NJDEP) Division of Water Resources, where he was a case manager for groundwater water investigation/remediation projects and enforced NJPDES regulations.

## Education

BS, Biology (Minor: History), Pennsylvania State University, 1988

## Professional Registrations and Certifications

Licensed Site Remediation Professional (License No. 537114), 2010
Certified Hazardous Materials Manager – Master Level (Cert. No. 12604), 2004
ANSI-RAB NAP Accreditation Program-Lead Environmental Management System Auditor, 2003
NJDEP, UST Certification No. 0002021, Subsurface Evaluation, 1992
Certified Environmental Auditor, National Registry of Environmental Professionals (Cert. No CEA 2148), 1992
Certified New York/AHERA Asbestos Inspector, 1995
Certified New York/AHERA Management Planner, 1998
Certified AHERA Asbestos Project Designer, 1998
New York City Asbestos Investigator, 2003
EPA/NY Certified Lead Inspector/Risk Assessor, 2004
New Jersey Certified Lead Inspector/Risk Assessor, 2004
10-Hours OSHA Construction Safety and Health, 2010
40-Hour Hazardous Waste Site Training Course, OSHA 29 CFR 1910.120(e)(3), Rutgers University, 1988
8-Hour Hazardous Waste Site Supervisor Course, Roy F. Weston, Inc., 1999
8-Hour Hazardous Waste Refresher Course, OSHA 29 CFR 1910.120(e)(8), 2010
Confined Space Entry, 2001 and 2008
Metro-North Railroad – Roadway Worker Procedures, 2011
NJ Transit – Railway Worker Safety Training, 2011
MTA/New York City Transit – Track Safety Certification, 2011
Port Authority Transit Corporation – Railway Worker Safety Training, 2003

## Professional Affiliations

Alliance of Hazardous Materials Professionals
Licensed Site Remediation Professional Association

## Professional Experience

**New Jersey Turnpike Authority (NJTP), Delaware River Bridge Security Enhancements, Burlington, Burlington County, NJ** – Senior Project Manager responsible for ecological, environmental permitting and site investigation services

MATRIX NEW WORLD

Enabling Progress

RUSSELL C. BAER, CHMM, LSRP
Remediation Lead
Matrix New World Engineering, Inc.

associated with the NJTP's proposed security enhancement of Delaware River Bridge located at the eastern end of the NJTP's Delaware River Bridge in the Township of Burlington, NJ. The proposed security enhancements to the Authority's bridge over the Delaware River project include security enhancements of the piers located near the eastern bank and minor modifications to existing county road at the project location. Conducted site investigation activities to determine the impact of historic fill materials on the site and prepared a materials management plan (MMP) to direct the contractor with regard to the proper management of contaminated materials. The project is being conducted as a Linear Construction Project (LCP) under the Site Remediation Reform Act (SRRA).

**Former Unidynamics Facility, Roseland, NJ** – Licensed Site Remediation Professional (LSRP) for the investigation and remediation of the Former Unidynamics Facility located in Roseland, New Jersey. Contaminants of concern associated with the site include trichloroethylene (TCE) and tetrachloroethylene (PCE). Specific activities include a vapor intrusion investigation of the existing facility, remedial investigation of on-site areas of concern and groundwater, determining a site-specific impact to groundwater soil cleanup standard for contaminated soils, and development of a cleanup plan for both soils and groundwater.

**Dalor LLC/Commercial Trailer Leasing, Inc. North Bergen, NJ** – Licensed Site Remediation Professional (LSRP) for the investigation of an existing trucking facility located in North Bergen, New Jersey. Specific activities include a vapor intrusion investigation of the existing facility, update of the previous Preliminary Assessment Report (PAR), investigation of additional areas of concern identified in the PAR, and completion of a remedial investigation of existing on-site areas of concern and groundwater.

**101 Okner Parkway, Township of Livingston, NJ** - Licensed Site Remediation Professional (LSRP) responsible for the investigation of a former electronic component manufacturing facility currently owned by the Township of Livingston for use as athletic field. Specific investigation activities include a file review and site reconnaissance to determine potential areas of concern on the property. In addition, an investigation workplan is being prepared to determine if TCE and PCE are present in soil and shallow groundwater at the site that may impact the deeper aquifer and nearby Township water supply wells.

**NJ Transit, Lackawanna Cut-Off Project, Sussex and Morris Counties, NJ** – Senior Project Manager for the performance of a Preliminary Assessment (PA) and Environmental Site Investigation (ESI) for the Lackawanna Cutoff Project. The Project Area occupies an 8.5 mile abandoned rail corridor running from the Port Morris Rail Yard in Roxbury Township north through Byram Township and ending in the Borough of Andover. Proposed construction activities will include a passenger rail line along the existing abandoned Erie-Lackawanna rail bed, one station, and at-grade crossings. PA and ESI activities were conducted in accordance with NJDEP's Technical Requirements for Site Remediation, N.J.A.C. 7:26E.

**NJ Transit, Accessibility Improvements, Perth Amboy Railroad Station, Perth Amboy, NJ** – Senior Project Manager responsible for the performance of hazardous materials surveys and preparation of a comprehensive survey report and design documents associated with the proposed renovation of the Perth Amboy Railroad Station. The station is being renovated by NJ Transit to meet the Americans with Disabilities Act (ADA) requirements.

**Port Authority of New York & New Jersey, North Avenue Corridor Improvement Project, City of Elizabeth, NJ** – Senior Project Manager responsible for pre-construction environmental investigations to identify potential areas of contaminated materials and hazardous waste that may impact project design and construction along the proposed North Avenue Corridor. The scope of work for this project included the completion of a Phase I Environmental Site Assessment (ESA) for all impacted properties along the proposed project Corridor to identify recognized environmental conditions (RECs)/Areas of Concern (AOCs), development of a plan for a Phase II Site Investigation to characterize of soil and groundwater conditions, and review of environmental documentation to determine the environmental resource permitting requirements related to wetlands.

MATRIX NEW WORLD

Enabling Progress

RUSSELL C. BAER, CHMM, LSRP
Remediation Lead
Matrix New World Engineering, Inc.

**Port Authority of NY and NJ (PANY&NJ), Corbin Street Bridge (Flyover), Port Newark, NJ** - Senior Project Manager responsible for providing environmental services related to the proposed construction of the Corbin Street Bridge ("Flyover") in Port Newark.   Responsible for the preparation of a comprehensive Sampling and Analysis Plan (SAP) to be utilized by PANY&NJ personnel to perform environmental site investigation (ESI) activities in those areas to be impacted as part proposed construction activities.   Following investigation activities, an ESI Report was prepared by Matrix for submittal to the NJDEP.  Additional responsibilities included the coordination and preparation of all environmental permits required for the project (e.g., Freshwater Wetlands, Waterfront Development) and preparation of design specifications.

**NJ Transit, Trans-Hudson-Express Tunnel, NJ/NY** – Senior Project Manager responsible for the performance of environmental investigation activities as part of Preliminary Engineering (PE) and Final Engineering (FE) services for the Trans-Hudson-Express Tunnel project, which proposed to expand commuter rail operations as part of the Access to the Regions Core (ARC) project.  The scope of services under PE and FE included the loop tracks, Northeast Corridor improvements, alignment approaches to the tunnels, ventilation facilities, the tunnels, maintenance and storage yards, signal systems, the 34th Street Station and power supply.  Specific work under conducted under PE included the preparation of Sampling and Analysis Plans, performance of environmental site investigation activities at specific contaminated sites within the project area, preparation of preliminary assessment reports, Phase I Environmental Assessment Reports, site investigation reports and Property Acquisition Environmental Cost Estimating (PAECE) Reports for properties to be acquired for the project. Additional services included environmental oversight and the collection and analysis of environmental samples along the entire proposed alignment.  The scope of services under FE included the performance of site investigation and remedial investigation activities at impacted sites, completion of hazardous materials surveys at structures to be impacted by construction activities, and preparation of Remedial Action Work Plans for the various contract packages associated with the project.

**NJ Transit, Access to the Regions Core, NY/NJ** - Senior Project Manager responsible for the preparation of the hazardous materials sections of environmental impact (EIS) statement for this project which proposed to expand Trans-Hudson rail service to midtown Manhattan.  The primary project study area was a complex corridor both from a demographic and infrastructure standpoint. The initial study area was 17 route miles and was bounded by Newark and Sunnyside Yard in Queens and included NJ TRANSIT rail stations at Newark Liberty International Airport Station, Newark Penn Station, Newark Broad Street Station, Hoboken and Penn Station New York.  It also encompassed the Portal Bridge over the Hackensack River, Secaucus Junction, and midtown Manhattan. Specific work conducted during the EIS process included the preparation of a methodology report for hazardous materials, performance of a Phase I Environmental Site Assessment (ESA)/Preliminary Assessment (PA) along the entire project corridor, preparation of the hazardous materials sections of the Draft EIS, Supplemental Draft EIS, and Final EIS, and preparation of a detailed due diligence report for the proposed rail yard on the former Koppers Coke Site located in Kearny, NJ.

**New York City Transit Authority, Second Avenue Subway, NY, NY** – Senior Project Manager responsible for providing environmental investigation work at numerous buildings between 63rd Street and 105th Street along the proposed Second Avenue Subway alignment.  Each location will be acquired for the construction of ventilation facilities or other construction related functions, or will be used as entrances to the stations.   Specific environmental services include the performance of Phase I Environmental Site Assessments, hazardous materials surveys, and Phase II Environmental Site Investigation activities at all locations.  Additional services include the preparation of design documents for the abatement of hazardous materials which may be impacted during construction.

MATRIX NEW WORLD
Enabling Progress

**BRANDON FAUSTINI**
Natural Resource Advisor
Matrix New World Engineering, Inc.

**Professional Qualifications**
Mr. Faustini is a Biologist with experience in the environmental industry. Mr. Faustini has been involved in the capacity as managing, supervising, and working as a field biologist with the BP Environmental Unit MC252 Oil Spill. His experience provides a working knowledge of coastal habitat conditions and indicators as well as MBTA and ESA compliance measures. Mr. Faustini has facilitated in the cooperation between private and public stakeholders involved in both the Comprehensive Everglades Restoration project and the MC252 Oil Spill Response.

**Education**
BS, Biology, Concentration in Environmental Studies, Florida Atlantic University, 2010

**Professional Experience**
**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor Program Manager, New Orleans, LA -** As Natural Resource Advisor (NRA) Program Manager, Mr. Faustini was responsible for managing NRA Teams in Plaquemines, Jefferson, LaFourche, and Terrebonne parishes in LA as well as teams in Gulfport, MS, and Dauphine Island, AL totaling up to 25 field biologists. Duties included assistance in the development of GIS mapping and viewing tools involving shorebird nesting season, participation in the development of the 2012 Guidance for Avoidance and Minimizing Disturbance of Nesting Birds near Deepwater Horizon MC252 Shoreline Cleanup Areas document, facilitation of monthly meetings and weekly conference calls between all program supervisors and USFWS section 7 support personnel, collaboration with team leads on staffing levels and implementation of state and federal directives, as well as maintaining databases, safety protocols, and employee timesheets. Mr. Faustini also acted as liaison between state, federal, and private response personnel. In addition, Mr. Faustini was also involved in the assessment and data collection for possible restoration projects concerning *spartina alterniflora* growth and resilience in Pass a Loutre, LA Wildlife Management Areas.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor Team Lead, Grand Isle, LA –** Natural Resource Advisor (NRA) Team Lead responsible for managing the NRA team in LaFourche, Jefferson, and Terrebone Parishes. As NRA Team Lead, Mr. Faustini served as liaison between Program Manager and NRAs to distribute program directives and request guidance and resources for NRAs. NRA Team Lead responsibilities include managing daily compliance issues between cleanup operations, United States Coast Guard (USCG) and United States Fish and Wildlife Service (USFWS), tracking progress of operations for each Shoreline Treatment Recommendation (STR), attended daily meetings, reviewed reports submitted by team and compiled 214, reviewed BMP checklists submitted by NRAs, developed and maintained work schedule and field assignments, and provided ongoing training and distribute materials to NRAs.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor, Destin, FL –** NRA responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks along Florida's Gulf Coast. As an NRA, Mr. Faustini was responsible for implementing required BMPs, as provided by the USFWS and Florida Department of Environmental Protection in accordance with the Endangered Species Act and other applicable laws. NRAs implemented BMPs to ensure contractor cleanup can take place, while having the least impact to natural resources, as well as resident and migratory wildlife. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRA program, documented daily observations, prepared a daily report, and completed BMP checklists daily. Nest monitoring was a large proponent of this position as well. Mr. Faustini worked daily with Coastal Bird Conservancy researchers in monitoring 2 snowy plover nests located within workable and travel zones related to the spill. Work technicians were adjusted to minimize disturbances to precocial chicks without impeding response progress.

MATRIX NEW WORLD

Enabling Progress

**BRANDON FAUSTINI**
Natural Resource Advisor
Matrix New World Engineering, Inc.

**Field Technician/Research Coordinator, University of Florida, Big Cypress/Homestead, FL** – Involvement included extensive travel and monitoring by way of airboat through wetlands of the Florida Everglades. Extensive airboat operation training and significant piloting hours were accumulated. Mr. Faustini assisted in the capture of juvenile snowy egrets within rookeries. Measurements and feather samples were collected and used for subsequent mercury level testing. Prey densities were closely monitored by way of throw traps and minnow traps.

**Field Technician, Florida Atlantic University, Wading Bird Research Lab, Everglades National Park/Big Cypress, FL** – Involvement in this project included monitoring seasonal concentrations of aquatic fauna in the Florida Everglades. Field sampling techniques such as throw trapping were employed as well as the use of Trimble Nomad units utilizing Archpad for data entry. Experience concluded with independent research & consequent paper involving the study of Variation in the health index (body condition) of fish as a function of hydroperiod (DSD). Species studied include marsh killifish, Florida flag fish, mosquito fish, bluefin killifish, and sailfin mollies. In addition, Aerial surveys point counts were done by way of helicopter as well as determining frequent foraging sites of great egrets and white ibis.

**Professional Registrations and Certifications**
40-Hour OSHA
8-Hour OSHA Refresher
Wildlife Observer Training
BP Post Emergency Spill Health and Safety Training
UTV/ATV Certification
Trimble Training
Capture and handling of avian species
Utilization of throw traps and minnow traps
Ground, boat, and aerial bird census techniques
GPS receivers (Trimble, Archer, Garmin), maps and compass
Archpad programs
Airboat and trailer operation and maintenance
Helicopter personnel/equipment transport and safety

MATRIX NEW WORLD

Enabling Progress

**SETH DOMANGUE**
Natural Resource Advisor
Matrix New World Engineering, Inc.

## Professional Qualifications

Mr. Domangue is a Geologist and Project Manager with over twelve years of experience in the environmental industry. Mr. Domangue has been involved in the capacity of project manager, project coordinator, task manager, or supervising field geologist for various projects including large scale remediation system construction, underground storage tank (UST) sites, litigation support, oilfield pit closures, oil spill assessment, and coastal restoration projects. His experience provides a working knowledge of environmental site assessments, risk-based corrective actions, hydrogeologic investigations, waste classification, remedial actions, coastal studies, ecological studies, chloride spills, and Natural Resource Damage Assessment (NRDA).

## Education

B.S., Geology, Nicholls State University, Thibodaux, Louisiana, 2000

## Professional Experience

**MC252 Natural Resource Damage Assessment –** Project Manager responsible for providing personnel and services to the State of Louisiana Office of Coastal Protection and Restoration (OCPR) in support of NRDA activities for the Mississippi Canyon 252 (MC252) Deepwater Horizon Incident and resulting oil spill. During pre-assessment, personnel, services, and logistical support were provided over a 5 month period conducting point observations and rapid mapping of the impacted shoreline (beaches and marshes) in conjunction with the federal trustee and responsible party (RP). The scope of the pre-assessment phase employed up to five independent teams working 7 days a week with management provided at various BP incident command posts (ICPs). Over 1,800 observations were conducted and over 2,500 miles of Louisiana shoreline were mapped and assessed during the process. Following pre-assessment, Mr. Domangue also managed the injury phase in support of the Coastal Vegetation Assessment to evaluate wetland plant community health in four separate habitats (mainland spartina, back barrier island spartina, delta phragmites, and coastal mangroves). Five teams have been employed (year 0 and 0.5 events) to setup and/or re-visit approximately 165 monitoring stations established from the eastern most shoreline of Louisiana (Chandeleur Islands) to the western most impacted Louisiana shoreline (Point Au Fer Island). The scope of the Coastal Vegetation Assessment was observational measurement of oiling impact, GIS surveying, above and below ground biomass sampling, contaminant sediment sampling, and various other field parameter measurements utilizing specialized equipment for the various habitats.

**Litigation Support Services/Landfill Operation and Maintenance, Consolidated Aluminum Corporation/Lonza USA –** Project Manager responsible for the management of the litigation support for complex litigation involving PCB/PAH/and VOC impacts to soil, groundwater, and/or sediment for a facility in Lake Charles, Louisiana. Project also involved hazardous and non-hazardous landfill litigation. Litigation has settled without trial. Post settlement activities include hazardous and non-hazardous landfill corrective action study and operation and maintenance.

**Heckmann Water Resources, DeSoto Parish, LA –** Project Manager providing environmental support and services including compliance and permitting issues, remediation of produced saltwater releases to adjacent property owners, and state agency interfacing. Heckmann Water Resources (HWR) operates a 50-mile pipeline transporting produced saltwater from natural gas drilling and hydro-fracturing operations located throughout DeSoto Parish, Louisiana to deep-well injection and/or treatment facilities in Texas. Mr. Domangue managed several release locations which include risk evaluation, large scale (>20,000 cubic yard) excavation management, waste tracking, groundwater assessment, ecological assessment including biota sampling plan development and implementation, and procedural and cleanup standards development for future releases.

**Site Investigation, Gulf South Pipeline Company, LP –** Program Manager for several ongoing site investigations at various compressor stations in Louisiana and Mississippi. Investigations have included both soil and groundwater

MATRIX NEW WORLD

Enabling Progress

**SETH DOMANGUE**
Natural Resource Advisor
Matrix New World Engineering, Inc.

assessment for various constituents including hydrocarbons, PCBs, Mercury, and chlorides. Several additional site assessments and remedial actions have been conducted as required by LDEQ.

**Coast-wide Reference Monitoring System (CRMS), Office of Coastal Protection and Restoration** – Project Scientist responsible for the construction, monitoring, and servicing of multiple monitoring stations across Louisiana. Mr. Domangue's role also includes airboat operation and vegetation surveys at multiple locations.

**Louisiana Army Ammunition Plant (LAAP), US Army, Doyline, LA** – Project Geologist responsible for the implementation of Remedial Action Work Plan. Includes the installation of monitor wells for the purpose of long term monitoring and monitored natural attenuation and monitor well sampling.

**Remedial Action, TH Agriculture and Nutrition, New Orleans, LA** – Site Geologist responsible for the oversight of contractor for large scale remediation of pesticides, VOCs, and various other hazardous constituents within a populated neighborhood. Remediation implemented in accordance with an LDEQ cooperative agreement and conducted within an enclosed structure with supplied air. The project was awarded model remediation project by LDEQ.

**Various Louisiana UST Facilities** – Client program manager for ExxonMobil UST projects. Actively managed over 30 UST projects throughout Louisiana including site investigations, remedial system installation and operation, tank removals, and excavations.

**Various Louisiana and Texas UST Facilities** – Geologist/Hydrogeologist for numerous UST facilities throughout Texas and Louisiana. Responsibilities included site assessments including subsurface investigations, and Phase II ESAs, Monitor well/geoprobe boring installations, oversight and documentation of UST removal/closure, Groundwater remediation, (small scale pump and treat, bio remediation, and ORC/HRC injection).

**Remedial System Installation, Carswell Air Force Base** – Construction coordinator for large scale remedial pump and treat system installation. The remedial design implementation included the installation of piping and the oversight of all other system operations equipment.

**Professional Registrations and Certifications**
40-Hour Hazardous Waste Operations and Emergency Response, 2005
Radiation Safety Officer Training, American Radiation Services, Inc., 2003
CPR Certified, 2009
Radiation Safety Officer, 2005, Active, Louisiana, 01/2004
Baton Rouge Geological Society, Active, 2002

MATRIX NEW WORLD
Enabling Progress

ERIN L. EVERTSEN
Environmental Scientist
Matrix New World Engineering, Inc.

**Professional Qualifications**

Ms. Terwilliger is an environmental scientist with over seven years of experience in environmental consulting services including remedial, ecological and spill response management. Ms. Terwilliger is certified in Shoreline Cleanup Assessment Technique (SCAT) as both field team member and leader. She is a Transportation Worker Identification Card (TWIC) holder and is 40-hr HAZWOPER certified. Ms. Terwilliger is also trained in the National Incident Management System (NIMS) Incident Command Structure (ICS), Level 100 (Introduction to Incident Command System) and Level 200 (ICS for Single Resources and Initial Action Incidents). Ms. Terwilliger has spill response experience assisting the US Fish and Wildlife Services and US Coast Guard with Section 7 consultation for the MC252 Deepwater Horizon Spill including wildlife capture, rehabilitation, and Natural Resource Advisor field work and program management. Ms. Terwilliger's remedial experience includes the oversight and coordination of subsurface and surface investigations such as monitoring well installations, soil, groundwater, surface water, and sediment sampling, management and processing of sample laboratory analyses, aquifer pump testing and leaking underground storage tank (LUST) removal/closures in connection with environmental studies throughout New York, New Jersey and Pennsylvania. Her ecological experience includes wetland delineation and permitting, threatened and endangered species surveys, Environmental Impact Statements, assistance with Section 7 consultation and wildlife capture, and habitat suitability determinations. She has experience in the preparation of various environmental technical reports and permitting applications relative to Environmental Impact Statements, Freshwater Wetland General Permits, Letters of Interpretation Applications, Preliminary Assessments, Phase I and Phase II site remediation assessments and investigations, water quality management planning (WQMP), point and non-point source pollution, water supply and land use throughout New York, New Jersey and Pennsylvania. Ms. Terwilliger is proficient with ArcGIS, AutoCAD, and Trimble Nomad software devices and statistical analyses.

**Education**

BA, Geography w/Concentration in Environmental Studies, Montclair State University, 2008

**Professional Registrations and Certifications**

40-Hour OSHA Hazardous Waste Operations and Emergency Response Standard (HAZWOPER) Training
8-Hour OSHA HAZWOPER Refresher Updated Annually
Interagency Consultation for Endangered Species (Section 7 Consultation), US Fish & Wildlife Services, 2011
Shoreline Cleanup Assessment Technique (SCAT) Team Leader and Team Member Training, 2012
Wetlands Delineation Certification, Rutgers University, 2010
Methodology of Delineating Wetlands, Cook College, Rutgers University, 2010
Vegetation Identification for Wetland Delineation, Cook College, Rutgers University, 2010
Practical Applications of the New Jersey Site Remediation Program, Rutgers University, 2011
Negotiations for Natural Resource Professionals Training Course, USGS, 2012
Transportation Workers Identification Card (TWIC) Authorization, Updated
Seasonal Soil (SESOIL) Compartment Model Training, 2011
NJDEP Site Remediation Basics, Rutgers University, 2009
NJDEP Underground Storage Tank Program, Rutgers University, 2008
NJ TRANSIT Level 1 Contractor Safety Training
AMTRAK On-Track Safety for Contractors Certification
New Jersey Society for Women Environmental Professional Member, 2007 – Present
Gamma Theta Upsilon National Honors Society Member, 2007 – Present

**Professional Experience**

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, NRA Program Manager, LA, MS, AL, FL** – Natural Resource Advisor (NRA) Program Manager responsible for managing all day-to-day aspects of the NRA program. Ms. Evertsen's responsibilities include directing the training of new NRAs, provides NRAs in the field with all necessary

MATRIXNEWWORLD

Enabling Progress

**ERIN L. EVERTSEN**
Environmental Scientist
Matrix New World Engineering, Inc.

equipment and supplies, administering the scheduling of replacement NRAs, review of daily 214 reports, and BMP checklists, overseeing the distribution of 214s and BMP checklists to appropriate agencies, and providing technical assistance to the NRA team leads. Ms. Evertsen coordinated field observations from the NRAs with all appropriate state and federal agencies as part of Section 7 (threatened and endangered species) and Section 106 (cultural and historical resources) compliance.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor, Destin, Florida and Grand Isle, LA** – NRA responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks along Florida and Louisiana's Gulf Coast. As a NRA, Ms. Evertsen was responsible for implementing required Best Management Practices (BMPs), as provided by the United States Fish and Wildlife Services in accordance with the Endangered Species Act and other applicable laws. NRAs implemented BMPs to ensure contractor cleanup can take place, while having the least impact to the natural resources and wildlife. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRAs, documented daily observations, and prepared a daily report and completed the BMP checklist.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Grand Isle Wildlife Operations Territory, Grand Isle, LA** – Field biologist responsible for the capture and rescue of oiled wildlife, mainly migratory birds throughout the Grand Isle, Louisiana Wildlife Operations Territory. Ms. Evertsen's responsibilities included assisting the United States Fish and Wildlife Services and Louisiana Department of Wildlife and Fisheries in the rescue and capture of affected and injured wildlife, habitat patrol and wildlife assessments, evidence collection, assessing and reporting locations where damaged boom systems and oil slicks were present, and coordinated the radio dispatch and GIS mapping operations. Ms. Evertsen was the technical field supervisor for sixteen of Matrix's field biologists.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Pensacola Oiled Wildlife Rehabilitation Center, Pensacola, FL** – Paraprofessional coordinator responsible for logistical operations for all wildlife rehabilitation centers, wildlife capture teams, and natural resource advisors throughout Mississippi, Alabama, and Florida. Ms. Evertsen worked closely with the United States Fish and Wildlife Services and Tri-State Bird Rescue and Research, a non-profit wildlife rehabilitation and rescue organization. Ms. Evertsen was also responsible for the management, scheduling, and training of over 50 paraprofessional field biologists.

**Port Authority of New York & New Jersey, North Avenue Corridor Improvement Project, City of Elizabeth, NJ** – GIS specialist responsible for mapping, using ArcView GIS, all potentially contaminated sites along the North Avenue corridor study area for the Port Authority of New York and New Jersey (PANYNJ). As part of the corridor study, Ms. Evertsen conducted site visits to identify areas of environmental concern located along the right-of-way of the corridor and used ArcView GIS to map potentially contaminated sites along the study corridor. Approximately 60 potentially contaminated sites along the study corridor were mapped using ArcView GIS. The study corridor includes properties within 250 feet of the North Avenue right-of-way (the project area) that are anticipated to be acquired as part of this project. The North Avenue right-of-way was mapped in ArcView GIS and then a 250-foot buffer was established to determine the properties located within the study corridor. Potentially contaminated sites were identified through database searches, aerial photography, and Sanborn and topographic map reviews. All sites were field verified and locations were adjusted in ArcView GIS. Additional potentially contaminated sites were also added based on the site reconnaissance. NJDEP Classification Exception Areas, Known Contaminated Sites, Groundwater Contamination Areas, Deed Notice Properties, surface water bodies, historic fill material, and public community water supply wells were also included in the mapping.

