

EXHIBIT D





### DEPARTMENT OF THE ARMY

PHILADELPHIA DISTRICT CORPS OF ENGINEERS
WANAMAKER BUILDING, 100 PENN SQUARE EAST
PHILADELPHIA, PENNSYLVANIA 19107-3390

JUL 18 2013

REPLY TO
ATTENTION OF

Regulatory Branch
Application Section II

SUBJECT:    CENAP-OP-R-2013-561-35 (NWP35)
Hurricane Sandy NJDEP Waterway Debris Contract Zone 5
(Cranberry Inlet Marina)

Ms. Suzanne U. Dietrick, Chief
Site Remediation Program
Office of Dredging and Sediment Technology
New Jersey Department of Environmental Protection
P.O. Box 420 Mail Code 401-04J
401 East State Street
Trenton, NJ  08625

Dear Ms. Dietrick:

This is in regard to your proposal, on behalf of the State of New Jersey, to remove accumulated sediment from Cranberry Inlet Marina located in Zone 5 and which is shown on Enclosure 1, located in the Borough of Seaside Heights, Ocean County, New Jersey.

Under current Federal regulations, a Department of the Army permit is required for work or structures in navigable waters of the United States and/or the discharge of dredged or fill material into waters of the United States including adjacent and isolated wetlands. **Based upon our review of the information you have provided, it has been determined that removal of sediment from the Cranberry Inlet Marina is approved by the existing Department of the Army Nationwide Permit (NWP) described below, provided the work is conducted in compliance with the special conditions below and the attached general conditions.**

*NWP 35. Maintenance Dredging of Existing Basins. Excavation and removal of accumulated sediment for maintenance of existing marina basins, access channels to marinas or boat slips, and boat slips to previously authorized depths or controlling depths for ingress/egress, whichever is less, provided the dredged material is deposited at an area that has no waters of the United States site and proper siltation controls are used. (Section 10).*

This verification of NWP authorization is valid until February 28, 2014.  If you find that you need more time to complete the authorized activity, submit your request for a new verification at least one month before the above date is reached.

122

- 2 -

The enclosed table (Enclosure 2) identifies those NWPs which require a preconstruction notification (PCN) to the Corps of Engineers, those which have been regionally conditioned by the Division Engineer, and those which have been denied 401 Water Quality Certification (WQC) and/or Coastal Zone Management (CZM) consistency by the State. It is noted that CZM consistency from the State is only required for those activities in or affecting a State's coastal zone. Additionally, some of the NWPs do not involve a discharge of dredged or fill material, and as such, do not require a 401 WQC. For those NWPs not requiring a 401 WQC, the appropriate rows and columns have been identified with the term "NA". If the State has denied the required WQC and/or not concurred with the Corps' CZM consistency determination, the NWP authorization is considered denied without prejudice until an individual project specific WQC and/or CZM approval is obtained. This approval must be obtained in order for the activity to be authorized under the NWP and a copy provided to this office before work begins. Any project specific conditions required by the State for the WQC and/or CZM approval will automatically become part of the NWP authorization.

You should carefully note that this NWP authorization is based upon your agreement to comply with the terms and conditions of this NWP (Enclosure 3), including any and all attached project specific special conditions listed below. Initiation of any authorized work shall constitute your agreement to comply with all of the NWP's conditions. You should also note that the authorized work may be subject to periodic inspections by a representative of this office.

PROJECT SPECIFIC SPECIAL CONDITIONS:

1.      All work performed in association with the above noted project shall be conducted in accordance with the attached map E-1. The project plans provide for dredging and disposing of FEMA-eligible sediment (dredged material) within existing marina basins identified in Enclosure 1. Sediments to be removed may include sand, silt and/or gravel from within Zone 5. The State's contractor would mechanically dredge approximately 1,600 cubic yards from within the 0.5-acre marina basin via land-based equipment or shallow draft barge mounted equipment. Sediment deposited by Hurricane Sandy within the existing marina basins would be dredged to a depth of no greater than the depth previously authorized or -6 feet MLW, whichever is less.

Any dredged material that is determined to be greater than 90% sand shall be screened, sorted and re-deposited in uplands adjacent to the marina. This material shall be placed on uplands/non-wetlands above the high tide line and contained to prevent its escape to aquatic areas. Any subsequent spreading of this material onto adjacent beach areas within the Corps' jurisdiction shall require authorization from this office prior to accomplishing the work. Material that is less than 90% sand shall be tested for its contaminant concentrations and managed at an upland location approved by the NJDEP. If available capacity exists at an existing upland confined disposal facility in Zone 5, the material shall be disposed of at this facility. If no capacity exists, the material shall be off-loaded from the barges onto trucks and transported to the final disposal/beneficial use upland location. Beneficial use options consist of use of the material as construction fill material or as fill material in the closure of contaminated sites or abandoned landfill.

123

- 3 -

The stated purpose of the project is to remove sand, silt, sediment and gravel from waters of the State of New Jersey to restore safe navigation and alleviate flooding to areas that have been impacted by Superstorm Sandy.

2.      Any deviation in construction methodology or project design from that shown on the above noted drawings must be approved by this office, in writing, prior to performance of the work. All modifications to the above noted project plans shall be approved, in writing, by this office. No work shall be performed prior to written approval of this office.

3.      This office shall be notified prior to the commencement of authorized work by completing and signing the enclosed *Notification/ Certification of Work Commencement Form* (Enclosure 4). This office shall also be notified within 10 days of the completion of the authorized work by completing and signing the enclosed *Notification/Certification of Work Completion/Compliance Form* (Enclosure 5). All notifications required by this condition shall be in writing. They may be transmitted by facsimile (to 215-656-6724) to meet the required deadlines, provided a hard copy is transmitted immediately afterward to this office by registered mail. Oral notifications are not acceptable.

4.      The permittee understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration, of the structure or work herein authorized, or if, in the opinion of the Secretary of the Army or his authorized representative, said structure or work shall cause unreasonable obstruction to the free navigation of the navigable waters, the permittee will be required, upon due notice from the Corps of Engineers, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States. No claim shall be made against the United States on account of any such removal or alteration.

5.      Representatives of the U.S. Army Corps of Engineers shall be permitted to inspect the project during its phase of construction, and to collect any samples, or to conduct any tests deemed necessary.

6.      The permittee is responsible for ensuring that the contractor and/or workers executing the activity(s) authorized by this permit have knowledge of the terms and conditions of the authorization and that a copy of the permit document is at the project site throughout the period the work is underway.

7.      This permit authorizes a single dredging event at each authorized location. No future maintenance dredging is authorized by this permit. This permit verification expires on February 28, 2014.

8.      Only material deposited by Superstorm Sandy (FEMA-eligible material) is authorized to be dredged under this permit.

9.      In order to prevent slumping of adjacent wetlands into the waterway, dredging shall not occur within 25 feet of any wetland, with a 3:1 slope (horizontal:vertical) from this buffer.

10.     In order to protect the Essential Fish Habitat of winter flounder, all dredging is prohibited during the period January 1 through May 31, inclusive, of any year. This restriction shall not apply to any dredging performed during the year 2013.

124

- 4 -

11.    All dredged material shall be placed on uplands/non-wetlands above the high tide line and contained to prevent its escape to aquatic areas.  Disposal shall be in accordance with one of the two alternate methods described in Special Condition 1, depending on grain size.  This office shall be notified in writing prior to any proposed removal or relocation of any material from a stockpile site, with the planned volume, schedule and location of removal.  Material shall not be taken to any other site without prior written approval from this office.

12.    The permittee shall comply with the conditions and protocols as described in the attached 5-page document entitled "NJDEP Wet Debris and Sand Removal Section 106 No Adverse Effect Condition Requirements," and any future revisions to the document by FEMA, the USACE in consultation with the SHPO.

13.    No later than March 31, 2014, the permittee shall provide the following to this office:
    a)  a location map identifying areas where sediment was dredged;
    b)  the volume of sediment dredged from each identified area;
    c)  a description of the material dredged (i.e. grain size); and
    d)  the location of all stockpile and disposal sites.

14.    Turbidity curtains shall be utilized around dredging equipment during operations to reduce transport of re-suspended sediments associated with dredging.


    Also enclosed is a pre-addressed postal card (Enclosure 6) soliciting your comments on the processing of your application.  Any comments, positive or otherwise, on the procedures, timeliness, fairness, etc., may be made on this card.  If you should have any questions regarding this matter, please contact Michael Hayduk at (215) 656-5822 or write to the above address.


                                    Sincerely,



                                    Frank J. Cianfrani
                                    Chief, Regulatory Branch


Enclosures

125

- 5 -

Copies Furnished:

NMFS – Karen Greene
USFWS – Carlo Popolizio
EPA – Robert Montgomerie

126



**US Army Corps
of Engineers**
Philadelphia District

# NOTICE

This Department of the Army permit contains important permit terms and conditions. Please read the permit and all terms and conditions carefully.

Work authorized by this permit may be inspected for compliance at any time.

It is your responsibility, as permittee, to ensure that all work authorized by the permit, including all work performed by contractors, be performed in strict compliance with all terms and conditions of the permit. Failure to do so may result in a determination by the District Engineer to suspend, modify, or revoke your permit (33 CFR 325.7). It may also subject you to the enforcement procedures contained at 33 CFR 326.4 and 326.5, including civil and criminal action and the possible imposition of civil penalties and criminal fines up to $50,000.00 per day per violation.

If you have any questions about, or need to modify, any of the terms and conditions of this permit, you are requested to contact the Philadelphia District Office at (215) 656-6728.

127

Zone 5 Hydrographic Survey Locations - Area 7

** The imagery shown is the NOAA Post Sandy Imagery

128

NWP CZM and WQC Status Table: Delaware, New Jersey, Pennsylvania (2012)

| NWP # | PCN | DE CZM | DE WQC | NJ CZM | NJ WQC | PA CZM | PA WQC |
|-------|-----|--------|--------|--------|--------|--------|--------|
| NWP 1 | NO | ISSUED | N/A | ISSUED | N/A | ISSUED | N/A |
| NWP 2 | NO | ISSUED | N/A | DENIED | N/A | ISSUED | N/A |
| NWP 3 | YES * | DENIED # | DENIED # | DENIED | DENIED | ISSUED | ISSUED |
| NWP 4 | NO | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED |
| NWP 5 | NO | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 6 | NO | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 7 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 8 | YES | DENIED | N/A | DENIED | N/A | ISSUED | N/A |
| NWP 9 | NO | ISSUED | N/A | DENIED | N/A | ISSUED | N/A |
| NWP 10 | YES * | ISSUED | N/A | DENIED | N/A | ISSUED | N/A |
| NWP 11 | YES* | ISSUED | N/A | DENIED | N/A | ISSUED | N/A |
| NWP 12 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 13 | YES * | DENIED # | DENIED # | DENIED | DENIED | ISSUED | ISSUED |
| NWP 14 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 15 | YES * | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 16 | NO | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 17 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 18 | YES * | DENIED # | DENIED # | DENIED | DENIED | ISSUED | ISSUED |
| NWP 19 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 20 | NO | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 21 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 22 | YES * | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 23 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 24 | NO | ISSUED | N/A | ISSUED | N/A | ISSUED | N/A |
| NWP 25 | YES * | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 27 | YES * | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 28 | YES | ISSUED | N/A | DENIED | N/A | ISSUED | N/A |
| NWP 29 | YES | DENIED # | DENIED # | DENIED | DENIED | ISSUED | ISSUED |
| NWP 30 | YES * | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED |
| NWP 31 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 32 | N/A | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 33 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 34 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 35 | YES | ISSUED | N/A | DENIED | N/A | ISSUED | N/A |
| NWP 36 | YES * | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 37 | YES | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED |
| NWP 38 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 39 | YES | DENIED # | DENIED # | DENIED | DENIED | ISSUED | ISSUED |
| NWP 40 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 41 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 42 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 43 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 44 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 45 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 46 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 48 | YES | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED | ISSUED |
| NWP 49 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 50 | YES | ISSUED | ISSUED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 51 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |
| NWP 52 | YES | DENIED | DENIED | DENIED | DENIED | ISSUED | ISSUED |

Note: *A PCN is required under certain circumstances. Review the terms of the NWP, general conditions, or regional conditions to identify those circumstances. # The State of Delaware has denied the CZM and WQC for this NWP in critical resource waters only.

ENCLOSURE 2

129

## Nationwide Permit General Conditions

1. **Navigation**. (a) No activity may cause more than a minimal adverse effect on navigation.

(b) Any safety lights and signals prescribed by the U.S. Coast Guard, through regulations or otherwise, must be installed and maintained at the permittee's expense on authorized facilities in navigable waters of the United States.

(c) The permittee understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration, of the structure or work herein authorized, or if, in the opinion of the Secretary of the Army or his authorized representative, said structure or work shall cause unreasonable obstruction to the free navigation of the navigable waters, the permittee will be required, upon due notice from the Corps of Engineers, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States. No claim shall be made against the United States on account of any such removal or alteration.

2. **Aquatic Life Movements**. No activity may substantially disrupt the movements of those species of aquatic life indigenous to the waterbody, including those species that normally migrate through the area, unless the activity's primary purpose is to impound water. Culverts placed in streams must be installed to maintain low flow conditions.

3. **Spawning Areas**. Activities in spawning areas during spawning seasons must be avoided to the maximum extent practicable. Activities that result in the physical destruction (e.g., through fill, or downstream by substantial turbidity) of an important spawning area are not authorized.

4. **Waterfowl Breeding Areas**. Activities in breeding areas for migratory waterfowl must be avoided to the maximum extent practicable.

5. **Shellfish Beds**. No activity may occur in areas of concentrated shellfish populations, unless the activity is directly related to a shellfish harvesting activity authorized by NWP 4 and 48.

6. **Suitable Material**. No activity may use unsuitable material (e.g., trash, debris, car bodies, asphalt, etc.). Material used for construction or discharged must be free from toxic pollutants in toxic amounts (see Section 307 of the Clean Water Act).

7. **Water Supply Intakes**. No activity may occur in the proximity of a public water supply intake, except where the activity is for the repair of public water supply intake structures or adjacent bank stabilization.

8. **Adverse Effects From Impoundments**. If the activity creates an impoundment of water, adverse effects to the aquatic system due to accelerating the passage of water, and/or restricting its flow must be minimized to the maximum extent practicable.

9. **Management of Water Flows**. To the maximum extent practicable, the pre-construction course, condition, capacity, and location of open waters must be maintained for each activity, including stream channelization and storm water management activities, except as provided below. The activity must be constructed to withstand expected high flows. The activity must not restrict or impede the passage of normal or high flows, unless the primary purpose of the activity is to impound water, or manage high flows. The activity may alter the pre-construction course, condition, capacity, and location of open waters if it benefits the aquatic environment (e.g., stream restoration or relocation activities).

10. **Fills Within 100-Year Floodplains**. The activity must comply with applicable FEMA-approved state or local floodplain management requirements.

Enclosure 3

130

11. **Equipment**. Heavy equipment working in wetlands or mudflats must be placed on mats, or other measures must be taken to minimize soil disturbance.

12. **Soil Erosion and Sediment Controls**. Appropriate soil erosion and sediment controls must be used and maintained in effective operating condition during construction, and all exposed soil and other fills, as well as any work below the ordinary high water mark or high tide line, must be permanently stabilized at the earliest practicable date. Permittees are encouraged to perform work within waters of the United States during periods of low-flow or no-flow.

13. **Removal of Temporary Fills**. Temporary fills must be removed in their entirety and the affected areas returned to pre-construction elevations. The affected areas must be revegetated, as appropriate

14. **Proper Maintenance**. Any authorized structure or fill shall be properly maintained, including maintenance to ensure public safety.

15. **Wild and Scenic Rivers**. No activity may occur in a component of the National Wild and Scenic River System, or in a river officially designated by Congress as a "study river" for possible inclusion in the system while the river is in an official study status, unless the appropriate Federal agency with direct management responsibility for such river, has determined in writing that the proposed activity will not adversely affect the Wild and Scenic River designation or study status. Information on Wild and Scenic Rivers may be obtained from the appropriate Federal land management agency in the area (e.g., National Park Service, U.S. Forest Service, Bureau of Land Management, U.S. Fish and Wildlife Service).

16. **Tribal Rights**. No activity or its operation may impair reserved tribal rights, including, but not limited to, reserved water rights and treaty fishing and hunting rights.

17. **Endangered Species**. (a) No activity is authorized under any NWP which is likely to jeopardize the continued existence of a threatened or endangered species or a species proposed for such designation, as identified under the Federal Endangered Species Act (ESA), or which will destroy or adversely modify the critical habitat of such species.
(b) Federal agencies should follow their own procedures for complying with the requirements of the ESA. Federal permittees must provide the district engineer with the appropriate documentation to demonstrate compliance with those requirements.
(c) Non-federal permittees shall notify the district engineer if any listed species or designated critical habitat might be affected or is in the vicinity of the project, or if the project is located in the designated critical habitat and shall not begin work on the activity until notified by the district engineer that the requirements of the ESA have been satisfied and that the activity is authorized. For activities that might affect Federally-listed endangered or threatened species or designated critical habitat, the pre-construction notification must include the name(s) of the endangered or threatened species that may be affected by the proposed work or that utilize the designated critical habitat that may be affected by the proposed work. The district engineer will determine whether the proposed activity "may affect" or will have "no effect" to listed species and designated critical habitat and will notify the non-Federal applicant of the Corps' determination within 45 days of receipt of a complete pre-construction notification. In cases where the non-Federal applicant has identified listed species or critical habitat that might be affected or is in the vicinity of the project, and has so notified the Corps, the applicant shall not begin work until the Corps has provided notification the proposed activity will have "no effect" on listed species or critical habitat, or until Section 7 consultation has been completed.
(d) As a result of formal or informal consultation with the FWS or NMFS the district engineer may add species-specific regional endangered species conditions to the NWPs.
(e) Authorization of an activity by a NWP does not authorize the "take" of a threatened or endangered species as defined under the ESA. In the absence of separate authorization (e.g., an ESA Section 10 Permit, a Biological Opinion with "incidental take" provisions, etc.) from the U.S. FWS or the NMFS, both lethal and non-lethal "takes" of protected species are in violation of the ESA. Information on the location of threatened

131

and endangered species and their critical habitat can be obtained directly from the offices of the U.S. FWS and NMFS or their world wide web pages at http://www.fws.gov/ and http://www.noaa.gov/fisheries.html respectively.

**18.  Historic Properties**. (a)  In cases where the district engineer determines that the activity which may affect historic properties listed, or eligible for listing, in the National Register of Historic Places, the activity is not authorized authorized, until the requirements of Section 106 of the National Historic Preservation Act (NHPA) have been satisfied.

(b) Federal permittees should follow their own procedures for complying with the requirements of Section 106 of the National Historic Preservation Act.  Federal permittees must provide the district engineer with the appropriate documentation to demonstrate compliance with those requirements.

