EXHIBIT E



13_B0669

## MASTER SUBCONTRACT

STATE OF ___Alabama___

COUNTY of ___Mobile___          CITY OF ___Mobile___

This **MASTER SUBCONTRACT** (hereinafter referred to as "Subcontract") is entered into this _28 th_ day of _February_ , 2013, between **CROWDERGULF, LLC** (hereinafter referred to as "Contractor"), an equal opportunity employer, and ___Bill-Jim Construction Company, inc.___ (hereinafter referred to as "Subcontractor") for the provision of services, equipment and/or materials, in accordance with the terms and conditions set forth herein.

WHEREAS, Contractor anticipates entering into, or has already entered into an agreements with local, state, or federal entities (each such entity hereinafter referred to as the "Client") for the provision of clean up and related services required in response to a natural or man-made disaster (any such agreements between Client and Contractor hereinafter referred to as the "Prime Contract"); and

WHEREAS, Contractor cannot foresee what services and materials will be required to allow it to fulfill its obligations under any particular Prime Contract, or when they will be needed, but it anticipates that certain services and materials will be needed in a time frame that will not allow for extensive contract negotiations; and

WHEREAS, Contractor and Subcontractor intend to set up a mechanism for Contractor to issue one or more Work Orders to Subcontractor that will incorporate the terms and conditions herein and thus expedite commencement of the work of Subcontractor.

NOW THEREFORE, the Contractor and Subcontractor, for themselves, and their respective heirs, successors, and assigns agree as follows:

1. **WORK ORDER.**

A.    Subcontractor agrees to provide services, equipment and/or materials (hereinafter referred to as the "Work"), on an as needed basis, pursuant to the terms of any written Work Order executed by Contractor and Subcontractor prior to the termination of this Subcontract. In order to be valid, each Work Order must identify the general location or jurisdiction where Subcontractor's Work is to be performed, identify the Client and the applicable Prime Contract, set forth the services, equipment, and/or materials to be supplied by Subcontractor, establish a schedule for progress of the Work, specify the compensation to be paid for the Work, and be signed by a duly authorized representative of Contractor and of Subcontractor. The terms of this Subcontract shall be and are hereby deemed to be incorporated into any Work Order issued by Contractor to Subcontractor, and any Work Order may include terms and requirements that are in addition to what is contained in this Subcontract.

B.    This Subcontract does not guarantee Subcontractor any work. Contractor may employ other subcontractors to perform services and/or supply equipment and materials in addition to or instead of Subcontractor.

CrowderGulf, LLC
Master Subcontract Edition Aug 2012

Subcontractor Initials

2.    CONTRACT DOCUMENTS.

A.    The Contract Documents shall include this Subcontract and any attachments or exhibits thereto, any Subcontract Amendments issued to Subcontractor during the course of its performance hereunder, any Work Order(s) issued to Subcontractor, the Prime Contract for the projects covered by any Work Order, the Contractor's Safety Manual, and any attachments, exhibits, or amendments to those documents.    Subcontractor has the affirmative duty to obtain copies of and review the Contract Documents.    Should any inconsistencies appear in the Contract Documents, Subcontractor has the affirmative duty to notify Contractor in writing within two (2) days of Subcontractor's discovery thereof. Upon receipt of said notice, Contractor shall instruct Subcontractor in writing as to the measures to be taken, and Subcontractor shall comply with Contractor's instructions.

B.    In the event of any conflicts between the provisions contained in the Contract Documents, the Subcontractor shall comply with them, all as may be amended from time to time, in order of precedence, which is as follows (the first document being the controlling document):

1.  Prime Contract and any attachments or exhibits thereto;
2.  Work Order issued pursuant to this Subcontract;
3.  This Subcontract and any attachments or exhibits thereto; and
4.  Contractor's Safety Manual.

Requirements differing in degree are not conflicts, and Subcontractor shall comply with the more onerous requirement.

C.    Notwithstanding the foregoing, to the extent any law or regulation conflicts with any provision in the Contract Documents, the law or regulation will take precedence over the conflicting contract provision if the contract provision cannot be interpreted to prevent such a conflict.

3.    PERFORMANCE OF WORK.

A.    Subcontractor agrees to perform all Work in accordance with the Contract Documents.

B.    Subcontractor agrees to perform all Work in accordance with the requirements and instructions listed on Exhibit "A" attached hereto.

C.    Subcontractor agrees to do the required Work in a timely, efficient and workmanlike manner.

D.    Subcontractor's management personnel shall be present on the job site and attentive to their assigned work areas at all times.

E.    Subcontractor acknowledges and agrees that it may perform Work under the badge and colors of Contractor and that its personnel may wear uniforms and use safety and other equipment sporting Contractor's name and logo; Subcontractor acknowledges and agrees that, if it performs work for private property owners or other entities while also performing Work for Contractor in the same vicinity, confusion might arise as to responsibility for certain work and liability for any wrongdoing or payment for the work; Subcontractor further acknowledges that, while it is working for Contractor, its actions may have any effect on Contractor's reputation, image, and goodwill; Subcontractor acknowledges and agrees that, if it negligently or unprofessionally performs work for private property owners, other contractors or subcontractor, or other entities, while also performing Work for Contractor, its actions may tarnish, endanger, or harm the reputation, image, and goodwill of Contractor even though Contractor may have no control over, influence on, or responsibility for those actions.    For these reasons, Subcontractor agrees as follows:

Subcontractor Initials

BIL-JIM00006367

i.    During the performance of the Work, Subcontractor, and its employees, subcontractors, and agents, shall not perform work for any entity other than Contractor, including but not limited to any other contractor or subcontractor, the Client, any governmental entity, or any private property owner, within the Prime Contract jurisdiction of the site of the Work performed under this Subcontract without the prior written consent of Contractor;

ii.    Subcontractor shall not, under any circumstance, use or allow its employees, subcontractors, or agents to use vehicles, equipment, tools, uniforms, or any materials belonging to Contractor, bearing Contractor's name or logo, or being used to perform Work for Contractor while performing work for any person or entity other than Contractor; and

iii.    Notwithstanding any other provision of this Subcontract, in the event Subcontractor violates the provisions of this Subsection E, this Subcontract shall be deemed immediately terminated without further notice, Subcontractor shall forfeit any retainage remaining to be paid to it by Contractor or the Client, and Contractor shall be entitled to issuance of an injunction restraining Subcontractor from committing or continuing any such violation.

4.    TIME IS OF THE ESSENCE.

A.    Subcontractor understands that the Work is or will be critically time sensitive and of an emergency nature. Time shall be and hereby is made the essence of Subcontractor's obligations hereunder and under any Work Order. Subcontractor shall diligently and continuously prosecute any and all of Subcontractor's Work and obligations hereunder and under any Work Order, and any failure by Subcontractor to sustain progress to timely complete all Work as required shall constitute a material default of Subcontractor's obligations. Subcontractor shall be liable to Contractor for any damages resulting from a delay by Subcontractor in performing any Work.

B.    If Subcontractor's performance of the Work is delayed, altered, rescheduled, interfered with, or for any reason extended, Contractor shall not be liable for any costs or damages attributable to delay unless and only if Contractor is compensated by the Client for any such cost or damage to Subcontractor. Subcontractor shall be entitled to an extension of the time to perform the Work only on such grounds as are granted to Contractor under the Prime Contract, and the extension of Contractor's time to perform by the Client shall be a condition precedent to Subcontractor's right to any extension of time to perform. Subcontractor's sole remedy for any delay shall be an extension of the time to perform.

