# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH PALMISANO, JAY HAJESKI, SEAN WALL, WALTER EVERETT, and MATTHEW MANIBUSAN individually and on behalf of all other similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CROWDERGULF, LLC, BIL-JIM CONSTRUCTION CO., INC., MAPLE LAKE, INC., R. KREMER AND SON MARINE CONTRACTORS, LLC, ABC CORPORATIONS (1-100), DEF CORPORATIONS (1-500), and JOHN DOES (1-10), et al.,<br><br>    *Defendants*. | Civil Action No.<br>3:17-cv-9371 (PGS)(TJB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR SUMMARY JUDGMENT** |
| BIL-JIM CONSTRUCTION CO., INC.,<br><br>    *Third-Party Plaintiff*,<br><br>v.<br><br>TOWNSHIP OF BRICK,<br><br>    *Third-Party Defendant* | |

# ORDER

WHEREAS, there are currently four summary judgment motions before the Court (ECF Nos. 121, 126, 129, 132); and having reviewed the briefs and having heard oral argument; and for the reasons set forth in a Memorandum of this date;

IT IS on this 16th day of June, 2023;

ORDERED that Plaintiffs' Motion for Summary Judgment (ECF No. 121) is hereby GRANTED IN PART as to the State Project for Joseph Palmisano and Jay Hajenski; and DENIED IN PART as to the Municipal Project and State Project for Sean Wall, Matthew Manibusan and Walter Everett; and it is further

ORDERED that Defendant CrowderGulf, LLC's Motion for Summary Judgment (ECF No. 126) is hereby DENIED as to the State Project; and it is further

ORDERED that Defendants Bil-Jim Construction Co., Inc. and Maple Lake, Inc.'s Motion for Summary Judgment (ECF No. 129) is hereby GRANTED IN PART as to the Municipal Project and DENIED IN PART as to the State Project; and it is further

ORDERED that Defendant Township of Brick's Motion for Summary Judgment (ECF No. 132) is hereby GRANTED; and it is further

ORDERED that the Third Party Complaint is dismissed with prejudice.

s/Peter G. Sheridan
PETER G. SHERIDAN, U.S.D.J.