**NJ Transit, Trans-Hudson-Express (THE) Tunnel, Various Counties throughout Northeastern NJ and Manhattan, NY** – Environmental scientist responsible for conducting environmental oversight and sampling of subsurface media as part

MATRIX NEW WORLD

Enabling Progress

**ERIN L. EVERTSEN**
**Environmental Scientist**
**Matrix New World Engineering, Inc.**

of the Draft Environmental Impact Statement (EIS), Site Investigation (SI) and Remedial Investigation (RI) services for the Trans-Hudson-Express (THE) Tunnel Project, which will expand commuter rail operations as part of the Access to the Regions Core (ARC) Project. Ms. Evertsen's responsibilities included the collection of geotechnical and environmental boring sampling, and surface water and sediment sampling. Results from SI and RI oversight and sampling were summarized and included in SI, RI and Remedial Action Workplan (RAW) Reports for properties located throughout New Jersey and New York City to establish a baseline evaluation of the subsurface conditions present that may impact project design and construction activities.

GIS specialist responsible for mapping, using ArcView GIS, all areas of environmental concern identified during SI and RI environmental services throughout various properties in New York City and New Jersey as part of THE Tunnel Project. Results from the samples collected were included on the mapping to delineate the vertical and horizontal extent of contamination that existed at each individual location.

Environmental scientist responsible for preparing a Preliminary Assessment Report (PAR) for THE Tunnel Project. The assessment included site reconnaissance, a review of historic and current uses of the proposed property to identify contamination by hazardous substances or waste, the review of Federal, State, and local information, GIS mapping, and report preparation. The PAR was performed in general accordance with the New Jersey Department of Environmental Protection (NJDEP) Technical Requirements for Site Remediation [New Jersey Administrative Code (N.J.A.C.) 7:26E].

Environmental scientist responsible for preparing a Property Acquisition Environmental Cost Estimate (PAECE) Report for THE Tunnel Project. The report was developed to estimate NJ TRANSIT environmental remediation cost to bring the proposed property into compliance with applicable NJDEP regulatory criteria. The purpose of this report is to determine whether there is any contamination and/or solid waste present on the property parcel/taking area, and the estimated costs of remediation.

**Wetland Mitigation Bank Emergency Berm Repairs, EnviroFinance Group LLC, Kane Wetland Mitigation Bank, Moonachie, NJ –** Matrix was retained by EnviroFinance Group LLC to provide emergency repair services at the Richard P. Kane Wetland Mitigation Bank. During a series of high tides and winter storms during late 2011 and early 2012, the HESCO constantainer berm along the western portion of the wetland mitigation tidal marsh was severely breached. There were a number of back-to-back breach events that had to be addressed and it became apparent. In consultation with the design engineer for the project, Ms. Evertsen was responsible for the oversight of construction efforts to repair the HESCO contantainer berm breaches and prevent any further breaches from occurring. Ms. Evertsen was also tasked with attending construction meetings and providing review and input on various contracts and construction issues as they arise.

**FirstEnergy Corporation (JCP&L), On-Call Threatened and Endangered Species Surveys, Transmission Line Maintenance and Infrastructure Construction, New Jersey-Statewide –** Environmental scientist responsible for conducting a threatened and endangered species habitat assessment, absence-presence surveys, and wildlife construction monitoring for various State and Federally T&E species throughout New Jersey. The survey species include *Clemmys muhlenbergii* (bog turtle), *Helonias bullata* (swamp pink) and *Rhynchospora knieskernii* (Knieskern's Beaked-rush). Ms. Evertsen oversaw federally endangered/threatened wildlife surveys, performs vegetation surveys and the preparation of reports discussing the findings for various transmission lines, substations, and right-of-ways throughout New Jersey. In addition, Ms. Evertsen has designed and developed various maps in ArcGIS using databases provided by JCP&L/First Energy Corp and data collected during field survey to identify potential T&E species habitat and the regulated associated buffer within the vicinity of the study area.

MATRIX NEW WORLD

Enabling Progress

**ERIC R. GRATSON, CHMM**
Asbestos and Mold Lead
Matrix New World Engineering, Inc.

**Professional Qualifications**
Mr. Gratson is a Certified Hazardous Material Manager with over 21 years of experience as a site and design engineer for civil engineering, construction, and environmental projects. He is a state Certified Asbestos Project Monitor, Asbestos Inspector, Asbestos Project Designer, Lead Inspector/Risk Assessor, Lead Risk Assessor, and Asbestos Safety Technician. Mr. Gratson has directed and managed projects relative to construction and renovation of schools, transportation facilities, fuel terminal facilities, major transportation design and construction projects, and other projects for industrial and private clients throughout New Jersey and New York. His expertise includes hazardous materials surveys, development of construction documents (plans and specifications), environmental construction management and oversight for conventional construction projects and environmental remediation projects, construction quality assurance, and project management. Mr. Gratson's experience also includes planning and implementing environmental and engineering programs specializing in contaminated site investigations, site remediation, hazardous waste and solid waste management, environmental permitting, regulatory compliance, design of underground storage tank systems, and asbestos and lead-based paint inspection and sampling programs.

**Education**
BS, Engineering Management, Minor in Physics, Wilkes University, 1989

**Professional Registrations and Certifications**
40-hour OSHA 1910.210 HAZWOPER Health and Safety Training
8-Hour OSHA Refresher Training for Hazardous Waste Operations – Updated Annually
Certified Hazardous Materials Manager, No. 15538, 2010
New Jersey Asbestos Safety Technician
NJDOH Certified Lead Inspector/Risk Assessor No. 005648
RMD LPA-1 Lead Paint Inspection System, 2002
NY State/EPA Asbestos Inspector, Management Planner, Project Monitor and Project Designer, 1993
USEPA/NY State Lead Inspector/Risk Assessor
NJDEP Licensed N-2 Wastewater Treatment Operator No. 0022131
NJDEP Licensed Subsurface Evaluator No. 0019301, 1998
NJDEP Cleanup Star Program, 2004
Certified Cost Estimator with the NJ Dept. of Treasury, Division of Property Management and Construction
Certified GSSI SIR II Ground Penetrating Radar Operator, GSSI, 1995
Metro-North Railroad – Roadway Worker Procedures, 2001
NJ Transit – Railway Worker Safety Training, 2001
MTA/NYC Transit Track Safety Certification 2010

**Professional Experience**
**MTA New York City Transit Indefinite Quantity Contract for the Supervision, Air Monitoring, and Support in Connection with Asbestos Abatement and Lead Paint Removal Services** – Project Manager for this Task Order Contract with NYCT Office of System Safety, providing asbestos and lead investigations, abatement design, project monitoring and industrial hygiene/air sampling for a variety of the NYCT facilities on an on-call basis. The Office of System Safety for NYCT is responsible for protecting the health and safety of a large and diverse work force involved with rail maintenance, station improvements, and emergency repairs. Matrix's task order assignments have ranged from inspecting planned renovation projects for the presence of asbestos and lead-based paint, designing asbestos abatement and lead-based paint management plans, providing project monitoring and air sampling during asbestos abatement projects, performing periodic air monitoring for lead exposure of NYCT employees, responding to emergency exposures during construction and maintenance projects, and evaluating the effectiveness of existing health and safety programs related to asbestos and lead hazard control.

MATRIX NEW WORLD
Enabling Progress

ERIC R. GRATSON, CHMM
Asbestos and Mold Lead
Matrix New World Engineering, Inc.

New York City Department of Environmental Protection Regulations, 15 RCNY, Chapter 1; and 12 NYCRR 56. Construction documents were prepared to specify requirements for asbestos abatement in accordance with the applicable federal, state, and local regulations, and the special requirements of the VA Hospital. Special phasing provisions were designed into the project to accommodate the requirements of the facility and the affected services for the occupants. Mr. Gratson also assisted the design team with cost estimates and administration services during the contractor bid and construction phases of the project.

**New York City School Construction Authority (NYCSCA), On-Call Environmental Services -** Project Manager responsible for management of on-call environmental services for NYCSCA capital improvement projects and emergency maintenance projects throughout public school facilities within the five boroughs of New York City. Services have included investigations and the preparation of construction related document packages for asbestos-containing materials (ACM), lead-based paint (LBP), and mold. Investigation reports were prepared including a detailed inventory of ACM, LBP, and mold identified for each project, and identifying which materials will be impacted by the proposed construction. This process entailed close interaction with the NYCSCA Industrial and Environmental Hygiene Department, and the project architect. Construction document packages have included the preparation of abatement specifications, abatement drawings, and cost estimates in accordance with the NYCSCA procedures. In addition, Mr. Gratson has managed the implementation of project monitoring services during the abatement of ACM, LBP and mold, which has included oversight of the abatement contractor, on-site inspection of work areas, and the collection of final clearance air samples and wipe samples.

**Brooklyn College Performing Arts Center, Brooklyn, NY –** Project Manager responsible for conducting comprehensive asbestos, lead-based paint and other hazardous materials surveys, and final design documents for the demolition and renovation of an existing multi-story theater complex at the Brooklyn College Performing Arts Center. The first stage of the project entailed conducting detailed surveys to identify asbestos, lead-based paint, and other hazardous materials requiring removal or special handling as part of the renovation and demolition procedures. Secondly, Matrix worked closely with the project architect and the school to ensure that as designs for new facilities developed, impacted hazards were incorporated in the design and demolition documents. In addition, Matrix provided remedial cost estimates and assisted the design team and school in value engineering and determining the most cost effective solutions to conduct the demolition of the existing facilities and construct the new facilities.

**State University of New York, Potsdam Campus, Performing Arts Building -** Mr. Gratson conducted hazardous materials surveys at the site to identify hazardous materials that will require special handling and disposal prior to the proposed renovation activities associated with the project. He also conducted asbestos surveys throughout the existing building and areas of the site expected to be impacted by the proposed project. The asbestos surveys were conducted in accordance with the survey and sampling protocols of 40 CFR 763 (AHERA) and 12 NYCRR 56. Mr. Gratson also conducted Lead-based paint surveys at the site, in an effort to identified LBP with potential to be impacted during the renovations.

**City University of New York, Hunter College, Public Address and Clock System Upgrades -** Mr. Gratson was involved in the management and field hazardous materials surveys at the site to identify hazardous materials that will require special handling and disposal prior to the proposed renovation activities associated with the installation of a new public address and clock system. Asbestos surveys were conducted in accordance with the survey and sampling protocols of 40 CFR 763 (AHERA) and 12 NYCRR 56, and Lead-based paint surveys were conducted at the site using an X-Ray Fluorescence (XRF) instrument to identified LBP with potential to be impacted during the renovations. Construction documents were prepared to specify requirements for asbestos abatement, lead safe work practices, and hazardous material handling and disposal. Mr. Gratson also assisted the design team with cost estimates and project scheduling

MATRIX NEW WORLD
Enabling Progress

PATRICK HUNNEWELL
Quality Assurance Quality Control Manager
Matrix New World Engineering, Inc.

## Professional Qualifications

Mr. Hunnewell has 19 years of experience as a Project Engineer, Project Manager, Construction Division Manager and Chief Engineer working for a consulting firm and then an environmental contractor. Mr. Hunnewell currently maintains the role of Senior Remediation Engineer. Mr. Hunnewell has New Jersey Department of Environmental Protection (NJDEP) licenses for underground storage tank closure and subsurface evaluator. During his career he has been involved in the construction of various civil and environmental projects.

Mr. Hunnewell specializes in the following specific areas: Design, installation and operation of groundwater treatment systems using technologies such as air sparging, soil vapor extraction, air stripping, liquid and vapor phase carbon, metals precipitation, oil/water separation, pH adjustment and filtration; Design and installation of wastewater treatment systems (500,000 gpd and less) and potable water distribution systems (1,400,000 mgd and less); Design and installation of recovery wells and header lines utilized to supply contaminated groundwater and soil vapor to treatment systems; Soil excavation, transportation and disposal projects with soils impacted by PCBs, TPH, VOC's; temporary dewatering and treatment systems associated with soil excavation projects. Implementation of various dual phase extraction and soil vapor extraction pilot testing procedures for subsurface investigation utilizing elaborate instrumentation and computer data logging processes; and The operation and maintenance (O&M) of various treatment facilities.

## Education

BS, Civil Engineering, Drexel University, 1994
Drexel University Cooperative Education Program, 1990-1993
Indiana University Geologic Field Camp, Summer 1994

## Professional Certifications and Registrations

New Jersey Department of Environmental Protection Underground Storage Tank Closure and Subsurface Evaluator - License #0019266
First Aid/CPR -2009
Hazardous Waste Site Operations Supervisor Training
Stream Encroachment Permit Course: Sponsored by Rutgers Univ. and NJDEP
Crestcom Bullet-Proof Managers Course, 2004 through 2005
OSHA 40-Hour Health and Safety Training, 1992
OSHA 8-Hour Health and Safety Refresher Training, 2008
OSHA 8-Hour Hazwoper Supervisor Training, 1996
OSHA Competent Person Safety Training, 2002
OSHA Confined space entry and rescue training, 2003
OSHA 10-Hr Construction Certification, 2010
USCG US Power Squadron Boating Certificate, 2010

## Professional Experience

**Design/Build of Groundwater Pump and Treat System, AZ** - Mr. Hunnewell was part of the design and construction team for the installation of a 400-gpm groundwater pump and treat system installed on a fast-track basis to aid in the capture and reduction of a large TCE plume at this on-going superfund site. The system design involved multiple meetings and discussion with USEPA and their contractors, as well as the local city engineers and representatives to ensure all their objectives were met. The system had to be constructed quickly, and within a small area made available within the city easement. The system design involved civil details associated with site layout and grading/stormwater capture and control, and mechanical, process and electrical associated with sizing and developing the equipment, piping, instrumentation, controls and conduit and wiring. System construction was completed in September 2011. The system construction included the installation of the new 14-in diameter

MATRIX NEW WORLD

Enabling Progress

PATRICK HUNNEWELL
Quality Assurance Quality Control Manager
Matrix New World Engineering, Inc.

extraction well to a depth of 220-ft, using dual rotary drilling technique, and installation of the new 40-Hp submersible pump. After well completion, the new well pad, electrical service and temporary containment structure was constructed, and the new 10,000-lb carbon adsorber system constructed. The total system construction contract is approximately $950,000.00.

**Operation and Maintenance of Remediation Systems, AZ** - Mr. Hunnewell has been part of the O&M team managing the performance of several existing groundwater pump and treat systems involving various technologies, and one soil vapor extraction system. The total combined flow rate for all systems includes packed column air stripping, ion exchange, solids reduction, and VOC reduction/removal using liquid and vapor phase carbon. The total flow rate for all the groundwater pump and treat systems exceeds 2,500-gpm. The system run time for all systems, including the SVE, exceeds an average of 93%, with most down time associated with planned events such as carbon change-outs and normal maintenance shutdowns. Treated effluent from the treatment systems is either reinjected to the local aquifer to create a hydraulic barrier, protecting local potable production wells, or used as part of a green remediation initiative in golf course irrigation through discharge and containment to a large irrigation pond maintained by a local golf course. Typical requirements for the O&M for these systems involves compliance sampling and reporting, monitoring off all system instrumentation and identification of abnormalities affecting system performance, scheduling of system maintenance, annual review, modifications and updates to the system O&M and QA/QC plans, and system upgrades as required to maintain normal system functionality.

**Alternative Landfill Cap Design and Construction** - Mr. Hunnewell was part of the design and construction oversight team that developed and implemented an alternate landfill cap design at a former foundry landfill in western Massachusetts. The landfill impact covered approximately 20-acres, required significant vegetative and tree clearing and grubbing, excavation, handling and placement/compaction of approximately 80,000-cubic yards of material and involved working around several active sanitary sewer easements. The alternate design was negotiated with MaDEP, which avoided the use of a conventional vegetative support layer requiring top soil. Through a program of soil testing and amendments that provided the necessary support for approval of the alternate cap design and construction, Mr. Hunnewell's team saved the client over $500,000 in costs associated with top soil, and reduced the project schedule by 25%. To further reduce costs, and provide beneficial reuse of excavated soils from another local construction project, over 40,000-tons of clean material was imported from this other site for use as the final soil cover. The final two-foot cover created a barrier protecting the public from contact with the former foundry sand, as opposed to requiring a synthetic or compacted clay cover to limit infiltration of precipitation. All site stormwater was managed on site, with final grading and elevations conveying all sheet flow to one large and one small infiltration basin constructed on site and within the final landfill limits.

**Confidential Client, Soil Excavation, Transportation and Disposal, Livingston, NJ** - Mr. Hunnewell was the project manager that assisted with the final remedial approach and construction oversight and QA/QC for the remediation of PCE-impacted soils along an active stream bank. Design activities included assisting the consulting engineering with preparation of the general permit for stream encroachment activities, and rehabilitation of the stream banks during final restoration activities. The remedial approach involved excavation of approximately 2,000-tons of hazardous between the building foundation and stream, which involved protection of the foundation, active utilities and removal of the stream banks. Backfilling was done incrementally and restored to original grades, with final restoration including placement of the required geonet, vegetative cover and shrub replacement along the stream bed, with periodic monitoring of the new vegetation, in compliance with the general permit. The total contract value was $380,000.00.

**Confidential Client, Soil Excavation, Transportation and Disposal, Shickshinny, PA** - Mr. Hunnewell was the project manager for the remediation of TPH-impacted soils within a defined wetlands area at this site in north central Pennsylvania. The wetlands were impacted by a release of No. 2 fuel oil from an upgradient UST. The

MATRIX NEW WORLD

Enabling Progress

PATRICK HUNNEWELL
Quality Assurance Quality Control Manager
Matrix New World Engineering, Inc.

consulting engineer provided the wetlands delineation and identified the areas to be excavated. Because of the nature of the soils, pre-draining through conventional dewatering techniques was not possible. Drying beds were constructed and covered to minimize the impact of TPH and organic odors to the surrounding properties, and to allow the soils to dry to the maximum moisture content accepted by the T&D facility. Crane mats were used for all heavy equipment during the excavation process, to minimize the potential for equipment settling into the wetlands area. The team provided equipment and labor support to the subcontractor that was brought in by the consulting engineer to complete the wetlands restoration required as part of the overall contract. Approximately 1,200-tons of TPH impacted soils were removed as part of the remedy. The total contract value was $260,000.00.

**Mark IV Industries, Metuchen, New Jersey -** Mr. Hunnewell was a project engineer for this large remediation project, assisting with the coordination and removal of approximately 20,000 tons of hazardous soils at an active manufacturing facility in central New Jersey. Remediation activities included the excavation and post-excavation sampling of several areas of concern in Level B PPE; operating construction equipment during excavation and backfilling/compaction of the areas of concern; and sample analysis recording/tracking. As part of the pre-mobilization and reporting activities, Mr. Hunnewell assisted with the wetlands delineation and preparation of the permit packages to NJDEP for final restoration during soil excavation and final restoration activities.

**Confidential Client, Central New Jersey -** Mr. Hunnewell was a project engineer for this large remediation project, assisting with the wetlands delineation, stream encroachment permits, and design for the stream diversion and reconstruction as part of a final remedial approach to excavate TPH impacted soils from a stream bed and the surrounding upgradient soils. The impacted wetland area was approximately 60,000-sq feet, including the stream bank. The final design included the identification of the wetlands areas to be mitigated and restored, removal and relocation of a 24-in stormwater conveyance pipe. The overall contract value was $90,000.00.

**National Grid, Utica, New York -** Mr. Hunnewell the design and QA/QC manager for a 4,000-gpm temporary treatment system used to handle dredging materials generated as part of the final remedial approach for an active harbor. This system involved dredging along the harbor banks and bulkheads by a separate entity, which pumped the impacted dredge spoils to a 12-acre retaining pond constructed adjacent to the harbor. Within the pond sediment screens of varying size were constructed, generating an assembly of baffle walls that permitted the flow of water at a high rate that still permitted adequate settling of the smaller micron particulates. Coagulant and flocculent were distributed at separate points to aid in the settling process before the untreated water entered the pump intakes. The treatment process involved the use of multiple bag filter skid housing operated in parallel, and four Siemens HP-20 20,000-lb liquid phase adsorbers systems operated in parallel and series. The system was successfully designed, constructed and operated to reduce TSS and VOC concentrations to below the discharge limits required by NYSDEC for discharge to surface water. The total contract value was $820,000.00.

**United States Army Corps of Engineers – Groundwater Pump and Treat System, Bog Creek Superfund Site, Howell, NJ -** Mr. Hunnewell was the project manager for the installation of a groundwater pump and treat system upgrade at the Bog Creek Superfund site. The system included the installation of twenty Rediflo submersible pumps and downhole controls and equipment, extraction well vaults, SVE and pump and treat valves and instrumentation in the field, and the treatment equipment inside the new LEED certified building. The building, wells and site piping was installed by the Conti Group, the general contractor for the project. Treatment equipment and control panels were installed inside the building, which included a mix tank and clarifier with chemical feed systems, settling tank and solids handling system, low profile air stripper, liquid phase carbon, two PD blowers for the SVE component, and vapor phase carbon. A main control panel with complete SCADA access was integrated with two main pump panels with VFDs for the extraction wells, and a primary groundwater system control panel. The total contract amount was $812,000.00.

MATRIX NEW WORLD

Enabling Progress

Scott Jackson
Natural Resource Advisor
Matrix New World Engineering Inc.

### Professional Qualifications

Following his graduate work at Auburn University in 1998, Mr. Jackson entered the environmental consulting field. Shortly thereafter he became a project manager of environmental projects ranging from Environmental Site Assessments and wetland delineations to NEPA studies and Section 106 compliance for federally funded and/or licensed projects including public transportation projects.

Mr. Jackson served as a Project Manager on numerous NEPA compliance projects at a regional engineering consulting firm. Mr. Jackson co-authored Environmental Impact Statements, Environmental Assessments and Categorical Exclusions for many public transportation projects in multiple southeastern states. He also performed all of the firm's noise impact assessments and air quality studies.

Mr. Jackson served as Environmental Coordinator and managed Phase I and II Environmental Site Assessments, wetland delineations, GIS and GPS mapping projects, wetland fill permitting, mitigation, NPDES registration and engineering/development projects.

### Education

Master of Science - Soil Science, Auburn University, Alabama 1998
Bachelor of Science - Environmental Resource Management and Planning, University of West Florida, Pensacola, Florida 1995

### Training

Fundamentals of Noise Analysis, Florida Dept. of Transportation, 32 hrs.
Remote Sensing & Photo-Interpretation, University of West FL
Air Emission Analysis, Alabama Dept. of Transp. & Univ. Central.FL., 24 hrs.
Physics, Calculus, Trigonometry, Undergrad. Courses
Organic Chemistry, Graduate Course, Auburn University
Analytical Chemistry, Graduate Course, Auburn University
Qualitative Chemistry, Graduate Course, Auburn University
Soil Chemistry, Graduate Course, Auburn University
OSHA Hazardous Waste Operations (HAZWOPER) Training, 40 hr. & 8 hr. updates
Soils and Environmental Quality Graduate Course, Auburn University
Nutrient Management Plans, Seminar International Poultry Expo.

### Professional Experience

**MC252 Deepwater Horizon Spill Response, Baldwin County, Alabama Natural Resource Advisor (NRA) Team Lead –** Natural Resource Advisor (NRA) Program Manager responsible for managing all day-to-day aspects of the NRA program. Ms. Evertsen's responsibilities include directing the training of new NRAs, provides NRAs in the field with all necessary equipment and supplies, administering the scheduling of replacement NRAs, review of daily 214 reports, and BMP checklists, overseeing the distribution of 214s and BMP checklists to appropriate agencies, and providing technical assistance to the NRA team leads. Ms. Evertsen coordinated field observations from the NRAs with all appropriate state and federal agencies as part of Section 7 (threatened and endangered species) and Section 106 (cultural and historical resources) compliance.

**MC252 Deepwater Horizon Spill Response, Baldwin County, Alabama Natural Resource Advisor (NRA) Team Lead –** NRA responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks along Florida and Louisiana's Gulf Coast. As a NRA, Ms. Evertsen was responsible for implementing required Best Management Practices (BMPs), as provided by the United States Fish and Wildlife Services in accordance with the Endangered Species Act and other applicable laws. NRAs implemented BMPs to ensure contractor cleanup can take place, while having the least impact to the natural resources and wildlife. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRAs, documented daily observations, and prepared a daily report and completed the BMP checklist.

MATRIX NEW WORLD

Enabling Progress

Scott Jackson
Natural Resource Advisor
Matrix New World Engineering Inc.


## PUBLICATIONS/PRESENTATIONS

Master's Thesis: Nitrate-N Leaching in Two Alabama Coastal Plain Soils, Auburn University, Auburn, Alabama, 1998.

Presented paper with published abstract: Cotton Yield as Affected by Rainfall Distribution in Alabama at Southern Branch Agronomy Society of America Meeting, Birmingham, AL, 1997 (Abstracts of Technical Papers. Southern Branch ASA. p.6 .1997.)

Presented paper and published abstract: Nitrogen Movement on Two Alabama Soils at Soil Science Society of America National Convention, Anaheim, CA, 1997 (Agronomy Abstract p. 36, American Society of Agronomy. 1997.)

Published June Rainfall Increases Cotton Yield in Alabama Agricultural Experiment Station Highlights of Agricultural Research Quarterly Magazine, Winter 1998

MATRIX NEW WORLD
Enabling Progress

KEVIN CHURCH
Natural Resource Advisor
Matrix New World Engineering, Inc.

## Professional Qualifications

Mr. Church has experience working for the public research university system, state agencies and private consulting industry. He currently serves the Florida Lead for Matrix on its Natural Resource Advisor program for the Gulf Oil Spill Response Team where he coordinates the daily efforts of a team of 17 biologists. Mr. Church is primarily a wildlife scientist, has a strong background in ecology and is experienced in study design and wildlife assessments with a particular focus on avian ecology and coastal and marsh habitats. He has drafted best management practices for listed species which have been adopted and implemented by the FWS. Through his understanding of natural resources and the views and goals of parties involved, he has a history of finding solutions to resource issues which are scientifically sound and agreeable to both his clients and stakeholders, promoting a positive goal-minded approach.

## Education

B.S., Wildlife Ecology and Conservation, University of Florida, 2009

## Professional Registrations, Certifications and Memberships

FFTII Wild land Firefighter
40-Hour OSHA HAZWOPER
8-Hour OSHA Refresher
Incident Command System (IS-100.b/IS-200.b/IS-700a)
Certified Wildlife Rehabilitator
Wildlife Observer Training
TWIC (Transportation Worker Identification Credential)
BP Post Emergency Spill Health and Safety Training
UTV/ATV Certification
Trimble Training
Boating Safety (FWC)
Florida Hunter Safety (FWC)
American Bird Conservancy
The Wildlife Society
Florida Association of Environmental Professionals

## Professional Experience

**MC252 Deepwater Horizon Spill Response, Natural Resource Advisor Team Lead –** NRA Team Lead responsible for managing the NRA Team in Pensacola, FL. As NRA Team Lead, Mr. Church served as liaison between Program Manager and team to distribute program directives and request guidance, as resource for NRAs in field regarding daily job responsibilities, compliance issues, and interactions with cleanup operations, USCG, and USFWS, tracked progress of operations for each STR, represented NRA program at daily meetings, reviewed reports submitted by team and compile 214 reports, reviewed BMP checklists submitted by team daily, submitted BMP compliance reports, 214s, and BMP checklists to operations, USCG, and USFWS, developed and maintained work schedule and field assignments, and provided ongoing training and distribute materials to team. Mr. Church has provided training on natural resource and compliance issues to federal and state agencies as well as private companies.