(c)  Non-federal permittees must submit a pre-construction notification to the district engineer if the authorized activity may have the potential to cause effects to any historic properties listed, determined to be eligible for listing on, or potentially eligible for listing on the National Register of Historic Places, including previously unidentified properties.  For such activities, the pre-construction notification must state which historic properties may be affected by the proposed work or include a vicinity map indicating the location of the historic properties or the potential for the presence of historic properties. Assistance regarding information on the location of or potential for the presence of historic resources can be sought from the State Historic Preservation Officer or Tribal Historic Preservation Officer, as appropriate, and the National Register of Historic Places (see 33 CFR 330.4(g)). The district engineer shall make a reasonable and good faith effort to carry out appropriate identification efforts, which may include background research, consultation, oral history interviews, sample field investigation, and field survey.  Based on the information submitted and these efforts, the district engineer shall determine whether the proposed activity has the potential to cause an effect on the historic properties. Where the non-Federal applicant has identified historic properties which the activity may have the potential to cause effects and so notified the Corps, the non-Federal applicant shall not begin the activity until notified by the district engineer either that the activity has no potential to cause effects or that consultation under Section 106 of the NHPA has been completed.

(d)  The district engineer will notify the prospective permittee within 45 days of receipt of a complete pre-construction notification whether NHPA Section 106 consultation is required.  Section 106 consultation is not required when the Corps determines that the activity does not have the potential to cause effects on historic properties (see 36 CFR §800.3(a)).  If NHPA section 106 consultation is required and will occur, the district engineer will notify the non-Federal applicant that he or she cannot begin work until Section 106 consultation is completed.

(e)  Prospective permittees should be aware that section 110k of the NHPA (16 U.S.C. 470h-2(k)) prevents the Corps from granting a permit or other assistance to an applicant who, with intent to avoid the requirements of Section 106 of the NHPA, has intentionally significantly adversely affected a historic property to which the permit would relate, or having legal power to prevent it, allowed such significant adverse effect to occur, unless the Corps, after consultation with the Advisory Council on Historic Preservation (ACHP), determines that circumstances justify granting such assistance despite the adverse effect created or permitted by the applicant.  If circumstances justify granting the assistance, the Corps is required to notify the ACHP and provide documentation specifying the circumstances, explaining the degree of damage to the integrity of any historic properties affected, and proposed mitigation.  This documentation must include any views obtained from the applicant, SHPO/THPO, appropriate Indian tribes if the undertaking occurs on or affects historic properties on tribal lands or affects properties of interest to those tribes, and other parties known to have a legitimate interest in the impacts to the permitted activity on historic properties.

**19.  Designated  Critical  Resource  Waters**. Critical resource waters include, NOAA-designated marine sanctuaries, National Estuarine Research Reserves, state natural heritage sites, and outstanding national resource waters or other waters officially designated by a state as having particular environmental or ecological significance and identified by the district engineer after notice and opportunity for public comment. The district engineer may also designate additional critical resource waters after notice and opportunity for comment.

132

(a) Discharges of dredged or fill material into waters of the United States are not authorized by NWPs 7, 12, 14, 16, 17, 21, 29, 31, 35, 39, 40, 42, 43, 44, 49, and 50 for any activity within, or directly affecting, critical resource waters, including wetlands adjacent to such waters.

(b) For NWPs 3, 8, 10, 13, 15, 18, 19, 22, 23, 25, 27, 28, 30, 33, 34, 36, 37, and 38, notification is required in accordance with general condition 27, for any activity proposed in the designated critical resource waters including wetlands adjacent to those waters. The district engineer may authorize activities under these NWPs only after it is determined that the impacts to the critical resource waters will be no more than minimal.

**20.  Mitigation**. The district engineer will consider the following factors when determining appropriate and practicable mitigation necessary to ensure that adverse effects on the aquatic environment are minimal:

(a) The activity must be designed and constructed to avoid and minimize adverse effects, both temporary and permanent, to waters of the United States to the maximum extent practicable at the project site (i.e., on site).

(b) Mitigation in all its forms (avoiding, minimizing, rectifying, reducing, or compensating) will be required to the extent necessary to ensure that the adverse effects to the aquatic environment are minimal.

(c) Compensatory mitigation at a minimum one-for-one ratio will be required for all wetland losses that exceed 1/10 acre and require pre-construction notification, unless the district engineer determines in writing that some other form of mitigation would be more environmentally appropriate and provides a project-specific waiver of this requirement. For wetland losses of 1/10 acre or less that require pre-construction notification, the district engineer may determine on a case-by-case basis that compensatory mitigation is required to ensure that the activity results in minimal adverse effects on the aquatic environment. Since the likelihood of success is greater and the impacts to potentially valuable uplands are reduced, wetland restoration should be the first compensatory mitigation option considered.

(d) For losses of streams or other open waters that require pre-construction notification, the district engineer may require compensatory mitigation, such as stream restoration, to ensure that the activity results in minimal adverse effects on the aquatic environment.

(e) Compensatory mitigation will not be used to increase the acreage losses allowed by the acreage limits of the NWPs. For example, if an NWP has an acreage limit of 1/2 acre, it cannot be used to authorize any project resulting in the loss of greater than 1/2 acre of waters of the United States, even if compensatory mitigation is provided that replaces or restores some of the lost waters. However, compensatory mitigation can and should be used, as necessary, to ensure that a project already meeting the established acreage limits also satisfies the minimal impact requirement associated with the NWPs.

(f) Compensatory mitigation plans for projects in or near streams or other open waters will normally include a requirement for the establishment, maintenance, and legal protection (e.g., conservation easements) of riparian areas next to open waters. In some cases, riparian areas may be the only compensatory mitigation required. Riparian areas should consist of native species. The width of the required riparian area will address documented water quality or aquatic habitat loss concerns. Normally, the riparian area will be 25 to 50 feet wide on each side of the stream, but the district engineer may require slightly wider riparian areas to address documented water quality or habitat loss concerns. Where both wetlands and open waters exist on the project site, the district engineer will determine the appropriate compensatory mitigation (e.g., riparian areas and/or wetlands compensation) based on what is best for the aquatic environment on a watershed basis. In cases where riparian areas are determined to be the most appropriate form of compensatory mitigation, the district engineer may waive or reduce the requirement to provide wetland compensatory mitigation for wetland losses.

(g) Permittees may propose the use of mitigation banks, in-lieu fee arrangements or separate activity-specific compensatory mitigation. In all cases, the mitigation provisions will specify the party responsible for accomplishing and/or complying with the mitigation plan.

(h) Where certain functions and services of waters of the United States are permanently adversely affected, such as the conversion of a forested or scrub-shrub wetland to a herbaceous wetland in a permanently maintained utility line right-of-way, mitigation may be required to reduce the adverse effects of the project to the minimal level.

133

21. **Water Quality**. In certain states and tribal lands an individual 401 Water Quality Certification must be obtained or waived (see 33 CFR 330.4(c)). The district engineer may require additional water quality management measures to ensure that the authorized activity does not result in more than minimal degradation of water quality.

22 **Coastal Zone Management**. In coastal states where an NWP has not previously received a state coastal zone management consistency concurrence, an individual state coastal zone management consistency concurrence must be obtained, or a presumption of concurrence must occur (see 33 CFR 330.4(d)). The district engineer or a State may require additional measures to ensure that the authorized activity is consistent with State coastal zone management requirements.

23. **Regional and Case-By-Case Conditions**. The activity must comply with any regional conditions that may have been added by the Division Engineer (see 33 CFR 330.4(e)) and with any case specific conditions added by the Corps or by the state, Indian Tribe, or U.S. EPA in its section 401 Water Quality Certification, or by the state in its Coastal Zone Management Act consistency determination.

24. **Use of Multiple Nationwide Permits**. The use of more than one NWP for a single and complete project is prohibited, except when the acreage loss of waters of the United States authorized by the NWPs does not exceed the acreage limit of the NWP with the highest specified acreage limit. For example, if a road crossing over tidal waters is constructed under NWP 14, with associated bank stabilization authorized by NWP 13, the maximum acreage loss of waters of the United States for the total project cannot exceed 1/3-acre.

25. **Transfer of Nationwide Permit Verifications**. If the permittee sells the property associated with a nationwide permit verification, the permittee may transfer the nationwide permit verification to the new owner by submitting a letter to the appropriate Corps district office to validate the transfer. A copy of the nationwide permit verification must be attached to the letter, and the letter must contain the following statement and signature:

> "When the structures or work authorized by this nationwide permit are still in existence at the time the property is transferred, the terms and conditions of this nationwide permit, including any special conditions, will continue to be binding on the new owner(s) of the property. To validate the transfer of this nationwide permit and the associated liabilities associated with compliance with its terms and conditions, have the transferee sign and date below."

_____

(Transferee)

_____

(Date)

26. **Compliance Certification**. Each permittee who received an NWP verification from the Corps must submit a signed certification regarding the completed work and any required mitigation. The certification must be forwarded by the Corps with the NWP verification letter and will include:
(a) A statement that the authorized work was done in accordance with the NWP authorization, including any general or specific conditions;
(b) A statement that any required mitigation was completed in accordance with the permit conditions; and
(c) The signature of the permittee certifying the completion of the work and mitigation.

134

27. **Pre-Construction Notification**. (a) _Timing_. Where required by the terms of the NWP, the prospective permittee must notify the district engineer by submitting a pre-construction notification (PCN) as early as possible. The district engineer must determine if the PCN is complete within 30 calendar days of the date of receipt and, as a general rule, will request additional information necessary to make the PCN complete only once. However, if the prospective permittee does not provide all of the requested information, then the district engineer will notify the prospective permittee that the PCN is still incomplete and the PCN review process will not commence until all of the requested information has been received by the district engineer. The prospective permittee shall not begin the activity:

(1) Until notified in writing by the district engineer that the activity may proceed under the NWP with any special conditions imposed by the district or division engineer; or

(2) If 45 calendar days have passed from the district engineer's receipt of the complete PCN and the prospective permittee has not received written notice from the district or division engineer. However, if the permittee was required to notify the Corps pursuant to general condition 17 that listed species or critical habitat might affected or in the vicinity of the project, or to notify the Corps pursuant to general condition 18 that the activity may have the potential to cause effects to historic properties, the permittee cannot begin the activity until receiving written notification from the Corps that is "no effect" on listed species or "no potential to cause effects" on historic properties, or that any consultation required under Section 7 of the Endangered Species Act (see 33 CFR 330.4(f)) and/or Section 106 of the National Historic Preservation (see 33 CFR 330.4(g)) is completed. Also, work cannot begin under NWPs 21, 49, or 50 until the permittee has received written approval from the Corps. If the proposed activity requires a written waiver to exceed specified limits of an NWP, the permittee cannot begin the activity until the district engineer issues the waiver. If the district or division engineer notifies the permittee in writing that an individual permit is required within 45 calendar days of receipt of a complete PCN, the permittee cannot begin the activity until an individual permit has been obtained. Subsequently, the permittee's right to proceed under the NWP may be modified, suspended, or revoked only in accordance with the procedure set forth in 33 CFR 330.5(d)(2).

(b) _Contents of Pre-Construction Notification_: The PCN must be in writing and include the following information:

(1) Name, address and telephone numbers of the prospective permittee;

(2) Location of the proposed project;

(3) A description of the proposed project; the project's purpose; direct and indirect adverse environmental effects the project would cause; any other NWP(s), regional general permit(s), or individual permit(s) used or intended to be used to authorize any part of the proposed project or any related activity. The description should be sufficiently detailed to allow the district engineer to determine that the adverse effects of the project will be minimal and to determine the need for compensatory mitigation. Sketches should be provided when necessary to show that the activity complies with the terms of the NWP. (Sketches usually clarify the project and when provided result in a quicker decision.);

(4) The PCN must include a delineation of special aquatic sites and other waters of the United States on the project site. Wetland delineations must be prepared in accordance with the current method required by the Corps. The permittee may ask the Corps to delineate the special aquatic sites and other waters of the United States, but there may be a delay if the Corps does the delineation, especially if the project site is large or contains many waters of the United States. Furthermore, the 45 day period will not start until the delineation has been submitted to or completed by the Corps, where appropriate;

(5) If the proposed activity will result in the loss of greater than 1/10 acre of wetlands and a PCN is required, the prospective permittee must submit a statement describing how the mitigation requirement will be satisfied. As an alternative, the prospective permittee may submit a conceptual or detailed mitigation plan.

(6) If any listed species or designated critical habitat might be affected or is in the vicinity of the project, or if the project is located in designated critical habitat, for non-Federal applicants the PCN must include the name(s) of those endangered or threatened species that might be affected by the proposed work or utilize the designated critical habitat that may be affected by the proposed work. Federal applicants must provide documentation demonstrating compliance with the Endangered Species Act; and

(7) For an activity that may affect a historic property listed on, determined to be eligible for listing on, or potentially eligible for listing on, the National Register of Historic Places, for non-Federal applicants the PCN

135

must state which historic property may be affected by the proposed work or include a vicinity map indicating the location of the historic property. Federal applicants must provide documentation demonstrating compliance with Section 106 of the National Historic Preservation Act.

(c) Form of Pre-Construction Notification: The standard individual permit application form (Form ENG 4345) may be used, but the completed application form must clearly indicate that it is a PCN and must include all of the information required in paragraphs (b)(1) through (7) of this general condition. A letter containing the required information may also be used.

(d) Agency Coordination:

(1) The district engineer will consider any comments from Federal and state agencies concerning the proposed activity's compliance with the terms and conditions of the NWPs and the need for mitigation to reduce the project's adverse environmental effects to a minimal level.

(2) For all NWP 48 activities requiring pre-construction notification and for other NWP activities requiring pre-construction notification to the district engineer that result in the loss of greater than 1/2-acre of waters of the United States, the district engineer will immediately provide (e.g., via facsimile transmission, overnight mail, or other expeditious manner) a copy of the PCN to the appropriate Federal or state offices (U.S. FWS, state natural resource or water quality agency, EPA, State Historic Preservation Officer (SHPO) or Tribal Historic Preservation Office (THPO), and, if appropriate, the NMFS). With the exception of NWP 37, these agencies will then have 10 calendar days from the date the material is transmitted to telephone or fax the district engineer notice that they intend to provide substantive, site-specific comments. If so contacted by an agency, the district engineer will wait an additional 15 calendar days before making a decision on the pre-construction notification. The district engineer will fully consider agency comments received within the specified time frame, but will provide no response to the resource agency, except as provided below. The district engineer will indicate in the administrative record associated with each pre-construction notification that the resource agencies' concerns were considered. For NWP 37, the emergency watershed protection and rehabilitation activity may proceed immediately in cases where there is an unacceptable hazard to life or a significant loss of property or economic hardship will occur. The district engineer will consider any comments received to decide whether the NWP 37 authorization should be modified, suspended, or revoked in accordance with the procedures at 33 CFR 330.5.

(3) In cases of where the prospective permittee is not a Federal agency, the district engineer will provide a response to NMFS within 30 calendar days of receipt of any Essential Fish Habitat conservation recommendations, as required by Section 305(b)(4)(B) of the Magnuson-Stevens Fishery Conservation and Management Act.

(4) Applicants are encouraged to provide the Corps multiple copies of pre-construction notifications to expedite agency coordination.

(5) For NWP 48 activities that require reporting, the district engineer will provide a copy of each report within 10 calendar days of receipt to the appropriate regional office of the NMFS.

(e) District Engineer's Decision: In reviewing the PCN for the proposed activity, the district engineer will determine whether the activity authorized by the NWP will result in more than minimal individual or cumulative adverse environmental effects or may be contrary to the public interest. If the proposed activity requires a PCN and will result in a loss of greater than 1/10 acre of wetlands, the prospective permittee should submit a mitigation proposal with the PCN. Applicants may also propose compensatory mitigation for projects with smaller impacts. The district engineer will consider any proposed compensatory mitigation the applicant has included in the proposal in determining whether the net adverse environmental effects to the aquatic environment of the proposed work are minimal. The compensatory mitigation proposal may be either conceptual or detailed. If the district engineer determines that the activity complies with the terms and conditions of the NWP and that the adverse effects on the aquatic environment are minimal, after considering mitigation, the district engineer will notify the permittee and include any conditions the district engineer deems necessary. The district engineer must approve any compensatory mitigation proposal before the permittee commences work. If the prospective permittee elects to submit a compensatory mitigation plan with the PCN, the district engineer will expeditiously review the proposed compensatory mitigation plan. The district engineer must review the plan within 45 calendar days of receiving a complete PCN and determine whether the proposed mitigation would ensure no more than minimal adverse effects on the aquatic

136

environment. If the net adverse effects of the project on the aquatic environment (after consideration of the compensatory mitigation proposal) are determined by the district engineer to be minimal, the district engineer will provide a timely written response to the applicant. The response will state that the project can proceed under the terms and conditions of the NWP.

If the district engineer determines that the adverse effects of the proposed work are more than minimal, then the district engineer will notify the applicant either: (1) That the project does not qualify for authorization under the NWP and instruct the applicant on the procedures to seek authorization under an individual permit; (2) that the project is authorized under the NWP subject to the applicant's submission of a mitigation plan that would reduce the adverse effects on the aquatic environment to the minimal level; or (3) that the project is authorized under the NWP with specific modifications or conditions. Where the district engineer determines that mitigation is required to ensure no more than minimal adverse effects occur to the aquatic environment, the activity will be authorized within the 45-day PCN period. The authorization will include the necessary conceptual or specific mitigation or a requirement that the applicant submit a mitigation plan that would reduce the adverse effects on the aquatic environment to the minimal level. When mitigation is required, no work in waters of the United States may occur until the district engineer has approved a specific mitigation plan.

**28. Single and Complete Project**. The activity must be a single and complete project. The same NWP cannot be used more than once for the same single and complete project.

137

**Paul DiGiorgio**

| | |
|---|---|
| **From:** | Paul DiGiorgio <pauld3853@gmail.com> |
| **Sent:** | Friday, September 01, 2017 8:37 AM |
| **To:** | Paul DiGiorgio |
| **Subject:** | AB |

Confirm if I sent email asking them to accept service for Maple Lake

Check Amended Compl to see if I properly alleged facts against MAple LAke, and which of the named P's were actually paid by ML

Check PWA to see what it says about sole responsibility for compliance, and what it says about authority to enforce/interpret, OR if there is any language re where contractors should turn for guidance

In C-G complaint - need to make it clear that the Prime Contrator must be held to its non-delegable duty in general, but specifically in this case because there are so many subcontractors and sub-subcontractors (some from out of state) who are possibly no longer in existence or solvent right now.

Give a procedural history of the DOL complaint in the C-G complaint?