5.    INDEPENDENT CONTRACTOR RELATIONSHIP.    Nothing herein shall create, or be construed to create, between Contractor and Subcontractor an employer/employee or principal/agent relationship; rather, the relationship of Subcontractor to Contractor shall be that of an independent contractor. Subcontractor shall have no right to obligate Contractor for payment of materials or for other costs and expenses. Subcontractor shall pay all taxes and contributions imposed or required by any law relating to the employees of Subcontractor. Contractor shall have the right (but not the obligation) to decide the time, order and priority in which the various portions of the Work shall be performed and all other matters relative to the timely and orderly conduct of Subcontractor's Work. However, it is further understood and agreed that the performance of Subcontractor under the Subcontract is subject to the control of Contractor only as to the result to be accomplished and not as to the means, methods and manner for accomplishing that result.

6.    COMPLIANCE WITH LAWS AND REGULATIONS.

A.    Subcontractor acknowledges that its Work may be provided in various locations and may be subject to the specific requirements of federal, state and/or local government agencies. Subcontractor

CrowderGulf, LLC
Master Subcontract.Edition Aug.2012                    3                    Subcontractor Initials

shall comply with all laws, ordinances, codes and regulations, whether federal, state or local, applicable to any Work it provides, including the maintenance of any necessary license or registration for the performance of its Work. The statutes that may apply to the Work include, but are not limited to, the Truth in Negotiations Act (10 U.S.C. §§ 2306 et seq.; 41 U.S.C. §§ 254b et seq.); Cost or Pricing Data Requirements (10 U.S.C. § 2306a and 41 U.S.C. § 254b); the Contract Work Hour and Safety Standards Act (40 U.S.C. §§ 327-333); Davis Bacon Act (40 U.S.C. §§ 276a-276a-7); Copeland Act (18 U.S.C. § 874 and 40 U.S.C. 276c); Service Contract Act (41 U.S.C. § 351 et seq.); Walsh-Healey Public Contracts Act (41 U.S.C. §§ 35-45); Regulations of the Department of Labor at Volume 29 of the Code of Federal Regulations; Vietnam Era Veterans Readjustment Assistance Act of 1972 as amended (38 U.S.C. § 4211 and 4212); Rehabilitations Act of 1973 (29 U.S.C. § 793); Equal Employment Opportunity Executive Orders and Regulations (E.O. 11246, September 24, 1965); Fair Labor Standards Act; Americans with Disabilities Act; Contract Disputes Act (41 U.S.C. § 605) (certification requirements for claims to include subcontractor claims which must be certified); Small Business Subcontracting Plan Requirements (15 U.S.C. § 637(d)); any applicable statutory cost limitations, cost or price ceilings, not to exceed prices or guaranteed maximum price; Cost Accounting Standards (41 U.S.C. § 422 (including 48 C.F.R. Chapter 99)); Pollution Prevention and Right-to-Know Information (Executive Order 12856; 42 U.S.C. § 11001-11050; 42 U.S.C. § 13101-13109); Resource Conservation and Recovery Act of 1976 (42 U.S.C. § 6901 et seq.); Drug-Free Work Place Act (41 U.S.C. § 701 et seq.); Buy American Act (41 U.S.C. § 10); Examination of Records (10 U.S.C. § 2313 and 41 U.S.C. § 254d) and any implementing regulation or associated Executive Orders. Specifically, Subcontractor is bound by and must comply with the Federal Acquisition Regulations and all applicable agency supplements to the same extent that the Contractor must so comply or is bound. Subcontractor shall pay all taxes, fees, licenses, permits and expenses required by this Article shall be at no additional cost to Contractor.

B.    Subcontractor acknowledges that it is required to conform to the requirements of the governing wage determinations, including minimum wage rates, established fringe benefits, vacations, and observed holidays.

C.    Subcontractor represents and warrants that it has complied with all federal and all applicable state and local, immigration and employee eligibility laws, statutes, rules, codes, orders and regulations (collectively "Immigration Laws"), including, without limitation, the Immigration Reform and Control Act of 1986, as amended (including but not limited to the provisions of the Act prohibiting hiring and continued employment of unauthorized aliens, requiring verification and record keeping with respect to identity and eligibility for employment, and prohibiting discrimination on the basis of national origin, United States citizenship, or citizenship status), and the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as amended, and any successor statutes thereto. Subcontractor represents and warrants that it has properly maintained all records required by the United States immigration and Customs Enforcement ("ICE") or any other federal, state, or local authority that may have jurisdiction over the Work ("Immigration Authorities"), including, without limitation, completion and maintenance of the Form I-9 for each of Subcontractor's employees, and that it has responded in a timely fashion to any inspection requests related to such I-9 Forms. Subcontractor agrees to comply with all Immigration Laws during the term of the project, to properly maintain all records required by ICE or other Immigration Authorities, and to timely respond to any inspection requests. Subcontractor further agrees to fully cooperate, and to cause its directors, officers, managers, agents and employees to fully cooperate, with any audit, inquiry, inspection or investigation of Subcontractor, or any of its employees, that may be conducted by ICE or other Immigration Authorities. Subcontractor shall immediately, and in no event later than two (2) hours, notify Contractor's representative in writing and by in-person voice communication (not voice mail) of any unscheduled inspections, raids, investigations, inquiries, visits or audits conducted by ICE or any other Immigration Authority of Subcontractor, or its subcontractors, material men, or employees. Subcontractor shall ensure that its subcontractors and material men are in compliance with the provisions of this Article.

D.    Subcontractor agrees that any violation or breach of any of the foregoing provisions, or a determination by ICE or any other Immigration Authority that Subcontractor, or any of its subcontractors and material men, has not complied with any Immigration Law, shall amount to a default under this Subcontract, and be cause for Contractor to exercise its rights of termination.  To the fullest extent permitted by law, Subcontractor shall defend, indemnify and hold harmless Contractor, Client, and their consultants, agents, and employees of each of them, from and against any and all claims, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from the Subcontractor's breach of this Article.

E.    Subcontractor shall enroll in the E-Verify program and provide to Contractor acceptable evidence of enrollment at the time of the execution of this Subcontract.  Acceptable evidence consists of a copy of the properly completed E-Verify Company Profile page or a copy of the fully executed E-Verify Memorandum of Understanding for the company.  Additional information regarding the Employment Eligibility Verification System (E-Verify) program may be obtained at following website: http://www.dhs.gov/E-Verify.  Subcontractor shall familiarize itself with all rules and regulations governing this program.

F.    In the event the Work to be performed by Subcontractor is subject to union agreements, Subcontractor is not entitled to any Work price increase for compliance with union agreement requirements except to the extent the Client additionally compensates Contractor for compliance with said labor requirements.

G.    Subcontractor shall comply with all applicable labor requirements, including any union agreements or labor laws or regulations.  Subcontractor shall indemnify and save harmless Contractor from any and all penalties, forfeitures, sanctions, liabilities, loss, cost, and attorneys' fees and expenses imposed upon or incurred by Contractor because of or arising out of any failure of Subcontractor to comply with such provisions.

H.    Subcontractor shall employ only such persons as are acceptable to Contractor and Client, and Subcontractor shall remove from any work site covered by this Subcontract any employee as required by Contractor or Client.

7.    INSURANCE.

A.    Subcontractor specifically agrees and understands that prior to the start of any Work, Subcontractor, and all sub-subcontractors, drivers, operators, etc. working for Subcontractor, must obtain and shall maintain in force for the duration of any activities by Subcontractor with regard to any Work Order, all insurance policies listed on Exhibit "B" in the amounts reflected therein.

B.    Subcontractor, and all sub-subcontractors, drivers, operators, etc. working for Subcontractor, must name the following entities as certificate holders on all required insurance policies:

i.    The Client identified in the Prime Contract which relates to any Work Order issued to Subcontractor for the relevant project; and

ii.    CrowderGulf, LLC.