**MC252 Deepwater Horizon Spill Response, Natural Resource Advisor –** NRA responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks along Florida's Gulf Coast. As a NRA, Mr. Church was responsible for implementing required BMPs, as provided by the USFWS and Florida Department of Environmental Protection in accordance with the Endangered Species Act and other applicable laws. NRAs implemented BMPs to ensure contractor clean up can take place, while having the least impact to the natural resources and wildlife. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRAs, documented daily

MATRIX NEW WORLD

Enabling Progress

KEVIN CHURCH
Natural Resource Advisor
Matrix New World Engineering, Inc.

observations, and prepared a daily report and completed the BMP checklist.

**FLDEP/State Parks –** For public agency, Mr. Church delineated critical nesting habitats for shorebirds and seabirds. Worked with agency staff to post and monitor sites. Mr. Church has worked with public agency staff in the FL state park system to survey for endangered species, habitat, and shorebirds. This data was used to augment the Florida Shorebird Alliance's database of beach nesting birds.

**FL Fish and Wildlife Conservation Commission (2010) –** Field Biologist for USGS contract sampling the populations of secretive marsh birds throughout Florida. Mr. Church conducted field surveys, trained crew members on bird ID and sampling protocols, worked with various landowners and managers, private, and public lands, and complied collected data. Mr. Church also assisted with collection and processing of data for nesting shorebirds in the Florida panhandle for the Florida Wildlife Conservation and Florida Shorebird Alliance. Mr. Church conducted population studies of avian species and marine invertebrates on Florida's coast. Along with stakeholder input, Mr. Church created the survey protocol. The data collected and compiled was used to set the state's baseline for NRD assessments. Duties included coordination of site visits, field surveys and compilation of data.

**University of Florida –** For public funded research, Mr. Church has worked on integrated pest management projects focused on passerine reproductive success in agricultural lands. Mr. Church worked with stakeholders to allow research to occur on privately held lands and performed field work. Trained volunteer staff on procedures and directed their work. Field duties included nest searches, nestling aging, vegetation sampling, insect abundance and identification, installation and maintenance of nest boxes, mapping of home range, use of camera traps to gauge agricultural pests predation quantity and type.

Mr. Church has worked with university staff on mist netting and banding of small raptors and passerine species in Ordway-Swisher Biological Station. Duties included identifying sites for trapping, set up and retrieval of equipment, ensuring adherence to regulation for handling, handling and banding birds.

For a public land conservation group, Mr. Church worked with university and agency staff to create avian and plant inventories for purchased land. Duties included coordinating work of surveyors for plant inventories, serving as contact on species identification, setting up and compiling inventories. His work with land conservation groups has also included management activities including prescribed fire on longleaf pine areas with non-profit management groups.

Mr. Church has worked as biochemistry research lab manager. Acted as department EH&S contact for department waste stream, biohazard, radioisotope, and regulated-use chemical waste. Maintained compliance documentation and active approvals for radioisotopes and restricted use chemicals. Maintained IACUC approvals for laboratories engaged in research with an animal use component.

Mr. Church has performed avian point count surveys to create seasonal inventories for public research university system. His duties involved tracking site visits, performing point and transect surveys, and reporting findings. The findings have been used as reference for research projects in the university system.

Mr. Church has experience in teaching biological lab techniques for the public university system. Responsible for biological sciences laboratory setups, greenhouse management, maintenance of cultures and Drosophila colonies, and management of inventories. Mr. Church has also developed of environmental education materials for the public education system which have been published through the IFAS extension agency. Duties included identifying gaps in teaching materials, creating content, consulting with working group on needs, and editing of final draft.

MATRIX NEW WORLD
Enabling Progress

**DERRON L. LA BRAKE, PWS**
Senior Natural Resource Advisor and SCAT Leader
Matrix New World Engineering Inc.

### Professional Qualifications

Mr. LaBrake is a Certified Professional Wetland Scientist with over 25 years of experience managing projects that involve the full range of ecological issues associated with wetland, aquatic, and terrestrial habitats. Mr. LaBrake is certified in Shoreline Cleanup Assessment Technique (SCAT) as both field team member and leader. He is an expert in wetland delineation, wetland functional assessment, replacement wetland design, and environmental permitting related to wetlands and other natural resources. Mr. LaBrake has conducted hundreds of wetland delineations throughout the eastern United States and obtained many State and Federal Permits for a variety of activities. He has been a practicing Wetland Scientist for over 25 years and was certified by the Society of Wetland Scientists as a Professional Wetland Scientist in 1995.

Mr. LaBrake has considerable skills in the discipline of dredge material management, having worked on both small 2,200 CY and large 8,5000,000 CY dredging projects since 1988. His experience includes the characterization of the in-situ sediment in terms of chemical constituents and physical properties, through the evaluation of disposal and reuse options, and including dewatering specifications. He has worked extensively with both State and Federal agencies obtaining approvals for a number of dredging projects. He developed close working relationships with New Jersey's Office of Dredging and Sediment Technology and the New Jersey Department of Transportation's Office of Maritime Resources. Those two Offices regulate all navigational dredging projects in the State of New Jersey.

Mr. LaBrake is highly skilled in the discipline of ecological risk assessment (ERA), having completed ERAs under numerous state and federal programs. His ERA experience relates primarily to sediments; however, he has also assessed ecological risks for a variety of contaminants in aquatic and terrestrial habitats. He recently negotiated a risk-based cleanup concentration for sediments in a creek that was impacted by historic releases from a former manufactured gas plant, saving a utility company millions in remediation costs.

### Education

Graduate course work (Ecology), Villanova University, 1994
BS, Biology w/Ecology Concentration, West Chester University, 1989

### Professional Certifications and Registrations

Professional Wetland Scientist # 000983, 1995, 2008
Shoreline Cleanup Assessment Technique (SCAT) Team Leader and Team Member Training, 2012
Habitat Evaluation Procedures, 1993
Wetland Evaluation Technique, 1988
OSHA-Hazardous Waste Operations and Emergency Response - 40 Hour, 1990
OSHA-Hazardous Waste Operations and Emergency Response 8-Hour Supervisor Training, 1992
OSHA-Excavation and Trenching, Competent Person, 2006
Chevron, LPS, 2005

### Professional Experience

**SCAT, Boston 30 Oil Spill, NY/NY Harbor (Newark Bay, Kill van Kull, Arthur Kill and Hudson River)** – Performed SCAT work with representatives from the US Coast Guard and New Jersey Department of Environmental Protection, assessing shoreline primarily along the New Jersey shorelines. Assessed many miles of shoreline that included both natural and man-made shoreline types for affects associated with the release of No. 6 fuel oil. As the cleanup progressed, performed a number of final assessments that were used to document the conditions for "Sign-Offs" of shoreline segments that were deemed clean and required no further cleanup action, based on the criteria developed for the different shoreline types and was the responsible party's signatory for those segments.

**SCAT, Sandy Incident, (Arthur Kill and Woodbridge Creek)** – Performed SCAT work with representatives from the US Coast Guard and New Jersey Department of Environmental Protection, assessing shoreline along the Arthur Kill in New Jersey. Assessed a few miles of shoreline that included both natural and man-made shoreline types. Also

MATRIX NEW WORLD
Enabling Progress

DERRON L. LA BRAKE, PWS
Senior Natural Resource Advisor and SCAT Leader
Matrix New World Engineering Inc.

collected samples for Natural Resource Damage Assessment documentation and samples for attribution because of the number of spills that had occurred in the area as a result of Hurricane Sandy.

**Ecological Risk Assessment, NorthWestern Energy's Former Aberdeen Manufactured Gas Plant, City of Aberdeen, SD –** Assessed historic analytical data collected from the site area (soil, sediment, and surface water) to determine whether there were any potential ecological risks associated with the detected concentrations of a variety of constituents. Based on the assessment, developed an additional investigation strategy and work plan to further assess the sediments in Moccasin Creek, where a historic discharge from the site was located. The sampling was limited to Contaminants of Potential Ecological Concern (PAHs). The work plan was prepared such that the data collected could also be used to determine the extent of sediment removal that would be necessary for later remediation. The sampling plan included the use of field screening kits (immuno-assay) to limit the number of samples that would need to be sent to a laboratory for analysis. Designed and executed an ecological risk assessment using a sediment quality triad approach to develop risk-based cleanup strategy for the impacted sediment. Sediment analytical testing, bioassay testing (*Chironomus tentans* with both chronic and acute endpoints), and benthic macroinvertebrate community sampling were used to assess ecological risks associated with elevated concentrations of constituents attributed to former manufactured gas plant operations. Based on an analysis of the results from the sampling, a proposed "risk based cleanup value" of 200 ppm total PAHs was proposed to the South Dakota Department of Environment and Natural Resources. The proposed cleanup value was subsequently accepted and by using a risk-based clean-up value Northwest Energy was able to save in excess of $3.5 million (2006 dollars) in cleanup and disposal costs.

**Proposed Ship Fuel Replenishment System, Draft Supplemental Environmental Impact Statement, Naval Weapons Station Earle, Monmouth County, NJ –** Worked on the Supplemental Draft Environmental Impact Statement (SDEIS) was required for the US Navy to home-port two Auxiliary Oil and Explosives ships at Naval Weapons Station Earle. The original Draft EIS evaluated disposal options for 8.2-million cubic yards of dredge material and the Supplemental Draft EIS included evaluating additional dredge material disposal options and the siting of the Ship Fuel Replenishment System (SFRS 8,400,000 gallons of diesel marine fuel and 4,200,000 gallons of JP5 jet fuel). As part of the project team performed wetland delineations and field reconnaissances of potential sites for the SFRS and additional dredge material disposal sites and addressed comments received on the Draft Environmental Impact Statement (related to dredging) for the preparation of the Final Environmental Impact Statement.

**New Turning Basin Port of Oakland, Dredge Material Disposal Management, Port of Oakland, Oakland, CA –** Prepared a detailed cost estimate and operations plan for amending approximately 100,000 cubic yards of contaminated sediment/dredge material so that it could be disposed of at either of two local landfills. The dredge material was being generated from the construction of a new turning basin at the mouth of the Inner Harbor in San Francisco Bay at the Port of Oakland. The material that was selected to be mixed with the dredge material, primarily as a dewatering agent, was a locally generated by product (waste material) that could be beneficially reused. The amended dredge material would be of a suitable consistency for disposal at local landfills (passing a paint filter test) as daily cover material. The time required for obtaining the necessary permits precluded the use of this cost-effective option, because the project had to be completed within a nine-month time window, and the amount of time require for obtaining an air permits for the port side mixing was in excess of 270 days.

**Berth Deepening, Construction & Marine Equipment Company, Inc., City of Elizabeth, NJ –** Collected samples and provided data summary report to Construction and Marine Equipment Company, Inc. (CMEC) in support of the application they were filing for deepening their berth of -30 feet MSL. CMEC operates a marine construction facility on the Arthur Kill in Elizabeth, New Jersey. CMEC's existing berth was approximately 18 feet deep and needed to be deepened to approximately 30 feet deep to accommodate a large ship in need of substantial repairs. The sampling included collecting sediment cores up to 18 feet below the bottom of the Arthur Kill and analyzing the sediment for VOCs, SVOCs, PCBs, pesticides, metals, dioxins and furans. Also provided analytical testing (same parameters) for the mixed material (8% Portland cement) that will be disposed of at a land based facility. This dredging will be approved shortly by the State and Corps of Engineers

MATRIX NEW WORLD

Enabling Progress

**DERRON L. LA BRAKE, PWS**
Senior Natural Resource Advisor and SCAT Leader
Matrix New World Engineering Inc.

**Dredge Material Rehandling Facility Permitting, Construction & Marine Equipment Company, Inc., Elizabeth, NJ –** Obtained a "revised" Waterfront Development Permit for Construction and Marine Equipment Company, Inc. (CMEC). CMEC operates a dredge material processing and rehandling facility in Elizabeth, New Jersey. Prepared the "revised" Waterfront Development Permit so that CMEC could be permitted to use a different amendment/dewatering process and to use a different configuration for the dredge material processing equipment at their port side facility on the Arthur Kill.

**Maintenance Dredge Permitting, TOSCO Refinery, Trainer, PA –** Prepared the sediment sampling and analysis plan, conducted the sampling, evaluated and summarized the analytical results, applied for and obtained the Water Quality Certificate from NJ DEP's Office of Dredging and Sediment Technology, for TOSCO Refinery's maintenance dredge. Following NJ DEP's approval of the sampling and analysis plan, provided sediment sampling oversight and laboratory coordination. The sediment analysis included in addition to the normal bulk sediment analytical testing, PCB congeners analysis. Evaluated and summarized the analytical results for the Water Quality Certificate/Permit application, for the disposal of about 107,000 cubic yards of sediment dredged from the Delaware River. Was able to obtain the permit in a timely manner that allowed the Refinery to continue operations without interruption.

**Maintenance Dredging, Borough of Point Pleasant, Point Pleasant Borough, NJ –** Prepared the design specifications for the dredging dewatering and disposal of approximately 2,200 CY of sediment from Metedeconk River north of Barnegat Bay. A number of dewatering options were provided in the design specifications to provide options for the dredging contractor. The dewatering site, which was leased from a local community, had to be restored prior to the beginning of the "summer tourist season," and there were dredge-timing restrictions due to winter flounder breeding habitat in the area. The disposal site for the sediment that was being dredged was a former sand-mining pit about 10 miles from the site. The combination of the winter flounder restriction and short time window allotted by a local homeowner's association the project had to be carefully managed to meet all the restrictions imposed. Prepared permit applications and obtained permits for the dredging and dredge material dewatering area. The sediment was sampled and was determined to be sufficiently clean to be placed in the former sand pit. The project was completed on time and within budget.

**Maintenance Dredge Permitting, Belmar Ferry Terminal Rehabilitation, Town of Belmar, NJ –** Prepared the sampling and analysis plan for NJ DEP's Office of Dredging and Sediment Technology's review and approval, provided oversight of the sediment sampling, and prepared all of the analytical results summary tables for obtaining the Waterfront Development Permit for dredging and disposal of approximately 21,000 cubic yards of sediment from the Shark River. This project was one of the projects performed by Consolidate Technologies Inc. (CTI) where the sediment was stabilized and used to cap an abandoned strip mine in western PA.

**Dredged Sediment Evaluation, Ft. Mifflin Disposal Facility, City of Philadelphia, PA –** Conducted sediment sampling and analysis (dewatered sediment) at the U.S. Army Corps of Engineers' Ft. Mifflin Dredge Disposal Facility, adjacent to the confluence of the Schuylkill and Delaware Rivers. The sampling was conducted to assessing the chemical and physical characteristics of the dredge material and to determine its suitability for potential reuse as fill for a former coal mine pit in Tamaqua, Pennsylvania. Provided the COE with a summary report regarding the quality of the sediment and a description of its characteristics. This sampling was in support of the approval CTI received which required 50,000 CY to come from a PA source of material.

**Sediment Evaluation, Sumner Dam Removal, Upper Merion Township, Montgomery County, PA –** Conducted sediment sampling and analysis to characterize the approximately 23,000 cubic yards of accumulated sediment behind the Sumner Dam for Upper Merion Township for the evaluation of disposal options. Upper Merion was seeking a grant to remove the 25-foot high 300-foot long dam from Balligomingo Creek.

MATRIX NEW WORLD
Enabling Progress

**CHRISTINA LANG**
Natural Resource Advisor
Matrix New World Engineering, Inc.

**Professional Qualifications**
Ms. Lang is an Ecologist with over 4.5 years of experience in the environmental industry. Ms. Lang has been involved in the capacity of ecologist, natural resource advisor, and industrial hygienist for various projects including oils spill cleanup, wildlife survey work, mold identification, mold and Chinese drywall inspections. Her experience provides a working knowledge of natural resource issues, environmental oversight, environmental assessments, and biological surveys/ identification.

**Education**
B.S., Biological Sciences, California Polytechnic State University, San Luis Obispo, California, 2008

**Professional Registrations and Certifications**
40-Hour Hazwoper, 2010
CPR Certified, 2012
Advanced Open Water Diver certification, 2012

**Professional Experience**
**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor (NRA)-** Natural Resource Advisor responsible for providing services to BP and to the Department of the Interior in support of guidelines set forth by the Department of the Interior and the National Oceanic and Atmospheric Administration activities for the Mississippi Canyon 252 (MC252) Deepwater Horizon Incident and resulting oil spill. While working on the oil spill, between August 2010 and the present, wildlife survey and natural resource support was provided. Wildlife surveys include the following; sea turtle/ sea turtle nesting, piping plovers, avian nesting, injured wildlife, beach mouse, and daily inventory of all other species observed. Natural Resource support include providing expertise in natural resource issues using a Trimble GPS device to enter data in the field. Duties also include and answering any questions pertaining to the environment, insuring that the disturbance of the environment is reduced while the set of guidelines that where created by the DOI and NOAA are followed. Christina has provided natural resource support along the coastline in Louisiana, Mississippi, Alabama, and Florida.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico Wildlife Capture-Specialist -** responsible for providing services while working alongside LDWF and USFWS in support of the Mississippi Canyon 252 (MC252) Deepwater Horizon Incident and resulting oil spill. While working on the spill in the summer of 2010, duties included scouting for injured wildlife along the Louisiana coastline, responding to calls for injured or oiled wildlife and the capture of injured and oiled wildlife.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico Industrial Hygienist -** Responsible for providing services to BP in support of the Mississippi Canyon 252 (MC252) Deepwater Horizon Incident and resulting oil spill. During the summer of 2010, air monitoring services were provided while taking VOC levels with corresponding GPS coordinates at various locations along the coast of Louisiana.

**Wildlife survey work-** Wildlife Biologist responsible for completing wildlife surveys which include; desert tortoise, dendrology, avian point count, avian mist netting, wildlife nesting, freshwater fish inventory, and T&E.

**Barclay Assessment Services –** Industrial Hygienist responsible for conducting Chinese drywall inspections, mold inspections, providing air quality/ monitoring services and analyzing various types of mold under a microscope.

MATRIX NEW WORLD

Enabling Progress

**LISA PITTMAN**
Natural Resource Advisor
Matrix New World Engineering, Inc.

**Professional Qualifications**
Ms. Pittman is a Mobile, Alabama native and is currently employed by Matrix New World. Ms. Pittman has cumulative knowledge in the fields of natural resources advisement, fisheries management, environmental health sciences, ecology, and wildlife sciences. She has conducted various types of surveys and sampling for animals and their related habitats. She participated in fisheries management regulatory inspections and provided logistical support for the Alaska Department of Fish and Game. As an Environmental Health Specialist and Scientist for the Florida Dept. of Health, Ms. Pittman gained expertise in the SUPER Act programs, Florida's Healthy Beaches Program, On-site Sewage Treatment and Regulations, and numerous other environmental health programs where she obtained professional certifications and served as a regulatory inspector.

Ms. Pittman possesses teaching experience in the field of marine ecology and wildlife sciences. She has expertise in bird identification, and reconnaissance surveys as well as rehabilitation experience with birds of prey, sea and shore birds. Ms. Pittman is proficient in the use of GIS software, field equipment, and field techniques. She has over two years of experience on the BP Gulf Spill Response and is the lead Mobile County Natural Resource Advisor where she manages a team of six biologists. Ms. Pittman is responsible for providing natural resource information and environmental oversight on Dauphin Island and West Point Island in Alabama and coordinates efforts with local contractors and other agencies including the Gulf Coast Recovery Organization, U.S Fish & Wildlife Service, Section 7 and the U. S. Coast Guard.

**Education**
B.S., Wildlife Sciences, Auburn University, 1998

**Professional Registrations and Certifications**
HAZWOPER 40-Hour OSHA
8-Hour OSHA Refresher
Wildlife Observer USFWS Training
Sea Turtle Training USFWS
Bird Capture Training USFWS
ICS 100 and 700, FEMA
Dolphin rescue and recovery orientation, Institute for Marine Mammal Studies
On-Site Sewage Treatment and Regulations, State of Florida
Basic SUPER Act Solo GPS Training Certification, State of Florida
Soils, Systematic Botany, Ecology, Wildlife Management, Entomology, Ornithology, and Biology, Auburn University
BP Post Emergency Spill Health and Safety Training
UTV/ATV Certification
Trimble Training

**Professional Experience**
**MC252 Deepwater Horizon Spill Response Lead, Mobile County Natural Resource Advisor, Dauphin Island, AL.** – Natural Resource Advisor Team Lead (NRA Team Lead): responsible for providing environmental oversight. Best Management Practices (BMP) and Shoreline Treatment Recommendations (STR) set forth by state and federal agencies, for recovery of oil and oiled debris from beaches of Dauphin Island and West Point Island, Alabama. NRA Team Leads are responsible for reviewing and highlighting daily reports from field NRAs, and provided information to the U. S. Fish & Wildlife Services Section 7 Liaison, U. S. Coast Guard, Gulf Coast Restoration Organization personnel, land shareholders, and assigned contractors. Also responsible for producing and managing rotation schedules, crew assignments, and provides quality assurance and quality control of Mobile Co. BMP checklists. Concurrently, NRA Team Lead is tasked with approvals and edits to all Migratory Bird Nesting and Sea Turtle Nesting Data for Dauphin and West Point Islands. As the Mobile County Lead NRA, Ms.

MATRIX NEW WORLD

Enabling Progress

**LISA PITTMAN**
Natural Resource Advisor
Matrix New World Engineering, Inc.

Pittman is responsible for keeping a current inventory of Mobile Co. NRA equipment, and provides assistance with related computer issues, BMP checklist programs, GIS software, and GIS equipment.

**(MC252 Deepwater Horizon Spill Response, Natural Resource Advisor; Dauphin Island, AL.** – Natural Resource Advisors (NRA) are responsible for providing environmental oversight during recovery of oil and oiled debris from beaches of Dauphin Island and West Point Island, Alabama. NRAs are responsible for documentation of implemented Best Management Practices (BMPs), as required by the United States Fish and Wildlife Services and Alabama Department of Environmental Protection in accordance with the Endangered Species Act and other applicable laws. NRA observed and advised on BMPs to ensure contractor clean up takes place, while minimizing impact to the natural resources and local wildlife. NRA conducted threatened and endangered species surveys, migratory bird nesting surveys, sea turtle surveys, as well as educating technicians and contractors on the goals of the NRA program. NRAs collected GPS data, photographed, and used GIS software and equipment to document Migratory Bird Nesting and Sea Turtle Nesting status for U. S. Fish and Wildlife, Share the Beach and local Sea Turtle permit holders. NRAs also assisted in providing data regarding dolphin and turtle carcasses for United States Fish and Wildlife Services and the Institute for Marine Mammal Studies.

**MC252 Deepwater Horizon Spill Response, Wildlife Operations Field biologist; South West Alabama** – Field biologist/paraprofessional responsible for the assessment, capture and rescue of oiled, injured, distressed wildlife, with concentrations on migratory birds and turtles throughout the West Alabama area including Dog River, Mobile Bay, Mississippi Sound, and Gulf of Mexico along Dauphin Island, AL. Responsibilities included assisting the U. S. Fish and Wildlife Services and the Alabama Department of Environmental Management in the rescue and capture of effected and injured wildlife, wildlife assessments and evidence collection. Teams responded to oiled wildlife hotline dispatches, prepared reports, collected photos and GPS data. Team members also assessed and reported damaged boom, oil slicks, and impacted areas where wildlife was present.

**Wildlife Rehabilitation; Theodore Oiled Wildlife Rescue Center, Theodore, Alabama** – Wildlife rehabilitator; responsible for assisting Tri State Birding, International Bird Rescue personnel, and local veterinarians in handling, feeding, and caring for oiled and injured wildlife. Other Rehab duties include transportation and transportation logistics of wildlife for reintroduction into wildlife habitat.

**Texas State Aquarium; Education and Aquarium Guide, Corpus Christi, Texas** – Marine Ecology Teacher and Aquarium Guide: conducted marine ecology classes and instruction for school age & college students, and organizations. Provided tours of the aquarium with emphasis on fish and wildlife local to the Gulf of Mexico and the state of Texas.

**Florida Environmental Health Department; Santa Rosa County Health Department, Milton, Florida** – Environmental Health Specialist (I): performed professional environmental work as related to On-site Sewage Treatment and Disposal Systems, Rabies, Tanning, Healthy Drinking Water, Mobile Home Parks, Group Care Facilities, and Sanitary Nuisances. Specialist sampled and monitored sites under the State Underground Petroleum Environmental Response Act. Obtained Inspector certificates, conducted site assessments, and worked closely with home builders, septic system contractors, plumbers, group care providers, mobile home park managers, home owners, business managers, and general public.

**Florida Environmental Health Department; Pasco County Department of Health, New Port Richey, Florida** – Environmental Health Specialist: assessed public beach areas and collected water samples for the Healthy Beach Program. Responsible for locating, recording global position of test sites, and collected water samples for investigation purposes under the State Underground Petroleum Environmental Response Act and obtained basic SUPER Act Solo GPS Training Certification.

MATRIX NEW WORLD

Enabling Progress

**LISA PITTMAN**
Natural Resource Advisor
Matrix New World Engineering, Inc.

**Alaska Department of Fish & Game; Ground fish, Shell fish Fisheries & Salmon Commercial Fisheries, Kodiak, AK** –
Fish and Wildlife Technician (II, III): responsible for statistical data entry and report generation of ground fish
and shellfish species for the Alaska Westward region; conducted field work and data collection for management
purposes. Other duties include issuing state vessel and gear registration, participation in vessel, catch, and gear
inspections and conducting crew interviews as well as provided logistics, field, and lab support.

MATRIX NEW WORLD
Enabling Progress

**LAWRENCE MALIZZI, PG**
**Natural Resource Advisor Program Manager**
**Matrix New World Engineering Inc.**

## Professional Qualifications

Mr. Malizzi has 21 years of experience in spill response, Natural Resource Damage Assessment (NRDA), geology, hydrogeology, due diligence, and remediation. He is currently Program Manager for the Natural Resource Advisor Program in support of the MC252 Deepwater Horizon Response in the Gulf of Mexico. Mr. Malizzi has responsibility for the Matrix Spill Response Practice, the Mobile, Alabama and Wilmington, Delaware offices, and private sector business development. Mr. Malizzi has managed projects involving spill response, NRDA, major due diligence portfolios, groundwater and soil remediation, and hazardous and solid waste management. He has extensive experience providing these services to the insurance, oil and gas, financial, and automotive sectors. Mr. Malizzi is an active member of the International Bunker Industry Association and the Vice President of the Chesapeake-Potomac Chapter of the Society of Environmental Toxicologists and Chemists. He has spoken extensively on spill and other environmental topics in both the US, Canada, and EU. In addition, he has managed staff, had P/L responsibility for multiple offices, written numerous technical reports, testified at environmental hearing boards, participated in many public meetings, and published technical papers. He has set up and managed alliances with other consulting firms in the US, Canada, and the United Kingdom. Mr. Malizzi has also travelled extensively and lived abroad as part of his responsibilities.