## State of New Jersey
### DEPARTMENT OF ENVIRONMENTAL PROTECTION
### OFFICE OF DREDGING AND SEDIMENT TECHNOLOGY
P.O. BOX 420
MAIL CODE #401-04P
TRENTON, NEW JERSEY 08625
(609) 633-6801

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

BOB MARTIN
*Commissioner*

September 20, 2013

Mr. Reid Loper
CrowderGulf, LLC
5435 Business Parkway
Theodore, AL 36582

RE:     MODIFICATION - Emergency Dredging Permit – Zone 5, Marinas, DOT Channels, Sand Overwash Areas
        Superstorm Sandy:  Waterway Debris Removal Contract

Dear Mr. Loper:

This letter serves as a modification of the existing emergency permit issued July 19, 2013 to allow for the dredging of approximately 83,157 of sand overwash areas within Barnegat Bay and sediment from within one Sandy impacted DOT channel.  Sediment removal is also proposed within two marinas located in the sand overwash areas.  This work is being performed on behalf of the State of New Jersey pursuant to State Contract AG-080.  The purpose of this permit modification is to add to additional locations for the sand removed from Zone 5 under the contract.

The original permit issued on July 19, 2013 identified a stockpile location (Heiring Avenue) within the Borough of Seaside Heights for any sand removed from Zone 5 dredge areas.  However, the Borough of Seaside Heights recently notified the NJDEP that the municipality was no longer interested in accepting the sand material.  However, the Borough of Lavallete and Toms River Township have expressed an interest in obtaining sand material for beaches within these municipalities.  Therefore, this permit modification serves to authorize Crowder Gulf to stockpile sand from Zone 5 at these alternative locations.  Condition #10 of the existing permit has been modified as follows:

10.     Any material that is determined to be greater than 90% sand shall be screened, sorted, and stockpiled at the following authorized locations:

- Borough of Lavallete - Trenton Avenue street end, New York Avenue street end, Philadelphia Avenue street end.  See attached documentation from the municipality.

- Toms River Township – Stockpile locations along Ocean Terrace.

- Upland locations at the Cattus Island Park and/or Berkeley Island County Park (mapping attached).  Prior to the transport of any sand to the Ocean County Park, Crowder Gulf shall submit a stockpile plan showing the proposed soil and sediment control measures to the implemented at the park sites.  The estimated volume to be placed at these two park sites is 26,000 cy.

Prior to the placement of any sand at an alternate location, CrowderGulf shall obtain written approval from the NJDEP.

138

All other conditions of the emergency permit issued July 19, 2013 remain in full force and effect.

The dredging of the identified shoals may be presumed to be consistent with the New Jersey Coastal Zone Management Program. A Water Quality Certificate is authorized.

If you have any questions please feel free to contact me at (609) 292-8838.

Sincerely,

Suzanne U. Dietrick, Chief
Office of Dredging and Sediment Technology
Site Remediation Program

c:    Frank Cianfrani, Philadelphia District Regulatory Branch (via e-mail)
      Chris Colletti, Dewberry (via e-mail)
      Don Biggins, Dewberry (via e-mail)
      Jordan Bryant, Arcadis (via e-mail)
      Jane Kozinski, Assistant Commissioner, Division of Solid and Hazardous Waste (via e-mail)
      Gary Viola, FEMA (via e-mail)

139

## DEPARTMENT OF THE ARMY PERMIT

PERMITTEE AND PERMIT NUMBER:

      State of New Jersey, Department of Environmental Protection
      Hurricane Sandy NJDEP Waterway Debris Contract Zone 5
      CENAP-OP-R-2013-561-24

ISSUING OFFICE:

      Department of the Army
      U.S. Army Corps of Engineers, Philadelphia District
      Wanamaker Building - 100 Penn Square East
      Philadelphia, Pennsylvania  19107-3390

NOTE: The term "you" and its derivatives, as used in this permit, means the permittee or any future transferee.  The term "this office" refers to the appropriate district or division office of the Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer.

You are authorized to perform work in accordance with the terms and conditions specified below.

PROJECT DESCRIPTION:  This permit authorizes mechanical (bucket) dredging of various waterways as part of the State of New Jersey's Superstorm Sandy recovery effort.  All work is to be completed in accordance with the attached plans and all General and Special Conditions included in this permit.

PROJECT LOCATION:  The authorized work area is within the State of New Jersey's established debris removal Central Region, Zone 5, associated with Superstorm Sandy.  Zone 5 covers mid-Barnegat Bay from the northern border of Normandy Beach to the Route 37 bridge, within the Boroughs of Seaside Heights and Lavallette and the Ortley, Chadwick and Normandy Beach sections of Toms River Township in Ocean County, New Jersey.

PERMIT CONDITIONS:

      General Conditions:

1.  The time limit for completing the work authorized ends on February 28, 2014.  If you find that you need more time to complete the authorized activity, submit your request for a time extension to this office for consideration at least one month before the above date is reached.

2.  You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit.  You are not relieved of this requirement if you abandon the permitted activity, although you may make a good faith transfer to a third party in compliance with General Condition 4 below.  Should you wish to cease to maintain the authorized activity or should you desire to abandon it without a good faith transfer, you must obtain a modification of this permit from this office, which may require restoration of the area.

140

- 2 -

3.  If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found. We will initiate the Federal and State coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

4.  If you sell the property associated with this permit, you must obtain the signature of the new owner in the space provided and forward a copy of the permit to this office to validate the transfer of this authorization.

5.  If a conditioned water quality certification has been issued for your project, you must comply with conditions specified in the certification as special conditions to this permit. For your convenience, a copy of the certification is attached if it contains such conditions.

6.  You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

Special Conditions:

1.  All work performed in association with the above noted project shall be conducted in accordance with the attached maps/plans labeled E-1 through E-12. Only material deposited by Superstorm Sandy (FEMA-eligible material) which is necessary to be removed to access navigation channels and legally existing docks/piers is authorized to be dredged under this permit. The project plans provide for dredging and disposing of FEMA-eligible sediment (dredged material) within Barnegat Bay. Sediments to be removed may include sand, silt and/or gravel from within Zone 5. The State's contractor would dredge up to a maximum of 83,157 cubic yards of this material from impacted waterways of the State of New Jersey under this permit, consisting of: a) shoal areas (5-7) within Barnegat Bay along the eastern shore behind the communities identified above due to breaches in the barrier island or significant over-wash, including beach sand which ended up in the bay (approximately 41,382 cubic yards maximum total volume from up to 8.45 acres); and b) storm-impacted shoals within the State navigation channel known as Lavallette Beach Channel within Barnegat Bay in its northern reaches, from Little Sedge Island to Middle Sedge Island (approximately 41,775 cubic yards maximum total volume from up to 16.2 acres). A total of 12 Sandy-impacted shoals have been identified in this channel, but only Shoals 11 and 12 are authorized to be dredged.

2.  The contractor shall utilize mechanical dredging equipment consisting of barge mounted excavators and clamshell buckets to remove material from the waterways. The depth of dredging shall be to pre-storm elevations (i.e. FEMA-eligible material), not to exceed -4' MLW, whichever is less, except for developed artificial lagoons. The maximum depth of dredging in the lagoons would be -6' MLW, provided they had previously been dredged to this depth. For the State navigation channel, the maximum depth of dredging would be -6' MLW.

- 3 -

3. All dredged material shall be disposed on uplands/non-wetlands above the high tide line and contained to prevent its escape to any aquatic areas. Dredged material that is determined to be greater than 90% sand shall be screened, sorted and re-deposited at 31 Hiering Avenue in Seaside Heights (and Toms River Township). This material shall be placed on uplands/non-wetlands above the high tide line and contained to prevent its escape to aquatic areas. Any subsequent spreading of this material onto adjacent beach areas within the Corps' jurisdiction shall require authorization from this office prior to accomplishing the work. Material that is less than 90% sand shall be tested for its contaminant concentrations and managed at an upland location approved by the NJDEP, including dewatering with hay bales and silt fencing for sediment and erosion control. Once dried, the material shall be loaded onto trucks and transported to one of three potential upland non-wetland locations (above the high tide line) for future re-use: a) Cattus Island Park in Toms River Township; b) Berkeley Island County Park in Berkeley Township; or c) to the Ocean County Landfill for use as daily cover material. Any future use of this material at the County Parks within the Corps' jurisdiction shall require authorization from this office prior to accomplishing the work

4. Any deviation in construction methodology or project design from that shown on the above noted drawings must be approved by this office, in writing, prior to performance of the work. All modifications to the above noted project plans shall be approved, in writing, by this office. No work shall be performed prior to written approval of this office.

5. This office shall be notified prior to the commencement of authorized work by completing and signing the enclosed *Notification/ Certification of Work Commencement Form* (Enclosure 3). This office shall also be notified within 10 days of the completion of the authorized work by completing and signing the enclosed *Notification/Certification of Work Completion/Compliance Form* (Enclosure 4). All notifications required by this condition shall be in writing. They may be transmitted by facsimile (to 215-656-6724) to meet the required deadlines, provided a hard copy is transmitted immediately afterward to this office by registered mail. Oral notifications are not acceptable.

6. The permittee understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration, of any structure or work herein authorized, or if, in the opinion of the Secretary of the Army or his authorized representative, said structure or work shall cause unreasonable obstruction to the free navigation of the navigable waters, the permittee will be required, upon due notice from the Corps of Engineers, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States. No claim shall be made against the United States on account of any such removal or alteration.

7. Representatives of the U.S. Army Corps of Engineers shall be permitted to inspect the project during its phase of construction, and to collect any samples, or to conduct any tests deemed necessary.

8. The permittee is responsible for ensuring that the contractor and/or workers executing the activity(s) authorized by this permit have knowledge of the terms and conditions of the authorization and that a copy of the permit document is at the project site throughout the period the work is underway.

142

- 4 -

9.  This permit authorizes a single dredging event at each authorized location.  No future maintenance dredging is authorized by this permit.

10.  No dredging shall be performed to a depth greater than that of the connecting adjacent waterway and no deeper that the pre-existing (pre-storm) depth.  No over-dredging is authorized.

11.  Silt curtains shall be used around all areas to be dredged and shall be weighted on the bottom.

12.  In order to prevent slumping of adjacent wetlands into the waterway, dredging shall not occur within 25 feet of any wetland, with a 3:1 slope (horizontal:vertical) from this buffer.

13.  In order to protect the Essential Fish Habitat of winter flounder, dredging is prohibited during the period January 1 through May 31, inclusive.

14.  The permittee shall comply with the conditions and protocols as described in the attached 5-page document entitled "NJDEP Wet Debris and Sand Removal Section 106 No Adverse Effect Condition Requirements," and any future revisions to the document by FEMA and the Corps of Engineers in consultation with the SHPO.

15.  No later than March 31, 2014, the permittee shall provide the following to this office:
    a)      a location map identifying areas where sediment was dredged;
    b)      the volume of sediment dredged from each identified area;
    c)      a description of the material dredged (i.e. grain size); and
    d)      the location of all stockpile and disposal sites.

FURTHER INFORMATION:

1.  Congressional Authorities:  You have been authorized to undertake the activity described above pursuant to:

    ☒ Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403).

    ☒ Section 404 of the Clean Water Act (33 U.S.C. 1344).

    ☐ Section 103 of the Marine Protection, Research and Sanctuaries Act.

2.  Limits of this authorization.

    a.  This permit does not obviate the need to obtain other Federal, State, or local authorizations required by law.

    b.  This permit does not grant any property rights or exclusive privileges.

    c.  This permit does not authorize any injury to the property or rights of others.

143

- 5 -

d.  This permit does not authorize interference with any existing or proposed Federal projects.

3.  Limits of Federal Liability.  In issuing this permit, the Federal Government does not assume any liability for the following:

a.  Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

b.  Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

c.  Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

d.  Design or construction deficiencies associated with the permitted work.

e.  Damage claims associated with any future modification, suspension, or revocation of this permit.

4.  Reliance on Applicant's Data.  The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

5.  Reevaluation of Permit Decision.  This office may reevaluate its decision on this permit at any time the circumstances warrant.  Circumstances that could require a reevaluation include, but are not limited to, the following:

a.  You fail to comply with the terms and conditions of this permit.

b.  The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (see 4 above).

c.  Significant new information surfaces which this office did not consider in reaching the original public interest decision.

Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7 or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5.  The referenced enforcement procedures provide for the issuance of an administrative order requiring you to comply with the terms and conditions of your permit and for the initiation of legal action where appropriate.  You will be required to pay for any corrective measures ordered by this office, and if you fail to comply with such directive, this office may in certain situations (such as those specified in 33 CFR 209.170) accomplish the corrective measures by contract or otherwise and bill you for the cost.

144

- 6 -

6. Extensions. General Condition 1 establishes a time limit for the completion of the activity authorized by this permit. Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the Corps will normally give favorable consideration to a request for an extension of this time limit.

Your signature below, as permittee, indicates that you accept and agree to comply with the terms and conditions of this permit.



_____         7/23/13
(PERMITTEE)                              (DATE)

This permit becomes effective when the Federal official, designated to act for the Secretary of the Army, has signed below.

_____         7/23/13
(District Engineer)                      (DATE)
Frank J. Cianfrani, Chief, Regulatory Branch

for:    John C. Becking, P.E.
        Lieutenant Colonel, US Army
        District Commander

When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property. To validate the transfer of this permit and the associated liabilities associated with compliance with its terms and conditions, have the transferee sign and date below.

_____         _____
(TRANSFEREE)                            (DATE)

145



## State of New Jersey

DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF DREDGING AND SEDIMENT TECHNOLOGY
P.O. BOX 420
MAIL CODE #401-04P
TRENTON, NEW JERSEY 08625
(609) 633-6801

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

BOB MARTIN
*Commissioner*

July 19, 2013

Mr. Reid Loper
CrowderGulf, LLC
5435 Business Parkway
Theodore, AL 36582

RE:  Emergency Dredging Permit – Zone 5, Marinas, DOT Channels, Sand Overwash Areas
Superstorm Sandy: Waterway Debris Removal Contract

Dear Mr. Loper:

The Office of Dredging and Sediment Technology (ODST) has reviewed your July 15, 2013 request for an emergency permit to allow for the dredging of approximately 83,157 of sand overwash areas within Barnegat Bay and sediment from within one Sandy impacted DOT channel. Sediment removal is also proposed within two marinas located in the sand overwash areas. This work is being performed on behalf of the State of New Jersey pursuant to State Contract AG-080.

### Dredge Plan

The Zone 5 dredging plan consists of the sediment removal via mechanical equipment at the following locations:

- Three sand overwash areas (Zone 5, Areas 5-7) located within Barnegat Bay on the western shoreline of the Borough of Seaside Heights, Lavallette, Ortley, Chadwick and Normandy Beach. Two marinas – Docksider Marina and Cranberry Inlet Marina will be dredged as they are located within the sand overwash areas. This volume equates to approximately 41,382 cy. The depth of dredging in the sand overwash areas will be to pre-storm elevations or a maximum depth of between – 4 feet below MLW (natural waterway) and – 6 feet below MLW (man-made lagoon). Dredge depths will be approved by the NJDEP.

- The dredging of approximately 41,775 cy of material from within one DOT Channel, Lavallette Beach Channel from within the identified shoal areas as provided by DOT. The depth of dredging within the DOT channel will be approved by the NJDEP.

### Dredge Material Management Plan

Any material that is determined to be greater than 90% sand will be off-loaded at an upland location immediately north of the Route 37 Bridge in Seaside Heights. At this location, the sand will be sorted, screened and then truck transported to an existing sand stockpile area located at Hiering Avenue in Seaside Heights as requested by the municipality. Sand material may be truck transported and stockpiled at identified upland locations at the Cattus Island Park and/or Berkeley Island County Park for subsequent use in shoreline restoration projects under the oversight of Ocean County upon receipt of all necessary federal, state and local approvals.

Any material this is determined to be less than 90% sand will be off-loaded at the above referenced site along Route 35 and will be transported to 1) Ocean County Landfill 2) Cattus Island Park/Berkeley Island County Park or 3)

146

Recycling of Central New Jersey for beneficial use of the material at these locations. The NJDEP will approve material to be transported to these sites based on review of the chemical testing of the material and review of institutional and engineering controls at the site. The volume to be placed at the Ocean County Parks will be determined in coordination with the NJDEP and Ocean County.

N.J.A.C. 7:7-1.7 authorizes the issuance of an emergency permit if it is determined that there is an imminent threat to lives or property if the regulated activity is not immediately commenced. The NJDEP has determined that the sediment located in Barnegat Bay present a significant hazard to navigation to recreational boaters and must be removed in an expedited manner.

Therefore, pursuant to N.J.A.C. 7:7-1.7(a), this letter serves as emergency permit to perform work as approved described in the previously submitted workplans as approved by the NJDEP, and as presented above. This emergency permit authorization is expressly contingent upon and compliance with the following conditions:

1. Prior to the initiation of dredging as authorized by this permit, CrowderGulf shall submit the sediment sample results for Zone 5, Area 5-7 and for the Lavallette Beach Channel within Barnegat Bay as required by the sediment sampling plans approved by the NJDEP, Office of Dredging and Sediment Technology.

2. Prior to the initiation of dredging as authorized by this permit, CrowderGulf shall submit revised plans for Zone 5, Areas 5-7 which depict the dredge area to restore navigation to pre-storm depths or to a maximum depth of between – 4 feet below MLW (natural waterway) and – 6 feet below MLW (man-made lagoon). The NJDEP must approve the dredge plan prior to the initiation of work.

3. No dredging activities may commence within the Lavallette Beach Channel until a Notice to Proceed is issued by the State Project Manager.

4. No work shall commence under this emergency permit until a Department of Army Permit is received for the dredging activities in Zone 5.

5. A copy of this emergency permit and the Department of Army Individual Permit shall be kept on any dredge equipment or work area during the entire duration of the construction work authorized by the permits.

6. A pre-construction meeting shall be held prior to initiation of any construction activities authorized by this emergency permit. Crowder Gulf and any subcontractors hired to perform the work authorized by this permit shall be present during the pre-construction meeting. During the pre-construction meeting, the means and methods of the proposed work will be discussed to ensure compliance with the applicable permits.

7. Silt curtains shall be deployed around the dredge areas. The curtains shall be weighted to the bottom and shall be maintained during the entire dredging operation.

8. This emergency permit does **not** authorize hydraulic dredging. If CrowderGulf proposes to utilize this type of dredging method, it shall obtain written authorization from the NJDEP.

9. Mechanical dredging is prohibited during January 1st through May 31st in order to protect the early life stages of winter flounder. For calendar year 2013, this timing restriction does not apply to the work authorized under this emergency permit.

10. Any material that is determined to be greater than 90% sand shall be screened, sorted, and stockpiled at the following authorized locations:

    • Hiering Avenue Sand Stockpile Site located in Seaside Heights

    • Upland locations at the Cattus Island Park and/or Berkeley Island County Park (mapping attached). Prior to the transport of any sand to the Ocean County Park, Crowder Gulf shall submit a stockpile plan showing the proposed soil and sediment control measures to the implemented at the park sites. The estimated volume to be placed at these two park sites is 26,000 cy.

147

Prior to the placement of any sand at an alternate location, CrowderGulf shall obtain written approval from the NJDEP.

11. Any material that is determined to be less than 90% sand shall be off-loaded into temporary dredge material dewatering facilities consisting of hale bales and silt fencing. Once dried, the material shall be loaded into trucks for transport to:

  - Ocean County Landfill for use as daily cover material. CrowderGulf shall perform any additional analytical testing of the material as required by the landfill for beneficial use of the material as daily cover material.