C.    Prior to start of any Work, Subcontractor must fax a copy of all insurance policies required hereunder to Contractor to the attention of Jenny Todd at (251) 459-7433 and must mail the original policies to Contractor at 5435 Business Parkway, Theodore, Alabama 36582.

D.    If Subcontractor has any questions about the required insurance policies, Subcontractor should contact Jenny Todd at (251) 459-7430.

Subcontractor initials

BIL-JIM00006370

E.    Failure by Subcontractor to obtain or maintain any insurance coverage(s) as required by this Subcontractor shall constitute a material default of Subcontractor's obligations and shall, notwithstanding any contract provisions to the contrary, entitle Contractor at its option to immediately (i) stop all Work by Subcontractor pending submission of adequate proof of the existence of proper coverage (no such stop work order shall entitle Subcontractor to additional time or money), (ii) terminate any or all Work Orders and/or this Subcontract for default, (iii) purchase proper coverage(s) and charge all costs thereof to Subcontractor, and/or (iv) withhold any further payments to Subcontractor until arrangements for the required coverage(s) are made.

F.    All insurance policies shall contain a provision stating that the coverages afforded thereunder shall not be canceled or not renewed, or restrictive modifications added, until at least thirty (30) days prior written notice has been given to Contractor. Certificates of insurance acceptable to Contractor shall be faxed or mailed to Contractor to the attention of Jenny Todd at the address or facsimile number above prior to the start of any Work. The following statement shall be submitted on each certificate: **"The insurance coverage afforded on this certificate will not be materially changed or cancelled without thirty (30) days <u>written</u> notice to the certificate holder."** Contractor's receipt of any insurance certificate that fails to comply with any terms herein shall not constitute a waiver of any of Subcontractor's obligations or of any of Contractor's rights hereunder.

G.    A waiver of subrogation in favor of Contractor and Client shall be provided from all insurance carriers including the Workers' Compensation carrier.

H.    Subcontractor's Commercial General Liability, Automobile Liability, and Workers' Compensation Coverages shall be primary, and any applicable insurance carried by either the Owner or Contractor shall be excess over Subcontractor's insurance.

8.    REPRESENTATIONS AND WARRANTIES OF SUBCONTRACTOR.

A.    Subcontractor represents and warrants that it is experienced in the type of services to be provided under any Work Order and that it has the necessary equipment, manpower, materials, and funding to perform this Subcontract and any Work Order issued pursuant to this Subcontract in accordance with the requirements and instructions listed on <u>Exhibit "A."</u>

B.    Subcontractor warrants to Contractor that all Work will be of good and workmanlike quality and fit for the purpose intended. Subcontractor agrees to correct all Work performed or material supplied by it under this Subcontract which proves defective or deficient within the period of time specified in the Contract Documents. Subcontractor agrees to satisfy such warranty obligations without cost to Contractor or Client. If no warranty is required of Contractor in the Prime Contract, then Subcontractor shall warrant its Work for one year from the date of last performance of work or delivery of materials. This warranty shall be in addition to all other warranties and remedies, express or implied, under Alabama state or federal law. Subcontractor further agrees to execute any special warranties or releases that may be required for Subcontractor's Work prior to final payment for any particular Work Order.

C.    Subcontractor hereby represents and warrants that it is not a debarred contractor and understands and agrees that any infraction on its part of local, state or federal law or of this Subcontract, any Work Order, the Prime Contract, or other Contract Documents shall lead to immediate termination of this Subcontract and any Work Order issued pursuant to this Subcontract.

D.    Subcontractor warrants and represents that all of its employees and subcontractors are treated equally during employment without regards to race, color, religion, sex, age, disability, veteran

CrowderGulf, LLC
Master Subcontract, Edition Aug.2012              6              Subcontractor Initials

status, military obligations, genetic information, national origin, or any other characteristic protected by applicable state or federal law.

9.    SAFETY.

A.    Subcontractor agrees to perform all Work required by the Contract Documents so as to avoid injury or damages to persons or property. Subcontractor shall have the affirmative duty to obtain and keep a copy of Contractor's Safety Manual, current as of the date of any applicable Work Order, and to obtain updated copies during the performance of the Subcontract.

B.    Subcontractor shall supply all services, equipment and materials under this Agreement in accordance with such Safety Manual and shall comply with any applicable provisions of the Occupational Safety and Health Act and all other applicable federal, state and local government safety codes and regulations.

C.    Subcontractor shall be solely responsible for insuring the safety of its employees. Subcontractor shall take all necessary precautions for the safety of its employees and others at the project site and shall at all times maintain discipline and good order among its employees.

D.    Subcontractor shall also comply with all safety programs, rules, requirements imposed under the Prime Contract.

10.    INDEMNITY.

A.    To the fullest extent permitted by law, Subcontractor agrees to save harmless, indemnify and defend the Client, Contractor, and their respective agents, partners, affiliates, directors, officers and employees from any and all claims, demands, losses, damages, fines, penalties, judgments, and costs of suit (including attorneys fees and litigation expenses of any kind) incurred by any party to be indemnified herein arising, directly or indirectly, on account of or in connection with any act or omission of Subcontractor relating in any way to the Subcontract or its performance under any Work Order, regardless of whether such loss, penalty or expense is caused in part by any party to be indemnified herein and regardless of whether such loss, penalty or expense arises out of Subcontractor's use of any materials, tools, machinery or other property of Contractor. Subcontractor's duty of indemnification shall not extend, however, to any loss, penalty or expense caused by the sole negligence of the party seeking to be indemnified herein.

B.    Subcontractor's obligations under this article entitled "Indemnity" extend to any loss, penalty or expense attributable to or arising out of any act or omission of any person, firm, or corporation providing services, equipment or materials at the request of Subcontractor or by anyone for whose acts and omissions Subcontractor is otherwise legally liable. For example, Subcontractor shall indemnify and hold harmless Contractor from any liability to Client arising out of an alleged violation of certification requirements of the Contract Disputes Act (41 U.S.C. § 605), the Prompt Payment Act (31 U.S.C. § 3903), or other federal or state statutes relating to the validity of Subcontractor claims, proposals, applications or requests for payment.

C.    In any and all claims against the Client, Contractor, or others being indemnified herein by any employee of Subcontractor, anyone directly or indirectly employed by the Subcontractor, or anyone for whose acts the Subcontractor may be liable, the indemnification obligation under this Article shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for Subcontractor under worker's or workmen's compensation acts, disability benefit acts or other employee benefit acts.

BIL-JIM00006372

D.   Subcontractor shall be liable to, and shall defend, indemnify, and hold harmless, Contractor for any loss or expense, including reasonable attorneys fees, resulting from Subcontractor's failure to provide or require any insurance coverage described herein.

11.   PAYMENT.

A.   Subject to the terms of this Subcontract, Contractor agrees to pay Subcontractor as set forth in the Work Order.  Unless expressly provided otherwise, all requirements of the Contract Documents are compensated solely and exclusively by the pricing set forth in a duly issued Work Order. No amounts in excess of the amounts specified in the Work Order shall be paid without the written agreement of Contractor, which agreement in writing shall be a condition precedent to any right of Subcontractor to such payments.