## Education

MS, Geology, Rutgers University, Geology, 1989
BS, Geoscience, Montclair State College, 1987

## Professional Certifications and Registrations

Professional Geologist – Delaware, #S4-0000947, 1995
Professional Geologist – Pennsylvania, #PG001031G, 1995
40-Hour OSHA Hazardous Waste Safety and Health Operations
8-Hour OSHA Refresher Training for Hazardous Waste Operations
New Jersey UST Certifications- Closure and Subsurface Evaluator, NJDEP #0024760

## Professional Affiliations

Vice President, Chesapeake-Potomac Regional Chapter of the Society of Environmental Toxicologists and Chemists
International Bunker Industry Association

## Professional Experience

**BP, MC252 Deepwater Horizon Spill Response, Gulf of Mexico –**

- **Natural Resource Advisor (NRA) Program Manager-** instrumental in creating and, subsequently, managing all day-to-day aspects of the NRA program, which was created to ensure Section 7 (threatened and endangered species) compliance in coordination with the United State Fish & Wildlife Service, the National Oceanographic and Atmospheric Administration, and state agencies from Florida, Alabama, Mississippi, and Louisiana. Responsibilities include directing the training of the 98 NRAs in the 4 affected states, providing necessary equipment and supplies, administering the scheduling of replacement NRAs, review of daily 214 reports, and Best Management Practices checklists, and providing technical assistance to the NRA team leads. The NRAs are responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks. NRAs also conduct threatened and endangered species surveys, educate the public on the goals of the NRA program, document daily observations, and prepare a daily reports and completed the BMP checklist using handheld Trimble Nomads.
- **Wildlife Operations Project Manager-** for the Houma and Mobile Commands and was responsible for field biologists capturing and rescuing oiled wildlife whose responsibilities included assisting the United States Fish and Wildlife Services and state agencies from Florida, Alabama, Mississippi, and Louisiana. Tasks included habitat patrol and wildlife assessments, evidence collection, assessing and reporting locations where damaged boom systems and oil slicks were present, and coordinating the radio dispatch and GIS mapping operations. Staff included 19 Matrix biologists and 60 Paraprofessionals. This work was done in close coordination with

MATRIX NEW WORLD

Enabling Progress

LAWRENCE MALIZZI, PG
Natural Resource Advisor Program Manager
Matrix New World Engineering Inc.

Tri-State Bird Rescue and Research.

- **Florida State Liaison**- for the Mobile Sector Incident Command Center located in Mobile, Alabama. As part of the Planning Section– Environmental Unit, Mr. Malizzi responsibilities included assisting the State of Florida in developing protective strategies for implementation of the Mobile Sector Area Contingency Plan (ACP) and identifying State sensitive areas not covered in the ACP. Mr. Dempsey helped develop the tracking of the booming coverage of all the ACP sites within the Mobile Sector by working with Planning, Operations and the States to assure completion of the ACP coverage requirements.

**BP, Katrina Response, Louisiana** – Project Manager for the incidence response to hurricane Katrina. The project included the coordination of command post staffing, over flights (both fixed wing and helicopter), water sampling, oil sheen sampling, photo georeferencing to establish baseline conditions, and current studies to establish baseline conditions surrounding the clients' drilling platforms in order to defend against future NRDA, insurance, and third party claims.

**Water Quality Insurance Syndicate (WQIS), Katrina Response, Louisiana -** Project manager for a marine insurance company. The project consisted of identifying and surveying damaged vessels, specifically investigating pollution releases to the environment or the potential thereof from both vessels and over flights. Product, sheen, and water sampled were collected as part of the scope of work. Vessel locations were georeferenced using GPS and GIS in order to defend against possible future NRDA and third party claims.

**Confidential Client, Net Environmental Benefits Analysis (NEBA)/NRD Study, New Jersey** – Project manager for a NEBA/NRDA liability study. The technical scope included a biological and economic study of a unique island containing endangered species located in the Delaware River. Remedial options were weighed to minimize ecological impact, as well as value the natural resources present. The final report was used to negotiate settlements with state, local agencies, and developers.

**Confidential Client, NRDA Analysis, New Jersey -** Remedial alternatives analysis advisor to a PRP group. The site consisted soil and groundwater contamination being remediated under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). Technical scope included report and data review. The information was structured in to a NEBA framework. The PRP group was advised to use air sparing versus pump and treat to protect wetlands from being dewatered.

**Confidential Client, Vessel Collision, Louisiana -** Project Manager on a vessel collision case, where spilled oil injured wildlife and habitat by affected miles of shoreline along the Mississippi River. The project was on behalf of the correspondent for a UK-based marine insurance firm which represented on of the vessels. Technical scope included reviewing expert reports, analyzing historical data, and running the Type A model to calculate injury. Work products were used to negotiate a settlement.

**Water Quality Insurance Syndicate (WQIS), Oil Spill, Massachusetts -** Project Manager for the response to a 2,000-gallon oil spill caused by overfill of a refueling ferry in Massachusetts. Technical scope included the collection of sediment and water samples, mapping of oiled areas, interpretation of analytical results, and negotiation with regulators. All work was conducted under the Massachusetts Contingency Plan (MCP). Prompt response by the client prevented the filing of an NRD claim by the state.

**Buckeye Pipeline, NRD Settlement, Pennsylvania -** Oversaw the development of restoration options at a petroleum spill site in western Pennsylvania north of Pittsburgh. Scope included the design of various restoration options to compensate the public for lost use caused by a pipeline failure and provided a restoration plan for possible presentation to the Pennsylvania Department of Environmental Protection (PADEP).

**Confidential Client, Steel Mill Acquisition Portfolio, Pennsylvania -** US project manager for a European client looking to

MATRIX NEW WORLD

Enabling Progress

**LAWRENCE MALIZZI, PG**
**Natural Resource Advisor Program Manager**
**Matrix New World Engineering Inc.**

purchase steel mills around the world. Conducted an AAI Phase I of a closed steel mill in Pennsylvania and provided a detailed report with cost estimates to re-open the mill. Recognized Environmental Conditions (RECs) and proposed remedies were also provided as part of the report. Mr. Malizzi worked with an international team to assist the client in the bidding process.

**Confidential Clients, E-room Portfolio Reviews, US and Canada** - Project participant involved in numerous due diligence projects which consisted of researching hundreds of documents on e-rooms for relevant information. Documents included permits, deeds, leases, historical maps, Phase I and II reports, and remedial action work plans. Tasks included identifying environmental liabilities and quantifying costs to resolve those liabilities as part of a bidding process.

**American Financial Real Estate Investment Trust (REIT), Bank Branch Portfolio, Southeastern US** - Project manager for bank portfolio projects in the southeastern U.S., Mr. Malizzi managed a 121-site portfolio of bank branches being purchased by a REIT. The scope of work included Phase Is, PCAs, and seismic surveys. Phase IIs were also completed for sites identified with recognized environmental conditions. He managed staff from various offices to produce standardized work product. He also managed mold surveys for 13 sites. The scope included air sampling and reporting.

**American Financial Real Estate Investment Trust, Bank Branch Portfolio, Southeastern US** - Project manager for another bank portfolio project in the eastern U.S., Mr. Malizzi coordinated the remediation of 10 sites with issues identified via due diligence. The scope of the project included underground storage tank (UST) removal, groundwater remediation, well installation and closure, waste disposal, creation of natural attenuation monitoring plans, and regulatory interface.

**Confidential Client, Due Diligence and Baseline Environmental Assessment (BEA), Michigan** - Project manager for a client attempting to sell an industrial property in Detroit via the BEA process. Tasks included site delineation and remediation of free-product fuel oil and significant crude oil contamination from historical uses. The scope of services included the installation of soil boring to collect soil and groundwater samples. Analytical results were compared against Michigan Department of Environmental Quality risk-based closure criteria for industrial sites.

**Continental Airlines, UST Closure, North Carolina** - Project manager for project to identify and delineate the impacts groundwater and soils caused by leaking USTs at Greensboro International Airport. Technical scope included the installation of soil borings to collect soil and groundwater samples, technical reports and regulatory interface to close sites.

**Ford Motor Company, Auto Dealership Environmental Compliance, US, Canada, and Mexico** – Project Manager for over 40 remediation and compliance projects. Remediation included the removal of hydraulic hoists, USTs, dry wells, and oil/water separators. Tasks included excavation oversight, soil testing and disposal, waste disposal, and regulatory interface/reporting. Compliance included the creation of spill prevention, Control, and Countermeasures (SPCC) plans and compliance auditing. Work was completed as part of a national contract with standard fees and scopes-of-work.

**Global Risk Solutions, Environmental Insurance Claims Support, North Carolina** – Project Manager for claims support on a multi-million dollar pipeline release. Technical scope included a site visit, data review, cost analysis, and negotiation with the insured, a major oil company, on behalf of the insurer via their insurance adjusters. Third party claims and off-site treatment of waste water and product were also analyzed along with soil and groundwater remediation issues.

**XL Insurance, Environmental Support, US** - Project Manager for loss control surveys at facilities ranging from chemical manufacturers to the textile industry. Technical scope included site visits to identify compliance status, previously existing environmental conditions, employee training, environmental record keeping, and facility usage. The deliverable consisted of a detailed report of findings, to include recommendations for improvement of environmental compliance by the insured.

MARGO D. MOSS
Natural Resource Advisor
Matrix New World Engineering Inc.

## Professional Qualifications

Ms. Moss has a background that includes a masters of science in environmental biology with ecology, restoration and policy concentration, and a focus on water management and wetlands. She additionally has over two years' experience as an environmental consultant in the Gulf Coast region. Her experience includes conducting impact and needs assessments, and assisting in the review of government-funded wetland restoration projects' conceptual design, construction and monitoring. She has extensive experience assisting in the conceptual development and execution of proposals for wetland restoration, especially involving NRD claims, offset credits and HEA analysis. Ms. Moss has experience with the MC252 Deepwater Horizon Spill researching and analyzing environmental and behavioral health parameters and data being collected by governmental agencies under the NRDA process, and non-governmental groups. Her spill experience also includes the development of technical reports and factsheets examining research activities in the Gulf relating to the spill, and identifying habitats and species most at risk. She additionally has response experience as a Natural Resource Advisor conducting fieldwork, monitoring compliance with environmental regulations and best management practices, and providing recommendations in various locations throughout the Gulf coast. Ms. Moss has experience with Emergency Contingency plans, and capacity building to provide effective assistance by addressing disaster threshold and relevant level of response; communications; access; logistics; personnel safety; interagency communications; pre and post disaster fundraising; and partner engagement protocols.

## Education

MS, Environmental Biology with an Ecology, Restoration and Policy Concentration, Tulane University, 2010
BS, Biology with a Ecology and Environmental Biology Concentration, Tulane University, 2007
Field Work, Tropical Biology, Duke University, 2005

## Professional Registrations and Certifications

ASFPM Certified Floodplain Manager
24-Hour OSHA Hazardous Waste Operations and Emergency Response Standard (HAZWOPER) Training
8-Hour OSHA HAZWOPER Refresher Updated Annually
Post Emergency Spilled Oil Cleanup Certified (HSEREH004)
Florida Wildlife Observer (WO) Certified

## Professional Experience

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor, Venice, LA, Grand Isle, LA and Gulf Shores, AL** – As a Natural Resource Advisor (NRA), Ms. Moss was responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and marsh habitats. She implemented Best Management Practices (BMP), as provided by the United States Fish and Wildlife Services in accordance with the Endangered Species Act and other applicable laws, for Shoreline Treatment Recommendations (STR) at oil response and cleanup sites along Alabama and Louisiana's Gulf Coast. NRAs coordinated cleanup activities among local, state, and federal agencies, as well as operations managers and local private stakeholders to ensure contractor cleanup operations could be carried out, while having minimal impact on natural resources and wildlife. She advised the response effort on nesting bird protection areas to reduce bird takes and critical habitat loss. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRAs, documented daily observations, and prepared a daily report and completed the BMP checklist.

**Gulf Restoration Network (GRN), New Orleans, LA** - Acted as lead on a grant awarded from Tulane University in partnership with the Gulf Restoration Network (GRN), to examine and analyze research activities in the Gulf relating to the oil spill. Researched academic activities and research relating to the Gulf oil spill including unpublished and preliminary data to compiled a database of current, future and proposed activities.

Analyzed the research database to determine gaps and needs in the research, and provide recommendations to the GRN in order to guide policy and advocacy efforts. Developed a project fact sheet and technical reports to disseminate findings to the greater Gulf Coast communities. Presented project findings at GRN's Gulf Gathering Workshop to further educate and encourage community participation.

MATRIX NEW WORLD
Enabling Progress

MARGO D. MOSS
Natural Resource Advisor
Matrix New World Engineering Inc.

**Eco-Asset Development, St. Charles Parish and St. Bernard Parish, LA –** Assisted in developing eco-asset projections and designs based on carbon-offset methodology from afforestation, reforestation and revegetation of degraded deltaic wetlands. Conducted an environmental impacts assessment of proposed pilot project and viable alternatives.

**Lake Ponchartrain Basin Foundation (LPBF), New Orleans, LA –** Ms. Moss was responsible for reviewing Environmental Impact Statements (EIS), Project Factsheets and technical reports to help Identify institutional gaps or needs of government-funded projects. Assisted in providing scientific and technical expertise on the Pontchartrain Coastal Lines of Defense (PCLOD) program's priority projects, in support of coastal sustainability and hurricane protection programs.

**Louisiana Public Health Institute (LPHI), New Orleans, LA -** Supported the Louisiana State Interagency Work Group in coordinating the Impact and Needs Assessment in response to the Deepwater Horizon oil spill event. Coordinated assessment activities with local, state, and federal agencies, as well as environmental stakeholders. Researched environmental and behavioral health parameters and data being collected by governmental agencies under the NRDA process, and non-governmental groups.

**Oxfam America, Louisiana, Mississippi and Alabama -** Updated the Emergency Contingency Plan to maximize Oxfam's capacity to provide effective assistance by addressing disaster threshold and relevant level of response; communications; access; logistics; personnel safety; interagency communications; pre and post disaster fundraising; and partner engagement protocols. Expanded Oxfam's advocacy and capacity building program to address vulnerable communities' needs for coastal wetland restoration

## Conference Proceedings

M.D. Moss, J.O. Karubian, S.K. Mack, and S.M. Longest. "Research in the Gulf of Mexico on the effects of the Deepwater Horizon oil spill." *Gulf Gathering 2010: A United Response to the BP Drilling Disaster.* Weeks Bay, AL. March 2011.

MATRIX NEW WORLD

Enabling Progress

**RACHEL MUNSCH**
*Natural Resource Advisor Team Lead/Biologist*
*Matrix New World Engineering, Inc.*

## Professional Qualifications

Ms. Munsch is a Biologist with 6 years of experience in the environmental industry. Ms. Munsch has been involved in the capacity as team leader, trainer, and field biologist with the BP Environmental Unit MC252 Oil Spill. Her experience provides a working knowledge of environmental compliance measures, Section 7 Consultation, and scientific leadership.

## Education

B.S., Biology, emphasis on Embryology Texas A&M University 2010

## Professional Registrations and Certifications

40-Hour OSHA
8-Hour OSHA Refresher
Wildlife Observer Training
BP Post Emergency Spill Health and Safety Training
UTV/ATV Certification
Trimble Training

## Professional Experience

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor Team Lead, Pensacola, FL –** NRA Team Lead responsible for managing 20 NRAs in Pensacola, FL. As NRA Team Lead, Ms. Munsch served as liaison between Program Manager and team to distribute program directives and request guidance, as resource for NRAs in field regarding daily job responsibilities, compliance issues, and interactions with cleanup operations, USCG, and USFWS, tracked progress of operations for each STR, represented NRA program at daily meetings, reviewed reports submitted by team and compiled 214 daily reports, reviewed BMP checklists submitted by team daily, submitted BMP compliance report, 214, and BMP checklists to operations, USCG, and USFWS daily, developed and maintained work schedule and field assignments, and provided ongoing training and distribute materials to team. Rachel also helped establish the program in the beginning stages and has been involved as Team Lead since the inception of the NRA program. Ms. Munsch worked towards establishing a sterling reputation for the NRA program with cleanup operations and all parties involved.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor, Pensacola, FL –** NRA responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks along Florida's Gulf Coast. As a NRA, Ms. Munsch was responsible for implementing required BMPs, as provided by the USFWS and Florida Department of Environmental Protection in accordance with the Endangered Species Act and other applicable laws. NRAs implemented BMPs to ensure contractor cleanup can take place, while having the least impact to the natural resources and wildlife. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRAs, documented daily observations, and prepared a daily report and completed the BMP checklist. She worked with Trimble GPS devises to document information in real-time while in the field. Rachel also acted as a spokesperson for the development for the NRA program development of the Trimble BMP programs.

MATRIX NEW WORLD

Enabling Progress

CLARE P. SULLIVAN, CHMM, CSP
Environmental Health and Safety Manager
Matrix New World Engineering, Inc.

## Professional Qualifications

Ms. Sullivan has more than 25 years of diverse experience in the performance of comprehensive assessments used in the evaluation of potential liabilities associated with property transfers, site development the evaluation of a facility's compliance with regulatory requirements, and the evaluation of contaminated areas on-site. In addition, Ms. Sullivan is experienced in the management and performance of hazardous materials surveys, including surveys of asbestos, lead-based paint, and PCBs, as well as the designs for abatement/management and construction oversight. In addition, Ms. Sullivan has managed numerous hazardous waste screenings of project corridors, and has conducted preliminary site assessments, site investigations, underground storage tank closures, remedial investigations, construction oversight, source removal, operation and maintenance, and long term monitoring projects. She also has successfully negotiated alternate scopes of investigation/cleanup criteria with the New Jersey Department of Environmental Protection (NJDEP). Ms. Sullivan has experience in the validation of analytical data packages in accordance with NJDEP Standard Operation Procedures and has prepared Quality Assurance Project Plans (QAPP) for remedial investigations at various sites under federal and state oversight. Ms. Sullivan served as a Hazardous Site Mitigation Specialist for NJDEP where she conducted comprehensive preliminary site assessments and site investigations under the authority of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and Resource Conservation and Recovery Act of 1976 (RCRA).

## Education

MS, Environmental Science, NJIT, 1990
Graduate course work (Marine Ecology), Southern Connecticut State University, 1984
BS, Biology, Fairfield University, 1982

## Professional Registrations and Certifications

40-Hour OSHA Hazardous Waste Safety and Health Operations, 1987
8-Hour OSHA Refresher Training for Hazardous Waste Operations – Updated Annually
NY State/AHERA Asbestos Inspector and Management Planner, 1990
NYC Asbestos Investigator License, 2003
NY State/AHERA Accredited Asbestos Project Designer, 1999
Certified Hazardous Materials Manager, #2906, 1991
Confined Space Entry, 2001
NJDEP Certified UST Subsurface Evaluator, #0012565, 1992
ANSI-RAB NAP Accreditation Program-Lead Environmental Management System Auditors, 2000
NJ Transit Roadway Worker Safety Training – Updated Annually
Amtrak On-Track Safety for Contractors – Updated Annually
MTA Metro North Railroad Roadway Worker Procedures – Updated Annually
Voting Member, ASTM Committee E-50 on Environmental Assessment, 1994
Certified Safety Professional, Board of Certified Safety Professionals, 2004
NJDEP Cleanup Star, 2005

## Professional Affiliations

Voting Member, ASTM Committee E-50 on Environmental Assessment
Women in Transportation
Academy of Certified Hazardous Materials Managers

## Professional Experience

**NJ Transit, Access to the Regions Core Project, New York/New Jersey** · Project Director responsible for the preparation of the hazardous materials sections of the environmental assessment/environmental impact statement for this project which will expand Trans-Hudson rail service to Midtown Manhattan. Work under this contract included: identification of areas of environmental concern in buildings and/or properties to be acquired (due diligence), impacted, and/or demolished; identification and delineation of the extent of areas of contaminated and hazardous materials; management (handling, transportation and disposal) of contaminated materials during

MATRIX NEW WORLD

Enabling Progress

CLARE P. SULLIVAN, CHMM, CSP
Environmental Health and Safety Manager
Matrix New World Engineering, Inc.

construction (soil, groundwater, surface water, sediment, ballast, asbestos, lead-based paint, construction debris); and preparation of appropriate environmental documents (NEPA), contract documents (plans and specifications), and permits for construction.

**NJ Transit, Passaic Bergen DMU MOS, Bergen and Passaic Counties, New Jersey –** Project Director providing environmental services related to the preparation of an Environmental Impact Statement (EIS) and performance of an Environmental Site Investigation for the Passaic Bergen Diesel Multiple Unit (DMU) MOS Project. The project involves the restoration of passenger rail service within the existing New York Susquehanna and Western (NYS&W) right-of-way along a 10.2 mile corridor from Hawthorne to Hackensack. This project proposes to upgrade existing NYS&W infrastructure, and restore two-track commuter rail service operated by NJ Transit. The project would construct up to 12 passenger stations, two park-and-ride facilities, a vehicle maintenance facility, and improvements to track and signal infrastructure. The passenger rail service would operate every 15-30 minutes between Hawthorne and Hackensack using DMU vehicles.

**NJ Transit, Trans-Hudson-Express Tunnel, NJ/NY –** Project Director responsible for the performance of environmental investigation activities as part of Preliminary Engineering services for the Trans-Hudson-Express Tunnel project, which will expand commuter rail operations as part of the Access to the Regions Core project. The scope of services under PE include the loop tracks, Northeast Corridor improvements, alignment approaches to the tunnels, ventilation facilities, the tunnels, maintenance and storage yards, signal systems, the 34th Street Station and power supply. Specific work under this contract includes the preparation of Sampling and Analysis Plans, performance of environmental site investigation activities at specific contaminated sites within the project area, and preparation of site investigation reports. Additional services include environmental oversight and the collection and analysis of environmental samples along the entire proposed alignment.

**NJ Transit Port Imperial Ferry Terminal, Weehawken, New Jersey -** Project Director providing field and office engineers for the oversight of the construction of a new ferry terminal being constructed by NJ Transit for the use of NY Waterway. Matrix field engineers were responsible for inspecting the construction for compliance with the plans and specifications, and coordinating, resolving and documenting changes due to conditions encountered during construction. In addition, Matrix also provided office engineers to assist the Project's Resident Engineer in coordinating and processing change orders, requests for information, contractor submittals, and other project documentation for this $40 million dollar project. Matrix was responsible for logging and tracking the documents, and following up with the architect, design engineers, and contractor on the status and schedule for submittals. Matrix also assisted in the oversight of the installation of precast and cast-in-place concrete, structural steel, and interior finishing.

**NJ Transit Hoboken Terminal, Hoboken, NJ –** Project Manager supporting the Resident Engineer in providing construction management and oversight for NJ Transit on the Hoboken Ferry Terminal improvement project. The project includes the rehabilitation and modernization of the intermodal transportation hub for ferries, trains, buses, and the PATH subways. The old ferry slips are being completely reconstructed, and the channel for the slips dredged to access the main Hudson River channel. Matrix provided technical support by overseeing and monitoring the dredging. Services included field oversight of the dredging and disposal operations, and tracking of the quantities of dredged material. Matrix is also provided on-site support in overseeing other elements of the project including the construction of a new wheel truing facility, which will expand the train maintenance operations at the Terminal.

**NJ Transit, Graw Interlocking Right-of-Way Improvements, Rahway, NJ –** Project Manager responsible for subsurface investigation and geotechnical investigations in the area of the proposed Right-of-Way improvements to provide recommendations for catenary foundation design, retaining wall design, soil reuse, general earthwork construction, and to prepare an Environmental Assessment Report, as required by NJDEP Executive Order 215. The project was completed within the approved schedule and budget.

**NJ Transit, Ambrose Arch Bridge, Middlesex, NJ –** Project Director for the performance of a hazardous materials

MATRIX NEW WORLD

Enabling Progress

CLARE P. SULLIVAN, CHMM, CSP
Environmental Health and Safety Manager
Matrix New World Engineering, Inc.

investigation, preliminary assessment/limited site investigation and Executive Order (EO) 215 associated with the replacement of the Ambrose Arch Bridge.

**NJ Transit, Northern Bus Maintenance Facility, Clifton, NJ –** Project Director for the performance of a remedial investigation at the location of a proposed bus maintenance facility which historically included extensive creosoting operations. Matrix was responsible for overseeing the subsurface environmental field investigation which included the installation and sampling of numerous soil borings and installation and sampling of overburden and bedrock monitoring wells. Conducted a comprehensive asbestos and lead survey in an existing warehouse facility located on the site.

**New Jersey School Construction Corporation (NJSCC), Burlington City High School, Burlington, NJ -** Project Director in charge of environmental and civil engineering services as part of school renovation. Matrix provided oversight services during the removal of asbestos-containing materials from existing building structures prior to demolition. Supplemental surveys were conducted of the existing structures to locate ACM undiscovered by previous building surveys. Matrix prepared emergency specifications and guidelines for the abatement of newly identified ACM. Matrix conducted a limited Remedial Investigation of the work area to identify the limits of fill material that was previously interred on the property prior to the Burlington Board of Education acquiring the property. As part of school expansion and athletic field redevelopment activities, Matrix conducted a limited Remedial Investigation identified fill material across the eastern portion of the property beneath the proposed addition and athletic fields. Matrix prepared a Remedial Action Work Plan (RAWP) which would incorporate a remedial action of the surface soils and engineering controls, in the form of a Deed Notice. The RAWP was reviewed and approved by NJDEP. Matrix provided oversight for the removal of approximately 4,500 cubic yards of material and the placement of certified clean fill around the newly constructed building addition.

**New Jersey School Construction Corporation (NJSCC), Wilbur Watts Intermediate School, Burlington, New Jersey -** Project Director providing environmental engineering services for a new middle school building that included demolition of the existing school, and construction of new Board of Education Offices, a varsity athletic field, track, playground equipment, basketball courts and parking areas. Matrix provided oversight services during the removal of asbestos-containing materials (ACM) from the existing building structures prior to demolition. Supplemental asbestos surveys were conducted of the existing structures to locate ACM undiscovered by previous building surveys. The results were documented in detailed reports, and emergency specifications and guidelines were prepared for the abatement of newly identified ACM.

**New Jersey Schools Construction Corporation (NJSCC), Environmental Site Investigation, Dayton Avenue School Campus, Passaic, New Jersey –** Program Manager responsible for the performance of supplemental environmental site investigation work, supplemental hazardous materials surveys, preparation of abatement/remediation plans and specifications, and abatement monitoring services for a proposed Dayton Avenue School Campus. Ms. Sullivan reviewed prior survey reports prepared for the subject property and conducted additional surveys to determine the extent of asbestos and lead-based paint in the existing hospital structure which was slated for demolition in preparation for the new Dayton Avenue School. A comprehensive survey findings report was prepared, and observations were made regarding the potential presence of other hazardous materials (e.g., mercury-containing materials, PCB-containing equipment and medical waste). Ms. Sullivan reviewed and confirmed prior Preliminary Assessment/Site Inspection (PA/SI) reports and their findings, and installed and sampled groundwater monitoring wells to delineate the extent of groundwater contamination identified on-site and to determine the impact on groundwater from a former underground storage tank. Additional investigation activities were performed to ensure that all areas of concern (AOCs) and excavated material for removal or re-use were adequately characterized.