  - Upland locations at the Cattus Island Park and/or Berkeley Island County Park (mapping attached). Prior to the transport of any dredged material to the Ocean County Park, Crowder Gulf shall submit a stockpile plan showing the proposed soil and sediment control measures to the implemented at the park sites. The estimated volume to be placed at these two park sites is 26,000 cy.

  - Recycling of Central New Jersey located in Jackson, NJ for use in their facility operations

Prior to the placement of any sand at an alternate location, CrowderGulf shall obtain written approval from the NJDEP.

12. Unless expressly directed in writing by the NJDEP, State Project Manager or as expressly authorized by a state or federal permit, dredging is not authorized in Zone 5 in any area designated as "ENSP" and "NHR" as previously shown in mapping provided in the GIS database. This emergency permit does not modify any of the restricted ENSP and NHR areas for Zone 5. Please refer to the April 24, 2013 Procedure for Requesting a Modification to State or Federal Threatened and Endangered Species Timing Restrictions/Buffers Established by State and Federal Regulations.

13. The dredging authorized by this permit shall not affect any historic properties or features listed on, determined to be eligible for listing on, or potentially eligible for listing on the National Register of Historic Places. The contractor shall comply with the "NJDEP Wet Debris and Sand Removal, Section 106 No Adverse Effect Condition Requirements approved on April 26, 2013.

14. This emergency permit expires on July 19, 2014.

The dredging of the identified shoals may be presumed to be consistent with the New Jersey Coastal Zone Management Program. A Water Quality Certificate is authorized.

If you have any questions please feel free to contact me at (609) 292-8838.

Sincerely,

Suzanne D. Dietrick, Chief
Office of Dredging and Sediment Technology
Site Remediation Program

c:  Frank Cianfrani, Philadelphia District Regulatory Branch (via e-mail)
Scott Douglas, NJDOT, OMR (via e-mail)
Chris Colletti, Dewberry (via e-mail)
Don Biggins, Dewberry (via e-mail)
Sam Rosania, Arcadis (via e-mail)
Jane Kozinski, Assistant Commissioner, Division of Solid and Hazardous Waste (via e-mail)
Gary Viola, FEMA (via e-mail)

148

U.S. Department of Homeland Security
Joint Field Office
FEMA-4086-DR-NJ
307 Middletown Lincroft Rd
Lincroft, NJ 07738

**FEMA**

April 25, 2013

RECEIVED

APR 2 6 2013

Mr. Daniel Saunders
Administrator and Deputy State Historic Preservation Officer
New Jersey Department of Environmental Protection
Historic Preservation Office
Mail-code 501-04B
P.O. Box 420
Trenton, NJ 08625-0404

HISTORIC PRESERVATION OFFICE

*13-0939-1 JWR*
*HPO-D2013-185*

Re:   No Adverse Effect with Conditions and Unexpected Discoveries/Unanticipated
      Effects Protocol
      *Wet Debris and Sand Removal, State of New Jersey*
      *New Jersey Department of Environmental Protection*
      *NJ-4086*

Dear Mr. Saunders:

This letter serves as consultation pursuant to Section 106 of the National Historic Preservation
Act for the project identified above. The purpose of the Federal Emergency Management Agency
(FEMA) Public Assistance (PA) Program is to provide funding to restore damaged facilities to
their pre-disaster condition or to a condition sufficient to perform functions. Severe storms and
extreme flooding associated with Hurricane Sandy struck the entire state of New Jersey during
the incident period from October 27 through November 8, 2012. As a result, a Presidential
Disaster, referenced as DR-4086-PA, was declared which made PA funding available to the State
of New Jersey.

**The Undertaking**
The undertaking consists of wet debris and sand removal throughout the State of New Jersey
as a result of Hurricane Sandy.

**Area of Potential Effects**
The Area of Potential Effects (APE) consists of areas within the surge zone produced by
Hurricane Sandy.  The undertaking will occur in waterways, wetlands, and on land.  It is
acknowledged that historic properties are present throughout the APE including eligible or listed
National Register Historic Districts.

149

**Known Historic and Archaeological Resources and the Result of Identification and Evaluation**

Based upon discussion between FEMA, USACE, SHPO, and NJDEP, it was agreed that historic properties will be avoided and left in place to the greatest extent possible following the conditions in the attached **Section 106 No Adverse Effect Condition Requirements.** These requirements also outline an Unexpected Discoveries or Unanticipated Effects Protocol. NJDEP will ensure that its contractors adhere to these conditions via an established protocol that will be enforced by USACE as a special condition to the wet debris and sand removal permits. It is also acknowledged that certain activities such as staging, dewatering, sifting, and/or stockpiling of materials may occur within the boundaries of eligible or listed National Register Historic Districts, however activities will be temporary in nature.

Based upon the development of the **Section 106 No Adverse Effect Condition Requirements** and acknowledging that land based activities such as staging, dewatering, sifting, and/or stockpiling of materials will be temporary actions, FEMA has determined that there will be **No Adverse Effect with Conditions and Unexpected Discoveries/ Unanticipated Effects Protocol** to historic properties within the APE. Should the applicant not be able to abide by these requirements, it will require further consultation with FEMA, SHPO, and USACE.

We respectfully request your concurrence with this finding. If you have any questions or require any additional information, please do not hesitate to contact Michael Audin, at either 732-804-9216 or michael.audin@fema.dhs.gov or Katherine Zeringue, at either 504-312-2885 or Katherine.zeringue@fema.dhs.gov.

Sincerely,

Michael Audin
Historic Preservation Manager
FEMA-DR-4086

NJHPO CONCURRENCE

X As proposed, I concur the project will not adversely affect historic properties. Pursuant to 36 CFR 800.5(c), if no consulting parties object to this finding within the 30 day review period, the project may proceed, as proposed, unless resources are discovered during project implementation, pursuant to 36 CFR 800.13.

Deputy State Historic Preservation Officer    Date  4/26/2013

Daniel D. Saunders

150

RECEIVED

APR 2 6 2013

HISTORIC PRESERVATION OFFICE

NJDEP Wet Debris and Sand Removal
Section 106 No Adverse Effect Condition Requirements

FEMA, SHPO, USACE, and NJDEP agree that historic properties will be avoided and left in place to the greatest extent possible. Historic properties are defined as districts, sites (including archaeological sites), buildings, structures and objects that are eligible for listing or listed in the National Register of Historic Places. Following the conditions set forth below, effects to historic properties should be avoided.

<u>General Protocols</u>

- For Man-Made Debris Removal Activities in the Water:
  - A qualified underwater archaeologist(s) utilized to adhere to these conditions will meet the requirements set forth in this agreement
  - The qualified underwater archaeologist(s) will compare data related to the location(s) of known submerged historic properties against debris removal target locations identified by side-scan sonar data
  - The qualified underwater archaeologist(s) will utilize the side scan sonar to identify both known and unknown historic properties within the APE
  - If historic properties are identified, qualified archaeologists will establish, at a minimum a 150 foot radial buffer around the historic property. Based upon the qualified archaeologist(s) professional judgment, this buffer may be expanded or contracted due to various criteria such as the size of the historic property or its related debris field.

- For Sand Removal Activities in the Water:
  - A qualified underwater Archaeologist(s) utilized to adhere to these conditions will meet the requirements set forth in this agreement
  - The qualified underwater archaeologist(s) will compare data related to the location(s) of known submerged historic properties against sand removal target locations identified by NJDEP
  - If historic properties are identified, qualified archaeologists will establish, at a minimum a 150 foot radial buffer around the historic property. Based upon the qualified archaeologist(s) professional judgment, this buffer may be expanded due to various criteria such as the size of the historic property or its related debris field.
  - Should unknown historic properties be disturbed during the sand removal process, the Unexpected Discoveries or Unanticipated Effects Protocol will be followed.
  - Regarding Equipment, Staging, and Disposal of sand removal debris once it is placed on land: A qualified archaeologist will identify known historic properties within areas identified for staging, sifting, and/or stockpiling. Based upon professional judgment, the qualified archaeologist will: 1) work with the contractor to identify suitable locations that meet the conditions set forth in this agreement, and/or 2) establish a buffer zone around the historic property and enforce a no work zone.

- For Man-Made Debris Removal Activities in Wetlands:

151

- o Debris removal activities in wetlands will be done by hand to the maximum extent possible
- o If equipment is necessary to access or remove debris, all work will be staged on and all work will be performed on temporary ground cover that is appropriate to the size of the equipment (e.g. timber mats, plywood, geo-textile, etc.)
- o Any mechanized equipment operating in a wetland will not cause any significant rutting and/or displacement of surface material
- o A qualified archaeologist will identify known historic properties within the work area. Based upon professional judgment, the qualified archaeologist will either: 1) establish a buffer zone around the historic property and enforce a no work zone, 2) work with the contractor to establish a directional approach and debris removal method for a specific sensitive area to avoid disturbance of the historic property, or 3) determine if the removal methodology is such that the historic property will not be disturbed, and allow the contractor to proceed.

- For Man-Made Debris Removal Activities on Land:
  - o When using heavy equipment, all work will be performed from hard or firm surfaces to the fullest extent possible, to avoid sinking into soft soils.
  - o The Applicant will, to the fullest extent possible, ensure that its contractors minimize soil disturbance when operating heavy equipment on wet soils (6 inches or less).
  - o *Surface Grading and Site Clean-Up:* The Applicant will ensure to the fullest extent possible that its contractors will limit site grading to within the first six (6) inches of the existing surface elevation.

## Archaeological Qualifications

- References to a qualified archaeologist, for work within wetlands or on land, denote a SOI-qualified archaeologist(s) meeting the Secretary of the Interior's Professional Qualification Standards and Guidelines found at: http://www.nps.gov/history/local-law/gis/html/quals.html
- For any work performed in the water, one qualified underwater archaeologist meeting the conditions set forth below will be assigned for each NJDEP contractor
  - o FEMA, SHPO, USACE will have the opportunity to review the resumes of the qualified underwater archaeologists; FEMA and USACE will provide comments to SHPO who in turn will communicate to NJDEP that a candidate is considered qualified
  - o Minimum qualifications for an Underwater Archaeologist are:
    - ▪ SOI-qualified in Archaeology per the Secretary of the Interior's Professional Qualification Standards and Guidelines found at: http://www.nps.gov/history/local-law/gis/html/quals.html
    - ▪ Demonstrated ability to carry research to completion, usually evidenced by timely completion of theses, research reports, or similar documents;
    - ▪ 7-10 years of experience in underwater archaeology comprised of:
      - • At least 12 months of professional experience and/or specialized training in archaeological field, laboratory, administration, or management;

152

- At least four months of supervised field and analytic experience in general maritime archaeology;
- At least one year of full-time professional experience at a supervisory level in the study of maritime resources;
- Current or previous diving certification from one of the recognized national agencies
- Must have knowledge of the theory and method of archaeological research and knowledge of the theory and method of professional research diving in order to blend archaeological and research diving skills into a meaningful submerged cultural resource management program. Such knowledge is used to assist in planning, carrying out, and evaluating submerged cultural resources and assist in studies and assessing the value and qualify of investigative results; and to evaluate the significance and proper management or interpretive treatment of submerged archaeological resources.
- A professional knowledge of anthropological and archaeological theory, methods, and techniques is required so that the incumbent comprehends the reasons for implementing field and archaeological sampling techniques.
- Knowledge of marine architecture and maritime history. Must be able to conduct library research on general and specific topics related to marine history, vessel history, general and economic history and archaeological method and past work.
- Ability to use and interpret the results of a variety of diagnostic and test equipment such as voltmeters, ohmmeters, intermediate pressure gauges, etc. to solve in-field equipment problems.
- Ability to plan, supervise/direct, and complete marine remote sensing archaeological projects within the scope and specifications provided by the project director or higher level archaeologist
- Ability to gather and interpret accurate and precise remote sensing survey data from marine contexts via use of hardware such as side scan sonar, single or multibeam echo sounders, magnetometers, and bottom classification instruments.

- Non-SOI qualified archaeologist(s) may be utilized as necessary to fulfill all other archaeological requirements and conditions, except for the interpretation of the side scan sonar data, as long as they are directly supervised by an archaeologist who meets the SOI Professional Qualification Standards

## Equipment, Staging, and Disposal – General Conditions

- Equipment will not enter established buffer zones except when transiting through the zone when no other reasonable means of continuing the undertaking is available
- Dragging, parking or anchoring of equipment and/or debris within and through buffer zones is prohibited
- Staging, dewatering, sifting, and/or stockpiling of materials will not occur within established buffer zones or on top of known historic properties

153

- Disposal and/or temporary staging of debris (man-made or sand) will be done in a USACE/NJDEP approved upland site or other permitted facility
- If staging, dewatering, sifting, and/or stockpiling of sand removal debris cannot occur within a previously permitted area, all of these activities will take place on hardened surfaces or on a geotextile barrier that demarcates the existing surface
- If these conditions cannot be met, further Section 106 consultation will be required

### Reporting
- Final reporting on all debris and sand removal activities will adhere to the NJ SHPO Guidelines for Preparing Cultural Resources Management Archaeological Reports found at: http://www.nj.gov/dep/hpo/1identify/culreso.pdf
- Site forms will be created and filed with the New Jersey State Museum, as well as submitted to the SHPO, for any new historic properties identified during the debris removal process.
- Copies of any reporting document will also be provided to FEMA for documentation to demonstrate adherence to the conditions required in this agreement.

### Unexpected Discoveries or Unanticipated Effects Protocol
In the event of an unexpected discovery or unanticipated effect, an archaeologist(s), the Applicant, and/or the Applicant's representative will:
- Stop construction activities in the vicinity of the discovery or unanticipated effect;
- Take all reasonable measures to avoid or minimize harm to the historic property until documentation requirements are complete
- Document the historic property to include the following:
  - GPS coordinate in decimal/degrees
  - Photographs of the historic property
  - Written description of the historic property
  - Site forms created and filed with the New Jersey State Museum as well as submitted to the SHPO
- Instruct the contractor to gently place the resources back into the general location from which they were removed
- The qualified archaeologist will establish a new buffer zone or amend an existing buffer zone around the historic property
- In the event that an unexpected discovery or unanticipated effect is determined after retrieval of debris and cannot be placed back in the general location from which it was removed, further consultation with FEMA, SHPO, and USACE will be required
- If human remains are discovered:
  - Immediately stop work in the vicinity of the discovery
  - Immediately notify the local law enforcement office, county coroner/medical examiner and county OEM representative in accordance with applicable New Jersey SHPO and state guidelines and await further guidance.
  - Immediately notify SHPO, the New Jersey State Museum, and FEMA.
  - Ensure that the Contractor does not proceed with work in the area(s) of concern until FEMA has completed consultation with SHPO, the New Jersey State Museum, USACE, and other consulting parties, as appropriate.

o   Ensure that all applicable State and local laws are adhered to, and permission
    from all appropriate parties is obtained to remove remains. The Applicant must
    also determine appropriate legal measures under the New Jersey Cemetery law
    (N.J.S.A. 45:27-23.c).

## Disturbance or Removal of Historic Properties

If it is determined that a historic property must be removed or may be affected by a project
activity, FEMA will require further consultation with the NJ SHPO, USACE, and other
consulting parties as appropriate, to complete the Section 106 review for that specific historic
property. It will be determined if any identification and evaluation efforts will be required to
inform the consultation process. The applicant will not proceed with removal or disturbance of
the historic property until this consultation process is completed. If these activities are
completed prior to the completion of consultation, the applicant may jeopardize federal funding.

155

# Zone 5 Hydrographic Survey Locations



N

**Shoal 12 - 13.5 Acres**

[Lavellette Beach Channel]
DREDGE AREA

Middle Sedge

Marshelder Island

Barnegat Bay

**Shoal 11 - 2.7 Acres**

[Lavellette Beach Channel]
DREDGE AREA

Little Sedge Island

Little Reese

Lavallette Beach Channel

Anna Ohankins Blvd.

Grand Central Ave

**Lavallette**

West Point Island

**Area 5 - 0.9 Acres**

DREDGE AREA

E - 1

Batling Ave

Newark Ave

Island Beach

**Area 6 - 3.8 Acres**

(Sand Overwash) and [Dockside Marina]
DREDGE AREA

Mikes Island

Washington Ave

W 6th Ave

35

Legend
Dredging Area
Lavellette Beach Channel (State)

Bay Blvd

**Area 7 - 3.75 Acres**

(Sand Overwash) and [Cranberry Inlet Marina]
DREDGE AREA

Harbor Island

0    0.3    0.6        1.2        1.8
Miles

156

# Zone 5 Hydrographic Survey Locations - Area 5



157



158

# Zone 5 Hydrographic Survey Locations - Area 7



159



160









162



E-8

163





Cattus Island Park
Stockpile Site



E-11

166

Berkeley Island Park
Stockpile Site



E-12

167



## State of New Jersey
### DEPARTMENT OF ENVIRONMENTAL PROTECTION
### OFFICE OF DREDGING AND SEDIMENT TECHNOLOGY
P.O. BOX 420
MAIL CODE #401-04P
TRENTON, NEW JERSEY 08625
(609) 633-6801

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

BOB MARTIN
*Commissioner*

July 19, 2013

Mr. Reid Loper
CrowderGulf, LLC
5435 Business Parkway
Theodore, AL 36582

RE:    **Emergency Dredging Permit – Zone 5, Marinas, DOT Channels, Sand Overwash Areas**
       Superstorm Sandy:  Waterway Debris Removal Contract

Dear Mr. Loper:

The Office of Dredging and Sediment Technology (ODST) has reviewed your July 15, 2013 request for an emergency permit to allow for the dredging of approximately 83,157 of sand overwash areas within Barnegat Bay and sediment from within one Sandy impacted DOT channel.  Sediment removal is also proposed within two marinas located in the sand overwash areas.  This work is being performed on behalf of the State of New Jersey pursuant to State Contract AG-080.

<u>Dredge Plan</u>

The Zone 5 dredging plan consists of the sediment removal via mechanical equipment at the following locations:

- Three sand overwash areas (Zone 5, Areas 5-7) located within Barnegat Bay on the western shoreline of the Borough of Seaside Heights, Lavallette, Ortley, Chadwick and Normandy Beach.  Two marinas – Docksider Marina and Cranberry Inlet Marina will be dredged as they are located within the sand overwash areas.  This volume equates to approximately 41,382 cy.  The depth of dredging in the sand overwash areas will be to pre-storm elevations or a maximum depth of between – 4 feet below MLW (natural waterway) and – 6 feet below MLW (man-made lagoon).  Dredge depths will be approved by the NJDEP.

- The dredging of approximately 41,775 cy of material from within one DOT Channel, Lavallette Beach Channel from within the identified shoal areas as provided by DOT.  The depth of dredging within the DOT channel will be approved by the NJDEP.