B.   **Notwithstanding anything in the Contract Documents to the contrary, it shall be an absolute condition precedent to any liability of Contractor to pay Subcontractor for progress or final payments for any Work performed by Subcontractor that Contractor be in receipt of payment by Client for such Work. If Client has not paid Contractor, for whatever reason (including, but not limited to, Client 's inability to pay, insolvency, bankruptcy or other financial problems), Subcontractor agrees that Contractor shall not be liable to, or indebted to, Subcontractor on account of such Work. Subcontractor accepts the risk that it will not be paid for Work performed by or for Subcontractor in the event that Contractor, for whatever reason, is not paid by Owner for such Work, and Subcontractor relies entirely for payment for Work performed on the credit of Owner, and not of Contractor.  In the event Contractor pays Subcontractor for any Work performed pursuant to any Work Order issued hereunder prior to receiving full payment for such Work from Client, Contractor shall not be deemed to have waived of this provision as to any other payment due to Subcontractor.**

C.   Subject to the foregoing Subsections A and B, payment shall be made as follows:

i.   Payments will be based on valid documentation, as provided or required by Contractor or Client at the time of Work performance, showing proof of Work done.  Any discrepancy between the documentation showing proof of Work done kept in the records Contractor, Subcontractor, the Client, or any governmental authority will be reconciled, and payment will be adjusted accordingly. Should Subcontractor notice any such discrepancy, it should report the discrepancy to Contractor immediately.

ii.   Unless applicable law requires otherwise, Subcontractor shall be paid ninety per cent (90%) on a weekly basis, following the second week.  Payment will be made two weeks in arrears on the Thursday following the week ending the previous Sunday.

iii.   Subject to reconciliation of Contractor's, Client's, and Subcontractor's records, the retainage withheld on a weekly basis will be paid upon satisfaction of all of the following requirements: (1) the final release of the Prime Contract between Contractor and its Client; (2) the completion by Subcontractor and the acceptance by Contractor and its Client of all Work required under any Work Order issued hereunder, including final clean up and damage repairs; and (3) Subcontractor's provision of proof to Contractor of satisfactory payment and settlement with all of Subcontractor's employees and subcontractors.

12.   DUTY TO PAY FOR SERVICES AND SUPPLIES.

A.   Subcontractor shall make timely payment for all labor, services, supplies, equipment, and/or sub-subcontracts relating in any way to Subcontractor's Work.  If Contractor receives a claim that Subcontractor has not paid for work or materials supplied, then after providing Subcontractor ten (10)

CrowderGulf, LLC
Master Subcontract Edition Aug.2012                    8

Subcontractor Initials

days' notice of these claims, Contractor may, but is not obligated to, resolve the claims itself and pay the claims from any monies due or to become due Subcontractor. The liability of Subcontractor hereunder shall extend to and include the full amount of any and all sums paid and obligations assumed by Contractor in good faith under the belief that such amounts were properly payable by Subcontractor. As Contractor's administrative fee for handling the claims, Contractor shall be entitled to 20% of the amount of the claims from Subcontractor. In the event the unpaid balance payable to Subcontractor is not sufficient to satisfy Subcontractor's liability under this Article, Subcontractor shall pay to Contractor all the balance of any obligation defined herein.

B.    If Subcontractor objects within the ten (10) day notice period to Contractor resolving any claim, or Contractor is unable to resolve any claim, and litigation, mediation, or arbitration is initiated, Contractor shall have the right to retain out of any payment due or to become due under the Subcontract an amount sufficient to indemnify Contractor against such lien or claim, including reasonable attorneys' fees and litigation, mediation, or arbitration expenses.

13.    FORFEITURE OF RETAINAGE.    Subcontractor's failure to complete final cleanup in its assigned work areas to the satisfaction of Contractor and the Client, will result in forfeiture of the Subcontractor's retainage. Contractor may, in exercise of its sole and absolute discretion, hire other subcontractors and pay them out of the retainage withheld from Subcontractor to complete the final cleanup.

14.    TAXES.    Subcontractor agrees to pay all local, state, and federal taxes incurred during the performance of the Subcontract and any Work Orders issued pursuant to it; and Subcontractor specifically agrees to make all necessary withholding tax deductions from employees' salaries for state and federal taxes and shall provide all persons employed with the necessary and appropriate 1099, and/or W-2 statements as required by law.

15.    ASSIGNMENT.

A.    Subcontractor may not assign or sub-subcontract any portion of its Work under any Work Order without the prior written consent of Contractor, which consent may be granted, granted upon satisfaction of certain conditions, including but not limited to Subcontractor's mandatory use of a sub-subcontract substantially in the form of one which may be provided to Subcontractor by Contractor, or withheld in its sole discretion. In the event Subcontractor does, with Contractor's prior written consent, assign or sub-subcontract any portion of its Work, Contractor shall and is hereby deemed to be a third-party beneficiary of said assignment or sub-subcontract and shall have the right, but not the obligation, to directly enforce the terms thereof, including the right to terminate any sub-subcontractor or materials supplier and to require Subcontractor to perform the Work sub-subcontracted or assigned itself.

B.    Contractor may assign this Subcontract to any party and shall, in the event of such an assignment, provide prior or contemporaneous notice thereof to Subcontractor.

16.    NOTICES.    All notices and communications required or permitted to be given to any Party hereunder shall be in writing and shall be deemed duly given on the earlier of (i) the date when delivered by hand; (ii) upon receipt when delivered by electronic mail, proof of which may be satisfied by delivery confirmation produced by the sender's electronic mail software; (iii) the next business day after delivery by a reputable overnight delivery service; or (iv) three (3) business days after being placed in the United States Mail. All notices shall be directed to the appropriate party at the addresses set forth below:

If to the Contractor:

CrowderGulf, LLC
5435 Business Parkway

Subcontractor Initials

Theodore, Alabama 36582
Attention: Ashley Ramsay
Email: aramsay@crowdergulf.com

If to the Subcontractor:

Bil-Jim Construction Company, Inc.
577 South Hope Chapel Rd.
Jackson, NJ 08527
Attention: Carol Hordichuk
Email: cferriolo@biljim.com

A party may change its respective contacts, addresses and facsimile numbers set forth above upon written notice to the other party or parties.

17.  DEFAULT.

A.  Subcontractor's (or Subcontractor's approved sub-subcontractor's or assignee's) failure to perform any one or more of the terms of any Work Order, Subcontractor's inability to provide Contractor with satisfactory evidence of Subcontractor's financial ability to perform any obligations thereunder, or Subcontractor's failure to comply with any provision of this Subcontract shall constitute a default. Contractor may, at Contractor's sole option, after 24 hours notice to Subcontractor, either (a) provide the labor, materials, equipment and supplies and other items necessary to perform the Work and discharge the other obligations of Subcontractor or (b) terminate the Work Order for default and arrange for the performance of all of Subcontractor's obligations by Contractor or others.  In either event, Contractor shall be entitled to recover from Subcontractor any costs or damages incurred and may deduct such costs or damages from any money then due or thereafter to become due under any or all Work Orders issued hereunder or other written agreements between the parties.  Such costs and damages shall include, but not be limited to, costs and expense of labor, materials, rental equipment, subcontractors, reasonable allowance to Contractor for use of Contractor's equipment (based on A. E. D. rental rates, latest edition), and reasonable allowance for overhead expenses and normal profit.  Any amount owed by Subcontractor to Contractor in excess of any balances otherwise payable by Contractor to Subcontractor shall be paid by Subcontractor on demand.

B.  In case of any default hereunder, Contractor may take exclusive possession of any materials and equipment on the project belonging to Subcontractor and use the same in the completion of the Work, free of all claims for the value of said materials and for the rental of said equipment, and free of all claims for depreciation and ordinary wear and tear.

C.  Determination of default made by Contractor in good faith under the belief that a default exists under the terms hereof shall be conclusive of the fact of such default and on the Contractor's right to proceed as herein provided.

18.  APPLICABLE LAW. All rights and liabilities of the parties under the Subcontract shall be interpreted and enforced under the laws of the State of Alabama.