MATRIX NEW WORLD
Enabling Progress

TERA MALDONADO
Natural Resource Advisor
Matrix New World Engineering, Inc.

Professional Qualifications
Ms. Maldonado

Education
B.S., Biology, Minor: Marine Science University of Wisconsin, 2007

Professional Registrations and Certifications
Wildlife Observer Training
BP Post Emergency Spill Health and Safety Training
UTV/ATV Certification
Trimble Training

Professional Experience
MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor Team Lead, Grand Isle, LA – NRA Team Lead responsible for managing 13 NRAs in Grand Isle, LA. As NRA Team Lead, Ms. Maldonado served as liaison between Program Manager and team to distribute program directives and request guidance, as resource for NRAs in field regarding daily job responsibilities, compliance issues, and interactions with cleanup operations, USCG, and USFWS, tracked progress of operations for each STR, represented NRA program at daily meetings, reviewed reports submitted by team and compiled 214 daily reports, reviewed BMP checklists submitted by team daily, submitted BMP compliance report, 214, and BMP checklists to operations, USCG, and USFWS daily, developed and maintained work schedule and field assignments, and provided ongoing training and distributed materials to team, and managed online documentation of bird nesting sites and implementation of protective measures to nest sites.

MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor, Grand Isle, LA – NRA responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks along Louisiana's Gulf Coast. As a NRA, Ms. Maldonado was responsible for implementing required BMPs, as provided by the USFWS and Louisiana Department of Wildlife and Fisheries in accordance with the Endangered Species Act and other applicable laws. NRAs implemented BMPs to ensure contractor cleanup can take place, while having the least impact to the natural resources and wildlife. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRAs, documented daily observations, and prepared a daily report and completed the BMP checklist. She worked with Trimble GPS devises to document information in real-time while in the field.

MATRIX NEW WORLD
Enabling Progress

**DONALD C. WENDT JR., RG**
Natural Resource Advisor
Matrix New World Engineering, Inc.

## Professional Qualifications

Mr. Wendt is a Geologist/Office Engineer/Field Inspector with over 23 years of experience in the areas of spill response, construction management and inspection, contractor oversight, inspection and supervision of drilling and environmental monitoring. Mr. Wendt worked in the Mobile Sector Incident Command Center (ICC) with the states of Alabama and Florida as part of the Environmental Unit for the MC252 Deepwater Horizon Spill. Acting as a state liaison on behalf of BP, Mr. Wendt oversaw the development of booming strategies and the deployment of boom as per the requirements of the Area Contingency Plan (ACP). Mr. Wendt also assisted the states with administrative and logistical support activities. He also assisted the Environmental Unit Leader, or their designee in a multitude of environmental compliance tasks associated with protecting and mitigating the impact of oil on the coast of the Gulf of Mexico. Mr. Wendt was a Natural Resource Adviser (NRA) and Assistant Program Manager for the NRA Program. The NRA program involved the use of geologists, biologists, archeologists and other scientists to oversee compliance with agency approved Best Management Practices ( BMPs) The NRA's, using a BMP Checklist, ensured that    operations crews minimized further damages   to natural resources during cleanup activities.   Mr. Wendt was assistant program manager for the NRA Program. He provided administrative and logistical support to the NRAs in Florida, Alabama, Mississippi and Louisiana. He also supported the Environmental Unit and regulatory personnel in training NRAs in proper implementation of the BMP checklist and assisted operations staff with compliance issues. His responsibilities have included the preparation of specifications and procedures, cost estimating, scheduling, charge order processing, punch list preparation and project closeout. Mr. Wendt has prepared daily, weekly and payment processing. In addition, he has supervised subcontractors, preformed oversight of contractors and subcontractors, verified quantities. Mr. Wendt has worked on numerous US Environmental Protection Agency and New Jersey Department of Environmental Protection sponsored remedial investigations, cleanups, and oversight projects.

## Education
BA, Geology, Jersey City State College, NJ, 1989
Construction Management Certificate, NJIT 2009

## Professional Registrations and Certifications
40-Hour Health and Safety Training, OSHA
8-Hour Supervisor Health and Safety Training, OSHA
New York State/EPA AHERA Asbestos Building Inspector, 2009
SSPC C-3 Supervisor/Competent Person Training for De-leading of Industrial Structures
Registered Geologist, Tennessee No. RG 0594
Certified Subsurface Evaluator - NJDEP No. 0012933
Construction Management Training (24 Hour), NJ Transit/New Jersey Institute of Technology, 2009

## Professional Experience
**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, NRA Program Manager, LA, MS, AL, FL** – Natural Resource Advisor (NRA) Program Manager responsible for managing all day-to-day aspects of the NRA program. Ms. Evertsen's responsibilities include directing the training of new NRAs, provides NRAs in the field with all necessary equipment and supplies, administering the scheduling of replacement NRAs, review of daily 214 reports, and BMP checklists, overseeing the distribution of 214s and BMP checklists to appropriate agencies, and providing technical assistance to the NRA team leads. Ms. Evertsen coordinated field observations from the NRAs with all appropriate state and federal agencies as part of Section 7 (threatened and endangered species) and Section 106 (cultural and historical resources) compliance.

**MC252 Deepwater Horizon Spill Response, Gulf of Mexico, Natural Resource Advisor, Destin, Florida and Grand Isle, LA** – NRA responsible for providing environmental contractor oversight during cleanup, reconnaissance, and recovery of oil and oiled debris from beaches and state parks along Florida and Louisiana's Gulf Coast. As a NRA, Ms. Evertsen was responsible for implementing required Best Management Practices (BMPs), as provided by the United States Fish and Wildlife Services in accordance with the Endangered Species Act and other

MATRIX NEW WORLD

Enabling Progress

DONALD C. WENDT JR., RG
Natural Resource Advisor
Matrix New World Engineering, Inc.

applicable laws. NRAs implemented BMPs to ensure contractor cleanup can take place, while having the least impact to the natural resources and wildlife. NRAs also conducted threatened and endangered species surveys, educated the public on the goals of the NRAs, documented daily observations, and prepared a daily report and completed the BMP checklist.

**New Jersey Department of Property Management and Construction, New Fiber Path, New State Police Headquarters, West Trenton, NJ** – Mr. Wendt is the construction manager for the installation of a new 3500 LF of fiber optic cable run. His responsibilities included preparation of the plans and specifications, preparing the engineers estimate, project schedule and assisting in the preparation of the bid documents. Mr. Wendt also is also responsible for overseeing the contractor during the execution of the contact. He will also aid in the preparation of project as-builts and punch lists.

**New York City Transit, Indefinite Quantity Consulting Contracts for the Supervision, Air Monitoring and Support in Connection with Asbestos Abatement and Lead Paint Removal Services** - Mr. Wendt provided air monitoring and support services during lead abatement activities on NYCT structures and stations. Mr. Wendt also evaluated sampling results to ensure compliance with permissible exposure limits and prepared reports documenting work practices and sampling results to ensure compliance with SSPC guidelines.

**New York City Transit, Mother Clara Barton Bus Depot, Harlem New York City, NY** - As part of the design build team, Mr. Wendt acted as the Field Engineer and Design Liaison on the 214 million dollar design build Project for STV Inc. and Silverite Construction Corp. Mr. Wendt's duties included keeping the designer appraised of ongoing construction operations and deviations from approved drawings and specifications. Mr. Wendt also facilitated the flow of nonconformance reports, RFIs and submittals between the designer and contractor. Work on the Project includes H pile installation, concrete foundations and floor slabs, structural steel, metal panels, precast concrete and miscellaneous finishes.

**Kane Mitigation, New Jersey Meadowlands, Moonachie, NJ** – Mr. Wendt was the construction manager for a phase of this wetland mitigation project that involved the creation of a 7000 acre tidal wetlands. Mr. Wendt was responsible for all cost estimates and scheduling for the project as well as assisting with the preparation of plans and specifications. He also prepared daily field reports, time and materials and materials tickets, processed submittals, ordered of materials, and interaction with the client and their consultants.

**New Jersey City University, Jersey City, NJ** - Remediation Construction Oversight Engineer at the NJCU facility. NJCU is currently in the remediation phase of their $400M Brownfield redevelopment. Responsibilities include supervision and oversight of the 3rd party Remediation Contractor and Consultant including review of the design plans, construction specifications, Soil Reuse Plan, applicable permits. dewatering and storm water discharge plans, and the NJDEP-approved Remedial Action Work Plan (RAWP). Daily duties include: Documentation of the work scope as defined in the construction specifications. RAWP and Perimeter Air Monitoring Plan (PAMP), including state and local permits and approvals; Maintaining a daily log documenting the remedial action work activity is accurately recorded and documented; Participation in weekly project related meetings at the site during the course of construction; Collection of construction progress digital photographs of key work activities on a weekly basis; Ensure perimeter air monitoring and Health and Safety compliance is performed accurately and continuously during the project per the PAMP; Review NJDEP and other agency submittals; Prepare a daily inspection reports to NJCU representatives regarding the completed daily activities and projected next day activities; Reviewing analytical data for waste classification and post-excavation soil sampling.

**New Jersey School Construction Corporation (NJSCC), Burlington City High School, Burlington, NJ** – Mr. Wendt provided Construction Inspection Services for the inspection/oversight of environmental and civil engineering services as part of school renovation/athletic field renovation. Prior environmental investigations of the property indicated that the proposed school wing and athletic fields were located on areas of previously landfilled material. Matrix prepared a Remedial Action Work Plan (RAWP) which would incorporate a remedial action of

MATRIX NEW WORLD
Enabling Progress

DONALD C. WENDT JR., RG
Natural Resource Advisor
Matrix New World Engineering, Inc.

the surface soils and engineering controls, in the form of a Deed Notice. The RAWP and ensuing construction documents included compaction of existing waste, soft spot excavation, and the capping of the athletic field with clean fill. Soils were reused to the extent possible. Matrix oversaw the compaction of the waste identified area that needed excavation and placement of select fill to ensure future settlement of the solid waste would be minimal. Following compaction and excavation oversight, a geotextile fabric was placed over the areas that historically displayed settlement and pot holing in effort to minimize these conditions. Two feet of clean fill material including topsoil was placed over the areas identified during the previous environmental investigations as containing solid waste. Construction documents were created by Matrix for the onsite contractor to review and perform the work as detailed. Mr. Wendt oversaw that the contractor performed the work as detailed in the construction documents. Following initial site improvements, grade surveys were conducted in an effort to control the amount of fill that would be needed and to ensure that the correct thickness of capping material was emplaced to meet the designed final elevations. Stormwater inlets were adjusted and re-piped during the capping procedure to ensure that proper drainage would be achieved once final design elevations were achieved. Contractor submittals were reviewed and approved by Mr. Wendt to ensure that all materials proposed for the project met the construction specifications. The RAWP was reviewed and approved by NJDEP. Mr. Wendt provided oversight for the removal of approximately 4,500 cubic yards of impacted materials and the placement of approximately 25,000 cubic yards of certified clean fill around the newly constructed building addition and athletic fields.

**NJ Transit, New Wheel True Facility, Hoboken Terminal and Yard, Hoboken, NJ** - Construction Manager and Lead Inspector providing construction management and oversight for NJ Transit on the Hoboken Terminal and Yard Complex New Wheel True and Employee Welfare Facility project. The project included the demolition and replacement of the existing Wheel True Building and associated machinery, and demolition and replacement of the existing employee Welfare Facility building. The project also included reconstruction of a bulkhead structure adjacent to Long Slip Channel, relocation of existing maintenance rail and catenary lines, and access road reconstruction. Mr. Wendt's responsibilities included daily inspection of contractor activities, change order evaluation, negotiation and processing, schedule review, submittal review, payment processing, preparation of punch lists and project close out.

**New York City Transit Authority, Second Avenue Subway, New York, NY** – Environmental Scientist providing environmental services, including field investigation work, environmental and geotechnical boring oversight, groundwater sampling, data management, and report preparation during the preliminary engineering phase of the project. Mr. Wendt performed hazardous materials field investigations to evaluate the presence of soil and groundwater contamination during the advancement of geotechnical and environmental borings and test pits being conducted over the length of the project area (approximately 8.5 miles). Specifically, Mr. Wendt was responsible for coordinating and maintaining schedules and locations between the drillers, Second Avenue Subway office personnel, and field sampling crews. Matrix was responsible for the oversight and screening of soil and rock boring locations, hand clearing of holes for utilities prior to mobilization of the drill rig to each location, well development and groundwater sampling, management and staging of contaminated materials generated during drilling and well development, and screening of test pits excavated for the purpose of identifying buried utilities.

**Metro-North Railroad (MNR), Croton-Harmon Rail Yard, Croton-on-Hudson, NY** – Construction Inspector responsible for oversight of construction activities pertaining to the construction of new coach and locomotive shops. Mr. Wendt also oversaw environmental issues relating to the project.. He preformed air monitoring for both particulate and chemical parameters to determine the potential for exposure to site personnel. Mr. Wendt also preformed tests on site soils to determine proper disposal procedures. Additionally, he inspected various erosion controls to determine if the contractor was in compliance with current regulations. Mr. Wendt advised construction management and MNR personnel on various environmental and safety issues. Work included demolition and construction of several buildings, demolition of 200,000-gallon fuel tank, and installation of sanitary and storm sewers, water main, and electrical conduits.



# *Appendix E – Equipment*

**State of New Jersey**
*RFQ –Waterways Debris Removal Services*

APPENDIX E - EQUIPMENT LIST

| Eq. No. | Equipment Type/Model | Description 1 | Description 2 | Size |
|---|---|---|---|---|
| 1 | BARGE DECK SWEEP WITH | STANCHIONS 100'X40'X8.7' | (DRAFT) | 100'X40'X8.7' |
| 2 | BARGE DECK 34'X70'X7' EX 584 | HOISTER HULL | | 34'X70'X7' |
| 3 | BARGE DECK W/STANCHIONS | 100'X8'X9' (DRAFT) | | 100'X8'X9' |
| 4 | BARGE DECK SWEEP | 100'1 X 40W X 9' (DRAFT) | | 100'X40'X9' |
| 5 | BARGE DECK | 85'X36'X8' (DRAFT) | | 85'X36'X8' |
| 6 | BARGE DECK | 100'X38'X9' (DRAFT) | | 100'X38'X9' |
| 7 | BARGE DECK 40'X100'X8.7' EX | | | 40'X100'X8.7' |
| 8 | BARGE DECK 110X34X11 EX NAVY | YFN806 | | 110'X34'X11' |
| 9 | BARGE DECK | 100'X38'X9' (DRAFT) | | 100'X38'X9' |
| 10 | BARGE DECK 120'X30'X6.5' | DRAFT EX-ADCO 364 | | 120'X30'X6.5' |
| 11 | BARGE SECTIONAL DECK 60'X27'X | 6.5'ASSEMBLED OF 5 SECTIONS 2 | RAKES @ 27'X9', 3 MID SECTIONS | 60'X27'X6.5' |
| 12 | BARGE FLAT 180 | 180'X54'X12' (DRAFT) | | 180'X54'X12' |
| 13 | BARGE DECK (EX NAVY SWOB) | 106'X26'X8.25' PURCHASED FROM | US NAVY 11/9B | 106'X26'X8.25' |
| 14 | BARGE DECK 120'X30'X6.5' FLAT | EX-ADCO 366 EX 332 (BOOSTER | REMOVED) | 120'X30'X6.5' |
| 15 | BARGE DECK 110X35X8 EX COVERED | LIGHTER FROM DRMS | | 110'X35'X8' |
| 16 | BARGE DECK 110X34X8 EX COVERED | LIGHTER FROM DRMS | | 110'X34'X8' |
| 17 | BARGE DECK SPUDSWELLS | EX GATES 46 | 104'x40'x5' | 104'x40'x5' |
| 18 | BARGE DECK W/SPUD WELLS | EX GATES 47 | 104'x40'x5' | 104'x40'x5' |
| 19 | BARGE 110'X35'X11' DECK | EX NAVY | | 110'X35'X11' |
| 20 | BARGE 110'X35'X11' DECK | EX NAVY | | 110'X35'X11' |
| 21 | BARGE 110'X35'X11' DECK | EX NAVY | | 110'X35'X11' |
| 22 | BARGE 110'X35'X11' DECK | EX NAVY | | 110'X35'X11' |
| 23 | BARGE 110'X35'X11' DECK | EX NAVY | | 110'X35'X11' |
| 24 | BARGE DECK 110X32X8 | | | 110'X32'X8' |
| 25 | BARGE DECK,SPUDS 96'2"X48'2"X | 8',(4)SQUARE SPUDWELLS & | (3)SPUDS | 96'2"X48'2"X8' |
| 26 | BARGE 142X58X12 DECK WITH SPUD | WELLS FOR CRANE EX 567 EXYD242 | | 142X58X12 |
| 27 | BARGE DECK SPUDS (2) 36" DIA | 104'X40'X8' (DRAFT) | MATTED EX WEEKS 293 | 104'x40'X8' |
| 28 | BARGE DECK W/4 18" SQUARE | INTERNAL SPUDS 110X54X8(DRAFT) | EX DIAMOND, EX WEEKS 263 | 110'X54'X8' |
| 29 | BARGE DECK | 135'X50'X11' (EX COMMERCE) | HULL OF 304 BOOSTER | 135'X50'X11' |
| 30 | BARGE DECK WITH 2 36" DIA INT | SPUDS, MATTED EX WEEKS 265 | 135X50X11.5 (DRAFT) | 135'X50'X11.5' |
| 31 | BARGE DECK W/2 36" DIA INT | SPUDS MATTED EX STEERS EX 294 | 135X50X11.5 (DRAFT) | 135'X50'X11.5' |
| 32 | BARGE DECK 105'X 70'X 12'10" | WITH CRANE TO BE REMOVED. FROM | DRMS | 105'X70'X12'10" |
| 33 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS123 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 34 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS126 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 35 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS127 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 36 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS132 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 37 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS135 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 38 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS142 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 39 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS143 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 40 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS145 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 41 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS152 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 42 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS154 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 43 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS112 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 44 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS119 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 45 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS139 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 46 | BARGE HOPPER 150X37X12'9" | NYCDOS #DS144 | NASHVILLE BRIDGE 2225 CY | 150'X37'X12'9" |
| 47 | BARGE DECK WITH STANCHIONS | 215.1'X42.1'X15' (DRAFT) | | 215.1'X42.1'X15' |
| 48 | BARGE DECK WITH STANCHIONS | 230.2'X43.2'X14.5' (DRAFT) | | 230.2'X43.2'X14.5' |
| 49 | BARGE DECK WITH STANCHIONS | 230.2'X43.2'X14.5' (DRAFT) | | 230.2'X43.2'X14.5' |
| 50 | BARGE DECK (TANK)250'X44'X14.5 | EX CON ED CLEAN ENERGY #3 | PURCHASED AT AUCTION, JJ KANE | 250'X44'X14.5' |
| 51 | CRANE 10 TON OVERHEAD 45 | DFSHAZO | | |
| 52 | CRANE 7.5 TON OVERHEAD | LAFAYETTE, 80'X40'X20' | DRESSER | |
| 53 | CRANE 10 TON OVERHEAD RELIABLE | 50'X65'X22' ELECTRIC HOIST | | |
| 54 | CRANE TOWER ALIMAK | | | |
| 55 | CRANE TOWER ALIMAK | | | |
| 56 | BARGE 7800 YD HOPPER | 300'L, 60'W, 23 W', CONRAD | HULL ON CONTRACT C-690, BUILT | 300'L, 60'W, 23 W' |
| 57 | BARGE 7800 YD HOPPER | 300'X62'X23' BUILT 8/00 ON | CONTRACT C691 | 300'X62'X23' |
| 58 | BARGE 7800 YD HOPPER | 300'L, 60'W, 23 W' BUILT 8/00 | FROM ALABAMA SHIPYARD | 300'L, 60'W, 23 W' |
| 59 | BARGE 7800 YD HOPPER | 300'L, 60'W, 23 W' BUILT 8/00 | FROM ALABAMA SHIPYARD ON | 300'L, 60'W, 23 W' |
| 60 | CRANE 3 TON ELECTRIC HYDRAULIC | 600&EH AUTOCRANE SERVICE TRUCK | MOUNTED, 1350 LBS, WHITE | |
| 61 | CRANE SHIP'S SERVICE 25-3-70 | NAUTILUS HYDRAULIC W/DETROIT | DIESEL POWERED SEPARATE POWER | |
| 62 | CRANE SHIP'S SERVICE TC701B | BRODERSON HYDRAULIC 6 TON | CAPACITY, 11'9"X7'9"X8'8" | |
| 63 | CRANE SHIP'S SERVICE 20 TON | AURORA 40SSC1S000, WHITE, | 47'2"X8'9"X10'3"X10'2".......... | |
| 64 | CRANE 30 TON HYDRAULIC SHIP'S | SERVICE HLRM 100-45 HEILA | KNUCKLE BOOM, NO ROPE | |
| 65 | CRANE 3/4 TON PORTABLE | HYDRAULIC FLOOR REGENT JACK | PART NO 8935-011,S/N 0137 | |
| 66 | CRANE SHIP'S SERVICE 25 TON | PEDESTAL MOUNTED HYDRAULIC | | |
| 67 | CRANE PEDESTAL MOUNTED | BOOM LENGTH 58' | | |
| 68 | BARGE DUMP SCOW 6 POCKET | 171'X42'X16' (DRAFT) | | 171'X42'X16' |
| 69 | BARGE DUMP SCOW 6 POCKET | 171'X42'X16' (DRAFT) | | 171'X42'X16' |
| 70 | BARGE DUMP SCOW 6 POCKET | 171'X42'X16' (DRAFT) | | 171'X42'X16' |
| 71 | BARGE DUMP SCOW 8 POCKET | 195'X46'X15' (DRAFT) | | 195'X46'X15' |

APPENDIX E - EQUIPMENT LIST

| No. | Description | | | |
|---|---|---|---|---|
| 72 | BARGE DUMP SCOW 8 POCKET | 195'X46'X15' (DRAFT) | | 195'X46'X15' |
| 73 | BARGE DUMP SCOW 5 POCKET FROM | DRMS INOPERABLE | | |
| 74 | BARGE DUMP SCOW 5 POCKET FROM | DRMS INOPERABLE | | |
| 75 | BARGE DUMP SCOW 5 POCKET FROM | DRMS INOPERABLE | | |
| 76 | BARGE IDLER (EX BEAN) | 140'LT,40.1'W,7.6'HT | | 140'LT,40.1'W,7.6'H1 |
| 77 | BARGE DECK | 165'X40'X11' (EX YON283) | | 165'X40'X11' |
| 78 | BARGE DECK 165'X40'X11 FUEL | EX YON 282 CONVERTED TO DECK | BARGE SERVICE | 166'X40'X11' |
| 79 | BARGE DECK 165'X40'X11 FUEL | EX YON 260  TO BE CONVERTED | TO DECK BARGE SERVICE | 165'X40'X11' |
| 80 | BARGE DECK 1/2 CAR FLOAT | 164'X38.4'X9' | W/2 SQ INT SPUDS EX GATES 165 | 164'X38.4'X9' |
| 81 | BARGE DECK 164'X38.4'X9 | EX GATES 168 | 1/2 CARFLOAT | 164'X38.4'X9' |
| 82 | BARGE DECK 169'X39.4'X10' | EX GATES 169 | 3 INT SPUDS | 169'X39.4'X10' |
| 83 | BARGE DECK LOADLINE | 165'x42.5'x12' (ex B 7) | | 165'x42.5'x12' |
| 84 | BARGE DECK LOADLINE | 165'x42.5'x12' (EX B 16) | | 165'x42.5'x12' |
| 85 | BARGE 140X40X12 DECK WITH | STANCHIONS 1100 SHORT TON | CAPACITY | 140'X40'X12' |
| 86 | BARGE 140X40X12 DECK WITH | STANCHIONS 1100 SHORT TON | CAPACITY | 140'X40'X12' |
| 87 | BARGE 140X40X12 DECK WITH | STANCHIONS 1100 SHORT TON | CAPACITY | 140'X40'X12' |
| 88 | BARGE 140X40X12 DECK WITH | STANCHIONS 1100 SHORT TON | CAPACITY | 140'X40'X12' |
| 89 | BARGE ABS LOADLINE DECK | 150X4X8 | | 150'X40'X8' |
| 90 | BARGE ABS LOADLINE DECK | 150X4X8 | | 150'X40'X8' |
| 91 | BARGE ABS LOADLINE DECK | 150X4X8 | | 150'X40'X8' |
| 92 | BARGE ABS LOADLINE DECK | 150X4X8 | | 150'X40'X8' |
| 93 | BARGE DECK 190X54X12 EX GATES | ROBERT W LOADLINE | | 190'X54'X12' |
| 94 | BARGE DECK LOADLINE W/(2) 36" | DIA. INT. SPUDS, ANCHOR SPREAD | | 196'x48'x12' |
| 95 | BARGE DECK W/STANCHIONS | | | 120.1'X40.1'X11.2' |
| 96 | BARGE DECK W/RAILS, 130'LT, | 40'W, 11.67 H, (DRAFT) | | 130'X40'X11.67' |
| 97 | BARGE DECK | 90'X30'X9.25' (DRAFT) | | 90'X30'X9.25' |
| 98 | BARGE DECK SPUDS | 30'X90'X9' | | 30'X90'X9' |
| 99 | BARGE COVERED LIGHTER | 90'X30'9.25' (DRAFT) | | 90'X30'X9.25' |
| 100 | BARGE DECK W/RAILS, 90'LT, | 30'W, 9.25 H, (DRAFT) | | 90'X30'X9.25' |
| 101 | BARGE DECK W/RAILS, 90'LT. | 30'W, 9.25 H, (DRAFT) | | 90'X30'X9.25' |
| 102 | BARGE DECK 92'X30'X9.25' DRAFT | EX-MERGENTIME 377 | | 92'X30'X9.25' |
| 103 | BARGE TEST PONTOON 30X90 W/ST | & LIF, 30X90 DECK, | 9.25'(DRAFT) | |
| 104 | BARGE DECK W/SPUDS | 86'X30'X9.25' (DRAFT) | | 86'X30'X9.25' |
| 105 | BARGE DECK TEST PONTOON | 90'X30'X9.25' (DRAFT) | W/LIFT PADS | 90'X30'X9.25' |
| 106 | BARGE DECK | 90'X30'X9.25' (DRAFT) | | 90'X30'X9.25' |
| 107 | BARGE DECK X-FUEL BARGE | 98'X31'X9.5' (DRAFT) | | 98'X31'X9.5' |
| 108 | BARGE FUEL 70'X19.33'X8' DRAFT | EX ADCO 28 | | 70'X19.33'X8' |
| 109 | BARGE DECK 78'X49'X7' FOR | CRAWLER CRANE BUILT UNDER COST | ACCOUNT # | 78'X49'X7' |
| 110 | BARGE LOAD LINE DECK WITH | STANCHIONS 165'X42.5'X11.3' | (DRAFT) | 165'X42.5'X11.3' |
| 111 | BARGE DECK W/ 2 EXTERNAL SPUDS | | | 110' x 42' x 8' |
| 112 | BARGE DECK W/RAILS 125.1'LT | 40.1'W, 10.33'HT | | 125.1' x 40.1' x 10.33' |
| 113 | BARGE DECK W/RAILS, 125.1'LT | 40.1'W, 10.33'HT (DRAFT) | | 125.1' x 40.1' x 10.33' |
| 114 | BARGE DECK W/RAILS | 125.1L, 40.1W, 10.33'HT(DRAFT) | | 125.1' x 40.1' x 10.33' |
| 115 | BARGE DECK W/RAILS | 125.1L, 40.1W, 10.7'HT(DRAFT) | | 125.1'X40.1'X10.7' |
| 116 | BARGE DECK W/RAILS | 133.3'L, 40.1'W, 10.7'(DRAFT) | | 133.3'X40.1'X10.7' |
| 117 | BARGE DECK W/RAILS | 133.3'L, 40.1'W, 10.7'(DRAFT) | | 133.3'X40.1'X10.7' |
| 118 | BARGE DECK W/RAILS | 125.1'L, 40.1'W, 10.4'(DRAFT) | | 125.1'X40.1'X10.4' |
| 119 | BARGE LOAD LINE DECK WITH | STANCHIONS 165'X42.5'X11.3' | (DRAFT) | 165'X42.5'X11.3' |
| 120 | BARGE LOAD LINE DECK WITH | STANCHIONS 165'X42.5'X11.3' | (DRAFT) | 165'X42.5'X11.3' |
| 121 | BARGE DECK W/ 4 FAIRLEADS | 2-36" DIAM. INTERNAL SPUDS | | 175'x68'x11' |
| 122 | BARGE LOAD LINE DECK WITH 6 | FAIR LEADS 150.3'X54.5'X13' | (DRAFT) | 150.3'X54.5'X13' |
| 123 | BARGE LOAD LINE DECK AND | LAUNCH BARGE 250'X75'X16' | (DRAFT) | 250'X75'X16' |
| 124 | BARGE DECK EX LOADLINE | | | 220'x60'x13.75' |
| 125 | BARGE DECK EX LOADLINE | W/2 36" DIA INT SPUDS | EX MARMAC 2 | 230.4'X72'X16' |
| 326 | BARGE DUMP 171'X43'X16' | (DRAFT) | | 171'X43'X16' |
| 127 | BARGE DUMP 234'X53'X23'(DRAFT) | | | 234'X53'X23' |
| 128 | BARGE DUMP 234'X53'X23' | (DRAFT) | | 234'X53'X23' |
| 129 | BARGE DUMP 266'X53'X23' | (DRAFT) | | 266'X53'X23' |
| 130 | BARGE DUMP 286'X62'X27.5' | (DRAFT) | | 286'X62'X27.5' |
| 131 | BARGE DUMP 240'X54'X22' | EX ADCO 440 | | 240'X54'X22' |
| 132 | BARGE DUMP (X-ADCO 441) | LOADLINE, 4000 CY, 240'LT, | 54'W, 22'H (DRAFT) | 240'X54'X22' |
| 133 | BARGE DUMP SCOW 2000 YD SPLIT | HULL 197'X45'X16', BUILT 1990 | | 197'X45'X16' |
| 134 | BARGE DUMP SCOW | 2000 CY, 197'X45'X16',FROM TL | JAMES 8/97, EX-BTS201, 1990 | 197'X45'X16' |
| 135 | BARGE DECK X-PIPELINER II | 160'X50'X10.67' (DRAFT) 3 IN- | TERNAL SQUARE SPUDS, STEPPED | 160'X50'X10.67' |
| 136 | BARGE DECK LOADLINE W/(2) INT. | 24" DIA. SPUDS, 4 PT ANCHOR, | MATTED FORCRANE, EX MKU760 | 160'x54'x12' |
| 137 | BARGE DUMP SCOW | 6600 CY, 286'X62'X27.5' | | 286'X62'X27.5' |
| 138 | BARGE DECK WITH WINCH X-ADCO | 180X54X12 (DRAFT) WITH 2 INT- | ERNAL SQUARE SPUDS & HYDRAULIC | 180'X54'X12' |
| 139 | BARGE DECK | 160X54X12.5 (DRAFT) | | 160'X54'X12.5' |
| 140 | BARGE LOAD LINE DECK | 160X54X12.5 (DRAFT) | | 160'X54'X12.5' |
| 141 | BARGE DECK IDLER B. X-ADCO 510 | | | |
| 142 | BARGE DECK LOAD LINE | 160X40X8.5 (DRAFT) | | 160'X40'X8.5' |
| 143 | BARGE CARFLOAT | 250'L, 34'W, 10.5 H (DRAFT) | EX-268 | 250'X34'X10.5' |
| 144 | BARGE DECK CARFLOAT W/2 36" SP | 362'L, 41.3'W, 11.6'H, (DRAFT) | EX-MKIV LAY BARGE | 362'X41.3'X11.6' |