<u>Dredge Material Management Plan</u>

Any material that is determined to be greater than 90% sand will be off-loaded at an upland location immediately north of the Route 37 Bridge in Seaside Heights.  At this location, the sand will be sorted, screened and then truck transported to an existing sand stockpile area located at Hiering Avenue in Seaside Heights as requested by the municipality.  Sand material may be truck transported and stockpiled at identified upland locations at the Cattus Island Park and/or Berkeley Island County Park for subsequent use in shoreline restoration projects under the oversight of Ocean County upon receipt of all necessary federal, state and local approvals.

Any material this is determined to be less than 90% sand will be off-loaded at the above referenced site along Route 35 and will be transported to 1) Ocean County Landfill 2) Cattus Island Park/Berkeley Island County Park or 3)

168

Recycling of Central New Jersey for beneficial use of the material at these locations. The NJDEP will approve material to be transported to these sites based on review of the chemical testing of the material and review of institutional and engineering controls at the site. The volume to be placed at the Ocean County Parks will be determined in coordination with the NJDEP and Ocean County.

N.J.A.C. 7:7-1.7 authorizes the issuance of an emergency permit if it is determined that there is an imminent threat to lives or property if the regulated activity is not immediately commenced. The NJDEP has determined that the sediment located in Barnegat Bay present a significant hazard to navigation to recreational boaters and must be removed in an expedited manner.

Therefore, pursuant to N.J.A.C. 7:7-1.7(a), this letter serves as emergency permit to perform work as approved described in the previously submitted workplans as approved by the NJDEP, and as presented above. This emergency permit authorization is expressly contingent upon and compliance with the following conditions:

1. Prior to the initiation of dredging as authorized by this permit, CrowderGulf shall submit the sediment sample results for Zone 5, Area 5-7 and for the Lavallette Beach Channel within Barnegat Bay as required by the sediment sampling plans approved by the NJDEP, Office of Dredging and Sediment Technology.

2. Prior to the initiation of dredging as authorized by this permit, CrowderGulf shall submit revised plans for Zone 5, Areas 5-7 which depict the dredge area to restore navigation to pre-storm depths or to a maximum depth of between – 4 feet below MLW (natural waterway) and – 6 feet below MLW (man-made lagoon). The NJDEP must approve the dredge plan prior to the initiation of work.

3. No dredging activities may commence within the Lavallette Beach Channel until a Notice to Proceed is issued by the State Project Manager.

4. No work shall commence under this emergency permit until a Department of Army Permit is received for the dredging activities in Zone 5.

5. A copy of this emergency permit and the Department of Army Individual Permit shall be kept on any dredge equipment or work area during the entire duration of the construction work authorized by the permits.

6. A pre-construction meeting shall be held prior to initiation of any construction activities authorized by this emergency permit. Crowder Gulf and any subcontractors hired to perform the work authorized by this permit shall be present during the pre-construction meeting. During the pre-construction meeting, the means and methods of the proposed work will be discussed to ensure compliance with the applicable permits.

7. Silt curtains shall be deployed around the dredge areas. The curtains shall be weighted to the bottom and shall be maintained during the entire dredging operation.

8. This emergency permit does not authorize hydraulic dredging. If CrowderGulf proposes to utilize this type of dredging method, it shall obtain written authorization from the NJDEP.

9. Mechanical dredging is prohibited during January 1st through May 31st in order to protect the early life stages of winter flounder. For calendar year 2013, this timing restriction does not apply to the work authorized under this emergency permit.

10. Any material that is determined to be greater than 90% sand shall be screened, sorted, and stockpiled at the following authorized locations:

   - Hiering Avenue Sand Stockpile Site located in Seaside Heights

   - Upland locations at the Cattus Island Park and/or Berkeley Island County Park (mapping attached). Prior to the transport of any sand to the Ocean County Park, Crowder Gulf shall submit a stockpile plan showing the proposed soil and sediment control measures to the implemented at the park sites. The estimated volume to be placed at these two park sites is 26,000 cy.

169

Prior to the placement of any sand at an alternate location, CrowderGulf shall obtain written approval from the NJDEP.

11. Any material that is determined to be less than 90% sand shall be off-loaded into temporary dredge material dewatering facilities consisting of hale bales and silt fencing. Once dried, the material shall be loaded into trucks for transport to:

- Ocean County Landfill for use as daily cover material. CrowderGulf shall perform any additional analytical testing of the material as required by the landfill for beneficial use of the material as daily cover material.

- Upland locations at the Cattus Island Park and/or Berkeley Island County Park (mapping attached). Prior to the transport of any dredged material to the Ocean County Park, Crowder Gulf shall submit a stockpile plan showing the proposed soil and sediment control measures to the implemented at the park sites. The estimated volume to be placed at these two park sites is 26,000 cy.

- Recycling of Central New Jersey located in Jackson, NJ for use in their facility operations

Prior to the placement of any sand at an alternate location, CrowderGulf shall obtain written approval from the NJDEP.

12. Unless expressly directed in writing by the NJDEP, State Project Manager or as expressly authorized by a state or federal permit, dredging is not authorized in Zone 5 in any area designated as "ENSP" and "NHR" as previously shown in mapping provided in the GIS database. This emergency permit does not modify any of the restricted ENSP and NHR areas for Zone 5. Please refer to the April 24, 2013 Procedure for Requesting a Modification to State or Federal Threatened and Endangered Species Timing Restrictions/Buffers Established by State and Federal Regulations.

13. The dredging authorized by this permit shall not affect any historic properties or features listed on, determined to be eligible for listing on, or potentially eligible for listing on the National Register of Historic Places. The contractor shall comply with the "NJDEP Wet Debris and Sand Removal, Section 106 No Adverse Effect Condition Requirements approved on April 26, 2013.

14. This emergency permit expires on July 19, 2014.

The dredging of the identified shoals may be presumed to be consistent with the New Jersey Coastal Zone Management Program. A Water Quality Certificate is authorized.

If you have any questions please feel free to contact me at (609) 292-8838.

Sincerely,

Suzanne D. Dietrick, Chief
Office of Dredging and Sediment Technology
Site Remediation Program

c:    Frank Cianfrani, Philadelphia District Regulatory Branch (via e-mail)
      Scott Douglas, NJDOT, OMR (via e-mail)
      Chris Colletti, Dewberry (via e-mail)
      Don Biggins, Dewberry (via e-mail)
      Sam Rosania, Arcadis (via e-mail)
      Jane Kozinski, Assistant Commissioner, Division of Solid and Hazardous Waste (via e-mail)
      Gary Viola, FEMA (via e-mail)

170

No. 398  REVISED

## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
3/1/2013

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| Point Clear Insurance Services LLC<br>368 Commercial Park Drive<br>Fairhope, AL 36532-1910 | **COMPANIES AFFORDING COVERAGE** | | |
| | COMPANY<br>A | THE GRAY INSURANCE COMPANY | |
| **INSURED**      0106260019 00 | COMPANY<br>B | | |
| CrowderGulf, LLC<br>5435 Business Parkway<br>Theodore, AL 36582-1675 | COMPANY<br>C | | |
| | COMPANY<br>D | | |

### COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO<br>LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE<br>DATE (MM/DD/YY) | POLICY EXPIRATION<br>DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL<br>☐ LIABILITY<br><br>☐ OWNER'S & CONTRACTOR'S PROT | XSGL-073375 | 9/1/2011 | 9/1/2014 | GENERAL AGGREGATE | Unlimited |
| | | | | | PRODUCTS – COMP/OP AGG | $3,000,000.00 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000.00 |
| | | | | | EACH OCCURRENCE | $1,000,000.00 |
| | | | | | FIRE DAMAGE (Any one fire) | $50,000.00 |
| | | | | | MED EXP (Any one person) | $5,000.00 |
| A | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>X ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | XSAL-074072 | 9/1/2011 | 9/1/2014 | COMBINED SINGLE LIMIT | $1,000,000.00 |
| | | | | | BODILY INJURY<br>(Per person) | |
| | | | | | BODILY INJURY<br>(Per accident) | |
| | | | | | PROPERTY DAMAGE | |
| | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY – EA ACCIDENT | |
| | | | | | OTHER THAN AUTO ONLY | |
| | | | | | EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| A | **EXCESS LIABILITY**<br>☐ UMBRELLA FORM<br>X OTHER THAN UMBRELLA<br>   FORM | GXS-042755 | 9/1/2012 | 9/1/2013 | EACH OCCURRENCE | $4,000,000.00 |
| | | | | | AGGREGATE | $4,000,000.00 |
| A | **WORKER'S COMPENSATION AND<br>EMPLOYERS' LIABILITY**<br>THE PROPRIETOR/<br>PARTNERS/EXECUTIVE ☐ INCL<br>OFFICERS ARE: X EXCL | XSWC-070696 | 9/1/2011 | 9/1/2014 | X WC STATU-<br>TORY LIMITS | OTH<br>ER |
| | | | | | EL EACH ACCIDENT | $1,000,000.00 |
| | | | | | EL DISEASE – POLICY LIMIT | $1,000,000.00 |
| | | | | | EL DISEASE – EA EMPLOYEE | $1,000,000.00 |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
The certificate holder is an additional insured on all policies except Workers' Compensation and is provided a Waiver of Subrogation, all if required by written contract. The above insurance policies shall be primary and noncontributory to any other insurance policies maintained by the certificate holder, if required by written contract.

Re:  Disaster Debris Removal and Management Services

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of New Jersey, Division of Purchase and Property, Department of the Treasury, Proposal Receiving Room - 9th Floor<br>Attn: Jonathan Wallace<br>33 West State Street, P. O. Box 230<br>Trenton, NJ  08625-0230 | In the event of cancellation by The Gray Insurance Company and if required by written contract, 30 days written notice will be given to the Certificate Holder.<br>**AUTHORIZED REPRESENTATIVE**<br><br>*John S Ingram*<br><br>THE GRAY INSURANCE COMPANY |

GCF 00 50 01 01 12

Louisiana certificate form:
LDI COI 280990 01 12

171

## CERTIFICATE OF INSURANCE                                    **Page 2**

## THE GRAY INSURANCE COMPANY

The below coverages apply if the corresponding policy number is indicated on the previous page.

A.    Commercial General Liability

General Liability Policy Includes:
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured (CGL Form# CG 20 10 11 85) when required by written contract.
Primary Insurance Wording Included when required by written contract.
Broad Form Property Damage Liability including Explosion, Collapse and Underground (XCU).
Premises/Operations
Products/Completed Operations
Contractual Liability
Sudden and Accidental Pollution Liability
Occurrence Form
Personal Injury
"In Rem" Endorsement
Cross Liability
Severability of Interests Provision
"Action Over" Claims
Independent Contractors coverage for work sublet
Vessel Liability - Watercraft exclusion has been modified by the vessels endorsement on scheduled equipment.
General Aggregate applies per project or equivalent.

B.    Automobile Liability Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

C.    Workers Compensation Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
U.S. Longshoremen's and Harbor Workers Compensation Act Coverage
Outer Continental Shelf Land Act
Jones Act (including Transportation, Wages, Maintenance, and Cure),
Death on the High Seas Act & General Maritime Law.
Maritime Employers Liability Limit: $1,000,000
Voluntary Compensation Endorsement
Other States Insurance
Alternate Employer/Borrowed Servant Endorsement
"In Rem" Endorsement
Gulf of Mexico Territorial Extension

D.    Excess Liability Policy Includes:

Coverage is excess of the Auto Liability, General Liability, Employers Liability, & Maritime Employers Liability policies
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

GCF 00 50 01 01 12

172

No. 398  REVISED

# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YY) |
|---|
| 3/1/2013 |

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Point Clear Insurance Services LLC<br>368 Commercial Park Drive<br>Fairhope, AL 36532-1910 | **COMPANIES AFFORDING COVERAGE** |
| | COMPANY A         THE GRAY INSURANCE COMPANY |
| **INSURED** | COMPANY B |
| CrowderGulf, LLC<br>5435 Business Parkway<br>Theodore, AL 36582-1675 | COMPANY C |
| | COMPANY D |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>☐ OWNER'S & CONTRACTOR'S PROT | XSGL-073375 | 9/1/2011 | 9/1/2014 | GENERAL AGGREGATE<br>PRODUCTS – COMP/OP AGG<br>PERSONAL & ADV INJURY<br>EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person) | Unlimited<br>$3,000,000.00<br>$1,000,000.00<br>$1,000,000.00<br>$50,000.00<br>$5,000.00 |
| A | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>X ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | XSAL-074072 | 9/1/2011 | 9/1/2014 | COMBINED SINGLE LIMIT<br>BODILY INJURY<br>(Per person)<br>BODILY INJURY<br>(Per accident)<br>PROPERTY DAMAGE | $1,000,000.00 |
| | **GARAGE LIABILITY**<br>ANY AUTO | | | | AUTO ONLY – EA ACCIDENT<br>OTHER THAN AUTO ONLY<br>EACH ACCIDENT<br>AGGREGATE | |
| A | **EXCESS LIABILTY**<br>UMBRELLA FORM<br>X OTHER THAN UMBRELLA FORM | GXS-042755 | 9/1/2012 | 9/1/2013 | EACH OCCURRENCE<br>AGGREGATE | $4,000,000.00<br>$4,000,000.00 |
| A | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY**<br>THE PROPRIETOR/<br>PARTNERS/EXECUTIVE   X  INCL<br>OFFICERS ARE              EXCL | XSWC-070696 | 9/1/2011 | 9/1/2014 | X WC STATU-TORY LIMITS ☐ OTH ER<br>EL EACH ACCIDENT<br>EL DISEASE – POLICY LIMIT<br>EL DISEASE – EA EMPLOYEE | <br>$1,000,000.00<br>$1,000,000.00<br>$1,000,000.00 |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
The certificate holder is an additional insured on all policies except Workers' Compensation and is provided a Waiver of Subrogation, all if required by written contract. The above insurance policies shall be primary and noncontributory to any other insurance policies maintained by the certificate holder, if required by written contract.

Re: Disaster Debris Removal and Management Services

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of New Jersey, Division of Purchase and Property, Department of the Treasury, Proposal Receiving Room - 9th Floor<br>Attn: Jonathan Wallace<br>33 West State Street, P. O. Box 230<br>Trenton, NJ 08625-0230 | In the event of cancellation by The Gray Insurance Company and if required by written contract, 30 days written notice will be given to the Certificate Holder.<br>**AUTHORIZED REPRESENTATIVE**<br>_John S Ingram_ |
| GCF 00 50 01 01 12 | THE GRAY INSURANCE COMPANY |

Louisiana certificate form:
LDI COI 280990 01 12

173

## CERTIFICATE OF INSURANCE                         Page 2

## THE GRAY INSURANCE COMPANY

The below coverages apply if the corresponding policy number is indicated on the previous page.

A.    Commercial General Liability

General Liability Policy Includes:
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured (CGL Form# CG 20 10 11 85) when required by written contract.
Primary Insurance Wording Included when required by written contract.
Broad Form Property Damage Liability including Explosion, Collapse and Underground (XCU).
Premises/Operations
Products/Completed Operations
Contractual Liability
Sudden and Accidental Pollution Liability
Occurrence Form
Personal Injury
"In Rem" Endorsement
Cross Liability
Severability of Interests Provision
"Action Over" Claims
Independent Contractors coverage for work sublet
Vessel Liability - Watercraft exclusion has been modified by the vessels endorsement on scheduled equipment.
General Aggregate applies per project or equivalent.

B.    Automobile Liability Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

C.    Workers Compensation Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
U.S. Longshoremen's and Harbor Workers Compensation Act Coverage
Outer Continental Shelf Land Act
Jones Act (including Transportation, Wages, Maintenance, and Cure),
Death on the High Seas Act & General Maritime Law.
Maritime Employers Liability Limit: $1,000,000
Voluntary Compensation Endorsement
Other States Insurance
Alternate Employer/Borrowed Servant Endorsement
"In Rem" Endorsement
Gulf of Mexico Territorial Extension

D.    Excess Liability Policy Includes:

Coverage is excess of the Auto Liability, General Liability, Employers Liability, & Maritime Employers Liability policies
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

GCF 00 50 01 01 12

174

No. 398  REVISED

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
3/1/2013

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

Point Clear Insurance Services LLC
368 Commercial Park Drive
Fairhope, AL  36532-1910

### COMPANIES AFFORDING COVERAGE

| COMPANY A | THE GRAY INSURANCE COMPANY |
|---|---|

| INSURED | COMPANY B | |
|---|---|---|

CrowderGulf, LLC
5435 Business Parkway
Theodore, AL  36582-1675

| COMPANY C | |
|---|---|
| COMPANY D | |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>☐ OWNER'S & CONTRACTOR'S PROT | XSGL-073375 | 9/1/2011 | 9/1/2014 | GENERAL AGGREGATE | Unlimited |
| | | | | | PRODUCTS – COMP/OP AGG | $3,000,000.00 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000.00 |
| | | | | | EACH OCCURRENCE | $1,000,000.00 |
| | | | | | FIRE DAMAGE (Any one fire) | $50,000.00 |
| | | | | | MED EXP (Any one person) | $5,000.00 |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>X ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | XSAL-074072 | 9/1/2011 | 9/1/2014 | COMBINED SINGLE LIMIT | $1,000,000.00 |
| | | | | | BODILY INJURY (Per person) | |
| | | | | | BODILY INJURY (Per accident) | |
| | | | | | PROPERTY DAMAGE | |
| | GARAGE LIABILITY<br>☐ ANY AUTO | | | | AUTO ONLY – EA ACCIDENT | |
| | | | | | OTHER THAN AUTO ONLY | |
| | | | | | EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| A | EXCESS LIABILITY<br>UMBRELLA FORM<br>X OTHER THAN UMBRELLA FORM | GXS-042755 | 9/1/2012 | 9/1/2013 | EACH OCCURRENCE | $4,000,000.00 |
| | | | | | AGGREGATE | $4,000,000.00 |
| A | WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY<br>THE PROPRIETOR/<br>PARTNERS/EXECUTIVE X INCL<br>OFFICERS ARE: ☐ EXCL | XSWC-070696 | 9/1/2011 | 9/1/2014 | X WC STATU-TORY LIMITS ☐ OTH ER | |
| | | | | | EL EACH ACCIDENT | $1,000,000.00 |
| | | | | | EL DISEASE – POLICY LIMIT | $1,000,000.00 |
| | | | | | EL DISEASE – EA EMPLOYEE | $1,000,000.00 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
The certificate holder is an additional insured on all policies except Workers' Compensation and is provided a Waiver of Subrogation, all if required by written contract. The above insurance policies shall be primary and noncontributory to any other insurance policies maintained by the certificate holder, if required by written contract.