19.  DISPUTE RESOLUTION.

A.  The parties expressly agree to attempt in good faith to negotiate any controversy or claim arising out of or relating to this Subcontract or any Work Order, or the breach thereof.  Further, the parties agree to mediate in Mobile County, Alabama, any dispute that cannot be settled by negotiation.  Either party may institute non-binding mediation which shall proceed under the American Arbitration Association Construction Industry Mediation Rules.  Any dispute remaining after completion of

Subcontractor Initials

mediation between Contractor and Subcontractor (or after the mediator has declared an impasse) shall be resolved through litigation in a court of law. However, the exhaustion of the dispute resolution remedies set forth herein is a condition precedent to any such litigation.

B.    The Subcontractor agrees not to communicate directly with the Client regarding any claim, dispute or other matter in question between the Subcontractor and Contractor arising under the Subcontract or any Work Order, unless the Subcontractor is required to do so under federal, state or local law.

C.    The claims and disputes of Contractor, Subcontractor and other subcontractors, sub-subcontractor and/or suppliers involving a common question of fact or law shall be heard by the same mediator in a single proceeding.

D.    Alabama state law shall apply to the resolution of all issues, and venue shall exclusively lie in a state or federal court of competent jurisdiction located in Mobile, Alabama. Any litigation shall be conducted solely as a bench trial, and THE PARTIES HERETO SPECIFICALLY WAIVE ANY RIGHT TO A TRIAL BY JURY ON ANY CLAIM THEY MAY HAVE.

20.    WORK CONTINUATION AND PAYMENT.    Unless otherwise agreed in writing, Subcontractor shall carry on the Work and maintain the schedule of Work under any Work Order pending any and all dispute resolution procedures. If Subcontractor is continuing to perform, Contractor shall continue to make payments in accordance with the Subcontract.

21.    INSPECTION OF BOOKS AND RECORDS.

A.    Subcontractor shall make all of its books and records regarding any Work hereunder available for inspection and copying by Contractor and/or Client for either a period of five years or the period of time Contractor must make its records available to Client under the Prime Contract, whichever is longer, following the completion of the Work. In the event Contractor or Client suspects that Subcontractor has submitted incorrect or fraudulent billings or invoices, Contractor may withhold any future payments to Subcontractor until a full review and audit of Subcontractor's records has been completed.

B.    Subcontractor agrees to make all project records available at the jobsite to Contractor for the purpose of inspection and/or substantiating the billings submitted by Subcontractor within 24 hours after Contractor makes a request for such records.

22. BOND.

A.    At the option of Contractor, Subcontractor shall furnish Contractor with separate performance and payment bonds covering any Work Order issued hereunder. Such bonds will be upon terms acceptable to Contractor and will have a satisfactory corporate surety. Each bond shall be in an amount equal to 100% of the total amount of the Work Order. The requirement for a bond and the manner of payment therefore shall be set forth in the applicable Work Order.

B.    If Contractor has supplied a bond to Client for the Work being performed by Subcontractor, then the following provision shall apply:

Notice to Contractor of Bond Claims.    If after making payment to Subcontractor, Contractor receives written notice from a supplier or a second-tier subcontractor of a deficiency (including a failure to pay) in Subcontractor's performance, Contractor may, after providing notice to Subcontractor and without incurring an obligation for late payment interest penalty, withhold from Subcontractor's next available payment or deduct from the next payment

CrowderGulf, LLC
Master Subcontract Edition Aug 2012                    11

Subcontractor Initials

BIL-JIM00006376

application an amount sufficient to compel prompt remedial performance. Contractor shall withhold this amount until it receives satisfactory written notification from the supplier or second-tier subcontractor that the subcontract performance deficiency has been corrected. After receiving satisfactory written notice, Contractor shall pay the withheld amount due Subcontractor as follows:

    1)    Amounts held in Contractor's possession shall be paid as soon as practicable but no later than seven (7) days after receipt of such satisfactory notification.

    2)    Amounts held by Client shall be paid within seven (7) days of receipt from Client by Contractor.

23. LIQUIDATED DAMAGES. If the Prime Contract provides for liquidated or other damages for delay beyond the completion date set forth in the Contract Documents, and such damages are assessed, then Contractor may assess the same against Subcontractor in proportion to Subcontractor's share of the responsibility for such delay. However, the amount of such assessment shall not exceed the amount assessed against Contractor. Nothing set forth herein shall limit Subcontractor's liability to Contractor for Contractor's actual delay damages caused by Subcontractor's delay. Subcontractor shall remain liable to Contractor for Contractor's actual damages caused by Subcontractor's delay, except that in all instances subcontractor liability shall not exceed the amount it has been paid by contractor.

24. WAIVER. The failure of either party to invoke any provision hereof or assert any right given herein on any one occasion or on any series of occasions shall not amount to or be interpreted as a waiver or release of any such provision or right.

25. NO PRIOR AGREEMENTS. This Subcontract, along with any Work Order issued to Subcontractor hereunder, constitutes the complete agreement between the parties and supersedes any and all prior understandings, conversations, and proposals.

26. MODIFICATIONS. No modification of this Subcontract shall be enforceable unless it is set forth in a writing signed by the party against whom the modification is asserted.

27. SEVERABILITY. The partial or complete invalidity of any one or more provisions of this Subcontract shall not affect the validity or continuing force and effect of any other provision. If any provision of the Subcontract is found unenforceable by any court or tribunal, Contractor and Subcontractor agree that such provision shall be modified to the minimum extent necessary to render it enforceable and that the remainder of the Subcontract shall not be otherwise affected.

28. TITLES. The titles given to the individual provisions of this Subcontract are for ease of reference only and shall not be relied upon or cited for any other purpose.

29. TERM AND TERMINATION.

    A.    This Subcontract shall continue in full force and effect until terminated as provided herein. Either party may terminate this Subcontract, with or without cause, upon seven (7) days written notice to the other party. Subject to Article 30, in the event of the termination of this Subcontract, Contractor and Subcontractor shall continue in the mutual performance of all Work required by any Work Order issued to Subcontractor prior to the effective date of termination.

    B.    If, after giving notice of termination of this Subcontract, it is determined for any reason that Subcontractor was wrongfully terminated or that Contractor was not entitled to the remedies against Subcontractor provided herein, then Subcontractor's remedies against Contractor shall be limited to recovery of any portion of Subcontractor's fee earned through the date of termination, but Subcontractor

BIL-JIM00006377

shall not be entitled to any other or further recovery against Contractor, including, but not limited to, anticipated fees or profits on Work not required to be performed, lost business opportunity, special damages, punitive damages, consequential damages or unabsorbed overhead.

C.    If Subcontractor files a petition under the Bankruptcy Code, this Subcontract shall immediately terminate if Subcontractor or Subcontractor's trustee rejects the Subcontract or, if there has been a default, Subcontractor is unable to give adequate assurance that Subcontractor will perform as required by the Subcontract or otherwise is unable to comply with the requirements for assuming this Subcontract under the applicable provisions of the Bankruptcy Code. If Subcontractor is not performing in accordance with the schedule of Work at the time a petition in bankruptcy is filed, or at any subsequent time, Contractor, while awaiting the decision of Subcontractor or its trustee to reject or to assume this Subcontract and provide adequate assurance of its ability to perform hereunder, may avail itself of such remedies as are reasonably necessary to maintain the schedule of Work.