APPENDIX E - EQUIPMENT LIST

| 145 | BARGE DECK CARLFLOAT W/2 30" SP | 330'L, 40'W, 11.5'H, (DRAFT) | W/CONCRETE RUNWAY | 330'X40'X11.5' |
|---|---|---|---|---|
| 146 | BARGE DECK CARFLOAT W/2 36" SP | 362'L, 41.3'W,11.6'H, (DRAFT) | EX-MKIW - LAY BARGE | 362'X41.3'X11.6' |
| 147 | BARGE DECK CARFLOAT | 290.1'L, 40.3'W, 11.5'W(DRAFT) | W/2-36" INTERNAL SPUDS | 290.1'X40.3'X11.5' |
| 148 | BARGE DECK CARFLOAT | 290.1'L, 40.3'W, 11.5'W(DRAFT) | W/2-36" INTERNAL SPUDS, MATS | 290.1'X40.3'X11.5' |
| 149 | BARGE DECK CARFLOAT | 290.1'L, 40.3'W, 11.5'W(DRAFT) | W/2-36"INTERNAL SPUDS, MATS | 290.1'X40.3'X11.5' |
| 150 | BARGE DECK CARFLOAT WEAR DECK | 342.3'L, 42.3'W, 11.5'W(DRAFT) | W/2-30" INT SPUDS EX GATES 345 | 342.3'X42.3'X11.5' |
| 151 | BARGE DECK CARFLOAT | 260'X39'X9' | 2 INT SPUDS EX GATES 259 | 260'X39'X9' |
| 152 | BARGE HOPPER | 2000 TONS, 146'L, 30'W, 17.5 H | (DRAFT) EX-ADCO 207 | 146'L, 30'W, 17.5 H |
| 153 | BARGE HOPPER SINGLE SIDED | 3000 TONS, 200'L, 40'W, 17.4'W | (DRAFT) | |
| 154 | BARGE HOPPER SINGLE SIDED | 2000 TONS 146'L, 38'W, 17.5"H | (DRAFT) | |
| 155 | BARGE HOPPER 2000 TON, | 146'X38'X17.5' (DRAFT) | | |
| 156 | BARGE HOPPER | 2000 TONS, 146'L, 38'W, 17.5'H | (DRAFT) | |
| 157 | BARGE HOPPER | 3000 TONS 200'L, 40'W, 17.4'H | SINGLE SIDED | |
| 158 | BARGE HOPPER - EX-WATERSIDE | 2000 TONS, 146L', 38'W, 17.5'H | (DRAFT) | |
| 159 | BARGE LOAD LINE DECK WITH | STANCHIONS 180X54X14 (DRAFT) | | 180'X54'X14' |
| 160 | BARGE LOAD LINE DECK WITH | STANCHIONS | | 180'X54'X14' |
| 161 | BARGE DECK LOADLINE W/ | STANCHIONS | 172'x84'x14' | 172'x84'x14' |
| 162 | BARGE DECK LOADLINE W/ | STANCHIONS | | 172.8'X54'X14' |
| 163 | BARGE DECK LOADLINE W/ | STEEL RAILS | | 180'X54'X14' |
| 164 | BARGE DECK LOADLINE W/ | STANCHIONS | | 180'X54'X14' |
| 165 | BARGE DECK LOADLINE | 250'x75'x16' | | 250'X75'x16' |
| 166 | BARGE DECK LOADLINE W/ | STANCHIONS | | 172.8'X54'X14' |
| 167 | DREDGE SUCTION 206' 4 3/4" | 2246 GT E.W.ELLEFSEN | EX BEAN MERIDIAN | |
| 168 | DREDGE HYDRAULIC EX VENTURE | 160X41X10 (DRAFT) | | |
| 169 | DREDGE FORMER ADCO AMERICAN | 196X60X14 (DRAFT) | | |
| 170 | BOOSTER FORMER ADCO ARKANSAS | 30" 126X34X9.5 (DRAFT) | | |
| 171 | DREDGE RS WEEKS EX ADCO | 280X65X17.5 (DRAFT) | | |
| 172 | BARGE UNLOADER | | | |
| 173 | PONTOON 37X14X8 (DRAFT) | | | |
| 174 | PONTOON 30X40X8.67 (DRAFT) | | | |
| 175 | PONTOON 30X17X2.5 (DRAFT) | | | |
| 176 | PONTOON 40'X15'X6.7' EX CALTO | WORKBOAT USED FOR BREASTING | BARGE IN YARD | |
| 177 | BARGE OIL EX-PERINI OB-NO3 | PURCHASED IN E. BOSTON 57X8 | | |
| 178 | BARGE SKIDDER 4 PONTOONS | | | |
| 179 | BARGE SURGE 2 PONTOONS CONN W/ | BEAMS, SINGLE DRUM WINCH | | |
| 180 | BARGE SURGE CONSISTING OF 2 | PONTOONS BRIDGED TOGETHER 2 | PADEYES PLUS 2 SHACKLES | |
| 181 | BARGE SURGE CONSISTING OF 4 | PONTOONS BRIDGED TOGETHER | CONNECTORS AND SINGLE DRUM | |
| 182 | PONTOON 3 BRIDGED TOGETHER | EX CHESTER FROM CAMDEN NO | OFFICIAL NUMBER 30X27X7 | |
| 183 | MONO BUOY SINGLE POINT MOORING | 30" DIAMETER DISCHARGE | | |
| 184 | BARGE ADCO EX HUDSON RIVER | 126X40X8 (DRAFT) 3 TOWER DRILL | BARGE CATERPILLAR 3306 DIT | |
| 185 | BARGE WEEKS 391 SCREED | 98'X15'X17.6' (DRAFT) | | 98'X165'X12' |
| 186 | TUG VIRGINIA | 3412 CATERPILLAR MAIN ENGINES | 4045 JOHN DEERE GENERATORS | |
| 187 | TUG CAROLYN - TWIN SCREW HP-2 | GM 1271 (EX-CONNIE BELLANGER) | 59.2'L, 22.1'W, 97.5'H (DRAFT) | Length 59', Breadth 22', Draft 8'6" |
| 188 | WORKBOAT CHRISTOPHER | TWIN SCREW 375 HP-2 GMC 6-71N | EX BONITA 37.3'X12.1X4.6'DRAFT | 37.3'X12.1X4 6' |
| 189 | WORKBOAT DAVE V 54'X15 4'X7' | 360 HP 2GM 6-71 ENGINES EX | RYAN M. ACQUIRED 5/30/97 | 54'X15.4'X7' |
| 190 | WORKBOAT JOSEPH P. 450 HP | 50'X12.75' TUG TWIN SCREW EX | GOV'T PURCHASED 5/97 | 50'X12.75' |
| 191 | WORKBOAT KATIE 33.8X13.6X4 7 | DRAFT TUG TWIN SCREW 375 HP | 2 GM 6 7IN PURCHASED FROM | 33.8'X13.6'X4.7' |
| 192 | TUG ELIZABETH TUG TWIN SCREW | 1800 HP-2 GM, PURCHASED FROM | BAYOU LEBATRE, LA | |
| 193 | BOAT SURVEY BAYOU CHENE | PURCHASED FROM TL JAMES 5/98 | 42'X14.7'X6.2' | |
| 194 | TUG ALEXANDRA TWIN SCREW 4000 | HP 2EMD 12-645-E2 PURCHASE IN | NEW IBERIA, LA EX-OCEAN STAR | |
| 195 | TUG THOMAS TWIN SCREW 4000 HF | 2 EMD 16-645-E2 PURCHASLD FROM | NEW IBERIA, LA EX OCEAN VOYAGER | |
| 196 | TUG KATHERINE, TWIN SCREW 3000 | HP 2EMD 12-645-E2 PURCHASE IN | NEW IBERIA, LA EX-OCEAN CHIEF | |
| 197 | BOAT SURVEY EX BAYOU TECHE | PURCHASED TL JAMES 5/98 | 38.8'X14'X5.6' | |
| 198 | TUG GERARD TWIN SCREW | 750 HP, GM1271 60.2'L,23'W, | 8.9'H | |
| 199 | WORKBOAT KRISTY LAUNCH SINGLE | SCREW MONARK 2609J | LA3772FG | |
| 200 | TUG KATHLEEN MODEL BOW TWIN | SCREW 1000 HP 2 CUMMINS | KT-1150 EX MR. JAKE | |
| 201 | BOAT CREW FRANK J, SINGLE | SCREW 300 HP GM6V53 PURCH IN | FLORENCE, AL, EX-COMBER | |
| 202 | BOAT CREW OLIVIA 2 X CAT 3406 | EX DANNY W GULF CRAFT | | |
| 203 | TUG BURLINGTON SINGLE SCREW | 180 HP 1 GM 6-71, 37.5"X12'X | 4.5'(DRAFT) | |
| 204 | WORKBOAT MANELY BAY 500 HP | TUG TWIN SCREW 2 GM 8V 71 FROM | HAWWAIIAN TUG AND BARGE 1999 | |
| 205 | WORKBOAT LANAI CITY 500 HP | TWIN SCREW 2 GM 8V71 47'X15'5' | FROM HAWAIIAN TUG AND BARGE 99 | |
| 206 | BOAT CREW DAN G EX SEAVIEW | 38'x14'x6' TWIN 8V-71'5 T.D. | GEARS 300 GALLON FUEL TANK | |
| 207 | WORKBOAT MARTY C - 600 HP TWIN | SCREW, W/8V71 DETROIT DIESEL | MAIN ENGINES, ALLISON 4.5 1 MH | 43.7'X16X7.6' |
| 208 | BOAT CREW CAPTAIN PETE | SURVEY BOAT 360 HP 2X GM G-71 | | |
| 209 | BOAT CREW CAPTAIN TOM | SURVEY BOAT 480 HP 2XGM 8V-71 | | |
| 210 | WORKBOAT BUDDY T 400HP | 50'X14'9 5/8"X44" DRAFT | TWIN SCREW 2XGM671 EX GOV. | |
| 211 | TUG SHELBY TWIN SCREW | 1800 HP-2XGM,16149 EX-HINTON | HOUMA BOATWORKS (FABRICATOR) | 78' x 24' |
| 212 | BOAT CREW SURVEY 28.5X8.5 | "SUSAN L."(EX-DANGEROUS), ALUM | HULL, CUMMINS ENG. NJ7093GC | |
| 213 | CREWBOAT MONARK WALTER W | SINGLE SCREW 75 HP GM453 | EX-GIDGET, 24'8"X8'4"X4'4" | |
| 214 | BOAT SURVEY BAYOU BLUE | 43.9X15.9X6 | | |
| 215 | BOAT CREW STEVE L 680HP | 41'X14'X4' DRAFT | | |
| 216 | TUG TREVOR | 69'L, 26'W, 13.6'(DRAFT) | | |
| 217 | DREDGE HOPPER RN WEEKS | 194X54X22 DRAFT EX ATLANTIC | AMERICAN | |

APPENDIX E - EQUIPMENT LIST

| # | Description | Detail 1 | Detail 2 | Dimensions |
|---|---|---|---|---|
| 218 | WORKBOAT RICK H 250 HP 43.6X15 | X4.6 EX JEAN G MODEL BOW TUG | SINGLE SCREW 250 HP BUILT 1977 | |
| 219 | WORKBOAT ED H | TWIN SCREW, 500 HP, CAT 3306T | 36'X15'X6, BUILT 1986, | 36'X15'X6' |
| 220 | TENDER DON CARLOS 500 HP | (PUSH TENDER) 2 3208 CAT ENG. | | |
| 221 | WORKBOAT DON DAVID 500 HP | 40X14X4 EX MICHELLE G TENDER | 2 GM8V71 ENGINE BUILT 1988 | |
| 222 | DREDGE HOPPER B.E. LINDHOLM | (EX QUACHITA) EX TL JAMES | 297'X55'X22' 3' | |
| 223 | TUG CANDACE 1920 HP MODEL BOW | TWIN CATERPILLAR 3508B ENGINES | 84'8"X29'8"X10'5" DAMEN SHOAL | |
| 224 | WORKBOAT 25'3"X14'X5' STEEL | TRUCKABLE 54" PUSH KNEES TWIN | JOHN DEERE 6081 330 HP ENGINES | |
| 225 | WORKBOAT 25'3"X14'X5' STEEL | TRUCKABLE 54" PUSH KNEES TWIN | JOHN DEERE 6081 330 HP ENGINES | |
| 226 | WORKBOAT 25'3"X14'X5' STEEL | TRUCKABLE 54" PUSH KNEES TWIN | JOHN DEERE 6081 330 HP ENGINES | |
| 227 | CRANE FLOATING WAGNER 28 HOIST | DIESEL W/6 DRUM HYDRAULIC | WINCH AND 6 FAIRLEADS, 15CY | |
| 228 | CRANE FLOATING CLYDE MODEL 24 | 2 36" SPUDS 2 TWO DRUM AIR | WINCHES 4 FAIRLEADS | 120'X54'x10' |
| 229 | DREDGE BUCKET MARION 195 | DRAGLINE 2 BUCKETS FROM POWDER | RIVER COAL COMPANY 1/28/99 | 100'x52'x8.7' |
| 230 | CRANE FLOATING DRAVO MODEL 28 | W/2 36" INTERNAL SPUDS DIESEL | DRIVEN 4 DRUM WINCH 4 FAIRLEAD | |
| 231 | CRANE FLOATING DRAVO MODEL 37 | EX YD113, 140X70X12.5,100T@80' | | 120'x60'x10' |
| 232 | CRANE FLOATING CLYDE MODEL 24 | 4 DRUM HYDRAULIC WINCH & 4 | FAIRLEADS | 140'X70'x12'6" |
| 233 | CRANE FLOATING CLYDE MODEL 24 | 2 36" INTERNAL SPUDS 4 DRUM | HYDRAULIC WINCH & FAIRLEADS | 100'x52.1'x8.8' |
| 234 | CRANE FLOATING CLYDE MODEL 20 | 5 DRUM DIESEL WINCHES AND 4 | FAIRLEADS | 100'x52.1'x8.8' |
| 235 | CRANE CLYDE 24 WHIRLEY 140' | BOOM 80 TON @ 60' REMOVED FROM | BARGE 10/02, EX MPH #20 1953 | 100'x40.1'x8.7' |
| 236 | CRANE FLOATING AMERICAN R20 | 2 36" INTERNAL SPUDS | | |
| 237 | CRANE BARGE 110X52X7 WITH 45T | STEAM CRANE BUILT BY NABRICO | 7'.5"(DRAFT) DIESEL | 100'x50'x7.5' |
| 238 | CRANE FLOATING CLYDE MODEL 28 | GANTRY 2 42" INTERNAL SPUD | FROM NYCDOT | |
| 239 | CRANE FLOATING 203 AMERICAN W/ | 2 INT. 42" SPUD WELLS, 110' | WELLS | 250'x64'x12' |
| 240 | CRANE FLOATING LOADLINE | AMERICAN M40 4 TWO DRUM R897 | EX YD203'X43'X10' EX 560 | |
| 241 | CRANE FLOATING HALTER 100 TON | EX YD252 HULL # 1190 CRANE S/N | WINCHES AND FAIRLEADS, Spotter | 292'6"x80'x19'6", |
| 242 | CRANE FLOATING CLYDE MODEL 28 | GANTRY | BC002 MOD N100BC01 175X75X12.5 | 175X75X12.5 |
| 243 | CRANE FLOATING LOADLINE | AMERICAN M40 3 R890 DECK WINCH | DIESEL ELECTRIC WITH QUARTERS | 250'x64'x12' |
| 244 | CRANE FLOATING CLYDE MODEL 52 | 8 POINT R890 ANCHORSPREAD 3 | 36" SPUDS | 300'x90'x19' |
| 245 | CRANE FLOATING CLYDE MODEL 28 | WITH 2 TWO DRUM AIR WINCHES | AND 4 FAIRLEADS 2 SPUDS A/C | 300'x90'x22' |
| 246 | CRANE FLOATING CLYDE MODEL 28 | GANTRY | | 111'x45'x11', |
| 247 | CRANE FLOATING CLYDE MODEL 28 | GANTRY 2 42" SPUD WELLS | | 250'x64'x12' |
| 248 | CRANE FLOATING WASHINGTON IRON | WORKS WHIRLEY 50 TON @ 40' | 4 DRUM PACSHIPCO WINCH AND 4 | 250'x64'x12' |
| 249 | CRANE FLOATING LOADLINE CLYDE | MODEL 32, 2EA @36" INTERNAL SPUDS | | 160'x50.5'x12.4' |
| 250 | CRANE MANITOWOC 4600 SERIES I | WITH 3 SPUDS 1 TRAILING | 4 POINT MOORING SYSTEM | |
| 251 | CRANE FLOATING LOADLINE CLYDE | MODEL 32 4 POINT ANCHORSPEAD | QUARTERS 120' BOOM LOADINE | 120'x60'x13' |
| 252 | CRANE 75 TON 32-E 110=20 CLYDE 32 | GANTRY ELECTRIC FROM ELECTRIC | EX THELMA | |
| 253 | CRANE FLOATING AMERICAN R30 | WITH ANCHORSPREAD EX 248 EX | BOAT COMPANY, 502,360 LBS | 160'x52'x12' |
| 254 | DREDGE BUCKET CLYDE MODEL 28 | CRANE (EX-NEW YORK, 14CY, | TIDELANDS 10 | 240'x72x16'5" |
| 255 | DREDGE BUCKET PAGE 728D CRANE | WITH SPUDS AND 4 POINT MOORING | 130'L, 50'W,10'H, (DRAFT) | |
| 256 | DREDGE BUCKET PAGE 728D CRANE | WITH SPUDS AND 4 POINT MOORING | SYSTEM 155X60X11.8 (DRAFT) | |
| 257 | CRANE FLOATING DRAVO MODEL 28 | 2 36" INTERNAL SPUDS | SYSTEM LOAD LINE 155X60X11.5 | |
| 258 | CRANE FLOATING DRAVO EX YD-188 | 120X60X6 DRAFT | EX YD169 | 120'x60'x10' |
| 259 | CRANE FLOATING LOADLINE DRAVO | MODEL 28 2 36" SPUDS ANCHORS | EX YD211 | 120'x60'x10' |
| 260 | CRANE DRAVO 28 GANTRY | | | |
| 261 | CRANE CLYDE MODEL 28 | | | |
| 262 | CRANE AMERICAN RH3520 | GANTRY ELECTRIC | | |
| 263 | CRANE AMERICAN RH3520 | REVOLVING GANTRY 85' BOOM 40 | TON CAPACITY | |
| 264 | CRANE 72 TON 203 AMERICAN | REVOLVING GANTRY 85' BOOM 40T | CAPACITY DETROIT ENGINES 2 | |
| 265 | CRANE 72 TON 203 AMERICAN | GANTRY FROM ELECTRIC BOAT | #20448 | |
| 266 | CRANE CLYDE 14 25 TON GANTRY | GANTRY FROM ELECTRIC BOAT | #23148 | |
| 267 | CRANE MARION 7500-USE 90060563 | CAPACITY AT 40' ELECTRIC | DRIVEN PURCHASED FROM GENERAL | |
| 268 | CRANE 50 TON REVOLVER 203 | WHITE/BLUE | 250X72' HULL | |
| 269 | CRANE CLYDE 24 ON BARGE 63 | AMERICAN PURCHASED FROM PORT | ROYAL S.C | |
| 270 | CRANE FLOATING DRAVO MODEL 37 | FROM PORT OF PONCE PUERTO RICO | BOOM 110' | |
| 271 | CRANE FLOATING DRAVO MODEL 28 | 2 36" SPUDS | EX YD193 | 140'x70'x12'6" |
| 272 | CRANE FLOATING DRAVO MODEL 37 | 2 36" SPUDS | EX YD242 ACQUIRED AT AUCTION | |
| 273 | CRANE FLOATING DRAVO MODEL 37 | EX BD 6659 WILDERNESS | 140'x70'x12.5', 2EA Spud Size @@3' x 7/8" wall x 79'6" long | 140'x70'x12.6' |
| 274 | CRANE FLOATING DRAVO MODEL 37 | EX BD 6700 BIG SWITCH | 140'X70'X12.5' | 140'x70'x12 5' |
| 275 | CRANE BARGE 110 TON 200X60X14 | EX YD115 ACQUIRED FROM THE | DRMS | 140'x70'x12'6" |
| 276 | CRANE FLOATING DRAVO MODEL 28 | DRAVO MODEL 28 FROM 567 ON | EX S225 WITH 2EA Spud Size @@3' x 2/8" wall x 8'8 1/8" long | 200'x60'x15' |
| 277 | CRANE FLOATING DRAVO MODEL 37 | EX YD214 LONG JIB; 2EA Spuds @42" | 142'x58'X12' | 142'x58'x12' |
| 278 | CRANE FLOATING DRAVO MODEL 28 | EX YD233 | 142'X58'X12' | 142'x58'x12' |
| 279 | CRANE FLOATING DRAVO MODEL 37 | EX YD234; 2EA Spuds @42", | 142'X58'X12' | 142'x58'x12' |
| 280 | CRANE FLOATING DRAVO MODEL 28 | EX YD217 | 140'X70'X12.5' | 142'x58'x12' |
| 281 | DERRICK EX ADCO HOISTER 1 | 66X32X5 (DRAFT) | EX YD237 | 140'x70'x12.5' |
| 282 | DERRICK EX-ADCO HOISTER 2 | 12 TON, 66'X32'X5' (DRAFT) | NO HULL ON RECEIPT, ON LAND | |
| 283 | BARGE ANCHOR DERRICK EX BEAN | 70X34.1X6.4 DRAFT | | |
| 284 | DERRICK EX ADCO HOISTER 27 | SEE 008 AS OF 2/1/07 | AIR COOLED ENGINE ON HOIST | |
| 285 | BARGE ANCHOR | 60'X30'X6 WITH MACHINERY HOUSE | HOIST, A FRAME, | |
| 286 | BARGE ANCHOR | 78'X40'X7 WITH A MACHINERY | HOUSE HOIST, A FRAME | |