Re:  Disaster Debris Removal and Management Services

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of New Jersey, Division of Purchase and Property, Department of the Treasury, Proposal Receiving Room - 9th Floor<br>Attn:  Jonathan Wallace<br>33 West State Street, P. O. Box 230<br>Trenton, NJ  08625-0230 | In the event of cancellation by The Gray Insurance Company and if required by written contract, 60 days written notice will be given to the Certificate Holder.<br>AUTHORIZED REPRESENTATIVE<br><br>*John S Sutton*<br>THE GRAY INSURANCE COMPANY |

GCF 00 50 01 01 12

Louisiana certificate form:
LDI COI 280990 01 12

175

**CERTIFICATE OF INSURANCE**                                  **Page 2**

## THE GRAY INSURANCE COMPANY

**The below coverages apply if the corresponding policy number is indicated on the previous page.**

A.    Commercial General Liability

General Liability Policy Includes:
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured (CGL Form# CG 20 10 11 85) when required by written contract.
Primary Insurance Wording Included when required by written contract.
Broad Form Property Damage Liability including Explosion, Collapse and Underground (XCU).
Premises/Operations
Products/Completed Operations
Contractual Liability
Sudden and Accidental Pollution Liability
Occurrence Form
Personal Injury
"In Rem" Endorsement
Cross Liability
Severability of Interests Provision
"Action Over" Claims
Independent Contractors coverage for work sublet
Vessel Liability - Watercraft exclusion has been modified by the vessels endorsement on scheduled equipment.
General Aggregate applies per project or equivalent.

B.    Automobile Liability Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

C.    Workers Compensation Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
U.S. Longshoremen's and Harbor Workers Compensation Act Coverage
Outer Continental Shelf Land Act
Jones Act (including Transportation, Wages, Maintenance, and Cure),
Death on the High Seas Act & General Maritime Law.
Maritime Employers Liability Limit: $1,000,000
Voluntary Compensation Endorsement
Other States Insurance
Alternate Employer/Borrowed Servant Endorsement
"In Rem" Endorsement
Gulf of Mexico Territorial Extension

D.    Excess Liability Policy Includes:

Coverage is excess of the Auto Liability, General Liability, Employers Liability, & Maritime Employers Liability policies
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

GCF 00 50 01 01 12

176

Crowder/Gulf, LLC 01/23/13

**BEST AND FINAL OFFER (BAFO) - PRICE PROPOSAL FORM - DATED JANUARY 23, 2013**

| Line # | Description | Units | Quantity Tier | Measure of Distance | NORTH REGION ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A)+(B) | CENTRAL REGION ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | SOUTH REGION ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM (A) THRU (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Vegetative Waste – vegetative debris removal from waterway and transport for a prescribed distance from site to TDMA. | CY per mileage intervals | 1 – 10,000 CY | 0-15 miles | 257.00 | 257.00 | 514.00 | 254.00 | 254.00 | 254.00 | 254.00 | 254.00 | 1,270.00 | 262.00 | 262.00 | 262.00 | 262.00 | 1,048.00 | 2,832.00 |
| 2 | | | | 16-30 miles | 263.00 | 263.00 | 526.00 | 260.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,072.00 | 2,898.00 |
| 3 | | | | 31-60 miles | 269.00 | 269.00 | 538.00 | 266.00 | 266.00 | 266.00 | 266.00 | 266.00 | 1,330.00 | 274.00 | 274.00 | 274.00 | 274.00 | 1,096.00 | 2,964.00 |
| 4 | | | | 60+ miles | 275.00 | 275.00 | 550.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 1,360.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,120.00 | 3,030.00 |
| 5 | Vegetative Waste – vegetative debris removal from waterway and transport for a prescribed distance from site to TDMA. | CY per mileage intervals | 10,001 – 25,000 CY | 0-15 miles | 249.00 | 249.00 | 498.00 | 246.00 | 246.00 | 246.00 | 246.00 | 246.00 | 1,230.00 | 248.00 | 248.00 | 248.00 | 248.00 | 992.00 | 2,878.00 |
| 6 | | | | 16-30 miles | 254.00 | 254.00 | 508.00 | 251.00 | 251.00 | 251.00 | 251.00 | 251.00 | 1,255.00 | 254.00 | 254.00 | 254.00 | 254.00 | 1,036.00 | 2,799.00 |
| 7 | | | | 31-60 miles | 260.00 | 260.00 | 520.00 | 257.00 | 257.00 | 257.00 | 257.00 | 257.00 | 1,285.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,060.00 | 2,865.00 |
| 8 | | | | 60+ miles | 235.00 | 235.00 | 470.00 | 232.00 | 232.00 | 232.00 | 232.00 | 232.00 | 1,160.00 | 235.00 | 235.00 | 235.00 | 235.00 | 940.00 | 2,535.00 |
| 9 | Vegetative Waste – vegetative debris removal from waterway and transport for a prescribed distance from site to TDMA. | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 240.00 | 240.00 | 480.00 | 237.00 | 237.00 | 237.00 | 237.00 | 237.00 | 1,185.00 | 240.00 | 240.00 | 240.00 | 240.00 | 960.00 | 2,590.00 |
| 10 | | | | 16-30 miles | 246.00 | 246.00 | 492.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 | 1,215.00 | 246.00 | 246.00 | 246.00 | 246.00 | 984.00 | 2,655.00 |
| 11 | | | | 31-60 miles | 277.00 | 277.00 | 554.00 | 274.00 | 274.00 | 274.00 | 274.00 | 274.00 | 1,370.00 | 282.00 | 282.00 | 282.00 | 282.00 | 1,128.00 | 2,711.00 |
| 12 | | | | 60+ miles | 288.00 | 288.00 | 576.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 1,425.00 | 291.00 | 291.00 | 291.00 | 291.00 | 1,164.00 | 3,052.00 |
| 13 | Vegetative Waste – vegetative debris removal from waterway and transport for a prescribed distance from site to final disposal site. | CY per mileage intervals | 1 – 10,000 CY | 0-15 miles | 297.00 | 297.00 | 594.00 | 294.00 | 294.00 | 294.00 | 294.00 | 294.00 | 1,470.00 | 302.00 | 302.00 | 302.00 | 302.00 | 1,208.00 | 3,151.00 |
| 14 | | | | 16-30 miles | 311.00 | 311.00 | 622.00 | 308.00 | 308.00 | 308.00 | 308.00 | 308.00 | 1,540.00 | 316.00 | 316.00 | 316.00 | 316.00 | 1,264.00 | 3,272.00 |
| 15 | | | | 31-60 miles | 263.00 | 263.00 | 526.00 | 260.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,072.00 | 3,426.00 |
| 16 | | | | 60+ miles | 271.00 | 271.00 | 542.00 | 268.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,340.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,104.00 | 2,898.00 |
| 17 | Vegetative Waste – vegetative debris removal from waterway and transport for a prescribed distance from site to final disposal site. | CY per mileage intervals | 10,001 – 25,000 CY | 0-15 miles | 282.00 | 282.00 | 564.00 | 279.00 | 279.00 | 279.00 | 279.00 | 279.00 | 1,395.00 | 287.00 | 287.00 | 287.00 | 287.00 | 1,148.00 | 2,988.00 |
| 18 | | | | 16-30 miles | 295.00 | 295.00 | 590.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 1,460.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,200.00 | 3,250.00 |
| 19 | | | | 31-60 miles | 248.00 | 248.00 | 496.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 1,225.00 | 253.00 | 253.00 | 253.00 | 253.00 | 1,012.00 | 2,723.00 |
| 20 | | | | 60+ miles | 256.00 | 256.00 | 512.00 | 253.00 | 253.00 | 253.00 | 253.00 | 253.00 | 1,265.00 | 261.00 | 261.00 | 261.00 | 261.00 | 1,044.00 | 2,821.00 |
| 21 | Vegetative Waste – vegetative debris removal from waterway and transport for a prescribed distance from site to final disposal site. | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 266.00 | 266.00 | 532.00 | 263.00 | 263.00 | 263.00 | 263.00 | 263.00 | 1,315.00 | 271.00 | 271.00 | 271.00 | 271.00 | 1,084.00 | 2,868.00 |
| 22 | | | | 16-30 miles | 279.00 | 279.00 | 558.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,380.00 | 284.00 | 284.00 | 284.00 | 284.00 | 1,136.00 | 3,074.00 |
| 23 | | | | 31-60 miles | 257.00 | 257.00 | 514.00 | 254.00 | 254.00 | 254.00 | 254.00 | 254.00 | 1,270.00 | 262.00 | 262.00 | 262.00 | 262.00 | 1,048.00 | 2,832.00 |
| 24 | | | | 60+ miles | 263.00 | 263.00 | 526.00 | 260.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,072.00 | 2,898.00 |
| 25 | C&D – C&D debris removal from waterway and transport for a prescribed distance from site offered to TDMA. | CY per mileage intervals | 1 – 10,000 CY | 0-15 miles | 243.00 | 243.00 | 486.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 1,200.00 | 248.00 | 248.00 | 248.00 | 248.00 | 992.00 | 2,678.00 |
| 26 | | | | 16-30 miles | 254.00 | 254.00 | 508.00 | 251.00 | 251.00 | 251.00 | 251.00 | 251.00 | 1,255.00 | 254.00 | 254.00 | 254.00 | 254.00 | 1,018.00 | 2,744.00 |
| 27 | | | | 31-60 miles | 254.00 | 254.00 | 508.00 | 251.00 | 251.00 | 251.00 | 251.00 | 251.00 | 1,255.00 | 254.00 | 254.00 | 254.00 | 254.00 | 1,018.00 | 2,744.00 |
| 28 | | | | 60+ miles | 275.00 | 275.00 | 550.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 1,360.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,120.00 | 3,030.00 |
| 29 | C&D – C&D debris removal from waterway and transport for a prescribed distance from site offered to TDMA. | CY per mileage intervals | 10,001 – 25,000 CY | 0-15 miles | 243.00 | 243.00 | 486.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 1,200.00 | 248.00 | 248.00 | 248.00 | 248.00 | 992.00 | 2,678.00 |
| 30 | | | | 16-30 miles | 254.00 | 254.00 | 508.00 | 251.00 | 251.00 | 251.00 | 251.00 | 251.00 | 1,255.00 | 254.00 | 254.00 | 254.00 | 254.00 | 1,018.00 | 2,744.00 |
| 31 | | | | 31-60 miles | 283.00 | 283.00 | 566.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,285.00 | 265.00 | 265.00 | 265.00 | 265.00 | 1,060.00 | 2,865.00 |
| 35 | C&D – C&D debris removal from waterway and transport for a prescribed distance from site offered to TDMA. | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 230.00 | 230.00 | 460.00 | 227.00 | 227.00 | 227.00 | 227.00 | 227.00 | 1,135.00 | 235.00 | 235.00 | 235.00 | 235.00 | 940.00 | 2,535.00 |
| 36 | | | | 16-30 miles | 235.00 | 235.00 | 470.00 | 232.00 | 232.00 | 232.00 | 232.00 | 232.00 | 1,160.00 | 240.00 | 240.00 | 240.00 | 240.00 | 960.00 | 2,590.00 |
| 37 | | | | 31-60 miles | 246.00 | 246.00 | 492.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 | 1,215.00 | 251.00 | 251.00 | 251.00 | 251.00 | 1,004.00 | 2,711.00 |
| 38 | C&D – C&D debris removal from waterway and transport for a prescribed distance from site offered to final disposal site. | CY per mileage intervals | 1 – 10,000 CY | 0-15 miles | 277.00 | 277.00 | 554.00 | 274.00 | 274.00 | 274.00 | 274.00 | 274.00 | 1,370.00 | 282.00 | 282.00 | 282.00 | 282.00 | 1,128.00 | 3,052.00 |
| 39 | | | | 16-30 miles | 288.00 | 288.00 | 576.00 | 285.00 | 285.00 | 285.00 | 285.00 | 285.00 | 1,415.00 | 291.00 | 291.00 | 291.00 | 291.00 | 1,164.00 | 3,151.00 |
| 40 | | | | 31-60 miles | 297.00 | 297.00 | 594.00 | 294.00 | 294.00 | 294.00 | 294.00 | 294.00 | 1,470.00 | 302.00 | 302.00 | 302.00 | 302.00 | 1,208.00 | 3,272.00 |
| 41 | | | | 60+ miles | 311.00 | 311.00 | 622.00 | 308.00 | 308.00 | 308.00 | 308.00 | 308.00 | 1,540.00 | 316.00 | 316.00 | 316.00 | 316.00 | 1,264.00 | 3,426.00 |
| 42 | C&D – C&D debris removal from waterway and transport for a prescribed distance from site offered to final disposal site. | CY per mileage intervals | 10,001 – 25,000 CY | 0-15 miles | 263.00 | 263.00 | 526.00 | 260.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,072.00 | 2,898.00 |
| 43 | | | | 16-30 miles | 271.00 | 271.00 | 542.00 | 268.00 | 268.00 | 268.00 | 268.00 | 268.00 | 1,340.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,104.00 | 2,986.00 |
| 44 | | | | 31-60 miles | 282.00 | 282.00 | 564.00 | 279.00 | 279.00 | 279.00 | 279.00 | 279.00 | 1,395.00 | 287.00 | 287.00 | 287.00 | 287.00 | 1,148.00 | 3,107.00 |
| 45 | | | | 60+ miles | 295.00 | 295.00 | 590.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 1,460.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,200.00 | 3,250.00 |
| 46 | C&D – C&D debris removal from waterway and transport for a prescribed distance from site offered to final disposal site. | CY per mileage intervals | Above 25,000 CY | 0-15 miles | 248.00 | 248.00 | 496.00 | 245.00 | 245.00 | 245.00 | 245.00 | 245.00 | 1,225.00 | 253.00 | 253.00 | 253.00 | 253.00 | 1,012.00 | 2,723.00 |
| 47 | | | | 16-30 miles | 256.00 | 256.00 | 512.00 | 253.00 | 253.00 | 253.00 | 253.00 | 253.00 | 1,265.00 | 261.00 | 261.00 | 261.00 | 261.00 | 1,044.00 | 2,821.00 |
| 48 | | | | 31-60 miles | 279.00 | 279.00 | 558.00 | 276.00 | 276.00 | 276.00 | 276.00 | 276.00 | 1,380.00 | 284.00 | 284.00 | 284.00 | 284.00 | 1,136.00 | 2,821.00 |
| 49 | Transport of Reduced Vegetative and C&D | CY per mileage intervals | 1 – 10,000 | 0-15 miles | 19.00 | 19.00 | 38.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 90.00 | 20.00 | 20.00 | 20.00 | 20.00 | 80.00 | 208.00 |
| 50 | | | | 16-30 miles | 25.00 | 25.00 | 50.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 120.00 | 26.00 | 26.00 | 26.00 | 26.00 | 104.00 | 274.00 |