30.    TERMINATION BY CLIENT.    Should the Client terminate the Prime Contract with Contractor or any part thereof which includes Subcontractor's Work, Contractor shall notify Subcontractor in writing. This Subcontract shall be terminated, and Subcontractor shall immediately stop Work, follow all of Contractor's instructions, and mitigate all costs. No other prior notice is required. **In the event of such termination by the Client, Contractor's liability to Subcontractor is limited to the extent of Contractor's recovery on Subcontractor's behalf under the Prime Contract. However, this provision shall not obligate Contractor to pursue recovery of any amounts owed from Client for Subcontractor's Work.**

31.    RELEASE OF INFORMATION AND CONFIDENTIALITY.

A.    Subcontractor shall treat as confidential and not disclose to third persons, except approved sub-subcontractors, suppliers and the Client, as is necessary for the performance of the Work, or use for its own benefit, any of Contractor's developments, confidential information, including but not limited to the identity of Contractor's Clients and potential clients, pricing, and bidding procedures and information, know-how, discoveries, methods and the like that may be disclosed to Subcontractor or which Subcontractor may acquire in connection with the Work. Subcontractor shall take all reasonable action(s) to meet its obligations of confidentiality under this Article. .

B.    Subcontractor acknowledges that the Contractor may be required from time to time to enter into agreements with Clients regarding confidentiality, protection of proprietary rights, non-disclosure, intellectual property, trade secrets and the like and agrees to abide and be bound by these agreements upon notice of such agreement(s) from the Contractor.

C.    Subcontractor acknowledges that such a breach any provision of this Article 31 may result in continuing and irreparable damage to the Contractor for which there may be no adequate remedy at law and that the Contractor, in addition to all other relief available to the Contractor, shall be entitled to the issuance of an injunction restraining the Subcontractor from committing or continuing any breach of this Article without being required to first undertake the dispute resolution procedures of Article 19.

D.    Further, no news releases (including photographs, films, public announcements or denial or confirmation of same) on any portion of the subject matter of this Subcontract or any phase of any project shall be made by Subcontractor without prior written approval by Contractor.

E.    This confidentiality obligation shall survive the completion of all Work or the termination of this Subcontract.

IN WITNESS WHEREOF, the parties have executed this Subcontract on the date first above written.

CrowderGulf, LLC
Master Subcontract.Edition Aug.2012                13                    Subcontractor Initials

CROWDERGULF, LLC
Contractor

By: _Ashley Ramsay_ (Sign)

Print Name: _Ashley Ramsay_

Its: _Vice Pres / COO_

Witness: _Jenny Todd_

Print Name: _Jenny Todd_

Bil-Jim Construction Company, Inc.
Subcontractor

x By: _David Johnson_ (Sign)

Print Name: David L. Johnson

Its: Vice President

Witness: _C J Hordichuk_

Print Name: Carolyn J. Hordichuk

CrowderGulf, LLC
Master Subcontract Edition Aug 2012          14          _DJJ_
                                                    Subcontractor Initials

BIL-JIM00006379

## REQUIRED INFORMATION

Company Name: _____ Bil-Jim Construction Company, Inc. _____

Contact Name: _____ Carol Hordichuk _____

Address: 577 South Hope Chapel Rd. _____ City: Jackson State: NJ Zip Code: 08527

Phone #: 732-370-5290 _____ Cell Phone #: _____

Fax #: 732-905-1084 _____ Email: cferriola@biljim.com

Social Security/Federal I.D. #: _____ 22-1772136 _____

Please check all that apply:

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| Disabled Veteran Owned | Hub Zone | Small Business | Small Disadvantaged Business | Veteran Owned | Woman Owned |

Insurance Certificate must be sent to CrowderGulf office in order to verify the following coverage:

Liability Insurance:
1,000,000

Auto Insurance:
1,000,000

Worker's Comp
500,000

Checks to be sent to: (One option must be checked)

Satellite Location ☐    Mailed To Office/Residence ☐    Fed Ex To Office/Residence (Account Number Must Be Included) ✓
FedEx # 104924239

Please note, once you have received your first check, this is where all checks will be sent unless the DAO office is notified in writing.

For additional information regarding the Employment Eligibility Verification System (E-Verify) program visit the following website: http://www.dhs.gov/E-Verify. It shall be the Subcontractor's responsibility to familiarize themselves with all rules and regulations governing this program.

CrowderGulf Disaster Administration Office
5435 Business Parkway
Theodore, Alabama 36582
251-459-7430 (phone)
251-459-7433 (fax)

* ALL DOCUMENTATION MUST BE PROVIDED TO THE DAO OFFICE NO LATER THAN TEN DAYS FOLLOWING THE EXECUTION OF THIS SUBCONTRACT.

CrowderGulf, LLC
Master Subcontract Edition Aug.2012                    15                    Subcontractor Initials

BIL-JIM00006380

## EXHIBIT A

## SUBCONTRACTOR REQUIREMENTS AND INSTRUCTIONS

As the **Subcontractor**, I have read and understand that the following list is part of the **Subcontractor's** responsibilities and by signing this subcontract, I agree to abide by the said requirements.

Subcontractor Requirements:

### Personnel
1. A list of all personnel and subcontractors per job site, with names and phone numbers, will be made available to CrowderGulf.

2. Federal contractors and subcontractors are required to use E-Verify as of September 8, 2009. Executive Order 12989 mandates the electronic verification of all employees working on any federal contract. The amended Executive Order reinforces the policy that the federal government supports a legal workforce. E-Verify is an Internet-based system that allows an employer, using information reported on an employee's Form 1-9, Employment Eligibility Verification, to determine the eligibility of that employee to work in the United States.

3. A Subcontractor foreman or supervisor must be present with crews to provide oversight.

4. Subcontracting by Subcontractor should be limited to one tier. Failure to comply will result in possible termination of said subcontract.

### Equipment / Debris Hauling Trucks
4. All vehicles, equipment, fuel, materials, parts, tires, and clean-up in work areas will be provided by Subcontractor at no cost to CrowderGulf.

5. All equipment and trucks are serviced and maintained on a regular basis and have been checked for the following safety requirements:
    a. Tires appear in acceptable condition
    b. Brake lights work
    c. Turn signals work
    d. Reverse lights work
    e. Backup alarm working
    f. Horn working
    g. Any removable components (sideboards, tailgates, etc.) are secured
    h. Tailgate is properly secured and is a FEMA approved tailgate that opens from the side.
    i. No false bottoms, hidden tanks, or other load altering devices are in place.

6. All trucks used to haul debris, at a minimum, are capable of rapidly dumping its load without the assistance of other equipment; and/or if equipment is needed to unload trucks, it will be provided by the Subcontractor.

7. All trucks hauling debris will have a tailgate that will effectively contain the debris during the transport and permit the truck to be filled to capacity. Tailgates should meet FEMA requirements and should not be made from plastic mesh. Metal fence gate, turkey wire or cattle wire can be used if approved by FEMA/City/County.

8. Sideboards or other extensions to the truck bed are allowable provided they meet all applicable rules and regulations, cover the front and both sides, and are to be constructed in a manner to withstand severe operating conditions. The sideboards are to be constructed of 2" by 6" boards or greater and not to extend more than two feet above the metal bed sides. Use of any other types of sideboards **must be approved** by CrowderGulf and City/County **prior to certification**.

Subcontractor/Initials

BIL-JIM00006381

9.    All truck drivers will have a valid driver's license and/or a CDL certification (if applicable).

10.   Trucks will have current registration (bill of sale for new trucks, if within 30 days, will be accepted until registration is issued) in the truck at all times.

11.   Hand loading of debris hauling trucks will not be permitted under any circumstance.

12.   All trucks will have current proof of insurance in the truck at all times.

13.   Subcontractor assures that all loads are transported without threat of harm to the general public, private property, and public infrastructure. Any debris above the top rail poses a threat to utility lines and possibly the public.