APPENDIX E - EQUIPMENT LIST

| No. | Description | Spec 1 | Spec 2 | Dim 1 | Dim 2 |
|---|---|---|---|---|---|
| 287 | BARGE ANCHOR HANDLING | 30'X60'X6' WITH SKAGIT HOIST | | | |
| 288 | BARGE ANCHOR HANDLING | 30'X60'X6' W/HOUSE AND A-FRAME | 262,963 LBS. | | |
| 289 | BARGE ANCHOR | 78'X40'X7' | | | |
| 290 | BARGE ANCHOR | 78'X40'X7' | | | |
| 291 | CRANE 75 TON BUCYRUS ERIE 888 | CRAWLER 70' BOOM | EX ADCO CONVOY #757 UNIT | | |
| 292 | CRANE 42 TON BUCYRUS ERIE 38BM | CRAWLER | | | |
| 293 | CRANE 90 TON BUCYRUS ERIE 65D | CRAWLER 152,000 LBS, | 80'L | | |
| 294 | CRANE BUCYRUS ERIE 54B CRAWLER | | | | |
| 295 | CRANE 150 TON LINKBELT LS518 | CRAWLER 97' RAYMOND BOOM | FROM HT/HAWAII, RED/WHITE | | |
| 296 | CRANE 100 TON MANITOWOC 3900V | CRAWLER #8 BOOM LIFTCRANE | CUMMINS NHR56I, 48" PADS, | | |
| 297 | CRANE 300 TON MANITOWOC 4100W | RINGER 22A MAIN BOOM 200' | CUMMINS NTA855C380, ON THE | | |
| 298 | CRANE 230 TON MANITOWOC 888 | CRAWLER 160'/22E BOOM, | CUMMINS M11, CLAMSHELL, SER.II | | |
| 299 | CRANE 60 TON AMERICAN CRAWLER | 1972 CUMMINS N743P220 | TWIN DISC E STA CONN 80'BOOM | | |
| 300 | CRANE 60 TON AMERICAN 7250C | CRAWLER 1696 CUMMINS IND250 | NFFC, TWIN DISC 3 STA CONN | | |
| 301 | CRANE 150 TON LIMA 1850SC | CRAWLER 1968 CAT D353D TWIN | DISC CONN, 140' TUBULAR BOOM | | |
| 302 | CRANE 200 TON LIMA 2000SC | CRAWLER 1968 CAT D353D TWIN | DISC CONN, 170' TUBULAR BOOM | | |
| 303 | CRANE 35 TON BUCYRUS ERIE 30B | HD CRAWLER D333 CATERPILLAR | 60' BOOM FAIRLEAD BLOCK | | |
| 304 | CRANE 30 TON BUCYRUS ERIE 30B | CRAWLER 15'13"X13'8"X11'2" | | | |
| 305 | CRANE 70 TON P&H 670W3C | CRAWLER FROM LAHAINA PIER | | | |
| 306 | CRANE 70 TON P&H 670W3C | CRAWLER FROM LAHAINA PIER | | | |
| 307 | CRANE 70 TON P&H 670W3C | CRAWLER FROM LAHAINA PIER | | | |
| 308 | CRANE 70 TON P&H 670W3C | CRAWLER FROM LAHAINA PIER | | | |
| 309 | CRANE 100 TON MANITOWOC 3900 | CRAWLER,(EX STEERS UNIT), | 140' BOOM, 140'X16'8"X 14'11" | | |
| 310 | CRANE MANITOWOC 4500 CRAWLER | MFG 3/60, CUMMINS VT-12, | W/TORCON, #33 BOOM 120', | | |
| 311 | CRANE 88 TON MANITOWOC M80W | CRAWLER FROM LAHAINA PIER | | | |
| 312 | CRANE AMERICAN 799C FROM | LAHAINA PIER 10/99 | | | |
| 313 | CRANE 40 TON BUCYRUS 38B | CRAWLER FROM LAHAINA PIER | | | |
| 314 | CRANE 60 TON P&H HYDRAULIC | 650ATC TRUCK MOUNTED | FROM LAHAINA PIER & PILE | | |
| 315 | CRANE 117 TON LINKBELT LS418A | W/100 BOOM, WHITE & RED CAB | | | |
| 316 | CRANE CRAWLER MANITOWOC 4600 | SERIES III | | | |
| 317 | CRANE DRAGLINE W700 RAPIER | | | | |
| 318 | CRANE CRAWLER MANITOWOC 4600 | SERIES 2, 120' # 27 BOOM | AND JIB W/SPARE HEEL | | |
| 319 | CRANE PAGE 728D DRAGLINE EX | DELAWARE VALLEY HAULING TYPE | REPLACED BOOM 3/97 | | |
| 320 | CRANE 200 T MANITOWOC 4600 II | CRAWLER DETROIT ENGINE | 140'-#7 BOOM, MFG 1/5/65 | | |
| 321 | CRANE MANITOWOC 4600 III | CRAWLER 140' BOOM EX NYCDOS | MACHINE CUMMINS POWERED NEW | | |
| 322 | CRANE 65 TON MANITOWOC 3900 | CRAWLER VICON 130' #8 BOOM | PURCHASED FROM DUTRA | | |
| 323 | CRANE 100 TON MANITOWOC 3900B | CRAWLER LOC. IN HAWAII ORIG | W #6 BOOM 90', LIFT/CLAM | | |
| 324 | CRANE 200 TON MANITOWOC 4100W | CRAWLER SERIES II, 260'L | RED EX HT651 | | |
| 325 | CRANE 12.5 TON KOEHRING 205 2N | CRAWLER | | | |
| 326 | CRANE 12.5 TON KOEHRING 205 2N | CRAWLER | | | |
| 327 | CRANE 150 TON LIMA 1850 | CRAWLER EX MCDERMOTT CC3227 | ANGLE BOOM, 100'W/20' JIB | | |
| 328 | CRANE 150 TON MANITOWOC 4000WV | 3406 PCTA 380'BOOM ACQUIRED | | | |
| 329 | CRANE 150 TON MANITOWOC 4000WV | CRAWLER, CUMMINS NTA855C, | 220' BOOM, #17 BOOM, ACQUIRED | | |
| 330 | CRANE 200 TON MANITOWOC 4100WV | CRAWLER, #22A BOOM, CAT DT | 43TA, LIFT/CLAM/DRAG, ACQUIRED | | |
| 331 | CRANE 230 TON MANITOWOC 4100WV | CRAWLER LIFTCRANE, #22C | BOOM, #27 RINGER ATTACHMENT | | |
| 332 | CRANE 30 TON GROVE RT65S | ROUGH TERRAIN DDA 6V53 ENG., | LOAD SAFE CAB HEAT, 33'TO 80' | | |
| 333 | CRANE 35 TON GROVE RT65S | ROUGH TERRAIN CUMMINS 555 ENG | | | |
| 334 | CRANE 35 TON GROVE RT65S | ROUGH TERRAIN 104' BOOM NY | | | |
| 335 | CRANE 50 TON GROVE RT75S/RT750 | ROUGH TERRAIN CAT 3116TA 110' | MAIN BOOM W/ KRUEGER MARK II | | |
| 336 | CRANE 15 TON GALION 150A | ROUGH TERRAIN DETROIT ENGINE | 37,300 LBS, 27'2"X8'X11'2" | | |
| 337 | CRANE 15 TON PETTIBONE MK30 | ROUGH TERRAIN, 48,000 LBS | | | |
| 338 | CRANE 14 TON GROVE RT58A | ROUGH TERRAIN 60' BOOM | | | |
| 339 | CRANE 14 TON GROVE RT58-7 | ROUGH TERRAIN | | | |
| 340 | CRANE 15 TON PETTIBONE MK30 | ROUGH TERRAIN W/JIB SECTION | 50,000 LBS, 35'10"X8'6"X11'3" | | |
| 341 | CRANE 35 TON GROVE RT65S | ROUGH TERRAIN W/JIB CAT 3208 | ENG, KRUEGER LOAD SYSTEM | | |
| 342 | CRANE 35 TON GROVE RT65S | ROUGH TERRAIN | | | |
| 343 | CRANE 70 TON P&H 670TC TRUCK | WHITE/RED | | | |
| 344 | CRANE 50 TON AMERICAN 599 | TRUCK CUMMINS ENGINES | UP & DOWN, IN BOURG, LA | | |
| 345 | CRANE 28 TON GROVE RT528CN | ROUGH TERRAIN 1473 HRS AT PURC | FROM PLANT & MACHINERY AUCTION | | |
| 346 | CRANE 50 TON GROVE RT750 110 | FOOT 4 PIECE POWER BOOM WITH | 32'-56' EXTENDABLE SWING JIB | | |
| 347 | CRANE 35 TON TEREX RT33S | ROUGH TERRAIN CUMMINGS 6BT5 9L | ENG AUX WINCH NYCD 30'-94' | | |
| 348 | BARGE JACK UP LOADLINE VARCO | HYDRAULIC JACKING SYSTEM | 4 DRUM WILEY | 139'6"X80'X10' | |
| 349 | BARGE JACK UP DELONG 500 TON | JACKS DRAVO MODEL 28 CRANE EX | 555 4 POINT ANCHOR SYSTEM HULL | 130'X58'X10' | |
| 350 | LOADER TRACK 973 CAT | GP BUCKET 2.75 CY, 51,500 LBS | 22'9"X8'7"X11'3", YELLOW | | |
| 351 | LOADER TRACK 955L CAT | 2CY, GP BUCKET, 32,000 LBS, | 17'3"X7'6"X10'9", YELLOW | | |
| 352 | LOADER TRACK 955L CAT 2 CY | BUCKET IN STEVEDORING | | | |
| 353 | LOADER TRACK 955L CAT | 2CY, GP BUCKET, 32,000 LBS, | 17'3"X7'6"X10'9", YELLOW | | |
| 354 | LOADER TRACK 953 CAT | GP BUCKET, ROPS, 30,681 LBS | 18'X7"X7'10"X10'1", YELLOW,2 CY | | |
| 355 | LOADER TRACK 977K CAT | 2.75 CY, GP BUCKET, 32,000 LBS | | | |
| 356 | LOADER TRACK 977L CAT | GP BUCKET, 48,000 LBS,2.75 CY | 18'X4"X8'2"X11'3",YELLOW | | |
| 357 | LOADER TRACK 977L CAT | GP BUCKET,C/W, FULL CAB,2.75CY | 18'4"X8'2"X11'1'48,000 LBS | | |
| 358 | LOADER TRACK 977L CAT | ROPS, 4 IN 1 BUCKET, 3306 ENG | 18'4"X8'2"X11'2'48,000 LBS | | |
| 359 | LOADER TRACK 955L CAT | ROPS, 2CY, GP BUCKET, 3304 ENG | 17" GROUSERS, 32,000 LBS, | | |

APPENDIX E - EQUIPMENT LIST

| 360 | LOADER TRACK 977L CAT | GP BKT, ROPS, 2.75 CY, YELLOW | BOUGHT FROM DURABLE 11/96 | |
| 361 | LOADER TRACK 973LGP CAT | ROPS 3.5 CY GP BKT | PURCHASED FROM FORKE | |
| 362 | LOADER TRACK 977K CATERPILLAR | | | |
| 363 | BACKHOE 200-4 TLB DYNAHOE | FULL CAB, 4WD | | |
| 364 | BACKHOE 190D DYNAHOE TRACTOR | LOADER 1 CY BUCKET 24" DDA | 4-53 ENGINE FROM GATES | |
| 365 | BACKHOE 438C 4X4 CAT | EXTEND A HOE W/4&1 BUCKET | PLUMED FOR HAMMER, EROPS | |
| 366 | BACKHOE 410G JOHN DEERE | TRACTOR LOADER LOT# 2203 | | |
| 367 | BACKHOE 420D CATERPILLAR | 24" BUCKET, 1.25 CY LOADER | 4WD 3054C ENGINE S/N CRS07775 | |
| 368 | BACKHOE 310SG JOHN DEERE | 24" BUCKET, 1.25 CY LOADER | MULTIPURPOSE BUCKET EROPS | |
| 369 | LOADER SKID STEER 743B BOBCAT | 54" BUCKET KUBOTA V1702-B ENG | BOUGHT FROM ALEX LYON & SON | |
| 370 | LOADER SKID STEER 743 BOBCAT | PNEUMATIC TIRES FORKS 909 | BACKHOE ACQUIRED FROM GATES CO | |
| 371 | LOADER SKID STEER 843 BOBCAT | ISUZU (54) HP, 66" BKT, ROPS, | 6500 LBS, B.H. MOUNTS, ACQ | |
| 372 | LOADER WHEEL WA 600 KOMATSU | 7 CY BKT, EROPS, SD170 ENGINE | 65/35 X 33 TIRES, YELLOW | |
| 373 | LOADER WHEEL 962G CATERPILLAR | YELLOW, 27'LX9'6"WX11'1"H | 4.5 CY, 41,000 LBS, YELLOW | |
| 374 | LOADER WHEEL WA45D KOMATSU | 5 CY BKT, 26.5X25 TIRES, | EROPS, 47,000 LBS, YELLOW | |
| 375 | EXCAVATOR 1266D KOEHRING | 7 CY BKY, 4 CY CLAMSHELL, | 260,000 LBS, COLOR: ORANGE | |
| 376 | EXCAVATOR PF55L1 KOMATSU | WITH LA BOUNTY HD 110 ROTATING | GRAPPLE  PURCHASED IN 92 NEW | |
| 377 | EXCAVATOR WMB50503D18CR WILCO | MARSH BUGGY W/2002 CAT 325C | UPPER HYD. CARRIAGE REQ#383952 | |
| 378 | EXCAVATOR 215 CAT | 3204 ENG., 5'11" STICK, | 8'6" WIDE, ACQ FROM GATES 3/97 | |
| 379 | EXCAVATOR EX750 LC5 HITACHI | W/FIXED MECHANICAL THUMB, | PURCHASED OFF RENTAL, W/23'4" | |
| 380 | EXCAVATOR 322BL CAT W/CAB | W/AIR 28" PADS, 9'8" STICK | 9'9"X32'8"X11'1", 53,000 LBS | |
| 381 | EXCAVATOR 330BL CATERPILLAR | 32" PADS, MEDIUM STICK, LONG | UNDERCARRIAGE | |
| 382 | EXCAVATOR 325C CATERPILLAR | LONG REACH MOUNTED ON SUNLAND | KORI AMPHIBIOUS MARSH BUGGY | |
| 383 | EXCAVATOR 235C CAT EQUIPPED W/ | HAMMER CIRCUIT, 12' STICK 36" | PADS BOUGHT FROM FORKE/WILM | |
| 384 | EXCAVATOR 345B L CAT FIXED | GAUGE U/C 97,000 LBS, YELLOW | MAX/REACH 42'8"/30'5" 12'10" | |
| 385 | EXCAVATOR MINI X320 BOBCAT | PURCHASED AT YODER AND FREY | | |
| 386 | EXCAVATOR 325BL CATERPILLAR | | | |
| 387 | DOZER D8L CAT | STRAIGHT BLADE, EROPS, W/TILT | DRAWBAR, 91,000 LBS, YELLOW | |
| 388 | HOPPER BULKLOADING STEEL 30CY | SINGLE BUOY 12" GATE | 20'10"LX 18'10"WX27'2"H | |
| 389 | HOPPER BULKLOADING STEEL 30CY | SINGLE BUOY 12" GATE | 20'10"LX 18'10"WX27'2"H | |
| 390 | HOPPER BULKLOADING STEEL 80CY | DOUBLE BUOY 12" GATE | 19'2" LX39'WX27'10"H | |
| 391 | HOPPER BULKLOADING STEEL | 132 CY, 25'X25'X35', WHITE | | |
| 392 | HOPPER BULKLOADING STEEL | 132 CY, 25'X25'X35', WHITE | | |
| 393 | HOPPER BULKLOADING STEEL | 132 CY, 25'X25'X35', WHITE | (PORTABLE) | |
| 394 | EXCAVATOR 320CL CATERPILLAR | | 46,300 POUNDS WITH THUMB | |
| 395 | EXCAVATOR 320CL CATERPILLAR | PLUMBED FOR HAMMER | 46,300 POUNDS | |
| 396 | EXCAVATOR 5110B L CATERPILLAR | 280000 LB | | |
| 397 | EXCAVATOR 325D CATERPILLAR | 20'2" BOOM, 12'4" STICK EMPTY | COUNTERWEIGHT CB2 FAMILY | |
| 398 | EXCAVATOR 330CL CATERPILLAR | 33.5" PADS, LONG UNDERCARRIAGE | QUICK RELEASE STICK VANDALISM | |
| 399 | EXCAVATOR WMB50502818 WILCO | MARSH BUGGY W/2005 CAT 325C | UPPER HYD. CARRIAGE | |
| 400 | EXCAVATOR 325C CATERPILLAR | LONG REACH ARRANGEMENT ABD 60" | | |
| 401 | EXCAVATOR 325C CATERPILLAR | W/STANDARD REACH BOOM 180-7815 | & 10'8" STICK | |
| 402 | EXCAVATOR 325C CATERPILLAR | 3126 ENGINE S/N SGG01739 | ARRANGEMENT # 201-4205 | |
| 403 | EXCAVATOR 325D CATERPILLAR | WITH 20'-2" BOOM AND 12'-4" | STICK, CB-2 LINKAGE, HIGH | |

| Line # | Description | Units | Quantity Tier | Measure of Distance | NORTH REGION | | | CENTRAL REGION | | | | | | SOUTH REGION | | | | | STATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A)+(B) | ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | SUM (A) THRU (K) |
| 1 | Vegetative Waste - vegetative debris removal from waterway and transport for a prescribed distance from offsite to TDMA | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 280.00 | 285.00 | 545.00 | 265.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,325.00 | 285.00 | 265.00 | 280.00 | 280.00 | 1,090.00 | 2,960.00 |
| 2 | | | | 16-30 miles | 285.00 | 290.00 | 575.00 | 271.00 | 280.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 290.00 | 271.00 | 285.00 | 285.00 | 1,112.00 | 3,023.00 |
| 3 | | | | 31-60 miles | 295.00 | 280.00 | 575.00 | 280.00 | 305.00 | 280.00 | 280.00 | 280.00 | 1,400.00 | 305.00 | 280.00 | 295.00 | 295.00 | 1,150.00 | 3,125.00 |
| 4 | | | | 60+ miles | 320.00 | 305.00 | 625.00 | 305.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,525.00 | 305.00 | 305.00 | 320.00 | 320.00 | 1,250.00 | 3,400.00 |
| 5 | | | 10,001 - 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 6 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 7 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 8 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 9 | | | Above 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 10 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 11 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 12 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 13 | Vegetative Waste - vegetative debris removal from waterway and transport for a prescribed distance from offsite to final disposal site | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 280.00 | 285.00 | 545.00 | 265.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,325.00 | 285.00 | 265.00 | 280.00 | 280.00 | 1,090.00 | 2,960.00 |
| 14 | | | | 16-30 miles | 285.00 | 271.00 | 556.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 285.00 | 285.00 | 1,112.00 | 3,023.00 |
| 15 | | | | 31-60 miles | 295.00 | 280.00 | 575.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,400.00 | 280.00 | 280.00 | 295.00 | 295.00 | 1,150.00 | 3,125.00 |
| 16 | | | | 60+ miles | 320.00 | 305.00 | 625.00 | 305.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,525.00 | 305.00 | 305.00 | 320.00 | 320.00 | 1,250.00 | 3,400.00 |
| 17 | | | 10,001 - 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 18 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 19 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 20 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 21 | | | Above 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 22 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 23 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 24 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 25 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offsite to TDMA | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 280.00 | 285.00 | 545.00 | 265.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,325.00 | 285.00 | 265.00 | 280.00 | 280.00 | 1,090.00 | 2,960.00 |
| 26 | | | | 16-30 miles | 285.00 | 271.00 | 556.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 285.00 | 285.00 | 1,112.00 | 3,023.00 |
| 27 | | | | 31-60 miles | 295.00 | 280.00 | 575.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,400.00 | 280.00 | 280.00 | 295.00 | 295.00 | 1,150.00 | 3,125.00 |
| 28 | | | | 60+ miles | 320.00 | 305.00 | 625.00 | 305.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,525.00 | 305.00 | 305.00 | 320.00 | 320.00 | 1,250.00 | 3,400.00 |
| 29 | | | 10,001 - 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 30 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 31 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 32 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 33 | | | Above 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 34 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 35 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 36 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 37 | C&D - C&D debris removal from waterway and transport for a prescribed distance from offsite to final disposal site | CY per mileage intervals | 1 - 10,000 CY | 0-15 miles | 280.00 | 285.00 | 545.00 | 265.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,325.00 | 285.00 | 265.00 | 280.00 | 280.00 | 1,090.00 | 2,960.00 |
| 38 | | | | 16-30 miles | 285.00 | 271.00 | 556.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 285.00 | 285.00 | 1,112.00 | 3,023.00 |
| 39 | | | | 31-60 miles | 295.00 | 280.00 | 575.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,400.00 | 280.00 | 280.00 | 295.00 | 295.00 | 1,150.00 | 3,125.00 |
| 40 | | | | 60+ miles | 320.00 | 305.00 | 625.00 | 305.00 | 305.00 | 305.00 | 305.00 | 305.00 | 1,525.00 | 305.00 | 305.00 | 320.00 | 320.00 | 1,250.00 | 3,400.00 |
| 41 | | | 10,001 - 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 42 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 43 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 44 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 45 | | | Above 25,000 CY | 0-15 miles | 271.00 | 257.00 | 528.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 257.00 | 257.00 | 271.00 | 271.00 | 1,056.00 | 2,869.00 |
| 46 | | | | 16-30 miles | 276.00 | 263.00 | 539.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 263.00 | 263.00 | 276.00 | 276.00 | 1,078.00 | 2,932.00 |
| 47 | | | | 31-60 miles | 286.00 | 271.00 | 557.00 | 271.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,355.00 | 271.00 | 271.00 | 286.00 | 286.00 | 1,114.00 | 3,026.00 |
| 48 | | | | 60+ miles | 310.00 | 295.00 | 605.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 1,475.00 | 295.00 | 295.00 | 310.00 | 310.00 | 1,210.00 | 3,290.00 |
| 49 | Transport of Reduced Vegetative and C&D | CY per mileage intervals | 1 - 10,000 | | 6.25 | 6.25 | 12.50 | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 | 31.25 | 6.25 | 6.25 | 6.25 | 6.25 | 25.00 | 68.75 |
| 50 | | | | | 8.13 | 8.13 | 16.26 | 8.13 | 8.13 | 8.13 | 8.13 | 8.13 | 40.65 | 8.13 | 8.13 | 8.13 | 8.13 | 32.52 | 89.43 |