177

CrowderGulf, LLC 01/23/13
**BEST AND FINAL OFFER (BAFO) - PRICE PROPOSAL FORM - DATED JANUARY 23, 2013**

| Line # | Description | Units | Quantity Tier | Measure of Distance | ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A)+(B) | ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM (A) THRU (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Debris from TDMA to final disposal site | CY | | 31-49 miles | 35.00 | 35.00 | 70.00 | 34.00 | 34.00 | 34.00 | 34.00 | 34.00 | 170.00 | 38.00 | 38.00 | 38.00 | 38.00 | 152.00 | 392.00 |
| 52 | | | | 50+ mile | 50.00 | 50.00 | 100.00 | 49.00 | 49.00 | 49.00 | 49.00 | 49.00 | 245.00 | 51.00 | 51.00 | 51.00 | 51.00 | 204.00 | 549.00 |
| 53 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | 10,001-22,000 CY | 0-15 miles | 18.00 | 18.00 | 36.00 | 17.00 | 17.00 | 17.00 | 17.00 | 17.00 | 85.00 | 19.00 | 19.00 | 19.00 | 19.00 | 76.00 | 197.00 |
| 54 | | | | 16-30 miles | 24.00 | 24.00 | 48.00 | 23.00 | 23.00 | 23.00 | 23.00 | 23.00 | 115.00 | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 | 263.00 |
| 55 | | | | 31-49 miles | 34.00 | 34.00 | 68.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 165.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 373.00 |
| 56 | | | | 60+ miles | 48.00 | 48.00 | 96.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 240.00 | 50.00 | 50.00 | 50.00 | 50.00 | 200.00 | 536.00 |
| 57 | Transport of Reduced Vegetative and C&D Debris from TDMA to final disposal site | CY per mileage intervals | Above 22,000 CY | 0-15 miles | 17.00 | 17.00 | 34.00 | 16.00 | 16.00 | 16.00 | 16.00 | 16.00 | 80.00 | 18.00 | 18.00 | 18.00 | 18.00 | 72.00 | 186.00 |
| 58 | | | | 16-30 miles | 23.00 | 23.00 | 46.00 | 22.00 | 22.00 | 22.00 | 22.00 | 22.00 | 110.00 | 24.00 | 24.00 | 24.00 | 24.00 | 96.00 | 252.00 |
| 59 | | | | 31-49 miles | 33.00 | 33.00 | 66.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | 160.00 | 34.00 | 34.00 | 34.00 | 34.00 | 136.00 | 362.00 |
| 60 | | | | 60+ miles | 48.00 | 48.00 | 96.00 | 47.00 | 47.00 | 47.00 | 47.00 | 47.00 | 235.00 | 49.00 | 49.00 | 49.00 | 49.00 | 196.00 | 527.00 |
| 61 | White Goods Removal to final disposal site | Unit | 1+100 Units | N/A | 250.00 | 250.00 | 500.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 1,200.00 | 255.00 | 255.00 | 255.00 | 255.00 | 1,020.00 | 2,720.00 |
| 62 | Electronic Waste - removal of "e-waste" that contains hazardous materials, besides computer monitors and televisions | Unit | Above 100 Units | N/A | 200.00 | 200.00 | 400.00 | 195.00 | 195.00 | 195.00 | 195.00 | 195.00 | 975.00 | 200.00 | 200.00 | 200.00 | 200.00 | 800.00 | 2,175.00 |
| 63 | Electronic Waste - removal of "e-waste" that contains hazardous materials, besides computer monitors and televisions | Unit | 1+100 Units | N/A | 215.00 | 215.00 | 430.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 1,050.00 | 215.00 | 215.00 | 215.00 | 215.00 | 860.00 | 2,340.00 |
| 64 | Freon Management - from management and recycling | Unit | Above 100 Units | N/A | 140.00 | 140.00 | 280.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 675.00 | 140.00 | 140.00 | 140.00 | 140.00 | 560.00 | 1,515.00 |
| 65 | Freon Management - from management and recycling | Unit | 1+100 Units | N/A | 115.00 | 115.00 | 230.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 550.00 | 115.00 | 115.00 | 115.00 | 115.00 | 460.00 | 1,240.00 |
| 66 | Sand Collection - removal of displaced sand from waterway | Unit | Above 100 Units | N/A | 60.00 | 60.00 | 120.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 300.00 | 60.00 | 60.00 | 60.00 | 60.00 | 240.00 | 660.00 |
| 67 | Sand Collection - removal of displaced sand from waterway | CY | 1-50,000 CY | N/A | 64.00 | 64.00 | 128.00 | 64.00 | 64.00 | 64.00 | 64.00 | 64.00 | 320.00 | 64.00 | 64.00 | 64.00 | 64.00 | 256.00 | 704.00 |
| 68 | Sand Collection - removal of displaced sand from waterway | CY | 50,001-100,000 CY | N/A | 58.00 | 58.00 | 116.00 | 57.00 | 57.00 | 57.00 | 57.00 | 57.00 | 285.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 633.00 |
| 69 | Sand Collection - removal of displaced sand from waterway | CY | Above 100,000 CY | N/A | 52.00 | 52.00 | 104.00 | 51.00 | 51.00 | 51.00 | 51.00 | 51.00 | 235.00 | 52.00 | 52.00 | 52.00 | 52.00 | 208.00 | 587.00 |
| 70 | Unconsolidated Sand Transport - excavating of sand to restore to "beach quality"; transport and rudimentary placement on beach, and proper disposal of nonrecycling byproducts | CY per mileage intervals | 1-50,000 CY | 0-15 miles | 22.00 | 22.00 | 44.00 | 22.00 | 22.00 | 22.00 | 22.00 | 22.00 | 110.00 | 22.00 | 22.00 | 22.00 | 22.00 | 88.00 | 242.00 |
| 71 | | | | 16-30 miles | 27.00 | 27.00 | 54.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 135.00 | 27.00 | 27.00 | 27.00 | 27.00 | 108.00 | 297.00 |
| 72 | | | | 31-49 miles | 37.00 | 37.00 | 74.00 | 37.00 | 37.00 | 37.00 | 37.00 | 37.00 | 185.00 | 37.00 | 37.00 | 37.00 | 37.00 | 148.00 | 407.00 |
| 73 | | | | 60+ miles | 60.00 | 60.00 | 120.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 300.00 | 60.00 | 60.00 | 60.00 | 60.00 | 240.00 | 660.00 |
| 75 | Unconsolidated Sand Transport - excavating of sand to restore to "beach quality"; transport and rudimentary placement on beach, and proper disposal of nonrecycling byproducts | CY per mileage intervals | 50,001-100,000 CY | 0-15 miles | 21.00 | 21.00 | 42.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 105.00 | 21.00 | 21.00 | 21.00 | 21.00 | 84.00 | 231.00 |
| 76 | | | | 16-30 miles | 25.00 | 25.00 | 50.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 125.00 | 25.00 | 25.00 | 25.00 | 25.00 | 100.00 | 275.00 |
| 77 | | | | 31-49 miles | 35.00 | 35.00 | 70.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 175.00 | 35.00 | 35.00 | 35.00 | 35.00 | 140.00 | 360.00 |
| 78 | | | | 60+ miles | 58.00 | 58.00 | 116.00 | 58.00 | 58.00 | 58.00 | 58.00 | 58.00 | 290.00 | 58.00 | 58.00 | 58.00 | 58.00 | 232.00 | 638.00 |
| 79 | Unconsolidated Sand Transport - excavating of sand to restore to "beach quality"; transport and rudimentary placement on beach, and proper disposal of nonrecycling byproducts | CY per mileage intervals | 100,000 CY | 0-15 miles | 20.00 | 20.00 | 40.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 100.00 | 20.00 | 20.00 | 20.00 | 20.00 | 80.00 | 220.00 |
| 80 | | | | 16-30 miles | 23.00 | 23.00 | 46.00 | 23.00 | 23.00 | 23.00 | 23.00 | 23.00 | 115.00 | 23.00 | 23.00 | 23.00 | 23.00 | 92.00 | 262.00 |
| 81 | | | | 31-49 miles | 33.00 | 33.00 | 66.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 165.00 | 33.00 | 33.00 | 33.00 | 33.00 | 132.00 | 363.00 |
| 82 | | | | 60+ miles | 56.00 | 56.00 | 112.00 | 56.00 | 56.00 | 56.00 | 56.00 | 56.00 | 280.00 | 56.00 | 56.00 | 56.00 | 56.00 | 224.00 | 618.00 |
| 83 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 1-50,000 CY | 0-15 miles | 22.00 | 22.00 | 44.00 | 22.00 | 22.00 | 22.00 | 22.00 | 22.00 | 110.00 | 22.00 | 22.00 | 22.00 | 22.00 | 88.00 | 242.00 |
| 84 | | | | 16-30 miles | 27.00 | 27.00 | 54.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 135.00 | 27.00 | 27.00 | 27.00 | 27.00 | 108.00 | 297.00 |
| 85 | | | | 31-49 miles | 37.00 | 37.00 | 74.00 | 37.00 | 37.00 | 37.00 | 37.00 | 37.00 | 185.00 | 37.00 | 37.00 | 37.00 | 37.00 | 148.00 | 407.00 |
| 86 | | | | 60+ miles | 60.00 | 60.00 | 120.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 300.00 | 60.00 | 60.00 | 60.00 | 60.00 | 240.00 | 660.00 |
| 87 | Contaminated Sand Transport and Disposal - removal of contaminated sand and disposal at site to be determined by State | CY per mileage intervals | 50,001-100,000 CY | 0-15 miles | 19.00 | 19.00 | 38.00 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 95.00 | 19.00 | 19.00 | 19.00 | 19.00 | 76.00 | 209.00 |
| 88 | | | | 16-30 miles | 23.00 | 23.00 | 46.00 | 23.00 | 23.00 | 23.00 | 23.00 | 23.00 | 115.00 | 23.00 | 23.00 | 23.00 | 23.00 | 92.00 | 253.00 |
| 89 | | | | 31-49 miles | 33.00 | 33.00 | 66.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 165.00 | 33.00 | 33.00 | 33.00 | 33.00 | 132.00 | 350.00 |
| 90 | | | | 60+ miles | 56.00 | 56.00 | 112.00 | 56.00 | 56.00 | 56.00 | 56.00 | 56.00 | 280.00 | 56.00 | 56.00 | 56.00 | 56.00 | 224.00 | 616.00 |
| 91 | | | | 0-15 miles | 18.00 | 18.00 | 36.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 90.00 | 18.00 | 18.00 | 18.00 | 18.00 | 72.00 | 198.00 |

178

CrowderGulf, LLC 01/23/13

## BEST AND FINAL OFFER (BAFO) - PRICE PROPOSAL FORM - DATED JANUARY 23, 2013

| Line # | Description | Units | Quantity Tier | Measure of Distance | ZONE 1 (A) | ZONE 2 (B) | REGION TOTAL (A+B) | ZONE 3 (C) | ZONE 4 (D) | ZONE 5 (E) | ZONE 6 (F) | ZONE 7 (G) | REGION TOTAL SUM (C) THRU (G) | ZONE 8 (H) | ZONE 9 (I) | ZONE 10 (J) | ZONE 11 (K) | REGION TOTAL SUM (H) THRU (K) | STATE TOTAL SUM (A) THRU (K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Contaminated Soils Transport and Disposal - removal of contaminated soil and disposal at site to be determined by State | CY per mileage intervals | Above 100,000 CY | 16-30 miles | 21.00 | 21.00 | 42.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 105.00 | 21.00 | 21.00 | 21.00 | 21.00 | 84.00 | 231.00 |
| 92 | | | | 31-60 miles | 31.00 | 31.00 | 62.00 | 31.00 | 31.00 | 31.00 | 31.00 | 31.00 | 155.00 | 31.00 | 31.00 | 31.00 | 31.00 | 124.00 | 341.00 |
| 93 | | | | 60+ miles | 54.00 | 54.00 | 108.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 270.00 | 54.00 | 54.00 | 54.00 | 54.00 | 216.00 | 594.00 |
| 94 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | 1-10 Units | N/A | 1,400.00 | 1,400.00 | 2,800.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 6,750.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 5,600.00 | 15,150.00 |
| 95 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | 11-25 Units | N/A | 1,300.00 | 1,300.00 | 2,600.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 6,250.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 5,200.00 | 14,050.00 |
| 96 | Vehicle Removal - removal of vehicles from waterway and transport to aggregation site | Unit | Above 25 Units | N/A | 800.00 | 800.00 | 1,600.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 4,000.00 | 800.00 | 800.00 | 800.00 | 800.00 | 3,200.00 | 8,800.00 |
| 97 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 1-50 Vessels | 0-18 feet | 220.00 | 220.00 | 440.00 | 220.00 | 220.00 | 220.00 | 220.00 | 220.00 | 1,100.00 | 220.00 | 220.00 | 220.00 | 220.00 | 880.00 | 2,420.00 |
| 98 | | | | 19-29 feet | 290.00 | 290.00 | 580.00 | 290.00 | 290.00 | 290.00 | 290.00 | 290.00 | 1,450.00 | 290.00 | 290.00 | 290.00 | 290.00 | 1,160.00 | 3,190.00 |
| 99 | | | | 30-39 feet | 380.00 | 380.00 | 760.00 | 380.00 | 380.00 | 380.00 | 380.00 | 380.00 | 1,900.00 | 380.00 | 380.00 | 380.00 | 380.00 | 1,520.00 | 4,180.00 |
| 100 | | | | over 40 feet | 450.00 | 450.00 | 900.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 2,250.00 | 450.00 | 450.00 | 450.00 | 450.00 | 1,800.00 | 4,950.00 |
| 101 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | 51-100 Vessels | 0-18 feet | 210.00 | 210.00 | 420.00 | 210.00 | 210.00 | 210.00 | 210.00 | 210.00 | 1,050.00 | 210.00 | 210.00 | 210.00 | 210.00 | 840.00 | 2,310.00 |
| 102 | | | | 19-29 feet | 280.00 | 280.00 | 560.00 | 280.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,400.00 | 280.00 | 280.00 | 280.00 | 280.00 | 1,120.00 | 3,080.00 |
| 103 | | | | 30-39 feet | 370.00 | 370.00 | 740.00 | 370.00 | 370.00 | 370.00 | 370.00 | 370.00 | 1,850.00 | 370.00 | 370.00 | 370.00 | 370.00 | 1,480.00 | 4,070.00 |
| 104 | | | | over 40 feet | 440.00 | 440.00 | 880.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 2,200.00 | 440.00 | 440.00 | 440.00 | 440.00 | 1,760.00 | 4,840.00 |
| 105 | Vessel Removal - removal of vessel from waterway and transport to aggregation site | Per Linear Foot | Above 100 Vessels | 0-18 feet | 200.00 | 200.00 | 400.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,000.00 | 200.00 | 200.00 | 200.00 | 200.00 | 800.00 | 2,200.00 |
| 106 | | | | 19-29 feet | 260.00 | 260.00 | 520.00 | 260.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,300.00 | 260.00 | 260.00 | 260.00 | 260.00 | 1,040.00 | 2,860.00 |
| 107 | | | | 30-39 feet | 340.00 | 340.00 | 680.00 | 340.00 | 340.00 | 340.00 | 340.00 | 340.00 | 1,700.00 | 340.00 | 340.00 | 340.00 | 340.00 | 1,360.00 | 3,740.00 |
| 108 | | | | over 40 feet | 430.00 | 430.00 | 860.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 2,150.00 | 430.00 | 430.00 | 430.00 | 430.00 | 1,720.00 | 4,730.00 |
| 109 | Pre-removal Assessment of Debris - use of each effective technology, including side scan sonar to provide identification and assessment of debris locations | Price per acre | | 0-100 acres | 170.00 | 170.00 | 340.00 | 170.00 | 170.00 | 170.00 | 170.00 | 170.00 | 850.00 | 170.00 | 170.00 | 170.00 | 170.00 | 680.00 | 1,870.00 |
| 110 | | | | 101-300 acres | 140.00 | 140.00 | 280.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 700.00 | 140.00 | 140.00 | 140.00 | 140.00 | 560.00 | 1,540.00 |
| 111 | | | | 301-600 acres | 115.00 | 115.00 | 230.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 575.00 | 115.00 | 115.00 | 115.00 | 115.00 | 460.00 | 1,265.00 |
| 112 | | | | 601-1000 acres | 90.00 | 90.00 | 180.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 450.00 | 90.00 | 90.00 | 90.00 | 90.00 | 360.00 | 990.00 |
| 113 | | | | 1001+ acres | 80.00 | 80.00 | 160.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 400.00 | 80.00 | 80.00 | 80.00 | 80.00 | 320.00 | 880.00 |
| 114 | Verification of Debris Removal - use of each effective technology, including side scan sonar to provide verification to State that debris has been removed and waterway depth has been restored | Price per acre | | 0-100 acres | 145.00 | 145.00 | 290.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 725.00 | 145.00 | 145.00 | 145.00 | 145.00 | 580.00 | 1,595.00 |
| 115 | | | | 101-300 acres | 120.00 | 120.00 | 240.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 600.00 | 120.00 | 120.00 | 120.00 | 120.00 | 480.00 | 1,320.00 |
| 116 | | | | 301-600 acres | 100.00 | 100.00 | 200.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 500.00 | 100.00 | 100.00 | 100.00 | 100.00 | 400.00 | 1,100.00 |
| 117 | | | | 601-1000 acres | 75.00 | 75.00 | 150.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 375.00 | 75.00 | 75.00 | 75.00 | 75.00 | 300.00 | 825.00 |
| 118 | | | | 1001+ acres | 50.00 | 50.00 | 100.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 250.00 | 50.00 | 50.00 | 50.00 | 50.00 | 200.00 | 550.00 |
| 120 | Operation of Vehicle/Vessel Aggregation Site - operation of vehicle and vessel aggregation site, includes all phases of operation, including tower equipment, security, staffing and restoration of site to previous condition | Per Day | | Daily | 2,000.00 | 2,000.00 | 4,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 10,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 8,000.00 | 22,000.00 |
| 120 | Operation of Temporary Debris Management Area - operation of TDMA, includes all phases of operation, including tower equipment, security and staffing and restoration of site to previous condition | Per Day | | Daily | 2,000.00 | 2,000.00 | 4,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 10,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 8,000.00 | 22,000.00 |

Total State Price is the single price that Bidder would offer, per price line, for all 11 zones in the State.

179

No. 398 REVISED

## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
3/1/2013

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Point Clear Insurance Services LLC<br>368 Commercial Park Drive<br>Fairhope, AL 36532-1910 | **COMPANIES AFFORDING COVERAGE** |
| | COMPANY A  THE GRAY INSURANCE COMPANY |
| **INSURED**  0106260019 00 | COMPANY B |
| CrowderGulf, LLC<br>5435 Business Parkway<br>Theodore, AL 36582-1675 | COMPANY C |
| | COMPANY D |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X  COMMERCIAL GENERAL LIABILITY<br>☐ OWNER'S & CONTRACTOR'S PROT | XSGL-073375 | 9/1/2011 | 9/1/2014 | GENERAL AGGREGATE | Unlimited |
| | | | | | PRODUCTS – COMP/OP AGG | $3,000,000.00 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000.00 |
| | | | | | EACH OCCURRENCE | $1,000,000.00 |
| | | | | | FIRE DAMAGE (Any one fire) | $50,000.00 |
| | | | | | MED EXP (Any one person) | $5,000.00 |
| A | **AUTOMOBILE LIABILITY**<br>X  ANY AUTO<br>X  ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X  HIRED AUTOS<br>X  NON-OWNED AUTOS | XSAL-074072 | 9/1/2011 | 9/1/2014 | COMBINED SINGLE LIMIT | $1,000,000.00 |
| | | | | | BODILY INJURY (Per person) | |
| | | | | | BODILY INJURY (Per accident) | |
| | | | | | PROPERTY DAMAGE | |
| | **GARAGE LIABILITY**<br>ANY AUTO | | | | AUTO ONLY – EA ACCIDENT | |
| | | | | | OTHER THAN AUTO ONLY<br>EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| A | **EXCESS LIABILTY**<br>UMBRELLA FORM<br>X  OTHER THAN UMBRELLA FORM | GXS-042755 | 9/1/2012 | 9/1/2013 | EACH OCCURRENCE | $4,000,000.00 |
| | | | | | AGGREGATE | $4,000,000.00 |
| A | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY**<br>THE PROPRIETOR/<br>PARTNERS/EXECUTIVE  X  INCL<br>OFFICERS ARE:  EXCL | XSWC-070696 | 9/1/2011 | 9/1/2014 | X  WC STATU-TORY LIMITS  OTH ER | |
| | | | | | EL EACH ACCIDENT | $1,000,000.00 |
| | | | | | EL DISEASE – POLICY LIMIT | $1,000,000.00 |
| | | | | | EL DISEASE – EA EMPLOYEE | $1,000,000.00 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
The certificate holder is an additional insured on all policies except Workers' Compensation and is provided a Waiver of Subrogation, all if required by written contract. The above insurance policies shall be primary and noncontributory to any other insurance policies maintained by the certificate holder, if required by written contract.

Re: Disaster Debris Removal and Management Services

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of New Jersey, Division of Purchase and Property, Department of the Treasury, Proposal Receiving Room - 9th Floor<br>Attn: Jonathan Wallace<br>33 West State Street, P. O. Box 230<br>Trenton, NJ 08625-0230 | In the event of cancellation by The Gray Insurance Company and if required by written contract, 30 days written notice will be given to the Certificate Holder. |
| | AUTHORIZED REPRESENTATIVE |
| | *John S Ingram*  |
| GCF 00 50 01 01 12 | THE GRAY INSURANCE COMPANY |

Louisiana certificate form:
LDI COI 280990 01 12

180

## CERTIFICATE OF INSURANCE                                    Page 2

### THE GRAY INSURANCE COMPANY

**The below coverages apply if the corresponding policy number is indicated on the previous page.**

A.    Commercial General Liability

   General Liability Policy Includes:
   Blanket Waiver of Subrogation when required by written contract.
   Blanket Additional Insured (CGL Form# CG 20 10 11 85) when required by written contract.
   Primary Insurance Wording Included when required by written contract.
   Broad Form Property Damage Liability including Explosion, Collapse and Underground (XCU).
   Premises/Operations
   Products/Completed Operations
   Contractual Liability
   Sudden and Accidental Pollution Liability
   Occurrence Form
   Personal Injury
   "In Rem" Endorsement
   Cross Liability
   Severability of Interests Provision
   "Action Over" Claims
   Independent Contractors coverage for work sublet
   Vessel Liability - Watercraft exclusion has been modified by the vessels endorsement on scheduled equipment.
   General Aggregate applies per project or equivalent.

B.    Automobile Liability Policy Includes:

   Blanket Waiver of Subrogation when required by written contract.
   Blanket Additional Insured when required by written contract.

C.    Workers Compensation Policy Includes:

   Blanket Waiver of Subrogation when required by written contract.
   U.S. Longshoremen's and Harbor Workers Compensation Act Coverage
   Outer Continental Shelf Land Act
   Jones Act (including Transportation, Wages, Maintenance, and Cure),
   Death on the High Seas Act & General Maritime Law.
   Maritime Employers Liability Limit: $1,000,000
   Voluntary Compensation Endorsement
   Other States Insurance
   Alternate Employer/Borrowed Servant Endorsement
   "In Rem" Endorsement
   Gulf of Mexico Territorial Extension

D.    Excess Liability Policy Includes:

   Coverage is excess of the Auto Liability, General Liability, Employers Liability, & Maritime Employers Liability policies
   Blanket Waiver of Subrogation when required by written contract.
   Blanket Additional Insured when required by written contract.