14.   All trucks will be certified by City/County representative before hauling any loads.
      a.   All trucks will have a placard with certified number and measured cubic yardage written on it and placed on the driver's side of the truck bed and in clear view for tower personnel.
      b.   **IF for any reason the cubic yards change, the truck MUST be recertified immediately and a new certified number will be issued.**
      c.   All trucks will have a _copy of the truck certification_ with the truck at all times.

**Safety**

15.   Subcontractor agrees to adhere to CrowderGulf's written Safety / Health Policy, a copy of which can be obtained at the Disaster Administration Office located in Theodore, Alabama or your local field office.

16.   The Subcontractor shall provide sufficient signing, flagging and barricading to ensure the safety of vehicular and pedestrian traffic at all debris removal, reduction and/or disposal site(s). All traffic safety signs and equipment will be furnished by Subcontractor at no cost to CrowderGulf and be in accordance with the latest Manual of Uniform Traffic Control Device, to include but not limited to:
      a.   Traffic signs (ROAD WORK AHEAD, ONE LANE ROAD AHEAD, FLAGMAN SYMBOL, etc.) must be in acceptable condition and not homemade
      b.   One flagger must be provided for every truck unless otherwise stated in the Master Agreement or stopping traffic then two or more may be required.
      c.   One orange vest and one hard hat for each ground crew member & _larger_
      d.   Adequate cones to place one per 20 linear feet of work zone
      e.   Two stop/slow paddles for flagmen
      f.   First Aid Kit
      g.   A fully functional fire extinguisher for all vehicles

17.   If crew has chainsaw operator, the following will be in place:
      a.   Hand, foot, leg (chaps), eye, face, hearing and ear protection for chainsaw operator
      b.   Orange highway hard hat, vest, cap and shirt for chainsaw operator
      c.   No-loose fitting clothing can be worn.

18.   Subcontractor agrees to adhere to CrowderGulf's written Drug / Alcohol Policy, a copy of which can be obtained at the Disaster Administration Office located in Theodore, Alabama or your local field office.

_CrowderGulf is an Equal Opportunity Employer. It is our policy to provide an employment and work process free of any unlawful discrimination. We will promote the value of a diverse work force, which fosters fair treatment of all individuals based on knowledge, skill, ability and performance._

BIL-JIM00006382

## EXHIBIT B

## REQUIRED INSURANCE POLICIES

| Policy | Limit |
|---|---|
| General Liability | ($1,000,000/per occurrence) |
| Commercial Auto Liability | ($1,000,000/per occurrence) |
| Workman's Comp | ($500,000/per occurrence) |

1.  The following must be named as certificate holders on your auto, general liability and workman's comp policies:

    i.    CrowderGulf, LLC
          5435 Business Parkway, Theodore, Alabama    36582;

    ii.   The City or County where you are working as stated in the
          Work Order.

2.  Have your insurance agent fax a certificate verifying your policy information for general liability, auto liability, and worker's compensation to (251) 459-7433 ATTN: Jenny Todd, original should be mailed to CrowderGulf.

    If you have any questions, contact Jenny Todd at (251) 459-7430.

\* The following statement shall be submitted on each certificate: "The insurance coverage afforded on this certificate will not be materially changed or cancelled without thirty (30) days written notice to the certificate holder."

NOTE:  All subcontractors must furnish insurance certificates for general liability, automobile and workman's comp, before the first check is issued.  If for any reason CrowderGulf does not receive this documentation, it will result in termination and/or deduction of insurance from the weekly paycheck.

CrowderGulf, LLC
Master Subcontract.Edition Aug.2012          18

Subcontractor Initials

| Form **W-9**<br>(Rev. January 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)

**Bil-Jim Construction Co., Inc.**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification (required): ☐ Individual/sole proprietor  ☒ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

**577 South Hope Chapel Road**

Requester's name and address (optional)

City, state, and ZIP code

**Jackson, New Jersey 08527**

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number: **2 2 - 1 7 7 2 1 3 6**

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here — Signature of U.S. person ▶ *C. J. Hardiczik*    Date ▶ **February 28, 2013**

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 1-2011)

BIL-JIM00006384

# CrowderGulf Subcontractor Safety Agreement
# Debris Hauling Minimum Safety Requirements

This Subcontractor Safety Agreement sets forth the minimum safety requirements for Subcontractors hired by CrowderGulf to perform debris loading and hauling. All Subcontractors shall perform work in the safest manner possible. Subcontractor's own safety policy shall be equally as stringent or more stringent then CrowderGulf's policy set forth here. Subcontractor must review the list of requirements, initial next to each item on the list and sign page 2, then email a signed copy of it to the CrowderGulf District Administrative Office at jzemlik@crowdergulf.com and ltodd@crowdergulf.com. It is Subcontractor's responsibility to communicate the following minimum safety requirements to all personnel employed or subcontracted by Subcontractor. The safety requirements herein pertain to the removal of debris using mechanized means to complete the loading and hauling or storm related materials. In the event that the scope of Subcontractor's work extends beyond debris loading and hauling, then the CrowderGulf Safe Practices Manual shall govern Subcontractor's work, and Subcontractor shall follow the policies and procedures established therein.

If you have any questions or would like a copy of the complete Safe Practices Manual, please contact Jeff Zemlik, Safety Director, at jzemlik@crowdergulf.com or by phone at 251-509-9422.

## Vehicle and Driver Safety Requirements

(Initials)

— Must be appropriately licensed for the vehicle.
— Must adhere to all local, state, and federal regulations.
— The driver is responsible for the load hauled; load must be secure and no more than 6" outside the confines of the bin.
— Drivers must obey all posted speed limit and traffic signs and drive in a courteous manor.
— Seatbelts are mandatory while vehicle is in motion.
— Cell phones, handheld devices and personal electronics are strictly forbidden while the vehicle is in motion.
— All lights, mirrors, glass, and equipment shall be in working order.
— When in transport, boom must be in the appropriate position as dictated by the manufacturer
— Working back up alarm or the use of a spotter is required.
— Daily vehicle safety inspections are required.
— ABC fire extinguisher is required in all equipment.
— Driving while under the influence of alcohol or drugs is strictly prohibited.
— When exiting the vehicle, be aware of surrounding civilian traffic.

## PPE Requirements

(Initials)

— While outside the vehicle, the required PPE is mandatory.
— High visibility garment or high visibility vest must be worn.
— ANSI approved Z-87 safety glasses must be worn.
— Ankle supporting, steal toe(or similar) must be worn
— Hard hat shall be worn when working around heavy equipment or if an overhead hazard is present.

BIL-JIM00006385

*DJ* When manually handling material, leather, abrasive resistant work gloves are recommended and shall be made available.

**Safe Self-Loader Operating Requirements**
*(Initials)*

*DJ* Keep 10' or greater distance away from overhead power lines.
*DJ* Treat all downed power lines as if they are hot.
*DJ* Out riggers must not be lowered until all workers are clear of the area
*DJ* Riding on the loader while the vehicle is in motion is prohibited.
*DJ* Do not operate loader if workers are below the load.
*DJ* It is recommended that each truck have a spill kit available in the event of fluid leak.
*DJ* Three points of contact must be used when entering and exiting the loader.

**Equipment Safety Requirements**
*(Initials)*

*DJ* Working back up alarm or spotter is required when in reverse or working in congested areas.
*DJ* Roll-Over Protections System or ROPS must be present of every piece of equipment.
*DJ* Seatbelts must be in good condition and must be worn.
*DJ* The use of cell phones, PDA's or any personal electronic equipment is prohibited.
*DJ* ABC fire extinguisher is required in all equipment.
*DJ* Minimum 10' clearance from overhead power lines.
*DJ* The machine must be used for the purpose in which it was designed.
*DJ* Attachments used must be in working order and only used if compliant with the manufactures design.
*DJ* Only one rider per seat belt. Unbelted riders are not permitted.
*DJ* It is recommended that spill kits be available.
*DJ* Working surface must be able to support the weight of the machine.