| Line # | Description | Unit | Quantity Tier | Measure of Distance | ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A)(B) | ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM (A) THRU (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Debris from TDMA to final disposal site | CY per mileage intervals | 10,000 - 25,000 CY | 31-60 miles | 10.63 | 10.63 | 21.26 | 10.63 | 10.63 | 10.63 | 10.63 | 10.63 | 53.15 | 10.63 | 10.63 | 10.63 | 10.63 | 42.52 | 116.93 |
| 52 | Debris from TDMA to final disposal site | CY per mileage intervals | 10,000 - 25,000 CY | 60+ miles | 16.88 | 16.88 | 33.76 | 16.88 | 16.88 | 16.88 | 16.88 | 16.88 | 84.40 | 16.88 | 16.88 | 16.88 | 16.88 | 67.52 | 185.68 |
| 53 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | 10,000 - 25,000 CY | 0-15 miles | 6.25 | 6.25 | 12.50 | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 | 31.25 | 6.25 | 6.25 | 6.25 | 6.25 | 25.00 | 68.75 |
| 54 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | 10,000 - 25,000 CY | 16-30 miles | 8.13 | 8.13 | 16.26 | 8.13 | 8.13 | 8.13 | 8.13 | 8.13 | 40.65 | 8.13 | 8.13 | 8.13 | 8.13 | 32.52 | 89.43 |
| 55 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | 10,000 - 25,000 CY | 31-60 miles | 10.63 | 10.63 | 21.26 | 10.63 | 10.63 | 10.63 | 10.63 | 10.63 | 53.15 | 10.63 | 10.63 | 10.63 | 10.63 | 42.52 | 116.93 |
| 56 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | 10,000 - 25,000 CY | 60+ miles | 16.88 | 16.88 | 33.76 | 16.88 | 16.88 | 16.88 | 16.88 | 16.88 | 84.40 | 16.88 | 16.88 | 16.88 | 16.88 | 67.52 | 185.68 |
| 57 | Debris from TDMA to final disposal site | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 6.25 | 6.25 | 12.50 | 6.25 | 6.25 | 6.25 | 6.25 | 6.25 | 31.25 | 6.25 | 6.25 | 6.25 | 6.25 | 25.00 | 68.75 |
| 58 | Debris from TDMA to final disposal site | CY per mileage intervals | Above 25,000 CY | 16-30 miles | 8.13 | 8.13 | 16.26 | 8.13 | 8.13 | 8.13 | 8.13 | 8.13 | 40.65 | 8.13 | 8.13 | 8.13 | 8.13 | 32.52 | 89.43 |
| 59 | Debris from TDMA to final disposal site | CY per mileage intervals | Above 25,000 CY | 31-60 miles | 10.63 | 10.63 | 21.26 | 10.63 | 10.63 | 10.63 | 10.63 | 10.63 | 53.15 | 10.63 | 10.63 | 10.63 | 10.63 | 42.52 | 116.93 |
| 60 | Debris from TDMA to final disposal site | CY per mileage intervals | Above 25,000 CY | 60+ miles | 16.88 | 16.88 | 33.76 | 16.88 | 16.88 | 16.88 | 16.88 | 16.88 | 84.40 | 16.88 | 16.88 | 16.88 | 16.88 | 67.52 | 185.68 |
| 61 | White Goods Removal to final disposal site | Unit | 1 - 100 Units | N/A | 144.00 | 144.00 | 288.00 | 144.00 | 144.00 | 144.00 | 144.00 | 144.00 | 720.00 | 144.00 | 144.00 | 144.00 | 144.00 | 576.00 | 1,584.00 |
| 62 | White Goods Removal to final disposal site | Unit | Above 100 Units | N/A | 144.00 | 144.00 | 288.00 | 144.00 | 144.00 | 144.00 | 144.00 | 144.00 | 720.00 | 144.00 | 144.00 | 144.00 | 144.00 | 576.00 | 1,584.00 |
| 63 | Electronic Waste - removal of "e-waste" that contains hazardous materials. Includes computer monitors and televisions | Unit | 1 - 100 Units | N/A | 40.00 | 40.00 | 80.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 200.00 | 40.00 | 4.00 | 40.00 | 40.00 | 124.00 | 404.00 |
| 64 | Electronic Waste - removal of "e-waste" that contains computer materials, includes computer monitors and televisions | Unit | 1 - 100 Units | N/A | 40.00 | 40.00 | 80.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 200.00 | 40.00 | 40.00 | 40.00 | 40.00 | 160.00 | 440.00 |
| 65 | Freon Management - from management and recycling | Unit | 1 - 100 Units | N/A | 82.00 | 82.00 | 164.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 410.00 | 82.00 | 82.00 | 82.00 | 82.00 | 328.00 | 902.00 |
| 66 | Freon Management - from management and recycling | Unit | Above 100 Units | N/A | 82.00 | 82.00 | 164.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 410.00 | 82.00 | 82.00 | 82.00 | 82.00 | 328.00 | 902.00 |
| 67 | Sand Collection - removal of displaced sand from recycling | CY | 1 - 50,000 CY | N/A | 125.00 | 125.00 | 250.00 | 125.00 | 120.00 | 120.00 | 125.00 | 125.00 | 615.00 | 125.00 | 125.00 | 120.00 | 120.00 | 490.00 | 1,355.00 |
| 68 | Sand Collection - removal of displaced sand from waterway | CY | 50,001 - 100,000 CY | N/A | 125.00 | 125.00 | 250.00 | 125.00 | 120.00 | 120.00 | 125.00 | 125.00 | 615.00 | 125.00 | 125.00 | 120.00 | 120.00 | 490.00 | 1,355.00 |
| 69 | Sand Collection - removal of displaced sand from waterway | CY | Above 100,000 CY | N/A | 125.00 | 125.00 | 250.00 | 125.00 | 120.00 | 120.00 | 125.00 | 125.00 | 615.00 | 125.00 | 125.00 | 120.00 | 120.00 | 490.00 | 1,355.00 |
| 70 | Sand Collection - removal of displaced sand from waterway | CY | Above 100,000 CY | N/A | 125.00 | 125.00 | 250.00 | 125.00 | 120.00 | 120.00 | 125.00 | 125.00 | 615.00 | 125.00 | 125.00 | 120.00 | 120.00 | 490.00 | 1,355.00 |
| 71 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and proper disposal of screening byproducts | CY per mileage intervals | 1 - 50,000 CY | 0-15 miles | 30.00 | 30.00 | 60.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 150.00 | 30.00 | 30.00 | 30.00 | 30.00 | 120.00 | 330.00 |
| 72 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and proper disposal of screening byproducts | CY per mileage intervals | 1 - 50,000 CY | 16-30 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 73 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and proper disposal of screening byproducts | CY per mileage intervals | 1 - 50,000 CY | 31-60 miles | 53.00 | 53.00 | 106.00 | 53.00 | 53.00 | 53.00 | 53.00 | 53.00 | 265.00 | 53.00 | 53.00 | 53.00 | 53.00 | 212.00 | 583.00 |
| 74 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and proper disposal of screening byproducts | CY per mileage intervals | 1 - 50,000 CY | 60+ miles | 63.00 | 63.00 | 126.00 | 63.00 | 63.00 | 63.00 | 63.00 | 63.00 | 315.00 | 63.00 | 63.00 | 63.00 | 63.00 | 252.00 | 693.00 |
| 75 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | 50,001 - 100,000 CY | 0-15 miles | 30.00 | 30.00 | 60.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 150.00 | 30.00 | 30.00 | 30.00 | 30.00 | 120.00 | 330.00 |
| 76 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | 50,001 - 100,000 CY | 16-30 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 77 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | 50,001 - 100,000 CY | 31-60 miles | 53.00 | 53.00 | 106.00 | 53.00 | 53.00 | 53.00 | 53.00 | 53.00 | 265.00 | 53.00 | 53.00 | 53.00 | 53.00 | 212.00 | 583.00 |
| 78 | Uncontaminated Sand Transport - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | 50,001 - 100,000 CY | 60+ miles | 63.00 | 63.00 | 126.00 | 63.00 | 63.00 | 63.00 | 63.00 | 63.00 | 315.00 | 63.00 | 63.00 | 63.00 | 63.00 | 252.00 | 693.00 |
| 79 | Uncontaminated Sand Transport and Disposal - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | Above 100,000 CY | 0-15 miles | 30.00 | 30.00 | 60.00 | 30.00 | 30.00 | 30.00 | 30.00 | 30.00 | 150.00 | 30.00 | 30.00 | 30.00 | 30.00 | 120.00 | 330.00 |
| 80 | Uncontaminated Sand Transport and Disposal - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | Above 100,000 CY | 16-30 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 81 | Uncontaminated Sand Transport and Disposal - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | Above 100,000 CY | 31-60 miles | 53.00 | 53.00 | 106.00 | 53.00 | 53.00 | 53.00 | 53.00 | 53.00 | 265.00 | 53.00 | 53.00 | 53.00 | 53.00 | 212.00 | 583.00 |
| 82 | Uncontaminated Sand Transport and Disposal - screening of sand to restore to "beach quality", transport and rudimentary placement on beach, and proper disposal of screening byproducts | CY per mileage intervals | Above 100,000 CY | 60+ miles | 63.00 | 63.00 | 126.00 | 63.00 | 63.00 | 63.00 | 63.00 | 63.00 | 315.00 | 63.00 | 63.00 | 63.00 | 63.00 | 252.00 | 693.00 |
| 83 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 1 - 50,000 CY | 0-15 miles | 25.00 | 25.00 | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 125.00 | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 | 275.00 |
| 84 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 1 - 50,000 CY | 16-30 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 85 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 1 - 50,000 CY | 31-60 miles | 45.00 | 48.00 | 93.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 240.00 | 48.00 | 48.00 | 48.00 | 48.00 | 192.00 | 525.00 |
| 86 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 1 - 50,000 CY | 60+ miles | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 638.00 |
| 87 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 50,001 - 100,000 CY | 0-15 miles | 25.00 | 25.00 | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 125.00 | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 | 275.00 |
| 88 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 50,001 - 100,000 CY | 16-30 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 89 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 50,001 - 100,000 CY | 31-60 miles | 48.00 | 48.00 | 96.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 240.00 | 48.00 | 48.00 | 48.00 | 48.00 | 192.00 | 528.00 |
| 90 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 50,001 - 100,000 CY | 60+ miles | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 638.00 |

| Line # | Description | Units | Quantity Tier | Measure of Distance | ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A)+(B) | ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM THRU (K) (A) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Containerized Sand Transport and Disposal - removal of containerized sand and disposal at site to be determined by State | CY per mileage intervals | Above 100,000 CY | 18-30 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 385.00 |
| 92 | | | | 31-40 miles | 45.00 | 45.00 | 90.00 | 45.00 | 45.00 | 45.00 | 45.00 | 45.00 | 225.00 | 45.00 | 45.00 | 45.00 | 45.00 | 180.00 | 495.00 |
| 93 | | | | 60+ miles | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 638.00 |
| 94 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | 1 - 10 Units | N/A | 1,800.00 | 1,800.00 | 3,600.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 9,000.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 7,200.00 | 19,800.00 |
| 95 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | 11 - 25 Units | N/A | 1,800.00 | 1,800.00 | 3,600.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 9,000.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 7,200.00 | 19,800.00 |
| 96 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | Above 25 Units | N/A | 1,800.00 | 1,800.00 | 3,600.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 9,000.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 7,200.00 | 19,800.00 |
| 97 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 1 - 50 Vessels | 0-19 feet | 220.00 | 220.00 | 440.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 1,100.00 | 220.00 | 220.00 | 220.00 | 220.00 | 880.00 | 2,420.00 |
| 98 | | | | 20-29 feet | 315.00 | 315.00 | 630.00 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,575.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,260.00 | 3,465.00 |
| 99 | | | | 30-39 feet | 482.00 | 482.00 | 964.00 | 482.00 | 482.00 | 482.00 | 482.00 | 482.00 | 2,410.00 | 482.00 | 482.00 | 482.00 | 482.00 | 1,928.00 | 5,302.00 |
| 100 | | | | over 40 feet | 550.00 | 550.00 | 1,100.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 2,750.00 | 550.00 | 550.00 | 550.00 | 550.00 | 2,200.00 | 6,050.00 |
| 101 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 51 - 100 Vessels | 0-19 feet | 220.00 | 220.00 | 440.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 1,100.00 | 220.00 | 220.00 | 220.00 | 220.00 | 880.00 | 2,420.00 |
| 102 | | | | 20-29 feet | 315.00 | 315.00 | 630.00 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,575.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,260.00 | 3,465.00 |
| 103 | | | | 30-39 feet | 482.00 | 482.00 | 964.00 | 482.00 | 482.00 | 482.00 | 482.00 | 482.00 | 2,410.00 | 482.00 | 482.00 | 482.00 | 482.00 | 1,928.00 | 5,302.00 |
| 104 | | | | over 40 feet | 550.00 | 550.00 | 1,100.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 2,750.00 | 550.00 | 550.00 | 550.00 | 550.00 | 2,200.00 | 6,050.00 |
| 105 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | Above 100 Vessels | 0-19 feet | 220.00 | 220.00 | 440.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 1,100.00 | 220.00 | 220.00 | 220.00 | 220.00 | 880.00 | 2,420.00 |
| 106 | | | | 20-29 feet | 315.00 | 315.00 | 630.00 | 315.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,575.00 | 315.00 | 315.00 | 315.00 | 315.00 | 1,260.00 | 3,465.00 |
| 107 | | | | 30-39 feet | 482.00 | 482.00 | 964.00 | 482.00 | 482.00 | 482.00 | 482.00 | 482.00 | 2,410.00 | 482.00 | 482.00 | 482.00 | 482.00 | 1,928.00 | 5,302.00 |
| 108 | | | | over 40 feet | 550.00 | 550.00 | 1,100.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 2,750.00 | 550.00 | 550.00 | 550.00 | 550.00 | 2,200.00 | 6,050.00 |
| 109 | Pre-removal Assessment of Debris - use of cost-effective technology, including side scan sonar to provide identification and assessment of debris locations | Price per acre | | 0-100 acres | 65.00 | 65.00 | 130.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 325.00 | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 | 715.00 |
| 110 | | | | 101-300 acres | 63.00 | 63.00 | 126.00 | 63.00 | 63.00 | 63.00 | 63.00 | 63.00 | 315.00 | 63.00 | 63.00 | 63.00 | 63.00 | 252.00 | 693.00 |
| 111 | | | | 301-600 acres | 60.00 | 60.00 | 120.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 300.00 | 60.00 | 60.00 | 60.00 | 60.00 | 240.00 | 660.00 |
| 112 | | | | 601-1000 acres | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 638.00 |
| 113 | | | | 1001+ acres | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 638.00 |
| 114 | Verification of Debris Removal - use of cost-effective technology, including side scan sonar to provide verification to State that debris has been removed and waterway restored to pre-vine condition | Price per acre | | 0-100 acres | 65.00 | 65.00 | 130.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 325.00 | 65.00 | 65.00 | 65.00 | 65.00 | 260.00 | 715.00 |
| 115 | | | | 101-300 acres | 63.00 | 63.00 | 126.00 | 63.00 | 63.00 | 63.00 | 63.00 | 63.00 | 315.00 | 63.00 | 63.00 | 63.00 | 63.00 | 252.00 | 693.00 |
| 116 | | | | 301-600 acres | 60.00 | 60.00 | 120.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 300.00 | 60.00 | 60.00 | 60.00 | 60.00 | 240.00 | 691.00 |
| 117 | | | | 601-1000 acres | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 660.00 |
| 118 | | | | 1001+ acres | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 638.00 |
| 119 | Operation of Vehicle/Vessel Aggregation Site - operation of vehicle and vessel aggregation site, includes all phases of operation, including lower equipment, security and staffing and restoration of site to pre-vine condition | Per Day | | Daily | 4,000.00 | 4,000.00 | 8,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 20,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 16,000.00 | 44,000.00 |
| 120 | Operation of Temporary Debris Management Area - operation of TDMA, includes all phases of operation, including lower equipment, security and staffing and restoration of site to pre-vine condition | Per Day | | Daily | 4,200.00 | 4,200.00 | 8,400.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 21,000.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 16,800.00 | 46,200.00 |

**Total State Price is the single price that Bidder would offer, per price line, for all 11 zones in the State.**

## State of New Jersey

CHRIS CHRISTIE
*Governor*
KIM GUADAGNO
*Lt. Governor*

DEPARTMENT OF THE TREASURY
DIVISION OF PURCHASE AND PROPERTY
PROCUREMENT BUREAU
PO BOX 230
TRENTON, NJ 08625-0230

ANDREW P. SIDAMON-ERISTOFF
*State Treasurer*
JIGNASA DESAI-MCCLEARY
*Director*

January 10, 2013

John Ramsay
President
CrowderGulf
5435 Business Parkway
Theodore, Alabama 36582
e-mail: jramsay@crowdergulf.com

Re:  **Request for Quotation: Disaster Debris Removal and Management Services**
     **Best and Final Offer**
     **Response Date:  3:00 p.m. ET Friday, January 11, 2013**

Dear Mr. Ramsay:

This letter is requesting that your firm submit a best and final offer (BAFO) with respect to the referenced Request for Quotations (RFQ), as specified in RFQ Section 8.1. This response will be evaluated in conjunction with the original proposal submission made in response to the referenced RFQ.

Your firm should resubmit the BAFO Price Schedule (attached) with revised prices and mark it with your company name and date. As noted in Section 8.1, *"The best and final offer can modify any aspect of the bid proposal, provided mandatory RFQ requirements continue to be satisfied and further provided that the revised price proposal is not higher than the original price proposal. Any revised price proposal that is not equal to or lower in price than the original price proposal will be rejected as non-responsive."*

BAFO proposal price(s) must be typed or written in ink. The entire price schedule must be completed and resubmitted, or the bidder must submit a statement that it will not revise its prices. Your revised BAFO prices must include: 1) commitments stated in your original proposal, including any clarifications thereto and 2) all the requirements specified in the RFQ and addenda. To reiterate, no other aspect of the proposal may be changed. While the State seeks pricing reductions for all price lines, the State is placing particular emphasis on the pricing differences between your firm and competitors for a number of price lines including, but not limited to, lines 1-32, lines 40-41, and lines 83-96.

A response is required by 3:00 p.m. on Friday, January 11, 2013. Please send responses via email to me at the following email address: jonathan.wallace@treas.state.nj.us  The email subject line is to state "BAFO – RFQ Disaster Debris Removal and Management Services". BAFOs not received by the indicated time and due date will not be considered and the original proposal pricing will be used for evaluation purposes. As specified in RFQ Section 8.1, all BAFO submissions will remain confidential until issuance of a Notice of Intent to Award.

Respectfully,

Jonathan Wallace

Attachment: BAFO Price Schedule

## Wallace, Jonathan

| | |
|---|---|
| **From:** | John Ramsay (jramsay@crowdergulf.com) [jramsay@crowdergulf.com] |
| **Sent:** | Friday, January 11, 2013 12:38 PM |
| **To:** | Wallace, Jonathan |
| **Cc:** | Melinda Kohnle (mkohnle@crowdergulf.com); Reid Loper (rloper@crowdergulf.com) |
| **Subject:** | "BAFO - RFQ Disaster Debris Removal and Management Services" |
| **Attachments:** | BAFO NJ CrowderGulf, LLC 01.11.13.pdf |

Dear Mr. Wallace,

Please find attached CrowderGulf's "Best and Final Offer - RFQ Disaster Debris Removal and Management Services".

Please confirm receipt, we appreciate this opportunity

Sending our best regards,

*Ashley* for

John Ramsay
President
CrowderGulf  LLC
5435 Business Parkway
Theodore. AL  36582
251-459-7430 Office
800-992-6207 Toll Free
          Fax
jramsay@crowdergulf.com
www.crowdergulf.com


**From:** Wallace, Jonathan [mailto:Jonathan.Wallace@treas.state.nj.us]
**Sent:** Thursday, January 10, 2013 9:28 AM
**To:** John Ramsay (jramsay@crowdergulf.com)
**Subject:** New Jersey RFQ Disaster Debris -Best and Final Offer

New Jersey RFQ Disaster Debris -Best and Final Offer
Please find attached documents for response.


Jonathan Wallace
Professional Services
State of New Jersey | Division of Purchase and Property| Procurement Bureau
33 West State Street | PO Box 230 | Trenton  NJ 08525
609 341 2976 (office) | 609 292 5170 (fax)

1

# CrowderGulf, LLC / January 11, 2013

## BEST AND FINAL OFFER (BAFO) - PRICE PROPOSAL FORM

### JANUARY 9, 2013

## PART A - DEBRIS REMOVAL AND MANAGEMENT BAFO PRICE SCHEDULE

| | Description | Units | Measure of Distance | Unit Price | | Line # |
|---|---|---|---|---|---|---|
| **VEGETATIVE COLLECT & HAUL** | Vegetative Waste - vegetative debris collection and haul for a prescribed distance from Rights of Way to TDMA | CY per mileage intervals | 0-15 miles | | $ 16.90 /cy | Line 1 |
| | | | 16-30 miles | | $ 19.00 /cy | Line 2 |
| | | | 31-60 miles | | $ 23.00 /cy | Line 3 |
| | | | 60+ miles | | $ 27.00 /cy | Line 4 |
| | | | Single Price* | | $ 30.00 /cy | Line 5 |
| **MANAGEMENT & REDUCTION** | Grinding/Chipping Vegetative Debris | CY | N/A | | $ 6.25 /cy | Line 6 |
| | Air Curtain Burning Vegetative Debris | CY | N/A | | $ 3.75 /cy | Line 7 |
| | Open Burning Vegetative Debris | CY | N/A | | $ 3.50 /cy | Line 8 |
| | Compacting Vegetative Debris | CY | N/A | | $ 4.00 /cy | Line 9 |
| | Construction of Inspection Tower subject to prevailing wage | EACH | N/A | | $ 1,750.00 /each | Line 10 |
| | TDMA Site Management | CY | N/A | | $ 2.70 /cy | Line 11 |
| **C&D COLLECT & HAUL** | C&D - C&D debris collection and removal from Rights of Way to TDMA | CY per mileage intervals | 0-15 miles | | $ 18.90 /cy | Line 12 |
| | | | 16-30 miles | | $ 20.00 /cy | Line 13 |
| | | | 31-60 miles | | $ 25.00 /cy | Line 14 |
| | | | 60+ miles | | $ 31.00 /cy | Line 15 |
| | | | Single Price* | | $ 34.00 /cy | Line 16 |
| **FINAL DISPOSAL** | Transport of Reduced Vegetative Debris and Other Debris Types from TDMA to Final Disposal Site please provide pricing for both CY and tons | CY or tons per mileage intervals | 0-15 miles | $ 34.72 /ton | $ 9.92 /cy | Line 17 |
| | | | 16-30 miles | $ 63.70 /ton | $ 18.20 /cy | Line 18 |
| | | | 31-60 miles | $ 90.00 /ton | $ 27.00 /cy | Line 19 |
| | | | 60+ miles | $ 140.00 /ton | $ 42.00 /cy | Line 20 |
| | | | Single Price* | $ 150.00 /ton | $ 46.00 /cy | Line 21 |
| | Tipping Fees - pass through amount | | | | | Line 22 |
| | | | | | | Line 23 |
| | | | | | | Line 24 |
| **HAZARDOUS TREES & STUMPS** | Removal of Hazardous Trees (Standing Leaners) - diameter is measured at 24" height | Each | 6"-12" diameter | | $ 200.00 /each | Line 25 |
| | | | 13"-24" | | $ 275.00 /each | Line 26 |
| | | | 25"-36" | | $ 480.00 /each | Line 27 |
| | | | 37"-48" | | $ 750.00 /each | Line 28 |
| | | | greater than 49" | | $ 1,100.00 /each | Line 29 |
| | Trees with Hazardous Limbs over 2" | Tree | N/A | | $ 170.00 /tree | Line 30 |
| | Hazardous Stumps 24"-36" diameter | Stump | N/A | | $ 405.00 /stump | Line 31 |
| | Hazardous Stumps 37"-48" diameter | Stump | N/A | | $ 605.00 /stump | Line 32 |
| | Hazardous Stumps over 49" diameter | Stump | N/A | | $ 880.00 /stump | Line 33 |
| | Stump Fill Dirt | CY | N/A | | $ 31.00 /cy | Line 34 |
| **SPECIALTY REMOVAL** | Sand Collection and Screening - pick up, screen and return debris laden soil, sift, sediment and/or sand | CY | N/A | | $ 16.10 /cy | Line 35 |
| | Vehicle Removal - removal of eligible vehicles | Unit | N/A | | $ 315.00 /unit | Line 36 |
| | Vessel Removal (Land) - removal of eligible vessel on land only | Unit | N/A | | See Part A-1 | Line 37 |
| | Animal Carcass Removal | Pound | N/A | | $ 7.00 /pound | Line 38 |
| | White Goods Removal to disposal site | Unit | N/A | | $ 40.00 /unit | Line 39 |
| | Freon Management - freon management and recycling | Unit | N/A | | $ 55.00 /unit | Line 40 |
| | Electronic Waste - removal of "e-waste" that contains hazardous materials. Includes computer monitors and TVs. | Unit | N/A | | $ 33.00 /unit | Line 41 |
| | Household Hazardous Waste (HHW) - removal and disposal | Pound | N/A | | $ 12.25 /pound | Line 42 |

*Single Price indicates a price to haul debris from any distance*

# CrowderGulf, LLC / January 11, 2013
## BAFO PRICE PROPOSAL FORM

### JANUARY 9, 2013

## BAFO PART A-1 SUPPLEMENTAL PRICE SCHEDULE
## FOR LAND-BASED VESSEL REMOVAL

Removal of Eligible Vessel from Land (LINE 37)

*From ROW*

| 0-15 miles | Less than 30 feet | Per Linear Foot | $ 150.00 |
| | Greater than 30 feet | | $ 225.00 |
| 16-30 miles | Less than 30 feet | Per Linear Foot | $ 250.00 |
| | Greater than 30 feet | | $ 325.00 |
| 31-60 miles | Less than 30 feet | Per Linear Foot | $ 300.00 |
| | Greater than 30 feet | | $ 425.00 |
| 60+ miles | Less than 30 feet | Per Linear Foot | $ 350.00 |
| | Greater than 30 feet | | $ 525.00 |

*From Aggregation Site*

| 0-15 miles | Less than 30 feet | Per Linear Foot | $ 100.00 |
| | Greater than 30 feet | | $ 190.00 |
| 16-30 miles | Less than 30 feet | Per Linear Foot | $ 150.00 |
| | Greater than 30 feet | | $ 290.00 |
| 31-60 miles | Less than 30 feet | Per Linear Foot | $ 250.00 |
| | Greater than 30 feet | | $ 390.00 |
| 60+ miles | Less than 30 feet | Per Linear Foot | $ 325.00 |
| | Greater than 30 feet | | $ 500.00 |

# CrowderGulf, LLC / January 11, 2013
## BAFO PRICE PROPOSAL FORM

### JANUARY 9, 2013

PART B - HOURLY EQUIPMENT RATES

| EQUIPMENT TYPE | Unit | Unit Price |
|---|---|---|
| Air Curtain Pit Burner | HOUR | $ 75.00 |
| Air Curtain Refractory Incinerator | HOUR | $ 75.00 |
| Bobcat Loader | HOUR | $ 65.00 |
| Bucket Truck | HOUR | $ 153.00 |
| Chipper/Mulcher (8" throat) | HOUR | $ 55.00 |
| Chipper/Mulcher (12" throat) | HOUR | $ 65.00 |
| Crash Truck w/Impact Attenuator | HOUR | $ 110.00 |
| Dozer, Tracked, D5 or similar | HOUR | $ 102.00 |
| Dozer, Tracked, D6 or similar | HOUR | $ 125.00 |
| Dozer, Tracked, D7 or similar | HOUR | $ 136.00 |
| Dozer, Tracked, D8 or similar | HOUR | $ 165.00 |
| Dump Truck, 18 CY-20 CY | HOUR | $ 55.00 |
| Dump Truck, 21 CY-30 CY | HOUR | $ 65.00 |
| Generator and Lighting | HOUR | $ 35.00 |
| Grader w/12' Blade | HOUR | $ 105.00 |
| Hydraulic Excavator, 1.5 CY | HOUR | $ 129.00 |
| Hydraulic Excavator, 2.5 CY | HOUR | $ 147.00 |
| Knuckleboom Loader | HOUR | $ 150.00 |
| Laborer w/Chain Saw | HOUR | $ 45.00 |
| Lowboy Trailer w/Tractor | HOUR | $ 105.00 |
| Log Skidder | HOUR | $ 110.00 |
| Mobile Crane (Adequate for hanging limbs/leaning trees) | HOUR | $ 123.00 |
| Pickup Truck, .5 Ton | HOUR | $ 25.00 |
| Soil Compactor 81 HP+ | HOUR | $ 110.00 |
| Soil Compactor 80 HP | HOUR | $ 80.00 |
| Soil Compactor, Towed Unit | HOUR | $ 100.00 |
| Stump grinder 30" diameter or less | HOUR | $ 90.00 |
| Stump Grinder greater than 30" diameter | HOUR | $ 140.00 |
| Traffic Control, Temporary Single Lane Closure | HOUR | $ 45.00 |
| Tub Grinder, 800 to 1000 HP | HOUR | $ 515.00 |
| Waste Collection Rear Loader Truck | HOUR | $ 160.00 |
| Water Truck | HOUR | $ 90.00 |
| Wheel Loader, 2.5 CY, 950 or similar | HOUR | $ 112.00 |
| Wheel Loader, 3.5-4.0 CY, 966 or similar | HOUR | $ 120.00 |
| Wheel Loader, 4.5 CY, 980 or similar | HOUR | $ 140.00 |
| Wheel Loader-Backhoe, 1.0-1.5 CY | HOUR | $ 95.00 |
| Weighing Scales, Truck, Portable and Certified | HOUR | $ 140.00 |

Part B unit prices for equipment such as: air curtain burners/incinerators, chippers/mulchers and tub grinders do not pertain to debris management site operations, which are included under Part A.

Part B unit prices for Traffic Control do not pertain to debris collections and removal operations from agency property and agency rights-of-way, which are included under Part A.

## CrowderGulf, LLC / January 11, 2013
### BAFO PRICE PROPOSAL FORM

#### PART C - HOURLY PERSONNEL RATES

| Personnel Title* | Unit | Hourly Rate |
|---|---|---|
| State Operations Manager | HOUR | $ 135.00 |
| County Operations Manager | HOUR | $ 130.00 |
| Municipal Operations Manager | HOUR | $ 125.00 |
| Safety Superintendent | HOUR | $ 115.00 |
| Safety Supervisor | HOUR | $ 115.00 |
| Project/Site Supervisor | HOUR | $ 105.00 |
| Project/Site Foreman | HOUR | $ 95.00 |
| Project/Site Inspector | HOUR | $ 95.00 |
| Mechanic (with truck and tools) | HOUR | $ 105.00 |
| Climber (with gear) | HOUR | $ 65.00 |
| Laborer/Operator (with tools) | HOUR | $ 65.00 |
| Laborer/Operator (with chainsaw) | HOUR | $ 58.00 |
| Traffic Control Personnel | HOUR | $ 55.00 |
| Ticket Writers | HOUR | $ 43.00 |
| Survey Personnel (with vehicle) | HOUR | $ 115.00 |
| TDMA/Aggregation Site Personnel | HOUR | $ 85.00 |
| Project Engineer | HOUR | $ 135.00 |
| Equipment Operator | HOUR | $ 103.00 |
| Security Personnel | HOUR | $ 55.00 |
| Truck Driver | HOUR | $ 80.00 |
| Bucket Truck Operator | HOUR | $ 85.00 |
| Administrative Assistant | HOUR | $ 48.00 |
| Clerical Aide | HOUR | $ 43.00 |

*all supervisory titles (including manager, foreman, supervisor and superintendent)
shall have cell phones and trucks/vehicles