GCF 00 50 01 01 12

No. 398  REVISED

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
3/1/2013

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Point Clear Insurance Services LLC 368 Commercial Park Drive Fairhope, AL 36532-1910 | **COMPANIES AFFORDING COVERAGE** |
| | COMPANY A          THE GRAY INSURANCE COMPANY |
| **INSURED** | COMPANY B |
| CrowderGulf, LLC 5435 Business Parkway Theodore, AL 36582-1675 | COMPANY C |
| | COMPANY D |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | GENERAL AGGREGATE | Unlimited |
| | X  COMMERCIAL GENERAL LIABILITY | | | | PRODUCTS – COMP/OP AGG | $3,000,000.00 |
| A | ☐ | XSGL-073375 | 9/1/2011 | 9/1/2014 | PERSONAL & ADV INJURY | $1,000,000.00 |
| | OWNER'S & CONTRACTOR'S PROT | | | | EACH OCCURRENCE | $1,000,000.00 |
| | | | | | FIRE DAMAGE (Any one fire) | $50,000.00 |
| | | | | | MED EXP (Any one person) | $5,000.00 |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT | $1,000,000.00 |
| | X  ANY AUTO | | | | BODILY INJURY | |
| | X  ALL OWNED AUTOS | | | | (Per person) | |
| | SCHEDULED AUTOS | | | | BODILY INJURY | |
| A | X  HIRED AUTOS | XSAL-074072 | 9/1/2011 | 9/1/2014 | (Per accident) | |
| | X  NON-OWNED AUTOS | | | | PROPERTY DAMAGE | |
| | **GARAGE LIABILITY** | | | | AUTO ONLY – EA ACCIDENT | |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY | |
| | | | | | EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| | **EXCESS LIABILTY** | | | | EACH OCCURRENCE | $4,000,000.00 |
| | UMBRELLA FORM | | | | AGGREGATE | $4,000,000.00 |
| A | X  OTHER THAN UMBRELLA FORM | GXS-042755 | 9/1/2012 | 9/1/2013 | | |
| | **WORKER'S COMPENSATION AND** | | | | X  WC STATU-TORY LIMITS  OTHER | |
| | **EMPLOYERS' LIABILITY** | | | | EL EACH ACCIDENT | $1,000,000.00 |
| A | THE PROPRIETOR/ PARTNERS/EXECUTIVE  X  INCL | XSWC-070696 | 9/1/2011 | 9/1/2014 | EL DISEASE – POLICY LIMIT | $1,000,000.00 |
| | OFFICERS ARE       EXCL | | | | EL DISEASE – EA EMPLOYEE | $1,000,000.00 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
The certificate holder is an additional insured on all policies except Workers' Compensation and is provided a Waiver of Subrogation, all if required by written contract. The above insurance policies shall be primary and noncontributory to any other insurance policies maintained by the certificate holder, if required by written contract.

Re: Disaster Debris Removal and Management Services

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of New Jersey, Division of Purchase and Property, Department of the Treasury, Proposal Receiving Room - 9th Floor Attn: Jonathan Wallace 33 West State Street, P. O. Box 230 Trenton, NJ 08625-0230 | In the event of cancellation by The Gray Insurance Company and if required by written contract, 30 days written notice will be given to the Certificate Holder. **AUTHORIZED REPRESENTATIVE** *John S. Simpson* |
| GCF 00 50 01 01 12 | THE GRAY INSURANCE COMPANY |

Louisiana certificate form:
LDI COI 280990 01 12

182

## CERTIFICATE OF INSURANCE                                    Page 2

### THE GRAY INSURANCE COMPANY

**The below coverages apply if the corresponding policy number is indicated on the previous page.**

A.    Commercial General Liability

General Liability Policy Includes:
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured (CGL Form# CG 20 10 11 85) when required by written contract.
Primary Insurance Wording Included when required by written contract.
Broad Form Property Damage Liability including Explosion, Collapse and Underground (XCU).
Premises/Operations
Products/Completed Operations
Contractual Liability
Sudden and Accidental Pollution Liability
Occurrence Form
Personal Injury
"In Rem" Endorsement
Cross Liability
Severability of Interests Provision
"Action Over" Claims
Independent Contractors coverage for work sublet
Vessel Liability - Watercraft exclusion has been modified by the vessels endorsement on scheduled equipment.
General Aggregate applies per project or equivalent.

B.    Automobile Liability Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

C.    Workers Compensation Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
U.S. Longshoremen's and Harbor Workers Compensation Act Coverage
Outer Continental Shelf Land Act
Jones Act (including Transportation, Wages, Maintenance, and Cure),
Death on the High Seas Act & General Maritime Law.
Maritime Employers Liability Limit: $1,000,000
Voluntary Compensation Endorsement
Other States Insurance
Alternate Employer/Borrowed Servant Endorsement
"In Rem" Endorsement
Gulf of Mexico Territorial Extension

D.    Excess Liability Policy Includes:

Coverage is excess of the Auto Liability, General Liability, Employers Liability, & Maritime Employers Liability policies
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

GCF 00 50 01 01 12

183

No. 398  REVISED

## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
3/1/2013

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Point Clear Insurance Services LLC 368 Commercial Park Drive Fairhope, AL 36532-1910 | **COMPANIES AFFORDING COVERAGE** |
| | COMPANY A |
| | THE GRAY INSURANCE COMPANY |
| **INSURED** | COMPANY B |
| CrowderGulf, LLC 5435 Business Parkway Theodore, AL 36582-1675 | COMPANY C |
| | COMPANY D |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY ☐ OWNER'S & CONTRACTOR'S PROT | XSGL-073375 | 9/1/2011 | 9/1/2014 | GENERAL AGGREGATE | Unlimited |
| | | | | | PRODUCTS – COMP/OP AGG | $3,000,000.00 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000.00 |
| | | | | | EACH OCCURRENCE | $1,000,000.00 |
| | | | | | FIRE DAMAGE (Any one fire) | $50,000.00 |
| | | | | | MED EXP (Any one person) | $5,000.00 |
| A | **AUTOMOBILE LIABILITY** X ANY AUTO X ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | XSAL-074072 | 9/1/2011 | 9/1/2014 | COMBINED SINGLE LIMIT | $1,000,000.00 |
| | | | | | BODILY INJURY (Per person) | |
| | | | | | BODILY INJURY (Per accident) | |
| | | | | | PROPERTY DAMAGE | |
| | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY – EA ACCIDENT | |
| | | | | | OTHER THAN AUTO ONLY EACH ACCIDENT | |
| | | | | | AGGREGATE | |
| A | **EXCESS LIABILITY** UMBRELLA FORM X OTHER THAN UMBRELLA FORM | GXS-042755 | 9/1/2012 | 9/1/2013 | EACH OCCURRENCE | $4,000,000.00 |
| | | | | | AGGREGATE | $4,000,000.00 |
| A | **WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY** THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: X INCL EXCL | XSWC-070696 | 9/1/2011 | 9/1/2014 | X WC STATU- TORY LIMITS   OTH ER | |
| | | | | | EL EACH ACCIDENT | $1,000,000.00 |
| | | | | | EL DISEASE – POLICY LIMIT | $1,000,000.00 |
| | | | | | EL DISEASE – EA EMPLOYEE | $1,000,000.00 |
| | OTHER | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS
The certificate holder is an additional insured on all policies except Workers' Compensation and is provided a Waiver of Subrogation, all if required by written contract. The above insurance policies shall be primary and noncontributory to any other insurance policies maintained by the certificate holder, if required by written contract.

Re: Disaster Debris Removal and Management Services

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| State of New Jersey, Division of Purchase and Property, Department of the Treasury, Proposal Receiving Room - 9th Floor Attn: Jonathan Wallace 33 West State Street, P. O. Box 230 Trenton, NJ 08625-0230 | In the event of cancellation by The Gray Insurance Company and if required by written contract, 60 days written notice will be given to the Certificate Holder. |
| | **AUTHORIZED REPRESENTATIVE** *John S Simpson* |
| GCF 00 50 01 01 12 | THE GRAY INSURANCE COMPANY |

Louisiana certificate form:
LDI COI 280990 01 12

184

**CERTIFICATE OF INSURANCE**                                    **Page 2**

## THE GRAY INSURANCE COMPANY

**The below coverages apply if the corresponding policy number is indicated on the previous page.**

A.     Commercial General Liability

General Liability Policy Includes:
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured (CGL Form# CG 20 10 11 85) when required by written contract.
Primary Insurance Wording Included when required by written contract.
Broad Form Property Damage Liability including Explosion, Collapse and Underground (XCU).
Premises/Operations
Products/Completed Operations
Contractual Liability
Sudden and Accidental Pollution Liability
Occurrence Form
Personal Injury
"In Rem" Endorsement
Cross Liability
Severability of Interests Provision
"Action Over" Claims
Independent Contractors coverage for work sublet
Vessel Liability – Watercraft exclusion has been modified by the vessels endorsement on scheduled equipment.
General Aggregate applies per project or equivalent.

B.     Automobile Liability Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

C.     Workers Compensation Policy Includes:

Blanket Waiver of Subrogation when required by written contract.
U.S. Longshoremen's and Harbor Workers Compensation Act Coverage
Outer Continental Shelf Land Act
Jones Act (including Transportation, Wages, Maintenance, and Cure),
Death on the High Seas Act & General Maritime Law.
Maritime Employers Liability Limit: $1,000,000
Voluntary Compensation Endorsement
Other States Insurance
Alternate Employer/Borrowed Servant Endorsement
"In Rem" Endorsement
Gulf of Mexico Territorial Extension

D.     Excess Liability Policy Includes:

Coverage is excess of the Auto Liability, General Liability, Employers Liability, & Maritime Employers Liability policies
Blanket Waiver of Subrogation when required by written contract.
Blanket Additional Insured when required by written contract.

GCF 00 50 01 01 12

185



2/7/13

| STATE OF NEW JERSEY<br>**REQUEST FOR WAIVER OF ADVERTISING**<br>DEPARTMENT OF THE TREASURY • DIVISION OF PURCHASE AND PROPERTY<br>INSTRUCTIONS:  Complete and answer ALL ITEMS 1 thru 17.  See statutory citations<br>52:34-9 & 52:34-10 and refer to current waiver procurement circular<br>for detailed instructions. | | (FOR PURCHASE BUREAU USE ONLY)<br>Waiver No: **AG - 080**<br><br>Document Number: |

## PART I — MUST BE COMPLETED BY REQUESTING AGENCY

| 1. Agency Name *(include Department)*<br>Department of Environmental Protection | 2. Agency Contract Manager Name<br>Jane Kozinski | 3. Agency Contract Manager Telephone Number<br>609-292-2795 |
|---|---|---|
| 4. Date Item/Service Needed<br>Immediate | 5. Agency Contract Manager E-mail<br>Jane.Kozinski@dep.state.nj.us | 6. Agency Contract Manager Fax Number<br>609-777-1330 |
| 7. Recommended Vendor *(Name and Address)*<br>Various          (see attachment) | 8. Statutory Citation(s)<br>N.J.S.A. 52:34  10 (b) Public Exigency | |

| Vendor No: _____<br>*(If more than one vendor, check here ☑ and attach list.)* | 9. Funding Source | | | | 10. Total Amount Requested<br>$100,000,000. |
|---|---|---|---|---|---|
| | Fiscal Year | State | Fed. | Other | |
| | 2013 | 10 % | 90 % | % | $ |

11. Provide a brief concise summary of nature and purpose of waiver.
Do not complete this block with "See Attached" or "N/A."  Begin summary in this block and continue on separate sheets if needed.
This waiver will allow for the award of three contracts to provide FEMA compliant waterway debris removal work to the State.  The scope of work include waterway debris removal in areas of the Hudson River, Newark Bay, Raritan Bay, all coastal bays and inland waterways in Monmouth, Ocean, Atlantic and Cape May Counties and Delaware Bay.  The work includes the identification and location of          ☑ Check here if continued on separate sheet.

12. Explain what attempts were made to obtain competition.  "N/A" is not acceptable.  Attach all proposals, price quotations, etc. received.
Do not complete this block with "See Attached" or "N/A."  Begin explanation in this block and continue on separate pages if required.
The Division of Purchase and Property issued an RFQ on January 11, 2013.  Proposals and Price Quotes were provided to the Purchase Bureau on January 18, 2013.  DPP has all required proposals          ☐ Check here if continued on separate sheet.

13. What are the program consequences of not meeting the delivery date given in Item 4 above? (Support with documentation.)
Do not complete this block with "See Attached" or "N/A."  Begin explanation in this block and continue on separate sheets if required.
The contract requirements of the waterway debris clean up must commence immediately to remove threats to the public health and safety.          ☑ Check here if continued on separate sheet.

| ▼ Answer Questions 14, 15, 16 by checking proper column at right. | | Yes | N/A | 17. DEPARTMENT CERTIFICATION<br>I certify to the accuracy of the above statements and to the following as indicated: |
|---|---|---|---|---|
| 14. | If required under Circular No. 98-14-OMB/DPP/OTS, have the following approvals been sought: (a) OMB for professional services; (b) OIT for consultant services and approval of Telecommunications, Information Technology Consultant Services, equipment and software? | (a) | ✓ | ☒ This is not a conforming waiver.<br>☐ This is an authorized conforming waiver.  My signature certifies receipt of all offers of the item/service and that the prices charged were reasonable.<br>☐ This is an unauthorized conforming waiver. |
| | | (b) | ✓ | |
| 15. | Is a vendor proposal(s) attached detailing the scope of work or item description, including an explanation of rates/prices and terms and conditions? | | ✓ | |
| 16. | Is the Justification Statement, required by the current Waiver Procurement Circular, explaining the circumstances of emergency bid-ability, compatibility, more favorable terms and/or market conditions necessitating this waiver attached? | | ✓ | 2/7/13          2/7/2013<br>*(Signature of Department Head)*          *(Date)* |

## PART II — TO BE COMPLETED BY DIVISION OF PURCHASE AND PROPERTY

| A. | | FORMS | | | | APPROVALS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Are the goods or services to be purchased available under an existing State Contract?<br>☐ Yes  ☐ No | | EO 129 | ☐ Yes | ☐ No | ☐ N/A | EO 134 | ☐ Yes | ☐ No | ☐ N/A |
| Are the prices reasonable compared to other contracts for similar goods or services?<br>☐ Yes  ☐ No  ☐ N/A | | Funding | ☐ Yes | ☐ No | ☐ N/A | OMB | ☐ Yes | ☐ No | ☐ N/A |
| Are there any formal complaints on file against the vendor(s)? *[if yes, give status of complaint(s)]*<br>☐ Yes  ☐ No  ☐ N/A | | State Tax Set-Aside: | ☐ Yes | ☐ No | ☐ N/A | OIT | ☐ Yes | ☐ No | ☐ N/A |
| Are the Waivered terms and conditions attached to the proposal?<br>☐ Yes  ☐ No  ☐ N/A | | Ownership Disclosure: | ☐ Yes | ☐ No | ☐ N/A | | | | |
| Competition Sought?<br>☐ Yes  ☐ No | | Business Registration Certificate: | ☐ Yes | ☐ No | ☐ N/A | | | | |
| Competition Received?<br>☐ Yes  ☐ No | | Affirmative Action Compliance: | ☐ Yes | ☐ No | ☐ N/A | | | | |
| Citation(s):<br>N.J.S.A. 52:34 | | McBride Principle: | ☐ Yes | ☐ No | ☐ N/A | | | | |

| Reviewed By: _____ *(Date)* | Amount Not to Exceed $ _____ | |
|---|---|---|
| B. Legal: This Waiver is approved as to legal sufficiency.<br>1. _____ 3/14/13<br>*(Director — Div. Purchase & Property)*  *(Date)*<br>2. *Melissa A. Jones 10(b)* 3/13/13<br>*(Deputy Attorney General)*  *(Date)* | C. Approved by State Treasurer<br><br>_____ | Date<br>3-18-13 |

PB-129 – Doc Type 183 – Revid 09/2005

186

Attachment for PB-129    Additional Vendors

1. AshBritt
   565 East Hillsboro Blvd.
   Deerfield Beach, Florida 33441

2. Donjon Marine Co., Inc.
   100 Central Ave.
   Hillside, New Jersey 07205

3. CrowderGulf
   5435 Business Parkway
   Theodore, Alabama 36582

187

Attachment for PB-129     Sections   11 and 13

11. submerged debris (vessels, vehicles, house structures, construction and demolition debris and vegetative waste), removing all identified debris from State waterways, disposing or recycling of the debris, and sand dredging from the waterways once the debris has been removed and redistributing of recovered sand on the states beach.

13. specify that 75% of the required work must be completed by July 1, 2013. This date insures that all navigational channels have been cleared to allow for the operations of commercial fishing and before the recreational boating season begins this spring/summer. The State Marine Police have determined that due to this debris our critical tourism waterways will not be able to be opened to the public without this expedited and intense debris removal effort.

188

PURCHASE BUREAU
CERTIFICATION OF WAIVER FUNDING AVAILABILITY

| 1 | 3 | | | | | | |
|---|---|---|---|---|---|---|---|
| FY | | TRANSACTION DATE | | | | | |

| 4800 | 0 | 4 | 2 |
|---|---|---|---|
| REQUESTING AGCY | | No. | |

### CONTACT INFORMATION

| Name: | David Barth |
|---|---|
| Telephone Number: | 609-292-9230 |
| Fax Number: | 609-633-3727 |
| eMail Address: | David.Barth@dep.state.nj.us |

| FUND | ORG CODE | SUBORG | APPR UNIT | ACTIVITY CODE | OBJECT CODE | SUB-OBJ | REV SRCE | SUB-REV | PROJECT JOB NUMBER | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 4800 | | 378 | | 7110 | | | | A7571200 | $99,999,999. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### DESCRIPTION

For the purchase of Wet Debris Removal Services

*For replacement of AshBrill contract specific to Waterway Debris Removal for local and for State Government via Cooperative Purchasing Program*

| 9 | 2 | 6 | 4 | 2 |
|---|---|---|---|---|
| NIGP COMMODITY CODE (5 DIGITS) | | | | |

TOTAL AMOUNT    NaN

Complete Items 1, 2 and 3 below from the MACS-E RQS4 screen.

1. Requesting Agency

| 4 | 2 | 4 | 8 | 0 | 0 |
|---|---|---|---|---|---|
| (6 digits) | | | | | |

2. Ship To Agency / Sub

| 4 | 2 | 4 | 8 | 0 | 0 | 0 | 0 | 1 |
|---|---|---|---|---|---|---|---|---|
| (6 + 3 digits) | | | | | | | | |

3. Bill To Agency / Sub

| 4 | 2 | 4 | 8 | 0 | 0 | 0 | 0 | 1 |
|---|---|---|---|---|---|---|---|---|
| (6 + 3 digits) | | | | | | | | |

*Reg E 10/1/63*

I hereby certify that funding portrayed herein is available, and all is in compliance with all regulations and procedures promulgated by the Division of Purchase and Property and the Office of Management and Budget.

_____    3/8/13
Signature / Chief Agency Fiscal Officer    Date

PB 129C (Rev. 4-08)

189