I, ___David L Johnson___ (Print Name of Officer), of ___Bil - Jim Cont C. Inc___
_____ (Print Company Name)("Subcontractor") acknowledge that I have received, reviewed, and agree to abide by the foregoing minimum safety requirements for Subcontractors of CrowderGulf. Furthermore, I agree to inform all personnel contracted or hired by Subcontractor of these minimum safety requirements.  I acknowledge that any one or more violations of these requirements may result in immediate termination of the Subcontract or any Work Order issued thereunder.

Subcontractor: ___Bil - Jim Cont Co Inc___

By: ___David M Johnson___ (Signature)

Print Name: ___David L Johnson___

As Its: ___V.P.___ (Title)

*D.J.*

# CrowderGulf Subcontractor Safety Agreement Marine Debris Removal Minimum Safety Requirements

This Subcontractor Safety Agreement sets forth the minimum safety requirements for Subcontractors hired by CrowderGulf to perform marine debris loading and hauling. All Subcontractors shall perform work in the safest manner possible. Subcontractor's own safety policy shall be equally as stringent or more stringent then CrowderGulf's policy set forth herein. Subcontractor must review the list of requirements, initial next to each item on the list and sign page 2, then email a signed copy of it to the CrowderGulf District Administrative Office at @crowdergulf.com and @crowdergulf.com. It is Subcontractor's responsibility to communicate the following minimum safety requirements to all personnel employed or subcontracted by Subcontractor. The safety requirements herein pertain to the removal of marine debris using mechanized means to complete the removal and transport of storm related materials. In the event that the scope of Subcontractor's work extends beyond removal and transport of marine debris, then the CrowderGulf Safe Practices Manual shall govern Subcontractor's work, and Subcontractor shall follow the policies and procedures established therein.

If you have any questions or would like a copy of the complete Safe Practices Manual, please contact Jeff Zemlik, Safety Manager, at @crowdergulf.com or by phone at 251-509-9422.

## Vessel and Captain Safety Requirements
(Initials)
- Must be appropriately licensed for the vessel.
- Must adhere to all local, state, and federal regulations.
- The captain is responsible for the load hauled; load must be secure and not present a shifting danger to others on the boat.
- Captains must obey all posted signs and adhere to the rules of the water.
- It is recommended that all personnel remain seated when the boat is traveling.
- Cell phones, handheld devices and personal electronics are strictly forbidden while the vessel is in motion.
- All lights, mirrors, glass, and equipment shall be in working order.
- When in transport, boom must be in the appropriate position as dictated by the manufacturer, if applicable.
- Designate and use a spotter when operating in reverse.
- Daily vessel safety inspections are required.
- ABC fire extinguisher is required in all equipment.
- Operating a vessel while under the influence of alcohol or drugs is strictly prohibited.
- When exiting the vehicle, be aware of surrounding civilian traffic.
- No wake zone 75' from all off loading sites.
- Walking surfaces shall be kept free of debris and ice.

## PPE Requirements
(Initials)
- While outside the pilot house, the required PPE is mandatory.
- Personal Floatation Device must be worn when outside the pilot house.
- ANSI approved Z-87 safety glasses must be worn.
- Ankle supporting, steal toe(or similar) must be worn

BIL-JIM00006387

*D7J* Hard hat shall be worn when working around heavy equipment or if an overhead hazard is present.

*D7J* When manually handling materia, abrasive resistant work gloves are recommended and shall be made available.

**Removal of marine debris requirements**
*(initials)*

*D7J* Keep 10' or greater distance away from overhead power lines.

*D7J* Treat all downed power lines as if they are hot.

*D7J* Any boom type device must not be lowered until all workers are clear of the area

*D7J* Do not attempt any type of lift if workers are below the load.

*D7J* It is required that each vessel have a spill kit available in the event of fluid leak.

*D7J* Three points of contact must be used when entering and exiting the vessel.

**Equipment Safety Requirements**
*(initials)*

*D7J* Vessels must be compliant with Coast Guard safety requirements.

*D7J* Man overboard drill/training is required for each crew member before work begins.

*D7J* Throw-able PFD must be on board.

*D7J* The use of cell phones, PDA's or any personal electronic equipment while operating is prohibited.

*D7J* ABC fire extinguisher is required in all equipment.

*D7J* Minimum 10' clearance from overhead power lines.

*D7J* Attachments used must be in working order and only used if compliant with the manufactures design.

*D7J* Working/walking surfaces shall be kept in neat and orderly condition.

Hoisting, lifting or tugging lines/cables must be inspected and kept in good condition. Lines/cables found in disrepair must be immediately removed from the work site.

I, _David L Johnson_ (Print Name of Officer), of _B.l·Jim Const Co Inc._

_____ (Print Company Name)("Subcontractor") acknowledge that I have received, reviewed, and agree to abide by the foregoing minimum safety requirements for Subcontractors of CrowderGulf. Furthermore, I agree to inform all personnel contracted or hired by Subcontractor of these minimum safety requirements. I acknowledge that any one or more violations of these requirements may result in immediate termination of the Subcontract or any Work Order issued thereunder.

Subcontractor: _B.l-Jim Const Co Inc._

By: _David Johnson_ _____ (Signature)

Print Name: _David L Johnson_

As its: _V.P._ _____ (Title)

*D7J.*

BIL-JIM00006388

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 02/28/2013

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Construction Risk Partners, LLC    1-908-566-1010 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 3322 Route 22 West  Suite 1003  Branchburg, NJ 08876  Heather Polonyi | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A : ROCHDALE INS CO OF NY | | 12491 |
| Bil-Jim Construction Co., Inc. | INSURER B : CASTLEPOINT INS CO | | 17205 |
| | INSURER C : AMERICAN ALT INS CORP | | 19720 |
| 577 South Hope Chapel Road | INSURER D : HANOVER INS CO | | 22292 |
| Jackson, NJ 08527 | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: 32239109    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | RPP1010493 | 08/01/12 | 08/01/13 | EACH OCCURRENCE | $ 1,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | POLICY X PRO-JECT LOC | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY** | | | RPP1010493 | 08/01/12 | 08/01/13 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS    SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS X NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | X Coll-$1000 X Comp-$1000 | | | | | | | $ |
| B | X **UMBRELLA LIAB** X OCCUR | | | CXGDN01705-12 | 08/01/12 | 08/01/13 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED X RETENTION $ 10,000 | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | RWC3276576 | 08/01/12 | 08/01/13 | X WC STATU-TORY LIMITS    OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| C | Excess Liability | | | 60A2FP0000655-00 | 08/01/12 | 08/01/13 | Occ/Agg | 5,000,000 |
| D | Equipment | | | RHY9229891-01 | 08/01/12 | 08/01/13 | Scheduled Equip | 6,847,608 |
| | | | | | | | Leased/Rented | 250,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

Re: Hurricane Sandy Relief Efforts - New Jersey EPA Work Order. CrowderGulf, LLC is named as additional insured as required by written executed contract. The insurance coverage afforded on this certificate will not be materially changed or cancelled without thirty (30) days written notice to the certificate holder.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| CrowderGulf, LLC  Jenny Todd  5435 Business Parkway  Theodore, AL 36582     USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)
Chepp
32239109

The ACORD name and logo are registered marks of ACORD